AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

Daniel Bryan Kelly

V.

Ricky Owens, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1150-T

TO: (Name and address of Defendant)

Sheriff Ricky Owens
P.O. Box 279
Rockford, AL 35136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III, Stockham, Carroll & Smith, P.C., 2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209, (205) 879-9954

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_              12/14/05
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

Daniel Bryan Kelly

V.

Ricky Owens, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1150-T

TO: (Name and address of Defendant)

Al Bradley
c/o Coosa County Sheriff Department
P.O. Box 279
Rockford, AL 35136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III, Stockham, Carroll & Smith, P.C., 2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209, (205) 879-9954

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    12/14/05

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Daniel Bryan Kelly

V.

Ricky Owens, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1150-T

TO: (Name and address of Defendant)

Terry Wilson
P.O. Box 307
Rockford, AL 35136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III, Stockham, Carroll & Smith, P.C., 2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209, (205) 879-9954

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 12/14/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Daniel Bryan Kelly

V.

Ricky Owens, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1150-T

TO: (Name and address of Defendant)

Wendy Roberson
c/o Coosa County Sheriff Department
P.O. Box 279
Rockford, AL 35136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III, Stockham, Carroll & Smith, P.C., 2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209, (205) 879-9954

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 12/14/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Daniel Bryan Kelly

V.

Randy Owen, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1150-T

TO: (Name and address of Defendant)

Dr. Randall Weaver
Jackson Street
Rockford, AL 35135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III, Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35124
(205) 879-9954

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_          12/14/05
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Daniel Bryan Kelly

V.

Ricky Owens, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1150-T

TO: (Name and address of Defendant)

Coosa County Commission
100 Main Street
Rockford, AL 35136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
(205) 879-9954

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              12/14/05

CLERK                                          DATE

(By) DEPUTY CLERK