**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deputy Al Bradley
   Coosa County Sheriff's Department
   #1 School Street
   Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Shelia Thomas
B. Date of Delivery: 12-15-05
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:05CV1150-T
   S+C                    (20)

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7001 2510 0008 0580 2339

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Shelia Thomas   B. Date of Delivery: 12-15-05<br>C. Signature: X /s/ Shelia Thomas   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:05CV1150-T<br>SdC<br>20 |
| 1. Article Addressed to:<br>Dr. Randall Weaver<br>Jackson Street<br>Rockford, AL 35135 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7003 0500 0000 3730 7661 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952