**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Coosa County Commission
    100 Main Street
    Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery: 12-19-05

C. Signature
X *Lena Johnston*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

    2:05cv1150-T
    S&C

3. Service Type
    ☒ Certified Mail     ☐ Express Mail
    ☐ Registered         ☐ Return Receipt for Merchandise
    ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service)    7001 2510 0008 0580 2483

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952