**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Wendy Roberson
Coosa County Sheriff's Department
#1 School Street
Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Randall Weaver
B. Date of Delivery: 12-21-05
C. Signature: X /s/ Randall Weaver
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:05CV1150-T
S+C
20

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7001 2510 0008 0580 2346

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952