IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05CV1150-M |
| | ) |
| RICKY OWENS, ET AL | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE

**COMES NOW**, Kristi A. Dowdy, of the law firm McDonald & Dowdy, and enters her Notice of Appearance as counsel for the Defendants Al Bradley, Terry Wilson, and Wendy Roberson.

Respectfully submitted this the 4th day of January, 2006.


 /s/ Kristi A. Dowdy

KRISTI A. DOWDY
ALA. BAR NO.: ASB-4760-W86K
ATTORNEY FOR AL BRADLEY,
TERRY WILSON & WENDY
ROBERSON

OF COUNSEL:
McDONALD & DOWDY
1005 Montgomery Highway
Birmingham, Alabama 35216
(205) 824-0507 - telephone
(205) 824-0509 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record listed below:

Gary L. Willford, Jr., Esq.
Webb & Eley, P.C.
7475 Haleyon Pointe Road
Post Office Box 240909
Montgomery, Alabama 36124
*Attorney for Defendants Coosa County,
    Owens, Coosa County Commission*

Richard J. Stockham, III, Esq.
Stockham, Carroll & Smith, P.C.
2400 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
*Attorney for Plaintiff*

Alex L. Holtsford, Jr., Esq.
Rick A. Howard, Esq.
Nix, Holtsford, Gilliland,
    Higgins & Hitson, P.C. Z
Post Office Box 4128
Montgomery, Alabama 36103-4128
*Attorneys for Health Services, Inc.
    & Dr. Weaver*

by e-mail transmittal/hand-delivery through the e-filing system of the United States District Court, Middle District of Alabama and by placing a copy of same in the U. S. Mail, postage pre-paid and properly addressed, on this the 4th day of January, 2006.

/s/ *Kristi A. Dowdy*
KRISTI A. DOWDY