# EXHIBIT A

Case 2:05-cv-01150-MHT-TFM    Document 13-2    Filed 01/12/2006    Page 1 of 2

NOTICE OF CLAIM

TO THE COOSA COUNTY COMMISSION notice is hereby given that DANIEL BRYAN KELLEY makes claim against COOSA COUNTY for injuries sustained by him while he was incarcerated in the Coosa County Jail: DANIEL BRYAN KELLEY was incarcerated in the Coosa County Jail from November 13th, 2003 through January, 2004. During that time he was denied adequate medical treatment resulting in physical injuries accompanied by severe mental anguish and emotional distress, and he was also subjected to inhumane and unfit living conditions resulting in deprivation of the necessities of life and injury accompanied by severe mental anguish and emotional distress. In particular:

It was made known to Coosa County personnel that DANIEL BRYAN KELLEY suffered from a medical condition that required regular medication or he would suffer severe and perhaps fatal consequences. Coosa County had undertaken and hired medical personnel, including the services of a physician, to provide medical services to inmates at Coosa County Jail. The medical personnel, including the physician, failed to adequately supervise the providing of medication to DANIEL BRYAN KELLEY, resulting in his becoming sick, confused, crying, disoriented, upset, having seizures and hallucinations. The Coosa County medical personnel acted below the standard of care in the administration of medical services to DANIEL BRYAN KELLEY, including the failure to properly prescribe and adequately administer medication to DANIEL BRYAN KELLEY which resulted in his suffering falls that injured his foot and back, seizures, hallucinations, sickness and confusion. Coosa County's medical personnel's failures including: giving inadequate or excess medication, the wrong medication, wrong dose or combination of medications which fell below the standard of care and resulted in DANIEL BRYAN KELLEY suffering poisoning from the medications that have a permanent and debilitating effect on him both physically and emotionally.

DANIEL BRYAN KELLEY was placed into a cell called "the hole" on December 6th, 2003 and kept there until he left the jail in January, 2004. "The hole" was not adequate accommodation for human habitation. The COOSA COUNTY COMMISSION is responsible for the maintenance of the Coosa County Jail. DANIEL BRYAN KELLEY was kept in "the hole" for over 40 days. "The hole" did not have a supply of clean water for drinking and washing and DANIEL BRYAN KELLEY was cause to go extended periods of time without access to clean water. It did not have a bed, and DANIEL BRYAN KELLEY was forced to sleep on the floor next to the drain hole. It did not have a toilet, and DANIEL BRYAN KELLEY was forced to urinate and defecate in the drain hole he slept by. It did not have washing facilities and DANIEL BRYAN KELLEY went several days at a time without washing. It did not have adequate bedding and DANIEL BRYAN KELLEY was frequently cold, his skin developed a rash and broke out. It did not have adequate pest control and bugs crawled over walls and floor where DANIEL BRYAN KELLEY was forced to sleep.

As a result of these negligent acts and omissions of the COOSA COUNTY COMMISSION, combining and concurring with the abusive and harassing treatment he received while in the Coosa County Jail, DANIEL BRYAN KELLEY has been caused to suffer severe and permanent physical injury, post traumatic stress disorder, and other mental and emotional injuries for which he claims such monetary compensation to adequately compensate him for these physical and emotional injuries.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief given under my hand on this ___ day of December, 2004.

_Daniel Bryan Kelley_
DANIEL BRYAN KELLEY

received by Coosa Co Commission
12-02-04
Lena Johnston