IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-1150-MHT |
| | ) |
| RICK OWENS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION

For good cause, it is

**ORDERED** that *Defendant, Dr. Randall Weaver's Motion for Stay Pending Department of Health and Human Services' Determination* (Doc. 8, Dec. 28, 2005) is GRANTED only to the extent that this Defendant's deadline for responding to the Complaint filed December 6, 2005 is continued to March 13, 2006.

Done this 9th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE