IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-1150-MHT |
| | ) |
| RICK OWENS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION

On January 25, 2006, Defendants Al Bradley, Terry Wilson, and Wendy Roberson responded to the Complaint filed on December 6, 2005 by filing their respective Answers (Docs. 18, 19, and 20). Accordingly, it is

**ORDERED** that these defendants' *Motion for Extension for Filing Answer* (Doc. 11, Jan. 4, 2006) is **DENIED as moot.**

As the *Answers* were not accompanied by a "Special Report to Inmate 1983 Complaint", the Clerk is instructed to delete this reference on the docket entries.

Done this 9th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE