IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-1150-MHT |
| RICK OWENS, et al., | ) |
| Defendants. | ) |

### ORDER ON MOTION

On January 12, 2006, Defendant Coosa County Commission responded to the Complaint filed on December 6, 2005 with a Rule 12(b)(6) motion to dismiss (Doc. 12), and Defendant Ricky Owens, Coosa County Sheriff, responded on January 13, 2006, with a motion to dismiss filed pursuant to Rules 12(b)(1) and 12(b)(6) (Doc. 14) Accordingly, it is

**ORDERED** that these defendants' *Motion for Extension of Time* (Doc. 9, Jan. 3, 2006) is **DENIED as moot.**

Done this 9th day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE