IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:05-CV-1150-MHT |
| | ) | |
| RICK OWENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending are the following-styled motions to dismiss, each filed with a supporting brief:

(a)   *Defendant Coosa County Commission's Motion to Dismiss* (Docs. 12 and 13, filed January 12, 2006);

(b)   *Coosa County Sheriff Ricky Owens' Motion to Dismiss* (Docs. 14 and 15, filed January 13, 2006);

(c)   *Defendant Al Bradley, Terry Wilson, and Wendy Roberson's Motion to Dismiss Claims Against Them in their Official Capacities* (Docs. 16 and 17, filed January 25, 2006)

**For good cause, it is ORDERED that:**

1. Plaintiff shall respond to each motion not later than March 6, 2006, to show any cause why the motion should not be granted as requested.

2. Defendants may file any reply to Plaintiff's submissions not later than March 16, 2006.

3. Absent any request for oral arguments, the motions shall be submitted on briefs.

Done this 9th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE