**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 10, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Daniel Bryan Kelly v. Ricky Owens et al

Case No.:   2:05cv1150-MHT
Document 1 complaint

This Notice of Correction was filed in the referenced case this date to enter the corrected Complaint into the record.  When this document was scanned, pages 2 and 3 were omitted.  The Complaint has been corrected and a complete copy of the corrected Complaint is attached to this notice.