IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:05-CV-1150-MHT |
| | ) | WO |
| RICK OWENS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Submitted on briefs in this 42 U.S.C. §1983 action filed December 6, 2005, are dismissal motions by the Coosa County Commission (Doc. 12, Jan. 12, 2006) and Defendant Sheriff Owens (Doc. 14, Jan. 13, 2006), along with the sheriff deputies' motion to dismiss "official capacity" claims (Doc. 16, Jan. 25, 2006). The briefing order entered on February 9, 2006, advised that the motions would be submitted on briefs in the absence of any request for oral arguments. Inadvertently, the court overlooked the request of Counsel for Defendant Sheriff Owens to be heard orally on his dismissal motion (¶ 5, Doc.14). Accordingly, it is

**ORDERED** that *Coosa County Sheriff Ricky Owens's Motion to Dismiss* (Doc. 14, Jan. 13, 2006) is set for *oral arguments* at *10:30 a.m. on Wednesday, May 3, 2006*, in District Courtroom 4A.

Done this 20th day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE