IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:05-CV-1150-MHT** |
| | ) |
| RICK OWENS, et al. | ) |
| | ) |
|     Defendants, | ) |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and enters his appearance as an attorney of record for defendant Randall Weaver, M.D., in the above-styled case.

Respectfully submitted this 28th day of April, 2006.

                        LEURA G. CANARY
                        United States Attorney

By:   /s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       **Attorney for Defendant Randall Weaver**
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:  stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Richard J. Stockham, III, Esquire, Kendrick E. Webb, Esquire, Kristi Allen Dowdy, Esquire, Rick A. Howard, Esquire, and Gary L. Willford, Jr., Esquire.

    /s/Stephen M. Doyle
Assistant United States Attorney