IN THE UNITED STATES FEDERAL COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Daniel Bryan Kelly, | * |
| Plaintiff, | * |
| vs. | *   CV-05-1150-T |
| Randy Owen, | * |
| Defendant. | * |

## MOTION TO WITHDRAW

COMES NOW the undersigned attorneys and ask the Court to allow them to withdraw from the representation of Dr. Weaver. Dr. Weaver is now represented by Steven Doyle of the United States Attorney's Office. Steven Doyle will represent Dr. Weaver throughout this case.

WHEREFORE, the undersigned attorneys request the Court to allow them to withdraw from representation of Dr. Weaver as he has new counsel from the United States Attorney's Office.

DATED this ___1st___ day of May, 2006.

_____
ALEX L. HOLTSFORD, JR.
Attorney For Health Services, Inc.

_____
RICK A. HOWARD
Attorneys For Health Services, Inc.

_____
APRIL W. MCKAY
Attorneys For Health Services, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Richard Stockham, III
Stockham Carroll & Smith, PC
2204 Lakeshore Drive
Suite 114
Birmingham, Alabama

Kristi Allen Dowdy
McDonald & Dowdy
1005 Montgomery Highway
Birmingham, Alabama 35216

Kendrick E. Webb
Gary L. Williford, Jr.
Webb & Eley
Post Office Box 240909
Montgomery, Alabama 36124

This the **1st** day of May, 2006.

_____
OF COUNSEL