IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-1150-MHT |
| | ) |
| RICK OWENS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Pursuant to the *Notice of Appearance* filed by Assistant United States Attorney Stephen M. Doyle on April 28, 2006 (Doc. 33), it is

**ORDERED** that the *Motion to Withdraw* filed by Alex L. Holtsford, Jr., Esq. on May 1, 2006 (Doc. 34) is hereby **GRANTED**. Accordingly, the clerk is ORDERED to designate Assistant United States Attorney Stephen M. Doyle as the counsel of record for Defendant Randall Weaver.

DONE this 3rd day of May, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE