IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __5-3-2006__ AT __10:31__ (A.M.)/P.M.

DATE COMPLETED __5-3-2006__ AT __11:07__ (A.M.)/P.M.

DANIEL BRYAN KELLY
vs.
RICKY OWENS, ET AL.

(Civil) Case No. 2:05CV1150-MHT

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| Richard Stockham, III | Gary Willford, Jr. |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __MOTION TO DISMISS BY RICKY OWENS__

10:31 am: Court convenes.
Oral Argument Held.
11:07 am: Court is recessed.