IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:05-CV-1150-MHT-DRB |
| ) | |
| RICK OWENS, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is **ORDERED** that Defendants respond not later than May 12, 2006, to show any cause why the court should not grant *Plaintiff's Motion for Leave to Amend the Complaint* (Doc.38) by substituting therefor the First Amended Complaint filed therewith on May 8, 2006.

DONE THIS 8TH DAY OF MAY, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
United States Magistrate Judge