IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-1150-MHT |
| RICK OWENS, et al., | ) |
| Defendants. | ) |

## ORDER

Pending are the following-styled motions to dismiss, each filed with a supporting brief:

(a) *Coosa County Sheriff Ricky Owens' Motion to Dismiss Plaintiff's Amended Complaint* (Docs. 43 and 44, filed June 2, 2006);

(b) *Defendant Coosa County Commission's Motion to Dismiss Plaintiff's Amended Complaint* (Docs. 45 and 46, filed June 2, 2006);

(c) *Defendant Al Bradley, Terry Wilson, and Wendy Roberson's Motion to Dismiss Claims Against Them in their Official Capacities and Eighth Amendment Claims Against Them* (Docs. 50 and 51, filed June 2, 2006)

**For good cause, it is ORDERED that:**

1. Plaintiff shall respond to each motion not later than June 26, 2006, to show any cause why the motion should not be granted as requested.

2. Defendants may file any reply to Plaintiff's submissions not later than July 10, 2006, and the Motions shall be then submitted on briefs.

Done this 6th day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE