# DEFENDANT'S EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:05-cv-1150-MHT** |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF RANDALL W. WEAVER, M.D.**

I, Randall W. Weaver, M.D., being over the age of eighteen and competent to testify declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge:

1. I am a physician with a family practice in Rockford, Alabama.

2. I am the only doctor in Rockford, Alabama.

3. I have maintained a practice in Rockford since August 1995. I have maintained my practice in the same office location since 2000.

4. I am board certified by the American Board of Family Practice.

5. From on or about July 2001 through June 2004, I was employed by Health Services, Inc., to provide medical services in Rockford and the surrounding area.

6. On November 26, 2003, the day before Thanksgiving, I examined a patient named Daniel Bryan Kelly in my office. Attached to this declaration are the medical records of my examination of Mr. Kelly. These records accurately reflect my examination

of Mr. Kelly. The patient told me that he had a seizure in jail and suffered a fall. He complained of pain in his right leg, foot, and knee. I never saw Mr. Kelly again after my examination on November 26, 2003.

7. I have never been employed by Coosa County or the Coosa County Commission to provide medical services for inmates at the Coosa County Jail.

8. I have never had any responsibility for conditions of confinement or medical services at the Coosa County Jail.

9. I provided medical services to Mr. Kelly on November 26, 2003, as a Health Services, Inc., patient in my clinic.

Pursuant to 28 U.S.C. § 1746 (2) I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2006.

Randall W. Weaver, M.D.
299 Jackson Street
Rockford, Alabama 35136

2

Inmate

**HSI ADULT MEDICINE PROGRESS NOTE**   CONFIDENTIAL

ALLERGIES: Codeine — Rash  LKO/76

DATE: 11/26/03

PATIENT NAME: Kelley, Daniel Bryant   D.O.B. 6/17/71   HSI# 01102   RACE/SEX/AGE: Cau/M/32

V/S: T 97.6  P 83  R 24  B/P R 142/80  WT 185  HT.   PAIN: NRS (1/low-10/high) "7"

NURSING: O2 SAT = 98%. Gives history of having seizures for 2½ yrs. States Recently had one in jail fell And hurt my Leg — ® Foot + my ® Knee

Nurse's Signature: D Mitchell, LPN

Providers use SOAP formate for documentation and note consultation, condition on discharge, patient education.

S: Person in c/o ® leg pain / foot pain (knee) for past 4 to 5 days after falling in jail. No prior problem c̄ his ® leg. Has H/O back pain 2° to injuries. Has had surgery on his back.

Also has H/O mental illness; seizures + blackouts. His reg MDs are Dr. Jones in Alex City + a psychiatrist in B'ham. Has had 3 psychiatric hospitalizations. Mental health evaluating him for transfer to rehab.

No other complaint

O: general — NAD
mood — tearful at times, WNL at others
lungs — CTA
heart — RRR
extremities — pulses — WNL
  ® knee — ROM — WNL, ligaments appear to be intact, minimal tenderness to palpation over patellar ligament
  ® ankle — ROM — WNL, minimal swelling if any, strength — WNL, possible bony abn distal ankle (probably old)

Education A/P ankle / knee pain — symptomatic care, elastic ankle brace for comfort per his request

Signature

x-ray and/or ortho appt if cont to hurt

Health Services, Inc. FORM #95-01-02

# Health Services, Inc.
## INITIAL PAIN ASSESSMENT TOOL (ADULT)

**CONFIDENTIAL**

Patient's name: **Daniel Kelley**   DOB: **6/17/71**   HSI #: **01/02**   Date: **11/26/03**

Complaint: **Pain R Leg + R Knee + Lower Back**   Allergies: **Codeine**   Nurse: **DR Mitchell**

**1. Location:** Patient or nurse marks drawing



**2. Intensity:** Patient rates the pain on NRS scale.



```
|----|----|----|----|----|----|----|----|----|----|
0    1    2    3    4    5    6   (7)   8    9   10
No Pain    Mild      Moderate    Severe  Very Severe  Worst Possible Pain
```

**3. Pain Patterns:** Indicate which picture best describes the way your pain is throughout the day



Constant (circled) | Episodic

**4. Effects of pain:**

| | | | |
|---|---|---|---|
| Working | Not At All | A Little | **(A Lot)** |
| Relationships | Not At All | **(A Little)** | A Lot |
| Mood | Not At All | A Little | **(A Lot)** |
| Sleeping | Not At All | A Little | **(A Lot)** |
| Walking | Not At All | A Little | **(A Lot)** |
| Enjoying life | Not At All | A Little | **(A Lot)** |
| Taking care of yourself | Not At All | **(A Little)** | A Lot |
| Other | Not At All | A Little | A Lot |

CONFIDENTIAL

5. Quality: (Use patient's words, e.g., prick, ache, burn, throb, pull, sharp) Constant Throb Sharp Leg/BAC

6. Onset, duration, pattern: R Leg 3 days ago Lower Back years 2000

7. Manner of expressing pain: moody + cry

8. What relieves the pain? nothing

9. What causes or increases the pain? Walking

10. Medications: Write in the name and dose of the medications that you are currently taking.

| Name of Medication | Dosage of Medication | Number of doses / day |
|---|---|---|
| Have Taken Robaxin & Lorcet Plus | ī q4-6° | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

11. Other comments: _____

Patient: Do not write below this line.

