IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:05-CV-1150-MHT |
| ) | |
| RICK OWENS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending is *Defendant Randall W. Weaver, M.D.'s Motion for Summary Judgment* (Doc.57) filed on June 30, 2006. It is **ORDERED** that:

1. Plaintiff shall a response not later than August 7, 2006, to show any cause why the motion should not be granted.

2. Defendant may file any reply to Plaintiff's submissions not later than August 18, 2006.

Done this 21ˢᵗ day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE