IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: **2:05-cv-1150-MHT-DRB** ) |
| RICKY OWENS, et al. | ) ) |
| Defendants. | ) |

## NOTICE OF CORRECTION TO MEMORANDUM IN SUPPORT OF DEFENDANT RANDALL W. WEAVER, M.D.'s MOTION FOR SUMMARY JUDGMENT

There is a typographical error in the first sentence of the third paragraph of section B of the argument in Dr. Weaver's memorandum. The sentence should read "Doctor Weaver examined plaintiff in his office in Rockford, Alabama, on November 26, 2003."

Respectfully submitted this 21st day of July, 2006.

        LEURA G. CANARY
        United States Attorney

By:    /s/Stephen M. Doyle
        STEPHEN M. DOYLE
        Chief, Civil Division
        Assistant United States Attorney
        **Attorney for Defendant Randall W. Weaver**, **M.D.**
        Post Office Box 197
        Montgomery, AL  36101-0197
        District of Columbia Bar No. 422474
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        **E-mail:  stephen.doyle@usdoj.gov**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Richard J. Stockham, III, Esquire; Kendrick E. Webb, Esquire; Kristi Allen Dowdy, Esquire; and Gary L. Willford, Jr., Esquire.

      /s/Stephen M. Doyle
    Assistant United States Attorney