## AFFIDAVIT OF WANDA KELLEY

STATE OF ALABAMA)

JEFFERSON COUNTY)

My name is Wanda Kelley and I have personal knowledge of the following facts.

1. When my son, Bryan, was being held in the Coosa County Jail, I went and spoke with Wendy Roberson, an officer in the Coosa County Jail, because I was concerned about my son's health. She told me that the Coosa County Jail had its own doctor and that was Dr. Weaver.

2. On the night of January 16, 2004, Bryan was taken to Russell Medical Center in Alexander City, Alabama. I learned there that my son was diagnosed as suffering from poisoning from drug or medical substance. During the time of November 2003, December 2003, and January 2004, Bryan was in the custody of Coosa County Jail.

The foregoing is true and correct to the best of my knowledge and belief.

_____
Wanda Kelley

Sworn to and subscribed before me on this the 7th day of August, 2006.

_____
Notary Public
My commission expires: 6/5/07

**Exhibit A**