<u>AFFIDAVIT OF RAY KELLEY</u>

STATE OF ALABAMA)

JEFFERSON COUNTY)

My name is Ray Kelley and I have personal knowledge of the following facts.

1. When my son, Bryan, was being held in the Coosa County Jail, in November 2003, December, 2003, and January 2004 I was concerned that he was not getting adequate medical treatment so I went to the jail and talked to the jail personnel about it. Wendy Roberson, an officer at the jail, told me that Coosa County Jail had its own doctor and that was Dr. Weaver. She also told me that Dr. Weaver was the doctor who was prescribing medications.

The foregoing is true and correct to the best of my knowledge and belief.

_____
Ray Kelley

Sworn to and subscribed before me on this the 7th day of August, 2006.

_____
Notary Public
My commission expires: 6/5/07

Exhibit B