IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLY, | ) | |
| | ) | |
|    *Plaintiff,* | ) | |
| v. | ) | 2:05-CV-1150-MHT-DRB |
| | ) | |
| RICKY OWENS, et al., | ) | |
| | ) | |
|    *Defendants.* | ) | |

### ORDER

Defendant Coosa County Commission filed on August 21, 2006 its *Supplement to Its Motion to Dismiss the Plaintiff's Amended Complaint* (Doc. 65), which serves to "adopt[] and incorporate[] the arguments and law cited by Dr. Weaver in his Motion for Summary Judgment and [his] supporting briefs". By Orders entered June 6, 2006 and July 21, 2006 (Docs. 53 and 61), the court set submission deadlines for the motions filed by Defendant Coosa County Commission (Doc. 45, filed June 2, 2006) and by Defendant Randall Weaver, M.D. (Doc. 57, filed June 30, 2006).

It is therefore **ORDERED** as follows:

1. The Clerk is INSTRUCTED to correct the Docket entry no. 65 <u>from</u> Supplemental Motion <u>to</u> Dismiss Amended Complaint <u>to</u> Supplement to Motion, consistent with the caption, *Defendant Coosa County Commission's Supplement to its Motion to Dismiss the Plaintiff's Amended Complaint*. <u>The Supplement shall not be docketed or construed as another motion.</u>

2. Plaintiff is not required to make duplicate responses to arguments; any response to the contentions and arguments of Defendant Randall Weaver, M.D. in his summary judgment motion may be deemed Plaintiff's response as well to those same contentions and arguments as adopted by

Defendant Coosa County Commission, unless Plaintiff requests otherwise.

Done this 21st day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE