IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-cv-1150-T |
| ) | |
| RICKY OWENS, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RICKY OWENS'S PARTIAL OBJECTION TO THE
RECOMMENDATION OF THE MAGISTRATE JUDGE**

COMES NOW Coosa County Sheriff Ricky Owens, a Defendant in the above-entitled action, and submits this Partial Objection to the November 16, 2006 Recommendation of the Magistrate Judge.

1. In the November 16, 2006 Report and Recommendation, the Magistrate Judge recommended that Sheriff Owens's Motion to Dismiss be granted as to the following claims:

    a. All Section 1983 claims asserted under the Eighth Amendment;

    b. All Section 1983 claims for monetary damages, injunctive relief, and declaratory relief under the Fourteenth Amendment against Sheriff Owens in his official capacity; and

    c. All Section 1983 claims for monetary damages under the Fourteenth Amendment on the "failure to train jail staff" claims asserted in Count IV.

2. The Magistrate Judge recommended that Sheriff Owens's Motion to Dismiss be denied as to the following claims:

    a. The "Deliberate Indifference to Medical Care" claims in Counts I and II;

  b.  The "Unconstitutional Conditions of Confinement" claim in Count II; and

  c.  The "Unconstitutional failure to prevent excessive force" claim in Count V.

  3.  Sheriff Owens objects to the denial of his motion to dismiss the "Deliberate Indifference to Medical Care" claims in Counts I and II on the grounds that the allegations in the Amended Complaint relied upon by the Magistrate Judge do not show that Sheriff Owens acted with deliberate indifference to his alleged awareness of the Plaintiff's alleged serious medical need.

  WHEREFORE Defendant Sheriff Owens requests that the Magistrate revise the Report and Recommendation as to the "Deliberate Indifference to Medical Care" claims in Counts I and II.

  Respectfully submitted this 29th day of November, 2006.

            s/Gary L. Willford, Jr.
            KENDRICK E. WEBB – Bar No. WEB022
            GARY L. WILLFORD, JR. – Bar No. WIL198
            Attorney for Defendants
            WEBB & ELEY, P.C.
            7474 Halcyon Pointe Road (36117)
            Post Office Box 240909
            Montgomery, Alabama  36124
            Telephone:  (334) 262-1850
            Fax:  (334) 262-1889
            E-mail:  gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Richard J. Stockham, III**, **Kristi Allen Dowdy**, and **Stephen Michael Doyle**.

            s/Gary L. Willford, Jr.
            OF COUNSEL