**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIEL BRYAN KELLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.: 2:05-cv-1150-T** |
| | ) | |
| **RICKY OWENS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on line on December 15, 2006, between the following participants:

   Richard Stockham
   Attorney for Plaintiff

   Gary L. Willford, Jr.
   Attorney for Defendant Ricky Owens

   Kristi McDonald
   Attorney for Defendants Al Bradley, Terry Wilson, and Wendy Roberson

2. **Pre-Discovery Disclosures.** The parties will exchange by January 8, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a.   Discovery will be needed on the following subjects:

        (1)   All information pertaining to Plaintiff's claims and damages.

        (2)   All information pertaining to Defendants' defenses.

    b.   All discovery commenced in time to be completed by August 24, 2007.

    c.   There will be a maximum of 25 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.   There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

  e. There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

  f. The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

  g. Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by April 27, 2007, and from Defendants by May 25, 2007.

  h. Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

  a. **Scheduling Conference**
   The parties do not request a conference with the court before entry of the scheduling order.

  b. **Pretrial Conference**
   The parties request a pretrial conference in September, 2007.

  a. **Additional Parties, Claims and Defenses**
   The parties must join additional parties and amend the pleadings by February 23, 2007.

  b. **Dispositive Motions**
   All potentially dispositive motions should be filed by July 27, 2007.

  c. **Settlement**
   Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

  d. **Trial Evidence**
   The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

  e. **Trial Date**
   This case should be ready for trial by October 1, 2007, and at this time is expected to take approximately 4 days of trial time.

Date: December 18, 2006

/s/ RICHARD J. STOCKHAM, III
Richard J. Stockham, III – Bar No. STO034
Attorney for Plaintiff
Stockham, Carroll, & Smith P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone: (205) 879-9954
Fax: (205) 879-9990
E-mail: rjs@stockhampc.com

/s/ GARY L. WILLFORD, JR.
KENDRICK E. WEBB – Bar No. WEB022
GARY L. WILLFORD, JR. – Bar No. WIL198
Attorney for Defendant Ricky Owens
WEBB & ELEY, P.C.
7474 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  gwillford@webbeley.com

/s/KRISTI McDONALD
Kristi McDonald –Bar No. DOW016
Attorney for Defendants Bradley, Wilson, and Roberson
McDonald & McDonald
1005 Montgomery Highway
Birmingham, Alabama 35216-2805
Telephone: (205) 824-0507
Fax:  (205) 824-0509
E-mail:  felalaw@bellsouth.net