IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-cv-1150-T |
| | ) |
| RICKY OWENS, et.al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME
TO DISCLOSE EXPERT WITNESS**

Comes now the Defendants in the above-styled matter and jointly request this Honorable Court to extend the deadline in which the Defendants are to disclose expert witnesses. As grounds therefore, the Defendants show unto the Court as follows:

1. The Defendants recently deposed the Plaintiff and the Plaintiff's mother at which time it was learned that the Plaintiff has suffered and is suffering from numerous mental disorders. The Plaintiff has been under the care and continues under the care of numerous psychiatrists/psychologists for these problems.

2. The Defendants are in the process of rescheduling the deposition of the Plaintiff's father, which had to be cancelled because the Plaintiff reportedly had an "episode" following his deposition. The Defendants believe the Plaintiff's father may be able to provide additional information regarding the Plaintiff's medical and mental health and history which may be relevant to any expert.

3. The Defendants are in the process of obtaining all of the records of the medical providers known at this time, including the records for the Plaintiff's psychological treatment.

4. The Defendants need to obtain all of the Plaintiff's records in order to determine the type of expert needed and for any expert to review.

5. The Plaintiff has no objection to an extension and the Defendants have no objection to the Plaintiff having additional time if needed.

Wherefore, above premises considered, the Defendants respectfully request an extension of time to identify expert witnesses in this matter.

Respectfully submitted,

*/s/ Kristi A. McDonald*
Kristi A. McDonald (DOW016)
Attorney for Defendants Bradley, Wilson and Roberson
McDonald & McDonald
1005 Montgomery Highway
Birmingham, Alabama  35216
(205) 824-0507 - telephone
(205) 824-0509 – facsimile
felalaw@bellsouth.net – e-mail

*/s/ Gary L. Willford, Jr.*
Gary L. Willford, Jr.
Attorney for Defendant Ricky Owens
Webb & Eley, P.C.
7474 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
(334) 262-1850
(334) 262-1889
gwillford@webbeley.com – e-mail

## Certificate of Service

      I hereby certify that on this the 25th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/ Kristi A. McDonald
                                            OF COUNSEL