IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:05-CV-1150-MHT-TFM |
| RICKY OWENS, et al., | ) ) ) ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendants' unopposed *Motion for Extension of Time* (Doc. #86; May 25, 2007), and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and Defendants' time to disclose expert witnesses is extended sixty (60) days up to, and including, July 24, 2007.

Done this 30th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE