IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DANIEL BRYAN KELLY,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1150-MHT |
| ) | |
| **RICKY OWENS, etc., et al.,** ) | |
| ) | |
|    Defendants. ) | |

ORDER

In view of the fact that, except for discovery matters, this case will now be handled by a district judge, rather than a magistrate judge, it is ORDERED that this case is set for an on-the-record status conference on August 9, 2007, at 8:30 a.m.  During the call, this court will discuss with counsel whether the deadlines should be changed.  The dispositive-motion deadline is temporarily suspended.  Counsel for defendants are to arrange for the conference to be conducted by telephone.

It is further ORDERED that the motion for extension of time (Doc. No. 89) is denied without prejudice.

DONE, this the 24th day of July, 2007.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**