IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL BRYAN KELLY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-1150-MHT-TFM |
| | ) |
| **RICKY OWENS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW the Defendants and move the Court for an Order extending their time for designating experts. In support thereof, Defendants set forth and state as follows:

1. Defendants' expert disclosures are due on July 25, 2007.

2. Plaintiff had previously filed an unopposed motion to extend deadlines that was denied by the Court on July 24, 2007. While the Court temporarily suspended the dispositive motion deadline, it did not do the same for the expert deadline.

3. The reasons underlying the instant motion are the same that supported the request for a general extension. Specifically, due to personal issues concerning the lawyers involved in this case, the parties have not been able to engage in necessary discovery. This has particularly hampered the Defendants in meeting the expert disclosure requirements.

4. Accordingly, the Defendants request that the Court also suspend their obligations under Rule 26(a)(2) until a reasonable time after the August 9, 2007 status conference set by the Court in its July 24, 2007 Order. (Doc. 91.)

5. The undersigned has consulted with the attorney for the Plaintiff and the attorney for the Co-Defendants and has been authorized to represent to the Court that this motion is unopposed and is, in fact, supported by all parties.

1

WHEREFORE, premises considered, the Defendants request that the Court suspend the deadline for disclosing experts until a reasonable time after the August 9, 2007 status conference.

Respectfully submitted this the 25th day of July, 2007.

>s/ Gary L. Willford, Jr.
>KENDRICK E. WEBB Bar No. WEB022
>GARY L. WILLFORD, JR. Bar No. WIL198
>Attorneys for Defendant Ricky Owens
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive (36117)
>Post Office Box 240909
>Montgomery, Alabama  36116
>Telephone:  (334) 262-1850
>Fax:  (334) 262-1889
>E-mail:  gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of July, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants, **Richard Stockham and Kristi McDonald**.

>s/Gary L. Willford, Jr.
>OF COUNSEL