IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY,           ) | |
|     Plaintiff,                    ) | |
|                                         ) | CIVIL ACTION NO. |
| v.                                      ) | 2:05cv1150-MHT |
| RICKY OWENS, etc., et al.,   ) | |
|     Defendants.              ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 92) is granted to the extent that the expert-witness deadlines are temporarily suspended.

DONE, this the 31st day of July, 2007.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE