IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY,         ) | |
|     )| |
|   Plaintiff,       ) | |
|     )     | CIVIL ACTION NO. |
|   v.               ) | 2:05cv1150-MHT |
|     )     | |
| RICKY OWENS, etc., et al.,  ) | |
|     )     | |
|   Defendants.      ) | |

ORDER

Based upon representations made during a status conference on August 9, 2007, it is ORDERED that the scheduling order entered on December 19, 2006 (Doc. No. 83), is modified as follows:

(1) The pretrial is set for December 20, 2007. By later order, the court will set a specific time for the pretrial.

(2) The trial is set for the term of court beginning on January 28, 2008.

(3) The defendants are allowed until October 19, 2007, to furnish expert-witness information.

(4) The parties are allowed until October 31, 2007, to file dispositive motions.

(5) The parties are allowed until November 23, 2007, to complete discovery.

(6) The parties are to exchange lists of witnesses and exhibits by no later than January 14, 2008.

DONE, this the 9th day of August, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**