IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1150-MHT-TFM |
| | ) | |
| RICKY OWENS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Upon consideration of the *Motion to Quash Subpoena* filed by the Board of Trustees of the University of Alabama (Doc. #95; August 9, 2007), it is hereby

**ORDERED** that the **Parties file a response by August 22, 2007** to show any cause why the motion should not be granted.

Done this 13th day of August, 2007.


/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE