IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-TFM |
| RICKY OWENS, et al. | ) |
| Defendants. | ) |

## RULE 26 INFORMATION

Comes now Plaintiff, Daniel Bryan Kelly in the above-styled cause and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedures provides the following information:

1. Plaintiff has not retained or specifically employed any witness to provide expert testimony in this case, however, Plaintiff does seek to offer the testimony of his treating physician which filed under the provisions of F.R.C.P. Rule 26(a)(2)(a) these individuals are Plaintiff's doctor who treated him when he was taken to the Russell hospital on January 16, 2004 and his psychiatrist who have treated him since that time.

2. His treating physician at Russell Hospital was Dr. Vincent Law, Temple Medical Clinic, 1120 Airport Drive, Suite 102, Alexander City, Alabama 35010, (255) 234-4295.

3. His treating psychiatrist who diagnosed him with post-traumatic stress disorder as a result of the treatment he received in the Coosa County jail by Defendants are Dr. Favor, II, Shelby Psychological Services, Inc., 1940 Highway 33, Suite A, Pelham, AL 35124, (205) 664-4014.

4. Doctor treating him for post-traumatic stress disorder which he received in a result of treatment by Defendants when he was incarcerated in the Coosa County jail Dr. Rayford Thweatt, M.D., Department of Psychiatric Services, 401 Center for

Psychiatric Medicine, 1717 Six Avenue South, Birmingham, AL 35233, (205) 934-9699. - 1713 6th Avenue South, room 249, Birmingham, AL 35233, (205) 934-7008.

Plaintiff will seek to offer testimony regarding their diagnosis and treatment of them and expert opinions in whole regarding the diagnosis and treatment of him, particularly as it relates to the injuries he received from Defendants while he was incarcerated in the Coosa County Jail.

Respectfully submitted

Richard J. Stockham III
State Bar No. STO034
Attorney for the Plaintiff

OF COUNSEL
Stockham, Carroll, & Smith P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon counsel for all parties as set out below, by facsimile and by placing a copy of same in the United States mail, postage prepaid and properly addressed this 27th day of April, 2007.

Kristi McDonald, Esq.
McDonald & McDonald
1005 Montgomery Hwy
Vestavia Hills, AL 35216
Tel (205) 824-0507
Fax (205) 824-0509

Gary L. Willford, Jr. Esq.
Webb & Eley, P.C.
7475 Halcyon Pointe Road
Montgomery, Al 36124
Tel. (334) 262-1850
Fax (334) 262-1889

OF COUNSEL