IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-1150-MHT-TFM |
| | ) |
| RICKY OWENS, et al., | ) |
| | ) |
|     Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Ricky Owens and moves the Court for an Order extending all remaining deadlines in this case by thirty (30) days. In support thereof, Defendant sets forth and states as follows:

1. The undersigned is the attorney with primary responsibility for the Sheriff Owens's defense.

2. During the August 9, 2007 telephone status conference, the undersigned made the Court aware of a personal family medical situation that would arise on November 1, 2007. Medical complications arose yesterday that will require the undersigned to take up to three weeks away from the office, beginning immediately.

3. Should the Court require additional information, the undersigned can be available by telephone.

4. The requested relief is necessary because there are two deadlines (expert disclosure and dispositive motion) that will fall within the period the undersigned will be away from the office.

5. The undersigned has conferred with counsel for all parties and is authorized to represent to the Court that the instant motion is unopposed.

1

WHEREFORE, premises considered, Sheriff Owens Requests that the Court extend the remaining deadlines in this case by thirty (30) days.

Respectfully submitted this the 11th day of October, 2007.

> **s/ Gary L. Willford, Jr.**
> KENDRICK E. WEBB Bar No. WEB022
> GARY L. WILLFORD, JR. Bar No. WIL198
> Attorneys for Defendant Ricky Owens
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36116
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: gwillford@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of October, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants, **Richard Stockham and Kristi McDonald**.

> s/Gary L. Willford, Jr.
> OF COUNSEL