IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DANIEL BRYAN KELLY,           )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:05cv1150-MHT
                              )
RICKY OWENS, etc., et al.,    )
                              )
    Defendants.               )

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 100) is granted.  The pretrial and trial dates are not continued, however.

DONE, this the 19th day of October, 2007.


              /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE