**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIEL BRYAN KELLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.  2:05-cv-1150-MHT-TFM** |
| | ) | |
| **RICKY OWENS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS JOINT EVIDENTIARY SUBMISSIONS IN SUPPORT OF THEIR**
**MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants in the above-styled cause, and jointly submit the following
Evidentiary Materials in support of their contemporaneously filed Motion for Summary
Judgment:

| **Exhibit** | **Description** |
|---|---|
| A | Inmate Booking Sheet dated 11/13/03 |
| B | Declaration of Ricky Owens |
| C | Deposition of Wendy Roberson |
| D | Coosa County Inmate Medical Intake Sheet |
| E | Deposition of Al Bradley |
| F | November Shift Logs |
| G | Deposition of Daniel Bryan Kelley |
| H | Inmate Request form dated 12/20/03 |
| I | Deposition of Terry Wilson |
| J | Deposition of Wanda Kelley |

| **Exhibit** | **Description** |
|:---:|:---|
| K | Coosa County Inmate Rules and Regulations Sections 8,9,10 and 13 |
| L | Food World Pharmacy Medical Records |
| M | Inmate Request form dated 11/18/03 |
| N | Coosa County Sheriff's Department doctor visit prescription form dated 11/26/03 |
| O | Russell Medical Center Emergency Room dated 11/26/03 |
| P | Inmate Request form dated 11/28/03 |
| Q | Crew Drugs Medical Records |
| R | Inmate Request form dated 11/29/03 |
| S | Inmate Request form dated 11/30/03 |
| T | Inmate Request form dated 12/01/03 |
| U | Inmate Request form dated 12/02/03 |
| V | Inmate Request form dated 12/03/03 |
| W | December Shift Logs |
| X | Russell Medical Records dated 12/09/03 |
| Y | Inmate Request Form dated 12/10/03 |
| Z | Coosa County Sheriff's Department doctor visit – prescription form dated 12/11/03 |
| AA | Dr. John James Medical Records |
| BB | Inmate Request form dated 12/18/03 |
| CC | Inmate Request form dated 12/27/03 |
| DD | Dr. Currie Medical Records |
| EE | Coosa County Sheriff's Department doctor visit – prescription form dated 01/14/04 |

| Exhibit | Description |
|---------|-------------|
| FF | Inmate Request form dated 01/06/04 |
| GG | January Shift Logs |
| HH | Coosa County Sheriff's Department doctor visit – prescription form dated 01/07/04 |
| II | Coosa County Jail Visitation Logs |
| JJ | Timesheets for Al Bradley |
| KK | Deposition of Raymond Kelley |
| LL | Order from Judge Rochester dated 01/16/04 |
| MM | The State of Alabama Inspection Report dated 06/05/03 |
| NN | Hillyer's Notes |
| OO | Declaration of Randall W. Weaver, M.D. |
| PP | Russell Medical Center Medical Records dated 01/16/04 |
| QQ | Statement of Kay Taylor |
| RR | Statement of Dana M. Harris dated 12/16/03 |
| SS | Statement of Aaron Green |
| TT | Statement of Wendy Roberson dated 12/11/03 |
| UU | Statement of Brett Oakes dated 01/23/04 |
| VV | Brookwood Medical Center Medical Records dated July, 2003 |
| WW | Brookwood Medical Center Medical Records dated 09/09/03 |
| XX | Brookwood Medical Center Medical Records dated 01/23/04 |
| YY | Wanda Kelley's Notes/Calendar |
| ZZ | Hill Crest Hospital Medical Records dated 02/15/07 |

Respectfully submitted this 30th day of November, 2007.

**s/Gary L. Willford, Jr.**
KENDRICK E. WEBB – Bar No. WEB022
GARY L. WILLFORD, JR. – Bar No. WIL198
Attorney for Defendants
WEBB & ELEY, P.C.
7474 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Richard J. Stockham, III** and **Kristi A. McDonald**.

**s/Gary L. Willford, Jr.**
OF COUNSEL