# EXHIBIT A

# Inmate Booking Sheet dated 11/13/03

```
11/13/2003   17:24:41          COOSA COUNTY SHERIFF'S OFFICE                     PAGE    1
                                   INMATE BOOKING SHEET
================================================================================
BOOKING NO: 030000601

   INMATE NAME: KELLEY DANIEL BRYAN
         ALIAS: BRYAN                                 RACE: W        SEX: M
         ALIAS:                                       HT: 6'01"  HAIR: BRO
       ADDRESS: 800 PINEVIEW LANE                     WT: 190    EYES: BRO
   CITY/ST/ZIP: SYLACAUGA, AL 35150                   COMPLEX:
    HOME PHONE: 256-283-6908                          SSN: 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
           DOB: 06/17/1971  AGE:   32                 DL ST: AL    DLN: 5555951
    PLCE BIRTH: TALLADEGA CO                          SID:
         STATE: AL                                    LOCID: 030000246
     M. STATUS: MARRIED
      RELIGION: CHURCH OF GOD
   GANG ASSOC: N
 SCARS/TATTOOS: SCAR ON BACK, TAT ON RT ARM   TWO BULLET HOLES RIGHT LEG
 KNOWN ENEMIES:
       REMARKS:
--------------------------------- NEXT OF KIN ----------------------------------
   NEXT OF KIN: KELLEY, RAY & WANDA             RELATIONSHIP: PARANTS
       ADDRESS: 800 PINEVIEW LN                        PHONE: 256-249-8067
   CITY/ST/ZIP: SYLACAUGA, AL 35150
       REMARKS:
-------------------------------- EMPLOYER INFO ---------------------------------
      EMPLOYED: N
 EMPLOYER NAME: DISABLED
       ADDRESS:
   CITY/ST/ZIP: ,
         PHONE: 000-000-0000
----------------------------------- MEDICAL ------------------------------------
   HANDICAPPED: Y  NEEDS: ARTIFICAL VERTIBRA-4 & L-5
       GLASSES: N  SMOKE: Y
 MEDICAL NEEDS: Y  NEEDS: BACK PROBLEMS, ULCERS, RT ARM LIMITED MOTION
     PHYSICIAN: DR JAMES                   PHONE: 000-000-0000
       REMARKS:

       REMARKS:
       REMARKS:
----------------------------------- PROPERTY -----------------------------------
          CASH:     $03.74
   DESCRIPTION: CASH AND COINS
 ADD. PROPERTY: BLACK TEE SHIRT, KHAKI PANTS, BROWN LEATHER SHOES, BLACK BEL
 ADD. PROPERTY: T
 ADD. PROPERTY:
    BIN NUMBER: PROPERTY CLOSET
 VEH IMPOUNDED:
    IMPOUND LOT:
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: [signature]                    DATE: _____   TIME: _____

BOOK OFFICER: _____         DATE: _____   TIME: _____
```

```
11/13/2003    17:24:41         COOSA COUNTY SHERIFF'S OFFICE                  PAGE    2
                                   INMATE BOOKING SHEET
==============================================================================
BOOKING NO: 030000601      INMATE NAME: KELLEY DANIEL BRYAN
==============================================================================
         COURT: CIRCUIT               ATTORNEY ON REC:
         JUDGE: ROCHESTER                       PHONE: 000-000-0000
       REMARKS: FAILED DRUG TEST AT COURT - BOND REVOKED
       REMARKS:
------------------------------------------------------------------------------
     BOOK DATE: 11/13/2003  BOOK TIME: 16:50  BOOK TYPE: NORMAL

   ARREST DATE: 11/13/2003              BOOKING OFFICER: ROBERSON
   ARREST DEPT: CCSO                    CELL ASSIGNMENT: HOLDING
 ARRST OFFICER: ROCHESTER                     MEAL CODE: 01  COOSA COUNTY
 PROJ. RLSDATE: 00/00/0000                     FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: LIPSCOMB                 CLASSIFICATION:
   TYPE SEARCH: STRIP                      WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                   REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:

         NOTES:
         NOTES:
         NOTES:
```