# EXHIBIT D

# Coosa County Inmate Medical Intake Sheet

```
                    COOSA COUNTY SHERIFF'S OFFICE
11/13/2003   17:24:42     MEDICAL SCREENING FORM                    PAGE 1
============================================================================
Booking No: 030000601  Date: 11/13/2003  Time: 16:50    Type: NORMAL
Agency to Bill: COOSA COUNTY               Facility: COUNTY JAIL

Inmate Name: KELLEY DANIEL BRYAN                  Race: W       Sex: M
             DOB: 06/17/1971 Age: 32 SSN: 420 25 6528  Height: 6'01"  Weight: 190
```

| | | |
|---|---|---|
| N | 1. | Is inmate unconscious? |
| N | 2. | Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care? |
| N | 3. | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility? |
| N | 4. | Any signs of poor skin condition, vermin, rashes or needle marks? |
| Y | 5. | Does inmate appear to be under the influence of drugs or alcohol? |
| N | 6. | Any visible signs of alcohol or drug withdrawal? |
| N | 7. | Does inmate's behavior suggest the risk of suicide or assault? |
| N | 8. | Is inmate carrying any medication? |
| N | 9. | Does the inmate have any physical deformities? |
| N | 10. | Does inmate appear to have psychiatric problems? |

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| N | a. Allergies | | N | f. Fainting Spells | | Y | k. Seizures |
| Y | b. Arthritis | | N | g. Heart Condition | | N | l. Tuberculosis |
| Y | c. Asthma | | N | h. Hepatitis | | Y | m. Ulcers |
| N | d. Diabetes | | N | i. High Blood Pressure | | N | n. Venereal Disease |
| Y | e. Epilepsy | | Y | j. Psychiatric Disorder | | Y | o. Other (Specify) |

Other: ASTHMA - ALBUTEROL   SCHITZOPHRENIC/BI-POLAR
ARTIFICIAL VERTEBRAE IN BACK

12. For females only:
    ____ a. Are you pregnant?
    ____ b. Do you take birth control pills?
    ____ c. Have you recently delivered?

```
                       COOSA COUNTY SHERIFF'S OFFICE
11/13/2003    17:24:42      MEDICAL SCREENING FORM                    PAGE 2
================================================================================
Booking No: 030000601  Date: 11/13/2003  Time: 16:50  Type: NORMAL
Agency to Bill: COOSA COUNTY                  Facility: COUNTY JAIL

Inmate Name: KELLEY DANIEL BRYAN                    Race: W       Sex: M
    DOB: 06/17/1971 Age:  32  SSN: 420 25 6528  Height: 6'01"  Weight: 190
```

__Y__ 13. Have you recently been hospitalized or treated by a doctor?

__Y__ 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

__Y__ 15. Are you allergic to any medication? CODEINE

__Y__ 16. Do you have any handicaps or conditions that limit activity?

__Y__ 17. Have you ever attempted suicide or are you thinking about it now? ATTEMPTED SUICIDE 6mos AGO

__Y__ 18. Do you regularly use alcohol or street drugs?

__Y__ 19. Do you have any problems when you stop drinking or using drugs?

__N__ 20. Do you have a special diet prescribed by a physician?

__N__ 21. Do you have any problems or pain with your teeth?

__N__ 22. Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Daniel Bryan Kelley_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____