# EXHIBIT E

# Deposition of Al Bradley

Part I

# Transcript of the Testimony of

# Al Bradley

**Date:** September 25, 2007

## DANIEL B. KELLY
### vs.
## RICKY OWENS

Printed On: October 18, 2007

Daniel Court Reporting, Inc.
Phone: 205-250-7765
Fax: 205-252-6224
Email: danielreporting@aol.com

Daniel Court Reporting, Inc.

**Page 1**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANIEL BRYAN KELLY,      )
                         )
        Plaintiff,       )
                         )
vs.                      ) Civil Action No.
                         ) 2:50-CV-01150-MHT
                         )
RICKY OWENS, et al.,     )
                         )
        Defendant.       )

DEPOSITION OF AL BRADLEY

S T I P U L A T I O N S

        IT IS STIPULATED AND AGREED,
by and between the parties through
their respective counsel, that the
deposition of AL BRADLEY may be

**Page 2**

1  taken before Sandra Peebles Daniel,
2  Commissioner, Notary Public, State
3  at Large, at the Coosa County
4  Courthouse, Courthouse, One Main
5  Street, Rockford, Alabama 35136, on
6  the 25th day of September, 2007,
7  beginning at approximately 10:40 am.
8          IT IS FURTHER STIPULATED AND
9  AGREED that the reading of and
10 signature to the deposition by the
11 witness is waived, the deposition to
12 have the same force and effect as if
13 full compliance had been had with
14 all laws and rules of Court relating
15 to the taking of depositions.
16         IT IS FURTHER STIPULATED AND
17 AGREED that it shall not be
18 necessary for any objections to be
19 made by counsel to any questions,
20 except as to form or leading
21 questions, and that counsel for the
22 parties may make objections and
23 assign grounds at the time of the

**Page 3**

1  trial, or at the time said
2  deposition is offered in evidence,
3  or prior thereto.
4          IT IS FURTHER STIPULATED AND
5  AGREED that notice of filing of the
6  deposition by the Commissioner is
7  waived.

**Page 4**

1              I N D E X
2  EXAMINATION BY:            PAGE:
3  Mr. Stockham ............... 8-175
4  Ms. McDonald .............. 175-178
5
6
7
8          E X H I B I T S
9  Exhibit 1 .................... 98
10 (Medication sheets)
11 Exhibit 2 .................... 111
12 (Tower logs)
13 Exhibit 3 .................... 133
14 (Time, attendance sheets)
15 Exhibit 4 .................... 133
16 (Inmate request forms)
17
18
19
20
21
22
23

                    1 (Pages 1 to 4)

1310 32nd Street S.
Birmingham, Alabama 35205

205-250-7765
danielreporting@aol.com

Daniel Court Reporting, Inc.

5

1  APPEARANCES
2
3  BEFORE:
4  Sandra Peebles Daniel,
5  Commissioner, Notary Public
6
7  FOR THE PLAINTIFF:
8  Mr. Richard J. Stockham, III
9  STOCKHAM, CARROLL & SMITH, P.C.
10  2204 Lakeshore Drive
11  Suite 114
12  Birmingham, Alabama 35209
13
14  FOR THE DEFENDANT:
15  Ms. Kristi McDonald
16  McDONALD & McDONALD
17  1005 Montgomery Highway
18  Birmingham, Alabama 35216
19
20  Mr. Gary L. Willford
21  WEBB & ELEY
22  7475 Halcyon Pointe Drive
23  Montgomery, Alabama 36124

6

1  ALSO PRESENT:
2  Terry Wilson
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

7

1      I, Sandra Peebles Daniel, a
2  Court Reporter of Birmingham,
3  Alabama, Notary Public, State at
4  Large, acting as Commissioner,
5  certify that on this date, as
6  provided by Rule 30 of the Alabama
7  Rules of Civil Procedure, and the
8  foregoing stipulation of counsel,
9  there came before me at the Coosa
10  County Courthouse, Courthouse, One
11  Main Street, Rockford, Alabama
12  35136, on the 25th day of September,
13  2007, at or about 10:40 am., AL
14  BRADLEY, witness in the above cause,
15  for oral examination, whereupon the
16  following proceedings were had:
17
18      THE COURT REPORTER:  Usual
19  stipulations?
20      MR. WILLFORD:  Yes.
21
22      AL BRADLEY,
23  having first been duly sworn, was

8

1  examined and testified as follows:
2
3      (Whereupon, an
4      off-the-record
5      discussion was held.)
6
7  EXAMINATION BY MR. STOCKHAM:
8      Q.    What is your name, please,
9  sir?
10      A.    Frank A. Bradley, Jr.  I
11  go by mainly Al Bradley.
12      Q.    And, Mr. Bradley, what
13  does the A stand for?
14      A.    Alphonso, A-l-p-h-o-n-s-o.
15      Q.    And can you tell me -- how
16  old are you?
17      A.    I'm fifty-one.
18      Q.    And your date of birth is?
19      A.    3-15 of 1956.
20      Q.    Are you married?
21      A.    No, sir, I'm divorced.
22      Q.    From whom are you
23  divorced?

2  (Pages  5 to 8)

Daniel Court Reporting, Inc.

**Page 9**

1    A.   Susan Bradley Smith.
2  She's remarried.
3    Q.   And when were you
4  divorced?
5    A.   '93. No, '96, I believe
6  it was. We separated in '95. We
7  divorced in '96. That's correct.
8    Q.   How long were you married?
9    A.   About eight years, I
10  think.
11    Q.   Do you have any children?
12    A.   Yes, sir, I have three,
13  three sons.
14    Q.   By Susan?
15    A.   No, sir. I have two by
16  Susan and one by a previous
17  marriage.
18    Q.   Who were you previously
19  married to?
20    A.   Suzanne Thomas Jackson is
21  her last name now. I have one son
22  by her.
23    Q.   And when did you divorce

**Page 10**

1  her?
2    A.   In '86.
3    Q.   You have one son by her.
4  What's his name?
5    A.   Rhett Bradley, R-h-e-t-t.
6    Q.   And where does he live?
7    A.   Alexander City.
8    Q.   And what does he do there?
9    A.   He is a student and works
10  with a construction company.
11    Q.   Which one?
12    A.   Scroggins Construction in
13  Alex City. And he goes to the
14  junior college there in Alex City.
15    Q.   You say you have two
16  children by Susan Bradley Smith?
17    A.   Yes, sir.
18    Q.   Who are they?
19    A.   That's Charles Selman
20  Bradley, Frank A. Bradley, III.
21    Q.   How old is Charles?
22    A.   He just turned fifteen.
23    Q.   And how --

**Page 11**

1    A.   And Trey is thirteen at
2  this time. No, twelve. He'll be
3  thirteen next week, week after.
4    Q.   How old is Rhett?
5    A.   Rhett is twenty-one.
6    Q.   Have you been married any
7  other times?
8    A.   No, sir.
9    Q.   And do you have any other
10  children?
11    A.   No, sir.
12    Q.   Are you on any medications
13  today?
14    A.   No, sir.
15    Q.   What is your home address?
16    A.   Route 7, Box 153A,
17  Alexander City.
18    Q.   How long have you lived
19  there?
20    A.   I've just built a new
21  house there. I just moved in, say,
22  July. They just finished the
23  house.

**Page 12**

1    Q.   Where did you live before
2  that?
3    A.   Right here in Rockford.
4    Q.   How long were you -- what
5  was the address here in Rockford?
6    A.   I had a post office
7  address. I used -- U.S. 231 North.
8  I lived about a half a mile or less
9  right up 231 here on the right,
10  right inside the city limits. But
11  I had a post office address here.
12  We didn't have a street number.
13  Seven years.
14    Q.   Seven years. Okay.
15    Now, what is your
16  educational history?
17    A.   I have two years of
18  college.
19    Q.   Where did you get that?
20    A.   At the Alexander City
21  Junior College. I have an
22  Associates degree in law
23  enforcement.

3 (Pages 9 to 12)

Daniel Court Reporting, Inc.

13

1   Q.   When did you graduate?
2   A.   '81, I believe it was.
3   Q.   Now, give me your work
4   history if you would, please, sir.
5   A.   I joined the Army from
6   Alex City in the fall of 1974.
7   Went to military police school,
8   graduated, honor student. I went
9   to investigation school in Fort
10  Gordon, Georgia. Stayed in the
11  Army for six years as an
12  investigator. When I got out I
13  went to work with the Alex City
14  Police Department in 1980.
15  Q.   When you left the Army you
16  left in 1980?
17  A.   Yes, sir.
18  Q.   What were your -- what was
19  your rank?
20  A.   E5, sergeant.
21  Q.   What was the terms of your
22  discharge?
23  A.   Honorable discharge.

14

1   Q.   Why did you get out at
2   that time?
3   A.   I just wanted to come
4   home. I'd spent a little over four
5   years in Germany and I was just
6   ready to come home.
7   Q.   And your first job out of
8   the Army was with the Alex City
9   Police Department?
10  A.   Alex City Police
11  Department.
12  Q.   And what did you do there?
13  A.   I was a patrolman there.
14  Q.   And how long did you work
15  for the Alex City Police
16  Department?
17  A.   Till the end of '80 --
18  somewhere around '84, I believe.
19  Q.   For four years. And --
20  A.   And the reason for leaving
21  there, I was going -- I had applied
22  with the state troopers and they
23  had delayed the school some. I had

15

1   to redo it -- retake a test. And
2   then I went to work with the
3   troopers in '85.
4   Q.   State troopers in '85?
5   A.   Yes, sir.
6   Q.   And where were you
7   stationed in the state --
8   A.   In Alex City. I worked
9   Coosa and Tallapoosa County.
10  Q.   And how long were you with
11  the state troopers?
12  A.   Until '91. I left the
13  troopers to go in business for
14  myself. I ran a construction
15  company. I had bulldozers.
16  Q.   '85 to '91?
17  A.   Yes, sir. I believe it
18  was '91.
19  Q.   Did you leave voluntarily
20  or --
21  A.   Yes, sir.
22  Q.   -- were you terminated?
23  A.   No, sir. I left

16

1   voluntarily.
2   Q.   I didn't know if you were
3   involved in any of those cutbacks
4   at that time.
5   A.   No, sir.
6   Q.   Who was your supervisor in
7   the troopers?
8   A.   My captain was Captain
9   Chuck Franklin out of Montgomery.
10  Q.   And you say you went into
11  business for yourself?
12  A.   Yes, sir. I had Bradley
13  Clearing and Grading Company.
14  Q.   How long were you in that?
15  A.   Six years.
16  Q.   How many employees did you
17  have?
18  A.   Just myself and some
19  temporary employees. And I had one
20  partner, one business partner.
21  Q.   Who was that?
22  A.   L.D. Benton, Jr. in Alex
23  City.

