# EXHIBIT E

# Deposition of Al Bradley

Part II

Daniel Court Reporting, Inc.

113

1  have been more than likely one of
2  the three people that were working
3  that night.
4      Q.   And it's got two two five
5  six in B block.  And then down
6  below it's got -- under fourteen
7  ninety-five it's got two two five
8  two.  Is that another one of the
9  jailers?
10     A.   Yes, sir.  All of the
11  jailers' numbers will start with
12  the number twenty-two.  That's for
13  designation for the County.
14     Q.   For the camera?
15     A.   County.
16     Q.   For the County?
17     A.   Yes, sir.
18     Q.   And what was your number?
19     A.   Twenty-two fifteen at the
20  time.
21     Q.   Twenty-two fifteen?
22     A.   Yes, sir.
23     Q.   Has it changed?

114

1      A.   Yes, sir.
2      Q.   When did it change?
3      A.   About -- since -- when
4  Sheriff Wilson came in office.
5      Q.   And looking down there at
6  the bottom of the page there is an
7  entry without a date.  It says, Lee
8  had repeatedly pushed the intercom
9  button.  When twenty-two
10  fifty-three answered the first time
11  Lee stated they needed grievance
12  forms.
13          Who is Lee?
14     A.   Lee would probably have
15  been an inmate and that would have
16  been his last name.
17     Q.   And you don't know who
18  twenty-two fifty-three is?
19     A.   No, sir.
20     Q.   Would that have been the
21  person in the tower?
22     A.   I don't know.  I don't
23  know who was working in the tower.

115

1  It says the tower log but it gives
2  three people's names.  So I don't
3  know who was assigned to the tower.
4      Q.   Would someone other than
5  the person in the tower answer the
6  intercom?
7      A.   No.  The intercom rings
8  upstairs in the tower.
9      Q.   So it says, when
10  twenty-two fifty-three answered the
11  first time, that would be the
12  person in the tower?
13     A.   Yes, sir.
14     Q.   Okay.
15     A.   I would assume so the way
16  it's written.
17     Q.   And -- what is your number
18  now?
19     A.   Twenty-two twenty-one.
20     Q.   Why was it changed?
21     A.   I was put down as --
22  instead of being -- the sheriff
23  came up with a new deputy list of

116

1  arresting officers and those that
2  do not work the road were assigned
3  a different number.  And I just was
4  assigned twenty-two twenty-one.
5      Q.   Now, I understand that
6  there are eight deputies?
7      A.   Yes, sir, I believe so,
8  that work the road.
9      Q.   And how many jailers now?
10     A.   Right off the top of my
11  head I don't know.  I'd have to sit
12  down and go through the list.  Some
13  of them I don't even know by their
14  last name.  I would have to sit
15  down and think.  I would say
16  somewhere around ten.  But I --
17  therefore I'm guessing.  I don't
18  know exactly how many we've got on
19  staff now.
20     Q.   How many jailers are there
21  on day shift when you are working?
22     A.   Normally two, me and one
23  other person.

29  (Pages 113 to 116)

Daniel Court Reporting, Inc.

117

1    Q.    And how many jailers are
2  on night shift?
3    A.    Normally two. Unless
4  something else is up. I don't --
5  it varies.
6    Q.    Now -- so when the --
7  there are two of you on the two of
8  you are responsible for keeping the
9  respective logs?
10   A.    Yes, sir.
11   Q.    That you don't sign off
12 on?
13   A.    No, sir.
14   Q.    And are they maintained in
15 the computer?
16   A.    Yes, sir.
17   Q.    And so there is a hard
18 copy and a computer copy?
19   A.    Should be, yes, sir, if
20 they saved it. I --
21   Q.    Now, who is responsible
22 for doing the computer work?
23   A.    Computer work?

119

1    A.    Yes, sir.
2    Q.    And I noticed that that's
3  a keyed entry.
4    A.    Yes, sir.
5    Q.    And it's different from
6  the entry up to the -- where you
7  have to push a button to get in.
8    A.    Yes, sir.
9    Q.    Are there some rooms that
10 have keyed entries and some that
11 have exam -- that you have to push
12 and go through the tower?
13   A.    Yes, sir.
14   Q.    Are the rooms that are in
15 the holding area different from --
16 say, the big cell because they --
17 some of them are keyed and some of
18 them are not?
19   A.    Yes, sir. Those -- the
20 holding cells have a key entry, a
21 large key, yes, sir.
22   Q.    And the -- I noticed that
23 there is also an isolation unit

118

1    Q.    Yeah, backing up the saved
2  logs and the saved reports and --
3    A.    I don't have any idea.
4    Q.    Now, I understood that the
5  booking room also did the dispatch;
6  is that right?
7    A.    Yes, sir. It's all in the
8  same room.
9    Q.    And the -- has that
10 changed?
11   A.    No, sir.
12   Q.    Now, dispatch means
13 communicating with the deputies on
14 the road?
15   A.    Yes, sir.
16   Q.    Is there a microphone that
17 you man and --
18   A.    Yes, sir.
19   Q.    Now, I just took a jail
20 tour. I noticed that there are
21 some -- for example, there is an
22 exam room that's right next to the
23 holding cell.

120

1  where there are two isolation
2  cells. Were there two isolation
3  cells when -- back in the 2003,
4  2004 time period?
5    A.    Those were designated as
6  trustee cells.
7    Q.    They were designated as
8  trustee cells?
9    A.    Yes, sir.
10   Q.    Then they had -- so they
11 weren't used as isolation cells at
12 the time?
13   A.    No, sir.
14   Q.    They had a shower in them
15 and they looked to be about eight
16 by ten; is that right?
17       MS. McDONALD: If you
18 know.
19   A.    I don't know what the
20 measurements of them are.
21   Q.    How many trustees were
22 there at any one time?
23   A.    That also varied depending

1310 32nd Street S.                    205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

121

1    on what they needed or what the
2    jail administration needed them
3    for. We don't have any control
4    over trustees as far as how many is
5    assigned.
6       Q.    Who does?
7       A.    The jail administrator and
8    the sheriff.
9       Q.    How many trustees are
10   there now?
11      A.    Five, I believe.
12      Q.    And what's the most number
13   of trustees you can remember?
14      A.    Sir, I don't remember.
15      Q.    What's the least number
16   you can remember?
17      A.    Maybe three.
18      Q.    And -- now, in filling out
19   this log what were you supposed to
20   put on here?
21      A.    Whatever you felt was
22   important that happened during your
23   shift.

122

1       Q.    No guidelines, just
2    whatever you felt was important?
3       A.    Yes, sir. There was --
4    you had a jail count. Normally it
5    would be put on the front of the
6    shift, a jail count at the end of
7    the shift, and whatever happened
8    during your shift.
9       Q.    And were you supposed to
10   log it as it happened or were you
11   supposed to, when you finished up
12   something, go back and put it in
13   there?
14      A.    There is no written policy
15   but I always put it down when it
16   happened, as close to the time as I
17   could get it. I don't know what --
18   I don't know what anybody else
19   does.
20      Q.    Were you ever required to
21   write incident reports?
22      A.    Incident reports as --
23   what type incident report are you

123

1    talking about?
2       Q.    About -- were you ever
3    told that you had to write an
4    incident report for anything?
5       A.    We have a form that if
6    there is an incident that happens
7    with an inmate or that we have to
8    have any type of disciplinary or
9    there's some kind of use of force
10   we'd have forms for that.
11      Q.    And when you say -- what
12   sort of a form are you --
13      A.    It's just a form that --
14   it says, incident report, on there
15   and it has to do with the inmates
16   and just asks questions about what
17   happened and who was involved and
18   what took place.
19      Q.    Is it a computerized form?
20      A.    I don't know whether it's
21   -- was put up by a computer or not.
22      Q.    Did you --
23      A.    I don't -- I didn't -- I

124

1    don't have the form -- I don't have
2    anything to do with the form
3    printing.
4       Q.    Did you ever fill out an
5    incident report?
6       A.    Have I ever filled one
7    out?
8       Q.    Yes, sir.
9       A.    Yes, sir.
10      Q.    Do you know what -- can
11   you tell me -- what did I do with
12   that page?
13           Looking at this tower
14   report I see in this group which
15   begins in my case on January 2nd,
16   2004 --
17           MS. McDONALD: Are you
18   looking at a night shift tower log?
19           MR. STOCKHAM: Well, it's
20   consecutive with -- the top one is
21   a night shift but the next one --
22           MS. McDONALD: Okay.
23           MR. STOCKHAM: -- is the

1310 32nd Street S.                    205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

125

1  day shift's tower log.
2      Q.    (By Mr. Stockham)  Some of
3  these are in different fonts. Who
4  chooses the font?
5      A.    The person that starts the
6  log.
7      Q.    Like on 1-5-04, tower log,
8  Calfee, Bradley, that would be a
9  shift that you were on?
10     A.    Yes, sir.
11     Q.    Who would have chosen that
12 font?
13     A.    Normally mine are written
14 in the same case as the top.  So --
15 because I like big writing and I do
16 my whole log that way ninety-nine
17 percent of the time.  So I did not
18 choose that font so that would have
19 been Calfee's.
20     Q.    And looking over on 1-6
21 tower log on day shift, do you know
22 whose log that would be?
23     A.    I really don't know.  But

126

1  there, again, most of mine are
2  always used in the upper case in
3  the big bold print.
4      Q.    Looking on this one it
5  says, six fifty-nine hours, razors
6  administered, Kelly escorted back
7  to B block to get a shower.
8      A.    Uh-huh.
9      Q.    Why would you take Kelly
10 back to B block to get a shower?
11     A.    Because that's where his
12 stuff was, in his room.  And he
13 would also use the phone when he
14 was back there.  He was up front
15 and when he wanted a shower we'd
16 take him to the back.
17     Q.    There was a shower right
18 there at the front, wasn't there?
19     A.    Yes, sir.
20     Q.    Why --
21     A.    There's one in the exam
22 room.
23     Q.    Right.  Why would you take

127

1  him back to the back?
2      A.    That's what we were told
3  to do.
4      Q.    Who told you to do that?
5      A.    Wendy Roberson.
6      Q.    And did she tell you where
7  to take him to --
8      A.    Well, he had --
9      Q.    -- get a shower?
10     A.    He had a room in B block.
11 He had a cell there and he was
12 escorted back to B block and went
13 in his cell where his toiletries
14 were kept.
15     Q.    Well, from about mid
16 December on till the 16th of
17 January he was in the holding cell,
18 wasn't he?
19     A.    I don't remember.  I don't
20 -- I don't know the dates.  I would
21 have to look and -- look at
22 something.  I don't remember what
23 dates he was there.

128

1      Q.    Well, do you know of
2  anyone that's ever been kept in the
3  holding cell for as long as Mr.
4  Kelly has been kept in the holding
5  cell?
6      A.    I don't know exactly how
7  long he was kept in the holding
8  cell.  I don't.
9      Q.    So who told you that Mr.
10 Kelly was going to be kept in the
11 holding cell?
12     A.    When I -- I don't remember
13 how or when he was put in the
14 holding cell and I don't know who
15 made that decision.
16     Q.    Now, I've been given a
17 copy of --
18         (Whereupon, an
19          off-the-record
20          discussion was held.)
21     Q.    (By Mr. Stockham)  Well,
22 for example, on this payroll
23 summary, it shows for the week of

32  (Pages 125 to 128)

Daniel Court Reporting, Inc.

129

1  January -- or December 27 through
2  January 9th. Did you fill out
3  those hourly entries on there?
4      A.   On here (indicating)?
5      Q.   Yes, sir.
6      A.   No, sir.
7      Q.   Someone in the payroll
8  department did that?
9      A.   That's done by the
10 secretary.
11     Q.   It shows here that you
12 worked on the 27th, 28th, 31st and
13 the 1st?
14     A.   Yes, sir, that's what it
15 shows.
16     Q.   And then it shows you
17 worked on the 5th and 6th. And
18 then --
19     A.   Yes, sir.
20     Q.   And then it looks like you
21 had a vacation --
22     A.   Yes, sir.
23     Q.   -- on the 9th --

130

1      A.   Yes, sir.
2      Q.   -- is that right?
3      A.   Yes, sir.
4      Q.   And then the next week it
5  shows you had vacation; is that
6  right?
7      A.   Yes, sir.
8      Q.   And the previous occasion
9  it shows that you worked from -- on
10 the 13th and the 14th and the 17th
11 and the 18th; is that right?
12     A.   That's what it shows, yes,
13 sir.
14     Q.   And then it shows you
15 worked on the 22nd, 23rd, 25th and
16 26th?
17     A.   Yes, sir. That's what it
18 -- I believe that's what it's
19 showing, yes, sir.
20     Q.   And there's an H --
21     A.   That's the holiday.
22     Q.   So you got paid overtime
23 for -- because it was a holiday?

131

1      A.   Yes, sir.
2      Q.   And then it shows that you
3  worked November 29th and 30th,
4  December 3rd and December 4th?
5      A.   That's what it shows, yes,
6  sir.
7      Q.   And it shows that you
8  worked the 8th, 9th and the 12th --
9      A.   That's what it shows --
10     Q.   -- in December?
11     A.   -- there, yes, sir.
12     Q.   Do you have any reason not
13 to think that those might -- those
14 are not correct?
15     A.   I don't have any reason,
16 no, sir.
17     Q.   Do you have any
18 independent recollection of this
19 time frame?
20     A.   No, sir.
21     Q.   Do you --
22     A.   Not -- no, sir.
23     Q.   Do you have any notes

132

1  about what occurred other than the
2  jail logs and tower reports that we
3  have?
4      A.   None whatsoever.
5      Q.   Looking at Exhibit Two
6  over on the day entry for 1-12-04.
7      A.   Okay.
8      Q.   We look down midway and it
9  says, twelve sixteen hours.
10     A.   Okay.
11     Q.   Hawkins moved back to
12 detox. What is detox?
13     A.   That's the holding cell.
14     Q.   Which one?
15     A.   I don't know.
16          MR. STOCKHAM:  Mark these
17 as Exhibit --
18          MR. WILLFORD:  I've got
19 the --
20          MR. STOCKHAM:  Oh, okay.
21          MR. WILLFORD:  -- copies
22 over there --
23          MR. STOCKHAM:  Great.

33 (Pages 129 to 132)

Daniel Court Reporting, Inc.

133

1    MR. WILLFORD: -- for you
2 to mark.
3    MR. STOCKHAM: Mark those
4 as Exhibit Three.
5       (Whereupon, Plaintiff's
6       Exhibit Three
7       was marked for
8       identification.)
9    Q.    (By Mr. Stockham) Let me
10 show you what I've been produced.
11 It is a series of documents that
12 I'm going to mark as group Exhibit
13 Four.
14       (Whereupon, Plaintiff's
15       Exhibit Four
16       was marked for
17       identification.)
18    MR. STOCKHAM: Actually --
19 are these in the jail file, these
20 inmate request forms?
21    MS. McDONALD: Uh-uh.
22    MR. STOCKHAM: Why don't
23 you show them to him if you would

134

1 so he can look at the originals.
2       (Whereupon, an
3       off-the-record
4       discussion was held.)
5    MS. McDONALD: Ours may
6 not be as together as yours may be.
7 So --
8    MR. STOCKHAM: Okay.
9    MS. McDONALD: -- bear
10 with him.
11    MR. STOCKHAM: That's not
12 a problem.
13    MS. McDONALD: Please.
14    MR. STOCKHAM: I have put
15 mine in a certain -- in a
16 chronological order.
17    Q.    (By Mr. Stockham) First
18 of all, what are these?
19    A.    These are inmate request
20 forms.
21    Q.    And what are they for?
22    A.    Well, they -- whatever
23 their needs or questions are, they

135

1 fill that out. That's a way of
2 communication between the inmates
3 and the jail personnel.
4    Q.    I notice there is a series
5 of blanks, medical, commissary,
6 grievance, and other.
7    A.    Yes, sir.
8    Q.    Well, what do those relate
9 to?
10    A.    If they have a medical
11 problem or if they want something
12 out of the commissary, if they want
13 to complain about something or mark
14 other.
15    Q.    How would they get these
16 forms?
17    A.    They are passed out --
18 when they request them then they're
19 handed out to the inmates, by the
20 jail staff.
21    Q.    Looking --
22       (Whereupon, an
23       off-the-record

136

1       discussion was held.)
2    Q.    (By Mr. Stockham) Down in
3 the bottom half it's got a -- it
4 says, do not write below, for reply
5 only. Is that where someone would
6 respond?
7    A.    Yes, sir.
8    Q.    Like on the grievance
9 dated November 29th, is that a
10 response that you wrote?
11    A.    Yes, sir.
12    Q.    It says, the sheriff will
13 not be in until 12-1-03?
14    A.    Yes, sir.
15    Q.    And who gets to see this
16 form when it's filled out?
17    A.    Well, once it's filled out
18 then this form is put back in the
19 box and then it's -- the jail
20 administrator reviews the form.
21 And then we make sure that when
22 this is filled out that we give a
23 response back to the inmate as to

34 (Pages 133 to 136)

Daniel Court Reporting, Inc.