**Provider completes the following:**

Plan: _____

Provider's Signature: _____   Date: _____

March 2002

# HEALTH HISTORY

CONFIDENTIAL

DATE: Nov 26-2003    NAME: Daniel Bryan Kelley

D.O.B.: 6-17-71    H.S.I.# _____

1. What is the reason for your visit today? Feel and hurt Rt. Ft + Rt Knee + Lower Back
2. Is there anything specific about you or your health that we need to know? L4 L5 S1 is Artifical
3. List drugs, pollen, animals or foods that you are allergic to: Codine
4. List any medications that you are taking (including: vitamins, aspirin, tylenol, laxatives)
   Coreet Plus, Flexeril, Zpack, morphine patchs, Zyprexa, Klonpin, Seraqul,
   Prescribed by whom? Cheha mental Health & Dr. James
5. Have YOU or anyone in your immediate family had any of the following: (write "Pt." or indicate which relative.) Deceased?

   heart disease Uncle    diabetes/sugar Uncle    asthma Me - Bronkids
   high blood pressure Uncle&Cous    birth defects _____    cancer Aunt
   stroke Dad    blood problems/disease Cousins    TB _____
   sickle cell disease _____

   Childhood illnesses _____    Immunizations (up-to-date) YES  NO
   Date of last tetanus (lockjaw) _____

6. Have you ever been in the hospital? (YES)  NO  / Date: (most recent) Aug. 2003 Brookwood
   Reason? physo problems & Back surgery  Which hospital? Baptist Mt.Clare, Brookwood
7. Have you ever had surgery? (YES)  NO   When? 2000 Back L4 L5 S1
8. Have you ever had a serious accident?  (YES)  NO   When? 2000 Feel Broke Back
9. Have you ever had serious or recent problems with: (Circle no or yes please)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ears or hearing | (NO) | YES | cough | NO | (YES) | depression | NO | (YES) |
| mouth or throat | NO | (YES) | thyroid | (NO) | YES | weight loss | NO | (YES) |
| allergies | NO | (YES) | skin problems | (NO) | YES | ulcers | NO | (YES) |
| lung infections | NO | (YES) | stomach | NO | (YES) | liver | (NO) | YES |
| eyes | (NO) | YES | kidneys | NO | (YES) | arthritis | (NO) | YES |
| muscle pain | NO | (YES) | gallbladder | (NO) | YES | joint pain | NO | (YES) |
| headaches | NO | (YES) | discharge | (NO) | YES | moles | (NO) | YES |
| prostate | NO | (YES) | sores (penis) | (NO) | YES | chest pain | (NO) | YES |

10. Do you examine your testicles monthly? (males only)...... yes ......................... NO  YES
11. Have you ever had a seizure, convulsion, or "falling out" spell?...... yes ............. NO  YES
12. Have you ever had a blood clot in your lungs, legs or anywhere?...... No ............. NO  YES
13. Have you ever smoked cigarettes or used tobacco? (chew or dip)...... yes ............ NO  YES
    If yes, are you an: Ex-smoker?    (Smoke now?)    Do you smoke (less) or (more)
    than a pack a day? How much smokeless tobacco do you use a day? I can scool
14. How often do you drink beer, wine, wine coolers, or liquor? (circle please)
    Never    Rarely    1-2 times a week    (3-4) times a week    5 or more a week
    If you drink beer, wine, wine coolers, or liquor, do you have (circle) less or more than 5 drinks a day?
    less

15. Have you ever used marijuana, cocaine, crack or other street drugs?................... NO  (YES)
16. Have you ever used I.V. drugs?................................................................. (NO)  YES
17. Have you ever had a blood transfusion (date).............................................. (NO)  YES

12/92    HSI # 28    (over)

CONFIDENTIAL

18. Do you have any tattoos? Rt Arm ........................................................... NO (YES)
19. Have you ever been treated for a venereal disease? (Date) ................... (NO) YES
    Which one(s) _____
20. Have you had sex with more than one partner in the last 5 years? .......... NO (YES)
21. Have you every had sex with a member of your own sex? ..................... (NO) YES
22. Have you ever been around anyone with hepatitus? (Date) ................... (NO) YES
23. Would your sex partner(s) answer YES to any of the questions 14-22? ...... (NO) YES

24. How is your appetite for food?   Excellent   Good   Fair   (Poor)
25. Are you now or have you ever been placed on a special diet? Ulcers ....... NO (YES)
    If yes, what kind of diet? Ulcers No Grits
26. Are there any foods that disagree with you? .................................... NO (YES)
    If yes, what are they? anything hot
27. Do you have a problem with constipation? ....................................... (NO) YES
28. Do you have a problem with diarrhea (loose and watery stools) Nervous .... NO (YES)
29. Do you have a problem sleeping? In Stomach .................................... NO (YES)
30. What kind of work have you done for most of your life? Army, Roofing

### FOR FEMALES ONLY

1. How old were you when you started your periods? _____ Date of last period? _____
2. How often do you have your period? _____ Are they regular? _____
3. Do you have (circle) bad cramps / bleeding or spotting between periods / or any unusual discharge?
4. Do you have any problems with your breasts? (lumps, pain, discharge or other) ........ NO   YES
5. Do you practice self-examination? ........ NO   YES   Monthly? ........ NO   YES
6. Have you ever had a mammogram ......................................................... NO   YES
   Why? _____ Date of most recent? _____
   Where? _____
7. How many times have you been pregnant? _____ How many children are living? _____
   Have you ever had any: stillbirths?   miscarriages?   abortions?
8. Were any of your children premature?   NO   YES   How early? _____
9. Have you ever used: (circle NO/YES) birth control pills? NO/YES ; foam? NO/YES ; condoms? NO/YES; IUD? NO/YES ; diaphram? NO/YES
10. Did you ever have any serious problems with any of the above methods ........ NO   YES
11. When was your last Pap Smear? _____ Where? _____
12. Have you ever had an abnormal Pap Smear? ................................................ NO   YES
    When? _____ Where? _____