4  (Pages 13 to 16)

17

1    Q.    And why did you cease
2  working in that company?
3    A.    Why? I owned a bulldozer
4  on my -- I've had one for a long
5  time, even when I was a trooper,
6  and I did it part-time. But my
7  business got -- I was making more
8  money operating the -- my equipment
9  than I was being paid for the
10  State. So I decided I'd go work
11  for myself.
12    Q.    How long did you work for
13  yourself?
14    A.    Approximately six years.
15  Maybe just a little more. Then I
16  had arthritis and had to have two
17  hip replacements and I had to quit.
18  And that was in '98, '97, right in
19  there. Because I went to work with
20  the sheriff's department in June of
21  '98.
22    Q.    Which sheriff's department
23  did you go work for?

18

1    A.    Coosa County.
2    Q.    And who did you work for
3  -- who hired you?
4    A.    Sheriff William Evans.
5    Q.    And have you worked
6  continuously with the sheriff's
7  department since that time?
8    A.    Yes, sir.
9    Q.    Going back to your -- and
10  what jobs have you held in the
11  sheriff's department?
12    A.    I am an arresting officer
13  and I'm also a dispatcher and
14  jailer.
15    Q.    Is that all at one time or
16  have you held those positions --
17    A.    All of those are at one --
18  one entity, I guess you would say.
19    Q.    Have you always been all
20  of those?
21    A.    Yes, sir.
22    Q.    Have you ever been sued?
23    A.    No, sir.

19

1    Q.    Have you ever been
2  involved in any legal action?
3    A.    No, sir.
4    Q.    Ever been arrested?
5    A.    No, sir.
6    Q.    Now, in -- when did
7  Sheriff Owens come into the office
8  as sheriff?
9    A.    January of '03.
10    Q.    Did your duties change
11  when Sheriff Owens came in?
12    A.    No, sir. I've been doing
13  just about the same thing.
14    Q.    Who -- what is your
15  official rank?
16    A.    Well, let's see. I really
17  don't -- I am a deputy. I've got
18  full arrest powers. I don't
19  actually have a rank. I do go by
20  Deputy Bradley or Al. I mean,
21  that's just -- I answer the phone
22  sometimes Al and answer it some --
23  the phone as Deputy Bradley.

20

1    Q.    You're wearing a shirt
2  today and it says, CPL A. Bradley.
3    A.    Okay. This is an older
4  shirt. We used to have a rank
5  structure in the jail and we had --
6  it -- well, standing as corporal as
7  a shift supervisor for the --
8  whatever shift I worked. I was the
9  supervisor. But we don't use that
10  rank structure anymore and we're
11  waiting to get new shirts and this
12  was just -- the only shirt that
13  we're still allowed to wear.
14    Q.    When did you do away with
15  the rank structure?
16    A.    I don't really remember.
17  We had it when -- when Sheriff
18  Wilson was there we had the rank
19  structure. And I believe that
20  maybe we -- I think we still had it
21  when Sheriff Owens took over. And
22  then at some period of time they
23  decided we didn't need it anymore

5  (Pages 17 to 20)

Daniel Court Reporting, Inc.

21

1 because we got a jail administrator
2 full-time and then we got a
3 part-time administrator and then
4 assistant. So there was actually
5 three people on the shift where
6 they were considered as supervisors
7 and they didn't need an individual
8 shift supervisor.
9     Q.    Who was the jail
10 administrator?
11     A.    At which time?
12     Q.    When you said that --
13     A.    Okay.
14     Q.    Either when --
15     A.    Sheriff Wilson was one at
16 one time. And then Wendy Roberson,
17 I believe, was appointed
18 administrator at one time. The
19 dates and times I haven't kept up
20 with. Ken Whitehead, who is now
21 our chief deputy, he was placed at
22 one time over the jail to take care
23 of the deputy and the jail part

22

1 before the jail administrator that
2 we have now. He sort of did --
3 wore two hats, you might say. So
4 he -- actually he was my supervisor
5 at one time also in the jail.
6     Q.    Now, you said there was an
7 assistant administrator. Who was
8 that?
9     A.    That's -- his name is
10 Lieutenant Stover at this time. In
11 the back -- past there was Wendy,
12 there was -- Steve Hay was sort of
13 her assistant. And, of course,
14 Sheriff Wilson. And I'm not sure
15 whether Adam Peoples -- when he was
16 in there or not. I can't remember.
17 But mainly Wendy and Sheriff Wilson
18 were my supervisors.
19     Q.    Now, in the fall of 2003
20 and spring of 2004 who was the jail
21 administrator?
22     A.    Sheriff Wilson, the best I
23 can remember right off the top of

23

1 my head, yes.
2     Q.    Who was the assistant
3 administrator?
4     A.    I believe Wendy Roberson
5 was there then --
6     Q.    And who was--
7     A.    -- during this time.
8     Q.    Who was her assistant?
9     A.    I'm not sure. That was
10 really -- that was sort of an on
11 and off thing. But at one time I
12 do remember Steve Hay being there.
13 And I'm not sure whether Adam
14 Peoples was or not.
15     Q.    Now, when you were -- and
16 the time frame that I want to talk
17 about today is the time frame in
18 November of 2003 --
19     A.    Okay.
20     Q.    -- through March or April
21 of 2004.
22     A.    Okay.
23     Q.    That six-month time frame.

24

1 In that time frame was the jail
2 administrator the same person or
3 did it change?
4     A.    I'm not really sure. I'd
5 have to go back and see because at
6 one time we really did not have a
7 jail administrator per se as a
8 slot. They were called jail
9 administrators because that was the
10 job that they were doing. Mainly
11 during that time it would have been
12 Wendy and Sheriff Wilson, the best
13 I can remember.
14     Q.    Were they your
15 supervisors?
16     A.    Yes. Immediate
17 supervisors.
18     Q.    They had the authority to
19 tell you what to do and what not to
20 do?
21     A.    Yes, sir.
22     Q.    Now, at that time did you
23 work most of your hours in the

1310 32nd Street S.                    205-250-7765
Birmingham, Alabama 35205        danielreporting@aol.com

Daniel Court Reporting, Inc.

25

1  jail?
2       A.    Yes, sir.
3       Q.    Did you ever work patrol
4  in that --
5       A.    No, sir.  I don't work
6  patrol because of my legs.
7       Q.    So in the time frame that
8  we're talking about you worked
9  exclusively in the jail?
10      A.    Yes, sir.
11      Q.    And what were your duties
12 in the jail in this time frame?
13      A.    Dispatcher.  I also
14 delivered the meals, some
15 medications.  I worked in the tower
16 where you oversee all of the
17 inmates.  That's operating also the
18 telephone, the radio.  When we
19 would have people come in that
20 wanted to make a complaint I would
21 take a report.  I also had people
22 that turned their selves in.  I
23 would arrest them.  I did the

26

1  arrest reports.  I was also a
2  booking officer.  That's pretty
3  much the day shift.
4       Q.    Now, there are two shifts;
5  is that correct?
6       A.    Yes, sir.
7       Q.    A day shift and a night
8  shift?
9       A.    Yes, sir.
10      Q.    Did you ever work the
11 night shift?
12      A.    No, sir.
13      Q.    Always worked the day
14 shift?
15      A.    Always worked the day
16 shift.
17      Q.    Now, the day shift is a
18 twelve hour shift?
19      A.    Yes, sir.  From six in the
20 morning to six in the evening.
21      Q.    And looking at some of
22 these documents it appears that you
23 worked a rotating shift; is that

27

1  correct?
2       A.    Yes, sir.  We're -- we
3  would work a Friday, Saturday and
4  Sunday, be off Monday, Tuesday,
5  work Wednesday and Thursday.  Then
6  the following weekend that you
7  would be off would be Friday,
8  Saturday and Sunday.  So every
9  other weekend we'd have three days
10 off.  Plus we'd have the two days
11 in the week.
12      Q.    And how many people would
13 be on a shift?
14      A.    Okay.  Day shift normally
15 we would just assign two people,
16 one is dispatch and booking, one in
17 the tower.  And we would rotate
18 when possible to swap out just to
19 give somebody a break.  We would
20 have a supervisor sometimes on the
21 floor.  But, yet, there again, they
22 were taking them -- either taking
23 somebody to the doctor or having to

28

1  go buy groceries.  But mainly it
2  was just two people per shift on
3  the twelve hour shift.
4       Q.    And when you say, two
5  people per shift, one person would
6  be in something that you call the
7  tower?
8       A.    Yes, sir.
9       Q.    What is the tower?
10      A.    The tower is an
11 observation pod upstairs.  It
12 overlooks the day rooms where the
13 inmates are housed.  And that
14 person stays there.  They cannot
15 leave.
16      Q.    When you say, overlooks,
17 how do you mean?
18      A.    It's got windows all the
19 way around the top where you can
20 see down into the cell blocks, all
21 the way around.  You're sitting in
22 the center hub and you can look all
23 the way around.  Plus you have a

1310 32nd Street S.                205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

---

29

1  radio and your computer dispatch
2  and the camera -- camera screen.
3      Q.    Uh-huh.
4      A.    For the TV cameras,
5  monitor.
6      Q.    What TV cameras are you
7  talking about?
8      A.    The ones that are located
9  in the jail.  Throughout the whole
10  jails there's cameras -- I don't
11  know.  There's twelve or fifteen of
12  them right off the top of my head.
13  I don't know exactly because we've
14  added some new ones.  But we have
15  one big monitor screen up there
16  that has the little small screens.
17  Or you can blow them up and look at
18  them.
19      Q.    And I notice that there
20  is, on some of these, a note about
21  changing out the tapes.  Is there a
22  twenty-four hour tape that loops?
23      A.    At that time there was a