137

1  what his question was.
2      Q.   A written response or a
3  verbal response?
4      A.   A verbal response.
5      Q.   And you write your written
6  response down here and give it --
7      A.   And then --
8      Q.   -- to the administrator?
9      A.   Yes, sir.  It's put in a
10  -- there was an inbox there that
11  they're put in.
12      Q.   And at this time it would
13  have been Wendy Roberson or Terry
14  Wilson?
15      A.   Would have seen it, yes.
16      Q.   Would it go to the
17  sheriff?
18      A.   Well, normally no.  It's
19  handled by the immediate
20  supervisor.  Now, what they --
21  normally they gave the response or
22  they would deliver a message to the
23  sheriff if that's what it was.  But

138

1  I'm just -- it was given to the
2  jail administrator and then we
3  didn't see it anymore, not the
4  paperwork itself.
5      Q.   And looking through here I
6  see responses initialed KSH.  Who
7  was that?
8      A.   That would be Kenneth
9  Steve Hay.
10      Q.   And would he have given
11  the verbal response to the -- to
12  Mr. Kelly about this or would that
13  just be his note?
14      A.   That I can't answer.
15      Q.   Looking on 12-18.
16          (Whereupon, an
17          off-the-record
18          discussion was held.)
19      Q.   (By Mr. Stockham) There
20  are actually two.  One is -- shows
21  a time of ten o'clock.
22      A.   Okay.
23      Q.   And it's marked, medical.

139

1  And then there is another one,
2  looks like twenty oh five, marked,
3  grievance.
4          MS. McDONALD:  Yeah,
5  that's it (indicating).
6      A.   Okay.
7          MS. McDONALD:  Okay.
8      Q.   Is that your writing on
9  both of those?
10      A.   Yes, sir.
11      Q.   Do you have any
12  recollection of filling those out?
13      A.   I don't remember writing
14  them out but, you know, reading it,
15  then I know what it's about.
16      Q.   And did you respond to him
17  verbally with those answers?
18      A.   Yes, sir.
19      Q.   On the one on 12 -- or it
20  looks like there's a response from
21  BS.  Who is BS?  On 12-21-03 is the
22  response.
23      A.   12-21.  That's 12-10.

140

1  12-7 --
2      Q.   I'll just show you what
3  I've got and see if you can tell me
4  who that response is from.
5          (Witness examining
6          documents.)
7      A.   I don't know.
8      Q.   You don't know who BS is?
9      A.   No, sir, not -- I don't.
10          MS. McDONALD:  That's --
11          THE WITNESS:  I don't see
12  it.
13          MS. McDONALD:  Let's
14  see --
15      Q.   There's an entry on 1-6.
16  There's actually no time on it but
17  the answer is on 1-6.
18          MS. McDONALD:  Well --
19      Q.   Appointment will be made.
20  Is that your response (indicating)?
21          MS. McDONALD:  Give us a
22  second.
23      A.   I don't have it --

35  (Pages 137 to 140)

141

1    MS. McDONALD: Hang on.
2    Q.    Well, let me show you. Is
3 that your response?
4    A.    Yes, sir.
5    Q.    Now, you say you -- when
6 you would fill this out you would
7 put it in a box?
8    A.    Yes, sir. When we
9 received the form we would make the
10 reply, fill that form out at the
11 bottom and place it in the inbox
12 for the supervisor.
13    Q.    Where is in the inbox?
14    A.    The inbox was located
15 there in the booking room.
16    Q.    Now, are you aware of any
17 other lawsuits that have been filed
18 against the Coosa County Jail while
19 you have been an employee there?
20    A.    There has been mention of
21 several lawsuits, yes, sir.
22    Q.    Which lawsuits have been
23 mentioned?

142

1    A.    Those --
2    MS. McDONALD: If you
3 know.
4    THE WITNESS: Do what,
5 ma'am?
6    MS. McDONALD: If you
7 know. If you don't know, don't
8 worry about it.
9    A.    No. Personally, no, I do
10 not know.
11    Q.    (By Mr. Stockham) Have
12 you been told of any other
13 lawsuits?
14    A.    I've just heard that there
15 may be another lawsuit. But I
16 don't know who it's for or what
17 it's about.
18    Q.    Are you aware of anyone
19 who has died while at -- as an
20 inmate at the Coosa County Jail
21 while you have been working there?
22    A.    Yes, sir.
23    Q.    Who is that?

143

1    A.    I believe his last name
2 was Stroud.
3    Q.    And were you working at
4 the time that he died?
5    A.    No, sir, I was not.
6    Q.    Do you know what the
7 circumstances were surrounding his
8 death?
9    A.    No, sir, I was off.
10    Q.    Has anyone told you what
11 the circumstances were?
12    A.    No, sir.
13    Q.    Anyone else suffered any
14 injury in the jail that you're
15 aware of?
16    MS. McDONALD: Inmates?
17    Q.    Inmates.
18    A.    There is some that have
19 fallen or hurt their self. But
20 names, I don't know.
21    Q.    When did Mr. Stroud die?
22    A.    I don't know the year.
23    Q.    Now, do you socialize with

144

1 any of the jail staff outside of
2 work?
3    A.    No, sir.
4    Q.    Have you ever been
5 disciplined --
6    A.    No, sir.
7    Q.    -- during your employment
8 at the jail?
9    A.    No, sir.
10    Q.    Have you ever had any
11 complaints about your work at the
12 jail?
13    A.    No, sir.
14    Q.    Or anyone ever complain
15 that you are drinking on the job?
16    A.    That's been rumored, yes,
17 sir, it has.
18    Q.    Who has rumored --
19    A.    Inmates.
20    Q.    Anyone else?
21    A.    No, sir.
22    Q.    Anyone in the jail
23 administration spoken to you about

36 (Pages 141 to 144)

Daniel Court Reporting, Inc.

145

1  it?
2      A.    Bill Evans brought it up
3  one time and I voluntarily took a
4  breath test which turned out to be
5  point zero zero zero.  There was no
6  alcohol in my system.
7      Q.    Have you ever been treated
8  for drinking?
9      A.    No, sir.
10      Q.    Or alcohol?
11      A.    No, sir.
12      Q.    Have -- Sheriff Owens ever
13  have any complaints with you about
14  drinking?
15      A.    No, sir.
16      Q.    Never had -- ever had
17  anyone else speak to you about your
18  drinking on the job --
19      A.    No, sir.
20      Q.    -- who is an employee of
21  the sheriff's department?
22      A.    No, sir.
23      Q.    Now, in this lawsuit Mr.

146

1  Kelly has accused you of several
2  things.  I want to go through his
3  accusations and have you respond to
4  them if you will.
5      A.    Sure.
6      Q.    He has accused you of
7  hitting him on several occasions.
8  Have you ever struck Mr. Kelly?
9      A.    No, sir.
10      Q.    Now, do you ever have
11  deputies come back into the jail
12  while you are working there?
13      A.    Yes, sir, they have.
14      Q.    And is it a common
15  practice during day shift for the
16  deputies to come back in there?
17      A.    Well, they come back into
18  the booking area.
19      Q.    Yes, sir.
20      A.    They have been in the
21  booking area, yes, sir.  They --
22      Q.    Have you ever had deputies
23  come back to give you assistance

147

1  with something?
2      A.    Certainly.
3      Q.    Mr. Kelly said that you
4  have grabbed him by the mustache
5  and told him to shave it off.  Do
6  you have any recollections of that?
7      A.    No, sir.
8      Q.    Now, you are the person
9  who can determine whether or not he
10  was going to get to have
11  visitation, though, weren't you?
12      A.    Yes, sir.  The regulations
13  says that they would be clean
14  shaven.
15      Q.    And so you are the person
16  that can refuse him visitation if
17  he doesn't shave it, according to
18  what you say, right?
19      A.    Yes, sir.
20      Q.    Have you ever let people
21  have mustaches in the jail?
22      A.    No, sir.  Let me refrain
23  that.  They have a mustache but

148

1  they won't -- they would not get --
2  they would not get visitation
3  according to the jail policy.  But,
4  yes, they're allowed to have a
5  mustache.
6      Q.    And is that a written
7  policy?
8      A.    Yes, sir.
9      Q.    Have you ever refused
10  anyone else visitation because they
11  had a mustache?
12          MS. McDONALD:  Object to
13  the form.  I don't think he said
14  he'd refused him a visitation.
15      Q.    Have you ever refused
16  anyone because they had a mustache?
17      A.    Yes, sir.
18      Q.    Can you give me the names
19  of people who you refused?
20      A.    No, sir, I cannot.
21      Q.    Did you refuse Mr. Kelly
22  visitation --
23      A.    I don't have any

37  (Pages 145 to 148)

Daniel Court Reporting, Inc.

149

1  recollection of that.
2       Q.   -- if he didn't shave his
3  mustache?
4       A.   If he had a mustache then
5  I probably would have not given him
6  visitation.
7       Q.   Now, Mr. Kelly has accused
8  you of kicking him in the ribs.
9  Have you ever kicked Mr. Kelly in
10  the ribs?
11       A.   No, sir.
12       Q.   Now, have you -- you --
13  when he was in the holding cell you
14  would be the jailer who would have
15  access to that cell when you were
16  working in the area; is that right?
17       A.   Yes, sir, I would have
18  access.
19       Q.   And you could go in and
20  out with the key?
21       A.   Yes, sir.
22       Q.   And unless there was
23  someone else in the booking room it

150

1  would just be you, right?
2       A.   That's correct.
3       Q.   And anyone ever accuse you
4  of kicking an inmate other than Mr.
5  Kelly?
6       A.   No, sir.
7       Q.   He says that you kicked
8  him in the face and broke his
9  teeth.  Have you ever kicked him in
10  the face?
11       A.   No, sir.
12       Q.   Have you ever struck him
13  in the face?
14       A.   No, sir.
15       Q.   Do you know a deputy who
16  wears a speed holster?
17       A.   I don't know what you mean
18  as a speed holster.
19       Q.   Do you know what a -- you
20  don't know what a speed holster is?
21       A.   No, sir.
22       Q.   Do you know -- a holster
23  that's not a standard holster but

151

1  one that rides low on your -- on
2  the leg?
3       A.   They had -- there is -- at
4  one time some of the deputies wore
5  a thigh holster on the outside.  It
6  was sort of a combat type thing.
7       Q.   Who wore those?
8       A.   As far as I remember all
9  the deputies had one.
10       Q.   Have you ever hear --
11  heard that referred to as a
12  speed --
13       A.   No, sir.
14       Q.   -- holster?
15            Mr. Kelly says that you
16  attempted to kick him in the
17  testicles.  Has anyone ever accused
18  you of attempting to kick them in
19  the testicles before?
20       A.   No, sir.
21       Q.   Did you attempt to kick
22  Mr. Kelly in the testicles?
23       A.   No, sir.

152

1       Q.   Mr. Kelly says that you
2  stuck a broom -- and tried to
3  insert it in his rectum.  Did you
4  do that?
5       A.   No, sir.
6       Q.   Mr. Kelly says that you
7  slapped him in the face.  Have you
8  ever slapped any inmates?
9       A.   No, sir.
10       Q.   Never?
11       A.   Never.
12       Q.   Under any provocation?
13       A.   None whatsoever.
14       Q.   He says that you took away
15  his toilet paper.  Did you take
16  away Mr. Kelly's toilet paper?
17       A.   No, sir.
18       Q.   Mr. Kelly had used toilet
19  paper to wrap his feet in.  Did you
20  have any complaints about Mr. Kelly
21  wrapping his feet in toilet paper?
22       A.   I don't remember that.
23       Q.   Mr. Kelly says that you

38  (Pages 149 to 152)

Daniel Court Reporting, Inc.

153

1    told him that he had to sleep on
2    the floor. Is that true?
3        A.    No, sir.
4        Q.    You're not aware of Mr.
5    Kelly sleeping on the floor?
6        A.    No, sir, I'm not aware of
7    that at all.
8        Q.    You're not aware of Mr.
9    Kelly being forced to put whatever
10   mat he had down on the floor next
11   to the drain?
12       A.    No, sir.
13       Q.    Do you remember Mr. Kelly
14   being in the holding cell?
15       A.    Yes, sir, I remember him
16   being there.
17       Q.    You don't remember his
18   mattress being on the floor?
19       A.    No, sir, I don't.
20       Q.    Mr. Kelly says that you
21   took away his letters. Did you
22   take away Mr. Kelly's letters?
23       A.    No, sir.

154

1        Q.    Mr. Kelly says that you
2    would give him pills that were not
3    his regular pills. Did you ever
4    give Mr. Kelly pills that were not
5    his regular pills?
6        A.    No, sir.
7        Q.    Mr. Kelly says that you
8    gave him pills that were not during
9    regular pill time. Did you give
10   him pills that were pills -- not
11   during his regular pill time?
12       A.    No, sir.
13       Q.    Mr. Kelly says you struck
14   him with a hose pipe. Have you
15   ever struck anyone in the jail with
16   a hose pipe?
17       A.    No, sir.
18       Q.    Is there a hose pipe or
19   something like it used for any
20   purpose in the jail? Do you have
21   a --
22       A.    They --
23       Q.    -- hose at the jail?

155

1        A.    They have hoses that they
2    would -- has been used to wash out
3    a holding cell. They've washed the
4    kitchen floor down. They've washed
5    cars with them.
6        Q.    Where do you get -- where
7    does the hose hook up to wash out
8    the holding cell?
9        A.    I've never watched them
10   wash it out. I just know that
11   they've used a hose. There is a --
12   a supply room type entrance right
13   beside the exam room and there may
14   be a water spigot there. But
15   the --
16       Q.    You don't know?
17       A.    No, sir, I don't. I don't
18   -- I have no reason to go in there.
19       Q.    Mr. Kelly says that the
20   temperature in the holding cell was
21   always very cold. Did Mr. Kelly
22   complain to you about the
23   temperature in the holding cell?

156

1        A.    Not that I recall.
2        Q.    Mr. Kelly says that he
3    begged repeatedly for you to flush
4    the holding cell and that it was
5    not flushed. Do you have any
6    recollection of flushing the
7    holding cell when Mr. Kelly was in
8    there?
9        A.    Yes, I do.
10       Q.    I don't --
11       A.    I remember at any time we
12   have anybody in there it's done.
13   It's repeated -- we don't go in the
14   cell. When we go in to check or
15   look we go ahead and flush whether
16   it's been used or not.
17       Q.    How frequently do you do
18   that?
19       A.    I don't -- it just depends
20   on how long they've been in there.
21   Probably two or three times a
22   shift.
23       Q.    Is there any log of that?