---

30

1  tape machine up there.  And those
2  tapes were changed out at night.
3  Day shift never fooled with them
4  and I couldn't tell you how it
5  operates.  I just know that I
6  remember seeing the tapes there at
7  one time.  But, now, how they
8  worked, I had no idea.
9      Q.    You've never reviewed any
10  of them?
11      A.    No, sir.
12      Q.    And do you know whether or
13  not the tapes were maintained for
14  any length of time?
15      A.    I do know that they were
16  there.  That's all I know.  I know.
17  Because they were numbered by the
18  day.  And they were down in the
19  cabinet in the tower.  And that's
20  how they were rotated out.
21      Q.    Every six days or seven
22  days?
23      A.    I think they were changed

---

31

1  every night.  I'm not sure.  I
2  really don't -- I don't have a
3  clue.
4      Q.    What happened to the tapes
5  once they were changed out, do you
6  know?
7      A.    No, sir, I do not.
8      Q.    Now, when you were working
9  up in the tower what would you have
10  to do to get down to the level of
11  the jail where the inmates were?
12      A.    First of all, you would
13  have to have somebody come upstairs
14  and relieve you.  You had to get
15  the other person that's downstairs
16  to come upstairs.  And then from
17  that time you walk down a set of
18  steps and you were on the main
19  floor.  And then they had to buzz
20  you out and unlock whatever --
21  which way you're going.  If you've
22  got to go into a cell block it's
23  got to be unlocked.  If you're

---

32

1  going out the main doors, all those
2  doors have to be unlocked.
3      Q.    Now, tell me about the
4  jail layout.  When you come in the
5  front door is that where the office
6  or the administration area is?
7      A.    Yes, sir, to the left
8  side.  Yes, sir, as soon as you
9  come in the front door the
10  sheriff's secretary and the
11  administration is on the left side.
12      Q.    Is that also where the
13  dispatching is?
14      A.    No, sir.  The dispatching
15  is straight down the hall and it
16  would be just past the public rest
17  rooms to the right (demonstrating).
18  Just sits in sort of a little
19  diagonal room right there on the
20  right, just off the main hallway
21  coming straight in from the jail.
22      Q.    On that main hallway you
23  say that the administration is to

---

1310 32nd Street S.
Birmingham, Alabama 35205

205-250-7765
danielreporting@aol.com

Daniel Court Reporting, Inc.

33

1  the left and the -- there's a
2  public restroom?
3      A.    Yes, sir.
4      Q.    And then after that is --
5      A.    There is another window
6  right there where the dispatcher
7  sits.
8      Q.    The dispatching area?
9      A.    Yes, sir.
10     Q.    And then what's next?
11     A.    You go through a secured
12  door there. As soon as you go
13  through the secured door you make a
14  right-hand turn. That goes into
15  the booking area and dispatching
16  area.
17     Q.    That same dispatching area
18  that you pass by in the --
19     A.    Yes, sir.
20     Q.    Now, that dispatching area
21  that you're talking about, booking
22  area, is that the same as the
23  visitation area?

34

1      A.    No, sir. Visitation is
2  straight on down the hall, last
3  door on your right before you go
4  into another secured door, which is
5  the last secured door before you go
6  into the cell blocks areas. That's
7  right there on the right, is the
8  visitation area (demonstrating).
9      Q.    And then you keep going
10  straight and you come to the --
11     A.    If you go past there about
12  -- just past the entrance to the
13  visitation room there is another
14  secured door there.
15     Q.    And how many secured doors
16  are there going down that hall?
17     A.    There's one up front at
18  dispatching. There's one there
19  just below visitation. Then
20  there's another secured door that's
21  on the main hall that goes up to
22  the tower. So there's three down
23  the center.

35

1      Q.    And then the last one is
2  the one that goes into --
3      A.    The last one is the one
4  that goes up to the tower.
5      Q.    So there are four --
6      A.    Three.
7      Q.    There are three. How do
8  you get into the jail?
9      A.    Now, those -- cell block A
10  and B is on your left, C, D and E
11  (demonstrating). All those have
12  their own secured doors in the
13  hall. And they --
14     Q.    In that same hall?
15     A.    Yes, sir. But they're all
16  secured also.
17     Q.    So there are how many
18  secured doors on --
19     A.    Well, there's --
20     Q.    -- on that hall?
21     A.    -- A, B, C, D and E is
22  five. The one in the control aisle
23  would be six. The one at -- before

36

1  you get into visitation would be
2  seven. So -- if I'm counting
3  correctly I believe that's correct.
4      Q.    Seven total?
5      A.    I believe that's correct.
6      Q.    And who is responsible for
7  opening and closing those doors?
8      A.    The person who is sitting
9  in the tower is the only person
10  that can open them.
11     Q.    And the -- when you go in
12  those doors during the day shift is
13  there -- other than the people --
14  the inmates is there anyone other
15  than the two of you who are in the
16  jail?
17     A.    Well, you know, the jail
18  personnel or staff from up front.
19  The sheriff may have a reason to go
20  back there. Or whoever is working
21  may have a reason to go back there.
22  The transport officer goes back
23  there to take somebody in. But it

1310 32nd Street S.                205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

37

1  would have to be jail personnel.
2  And they would be -- you have to
3  mash a button to get in upstairs --
4  or get through any of the doors so
5  you can be identified and -- to
6  determine who is trying to come
7  back in a secured area.
8      Q.    And that would be the
9  person in the tower?
10     A.    Yes, sir. That person
11 would be looking.
12     Q.    Is the only person who can
13 let you in is the person in the
14 tower?
15     A.    Yes, sir.
16     Q.    And so how do you go about
17 -- when you want to go into the
18 jail how do you --
19     A.    When I --
20     Q.    -- go about doing that?
21     A.    To the back. I would
22 either pick up the phone and call
23 on the intercom or we have a

38

1  hand-held radio. And that's normal
2  procedure that we do that. If for
3  some reason the radio was dead or
4  you happened to be halfway in the
5  back then you have to mash an
6  intercom button on the wall, tell
7  them who you are and where you want
8  to go.
9      Q.    And when you do that the
10 person in the tower has to let you
11 in and let you out?
12     A.    Yes, sir.
13     Q.    Now, when you're in the
14 tower who gives you your breaks?
15     A.    We don't have set break
16 times. If I'm downstairs when I
17 get caught up with my paperwork or
18 whatever I'm doing, normally we
19 would try to split it with a half a
20 shift. Sometimes it works out,
21 sometimes it don't. Sometimes the
22 person may want to stay in the
23 tower all day. They don't feel

39

1  good or for whatever reason they'll
2  say, hey, look, you can have
3  dispatch today. I'll cover you if
4  you've got to go to the bathroom or
5  whatever you need to do. I mean,
6  it was -- it's a mutual type thing.
7  It's no set specific time that you
8  had to go to the tower and relieve
9  the other person. And sometimes if
10 we were busy downstairs, the person
11 upstairs wasn't doing anything,
12 they'd call and say, hey, I'll come
13 down and finish this up if you want
14 to come up and sit down. I mean,
15 that's just -- we just work it out
16 between our working partner.
17     Q.    So it's just between the
18 two of you who's up there at any
19 particular time?
20     A.    Yes, sir.
21     Q.    It's not an assignment?
22     A.    No, sir.
23     Q.    And so there is no record

40

1  about who was in the tower at any
2  particular time?
3      A.    No, sir, nothing that has
4  -- that we permanently document on
5  every time we shift. Sometimes
6  whoever is there will say, you
7  know, relieved by Tim in the tower
8  or Mike or whatever, you know.
9  Sometimes it would be put in the
10 log but it was nothing specific
11 that we actually had to document
12 who was sitting in the tower
13 between certain times.
14     Q.    And what -- when the
15 person in the tower has to go to
16 the bathroom how does it go?
17     A.    There is a bathroom about
18 eight or ten feet in that same
19 cubicle right there. So that way
20 nobody ever leaves the -- ever has
21 to leave that tower.
22     Q.    Now, at shift change who
23 is responsible for -- how do you go

10 (Pages 37 to 40)

Daniel Court Reporting, Inc.

41

1 about changing over a shift so that
2 it's always covered?
3     A.    Well, we -- whoever is
4 relieving, say, my shift -- you
5 stay there till they walk in the
6 door. When they come in the door
7 we give them a briefing of what's
8 happened during the day, who's --
9 how many people you've got in jail.
10 And that -- the other person
11 normally would go straight on to
12 the tower. They go up and get
13 their briefing from the tower
14 person and then they are relieved.
15 And that's normally the way it's
16 taken care of.
17     Q.    Now, you've told me that
18 the cells were laid out -- there
19 are five different blocks, you told
20 me?
21     A.    Yes, sir, A, B, C, D and
22 E.
23     Q.    How many cells are in A

42

1 block?
2     A.    Right off the top of my
3 head I -- I believe there's ten.
4 Some of them have more than others.
5 Right off the top of my head I
6 can't --
7     Q.    And are all the cells in A
8 block on one level?
9     A.    No, sir. You have half of
10 them on the bottom and then you've
11 got a set of steps and then the
12 other half are right above them.
13 If there's one through five, yeah,
14 there's ten in A block.
15     Q.    And are men or women
16 housed in A block?
17     A.    Men. Men are in there,
18 yes.
19     Q.    And is there a day room or
20 more than one day room in A block?
21     A.    Well, each -- there is an
22 open area out in the middle that we
23 call a day room, per se, or just --

43

1 if you've ever seen the area or
2 whatever. That's where our metal
3 tables are where they sit and eat
4 and watch TV. There's two cells --
5 in the cell block there's two
6 telephones. But all of the rooms
7 are lined on one wall. So that
8 gives them a big open area out in
9 the front with the tables.
10     Q.    And there are telephones
11 where?
12     A.    On the wall, on the TV
13 wall, which would be right straight
14 across from the cell block.
15     Q.    Are those public phones?
16     A.    Yes, sir. But they're --
17 you have to call collect to use
18 them.
19     Q.    Is that something that you
20 can monitor from the tower?
21     A.    No, sir. But we can watch
22 them from the tower use the phone
23 but we don't -- we can't listen to