39 (Pages 153 to 156)

Daniel Court Reporting, Inc.

157

1    A.    No, sir.
2    Q.    Mr. Kelly accused you of
3  cracking two of his ribs. Did you
4  ever have a physical encounter with
5  Mr. Kelly at all?
6    A.    No, sir.
7    Q.    Mr. Kelly says that you
8  have denied him access to water.
9  Did you give Mr. Kelly water?
10    A.    Yes, sir.
11    Q.    Would you make a note of
12  it when you did?
13    A.    No, sir.
14    Q.    How often do you recall
15  Mr. Kelly asking you for water?
16    A.    I don't actually recall
17  any per instance. I know that
18  water was given during each meal.
19  And if they asked for water -- they
20  keep a glass and there's a pitcher
21  of water that's brought. Now, how
22  often it was done, I don't have any
23  recollection of that.

158

1    Q.    Are you saying Mr. Kelly
2  kept a glass in the holding cell?
3    A.    Yes, sir.
4    Q.    It is -- was it a --
5    A.    Plastic. Either an eight
6  or twelve ounce glass.
7    Q.    Plastic?
8    A.    Yes, sir, hard plastic.
9    Q.    Hard plastic?
10    A.    Yes, sir.
11    Q.    Now the styrofoam cup?
12    A.    No, sir.
13    Q.    Hard plastic?
14    A.    Hard plastic.
15    Q.    Was that a -- one that
16  you'd take and wash or was it one
17  that --
18    A.    Yes, sir, they were
19  washed.
20    Q.    Mr. Kelly said that you
21  would threaten him that if he said
22  anything about you beating him that
23  he wouldn't see his parents; is

159

1  that true?
2    A.    No, sir.
3    Q.    Now, you were never around
4  when his cell was washed out? And
5  so you don't know whether it was
6  washed out or not?
7    A.    Personally me watching it,
8  no, sir.
9    Q.    Mr. Kelly complained that
10  he had bugs in his cell, didn't he?
11    A.    I don't have any
12  recollection of bugs in his cell.
13    Q.    Mr. Kelly was never let
14  out for exercise, was he?
15      MS. McDONALD: Object to
16  the form. Do you know whether he
17  was ever let out for exercise or
18  not?
19    A.    I don't know, no, sir.
20    Q.    He was never let out while
21  you -- on your shift, was he?
22    A.    Not on my shift that I
23  recall. I don't know.

160

1    Q.    If Mr. Kelly were let out
2  for exercise that would be noted in
3  the log?
4    A.    Should have been, yes,
5  sir.
6    Q.    You complained about Mr.
7  Kelly's hollering for water, didn't
8  you --
9      MS. McDONALD: Object to
10  the form.
11    Q.    -- to Mr. Kelly?
12    A.    Do what now? I'm sorry.
13    Q.    You told Mr. Kelly to shut
14  up when he complained about
15  wanting --
16      MS. McDONALD: Object to
17  the form.
18    Q.    -- water, didn't you? You
19  can answer.
20    A.    I don't remember any of
21  that, no conversation about him
22  being refused of any water.
23    Q.    Well, when Mr. Kelly was

40 (Pages 157 to 160)

Daniel Court Reporting, Inc.

161

1  in the holding cell there was no
2  way for him to get water unless you
3  brought it to him, was there?
4      A.    That's correct.
5          MS. McDONALD:  Unless he
6  brought it --
7      A.    Other than --
8          MS. McDONALD: -- to him
9  or unless --
10     A.    -- on another shift.
11         MS. McDONALD: -- somebody
12  brought it to him?
13     A.    Or somebody.
14     Q.    Well, on your shift the
15  only two people that could have
16  brought it to him would have been
17  you or --
18     A.    No, sir.  That's not --
19     Q.    -- the person in the
20  tower.
21     A.    That's not true.
22     Q.    Who else could have
23  brought it to him?

162

1      A.    Wendy, anybody else that
2  was working on day shift.
3      Q.    Well, who else was working
4  on day shift besides you and the
5  other jailer back in the holding
6  area?
7      A.    I have no recollection off
8  the top of my head who else would
9  be working.
10     Q.    Well, at that time was the
11  -- was Wendy back in the holding
12  area?
13     A.    Sir, I don't -- they would
14  be anywhere.  I don't know a
15  specific date or time of when this
16  occurred or his saying it occurred.
17     Q.    Well, you sat through his
18  deposition and you heard him make
19  these accusations, didn't you?
20     A.    I certainly heard most of
21  them, yes, sir.
22     Q.    And you were made aware
23  before his deposition that he was

163

1  making these allegations against
2  you, weren't you?
3      A.    Yes, sir, I knew of them.
4      Q.    Have you gone back and
5  looked to see whether or not there
6  are any records to support your
7  position?  Are there any --
8      A.    No, sir.  I've had no
9  contact with any of his records.
10     Q.    Now, you -- Mr. Kelly
11  complained about bugs, didn't he,
12  all over his cell?
13         MS. McDONALD:  Object to
14  the form.  Are you aware that he
15  has made any complaints of bugs?
16     A.    No.  No, sir, I'm not.
17     Q.    When was the first time
18  you heard that he complained about
19  bugs being in his cell?
20     A.    I don't remember ever
21  hearing about any bugs in his cell.
22     Q.    Anyone tell you that Mr.
23  Kelly was suicidal?

164

1      A.    Yes, and I don't remember
2  exactly when.  There was -- I
3  believe they had a watch, I
4  believe, that was put on his door
5  for a watch to check him every
6  fifteen minutes at one time.  I
7  don't know -- I don't remember it
8  being on my shift but I do know it
9  was -- I heard that it was there or
10  that he was having some problem.
11     Q.    Are you aware that a white
12  card was placed over the window in
13  his cell?
14     A.    A white card?
15     Q.    Yeah, so that he couldn't
16  look out?
17     A.    No, sir.  I don't remember
18  seeing that, no.
19     Q.    With regard to Mr. Kelly's
20  allegation that you struck him it's
21  just your word against his?
22         MS. McDONALD:  Object to
23  the form.

41 (Pages 161 to 164)

165

1    Q.    You can answer.
2    A.    As far as I know.
3    Q.    And that would also be
4  true with regard to his allegation
5  that you kicked him in the teeth?
6         MS. McDONALD:  Object to
7  the form.
8         MR. WILLFORD:  Object to
9  the form.
10   Q.    You can answer.
11   A.    Repeat the question again.
12  I'm sorry.
13   Q.    Do you have anyone --
14   A.    No, sir, I don't have any
15  proof.  I don't.
16   Q.    Now, with regard to his
17  allegation that you stuck a broom
18  -- or tried to stick a broom in his
19  rectum, do you have anyone that
20  supports your allegation or your
21  position?
22   A.    I've got several that
23  would support my position but --

166

1  no, sir, I did not do that.
2    Q.    Who would support your
3  position?
4    A.    The people that I work
5  with.
6    Q.    Who is that?
7    A.    Well, the people that were
8  working at the time.
9    Q.    Have you talked about it
10  with any of them?
11   A.    I have discussed the case
12  with Sheriff Wilson.
13   Q.    Anyone else?
14   A.    No, sir, I haven't --
15  other than my attorneys.
16   Q.    Do you have -- are there
17  brooms kept in the holding area --
18  I mean, in the booking area?
19   A.    No, sir.
20   Q.    Where are the brooms kept?
21   A.    There is a utility closet,
22  I think in the hall where the mops
23  are.  I can't tell you whether

167

1  there's a broom in there or not.
2    Q.    Did you have any
3  discussions with anyone in the jail
4  about the fact that Mr. Kelly had
5  mental problems?
6    A.    No, sir.
7    Q.    Now, you knew --
8         MS. McDONALD:  At what
9  point?
10        MR. STOCKHAM:  At any
11  point.
12        MS. McDONALD:  Has he ever
13  had a discussion?
14        MR. STOCKHAM:  Yes.
15        MS. McDONALD:  He's been
16  incarcerated several times.  Or
17  during -- from November of '03 to
18  January 16th, which is the basis of
19  the complaint, did he ever have a
20  discussion whether he had mental
21  problems?  Can we limit it in time?
22        MR. STOCKHAM:  Sure.
23  Sure.

168

1    A.    Well, according to --
2         MS. McDONALD:  Just wait.
3  Let him limit it in time --
4         MR. STOCKHAM:  Yeah.
5         MS. McDONALD:  -- so we
6  can --
7    Q.    (By Mr. Stockham)  From
8  the -- from November, 2003, through
9  January 16th, 2004 did you ever
10  discuss with anyone in the jail
11  that Mr. Kelly had mental problems?
12   A.    No, sir.
13   Q.    You've not told that Mr.
14  Kelly was bipolar?
15   A.    Now, I was told that he
16  was bipolar.  I didn't discuss his
17  mental condition with anybody
18  because I didn't -- I don't know of
19  his mental condition.
20   Q.    Who told you he was
21  bipolar?
22   A.    I don't remember.  I -- it
23  might have been during medication

Daniel Court Reporting, Inc.

169

1  or I asked what this was for or
2  whatever. I don't -- I just -- I
3  was told.
4      Q.    But you don't know by
5  whom?
6      A.    No, sir.
7      Q.    Well, what do you
8  understand bipolar to mean?
9      A.    I don't really know.
10     Q.    Do you understand that
11 it's a serious medical condition?
12         MS. McDONALD: Object to
13 the form.
14     A.    I wouldn't know whether --
15 how serious it is, no.
16     Q.    Well, is there a doctor
17 that you have that you consult
18 about --
19     A.    Did I consult them? No,
20 sir.
21     Q.    Is there a doctor that the
22 jail consulted at that particular
23 time about the degree of severity

170

1  of medical condition?
2      A.    I'm not aware of that.
3         MS. McDONALD: Regarding
4  who?
5         MR. STOCKHAM: Regarding
6  the plaintiff.
7      A.    I'm not privy to that. I
8  don't discuss -- I don't discuss
9  directly to a doctor.
10     Q.    Anyone tell you that they
11 had a doctor --
12     A.    No, sir.
13     Q.    -- who discussed it?
14     A.    No, sir.
15     Q.    Anyone in the jail staff
16 tell you anything about Mr. Kelly's
17 medical condition while -- between
18 he -- when he was taken to the jail
19 in November of 2003 and January,
20 2004?
21     A.    I don't understand what
22 the medication condition -- are you
23 talking about us just sitting down

171

1  discussing his personal medical --
2      Q.    Yes.
3      A.    No, sir, we didn't -- we
4  don't --
5      Q.    Anyone tell you that he
6  had a medical condition that needed
7  attention?
8      A.    Well, everybody knew he
9  had a medical problem because he
10 was taking so many medications or
11 different medications. But, I
12 mean, that was obvious. But to sit
13 down and discuss what each one of
14 them were, no.
15     Q.    Did anyone tell you that
16 he had suffered from seizures?
17     A.    I heard it. There again,
18 that goes back to the medicine. I
19 never saw him personally have a
20 seizure, no, sir.
21     Q.    Who told you that he
22 suffered from seizures?
23     A.    All I know that he was --

172

1  had some seizure medicine at one
2  time. That's all I know.
3      Q.    Do you know which medicine
4  was the --
5      A.    No, sir --
6      Q.    -- seizure medicine?
7      A.    -- I do not.
8         MS. McDONALD: Do you know
9  which period of time he had the
10 seizure medication?
11        THE WITNESS: No, I do
12 not.
13     Q.    Do you have a policy in
14 the jail about how to deal with
15 patients who have seizures?
16     A.    A policy for seizures?
17     Q.    Yes, sir.
18     A.    No, sir. I'm not aware of
19 a seizure policy, no, sir.
20     Q.    So if someone were to have
21 a seizure and you're on duty this
22 week you wouldn't know what to do?
23     A.    Yes, sir. You'd go back

43 (Pages 169 to 172)

Daniel Court Reporting, Inc.

173

1   there and give medical attention
2   and make sure that they don't hurt
3   their self in the meantime and the
4   ambulance is being notified and
5   medical crew for this area would be
6   sent to the jail.
7       Q.    Medical crew?  What does
8   that mean?
9       A.    That means first
10  responders and the ambulance crew
11  would be called.
12      Q.    And who would make a
13  decision then about what was going
14  to be done for emergency --
15      A.    That's left up to the
16  emergency personnel.
17          MR. STOCKHAM:  Is this my
18  set of copies here (indicating)?
19          MR. WILLFORD:  Yes, sir.
20      Q.    Looking at this entry for
21  12-18-03 -- if you'll look at the
22  day shift report.
23      A.    Okay.

174

1       Q.    It says eleven ten hours,
2   Kelly back to holding for medical
3   observation till further notice per
4   two two one three and two two oh
5   one.
6       A.    That's Wendy and the
7   sheriff.
8       Q.    And right above that it
9   says, ten twenty hours, two two oh
10  two took East, Holingquest and
11  Harris to Dr. James.  Who is two
12  two oh two?
13      A.    I don't -- I don't know
14  who that was.
15      Q.    Who was Dr. James?
16      A.    Dr. James is a physician
17  at Pricare in Alex City.
18      Q.    Is that someone that the
19  jail regularly took people to?
20      A.    Sometimes, yes, sir.  We
21  had two -- we have two places.  One
22  was Dr. Weaver here.  And if he
23  wasn't there or couldn't see them

175

1   or whatever circumstances, then we
2   have -- we did take them to Pricare
3   to Dr. James' office.
4           MR. STOCKHAM:  Okay.  I
5   believe that I am done.
6
7   EXAMINATION BY MS. McDONALD:
8       Q.    I just -- I have one
9   question for you that I just wanted
10  you to kind of explain to me if you
11  don't mind.  Can you explain -- you
12  mentioned something about a blister
13  pack to medicate -- for medication
14  purposes.  Can you explain what
15  that is to me, please?
16      A.    What we call a blister
17  pack is a sheet with -- with a --
18  which has got a hard cardboard back
19  and the medication is sealed in a
20  little bubble, plastic bubble.  And
21  you break the bubble and push the
22  meds out through the back.  But
23  this -- and that's done by the drug

176

1   store with the doctor's name and
2   your directions on it.  And you
3   just -- it's on the top part of it.
4       Q.    So what would normally be
5   put in a bottle is on a cardboard
6   sheet with the individually placed
7   medication?
8       A.    Yes, ma'am.
9       Q.    So you don't have to open
10  a medication bottle, it's on a
11  sheet?
12      A.    A blister pack.  That's
13  correct.  It's in a page, like, and
14  you just pop the bubble.
15      Q.    And do y'all use those for
16  the inmates' --
17      A.    Yes.
18      Q.    -- medication?
19      A.    Yes, ma'am.
20      Q.    And the medications that
21  are prescribed by the physicians
22  are filled where?
23      A.    Mainly at Crews Drug Store

1310 32nd Street S.                205-250-7765
Birmingham, Alabama 35205    danielreporting@aol.com

Daniel Court Reporting, Inc.

177

1 right here in
2 Rockford. Sometimes if they take
3 an inmate to Russell Hospital these
4 drug stores are closed on Saturday
5 here. So then a lot of times they
6 fill it at the pharmacy at the
7 hospital to get them by till they
8 can get over here and have it done.
9    Q.    And will Crews provide
10 y'all with blister packs?
11    A.    Yes. But, now, I don't
12 know how that's done.
13    Q.    That's okay.
14    A.    I don't have a clue.
15    Q.    If you get a prescription
16 filled somewhere else would it also
17 -- like at Russell do they also do
18 blister packs or do they do the
19 medicine bottles?
20    A.    I don't know because I
21 haven't seen any in a long time.
22    Q.    That's fine. That's fine.
23       MS. McDONALD: That's all

178

1 I needed. I just needed
2 clarification in my head. Thank
3 you.
4       THE WITNESS: Yes, ma'am.
5       MR. WILLFORD: I have no
6 questions.
7
8 FURTHER THE DEPONENT SAITH NOT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

179

1       C E R T I F I C A T E
2
3 STATE OF ALABAMA    )
4 JEFFERSON COUNTY    )
5
6    I hereby certify that the above
7 and foregoing deposition was taken
8 down by me in stenotype, and the
9 questions and answers thereto were
10 reduced to typewriting under my
11 supervision, and that the foregoing
12 represents a true and correct
13 transcript of the deposition given
14 by said witness upon said hearing.
15    I further certify that I am
16 neither of counsel nor kin to the
17 parties to the action, nor am I in
18 anywise interested in the result of
19 said cause.
20
21    _____
22    Sandra Peebles Daniel
23    Commissioner

45 (Pages 177 to 179)

Case 2:05-cv-01150-MHT-TFM    Document 105-8    Filed 11/30/2007    Page 19 of 33
Daniel Court Reporting, Inc.