44

1 any conversation or anything.
2 There's nothing in the tower that
3 records any of the phone calls.
4     Q.    And in A block -- how do
5 you get to it?
6     A.    Straight down that
7 corridor, go through the second
8 door past the visitation. Soon as
9 you go past there it will be the
10 first secured door on your left and
11 it's marked A block.
12     Q.    B block?
13     A.    Is the next one past
14 there.
15     Q.    And how many cells are
16 there in B block?
17     A.    I believe there are -- I
18 think there's eight cells. One,
19 two -- either four -- I'm trying to
20 remember. I believe B block has
21 got four -- one, two, three, four,
22 five -- I believe there's eight in
23 there, the best I can remember

1310 32nd Street S.                    205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

45

1  right off the top of my head.
2      Q.    Are they all on one level?
3      A.    No, sir. They're all
4  split. They're just like A block
5  except they're on this wall instead
6  of this wall (demonstrating).
7  There is a dividing wall in the
8  middle between the two blocks.
9      Q.    And does it have a day
10 room as well?
11     A.    Yes, sir.
12     Q.    Does it hold men or women?
13     A.    Men.
14     Q.    And does it have phones
15 in --
16     A.    Yes, sir.
17     Q.    -- as well?
18     A.    They're all the same.
19     Q.    Are there bathroom
20 facilities in the day area or are
21 they in each cell?
22     A.    They're in each cell.
23 Each cell has a complete bathroom.

46

1      Q.    When you say, a complete
2  bathroom --
3      A.    Well, that's shower stall
4  and toilet. Yes, sir.
5      Q.    Does it have a sink?
6      A.    Sink, yes, sir.
7      Q.    And can you see into that
8  area from the -- the --
9      A.    The day room area, yes,
10 sir.
11     Q.    Can you see into the
12 toilet area and --
13     A.    No, sir. You might in one
14 or two of them if you really got
15 down and tried to bend and look.
16 But, no, sir, we don't -- we can't
17 see directly into each bathroom,
18 into the cell.
19     Q.    What can you see in the
20 cell?
21     A.    Well, you can see part of
22 the bunks from where we sit when
23 the doors are open. And they have

47

1  a window on the door so you can see
2  into the door.
3      Q.    What about from the
4  camera?
5      A.    The camera can see all the
6  doors.
7      Q.    All the doors to what?
8      A.    To the cell blocks and in
9  the day room.
10     Q.    Can it see in the
11 bathroom?
12     A.    No, sir.
13     Q.    Tell me about C block.
14     A.    C block is the same
15 configuration.
16     Q.    How many cells are in
17 that?
18     A.    I believe there is -- I
19 believe there's ten cells in there.
20 And they're stacked the same way.
21     Q.    And does -- is there a
22 similar day room?
23     A.    Yes, sir.

48

1      Q.    Does it also have phones?
2      A.    Yes, sir.
3      Q.    And -- now, in the
4  bathrooms, are they same in C
5  block?
6      A.    They're all the same.
7      Q.    Are there women housed in
8  C block?
9      A.    No, sir, all men.
10     Q.    Does C block have a -- is
11 -- where is it located in relation
12 to A block and B block?
13     A.    Across the hall.
14     Q.    Across the hall?
15     A.    Across the hall from B
16 block. You've got A first, then B.
17 C is right straight across
18 (demonstrating).
19     Q.    Is there anything
20 different about C block from A
21 block?
22     A.    No, sir.
23     Q.    It has ten cells?

12 (Pages 45 to 48)

Daniel Court Reporting, Inc.

49

1    A.    The best I remember, yes,
2    sir --
3    Q.    And B --
4    A.    -- right off the top of my
5    head.
6    Q.    -- block has eight cells.
7    What's --
8    A.    I believe so.
9    Q.    -- the difference?
10    A.    It's just the way they
11    were built. I don't know why. I
12    just -- that's just the way they
13    were put in there.
14    Q.    Well, is there a size
15    difference?
16    A.    I'm sure there is. I
17    don't know. I don't know exactly
18    how it's put together.
19    Q.    But it also has phones?
20    A.    Yes, sir.
21    Q.    And D block.
22    A.    D block has five cells,
23    two on top and three on the bottom.

50

1    That's where the women are housed.
2    Q.    Two on top and three on
3    the bottom?
4    A.    Yes, sir. Two cells on
5    the top and three across the
6    bottom.
7    Q.    Now, you say -- in all of
8    these there is a top and bottom.
9    Is there a stair that goes up?
10    A.    Yes, a staircase.
11    Q.    Is that inside the block?
12    A.    Yes, sir, uh-huh.
13    Q.    Is it open?
14    A.    Yes, sir.
15    Q.    Now, is there a way to
16    lock the cells down?
17    A.    Yes, sir.
18    Q.    How is that done?
19    A.    When they shut the doors
20    they automatically lock. We have
21    to electronically open every door.
22    Q.    How is that done?
23    A.    Push a button on the

51

1    console.
2    Q.    Where is the console?
3    A.    Sitting in the tower.
4    Q.    So each cell has to be
5    opened and closed from the tower?
6    A.    Yes, sir.
7    Q.    Now, do the five cells in
8    D block have bathrooms?
9    A.    Yes, sir. They're all the
10    same. All the cell cubicles in the
11    jail are all the same. They're --
12    all got the same floor plan.
13    Q.    You say, the same floor
14    plan --
15    A.    They've got two bunks, a
16    small table with the two little
17    benches and then your bathroom area
18    all in the same cell. Each cell
19    has that.
20    Q.    Each cell --
21    A.    Each individual cell has
22    that.
23    Q.    Has two bunks?

52

1    A.    Yes, sir.
2    Q.    They're on each wall of
3    the cell?
4    A.    No, sir, they're stacked
5    on top.
6    Q.    One on top of the other?
7    A.    Yes, sir.
8    Q.    And then there is a table?
9    A.    Yes, sir, a small little
10    table that's fastened to the wall
11    with a little bench, sort of like a
12    miniature picnic table that sticks
13    out right here (demonstrating).
14    Q.    And a bench to sit on?
15    A.    Yes, sir.
16    Q.    And then beyond that is
17    the bathroom area?
18    A.    Just behind there is your
19    shower stall and your toilet and
20    lavatory.
21    Q.    E block. How many cells
22    are in E block?
23    A.    Three, and they're on the

13 (Pages 49 to 52)

Daniel Court Reporting, Inc.

53

1 top. There's nothing -- there's --
2    Q.    On the top?
3    A.    They're on the top level.
4 You have to go up a set of steps
5 and there's three cells up there at
6 the top. The bottom part of it is
7 day room. It's a smaller place.
8    Q.    The bottom part is day
9 room?
10    A.    Yes, sir.
11    Q.    Are women held in there?
12    A.    No, sir.
13    Q.    And does it have any
14 difference in the way those cells
15 are constructed?
16    A.    No, sir. The cells are --
17 the individual cell itself is the
18 same.
19    Q.    Are there two beds in each
20 one?
21    A.    Yes, sir.
22    Q.    And they each have a
23 table?

54

1    A.    Yes, sir.
2    Q.    Now, is there a table for
3 each person or is there just one
4 table for both people?
5    A.    Just one table in there
6 for both of them to sit. There's a
7 bench on this side and one on this
8 side (demonstrating) for them to
9 sit on.
10    Q.    Is there anything in these
11 cells for people to put their
12 personal effects?
13    A.    Yes, sir. There's some
14 shelves on the very far end of the
15 bunk on the wall. There is a
16 couple of shelves right there where
17 they can put individual stuff on
18 there, their toilet items and
19 stuff.
20    Q.    And that's at the level of
21 each bunk?
22    A.    It's at the end of the
23 bunks, about the level of the top

55

1 bunk, I would say. It's -- I just
2 know that there's shelves there for
3 them to put their stuff on.
4    Q.    Now, do you ever go into
5 the cell?
6    A.    Very seldom. Sometimes I
7 will go if they're having a
8 shakedown but I haven't done it in
9 a long time.
10    Q.    Now, you said there's A,
11 B, C, D and E block. Are there any
12 other blocks?
13    A.    No, sir. Well, there's --
14 I take that back. Now, we do have
15 a library area, but that's just
16 been done recently. The library
17 area room that they call it is
18 where the trustees stay. And
19 across from the visitation --
20 visitation is on the right going
21 down the hall. On the left-hand
22 side there are three cells there.
23 And those actually were put in to

56

1 house juveniles. But we did not --
2 we don't house juveniles. And
3 those have been used also for
4 trustees to stay.
5    Q.    And what are trustees?
6    A.    They are inmates that work
7 in the jail. They're -- they do
8 the maintenance as far as keeping
9 the floors clean, cooking, that
10 type of deal, working in the
11 kitchen.
12    Q.    Where is the kitchen
13 located?
14    A.    The kitchen -- if you come
15 through the first secured door it
16 would be to the left of where you'd
17 go into the booking room. It's
18 right across the hall.
19    Q.    Now, the cooking room is
20 on the left and the booking room is
21 on the right?
22    A.    Right, yes, sir.
23    Q.    I'm confused because I

14  (Pages 53 to 56)

Daniel Court Reporting, Inc.