Page 180

**A**

**Aaron** 89:15
**AB** 99:8,8
**accepted** 102:13
**access** 149:15,18
  157:8
**accusations** 146:3
  162:19
**accuse** 150:3
**accused** 146:1,6
  149:7 151:17
  157:2
**acting** 7:4
**action** 1:9 19:2
  179:17
**Adam** 22:15 23:13
  87:19 90:7 94:3
**add** 102:17,19
**added** 29:14 102:11
  105:9
**address** 11:15 12:5
  12:7,11
**adds** 79:23
**adjust** 77:12
**administered** 126:6
**administration**
  32:6,11,23 57:13
  57:14 77:23 82:4
  121:2 144:23
**administrator** 21:1
  21:3,10,18 22:1,7
  22:21 23:3 24:2,7
  121:7 136:20
  137:8 138:2
**administrators**
  24:9
**ago** 63:8
**AGREED** 1:20 2:9
  2:17 3:5
**ahead** 156:15
**air** 72:20 73:7
  77:17
**aisle** 35:22
**al** 1:12,16,23 7:13

7:22 8:11 19:20
  19:22
**Alabama** 1:2 2:5
  5:12,18,23 7:3,6
  7:11 179:3
**alcohol** 145:6,10
**Alex** 10:13,14 13:6
  13:13 14:8,10,15
  15:8 16:22 174:17
**Alexander** 10:7
  11:17 12:20
**allegation** 164:20
  165:4,17,20
**allegations** 163:1
**allowed** 20:13
  148:4
**Alphonso** 8:14
**ambulance** 173:4
  173:10
**answer** 19:21,22
  115:5 138:14
  140:17 160:19
  165:1,10
**answered** 114:10
  115:10
**answers** 139:17
  179:9
**anybody** 59:1
  62:19 122:18
  156:12 162:1
  168:17
**anymore** 20:10,23
  138:3
**anywise** 179:18
**apart** 95:16
**appears** 26:22 99:1
  105:16 107:9,14
  107:20 108:2,16
**applied** 14:21
**appointed** 21:17
**Appointment**
  140:19
**approximately** 2:7
  17:14 68:21 69:17

**April** 23:20
**area** 32:6 33:8,15
  33:16,17,20,22,23
  34:8 37:7 42:22
  43:1,8 45:20 46:8
  46:9,12 51:17
  52:17 55:15,17
  58:2 60:3,8,9,11
  60:21,22 61:16
  62:23 63:15,17,21
  63:23 64:17,19,21
  67:22 71:15 73:4
  73:5,8,10,13,16
  73:21,22 74:17,22
  75:5,20 76:6,15
  76:23 79:18 80:15
  119:15 146:18,21
  149:16 162:6,12
  166:17,18 173:5
**areas** 34:6 59:8,10
  71:11
**Army** 13:5,11,15
  14:8
**arrest** 19:18 25:23
  26:1
**arrested** 19:4 64:15
**arresting** 18:12
  116:1
**arthritis** 17:16
**asked** 157:19 169:1
**asking** 157:15
**asks** 123:16
**assign** 2:23 27:15
**assigned** 115:3
  116:2,4 121:5
**assignment** 39:21
**assistance** 146:23
**assistant** 21:4 22:7
  22:13 23:2,8
  85:14
**Associates** 12:22
**assume** 115:15
**attempt** 151:21
**attempted** 151:16

**attempting** 151:18
**attendance** 4:14
**attention** 171:7
  173:1
**attorneys** 166:15
**authority** 24:18
**automatically**
  50:20 62:1
**aware** 141:16
  142:18 143:15
  153:4,6,8 162:22
  163:14 164:11
  170:2 172:18
**A-l-p-h-o-n-s-o**
  8:14

**B**

**B** 4:8 35:10,21
  41:21 44:12,16,20
  48:12,15,16 49:3
  55:11 113:5 126:7
  126:10 127:10,12
**back** 18:9 22:11
  24:5 36:20,21,22
  37:7,21 38:5
  55:14 58:1,8 60:6
  62:5 64:1 67:19
  68:9 74:8 93:2
  97:22 109:15
  110:1 111:8
  112:16 120:3
  122:12 126:6,10
  126:14,16 127:1,1
  127:12 132:11
  136:18,23 146:11
  146:16,17,23
  162:5,11 163:4
  171:18 172:23
  174:2 175:18,22
**backing** 118:1
**bar** 67:7
**basis** 95:20 167:18
**bat** 84:16 107:7
**bathroom** 39:4
  40:16,17 45:19,23

46:2,17 47:11
  51:17 52:17
**bathrooms** 48:4
  51:8
**bear** 134:9
**beating** 158:22
**bed** 67:17
**beds** 53:19
**bedtime** 100:3
  104:9 108:21
**begged** 156:3
**beginning** 2:7
**begins** 104:5,7
  124:15
**believe** 9:5 13:2
  14:18 15:17 20:19
  21:17 23:4 36:3,5
  42:3 44:17,20,22
  47:18,19 49:8
  72:11 74:12 116:7
  121:11 130:18
  143:1 164:3,4
  175:5
**bench** 52:11,14
  54:7 71:22
**benches** 51:17
**bend** 46:15
**Benton** 16:22
**best** 22:22 24:12
  44:23 49:1
**beyond** 52:16
**big** 29:15 43:8 60:3
  60:12 66:17,20
  68:17 71:5,6
  119:16 125:15
  126:3
**bigger** 67:22 68:20
  70:11 73:8
**Bill** 145:2
**bipolar** 168:14,16
  168:21 169:8
**Birmingham** 5:12
  5:18 7:2
**birth** 8:18

Daniel Court Reporting, Inc.

blanks 135:5
blister 105:5
  175:12,16 176:12
  177:10,18
block 31:22 35:9
  42:1,8,14,16,20
  43:5,14 44:4,11
  44:12,16,20 45:4
  47:13,14 48:5,8
  48:10,12,12,16,20
  48:21 49:6,21,22
  50:11 51:8 52:21
  52:22 55:11 58:22
  67:18 113:5 126:7
  126:10 127:10,12
blocks 28:20 34:6
  41:19 45:8 47:8
  55:12 74:6,8
  112:17
blow 29:17
Board 89:22
bold 126:3
book 61:13 110:4,4
booking 26:2 27:16
  33:15,21 56:17,20
  57:1,6 59:9,12,15
  60:2,8,9,11,18
  62:23 63:21,22,23
  64:22 73:10,16,21
  75:5 76:2,23
  109:12,14 118:5
  141:15 146:18,21
  149:23 166:18
books 58:4
bottle 105:3 176:5
  176:10
bottles 109:21
  177:19
bottom 42:10 49:23
  50:3,6,8 53:6,8
  94:11 114:6 136:3
  141:11
box 11:16 77:7,11
  82:4 136:19 141:7

boy 83:17
Bradgel 87:23 88:2
Bradley 1:16,23
  7:14,22 8:10,11
  8:12 9:1 10:5,16
  10:20,20 16:12
  19:20,23 20:2
  125:8
break 27:19 38:15
  111:1 175:21
breakfast 100:2,6
  100:13,15
breaks 38:14
breath 145:4
brief 81:14 111:2
briefing 41:7,13
briefly 85:5
bring 64:13,15
bringing 61:8
broke 150:8
broom 152:2
  165:17,18 167:1
brooms 166:17,20
brought 145:2
  157:21 161:3,6,12
  161:16,23
BRYAN 1:5
BS 139:17,21 140:8
bubble 175:20,20
  175:21 176:14
buckets 112:16
bugs 159:10,12
  163:11,15,19,21
built 11:20 49:11
  67:19
bulldozer 17:3
bulldozers 15:15
bunk 54:15,21 55:1
bunks 46:22 51:15
  51:23 54:23
business 15:13
  16:11,20 17:7
busy 39:10
button 37:3 38:6

50:23 71:6 114:9
  119:7
buy 28:1
buzz 31:19

C

C 5:1 35:10,21
  41:21 47:13,14
  48:4,8,10,17,20
  55:11 179:1,1
cabinet 30:19
Calfee 84:2,5,23
  88:11 92:13 100:8
  125:8
Calfee's 99:15
  125:19
call 28:6 37:22
  39:12 42:23 43:17
  55:17 60:10 63:14
  63:14 71:10,17,19
  77:16 95:7 109:13
  175:16
called 24:8 60:10
  63:4 71:8 173:11
calls 44:3
camera 29:2,2 47:4
  47:5 70:4,6,8,15
  113:14
cameras 29:4,6,10
captain 16:8,8
card 164:12,14
cardboard 175:18
  176:5
care 21:22 41:16
  73:17,20,21 74:2
  74:5 75:4 76:5
  79:17 97:7
CARROLL 5:9
carry 109:20 110:7
cars 155:5
cart 110:7
case 124:15 125:14
  126:2 166:11
caught 38:17 62:17
  62:19,22

cause 7:14 179:19
cease 17:1
ceiling 70:14 72:13
cell 28:20 31:22
  34:6 35:9 43:5,14
  45:21,22,23 46:18
  46:20 47:8 51:4
  51:10,18,20,20,21
  52:3 53:17 55:5
  58:22 74:6,8 76:2
  118:23 119:16
  127:11,13,17
  128:3,5,8,11,14
  132:13 149:13,15
  153:14 155:3,8,20
  155:23 156:4,7,14
  158:2 159:4,10,12
  161:1 163:12,19
  163:21 164:13
cells 41:18,23 42:7
  43:4 44:15,18
  47:16,19 48:23
  49:6,22 50:4,16
  51:7 52:21 53:5
  53:14,16 54:11
  55:22 58:6 59:3
  63:2,16 65:11
  110:10 119:20
  120:2,3,6,8,11
center 28:22 34:23
certain 40:13 109:7
  134:15
certainly 147:2
  162:20
certify 7:5 179:6,15
change 19:10 24:3
  40:22 114:2
changed 30:2,23
  31:5 78:13 102:11
  113:23 115:20
  118:10
changing 29:21
  41:1
Charles 10:19,21

check 156:14 164:5
chief 21:21
children 9:11 10:16
  11:10
choose 125:18
chooses 125:4
chosen 125:11
chronological
  134:16
Chuck 16:9
circumstances
  143:7,11 175:1
city 10:7,13,14
  11:17 12:10,20
  13:6,13 14:8,10
  14:15 15:8 16:23
  174:17
Civil 1:9 7:7
clarification 178:2
clean 56:9 147:13
clear 97:10 98:1
Clearing 16:13
close 60:5 66:1
  122:16
closed 51:5 177:4
closes 62:14,15
closet 166:21
closing 36:7
clue 31:3 77:10
  106:11 177:14
cold 76:20 77:3,4
  155:21
collect 43:17
college 10:14 12:18
  12:21
combat 151:6
come 14:3,6 19:7
  25:19 31:13,16
  32:4,9 34:10 37:6
  39:12,14 41:6
  56:14 57:3,5,19
  59:16 60:6 61:18
  61:22 64:5,8
  85:20 86:8 90:20

91:11 95:13
109:23 146:11,16
146:17,23
comes 90:23
coming 32:21
commissary 135:5
135:12
Commissioner 2:2
3:6 5:5 7:4
179:23
common 146:14
communicating
118:13
communication
135:2
company 10:10
15:15 16:13 17:2
complain 135:13
144:14 155:22
complained 159:9
160:6,14 163:11
163:18
complaint 25:20
167:19
complaints 144:11
145:13 152:20
163:15
complete 45:23
46:1
compliance 2:13
complications
92:23
computer 29:1 80:4
117:15,18,22,23
123:21
computerized
123:19
concrete 66:10
67:18
condition 168:17
168:19 169:11
170:1,17,22 171:6
configuration
47:15

configured 76:7
confused 56:23
consecutive 124:20
considered 21:6
console 51:1,2
constructed 53:15
construction 10:10
10:12 15:14
consult 169:17,19
consulted 169:22
contact 163:9
continuously 18:6
control 35:22 121:3
controlled 73:15
74:9
controls 73:12
conversation 44:1
160:21
cooking 56:9,19
cooling 72:23
Coosa 2:3 7:9 15:9
18:1 141:18
142:20
copied 106:2
copies 103:10
132:21 173:18
copy 81:10 111:10
117:18,18 128:17
corner 66:7 70:12
70:13 93:20
corporal 20:6
correct 9:7 26:5
27:1 36:3,5 62:11
86:19 131:14
150:2 161:4
176:13 179:12
correctly 36:3
corridor 44:7
counsel 1:22 2:19
2:21 7:8 179:16
count 122:4,6
counting 36:2
County 2:3 7:10
15:9 18:1 83:21

89:7,18 113:13,15
113:16 141:18
142:20 179:4
couple 54:16
course 22:13 61:10
court 1:1 2:14 7:2
7:18 61:7,9 64:14
Courthouse 2:4,4
7:10,10
cover 39:3 99:1
112:15
covered 41:2 75:13
covering 108:14
covers 75:19
CPL 20:2
cracking 157:3
crew 173:5,7,10
Crews 176:23
177:9
cubicle 40:19
cubicles 51:10
cuffing 61:12
cup 158:11
cutbacks 16:3

D

D 4:1 35:10,21
41:21 49:21,22
51:8 55:11 99:20
daily 95:19
Dana 83:19 84:11
88:13 89:3 99:17
Daniel 1:5 2:1 5:4
7:1 179:22
date 7:5 8:18 98:9
114:7 162:15
dated 136:9
dates 21:19 127:20
127:23
day 2:6 7:12 26:3,7
26:13,15,17 27:14
28:12 30:3,18
36:12 38:23 41:8
42:19,20,23 45:9
45:20 46:9 47:9

47:22 53:7,8 61:8
61:10 79:16,23
81:6 82:6 85:11
85:22 86:3,21,21
90:22 92:5 93:17
96:15 100:4
116:21 125:1,21
132:6 146:15
162:2,4 173:22
days 27:9,10 30:21
30:22 100:10
107:1
dead 38:3
deal 56:10 172:14
death 143:8
December 83:11
127:16 129:1
131:4,4,10
decided 17:10
20:23
decision 128:15
173:13
Defendant 1:14
5:14
degree 12:22
169:23
delayed 14:23
deliver 137:22
delivered 25:14
delivering 109:19
demonstrating
32:17 34:8 35:11
45:6 48:18 52:13
54:8 64:12 66:21
71:6
denied 157:8
department 13:14
14:9,11,16 17:20
17:22 18:7,11
129:8 145:21
depending 85:22
120:23
depends 109:22,23
156:19

DEPONENT 178:8
deposition 1:16,23
2:10,11 3:2,6
81:16 111:4
162:18,23 179:7
179:13
depositions 2:15
deputies 61:10 89:1
116:6 118:13
146:11,16,22
151:4,9
deputy 19:17,20,23
21:21,23 61:7
83:21 88:3,20,21
88:22 89:3,17
115:23 150:15
designated 120:5,7
designation 113:13
desk 109:13,16
determine 37:6
147:9
determines 96:8
detox 63:5,8,10
132:12,12
Dewayne 84:14
88:18,19 99:18
diagonal 32:19
die 143:21
died 142:19 143:4
difference 49:9,15
53:14 72:1
different 41:19
48:20 74:15 80:16
105:17 116:3
119:5,15 125:3
171:11
dimensions 65:2
directions 176:2
directly 46:17
170:9
discharge 13:22,23
disciplinary 123:8
disciplined 144:5
discuss 168:10,16

Case 2:05-cv-01150-MHT-TFM    Document 105-8    Filed 11/30/2007    Page 22 of 33
Daniel Court Reporting, Inc.