57

1 thought you told me the booking
2 room was on the left.
3    A.    No, sir. When you come
4 straight through the front of the
5 jail, when you come through the
6 first door booking and dispatch is
7 on the right-hand side. And the
8 kitchen will be located on your
9 left.
10    Q.    Now, where is --
11    A.    You go straight down --
12    Q.    Where is the
13 administration?
14    A.    Administration is through
15 the front main door of the jail.
16    Q.    It will be on the left as
17 well?
18    A.    It's on the left, yes,
19 sir, as soon as you come in the
20 front door.
21    Q.    Now, is there anything --
22 you told me about the library and
23 the -- it has some -- you say

58

1 that's recently done. Back in
2 2003, 2004 was the library area --
3    A.    Yes, sir. That's where
4 they kept books for the inmates to
5 read.
6    Q.    It wasn't used as cells?
7    A.    No, sir.
8    Q.    And back in that time
9 frame -- which all of my questions
10 are limited to that time frame --
11    A.    Yes, sir.
12    Q.    -- unless I tell you
13 otherwise --
14    A.    Okay.
15    Q.    -- okay?
16    A.    Yes, sir, that's fine.
17    Q.    From November of 2003
18 through March of 2004.
19    A.    Okay.
20    Q.    So at that time the
21 library was a library and not a
22 cell block; is that true?
23    A.    Yes, sir. It was not --

59

1 there was not -- anybody was not
2 housed there, no, sir.
3    Q.    Now, what other cells were
4 there in the jail at that time?
5    A.    That's all.
6    Q.    Well --
7    A.    Well, now, we have two
8 holding areas that are located in
9 the booking room.
10    Q.    Holding areas in --
11    A.    Yes, sir.
12    Q.    -- the booking room?
13    A.    Yes, sir, there's two.
14    Q.    Tell me about that. They
15 are located in the booking room.
16 So when you come off of the main --
17    A.    Hallway.
18    Q.    -- hall you turn to the
19 left?
20    A.    Turn to the right.
21    Q.    Turn to --
22    A.    Go --
23    Q.    -- to the right?

60

1    A.    Turn to the right.
2 Booking and dispatch is all in one
3 big area. It's just separated by
4 some walking -- open door way. But
5 the dispatch is up close to the
6 window. And you come back, we have
7 the finger print machine and that
8 is the booking area along with --
9 the room area in front of booking,
10 we call -- all of that is called
11 the booking area.
12    Q.    How big a space are we
13 talking about?
14    A.    Maybe a -- sort of an L
15 shape. But it's probably twenty
16 feet long and -- at the widest
17 point, maybe eighteen.
18    Q.    And that's booking and
19 dispatch?
20    A.    Yes, sir. All of that is
21 in one area.
22    Q.    And in that area -- who
23 would work in there? You told me

1310 32nd Street S.                              205-250-7765
Birmingham, Alabama 35205             danielreporting@aol.com

Daniel Court Reporting, Inc.

61

1  that you would work in there --
2      A.   Yes, sir.
3      Q.   -- sometime.  Would there
4  be anyone other than a jailer
5  working in there?
6      A.   Sometimes there will be a
7  deputy there, especially on court
8  day when we're bringing people in
9  and out from -- to and from court.
10 Deputies, of course, work that day
11 also and they help out with moving
12 and cuffing and uncuffing and
13 whatever we have to book in or
14 release.
15     Q.   And -- now, to get into
16 that area -- that's a -- through a
17 secure door as well?
18     A.   Yes, sir, you have to come
19 through a secure door.
20     Q.   And when you're -- is that
21 a door that is locked behind you
22 every time you come in and out?
23     A.   Yes, sir.  When you go

62

1  through there it automatically
2  shuts behind you.
3      Q.   So the person who's
4  operating doesn't leave the door
5  open for you if you need to go back
6  and forth?
7      A.   No, sir.
8      Q.   How long --
9      A.   And that's going from the
10 hall into the front part of the
11 sheriff's office -- we're correct
12 on that.  Okay.
13     Q.   How long do you have to --
14 before the door closes behind you?
15     A.   It closes quick.  It's a
16 stout door.  It --
17     Q.   Ever been caught in it?
18     A.   No.  I've been lucky.
19     Q.   Anybody ever been caught
20 in it?
21     A.   No, sir, nobody's been
22 ever caught in the door.
23     Q.   Now, in the booking area

63

1  you told me there are two holding
2  cells.
3      A.   Yes, sir.
4      Q.   Is one of them called the
5  detox?
6      A.   Well, they're both -- I
7  think on the plans that I looked at
8  years ago it might have been detox
9  one -- or the whole thing might
10 have been a detox.  I don't know.
11 I really don't know how it was
12 labeled.  But I just know -- and
13 it's marked and it's -- we just
14 call it -- always call it holding
15 area.
16     Q.   And where are those cells
17 located in the holding area?  I
18 mean --
19     A.   Okay.
20     Q.   Excuse me.  Where are they
21 located in the booking area?
22     A.   From booking -- if you're
23 standing in the booking area one

64

1  room is straight to the back and
2  the other one is right on the
3  right-hand side where the outside
4  door goes into the sally port.  So
5  if you come through the sally port
6  you go through two little secured
7  doors right there.  As soon as you
8  come through the second secured
9  door the first holding room is on
10 your right and the second one is
11 straight in front of you
12 (demonstrating).  This is where we
13 always bring people to and from
14 court.  Or if you have somebody
15 that has been arrested we bring
16 them through the sally port secure
17 area.
18     Q.   Now, when you go into the
19 holding area is there anything --
20 any kind of wall that separates the
21 holding area from the rest of the
22 booking?
23     A.   Nothing but the door.

16 (Pages 61 to 64)

Daniel Court Reporting, Inc.

65

1    Q.    And what are the
2  dimensions -- are they both the
3  same size?
4    A.    No, sir, one of them is
5  smaller than the other one.  One is
6  about eight by ten, eight by
7  twelve.  And the other one is
8  probably sixteen by fourteen.  Just
9  guessing.
10   Q.    Now, in the holding -- in
11 the holding cells, the eight by ten
12 one, do you have a name that you
13 refer to that?
14   A.    It's holding number one, I
15 think it is.
16   Q.    And --
17   A.    It's either one or two.  I
18 don't remember which one it is.
19 It's marked on the door.
20   Q.    You say it's eight by ten?
21   A.    Yes, sir.  Just guessing
22 off the top of my head.  I really
23 don't -- it's -- that would be

66

1  fairly close.
2    Q.    Does it have a toilet in
3  it?
4    A.    No, sir.  But it does have
5  a drain that is a flushable type
6  urinal that's made into the floor
7  in one corner.  And that's for
8  either urination or sometimes the
9  intoxicated people will throw up.
10 All that's concrete floor where it
11 can be washed out.
12   Q.    So it's a hole in the
13 floor --
14   A.    It's got -- it has a grate
15 on it.  It's made out of stainless
16 steel and --
17   Q.    And how big around is that
18 hole?
19   A.    It's probably a foot,
20 maybe fifteen inches big around --
21 or across it (demonstrating).
22   Q.    And how --
23   A.    It's got a metal grate

67

1  over it.
2    Q.    So you can't reach your
3  hand down in it?
4    A.    Well, you could if you
5  tried.  I guess you might could
6  stick your hand down through, maybe
7  the little bar or something.  But
8  normally, no, it's not made for --
9  you can hang your hand or stick
10 your foot in it.
11   Q.    And is there a sink in
12 there?
13   A.    No, sir.
14   Q.    Is there a shower in
15 there?
16   A.    No, sir.
17   Q.    Is there a bed in there?
18   A.    There is a concrete block
19 ledge that is built onto the back
20 wall that's -- that a mat can fit
21 there.  And it's also all the way
22 around in the bigger holding area.
23   Q.    All the way around?

68

1    A.    All the way around the
2  inside.  It's up against the wall
3  but it sits out about thirty-six,
4  maybe forty inches wide.
5    Q.    All the way around?
6    A.    Yes, sir.  And it -- you
7  can -- it's all the way around in
8  that one and in the other one it's
9  just on the back wall.
10   Q.    Now, are there any
11 shelves --
12   A.    No, sir.
13   Q.    -- in there?
14        Are there any windows?
15   A.    No -- just on the door.
16 There is no outside window to that.
17   Q.    Is that -- how big is the
18 window on the door?
19   A.    They're probably about a
20 foot square.  Maybe a little bigger
21 but that's approximately.
22   Q.    Now, in the -- what kind
23 of lighting is there?

17 (Pages 65 to 68)

Daniel Court Reporting, Inc.

69

1    A.    There's florescent lights
2  in the inside.
3    Q.    Like these right here
4  (indicating)?
5    A.    They're secured where you
6  can't take them out or tear them up
7  without a whole lot of -- they've
8  got secure screws on them.
9    Q.    How high are they off of
10  the --
11    A.    Eight -- eight feet.
12    Q.    Are you --
13    MS. McDONALD:  Do you
14  know?
15    THE WITNESS:  I don't
16  know.  I'm just guessing.
17  Approximately around eight feet.
18  That's -- I'm just --
19    MS. McDONALD:  If you
20  don't know just say you don't know.
21  Don't --
22    THE WITNESS: Okay.
23    Q.    (By Mr. Stockham)  Are

70

1  there -- anything -- any other
2  fixtures in that room other than
3  what you've told me about so far?
4    A.    There's a camera located
5  in both rooms.
6    Q.    Tell me where the camera
7  is located.
8    A.    The camera is located in
9  -- when you go in the door the one
10  in the smaller room is on the top
11  right-hand side.  In the bigger
12  door it's in the far right corner,
13  located up in the corner of the
14  ceiling.
15    Q.    And the camera is a -- one
16  that just hooks up to the regular
17  video like you were telling me
18  about?
19    A.    Yes, sir.  Yes, sir.
20    Q.    And the toilet facility,
21  the hole you were telling me about.
22  Is it -- how -- is it something you
23  can flush from inside?

71

1    A.    No, sir.  We have to flush
2  it from the outside in both rooms.
3  There's a fixture on the wall.
4    Q.    What kind of a fixture?
5    A.    It's just a big -- it's a
6  big spring button (demonstrating),
7  one for each room.
8    Q.    Which one is called the
9  hole?
10    A.    We don't call it the hole.
11  Inmates have named both areas.
12  I've heard that ever since we've
13  been in the new jail.  That is not
14  -- we don't refer to that as the
15  hole.  It's a holding area.  The
16  only place it came from -- all I
17  know is the inmates would call it.
18    Q.    Which ones do the inmates
19  call the hole?
20    A.    Both, I guess.
21    Q.    Now, other than the size
22  and one of them has a bench that
23  goes all the way around is there

72

1  any difference between the two of
2  them?
3    A.    No, sir.
4    Q.    Any water facility in
5  either one of them?
6    A.    No, sir.  They're both the
7  same.
8    Q.    Now, is there a vent in
9  either one of them?
10    A.    Yes, sir.  They've got --
11  I believe so, yes, sir, there is.
12    Q.    Where is the vent?
13    A.    Located in the ceiling.
14  Yes, sir.  There's vents there.
15    Q.    Is that something that the
16  inmate can operate?
17    A.    No, sir.
18    Q.    Who operates the vent?
19    A.    As far as I know the vent
20  -- the air vent stays on all the
21  time.  I don't know.  The
22  thermostat is pre-set for the
23  wintertime and the cooling of the

18  (Pages 69 to 72)

Daniel Court Reporting, Inc.