Page 183

170:8,8 171:13
**discussed** 166:11
170:13
**discussing** 171:1
**discussion** 8:5
81:13 111:19
128:20 134:4
136:1 138:18
167:13,20
**discussions** 167:3
**dispatch** 27:16 29:1
39:3 57:6 60:2,5
60:19 75:4,18,19
79:18 80:15,22
118:5,12
**dispatcher** 18:13
25:13 33:6
**dispatching** 32:13
32:14 33:8,15,17
33:20 34:18
**dispense** 110:5
**distributing** 109:8
**DISTRICT** 1:1,2
**dividing** 45:7
**DIVISION** 1:3
**divorce** 9:23
**divorced** 8:21,23
9:4,7
**doctor** 27:23
169:16,21 170:9
170:11
**doctor's** 176:1
**document** 40:4,11
111:7
**documents** 26:22
79:9 133:11 140:6
**doing** 19:12 24:10
37:20 38:18 39:11
117:22
**Don** 87:6 88:16
90:2,3,4
**door** 32:5,9 33:12
33:13 34:3,4,5,14
34:20 41:6,6 44:8

44:10 47:1,2
50:21 56:15 57:6
57:15,20 60:4
61:17,19,21 62:4
62:14,16,22 64:4
64:9,23 65:19
68:15,18 70:9,12
109:15 110:14,15
164:4
**doors** 32:1,2 34:15
35:12,18 36:7,12
37:4 46:23 47:6,7
50:19 64:7 97:9
97:10,11
**downstairs** 31:15
38:16 39:10 79:16
79:23 96:18
**Dr** 174:11,15,16,22
175:3
**drain** 66:5 153:11
**drinking** 144:15
145:8,14,18
**Drive** 5:10,22
**drug** 105:6 175:23
176:23 177:4
**drugs** 104:22
**duly** 7:23
**duplicate** 103:10
**duplicated** 80:21
**duties** 19:10 25:11
**duty** 172:21

E

**E** 4:1,8 5:1,1 35:10
35:21 41:22 52:21
52:22 55:11 179:1
179:1
**East** 174:10
**eat** 43:3
**educational** 12:16
**effect** 2:12
**effects** 54:12
**eight** 9:9 40:18
44:18,22 49:6
65:6,6,11,20

69:11,11,17 85:12
85:12,19 116:6
120:15 158:5
**eighteen** 60:17
112:9,10
**either** 21:14 27:22
37:22 44:19 65:17
66:8 72:5,9 85:9
85:22 93:14,17
158:5
**electronically**
50:21
**eleven** 174:1
**ELEY** 5:21
**emergency** 173:14
173:16
**employed** 88:4,7,11
88:14,17
**employee** 141:19
145:20
**employees** 16:16,19
82:17,20
**employment** 144:7
**encompass** 75:9
**encompasses** 75:6
**encounter** 157:4
**enforcement** 12:23
**entity** 18:18
**entrance** 34:12
155:12
**entries** 119:10
129:3
**entry** 112:9 114:7
119:3,6,20 132:6
140:15 173:20
**equipment** 17:8
**escorted** 112:17
126:6 127:12
**especially** 61:7
**et** 1:12
**Evans** 18:4 145:2
**evening** 26:20
**everybody** 110:13
171:8

**evidence** 3:2
**exactly** 29:13 49:17
116:18 128:6
164:2
**exam** 118:22
119:11 126:21
155:13
**examination** 4:2
7:15 8:7 175:7
**examined** 8:1
**examining** 140:5
**example** 81:5 91:22
118:21 128:22
**exclusively** 25:9
**Excuse** 63:20
**exercise** 159:14,17
160:2
**exhibit** 4:9,11,13
4:15 81:8 98:13
98:15 105:12
111:15,21 132:5
132:17 133:4,6,12
133:15
**explain** 175:10,11
175:14
**explanation** 91:19
**E5** 13:20

F

**F** 179:1
**face** 150:8,10,13
152:7
**facilities** 45:20
**facility** 70:20 72:4
**fact** 167:4
**fairly** 66:1
**fall** 13:6 22:19
**fallen** 143:19
**familiar** 91:18
**far** 54:14 56:8 70:3
70:12 72:19 77:23
82:16,17 89:6
121:4 151:8 165:2
**fastened** 52:10
**feed** 76:8

**feel** 38:23
**feet** 40:18 60:16
69:11,17 152:19
152:21
**felt** 121:21 122:2
**female** 84:13
**fifteen** 10:22 29:11
66:20 113:19,21
164:6
**fifty-nine** 126:5
**fifty-one** 8:17
**fifty-six** 112:10
**fifty-three** 114:10
114:18 115:10
**figure** 91:13
**file** 133:19
**filed** 82:9 141:17
**filing** 3:5
**fill** 96:7,12 104:14
124:4 129:2 135:1
141:6,10 177:6
**filled** 95:19 96:11
102:12 124:6
136:16,17,22
176:22 177:16
**filling** 79:14 81:20
121:18 139:12
**fill-in** 95:12
**fine** 58:16 177:22
177:22
**finger** 60:7
**finish** 39:13
**finished** 11:22
122:11
**first** 7:23 14:7
31:12 44:10 48:16
56:15 57:6 64:9
83:19 98:23 99:9
99:19 100:9
114:10 115:11
134:17 163:17
173:9
**fit** 67:20
**five** 35:22 41:19

42:13 44:22 49:22
51:7 74:11 85:13
85:20 102:16
112:18,21 113:4,7
121:11 139:2
**fixture** 71:3,4
**fixtures** 70:2
**floor** 27:21 31:19
51:12,13 66:6,10
66:13 153:2,5,10
153:18 155:4
**floors** 56:9
**florescent** 69:1
**flush** 70:23 71:1
156:3,15
**flushable** 66:5
**flushed** 156:5
**flushing** 156:6
**folks** 92:7 110:9
**following** 7:16 27:6
**follows** 8:1
**follow-up** 105:23
**font** 125:4,12,18
**fonts** 125:3
**fooled** 30:3
**foot** 66:19 67:10
68:20
**force** 2:12 123:9
**forced** 153:9
**foregoing** 7:8 179:7
179:11
**form** 2:20 93:13
98:4 123:5,12,13
123:19 124:1,2
136:16,18,20
141:9,10 148:13
159:16 160:10,17
163:14 164:23
165:7,9 169:13
**format** 112:4
**forms** 4:16 114:12
123:10 133:20
134:20 135:16
**Fort** 13:9

**forth** 62:6
**forty** 68:4
**found** 93:3 98:7
**four** 14:4,19 35:5
44:19,21,21 74:9
74:11 85:12 90:16
91:23 99:22 100:4
102:16 112:15
133:13,15
**fourteen** 65:8 113:6
**fourth** 99:21 100:5
107:13
**frame** 23:16,17,23
24:1 25:7,12 58:9
58:10 78:4 82:15
131:19
**frames** 99:23
**Frank** 8:10 10:20
**Franklin** 16:9
**frequently** 156:17
**Friday** 27:3,7
**front** 32:5,9 34:17
36:18 43:9 57:4
57:15,20 60:9
62:10 64:11 74:3
75:13,17,20
112:14 122:5
126:14,18
**full** 2:13 19:18
86:11 99:1 102:23
103:18
**full-time** 21:2
**further** 2:8,16 3:4
174:3 178:8
179:15

**G**

**Gary** 5:20
**Georgia** 13:10
**Germany** 14:5
**give** 13:3 27:19
41:7 104:22
110:15,21 136:22
137:6 140:21
146:23 148:18

154:2,4,9 157:9
173:1
**given** 97:14,16
100:8 110:12
128:16 138:1,10
149:5 157:18
179:13
**gives** 38:14 43:8
115:1
**giving** 108:23
110:20
**glass** 157:20 158:2
158:6
**go** 8:11 15:13 17:10
17:23 19:19 24:5
28:1 31:22 33:11
33:12 34:3,5,11
36:11,19,21 37:16
37:17,20 38:8
39:4,8 40:15,16
40:23 41:11,12
44:7,9 53:4 55:4,7
56:17 57:11 59:22
61:23 62:5 64:6
64:18 70:9 80:22
81:9 89:2 97:18
111:6 116:12
119:12 122:12
137:16 146:2
149:19 155:18
156:13,14,15
172:23
**goes** 10:13 33:14
34:21 35:2,4
36:22 50:9 64:4
71:23 80:9,16,22
106:5 171:18
**going** 14:21 18:9
31:21 32:1 34:9
34:16 55:20 62:9
81:7 83:2,3
128:10 133:12
147:10 173:13
**good** 39:1 87:9

111:1
**Gordon** 13:10
**grabbed** 147:4
**Grading** 16:13
**graduate** 13:1
**graduated** 13:8
**grate** 66:14,23
**Great** 132:23
**Green** 83:20 85:2,3
89:13,14,15 91:10
**grievance** 114:11
135:6 136:8 139:3
**groceries** 28:1
**grounds** 2:23
**group** 111:16
124:14 133:12
**guess** 18:18 67:5
71:20 104:6
**guessing** 65:9,21
69:16 116:17
**guidelines** 122:1

**H**

**H** 4:8 130:20
**Halcyon** 5:22
**half** 12:8 38:19
42:9,12 136:3
**halfway** 38:4
**hall** 32:15 34:2,16
34:21 35:13,14,20
48:13,14,15 55:21
56:18 59:18 62:10
74:22 75:1 166:22
**hallway** 32:20,22
59:17
**hand** 67:3,6,9 83:5
97:3,6,11 108:13
**handed** 96:14
135:19
**handled** 137:19
**handwriting**
105:12,17,19
**hand-held** 38:1
**hang** 67:9 141:1
**happen** 80:14

**happened** 31:4
38:4 41:8 102:14
121:22 122:7,10
122:16 123:17
**happens** 80:18
123:6
**hard** 117:17 158:8
158:9,13,14
175:18
**Harris** 83:19,23
84:6,7,8,11,14,23
84:23 88:13,16,18
89:3 91:8 99:17
99:18 174:11
**Harrises** 84:10
**hats** 22:3
**Hawkins** 132:11
**Hay** 22:12 23:12
85:7,8 86:5 89:19
89:20 94:12 138:9
**head** 23:1 29:12
42:3,5 45:1 49:5
65:22 84:2 116:11
162:8 178:2
**heading** 93:7
**hear** 151:10
**heard** 71:12 142:14
151:11 162:18,20
163:18 164:9
171:17
**hearing** 163:21
179:14
**heat** 73:7
**held** 8:5 18:10,16
53:11 81:13
111:19 128:20
134:4 136:1
138:18
**help** 61:11
**helping** 110:21
**hey** 39:2,12
**He'll** 11:2
**high** 69:9
**Highway** 5:17

Case 2:05-cv-01150-MHT-TFM    Document 105-8    Filed 11/30/2007    Page 24 of 33
Daniel Court Reporting, Inc.

Page 185

**hip** 17:17
**hired** 18:3 92:12
**history** 12:16 13:4
**hitting** 146:7
**hold** 45:12
**holding** 59:8,10
  63:1,14,17 64:9
  64:19,21 65:10,11
  65:14 67:22 71:15
  73:4,5,13,22
  74:17,22 110:10
  118:23 119:15,20
  127:17 128:3,4,7
  128:11,14 132:13
  149:13 153:14
  155:3,8,20,23
  156:4,7 158:2
  161:1 162:5,11
  166:17 174:2
**hole** 66:12,18 70:21
  71:9,10,15,19
**holiday** 130:21,23
**Holingquest**
  174:10
**hollering** 160:7
**holster** 150:16,18
  150:20,22,23
  151:5,14
**home** 11:15 14:4,6
**honor** 13:8
**Honorable** 13:23
**hook** 155:7
**hooks** 70:16
**hose** 154:14,16,18
  154:23 155:7,11
**hoses** 155:1
**hospital** 177:3,7
**hot** 76:20,23
**hour** 26:18 28:3
  29:22 85:21
**hourly** 129:3
**hours** 24:23 126:5
  132:9 174:1,9
**house** 11:21,23

56:1,2
**housed** 28:13 42:16
  48:7 50:1 59:2
**HRS** 112:9,10,11
**hub** 28:22
**hurt** 143:19 173:2
**husband** 84:14
  87:2

— I —
**idea** 30:8 118:3
**identification**
  98:17 111:23
  133:8,17
**identified** 37:5
**identify** 101:14
**III** 5:8 10:20
**imagine** 90:18
**immediate** 24:16
  82:5,21 84:18
  95:9 137:19
**immediately** 95:22
**important** 121:22
  122:2
**inbox** 137:10
  141:11,13,14
**incarcerated**
  167:16
**inches** 66:20 68:4
**incident** 122:21,22
  122:23 123:4,6,14
  124:5
**independent**
  131:18
**indicating** 69:4
  94:3 96:5 99:7
  103:4 105:10,23
  106:1,2,3,23
  129:4 139:5
  140:20 173:18
**individual** 21:7
  51:21 53:17 54:17
**individually** 176:6
**initial** 82:10 94:11
  98:4 99:20 104:9

110:16
**initialed** 100:11
  138:6
**initials** 93:22,23
  99:4 106:17 107:2
  107:11,16 108:18
  109:2
**injury** 143:14
**inmate** 4:16 72:16
  97:22 98:3 114:15
  123:7 133:20
  134:19 136:23
  142:20 150:4
  177:3
**inmates** 25:17
  28:13 31:11 36:14
  56:6 58:4 71:11
  71:17,18 123:15
  135:2,19 143:16
  143:17 144:19
  152:8 176:16
**input** 78:9
**insert** 152:3
**inside** 12:10 50:11
  68:2 69:2 70:23
  109:14
**instance** 99:6
  157:17
**instructions** 105:2
**intercom** 37:23
  38:6 114:8 115:6
  115:7
**interested** 179:18
**intoxicated** 66:9
**investigation** 13:9
**investigator** 13:12
**involved** 16:3 19:2
  123:17
**isolation** 119:23
  120:1,2,11
**items** 54:18

— J —
**J** 5:8
**Jackson** 9:20

**jail** 20:5 21:1,9,22
  21:23 22:1,5,20
  24:1,7,8 25:1,9,12
  29:9 31:11 32:4
  32:21 35:8 36:16
  36:17 37:1,18
  41:9 51:11 56:7
  57:5,15 59:4
  71:13 73:1,2,18
  78:1 79:3 82:15
  82:18 89:8 91:18
  98:8 118:19 121:2
  121:7 122:4,6
  132:2 133:19
  135:3,20 136:19
  138:2 141:18
  142:20 143:14
  144:1,8,12,22
  146:11 147:21
  148:3 154:15,20
  154:23 167:3
  168:10 169:22
  170:15,18 172:14
  173:6 174:19
**jailer** 18:14 61:4
  89:7 149:14 162:5
**jailers** 77:22 113:9
  113:11 116:9,20
  117:1
**jailer's** 89:6 112:19
**jails** 29:10
**James** 174:11,15,16
  175:3
**Jan** 84:2 99:15
  100:8
**January** 19:9 86:4
  94:18,20 101:8
  106:5 111:11
  124:15 127:17
  129:1,2 167:18
  168:9 170:19
**JEFFERSON**
  179:4
**job** 14:7 24:10

144:15 145:18
**jobs** 18:10
**joined** 13:5
**Jr** 8:10 16:22
**July** 11:22
**June** 17:20
**junior** 10:14 12:21
**juveniles** 56:1,2