73

1  jail. There's several thermostats
2  located throughout the jail.
3      Q.    Is there a thermostat in
4  the holding area?
5      A.    In the holding area, no,
6  sir. There is vent there for your
7  heat and air. But the thermostat
8  is out in the bigger open area.
9      Q.    The thermostat is in the
10  booking area?
11      A.    Yes, sir.
12      Q.    And so who controls the
13  temperature in the holding area?
14      A.    Well, that would be
15  controlled by that thermostat
16  that's in the booking area. But it
17  -- that thermostat takes care of
18  several other places in the jail
19  that I don't know about.
20      Q.    It takes care -- at least
21  it takes care of the booking area
22  and the holding area, though,
23  right?

74

1      A.    Yes, sir.
2      Q.    Does it take care of the
3  front office?
4      A.    No, sir.
5      Q.    Does it take care of any
6  of the other cell blocks?
7      A.    That I don't know, sir.
8  The cell blocks in the back are
9  controlled from four thermostats
10  that are up in the tower -- or
11  five. Four of them in the tower, I
12  believe it is.
13      Q.    Okay.
14      A.    Those -- that's -- they're
15  all different units.
16      Q.    So does the thermostat in
17  the holding area work on the
18  kitchen?
19      A.    No, sir. The kitchen has
20  its own thermostat.
21      Q.    So does the thermostat in
22  the holding area work on the hall?
23      A.    I don't know about the

75

1  hall or any other rooms. I do know
2  that that thermostat is set there
3  and I do know that it does take
4  care of part of the dispatch and
5  the booking area. What all it
6  encompasses, I don't know.
7      Q.    Do you -- well, are there
8  any other rooms that it might
9  encompass that you know of?
10      A.    I don't -- I don't know.
11  I don't know how the workings are.
12      Q.    I've -- the reason why I
13  ask is I've covered the front
14  office and you say that's a
15  separate thermostat?
16      A.    Yes, sir. There's one up
17  in the front, yes, sir. And then
18  there is one in dispatch that
19  covers part of that in the dispatch
20  room and part of the front area.
21  But, now, all that -- during this
22  time period you're talking that's
23  -- I've only -- I only know about

76

1  the thermostats in the tower that
2  work a cell. The one in booking, I
3  just know where it works right
4  there because you -- we have a vent
5  right there and that takes care of
6  that area. The kitchen has its
7  own. And how they're configured
8  and where all they feed, I don't
9  know.
10      Q.    Now, the library, where is
11  it -- the thermostat located?
12      A.    I don't know. I really
13  don't.
14      Q.    How about the visitation
15  area, where was it -- where is its
16  thermostat?
17      A.    I don't know, sir.
18      Q.    Well, who would operate
19  the thermostat, say, if it got too
20  hot or got too cold?
21      A.    Whoever was working.
22      Q.    So if you were working in
23  the booking area and it was too hot

19 (Pages 73 to 76)

1310 32nd Street S.
Birmingham, Alabama 35205

205-250-7765
danielreporting@aol.com

Daniel Court Reporting, Inc.

77

1  you'd operate it?
2      A.    Yes, sir.
3      Q.    Or if it was too cold?
4      A.    If it's too cold you can
5  turn it up or down.  And I think
6  since -- I don't know.  There's
7  been a lock box put on it to --
8  but, now, when it was on there, I
9  don't remember.  I don't have a
10  clue.
11      Q.    So with the lock box on
12  there you can't adjust it?
13      A.    No, sir.
14      Q.    You'd just have to suffer?
15      A.    No, you can pick the phone
16  up and call somebody, I'm sure, to
17  get the air turned down.
18      Q.    Have you ever had to do
19  that?
20      A.    No, sir.
21      Q.    Now, who sets the schedule
22  for the jailers?
23      A.    Administration, as far --

78

1  the jail supervisor.
2      Q.    Okay.  Who --
3      A.    But --
4      Q.    In this time frame who
5  would that be?
6      A.    Wendy.  Or if she was out
7  then it would be Sheriff Wilson.
8      Q.    And would that -- would
9  you have any input into --
10      A.    No, sir.
11      Q.    -- when that was?
12      A.    My schedule has never
13  changed.  It's just standard.  I
14  mean, we know when we work but --
15  unless you take vacation or
16  something.
17      Q.    Did you have --
18      A.    It's just --
19      Q.    Did you have the same
20  partner working with you every
21  time?
22      A.    No, sir.
23      Q.    Would that rotate?

79

1      A.    No, sir, it doesn't rotate
2  but it's just through turnover in
3  the jail.  I mean, some of them
4  stay there for a while, some don't.
5      Q.    Who was your main partner?
6      A.    I couldn't tell you during
7  that time.  I've had several.
8      Q.    Well, I'm looking at some
9  of these documents that have been
10  produced, which are these -- there
11  is a tower log and a shift report.
12      A.    Yes, sir.
13      Q.    Who is responsible for
14  filling those out?
15      A.    Whoever is working
16  downstairs will start the day shift
17  report.  And that's taken care of
18  through the dispatch area.  And
19  that will be started there.
20  Whoever is in the tower would start
21  a tower log for that shift.  And
22  then whoever is upstairs or
23  downstairs during that day adds to

80

1  whatever they need to to put on the
2  shift report or the tower log.
3      Q.    So is it something that's
4  on a computer?
5      A.    Yes, sir.
6      Q.    That you just type in --
7      A.    You just type it in, yes,
8  sir.
9      Q.    As it goes along?
10      A.    Yes, sir.
11      Q.    Looking here at -- in this
12  -- now, why is there both a shift
13  report and a tower log?
14      A.    Because some things happen
15  down in the dispatch area that
16  would be different than goes on in
17  the tower.  Tower people -- just
18  whatever happens during that shift
19  through the tower, that's noted up
20  there.  And sometimes it's
21  duplicated but -- there are things
22  goes on in dispatch that don't go
23  on in the tower.

20  (Pages 77 to 80)

Daniel Court Reporting, Inc.

81

1    Q.    And so it's whoever is
2  there that writes it down, what
3  gets to be on the report?
4    A.    Yes, sir.
5    Q.    For example, I'm looking
6  at a day shift --
7        MR. STOCKHAM: I'm going
8  to mark this as an exhibit but --
9        MS. McDONALD: We can go
10  make another copy of it.
11        (Whereupon, an
12            off-the-record
13            discussion was held.)
14        (Whereupon, a brief
15            recess was taken in
16            the deposition.)
17    Q.    (By Mr. Stockham) Now,
18  you've told me about the tower log
19  and the shift report.  Whoever is
20  responsible for filling those out
21  at the time do you print it out at
22  the end of the shift?
23    A.    Yes, sir.

82

1    Q.    And then what's done with
2  it?
3    A.    It's put into the -- an
4  administration box.  Then that's
5  who -- the immediate supervisors
6  look at the next day to see what
7  went on during that time.  And then
8  from there I don't know.  They're
9  filed.
10    Q.    Do you initial them or
11  anything?
12    A.    No, sir, we don't.  Our
13  names are at the top.
14    Q.    Now, who was working in
15  the jail in this time frame?
16    A.    As far as supervisors?
17    Q.    As far as employees in the
18  jail.
19    A.    There were several
20  employees.  We've been through
21  many.  Immediate supervisors, I'd
22  have to look at my reports just to
23  see who was working at that time

83

1  with me on my shift.  I don't know.
2    Q.    Well, I'm going to --
3    A.    I'm going to just have to
4  look at them.
5    Q.    -- hand you for the
6  moment --
7    A.    Okay.
8    Q.    -- the shift report --
9  looks like the shift report --
10  well, look -- twelve -- for
11  December of 2003 to see if that
12  one --
13    A.    Okay.  Tim Lipscomb still
14  works there.
15        MS. McDONALD: You can
16  undo it.
17    A.    The Stroud boy does not
18  work there.  I don't even remember
19  his first name.  Dana Harris now
20  works in Talladega.  Green is a
21  deputy with Talladega County now.
22  Then there's Lipscomb and Stroud
23  again.  Harris.  I can't remember

84

1  that Kelly person right off the top
2  of my head.  Jan Calfee.  This was
3  on my shift.  She no longer works
4  there.
5    Q.    Lipscomb, Stroud, Calfee,
6  Harris.  Anyone else?
7    A.    Harris.
8    Q.    Who is Harris?
9    A.    All right.  There was two
10  Harrises at the time.  One of them
11  is Dana Harris and the other --
12    Q.    Is that a man or woman?
13    A.    That's a female.  And then
14  Dewayne Harris was her husband.  I
15  don't remember this Kelly person
16  right off -- not right off the bat.
17  That was a night shift person.
18  Those are the immediate ones that I
19  see right here that you've got --
20    Q.    I've got --
21    A.    -- separated.  Yes, sir.
22    Q.    -- Lipscomb, Stroud,
23  Calfee, Harris, Harris, Kelly and

21  (Pages 81 to 84)

Daniel Court Reporting, Inc.