— K —
**Kay** 87:1,9 89:23
**keep** 34:9 157:20
**keeping** 56:8 117:8
**Kelly** 1:5 84:1,15
  84:23 87:14 89:9
  126:6,9 128:4,10
  138:12 146:1,8
  147:3 148:21
  149:7,9 150:5
  151:15,22 152:1,6
  152:18,20,23
  153:5,9,13,20
  154:1,4,7,13
  155:19,21 156:2,7
  157:2,5,7,9,15
  158:1,20 159:9,13
  160:1,11,13,23
  163:10,23 167:4
  168:11,14 174:2
**Kelly's** 152:16
  153:22 160:7
  164:19 170:16
**Ken** 21:20
**Kenneth** 94:12
  138:8
**kept** 21:19 58:4
  109:6,10,12,16
  127:14 128:2,4,7
  128:10 158:2
  166:17,20
**key** 119:20,21
  149:20
**keyed** 119:3,10,17
**kick** 151:16,18,21
**kicked** 149:7 150:7

150:9 165:5
**kicking** 149:8
150:4
**kin** 179:16
**kind** 64:20 68:22
71:4 123:9 175:10
**kitchen** 56:11,12
56:14 57:8 74:18
74:19 76:6 155:4
**knew** 163:3 167:7
171:8
**know** 16:2 29:11,13
30:5,12,15,16,16
31:6 36:17 40:7,8
49:11,17,17 55:2
63:10,11,12 69:14
69:16,20,20 71:17
72:19,21 73:19
74:7,23 75:1,3,6,9
75:10,11,23 76:3
76:9,12,17 77:6
78:14 82:8 83:1
87:13 88:2 89:14
90:3 91:21 92:3,4
92:6 93:23 94:8
99:18 101:10,13
101:15 102:3
103:2 104:21
105:11,15,18
106:9 112:22
114:17,22,23
115:3 116:11,13
116:18 120:18,19
122:17,18 123:20
124:10 125:21,23
127:20 128:1,6,14
132:15 139:14,15
140:7,8 142:3,7,7
142:10,16 143:6
143:20,22 150:15
150:17,19,20,22
155:10,16 157:17
159:5,16,19,23
162:14 164:7,8

165:2 168:18
169:4,9,14 171:23
172:2,3,8,22
174:13 177:12,20
**Kristi** 5:15
**KSH** 94:7 138:6

**L**

**L** 1:18 5:20 60:14
**labeled** 63:12
104:23
**laid** 41:18 95:14
**Lakeshore** 5:10
**large** 2:3 7:4
119:21
**lavatory** 52:20
**law** 12:22
**laws** 2:14
**lawsuit** 142:15
145:23
**lawsuits** 141:17,21
141:22 142:13
**layout** 32:4
**leading** 2:20
**leave** 15:19 28:15
40:21 62:4 85:18
90:21 110:3
**leaves** 40:20
**leaving** 14:20
**ledge** 67:19
**Lee** 114:7,11,13,14
**left** 13:15,16 15:12
15:23 32:7,11
33:1 35:10 44:10
56:16,20 57:2,9
57:16,18 59:19
173:15
**left-hand** 55:21
**leg** 151:2
**legal** 19:2
**legs** 25:6
**length** 30:14
**letters** 153:21,22
**let's** 19:16 100:12
108:5 140:13

**level** 31:10 42:8
45:2 53:3 54:20
54:23
**library** 55:15,16
57:22 58:2,21,21
76:10
**Lieutenant** 22:10
**lighting** 68:23
**lights** 69:1
**limit** 167:21 168:3
**limited** 58:10
**limits** 12:10
**lined** 43:7
**Lipscomb** 83:13,22
84:5,22 88:6
90:10
**list** 95:6 115:23
116:12
**listed** 90:9 91:6
**listen** 43:23
**lists** 105:13
**little** 14:4 17:15
29:16 32:18 51:16
52:9,11 64:6 67:7
68:20 87:3 93:2
175:20
**live** 10:6 12:1
**lived** 11:18 12:8
**located** 29:8 48:11
56:13 57:8 59:8
59:15 63:17,21
70:4,7,8,13 72:13
73:2 76:11 141:14
**lock** 50:16,20 77:7
77:11
**locked** 61:21
**log** 40:10 79:11,21
80:2,13 81:18
93:9,16 95:17,17
96:20,22 97:17
101:19,23 115:1
121:19 122:10
124:18 125:1,6,7
125:16,21,22

156:23 160:3
**logs** 4:12 98:7
111:11 112:2,2
117:9 118:2 132:2
**long** 9:8 11:18 12:4
14:14 15:10 16:14
17:4,12 55:9
60:16 62:8,13
87:4,8 92:20
128:3,7 156:20
177:21
**longer** 84:3 85:8
89:20
**look** 28:22 29:17
39:2 46:15 82:6
82:22 83:4,10
90:19 97:19 98:10
106:7 108:12
127:21,21 132:8
134:1 156:15
164:16 173:21
**looked** 63:7 120:15
163:5
**looking** 26:21
37:11 79:8 80:11
81:5 93:19 98:18
98:23 100:9,22
105:11 107:8
112:1,14 114:5
124:13,18 125:20
126:4 132:5
135:21 138:5,15
173:20
**looks** 83:9 93:20
94:2 103:18
105:21 106:4
129:20 139:2,20
**loops** 29:22
**lot** 69:7 177:5
**low** 151:1
**lower** 93:19
**lucky** 62:18
**lunch** 100:2,7
**L.D** 16:22

**M**

**machine** 30:1 60:7
**main** 2:4 7:11
31:18 32:1,20,22
34:21 57:15 59:16
79:5
**maintained** 30:13
117:14
**maintenance** 56:8
**making** 17:7 163:1
**man** 84:12 118:17
**March** 23:20 58:18
**mark** 81:8 98:12
111:15 132:16
133:2,3,12 135:13
**marked** 44:11
63:13 65:19 98:16
111:22 133:7,16
138:23 139:2
**marriage** 9:17
**married** 8:20 9:8
9:19 11:6
**mash** 37:3 38:5
**mat** 67:20 153:10
**mattress** 153:18
**ma'am** 142:5 176:8
176:19 178:4
**McDonald** 4:4 5:15
5:16,16 69:13,19
81:9 83:15 92:2
101:11 103:3,8,11
103:15,22 104:3,8
120:17 124:17,22
133:21 134:5,9,13
139:4,7 140:10,13
140:18,21 141:1
142:2,6 143:16
148:12 159:15
160:9,16 161:5,8
161:11 163:13
164:22 165:6
167:8,12,15 168:2
168:5 169:12
170:3 172:8 175:7

Case 2:05-cv-01150-MHT-TFM    Document 105-8    Filed 11/30/2007    Page 26 of 33
Daniel Court Reporting, Inc.

Page 187

177:23
**meal** 96:19,21
  100:7,13 157:18
**meals** 25:14 97:3,5
**mean** 19:20 28:17
  39:5,14 63:18
  78:14 79:3 150:17
  166:18 169:8
  171:12 173:8
**means** 118:12
  173:9
**measurements**
  120:20
**med** 109:13
**medical** 96:20,22
  98:7 110:4 135:5
  135:10 138:23
  169:11 170:1,17
  171:1,6,9 173:1,5
  173:7 174:2
**medicate** 175:13
**medication** 4:10
  96:2,3,10,13,15
  97:20,21 102:9,10
  168:23 170:22
  172:10 175:13,19
  176:7,10,18
**medications** 11:12
  25:15 102:6
  105:13 171:10,11
  176:20
**medicine** 96:23
  97:8,14,16,18
  98:5 102:13
  171:18 172:1,3,6
  177:19
**medicines** 108:22
**meds** 109:6,19
  110:2,5,12,15,20
  175:22
**men** 42:15,17,17
  45:12,13 48:9
**mental** 167:5,20
  168:11,17,19

**mention** 141:20
**mentioned** 141:23
  175:12
**message** 137:22
**metal** 43:2 66:23
**microphone** 118:16
**mid** 127:15
**middle** 1:2 42:22
  45:8 101:4
**midway** 132:8
**Mike** 40:8
**mile** 12:8
**military** 13:7
  112:12
**mind** 175:11
**mine** 99:14,15
  105:21 125:13
  126:1 134:15
**miniature** 52:12
**minute** 104:2
**minutes** 164:6
**moment** 83:6
**Monday** 27:4
**money** 17:8
**monitor** 29:5,15
  43:20
**Montgomery** 5:17
  5:23 16:9
**month** 98:10,11,19
  100:23 101:4,7,9
  101:14 102:23
  103:19 106:5,10
  106:13
**month's** 99:2
**Moon** 87:22,23,23
  90:9
**mop** 112:16
**mops** 166:22
**morning** 26:20
  100:5
**mouth** 97:23
**moved** 11:21
  132:11
**moving** 61:11

**mustache** 147:4,23
  148:5,11,16 149:3
  149:4
**mustaches** 147:21
**mutual** 39:6

## N

N 1:18 4:1 5:1
**name** 8:8 9:21 10:4
  22:9 65:12 83:19
  87:5 89:15 114:16
  116:14 143:1
  176:1
**named** 71:11
**names** 82:13 86:16
  102:6 115:2
  143:20 148:18
**necessary** 2:18
**need** 20:23 21:7
  39:5 62:5 80:1
**needed** 86:1 95:13
  114:11 121:1,2
  171:6 178:1,1
**needs** 97:19 134:23
**neither** 179:16
**never** 30:3,9 78:12
  145:16 152:10,11
  155:9 159:3,13,20
  171:19
**new** 11:20 20:11
  29:14 71:13 91:11
  102:10 115:23
**night** 26:7,11 30:2
  31:1 84:17 85:22
  91:4,17 93:16,17
  103:18 113:3
  117:2 124:18,21
**nineteen** 112:11
**ninety-five** 113:7
**ninety-nine** 125:16
**nobody's** 62:21
**normal** 38:1
**normally** 27:14
  38:18 41:11,15
  67:8 91:16 96:18

116:22 117:3
  122:4 125:13
  137:18,21 176:4
**North** 12:7
**Notary** 2:2 5:5 7:3
**note** 29:20 138:13
  157:11
**noted** 80:19 160:2
**notes** 131:23
**notice** 3:5 29:19
  90:14 112:7 135:4
  174:3
**noticed** 118:20
  119:2,22
**notified** 173:4
**November** 23:18
  58:17 101:5 131:3
  136:9 167:17
  168:8 170:19
**number** 12:12
  65:14 112:19
  113:12,18 115:17
  116:3 121:12,15
**numbered** 30:17
**numbers** 113:11

## O

O 1:18
**Object** 148:12
  159:15 160:9,16
  163:13 164:22
  165:6,8 169:12
**objections** 2:18,22
**observation** 28:11
  174:3
**obvious** 171:12
**occasion** 130:8
**occasions** 146:7
**occurred** 132:1
  162:16,16
**offered** 3:2
**office** 12:6,11 19:7
  32:5 62:11 74:3
  75:14 114:4 175:3
**officer** 18:12 26:2

36:22
**officers** 116:1
**official** 19:15
**off-the-record** 8:4
  81:12 111:18
  128:19 134:3
  135:23 138:17
**oh** 108:11 132:20
  139:2 174:4,9,12
**okay** 12:14 20:3
  21:13 23:19,22
  27:14 58:14,15,19
  62:12 63:19 69:22
  74:13 78:2 83:7
  83:13 86:13 91:3
  91:7 92:1 94:13
  99:14 100:20,21
  104:11 107:5
  108:19 115:14
  124:22 132:7,10
  132:20 134:8
  138:22 139:6,7
  173:23 175:4
  177:13
**old** 8:16 10:21 11:4
**older** 20:3
**once** 31:5 136:17
**ones** 29:8,14 71:18
  84:18
**open** 36:10 42:22
  43:8 46:23 50:13
  50:21 60:4 62:5
  73:8 110:4,14
  176:9
**opened** 51:5 97:9
  97:11
**opening** 36:7
**opens** 109:15
**operate** 72:16
  76:18 77:1
**operates** 30:5 72:18
**operating** 17:8
  25:17 62:4
**oral** 7:15

Case 2:05-cv-01150-MHT-TFM    Document 105-8    Filed 11/30/2007    Page 27 of 33
Daniel Court Reporting, Inc.

Page 188

order 101:22
134:16
originals 134:1
ounce 158:6
outside 64:3 68:16
71:2 144:1 151:5
overlooks 28:12,16
oversee 25:16
overtime 130:22
Owens 1:12 19:7
19:11 20:21
145:12
owned 17:3
o'clock 138:21

**P**

P 1:18 5:1,1
pack 105:5 175:13
175:17 176:12
package 105:1
packs 177:10,18
page 4:2 99:1
100:10 105:18,20
106:1,4,19,21
107:9,11,13,19
108:15 109:1
114:6 124:12
176:13
paid 17:9 130:22
Pamelor 104:4
paper 96:6 110:16
152:15,16,19,21
paperwork 38:17
95:9 138:4
Pardon 89:21
parents 158:23
Parole 89:21
part 21:23 46:21
53:6,8 62:10 75:4
75:19,20 90:21
176:3
particular 39:19
40:2 169:22
parties 1:21 2:22
179:17

partner 16:20,20
39:16 78:20 79:5
part-time 17:6 21:3
pass 33:18
passed 96:18,21
97:13 135:17
patients 172:15
patrol 25:3,6 89:2
patrolman 14:13
payroll 128:22
129:7
Peebles 2:1 5:4 7:1
179:22
people 21:5 25:19
25:21 27:12,15
28:2,5 36:13 41:9
54:4,11 61:8
64:13 66:9 80:17
90:8,14 91:6,15
91:23 113:2
147:20 148:19
161:15 166:4,7
174:19
Peoples 22:15
23:14 87:18,19
90:7,10 94:3
people's 115:2
percent 125:17
period 20:22 75:22
120:4 172:9
permanently 40:4
person 24:2 28:5
28:14 31:15 36:8
36:9 37:9,10,12
37:13 38:10,22
39:9,10 40:15
41:10,14 54:3
62:3 84:1,15,17
89:11 90:22 91:11
95:6,12,13 96:17
109:19,21 114:21
115:5,12 116:23
125:5 147:8,15
161:19

personal 54:12
171:1
personally 142:9
159:7 171:19
personnel 36:18
37:1 85:17 135:3
173:16
pharmacy 177:6
phone 19:21,23
37:22 43:22 44:3
77:15 126:13
phones 43:15 45:14
48:1 49:19
physical 157:4
physician 174:16
physicians 176:21
pick 37:22 77:15
picnic 52:12
pill 154:9,11
pills 154:2,3,4,5,8
154:10,10
pipe 154:14,16,18
pitcher 157:20
place 53:7 71:16
109:7 123:18
141:11
placed 21:21
164:12 176:6
places 73:18 174:21
plaintiff 1:7 5:7
170:6
Plaintiff's 98:14
111:20 133:5,14
plan 51:12,14
plans 63:7
plastic 158:5,7,8,9
158:13,14 175:20
plates 96:19,22
please 8:8 13:4
134:13 175:15
Plus 27:10 28:23
pod 28:11
point 60:17 145:5
167:9,11

Pointe 5:22
police 13:7,14 14:9
14:10,15
policy 122:14 148:3
148:7 172:13,16
172:19
pop 176:14
port 64:4,5,16
position 163:7
165:21,23 166:3
positions 18:16
possible 27:18
post 12:6,11
powers 19:18
practice 146:15
pregnancy 93:6
pregnant 92:22
prescribed 176:21
prescription
104:18,20 105:3,4
177:15
PRESENT 6:1
pretty 26:2 87:9
93:11
previous 9:16
130:8
previously 9:18
pre-set 72:22
Pricare 174:17
175:2
print 60:7 81:21
126:3
printing 124:3
prior 3:3
privy 170:7
probably 60:15
65:8 66:19 68:19
101:6,8 114:14
149:5 156:21
problem 134:12
135:11 164:10
171:9
problems 167:5,21
168:11

procedure 7:7 38:2
98:2
proceedings 7:16
produced 79:10
98:8 102:22
133:10
proof 165:15
provide 177:9
provided 7:6
provocation 152:12
public 2:2 5:5 7:3
32:16 33:2 43:15
pulled 85:15
purpose 154:20
purposes 175:14
push 50:23 119:7
119:11 175:21
pushed 114:8
put 40:9 49:13,18
54:11,17 55:3,23
77:7 80:1 82:3
93:15 94:5 105:9
106:3 115:21
121:20 122:5,12
122:15 123:21
128:13 134:14
136:18 137:9,11
141:7 153:9 164:4
176:5
putting 102:5
P.C 5:9

**Q**

question 137:1
165:11 175:9
questions 2:19,21
58:9 111:7 123:16
134:23 178:6
179:9
quick 62:15
quit 17:17

**R**

R 5:1 179:1
radio 25:18 29:1

Daniel Court Reporting, Inc.