---

**Page 85**

1  you.
2     A.   Green.
3     Q.   Green and you.
4     A.   Yes, sir. That's just
5  what I see just -- briefly just
6  tagging through here.
7     Q.   Well, who is Hay?
8     A.   Steve Hay no longer works
9  here either. He was -- at one time
10  he worked on a shift and then he
11  went to a day shift type thing,
12  like an eight to four or eight to
13  five. And he was sort of the
14  assistant to Wendy at one time.
15        Now, he also pulled shift
16  some at one time when we would have
17  -- short of personnel, somebody
18  would take leave, out sick. Then
19  he would not work a regular eight
20  to five. He would have to come on
21  and work a twelve hour shift,
22  either night or day depending on
23  who was here and who wasn't or

**Page 86**

1  where he was needed.
2     Q.   One of the things that I
3  have been shown here is a day shift
4  report for January 1, 2004. And it
5  shows you and Hay.
6     A.   Yes, sir.
7     Q.   Is that what you're
8  talking about, he would come and
9  work a --
10     A.   Yes, sir.
11     Q.   -- full --
12     A.   Yes, sir.
13     Q.   Okay. And --
14     A.   That would be it.
15     Q.   It's got both of your
16  names on there. It doesn't say who
17  was in the tower and who was in the
18  shift.
19     A.   That's correct. That
20  mainly would show who was working
21  that day shift for that day.
22     Q.   Another one that I see in
23  here is a Taylor. Who is Taylor?

**Page 87**

1     A.   That was Kay Taylor. Now,
2  her husband worked there for a
3  little while but he didn't work
4  long.
5     Q.   What's his name?
6     A.   Don.
7     Q.   Does --
8     A.   But he didn't work long.
9  But Kay worked there a pretty good
10  while.
11     Q.   Is she still there?
12     A.   No, sir.
13     Q.   And you say you don't know
14  who Kelly is?
15     A.   Uh-uh. No, sir. I can't
16  -- I don't -- I just don't remember
17  that.
18     Q.   Who is Peoples?
19     A.   That's Adam Peoples. He
20  is working here also now. He is
21  one of the supervisors.
22     Q.   Who is Moon?
23     A.   Moon is Bradgel Moon.

**Page 88**

1     Q.   Who?
2     A.   Bradgel. I don't know how
3  to spell it. He is now a deputy.
4     Q.   Still employed?
5     A.   Yes, sir.
6     Q.   Is Lipscomb still
7  employed?
8     A.   Yes, sir.
9     Q.   Stroud is not?
10     A.   No, sir.
11     Q.   Is Calfee still employed?
12     A.   No, sir.
13     Q.   Is Dana Harris still
14  employed?
15     A.   No, sir, not here.
16     Q.   Is Don Harris still
17  employed?
18     A.   Dewayne Harris?
19     Q.   Dewayne.
20     A.   Yes, sir, he's a deputy.
21     Q.   And you say, deputy.
22  You're a deputy, so --
23     A.   Yes, sir. But I don't

---

22 (Pages 85 to 88)

Daniel Court Reporting, Inc.

89

1    work -- these are road deputies.
2    They are -- they go out on patrol.
3       Q.    Dana Harris is a deputy
4    but not here?
5       A.    No -- no, sir.  She is a
6    jailer's -- far as I remember she
7    is a jailer in Talladega County
8    jail.
9       Q.    And Kelly, you --
10      A.    I don't remember.  I don't
11   remember that person.  I
12   couldn't --
13      Q.    Green?
14      A.    Green.  I do know his
15   name.  It's Aaron Green.
16      Q.    And he --
17      A.    He is a deputy in
18   Talladega County now.
19      Q.    And Hay?
20      A.    Hay no longer works here.
21   he works with Pardon and Parole
22   Board.
23      Q.    Kay Taylor?

90

1       A.    Is retired.
2       Q.    And Don Taylor?
3       A.    Don Taylor -- I don't know
4    what Don does.
5       Q.    He's not here?
6       A.    No, sir.
7       Q.    And Adam Peoples still
8    works here.  So of the people that
9    we've listed only you, Moon,
10   Lipscomb and Peoples still work
11   here; is that true?
12      A.    Yes, sir.
13      Q.    Now, some of these, I
14   notice, have got just two people on
15   them.  Some of them have got three
16   and some of them have got four.
17      A.    Some of those are
18   trainees, I would imagine.  I'll
19   just have to look and see.  Some of
20   them may come to work and have to
21   leave, for some reason, part of a
22   day and you've got another person
23   that comes in and works.

91

1       Q.    Well, like -- just to show
2    you on --
3       A.    Okay.
4       Q.    -- on night shift -- at
5    the top of that it's got three
6    people listed.
7       A.    Okay.  Taylor would have
8    been there for a while.  Harris
9    would have been there for a while.
10   And Green may have been training as
11   a new person that's just come to
12   work.  That was the only reason I
13   could figure that there would be --
14   that's the only time we ever have
15   three people on one shift.  And
16   normally they would start on a
17   night shift just to get them
18   familiar with working in the jail.
19   That would be the only explanation
20   I have for that because I really
21   would not know.
22      Q.    For example, on 1-9-04 it
23   shows four people working.

92

1       A.    Okay.
2             MS. McDONALD:  If you
3    don't know --
4       A.    I don't know why because I
5    wasn't working that day and I
6    really don't know.
7       Q.    All those folks were not
8    trainees, though, were they?
9       A.    No, sir.  Roberson would
10   not have been.  Like I -- I don't
11   remember when the rest of them were
12   -- when they were hired.
13      Q.    Well, Calfee was someone
14   that you usually worked with?
15      A.    I worked with her for a
16   short time, yes.
17      Q.    When you say, a short
18   time, why --
19      A.    It wasn't -- she wasn't
20   here long.  She came -- when she
21   came to work.  And then she -- she
22   got pregnant and then she had some
23   complications and then she was -- I

23  (Pages 89 to 92)

Daniel Court Reporting, Inc.

93

1  don't -- can't remember whether she
2  came back for a little short time
3  and found out she just couldn't
4  work. But it was just sort of an
5  on and off type thing. She got
6  sick during her pregnancy.
7      Q.    But the heading at the top
8  should be the same for both the
9  tower log and the report, though,
10  shouldn't it?
11      A.    Pretty much so, yes, sir.
12  I -- it's -- there's no standard
13  form of how we do it. We just type
14  on there -- it's either, tower
15  shift, or -- some of them put,
16  night tower log. It's -- but it's
17  specified either day shift or night
18  and whoever is working.
19      Q.    Looking in the lower
20  right-hand corner there it looks
21  like to be three signatures --
22  three initials on there. Do you
23  know whose initials those are?

94

1      A.    Terry Wilson, Wendy
2  Roberson and this one looks like
3  Adam Peoples here (indicating). So
4  if his signature is on here then
5  that would put him as working as
6  one of the shift supervisors.
7      Q.    And who is KSH?
8      A.    I don't know. I'd have
9  to --
10      Q.    I'll show you on -- the
11  initial on the bottom of the --
12      A.    Kenneth Stephen Hay.
13      Q.    Okay. So he would be a
14  supervisor?
15      A.    Yes, sir. He was -- he
16  would have been working under Wendy
17  Roberson at this time.
18      Q.    All right. On January --
19      A.    Along with Terry.
20      Q.    On January --
21      A.    That's the 1st. Yeah.
22      Q.    -- 1st.
23      A.    Uh-huh, of '04.

95

1      Q.    He would have been working
2  with you but also been a
3  supervisor?
4      A.    Yes, sir. That's what I'm
5  saying. He was -- that third
6  person on the supervisor list, if
7  you want to call it that, is --  he
8  is a supervisor. He reviews
9  immediate paperwork. He makes sure
10  who's working the shift, that type
11  of thing. But then, again, he's
12  also the fill-in person if we
13  needed another person to come in
14  and work when somebody laid out or
15  was on vacation.
16      Q.    Now, apart from the tower
17  log and the shift log was there
18  anything else that your -- that you
19  filled out on a regular daily
20  basis?
21      A.    No, sir, not from shift
22  schedule that I can immediately
23  think of. I --

96

1      Q.    Well, was there a
2  medication sheet?
3      A.    Medication sheet was done
4  that -- yeah, it was separate from
5  this (indicating). That would be
6  the -- I would think the next paper
7  that we would actually fill out.
8  And that just determines on whether
9  -- what time when they took their
10  medication. But, yes, that was
11  filled out also.
12      Q.    Who would fill out the
13  medication --
14      A.    Whoever handed out the
15  medication at whatever specific day
16  or time during that -- whether it
17  would be -- the person -- whoever
18  was downstairs normally passed out
19  the meal plates and they did the
20  medical log, too.
21      Q.    They passed out the meal
22  plates and the medical log?
23      A.    And the medicine, yes,

1310 32nd Street S.                    205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

97

1   sir.
2       Q.    Now, the trustees wouldn't
3   hand out the meals?
4       A.    The trustees were there.
5   We took the meals down. The
6   trustees would actually hand the
7   trays. But, now, we took care of
8   the medicine. We -- that's all we
9   did. We opened the doors -- made
10  sure that the doors were clear, we
11  opened the doors and they hand the
12  trays out to them. Then after the
13  trays are passed out then the
14  medicine was given.
15      Q.    And when you say, the
16  medicine is given, how is it done?
17      A.    We had the log and we had
18  the medicine with us. We'd go
19  through and look and see who needs
20  what medication at what time. Then
21  that medication is taken to the
22  back and to the inmate. They take
23  it. We make sure that their mouth

98

1   is clear when they swallow it. And
2   that's our procedure. And this
3   also is done and then the inmate
4   will initial the form there that he
5   received his medicine.
6       Q.    And when -- these are the
7   medical logs that I found from the
8   jail records that was produced to
9   me. I don't see a date as to which
10  month they refer to. Can you look
11  at them and tell me which month --
12      MR. STOCKHAM: Let me mark
13  this as Exhibit One.
14      (Whereupon, Plaintiff's
15      Exhibit One
16      was marked for
17      identification.)
18      Q.    Looking at any one of
19  those can you tell me what month
20  that refers to?
21      A.    No, sir, it's not on here.
22  No, sir, I don't see it.
23      Q.    Now, looking at the first

99

1   page it appears to cover a full
2   month's time, doesn't it?
3       A.    Yes, sir.
4       Q.    And are your initials on
5   that?
6       A.    Yes, sir. For instance,
7   on the 4th right there (indicating)
8   is AB and AB.
9       Q.    On the 4th? The first two
10  are your signature?
11      A.    Yes, sir.
12      Q.    How about on the 8th and
13  9th?
14      A.    Okay. Mine is on the top.
15  Jan Calfee's is below mine on the
16  9th. There are three times. And
17  Dana Harris is on the 4th one -- or
18  Dewayne. I don't know which Harris
19  it was. They both had the first
20  initial of D.
21      Q.    Now, the fourth one, what
22  does that refer to? There are four
23  time frames on there?