38:1,3
ran 15:14
rank 13:19 19:15
    19:19 20:4,10,15
    20:18
razors 126:5
reach 67:2
read 58:5
reading 2:9 139:14
ready 14:6
really 19:16 20:16
    23:10 24:4,6 31:2
    46:14 63:11 65:22
    76:12 91:20 92:6
    125:23 169:9
reason 14:20 36:19
    36:21 38:3 39:1
    75:12 90:21 91:12
    131:12,15 155:18
recall 156:1 157:14
    157:16 159:23
received 98:5
    105:15 141:9
receiving 104:18,19
recess 81:15 111:3
recollection 131:18
    139:12 149:1
    156:6 157:23
    159:12 162:7
recollections 147:6
record 39:23
records 44:3 98:8
    163:6,9
rectum 152:3
    165:19
redo 15:1
reduced 179:10
refer 65:13 71:14
    98:10 99:22
referred 151:11
refers 98:20
reflect 100:11
    107:21 108:4
refrain 147:22

refuse 147:16
    148:21
refused 148:9,14
    148:15,19 160:22
regard 164:19
    165:4,16
Regarding 170:3,5
regular 70:16
    85:19 95:19 154:3
    154:5,9,11
regularly 174:19
regulations 147:12
relate 135:8
relating 2:14
relation 48:11
release 61:14
relieve 31:14 39:8
relieved 40:7 41:14
relieving 41:4
remarried 9:2
remember 20:16
    22:16,23 23:12
    24:13 30:6 44:20
    44:23 49:1 65:18
    77:9 83:18,23
    84:15 87:16 89:6
    89:10,11 92:11
    93:1 121:13,14,16
    127:19,22 128:12
    139:13 151:8
    152:22 153:13,15
    153:17 156:11
    160:20 163:20
    164:1,7,17 168:22
Repeat 165:11
repeated 156:13
repeatedly 114:8
    156:3
replacements 17:17
reply 136:4 141:10
report 25:21 79:11
    79:17 80:2,13
    81:3,19 83:8,9
    86:4 93:9 122:23

123:4,14 124:5,14
    173:22
Reporter 7:2,18
reports 26:1 82:22
    118:2 122:21,22
    132:2
represents 179:12
request 4:16
    133:20 134:19
    135:18
required 122:20
respective 1:22
    117:9
respond 136:6
    139:16 146:3
responders 173:10
response 136:10,23
    137:2,3,4,6,21
    138:11 139:20,22
    140:4,20 141:3
responses 138:6
responsible 36:6
    40:23 79:13 81:20
    102:5 104:17
    117:8,21
rest 32:16 64:21
    92:11 108:21
restroom 33:2
result 179:18
retake 15:1
retired 90:1
reviewed 30:9
reviews 95:8
    136:20
Rhett 10:5 11:4,5
ribs 149:8,10 157:3
Richard 5:8 103:15
RICKY 1:12
rides 151:1
right 12:3,9,9,10
    17:18 22:23 29:12
    32:17,19,20 33:6
    34:3,7,7 40:19
    42:2,5,12 43:13

45:1 48:17 49:4
    52:13 54:16 55:20
    56:18,21,22 59:20
    59:23 60:1 64:2,7
    64:10 69:3 70:12
    73:23 76:3,5 84:1
    84:9,16,16,19
    94:18 99:7 103:8
    106:22 107:6
    108:7 109:17
    112:5 116:10
    118:6,22 120:16
    126:17,23 130:2,6
    130:11 147:18
    149:16 150:1
    155:12 174:8
    177:1
right-hand 33:14
    57:7 64:3 70:11
    93:20
rings 115:7
road 89:1 116:2,8
    118:14
Roberson 21:16
    23:4 92:9 94:2,17
    101:20 127:5
    137:13
Rockford 2:5 7:11
    12:3,5 177:2
roll 110:7
room 32:19 34:13
    42:19,20,23 45:10
    46:9 47:9,22 53:7
    53:9 55:17 56:17
    56:19,20 57:2
    59:9,12,15 60:9
    64:1,9 70:2,10
    71:7 75:20 109:12
    109:14 118:5,8,22
    126:12,22 127:10
    141:15 149:23
    155:12,13
rooms 28:12 32:17
    43:6 70:5 71:2

75:1,8 119:9,14
rotate 27:17 78:23
    79:1
rotated 30:20
rotating 26:23
Route 11:16
Rule 7:6
rules 2:14 7:7
rumored 144:16,18
run 103:6
running 112:7
Russell 177:3,17
R-h-e-t-t 10:5

S

S 1:18,18 4:8 5:1
SAITH 178:8
sally 64:4,5,16
Sandra 2:1 5:4 7:1
    179:22
sat 162:17
Saturday 27:3,8
    177:4
saved 117:20 118:1
    118:2
saw 171:19
saying 95:5 158:1
    162:16
says 20:2 106:12
    112:16 114:7
    115:1,9 123:14
    126:5 132:9 136:4
    136:12 147:13
    150:7 151:15
    152:1,6,14,23
    153:20 154:1,7,13
    155:19 156:2
    157:7 174:1,9
schedule 77:21
    78:12 95:22
school 13:7,9 14:23
    screen 29:2,15
    screens 29:16
    screws 69:8
    Scroggins 10:12

Daniel Court Reporting, Inc.

Page 190

se 24:7 42:23
sealed 175:19
second 44:7 64:8
  64:10 105:18,19
  106:18,20 140:22
secretary 32:10
  129:10
secure 61:17,19
  64:16 69:8
secured 33:11,13
  34:4,5,14,15,20
  35:12,16,18 37:7
  44:10 56:15 64:6
  64:8 69:5
see 19:16 24:5
  28:20 46:7,11,17
  46:19,21 47:1,5
  47:10 82:6,23
  83:11 84:19 85:5
  86:22 90:19 97:19
  98:9,22 100:12
  102:22 103:14
  107:6,12 108:6,7
  108:11,20 124:14
  136:15 138:3,6
  140:3,11,14
  158:23 163:5
  174:23
seeing 30:6 164:18
seen 43:1 137:15
  177:21
seizure 171:20
  172:1,6,10,19,21
seizures 171:16,22
  172:15,16
seldom 55:6
self 143:19 173:3
Selman 10:19
selves 25:22
sense 101:12
sent 105:6 173:6
separate 75:15 96:4
separated 9:6 60:3
  84:21

separates 64:20
September 2:6 7:12
sergeant 13:20
series 133:11 135:4
serious 169:11,15
set 31:17 38:15
  39:7 42:11 53:4
  75:2 112:3 173:18
sets 77:21
seven 12:13,14
  30:21 36:2,4
severity 169:23
shakedown 55:8
shape 60:15
shave 147:5,17
  149:2
shaven 147:14
sheet 96:2,3 102:10
  102:12,17,19,23
  103:16 175:17
  176:6,11
sheets 4:10,14
shelves 54:14,16
  55:2 68:11
sheriff 18:4 19:7,8
  19:11 20:17,21
  21:15 22:14,17,22
  24:12 36:19 78:7
  114:4 115:22
  121:8 136:12
  137:17,23 145:12
  166:12 174:7
sheriff's 17:20,22
  18:6,11 32:10
  62:11 145:21
shift 20:7,8 21:5,8
  26:3,7,8,11,14,16
  26:17,18,23 27:13
  27:14 28:2,3,5
  30:3 36:12 38:20
  40:5,22 41:1,4
  79:11,16,21 80:2
  80:12,18 81:6,19
  81:22 83:1,8,9

84:3,17 85:10,11
85:15,21 86:3,18
86:21 91:4,15,17
93:15,17 94:6
95:10,17,21
116:21 117:2
121:23 122:6,7,8
124:18,21 125:9
125:21 146:15
156:22 159:21,22
161:10,14 162:2,4
164:8 173:22
shifts 26:4
shift's 125:1
shirt 20:1,4,12
shirts 20:11
short 85:17 92:16
  92:17 93:2
show 86:20 91:1
  94:10 107:2
  133:10,23 140:2
  141:2
showed 101:21
  104:15
shower 46:3 52:19
  67:14 120:14
  126:7,10,15,17
  127:9
showing 107:3
  130:19
shown 86:3
shows 86:5 91:23
  128:23 129:11,15
  129:16 130:5,9,12
  130:14 131:2,5,7
  131:9 138:20
shut 50:19 160:13
shuts 62:2
sick 85:18 93:6
side 32:8,11 54:7,8
  55:22 57:7 64:3
  70:11
sign 110:6 117:11
signature 2:10 94:4

99:10 106:16
  107:22 108:4
signatures 93:21
  103:17
similar 47:22
sink 46:5,6 67:11
sir 8:9,21 9:12,15
  10:17 11:8,11,14
  13:4,17 15:5,17
  15:21,23 16:5,12
  18:8,21,23 19:3,5
  19:12 24:21 25:2
  25:5,10 26:6,9,12
  26:19 27:2 28:8
  30:11 31:7 32:7,8
  32:14 33:3,9,19
  34:1 35:15 37:10
  37:15 38:12 39:20
  39:22 40:3 41:21
  42:9 43:16,21
  45:3,11,16 46:4,6
  46:10,13,16 47:12
  47:23 48:2,9,22
  49:2,20 50:4,12
  50:14,17 51:6,9
  52:1,4,7,9,15
  53:10,12,16,21
  54:1,13 55:13
  56:22 57:3,19
  58:3,7,11,16,23
  59:2,11,13 60:20
  61:2,18,23 62:7
  62:21 63:3 65:4
  65:21 66:4 67:13
  67:16 68:6,12
  70:19,19 71:1
  72:3,6,10,11,14
  72:17 73:6,11
  74:1,4,7,19 75:16
  75:17 76:17 77:2
  77:13,20 78:10,22
  79:1,12 80:5,8,10
  81:4,23 82:12
  84:21 85:4 86:6

86:10,12 87:12,15
  88:5,8,10,12,15
  88:20,23 89:5
  90:6,12 92:9
  93:11 94:15 95:4
  95:21 97:1 98:21
  98:22 99:3,6,11
  100:1 101:2,10,16
  101:17 102:20
  104:16 105:14
  106:10,15,18,20
  107:12 108:6
  109:3,9,22 110:22
  112:6,13,20
  113:10,17,22
  114:1,19 115:13
  116:7 117:10,13
  117:16,19 118:7
  118:11,15,18
  119:1,4,8,13,19
  119:21 120:9,13
  121:14 122:3
  124:8,9 125:10
  126:19 129:5,6,14
  129:19,22 130:1,3
  130:7,13,17,19
  131:1,6,11,16,20
  131:22 135:7
  136:7,11,14 137:9
  139:10,18 140:9
  141:4,8,21 142:22
  143:5,9,12 144:3
  144:6,9,13,17,21
  145:9,11,15,19,22
  146:9,13,19,21
  147:7,12,19,22
  148:8,17,20
  149:11,17,21
  150:6,11,14,21
  151:13,20,23
  152:5,9,17 153:3
  153:6,12,15,19,23
  154:6,12,17
  155:17 157:1,6,10

Case 2:05-cv-01150-MHT-TFM    Document 105-8    Filed 11/30/2007    Page 30 of 33
Daniel Court Reporting, Inc.

Page 191

157:13 158:3,8,10
158:12,18 159:2,8
159:19 160:5
161:18 162:13,21
163:3,8,16 164:17
165:14 166:1,14
166:19 167:6
168:12 169:6,20
170:12,14 171:3
171:20 172:5,17
172:18,19,23
173:19 174:20
**sit** 39:14 43:3 46:22
52:14 54:6,9
116:11,14 171:12
**sits** 32:18 33:7 68:3
**sitting** 28:21 36:8
40:12 51:3 170:23
**six** 13:11 16:15
17:14 26:19,20
30:21 35:23
102:16 112:18,21
113:5 126:5
**sixteen** 65:8 132:9
**six-month** 23:23
**size** 49:14 65:3
71:21
**slapped** 152:7,8
**sleep** 153:1
**sleeping** 153:5
**slot** 24:8
**small** 29:16 51:16
52:9
**smaller** 53:7 65:5
70:10
**Smith** 5:9 9:1 10:16
**socialize** 143:23
**somebody** 27:19,23
31:13 36:23 64:14
77:16 85:17 95:14
161:11,13
**son** 9:21 10:3
**sons** 9:13
**soon** 32:8 33:12

44:8 57:19 64:7
**sorry** 108:12
160:12 165:12
**sort** 22:2,12 23:10
32:18 52:11 60:14
85:13 93:4 109:14
123:12 151:6
**SOUTHERN** 1:3
**space** 60:12
**speak** 145:17
**specific** 39:7 40:10
96:15 162:15
**specified** 93:17
**speed** 150:16,18,20
151:12
**spell** 88:3
**spent** 14:4
**spigot** 155:14
**split** 38:19 45:4
**spoken** 144:23
**spring** 22:20 71:6
**square** 68:20
**stacked** 47:20 52:4
**staff** 36:18 116:19
135:20 144:1
170:15
**stainless** 66:15
**stair** 50:9
**staircase** 50:10
**stall** 46:3 52:19
**stand** 8:13 110:14
**standard** 78:13
93:12 150:23
**standing** 20:6
63:23
**start** 79:16,20
91:16 113:11
**started** 79:19
**starts** 125:5
**state** 2:2 7:3 14:22
15:4,7,11 17:10
179:3
**stated** 114:11
**STATES** 1:1

**stationed** 15:7
**stay** 38:22 41:5
55:18 56:4 79:4
**Stayed** 13:10
**stays** 28:14 72:20
**steel** 66:16
**stenotype** 179:8
**Stephen** 94:12
**steps** 31:18 42:11
53:4
**Steve** 22:12 23:12
85:8 138:9
**stick** 67:6,9 165:18
**sticks** 52:12
**STIPULATED**
1:20 2:8,16 3:4
**stipulation** 7:8
**stipulations** 7:19
**Stockham** 4:3 5:8,9
8:7 69:23 81:7,17
98:12 103:20
104:1,5,11,12
110:23 111:5,14
112:1 124:19,23
125:2 128:21
132:16,20,23
133:3,9,18,22
134:8,11,14,17
136:2 138:19
142:11 167:10,14
167:22 168:4,7
170:5 173:17
175:4
**store** 105:7 176:1
176:23
**stores** 177:4
**stout** 62:16
**Stover** 22:10
**straight** 32:15,21
34:2,10 41:11
43:13 44:6 48:17
57:4,11 64:1,11
**street** 2:5 7:11
12:12