100

1       A.    Yes, sir. You have
2   breakfast, lunch, supper and
3   bedtime. And according to this he
4   would get those four times a day.
5   And the fourth would be the morning
6   time. I gave him the breakfast and
7   the lunch. And the supper meal was
8   given out by Jan Calfee.
9       Q.    And looking at this first
10  page again. Tell me what days you
11  reflect that you have initialed.
12      A.    Well, let's see. There is
13  one on breakfast meal on the 3rd,
14  the 4th, again on the 8th on
15  breakfast and the 9th, the 12th and
16  13th and 14th, again 17th, 18th,
17  22nd, 23rd, 26th, 27th and 28th and
18  on the 31st.
19      Q.    26th, 27th, 28th and 31st.
20  Okay.
21      A.    Okay.
22      Q.    And looking at that is
23  there any way to tell what month

25 (Pages 97 to 100)

Daniel Court Reporting, Inc.

101

1   that is?
2       A.    No, sir.
3       Q.    Now, he wasn't taken in
4   until the middle of the month on
5   the -- in November of 2003. So
6   that probably wouldn't be that
7   month. And he wasn't there after
8   the 16th on January, so it probably
9   wouldn't be that month, would it?
10      A.    I don't know, sir.
11          MS. McDONALD: That makes
12  sense.
13      Q.    Any way that you know to
14  identify which month is which?
15      A.    Do I know?
16      Q.    Yes, sir.
17      A.    No, sir.
18      Q.    Who trained you in how to
19  use this log?
20      A.    Wendy Roberson would have
21  been the one that showed us because
22  that is -- that's -- was an order
23  log. It's not made up by us.

102

1       Q.    When did she teach you how
2   to do that?
3       A.    That I don't know.
4       Q.    And who would be
5   responsible for putting in the
6   names of the medications on here?
7       A.    Whenever the -- whoever
8   was working on that time whenever
9   the medication came in and it was a
10  new sheet or we -- medication was
11  changed or added then it would -- a
12  sheet would be filled out for
13  whoever accepted the medicine.
14      Q.    And what happened if you
15  had more than -- this has got, one,
16  two, three, four, five, six --
17      A.    You add another sheet to
18  it.
19      Q.    Add another sheet?
20      A.    Yes, sir.
21      Q.    Well, in what I have been
22  produced I don't see any other
23  sheet that's got a full month on

103

1   there, do you?
2       A.    I don't know.
3          MS. McDONALD: Will this
4   (indicating) be what it would be?
5          THE WITNESS: This is the
6   same. These we'd just run off if
7   they --
8          MS. McDONALD: Right.
9          THE WITNESS: -- were out
10  of duplicate copies but --
11          MS. McDONALD: This seems
12  to have --
13          THE WITNESS: I don't -- I
14  don't see any.
15          MS. McDONALD: Richard,
16  there is a -- there's a sheet
17  that's only got signatures at
18  night. It looks to be like a full
19  month.
20          MR. STOCKHAM: I don't
21  have that one but --
22          MS. McDONALD: I don't --
23  and it --

104

1          MR. STOCKHAM: Wait a
2   minute. I may. But it --
3          MS. McDONALD: It has the
4   Pamelor or --
5          MR. STOCKHAM: It begins
6   on the 3rd -- well, no. I guess it
7   begins --
8          MS. McDONALD: No.
9   Actually there is a bedtime initial
10  on the 1st.
11          MR. STOCKHAM: Okay.
12      Q.    (By Mr. Stockham) Now,
13  you say Wendy taught you how to
14  fill this out?
15      A.    Well, we were just showed
16  how. Yes, sir.
17      Q.    Now, who was responsible
18  for receiving the prescription?
19      A.    Receiving the
20  prescription?
21      Q.    Yeah. How did you know
22  what drugs to give whom when?
23      A.    Because it was labeled on

1310 32nd Street S.                    205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

105

1  the package that we had. It gave
2  you instructions as to what -- just
3  like on a prescription bottle or a
4  prescription that we -- any way we
5  got it, through a blister pack,
6  whatever we was sent from the drug
7  store. And it told you on there
8  when to take it and that's what's
9  added on -- that's what's put on
10 there (indicating).
11     Q.    Do you know, looking at
12 this Exhibit One, whose handwriting
13 it is that lists the medications?
14     A.    No, sir, I do not. I
15 don't know who received that.
16     Q.    And it appears to be a
17 different handwriting from the
18 second page. Do you know whose
19 handwriting that is on the second
20 page?
21     A.    That looks like mine.
22 But, now, I don't -- this
23 (indicating) was a follow-up from

106

1  this page (indicating). This
2  (indicating) was copied from here
3  to put over here (indicating).
4      Q.    Page two looks like the
5  month of January because it goes
6  from the 1st through the 16th.
7  Does that look about the same to
8  you?
9      A.    Well, it -- I don't know
10 what month it is. No, sir. I
11 don't have a clue.
12     Q.    Well, it says from the 1st
13 of the month through the 16th,
14 though, doesn't it?
15     A.    Yes, sir.
16     Q.    And is your signature or
17 initials are on that at all?
18     A.    Yes, sir, on the second
19 page.
20     Q.    Yes, sir, on the second
21 page.
22     A.    Uh-huh. On this one right
23 here (indicating).

107

1      Q.    Yeah. Which days do you
2  -- does it show your initials?
3      A.    Well, I'm showing the 1st,
4  the 5th, the 6th and that's all --
5      Q.    Okay.
6      A.    -- that I see right off
7  the bat.
8      Q.    Now, looking at the third
9  page. It appears to be from the
10 8th through the 16th. Are your
11 initials on that page at all?
12     A.    No, sir. I don't see it.
13     Q.    On the fourth page it
14 appears to be the 5th through the
15 29th. Any of those have your
16 initials?
17     A.    7th, the 12th, 13th, 16,
18 17 and 18, 21, 22, 26 and 27th.
19     Q.    On the next page it
20 appears to be the 27th through the
21 30th. Any of those reflect your
22 signature?
23     A.    One on the 28th, 29th and

108

1  30th.
2      Q.    And the next appears to be
3  the 1st through the 9th. Any of
4  those reflect your signature?
5      A.    2nd and 3rd and, let's
6  see, 7th and 8th. Yes, sir. I
7  think that's right. Let me see.
8  Yeah, that's all.
9      Q.    Any of those down by your
10 thumb on the 29th or 30th yours?
11     A.    Let me see. Oh, I didn't
12 look down there. I'm sorry. Yes,
13 on the 29th and the 30th. My hand
14 was covering it up.
15     Q.    And then on the next page,
16 which appears to be the 1st through
17 the 30th, any of those your
18 initials?
19     A.    Okay. 3rd and 4th -- 3rd
20 and 4th is all I see. Because the
21 rest of those were bedtime
22 medicines and I wouldn't have been
23 giving them.

27 (Pages 105 to 108)

Daniel Court Reporting, Inc.

109

1     Q.    And the last page, any of
2    those your initials?
3     A.    Yes, sir. On the 15th,
4    16th, 19th and 20th, 24th and 25th,
5    28th, 29th and 30th.
6     Q.    Now, are the meds kept in
7    a certain place when you're not
8    distributing them?
9     A.    Yes, sir.
10     Q.    Where are they kept?
11     A.    At that time they were
12    kept in the booking room over on a
13    -- what we call the med desk.  It
14    was inside the booking room, sort
15    of behind a door that opens back
16    toward a desk and they were kept
17    right there.
18     Q.    Now, when you're
19    delivering the meds to the person
20    do you have a -- do you just carry
21    the bottles to the person or --
22     A.    Depends -- no, sir -- it
23    depends on what they come in and

110

1    how many we have to take back at
2    one time.  If it's just a few meds
3    then we'll leave them in the
4    medical book and open the book,
5    we'd dispense the meds and they
6    sign for it.  If it's more than you
7    can carry then there's a roll cart
8    that you can use.
9     Q.    What about the folks who
10    are in the holding cells?
11     A.    They are -- they're just
12    given their meds the same as
13    everybody else.  You just -- you
14    open the door and they stand in the
15    door and you give them their meds
16    and then they initial the paper.
17     Q.    Now --
18     A.    Then they're --
19     Q.    You're the -- when you're
20    giving the meds out is there anyone
21    with you helping you give them out?
22     A.    No, sir.
23         MR. STOCKHAM:  I think now

111

1    is a good time to take a break.
2         (Whereupon, a brief
3         recess was taken in
4         the deposition.)
5     Q.    (By Mr. Stockham)  Let me
6    go on and just ask you a few
7    questions about this document while
8    we're waiting on them to get back.
9     A.    Sure.
10     Q.    I have a copy of these
11    tower logs from January through --
12    the 2nd through the 16th.  So I'll
13    just ask you about those.
14         MR. STOCKHAM:  And I'll
15    mark them as Exhibit Two as a
16    group.
17         (Whereupon, an
18         off-the-record
19         discussion was held.)
20         (Whereupon, Plaintiff's
21         Exhibit Two
22         was marked for
23         identification.)

112

1     Q.    (By Mr. Stockham)  Looking
2    at these logs, tower logs, now, as
3    I understand it there is no set
4    format that you're supposed to use;
5    is that right?
6     A.    Yes, sir.
7     Q.    But I notice that running
8    down on every one there seems to be
9    a time entry, eighteen twelve HRS
10    and then eighteen fifty-six HRS and
11    nineteen twenty-one HRS.  Is that
12    military time?
13     A.    Yes, sir.
14     Q.    And looking on the front
15    cover under one, two, three, four
16    down it says, mop buckets back to
17    all blocks, trustees escorted by
18    two two five six.  Is that a
19    jailer's number?
20     A.    Yes, sir.
21     Q.    Who is two two five six?
22     A.    I don't know who that
23    would have been at the time.  Would

28 (Pages 109 to 112)