**Stroud** 83:17,22
84:5,22 88:9
143:2,21
**struck** 146:8
150:12 154:13,15
164:20
**structure** 20:5,10
20:15,19
**stuck** 152:2 165:17
**student** 10:9 13:8
**stuff** 54:17,19 55:3
126:12
**styrofoam** 158:11
**sued** 18:22
**suffer** 77:14
**suffered** 143:13
171:16,22
**suicidal** 163:23
**Suite** 5:11
**summary** 128:23
**Sunday** 27:4,8
**supervision** 179:11
**supervisor** 16:6
20:7,9 21:8 22:4
27:20 78:1 94:14
95:3,6,8 137:20
141:12
**supervisors** 21:6
22:18 24:15,17
82:5,16,21 87:21
94:6
**supper** 100:2,7
**supply** 155:12
**support** 163:6
165:23 166:2
**supports** 165:20
**supposed** 112:4
121:19 122:9,11
**sure** 22:14 23:9,13
24:4 31:1 49:16
77:16 95:9 97:10
97:23 111:9
136:21 146:5
167:22,23 173:2

**surrounding** 143:7
**Susan** 9:1,14,16
10:16
**Suzanne** 9:20
**swallow** 98:1
**swap** 27:18
**sworn** 7:23
**system** 145:6

**T**
**T** 1:18,18 4:8 179:1
179:1
**table** 51:16 52:8,10
52:12 53:23 54:2
54:4,5
**tables** 43:3,9
**tagging** 85:6
**take** 21:22 25:21
36:23 55:14 69:6
74:2,5 75:3 78:15
85:18 97:22 105:8
110:1 111:1 126:9
126:16,23 127:7
152:15 153:22
158:16 175:2
177:2
**taken** 2:1 41:16
79:17 81:15 97:21
101:3 111:3
170:18 179:7
**takes** 73:17,20,21
76:5
**talk** 23:16
**talked** 166:9
**talking** 25:8 29:7
33:21 60:13 75:22
86:8 123:1 170:23
**Talladega** 83:20,21
89:7,18
**Tallapoosa** 15:9
**tape** 29:22 30:1
**tapes** 29:21 30:2,6
30:13 31:4
**taught** 104:13
**Taylor** 86:23,23

Daniel Court Reporting, Inc.

teach 102:1

87:1 89:23 90:2,3
91:7
teach 102:1
tear 69:6
teeth 150:9 165:5
telephone 25:18
telephones 43:6,10
tell 8:15 24:19 30:4
32:3 38:6 47:13
58:12 59:14 70:6
79:6 98:11,19
100:10,23 124:11
127:6 140:3
163:22 166:23
170:10,16 171:5
171:15
telling 70:17,21
temperature 73:13
155:20,23
temporary 16:19
ten 40:18 42:3,14
47:19 48:23 65:6
65:11,20 116:16
120:16 138:21
174:1,9
terminated 15:22
terms 13:21
Terry 6:2 94:1,19
137:13
test 15:1 145:4
testicles 151:17,19
151:22
testified 8:1
Thank 178:2
thereto 3:3 179:9
thermostat 72:22
73:3,7,9,15,17
74:16,20,21 75:2
75:15 76:11,16,19
thermostats 73:1
74:9 76:1
they'd 39:12
thigh 151:5
thing 19:13 23:11

39:6 63:9 85:11
93:5 95:11 151:6
things 80:14,21
86:2 146:2
think 9:10 20:20
30:23 44:18 63:7
65:15 77:5 95:23
96:6 108:7 110:23
116:15 131:13
148:13 166:22
third 95:5 107:8
thirteen 11:1,3
thirty-six 68:3
Thomas 9:20
thought 57:1
threaten 158:21
three 9:12,13 21:5
27:9 34:22 35:6,7
44:21 49:23 50:2
50:5 52:23 53:5
55:22 90:15 91:5
91:15 93:21,22
99:16 102:16
112:15 113:2
115:2 121:17
133:4,6 156:21
174:4
throw 66:9
thumb 108:10
Thursday 27:5
till 14:17 41:5
127:16 174:3
177:7
Tim 40:7 83:13
time 2:23 3:1 4:14
11:2 14:2 16:4
17:5 18:7,15
20:22 21:11,16,18
21:22 22:5,10
23:7,11,16,17,23
24:1,6,11,22 25:7
25:12 29:23 30:7
30:14 31:17 39:7
39:19 40:2,5 55:9

58:8,10,20 59:4
61:22 72:21 75:22
78:4,21 79:7
81:21 82:7,15,23
84:10 85:9,14,16
91:14 92:16,18
93:2 94:17 96:9
96:16 97:20 99:2
99:23 100:6 102:8
109:11 110:2
111:1 112:9,12,23
113:20 114:10
115:11 120:4,12
120:22 122:16
125:17 131:19
137:12 138:21
140:16 143:4
145:3 151:4 154:9
154:11 156:11
162:10,15 163:17
164:6 166:8
167:21 168:3
169:23 172:2,9
177:21
times 11:7 21:19
38:16 40:13 99:16
100:4 156:21
167:16 177:5
today 11:13 20:2
23:17 39:3
toilet 46:4,12 52:19
54:18 66:2 70:20
152:15,16,18,21
toiletries 127:13
told 41:17,19 57:1
57:22 60:23 63:1
70:3 81:18 105:7
123:3 127:2,4
128:9 142:12
143:10 147:5
153:1 160:13
168:13,15,20
169:3 171:21
top 22:23 28:19

29:12 42:2,5 45:1
49:4,23 50:2,5,8
52:5,6 53:1,2,3,6
54:23 65:22 70:10
82:13 84:1 91:5
93:7 99:14 116:10
124:20 125:14
162:8 176:3
total 36:4
tour 118:20
tower 4:12 25:15
27:17 28:7,9,10
30:19 31:9 34:22
35:4 36:9 37:9,14
38:10,14,23 39:8
40:1,7,12,15,21
41:12,13 43:20,22
44:2 51:3,5 74:10
74:11 76:1 79:11
79:20,21 80:2,13
80:17,17,19,23
81:18 86:17 93:9
93:14,16 95:16
111:11 112:2
114:21,23 115:1,3
115:5,8,12 119:12
124:13,18 125:1,7
125:21 132:2
161:20
trained 101:18
trainees 90:18 92:8
training 91:10
transcript 179:13
transport 36:22
trays 97:7,12,13
treated 145:7
Trey 11:1
trial 3:1
tried 46:15 67:5
152:2 165:18
trooper 17:5
troopers 14:22 15:3
15:4,11,13 16:7
true 58:22 90:11

153:2 159:1
161:21 165:4
179:12
trustee 120:6,8
trustees 55:18 56:4
56:5 97:2,4,6
112:17 120:21
121:4,9,13
try 38:19
trying 37:6 44:19
Tuesday 27:4
turn 33:14 59:18
59:20,21 60:1
77:5
turned 10:22 25:22
77:17 145:4
turnover 79:2
TV 29:4,6 43:4,12
twelve 11:2 26:18
28:3 29:11 65:7
83:10 85:21 112:9
132:9 158:6
twenty 60:15 139:2
174:9
twenty-four 29:22
twenty-one 11:5
112:11 115:19
116:4
twenty-two 113:12
113:19,21 114:9
114:18 115:10,19
116:4
two 9:15 10:15
12:17 17:16 22:3
26:4 27:10,15
28:2,4 36:15
39:18 43:4,5
44:19,21 45:8
46:14 49:23 50:2
50:4 51:15,16,23
53:19 59:7,13
63:1 64:6 65:17
72:1 84:9 90:14
99:9 102:16 106:4

Daniel Court Reporting, Inc.

111:15,21 112:15
112:18,18,21,21
113:4,4,7,7,8
116:22 117:3,7,7
120:1,2 132:5
138:20 156:21
157:3 161:15
174:4,4,4,4,9,9,10
174:11,12,12,21
174:21
type 39:6 56:10
66:5 80:6,7 85:11
93:5,13 95:10
122:23 123:8
151:6 155:12
typewriting 179:10

**U**

U 1:18
uh-huh 29:3 50:12
94:23 106:22
126:8
Uh-uh 87:15
133:21
uncuffing 61:12
understand 112:3
116:5 169:8,10
170:21
understood 118:4
undo 83:16
unit 119:23
UNITED 1:1
units 74:15
unlock 31:20
unlocked 31:23
32:2
upper 126:2
upstairs 28:11
31:13,16 37:3
39:11 79:22 115:8
urinal 66:6
urination 66:8
use 20:9 43:17,22
101:19 110:8
112:4 123:9

126:13 176:15
**Usual** 7:18
usually 92:14
utility 166:21
U.S 12:7

**V**

vacation 78:15
95:15 129:21
130:5
varied 120:23
varies 117:5
vent 72:8,12,18,19
72:20 73:6 76:4
vents 72:14
verbal 137:3,4
138:11
verbally 139:17
video 70:17
visitation 33:23
34:1,8,13,19 36:1
44:8 55:19,20
76:14 147:11,16
148:2,10,14,22
149:6
voluntarily 15:19
16:1 145:3
vs 1:9

**W**

wait 104:1 168:2
waiting 20:11
111:8
waived 2:11 3:7
walk 31:17 41:5
walking 60:4
wall 38:6 43:7,12
43:13 45:5,6,7
52:2,10 54:15
64:20 67:20 68:2
68:9 71:3
want 23:16 37:17
38:7,22 39:13
95:7 135:11,12
146:2

wanted 14:3 25:20
126:15 175:9
wanting 160:15
wash 155:2,7,10
158:16
washed 66:11
155:3,4 158:19
159:4,6
wasn't 39:11 58:6
85:23 92:5,19,19
101:3,7 126:18
127:18 174:23
watch 43:4,21
164:3,5
watched 155:9
watching 159:7
water 72:4 155:14
157:8,9,15,18,19
157:21 160:7,18
160:22 161:2
way 28:19,21,23
31:21 40:19 41:15
47:20 49:10,12
50:15 53:14 60:4
67:21,23 68:1,5,7
71:23 100:23
101:13 105:4
115:15 125:16
135:1 161:2
wear 20:13
wearing 20:1
wears 150:16
Weaver 174:22
WEBB 5:21
Wednesday 27:5
week 11:3,3 27:11
128:23 130:4
172:22
weekend 27:6,9
Wendy 21:16 22:11
22:17 23:4 24:12
78:6 85:14 94:1
94:16 101:20
104:13 127:5

137:13 162:1,11
174:6
went 13:7,8,13 15:2
16:10 17:19 82:7
85:11 127:12
weren't 120:11
147:11 163:2
we'll 110:3
we're 20:10,13 25:8
27:2 61:8 62:11
111:8
we've 29:13 71:12
82:20 90:9 116:18
whatsoever 132:4
152:13
white 164:11,14
Whitehead 21:20
wide 68:4
widest 60:16
Willford 5:20 7:20
132:18,21 133:1
165:8 173:19
178:5
William 18:4
Wilson 6:2 20:18
21:15 22:14,17,22
24:12 78:7 94:1
114:4 137:14
166:12
window 33:5 47:1
60:6 68:16,18
164:12
windows 28:18
68:14
wintertime 72:23
witness 2:11 7:14
69:15,22 103:5,9
103:13 140:5,11
142:4 172:11
178:4 179:14
woman 84:12
women 42:15 45:12
48:7 50:1 53:11
word 164:21

wore 22:3 151:4,7
work 13:3,13 14:14
15:2 17:10,12,19
17:23 18:2 24:23
25:3,5 26:10 27:3
27:5 39:15 56:6
60:23 61:1,10
74:17,22 76:2
78:14 83:18 85:19
85:21 86:9 87:3,8
89:1 90:10,20
91:12 92:21 93:4
95:14 116:2,8
117:22,23 144:2
144:11 166:4
worked 15:8 18:5
20:8 25:8,15
26:13,15,23 30:8
85:10 87:2,9
92:14,15 129:12
129:17 130:9,15
131:3,8
working 17:2 31:8
36:20 39:16 56:10
61:5 76:21,22
78:20 79:15 82:14
82:23 86:20 87:20
91:18,23 92:5
93:18 94:5,16
95:1,10 102:8
113:2 114:23
116:21 142:21
143:3 146:12
149:16 162:2,3,9
166:8
workings 75:11
works 10:9 38:20
76:3 83:14,20
84:3 85:8 89:20
89:21 90:8,23
worry 142:8
wouldn't 97:2
101:6,9 108:22
158:23 169:14

Daniel Court Reporting, Inc.

172:22
**wrap** 152:19
**wrapping** 152:21
**write** 122:21 123:3
136:4 137:5
**writes** 81:2
**writing** 125:15
139:8,13
**written** 115:16
122:14 125:13
137:2,5 148:6
**wrote** 136:10

**X**
**X** 4:1,8

**Y**
**yeah** 42:13 94:21
96:4 104:21 107:1
108:8 118:1 139:4
164:15 168:4
**year** 143:22
**years** 9:9 12:13,14
12:17 13:11 14:5
14:19 16:15 17:14
63:8
**y'all** 176:15 177:10

**Z**
**zero** 145:5,5,5

**0**
**03** 19:9 167:17
**04** 94:23

**1**
**1** 4:9 86:4
**1st** 94:21,22 104:10
106:6,12 107:3
108:3,16 129:13
**1-12-04** 132:6
**1-5-04** 125:7
**1-6** 125:20 140:15
140:17
**1-9-04** 91:22

**10:40** 2:7 7:13
**1005** 5:17
**111** 4:11
**114** 5:11
**12** 139:19
**12th** 100:15 107:17
131:8
**12-1-03** 136:13
**12-10** 139:23
**12-18** 138:15
**12-18-03** 173:21
**12-21** 139:23
**12-21-03** 139:21
**12-7** 140:1
**13th** 100:16 107:17
130:10
**133** 4:13,15
**14th** 100:16 130:10
**15th** 109:3
**153A** 11:16
**16** 107:17
**16th** 101:8 106:6
106:13 107:10
109:4 111:12
127:16 167:18
168:9
**17** 107:18
**17th** 100:16 130:10
**175-178** 4:4
**18** 107:18
**18th** 100:16 130:11
**19th** 109:4
**1956** 8:19
**1974** 13:6
**1980** 13:14,16

**2**
**2** 4:11
**2nd** 108:5 111:12
124:15
**2:50-CV-01150-...**
1:10
**20th** 109:4
**2003** 22:19 23:18
58:2,17 83:11

**101:5** 120:3 168:8
170:19
**2004** 22:20 23:21
58:2,18 86:4
120:4 124:16
168:9 170:20
**2007** 2:6 7:13
**21** 107:18
**22** 107:18
**22nd** 100:17 130:15
**2204** 5:10
**23rd** 100:17 130:15
**231** 12:7,9
**24th** 109:4
**25th** 2:6 7:12 109:4
130:15
**26** 107:18
**26th** 100:17,19
130:16
**27** 129:1
**27th** 100:17,19
107:18,20 129:12
**28th** 100:17,19
107:23 109:5
129:12
**29th** 107:15,23
108:10,13 109:5
131:3 136:9

**3**
**3** 4:13
**3rd** 100:13 104:6
108:5,19,19 131:4
**3-15** 8:19
**30** 7:6
**30th** 107:21 108:1
108:10,13,17
109:5 131:3
**31st** 100:18,19
129:12
**35136** 2:5 7:12
**35209** 5:12
**35216** 5:18
**36124** 5:23

**4**
**4** 4:15
**4th** 99:7,9,17
100:14 108:19,20
131:4

**5**
**5th** 107:4,14
129:17

**6**
**6th** 107:4 129:17

**7**
**7** 11:16
**7th** 107:17 108:6
**7475** 5:22

**8**
**8th** 99:12 100:14
107:10 108:6
131:8
**8-175** 4:3
**80** 14:17
**81** 13:2
**84** 14:18
**85** 15:3,4,16
**86** 10:2

**9**
**9th** 99:13,16
100:15 108:3
129:2,23 131:8
**91** 15:12,16,18
**93** 9:5
**95** 9:6
**96** 9:5,7
**97** 17:18
**98** 4:9 17:18,21