# EXHIBIT F

# November Shift Logs
# Part I

11-13-2003
DAY SHIFT REPORT
LIPSCOMB/HARRIS/PEOPLES

C/O STROUD CALLED IN TO 2213 AND ADVISED HE WOULD BE
UNABLE TO WORK TODAY. C/O HARRIS WILL COVER THE SHIFT
UNTIL 0800 HRS WHEN C/O PEOPLES ARRIVES.

$453.28 ON HAND AT THE BEGINNING OF THE SHIFT. 47
INMATES ACCOUNTED FOR.

DEPOSIT FOR $453.28 READY FOR JOAN.

0710:MORNING MEDS ADMINISTERED TO: GADDIS, MCKINNEY,
BAILEY, MCELRATH, HOLLANQUEST, SIMMONS AND WILLIAMS.

0845: SEVERAL INMATES ESCORTED TO COURT

1200: FRED JENNINGS RELEASED PER THE JUDGES ORDER

1230: TRAVIS PRESLEY PROCESSED AND ASSIGNED C-102, NOBLE
NIXON PROCESSED AND ASSIGNED B-102.

1322: JIMMY WAYNE CANTRELL RELEASED ON $20,000.00
PROPERTY BOND.

1502: JERRY OLIVER RELEASED TO ST. CLAIR CO. S.O.

1600: DENMAN AND TAYLOR REBOOKED AND ASSIGNED TO
CELLS IN THE BACK ON HOLD PER THE JUDGES ORDER.

1748: CHARLES EAST PICKED UP BY LINEVILLE P.D. FOR COURT.

$132.68 RECEIVED DURING THE SHIFT.

DAYSHIFT TOWER LOG
11-13-03
LIPSCOMB/HARRIS

0600HRS     CELL DOORS OPENED MANDATORY HEADCOUNT
CONDUCTED. A-15, B-10, C-10, D-6, E-2, AND TRUSTEES-4. TOTAL OF 47.

0630HRS     CELL DOORS LOCKED.

0637HRS     TRAYS SERVED.

0708HRS     BAILEY BACK TO E-BLOCK. TRAYS PICKED UP. MEDS
ADMINISTERED TO JT GADDIS, MCELRATH, HOLLENQUEST, SIMMONS,
WILLIAMS, BAILEY AND MCKINNEY.

0717HRS     JEFF WOODS HERE.

0727HRS     JEFF WOODS IN A-BLOCK.

0730HRS     DOORS OPENED.

0740HRS     EDWARDS TO TOWER TO CLEAN.

0752HRS     JEFF WOODS TO C-BLOCK.

0805HRS     JEFF WOODS TO B-BLOCK

0930HRS     CELL DOORS LOCKED HEAD COUNT TAKEN

0952HRS     MCKINNEY LEFT FOR WORK RELEASE

1200HRS     LUNCH TRAYS SERVED

1215HRS     FREDRICK JENNINGS RELEASED BY JUDGE ROCHESTER AND
PLACED BACK ON PROBATION

1220HRS     LATHAM TO SEE TAPLEY IN LIBRARY / RETURNED 5 MINUTES

1230HRS     OPENED CELL DOORS

1240HRS     OFFICE TENSELY TO SPEAK TO WILLIE STARKS / PICKED UP
TRAYS

1300HRS     JIMMY CANTRELL RELEASED ON BOND / BROUGHT BACK
PRESLEY AND NIXON

1430HRS     CELL DOORS LOCKED AND HEAD COUNT COMPLETE

1500HRS     SAINT CLAIR COUNTY PICKING UP JERRY OLIVER

1700HRS     TRAYS SERVED

1730HRS     TRAYS TAKEN UP AND MEDS GIVEN OUT TO GADDIS AND
            WILLIAMS

1745HRS     CHARLES EAST PICKED UP BY LINEVILLE

NIGHTSHIFT REPORT
11/13/2003
TAYLOR/D.HARRIS

| | |
|---|---|
| 1800HRS | INMATE COUNT IS 47 (INCLUDES EAST WHO WENT TO COURT IN LINEVILLE). MONEY ON HAND IS $132.68. |
| 1807HRS | P. MCKINNEY WAS ESCORTED BACK TO E-BLOCK. |
| 1956HRS | PERIMETER CHECK. 10-4 |
| 2030HRS | BAILEY LEFT ON WORK RELEASE. |
| 2127 HRS | CHARLES EAST WAS BROUGHT BACK FROM COURT AT LINEVILLE, WAS STRIP SEARCHED BY TRANSPORT OFFICER AND RETURNED TO C-BLOCK. |
| 2210HRS | BEDTIME MEDS GIVEN. |
| 2310HRS | DEPOSIT MADE FOR $132.68. READY FOR JOAN. |
| 0105HRS | MAIL LOGGED. |
| 0400HRS | TAPE CHANGED OUT. |
| 0528HRS | BAILEY BACK FROM WORK RELEASE. |
| 0600HRS | ENDING COUNT IS 47. DEPOSIT READY FOR JOAN. NO MONEY ON HAND. |

*****NOTE***** TOMMY BAILEY ADVISED THAT BEGINNING ON MONDAY
HIS WORK HOURS WILL BE 0600HRS TO 1430HRS.

*****NOTE***** B. SEARCY AND L. GADDIS BOTH NEED TO GO TO THE
DENTIST AS SOON AS POSSIBLE. PLEASE MAKE APPTS. FOR THEM!!!!!!!

NIGHTSHIFT TOWER LOG
11-13-03
TAYLOR/ HARRIS

A-BLOCK WAS TOLD LAST NIGHT AND THIS MORNING, WHILE 2253 WAS STILL HERE, THAT THEY HAD LOST THEIR TV PRIVILEGES FOR THE DAY. BUT SOMEONE GAVE THE TV BACK.??

IS D 103 THE BATHROOM?

1825HRS    NON MANDATORY HEADCOUNT CONDUCTED.  INMATE IN COMPUTER SHOWING 47 BUT ONLY 46 ARE ACCOUNTED FOR.  THE INMATE THAT IS NOT ACCOUNTED FOR IS CHARLES EAST.  HE LEFT BEFORE NIGHTSHIFT TOOK OVER.

1928HRS    MOP BUCKETS TO THE BACK.

1930HRS    DOORS OPENED.

1951HRS    BAILEY TO THE FRONT TO GET READY FOR WORK.

2030HRS    BAILEY OFF TO WORK.

2031HRS    MOP BUCKETS PICKED UP.  UNIFORMS PICKED UP FROM C AND D BLOCKS TO BE WASHED.

2127HRS    CHARLES EAST BACK TO C-BLOCK.

2130HRS    MANDATORY HEADCOUNT CONDUCTED AND ALL ACCOUNTED FOR.

2140HRS    CELL INSPECTIONS CONDUCTED.

2200HRS    TOTAL LOCKDOWN.

2212HRS    BED MEDS ADMINISTERED.

2239HRS    PERIMETER CHECK CONDUCTED.

2248HRS    2253 TO DISPATCH.

2400HRS    TAPE CHANGED OUT.

0050HRS    WALKTHROUGH CONDUCTED.

0402HRS    2253 TO TOWER.

0406HRS     PERIMETER CHECK CONDUCTED.

0452HRS     WALKTHROUGH CONDUCTED.

0530HRS     BAILEY BACK FROM WORK.

DAY SHIFT TOWER LOG
PEOPLES/BRADLEY/CALFEE
11/14/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, HEAD COUNT COMPLETE |
| 0640HRS | CELL DOORS LOCKED, TRAYS SERVED, MEDS GIVEN TO MCERLRATH, SIMMONS, KELLEY, HOLLENQUEST, GADDIS, BAILEY, MCKINNEY, WILLIAMS |
| 0720HRS | TRAYS PICKED UP |
| 0730HRS | UNLOCK CELL DOORS |
| 0830HRS | MCKINNEY TAKEN TO WORK RELEASE |
| 1049HRS | TANGELA DIGMAN AND SEKEROUS TAYLOR RELEASED PER JUDGE RODCHESTER |
| 1140HRS | ANNIE WILLIAMS HAD A SESURE |
| 1200HRS | LUNCH TRAYS SERVED |
| 1237HRS | NATHANIEL GADDIS AND NELSON MCERLRATH TAKEN UP FRONT TO GET READY TO BE TRANSPORTED BACK, TRAYS PICKED UP |
| 1430HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE |
| 1531HRS | WILLIAM SIMMONS RELEASED PER DOC AND JUDGE RODCHESTER |
| 1546HRS | TANGELA DIGMAN RELEASED PER DOC |
| 1614HRS | ANNIE WILLIAMS BROUGHT BACK TO D BLOCK |
| 1629HRS | BRIAN KELLEY BROUGHT BACK TO B 203, WILLIE STARKS TAKEN UP FRONT TO BE RELEASED TO ALEX CITY WORK RELEASE |
| 1649HRS | WILLIE STARKS RELEASED TO ALEX CITY WORK RELEASE |
| 1700HRS | TRAYS GIVEN OUT, MEDS GIVEN TO SIMMIONS, GADDIS, MCKINNEY, WILLIAMS |

1745HRS    MCKINNEY BROUGHT BACK TO E BLOCK, TRAYS PICKED UP

# NIGHT SHIFT REPORT
# 11/14/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 39. BEGINNING BALANCE IS $100.00

1845HRS    OUTSIDE SECURITY CHECK CONDUCTED

1850HRS    CREWS DRUG STORE DROPPED OFF PRESCRIPTIONS
           FOR TAPLEY AND EDWARDS

1900HRS    CHRIS OLIVER'S FAMILY PICKED UP REST OF HIS
           BELONGINGS

1950HRS    2207 BROUGHT IN WILLIS CHARLES MURPHY ON
           CARRYING A PISTOL WITHOUT A PERMIT

2140HRS    WILLIS MURPHY RELEASED ON BOND WITH COOSA
           BONDING

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 39 INMATES ON HAND. NO MONEY
           TAKEN IN FOR AN ENDING BALANCE OF $100.00

**NIGHTSHIFT TOWER LOG**
**11/14/03**
**KELLEY/HARRIS**

**1800HRS**   **HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 39**

**1930HRS**   **CELL DOORS UNLOCKED/ CLEANING SUPPLIES PASSED OUT**

**2130HRS**   **MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR**

**2150HRS**   **MURPHY RELEASED ON BOND**

**2200HRS**   **TOTAL LOCK DOWN**

**2300HRS**   **WALKTHROUGH CONDUCTED**

**2400HRS**   **CHANGED TAPES**

**0200HRS**   **WALK THROUGH**

**0500HRS**   **TRUSTEES WOKE UP/ ICE GIVEN TO ALL BLOCKS**

*DAYSHIFT TOWER LOG*
*CALFEE / BRADLEY / PEOPLES*
*11/15/03*

**0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT: A- 6 / B-11 / C- 11 / D- 5 / E- 2 / TRUSTEES- 4 / TOTAL OF 39 INMATES.**

0630 HRS.    CELL DOORS LOCKED. BREAKFAST TRAYS SERVED. MEDS WERE GIVEN TO HOLLENQUEST, GADDIS, EDWARDS, WILLIAMS, AND TAPPLEY. RANDOM HEAD COUNT: **A- 6 / B-11 / C- 11 / D- 5 / E- 2 / TRUSTEES- 4 / TOTAL OF 39 INMATES.**

**0651 HRS.    TRAYS PICKED UP. BRIAN KELLEY WAS GIVEN HIS MEDS, THAT HE WAS SUPPOSE TO HAVE LAST NIGHT. ALSO, GADDIS WAS ESCORTED TO THE FRONT TO BE RELEASED PER DOC. KENNETH HARRIS TO VISITATION.**

0704 HRS.    RANDOM HEAD COUNT: **A- 5 / B-11 / C- 11 / D- 5 / E- 2 / TRUSTEES- 4 / TOTAL OF 38 INMATES.**

**0711 HRS.    GADDIS RELEASED PER DOC.**

**0715 HRS.    HARRIS BACK FROM VISITATION.**

**0728 HRS.    JOHNNY KIRKPATRICK TO VISITATION.**

**0730 HRS.    CELL DOORS OPENED.**

**0747 HRS.    KIRKPATRICK BACK FROM VISITATION. JAMAR MILTON AND KIRBY BARNETT MOVED TO A BLOCK.**

**0755 HRS.    MARCUS SMITH TO VISITATION.**

**0812 HRS.    SMITH BACK FROM VISITATION.**

**0827 HRS.     MCKINNEY TO WORK RELEASE.**

**0852 HRS.    WILLY JACKSON TO VISITATION.**

**0912 HRS.    JACKSON BACK FROM VISITATION.**

**0908 HRS.    RONALD DAYS TO VISITATION.**

**0919 HRS.    JERRY OLIVER RELEASED TO SHELBY CO.**

**0924 HRS.    DAYS BACK FROM VISITATION.**

**0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT: A-7 / B-10 / C-10 / D-5 / E-2 / TRUSTEES-3 / TOTAL OF 37 INMATES.**

0934 HRS.     BILLY HERRON TO VISITATION.

0951 HRS.     HERRON BACK FROM VISITATION.

1027 HRS.     RANDOM HEAD COUNT: A-7 / B-10 / C-10 / D-5 / E-2 / TRUSTEES-3 / TOTAL OF 37 INMATES.

1056 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO EDWARDS AND KELLY.

1130 HRS.     TRAYS PICKED UP.

1201 HRS.     RANDOM HEAD COUNT: A-7 / B-10 / C-10 / D-5 / E-2 / TRUSTEES-3 / TOTAL OF 37 INMATES.

1230 HRS.     CELL DOORS OPENED.

1242 HRS.     TRAVIS PRESSLEY WILL NOT GE T VISITATION, ONLY BEEN HERE 3 DAYS.

1335 HRS.     CHARLES EAST AND CHRIS WALKER TO VISITATION.

1423HRS.     MEDS GIVEN TO DANIEL KELLEY, JENNIFER KELLEY TAKEN TO VISITATION

1438HRS.     JENNIFER KELLEY BACK TO D BLOCK

**1443HRS.     ELIZABETH MCGATHEY TO VISITATION**

**1458HRS.     MCGATHEY BACK TO D BLOCK**

**1653 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO GADDIS, TAPLEY, AND EDWARDS.**

**1725 HRS.     TRAYS PICKED UP. TYLENOL WAS GIVEN TO SCARBOROUGH, PRESSLEY, POWELL, AND EDWARDS.**

**1746 HRS.     MCKINNEY ESCORTED BACK TO E BLOCK FROM WORK RELEASE.**

**NIGHTSHIFT TOWER LOG**
**11/15/03**
**KELLEY/ HARRIS**

1800HRS    HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A
           TOTAL OF 36

1930HRS    CELL DOORS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/
           CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL INMATES
           ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    TRUSTEES WOKE UP/ ICE GIVEN TO ALL BLOCKS

# NIGHT SHIFT REPORT
# 11/15/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 38. BEGINNING BALANCE IS $255.00

1900HRS    OUTSIDE SECURITY CHECK CONDUCTED

2300HRS    2207 BROUGHT IN DONALD BUTLER FOR DUI, AND
JEFFERY MCCULLOUGH FOR PUBLIC INTOXICATION

0400HRS    TAPE CHANGED

0600HRS    END OF SHIFT, 40 INMATES ON HAND. $67.27 TAKEN
IN FOR A TOTAL OF $322.27. DEPOSIT MADE LEAVING
AN ENDING BALANCE OF $0.00

## *DAYSHIFT TOWER LOG*
## *CALFEE / BRADLEY*
## *11/16/2003*

**0600 HRS.    CELL DOORS OPENED.
MANDATORY HEAD COUNT COMPLETED.**

**0630 HRS.    CELL DOORS LOCKED. RANDOM
HEAD COUNT COMPLETED. TRAYS SERVED.
MEDS WERE GIVEN TO HOLLENQUEST,
EDWARDS, D. KELLY, WILLIAMS, AND TAPLEY.
ARTHUR CURRY WAS ESCORTED TO THE
FRONT BY 2215 FOR RULE VIOLATION.**

**0700 HRS.    TRAYS PICKED UP. TOILET TISSUE
ADMINISTERED.**

**0718 HRS.    RANDOM HEAD COUNT
COMPLETED.**

**0730 HRS.    CELL DOORS OPENED.**

**0845 HRS.    MCKINNEY ESCORTED TO THE
FRONT TO SEE THE CHIEF.**

**0852 HRS.    MCKINNEY ESCORTED BACK TO E
BLOCK.**

**0930 HRS.    CELL DOORS LOCKED.
MANDATORY HEAD COUNT COMPLETED.**

**1150 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO EDWARDS.**

**1221 HRS.    TRAYS PICKED UP.**

**1230 HRS.    CELL DOORS OPENED.**

**1319 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR VISITATION.**

**1510 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK.  ALSO, ARTHUR CURRY ESCORTED BACK TO C BLOCK.**

**1616 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1643 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO EDWARDS, KELLY, WILLIAMS, AND TAPLEY.**

# NIGHT SHIFT REPORT
# 11/16/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 38. BEGINNING BALANCE IS $20.00

2230HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0530HRS    TOMMY BAILEY OUT FOR WORK

0600HRS    END OF SHIFT, 38 INMATES ON HAND. NO MONEY
           TAKEN IN FOR AN ENDING BALANCE OF $20.00

# NIGHTSHIFT TOWER LOG
# 11/16/03
# KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 38 |
| 1930HRS | CLEANING SUPPLIES PASSED OUT |
| 1945HRS | POWELL, EAST, SOLLEY, MCGATHEY, KELLEY, AND WILLIAMS TAKEN TO LIBRARY |
| 2040HRS | CLEANING SUPPLIES PICKED UP |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN |
| 2400HRS | CHANGED TAPE OUT |
| 0100HRS | WALK THROUGH CONDUCTED |
| 0400HRS | WALK THROUGH CONDUCTED |
| 0500HRS | TRUSTEES WOKE UP/ ICE TO ALL BLOCKS |

11-17-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$20.00 ON HAND AT THE BEGINNING OF THE SHIFT, $322.27
READY FOR DEPOSIT, $1000.00 BOND FOR THE CLERKS OFFICE.

38 INMATES ACCOUNTED FOR.

INMATE LIST FAXED TO AST.

0726: TALAPOOSA CO ADVISED THEY ARE COMING TO GET
TERRY TAPLEY FOR COURT. THEY ALSO ADVISED WHEN THEY
BRING HER BACK THEY WILL PICK UP ISSAC MAXWELL.

0745: TERRY TAPLEY PICKED UP BY TALLAPOOSA CO FOR
COURT.

0756: OUTGOING MAIL LOGGED AND READY FOR JOAN.

0919: BRIAN HILL TAKEN TO DR WEAVERS OFFICE BY 2212.

0940: DAVID POWELL PICKED UP AT JUVI COURT BY 2203 AND
HELD FOR ELMORE CO ON THEIR WARRANTS

0945: A-BLOCK TAKEN TO THE YARD

1020: B-BLOCK TAKEN TO THE YARD

1055: C-BLOCK TAKEN TO THE YARD

1126: D-BLOCK TAKEN TO THE YARD

1128: INCOMING MAIL LOGGED AND DISTRIBUTED

1217: JUVENILES SCOTT MCCOOK AND JUSTIN CURTIS BROUGHT
TO CODE 1 BY 2202. SUBJECTS WILL BE WATCHED IN THE
DEPUTIES OFFICE BY 2256.

1335: TERRY TAPLEY BACK FROM COURT ISSAC MAXWELL P/U
BY TALLAPOOSA CO FOR COURT

1427: JUVENILE SCOTTIE GILBERT BROUGHT TO CODE 1TO BE
WATCHED UNTIL TRANSPORT.

1445: JUVENILES TRANSPORTED TO LEE CO

1447: DAVID POWELL TRANSPORTED TO COOSA/ELMORE CO
LINE TO BE PICKED UP BY ELMORE CO

1500: TOMMY BAILEY BACK FROM WORK RELEASE

1540: JUVENILE  LADERRICK R MCCOY BROUGHT IN BY 2202 TO
BE WATCHED UNTIL TRANSPORT

1645: JEFF WOOD HERE TO SEE MILTON JAMAR

1700: DINNER TRAY SERVED MEDS TO
EDWARDS,HILL,WILLIAMS

1735: PERRY RUSSELL BROUGHT IN ON NWNI WARRANTS

1800: $60.00 ON HAND AND 38 INMATES

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
11/17/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0715HRS | TRAYS P/U MEDS TO HOLLINQUEST, EDWARDS, TAPLEY, B. KELLEY, AND WILLIAMS ALSO LINIENS P/U |
| 0730HRS | CELL DOORS OPENED |
| 0744HRS | TALLAPOOSA CO HERE TO P/U TERRY TAPLEY FOR COURT |
| 0819HRS | 2212 CHECKED ON RASH ON BRIAN HILL HAS SPREAD TO OTHER PARTS OF BODY APPOINTMENT WITH DR WEAVER WILL BE MADE. |
| 0821HRS | KILPATRICK TAKEN TO FRONT FOR WORK |
| 0919HRS | BRIAN HILL TAKEN TO FRONT FOR DR APPOINTMENT |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 0945HRS | A- BLOCK TAKEN TO YARD |
| 1020HRS | B-BLOCK TO YARD |
| 1055HRS | C-BLOCK TO YARD |
| 1125HRS | D-BLOCK TO YARD, ALSO MAIL PASSED OUT |
| 1200HRS | LUNCH TRAYS SERVED |
| 1225HRS | TRAYS P/U MEDS TO HILL , KELLEY, AND EDWARDS |
| 1230HRS | CELL DOORS OPENED |
| 1301HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1330HRS | TERRY TAPLEY RETURNED FROM TALLAPOOSA CO COURT ISSAC MAXWELL TAKEN TO TALLAPOOSA CO COURT BY A TALLAPOOSA CO DEPUTY. |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1506HRS | TOMMY BAILEY BACK FROM WORK RELEASE |
| 1651HRS | TRAYS SERVED |
| 1728HRS | TRAYS PICKED UP.  MEDS TO TAPLEY, HILL, EDWARDS AND WILLIAMS |
| 1744HRS | MCKINNEY RETURNED TO E-BLOCK FROM WORK RELEASE |
| 1753HRS | 2255 TO THE TOWER, 2214 TO DISPATCH |

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
11/17/03

0600HRS    CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD

0630HRS    CELL DOORS LOCKED TRAYS SERVED

0715HRS    TRAYS P/U MEDS TO HOLLINQUEST, EDWARDS, TAPLEY,
           B. KELLEY, AND WILLIAMS ALSO LINIENS P/U

0730HRS    CELL DOORS OPENED

0744HRS    TALLAPOOSA CO HERE TO P/U TERRY TAPLEY FOR COURT

0819HRS    2212 CHECKED ON RASH ON BRIAN HILL HAS SPREAD TO
           OTHER PARTS OF BODY APPOINTMENT WITH DR WEAVER
           WILL BE MADE.

0821HRS    KILPATRICK TAKEN TO FRONT FOR WORK

NIGHTSHIFT REPORT
11/17/03
TAYLOR/PEOPLES/D.HARRIS


1800HRS     INMATE COUNT IS 38.  PERRY RUSSELL WAITING TO BE
            SERVED J4'S AND BE BOOKED.  MONEY ON HAND IS $60.00.

1924HRS     P. RUSSELL IS NOW BOOKED (WILL PRINT LATER).  ASSIGNED
            TO B-202.  COUNT IS NOW 39.

2016HRS     PERIMETER CHECK.  ALL  DOORS SECURE.

2115HRS     2252 TOOK RUSSELL TO FRONT TO PRINT AND RETURNED HIM
            TO B-BLOCK.

2205HRS     BEDTIME MEDS GIVEN TO B. HILL AND A. WILLIAMS.

2255HRS     OUTGOING MAIL LOGGED.

0400HRS     TAPE CHANGED.

0503HRS     A BLANKET, NUMEROUS TOWELS, SEVEN  ROLLS OF TISSUE,
ETC. WERE FOUND IN A-204, WHICH IS EMPTY.  ITEMS WERE PICKED UP
AND REMOVED BY TRUSTIES AND 2252.

0530HRS     BAILEY LEFT ON WORK RELEASE.

0600HRS      INMATE COUNT IS 39.  TWENTY DOLLARS WAS TAKEN IN
            DURING SHIFT, MAKING THE ENDING BALANCE $80.00.


*****NOTE***** LARISSA GADDIS IS EXPERIENCING SWELLING IN HER
            FEET AND ANKLES AND SAID SHE HAS TURNED IN SEVERAL
            REQUESTS TO SEE A DOCTOR . (SHE IS AROUND 3 MONTHS
            PREGNANT.)

NIGHT SHIFT TOWER LOG
PEOPLES/TAYLOR/HARRIS
11/17/03

| | |
|---|---|
| 1800HRS | SHIFT STARTS OUT WITH 38 INMATES, AND ONE BLACK MALE DOWNSTAIRS NEEDING TO BE BOOKED IN, HARRIS IS ON DISPATCH PATROL WITH 2205 TONIGHT |
| 1914HRS | P. RUSSELL SEARCHED BY 2255 AND TAKEN BACK TO B-BLOCK. |
| 1930HRS | CLEANING SUPPLIES GIVEN TO EACH CELL BLOCK.  LAUNDRY GIVEN BACK. |
| 1956HRS | OUTSIDE SECURITY CHECK COMPLETE |
| 2030HRS | CELL INSPECTIONS CONDUCTED |
| 2130HRS | MANDATORY HEAD COUNT CONDUCTED |
| 2200HRS | TOTAL LOCK DOWN |
| 2223HRS | BED TIME MEDS GIVEN OUT |
| 1200HRS | TOWER TAPE CHANGED |
| 1255HRS | WALK THROUGH CONDUCTED |
| 0300HRS | WALK THROUGH CONDUCTED |
| 0445HRS | TRUSTEES AND BAILEY WOKEN UP |
| 0500HRS | COOLERS TAKEN UP FRONT |
| 0513HRS | COOLERS BROUGHT BACK, 2252 BROUGHT TRUSTEES BACK TO CLEAN UP A 204, THEIR WAS STUFF LEFT IN THEIR FROM THE LAST INMATE |

11-18-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$80.00 ON HAND AT THE BEGINNING OF THE SHIFT. 39 INMATES
ACCOUNTED FOR.

0700: MEDS TO HOLLENQUEST, HILL, KELLEY, EDWARDS, AND
WILLIAMS. RAZORS TO ALL BLOCKS.

0750: 2212 TAKING ANNIE WILLIAMS TO DOCTOR JAMES OFFICE

0820: JAIL MINISTRIES BEGAN

0830: KILPATRICK SIGNED OUT FOR WORK RELEASE

0920: JAIL MINISTRIES OVER

1150: LUNCH TRAYS SERVED MEDS TO KELLEY, HILL, EDWARDS

1249: RAZORS PICKED UP, ALL ACCOUNTED FOR.

1739: MCKINNEY RETURNED FROM WORK. PER 2203, MCKINNEY
WILL BE PICKED UP AT 0730 TOMORROW FOR WORK.

$35.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE
OF $115.00

ISSAC MAXWELL WILL BE RETURNING FROM TALLAPOOSA CO
THIS EVENING. WHEN HE ARRIVES HE IS TO BE RELEASED ON
TIME SERVED.3

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
11/18/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0710HRS | TRAYS P/U MEDS TO HILL, KELLEY, EDWARDS, TAPLEY AND WILLIAMS RAZORS ALSO PASSED OUT |
| 0730HRS | CELL DOORS OPENED |
| 0744HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 0749HRS | ANNIE WILLIAMS TAKEN TO BOOKING TO GO SEE DR JAMES |
| 0820HRS | BLOCKS SET UP FOR MINISTRIES BY MOVING INMATES WHO WISH TO PARTICIPATE FROM C-BLOCK TO B-BLOCK. |
| 0833HRS | MCKINNEY LEFT FOR WORK RELEASE |
| 0923HRS | MINISTRIES OVER, C-BLOCK RETURNED |
| 0930HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1017HRS | ANNIE WILLIAMS RETURNED FROM DR JAMES OFFICE |
| 1143HRS | JEFF WOODS TO SEE MILTON JAMAR |
| 1145HRS | TRAYS SERVED.  MEDS TO KELLEY, EDWARDS AND HILL |
| 1220HRS | TRAYS PICKED UP, MOP BUCKET TO B-BLOCK |
| 1230HRS | CELLS OPENED |
| 1236HRS | 2258 TO THE TOWER, 2214 TO DISPATCH |
| 1249HRS | RAZORS P/U EAST STILL NOT USED |
| 1259HRS | ALL RAZORS ACCOUNTED FOR |
| 1430HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 1445HRS | BAILEY BACK FROM WORK RELEASE |

1700HRS     TRAYS SERVED

1730HRS     TRAYS P/U

1740HRS     PAT BACK FROM WORK

1800HRS     10-42

NIGHTSHIFT REPORT
11/18/03
HARRIS/ KELLEY

SHIFT STARTS WITH $115.00 ON HAND. 39 INMATES ACCOUNTED FOR.

1800HRS    MAXWELL BACK FROM TALLAPOOSA COUNTY.

1807HRS    PERRY CHARLES RUSSELL RELEASED ON BOND.  APPROVED
BY 2204.

1827HRS    ISAAC MAXWELL RELEASED ON TIME SERVED. WHEN
MAXWELL'S PROPERTY WAS RETRIEVED FROM THE PROPERTY CLOSET HE
STATED THAT HIS SHOES AND HAT WERE MISSING. 2253 CALLED 2213 AND
ADVISED HER OF THE SITUATION.

        INMATE COUNT IS NOW 37.  SUPPER MEDS WERE
ADMINISTERED.  THEY WERE NOT ADMINISTERED BY DAYSHIFT.

1923HRS    OUTGOING MAIL LOGGED.

2200HRS    LOCKDOWN. BED MEDS ADMINISTERED.

2339HRS    PERIMETER CHECK CONDUCTED.  DEPUTY DOOR FOUND
UNLOCKED AND WAS THEN SECURED.

0400HRS    TAPE CHANGED.

0450HRS    BAILEY TO THE FRONT TO GET READY FOR WORK.

0500HRS    TRUSTEES UP TO START DAILY DUTIES.

0530HRS    BAILEY OFF TO WORK.

0600HRS    NO MONEY TAKEN IN. INMATE COUNT IS 37. $115.00  DEPOSIT
READY FOR JOAN.

**NIGHTSHIFT TOWER LOG**
**11/18/03**
**KELLEY/D HARRIS**

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL 39 |
| 1807HRS | PERRY CHARLES RUSSELL RELEASED ON BOND |
| 1820HRS | ISAAC MAXWELL RELEASED ON TIME SERVED |
| | INMATE COUNT IS NOW 37. SUPPER MEDS WERE ADMINISTERED. THEY WERE NOT GIVEN BY DAYSHIFT. |
| 1930HRS | CELL DOORS OPENED/ CLEANING SUPPLIES PASSED OUT /CLEAN UP BEGINS |
| 2045HRS | MOP BUCKETS PICKED UP. |
| 2130HRS | MANDATORY HEADCOUNT CONDUCTED AND CORRECT. |
| 2200HRS | LOCKDOWN. |
| 2205HRS | BEDTIME MEDS ADMINISTERED |
| 2330HRS | OUTSIDE SECURITY CHECK COMPLETED |
| 2400HRS | CHANGED OUT TAPES |
| 0145HRS | WALKTHROUGH CONDUCTED. |
| 0345HRS | WALKTHROUGH CONDUCTED. |
| 0448HRS | COOLERS TO THE FRONT. |
| 0450HRS | BAILEY TO THE FRONT TO GET READY FOR WORK. |

## DAYSHIFT TOWER LOG
## CALFEE / BRADLEY
## 11/19/03

**0600 HRS.    CELL DOORS OPENED.
MANDATORY HEAD COUNT: A-7 / B-10 / C-10 / D-5
/ E-2 / TRUSTEES-3 / TOTAL OF 37 INMATES.**

0630 HRS.    CELL DOORS LOCKED. RANDOM
HEAD COUNT: **A-7 / B-10 / C-10 / D-5 / E-2 /
TRUSTEES-3 / TOTAL OF 37 INMATES. TRAYS
SERVED. TOILET TISSUE ADMINISTERED. MEDS
WERE GIVEN TO EDWARDS, HOLLENQUEST,
HILL, KELLY, EDWARDS, WILLIAMS, AND
TAPLEY.**

**0656 HRS.    TRAYS PICKED UP.**

**0716 HRS.    MCKINNEY ESCORTED TO THE
FRONT FOR WORK RELEASE.**

**0720 HRS.    RANDOM HEAD COUNT
COMPLETED.**

**0730 HRS.    CELL DOORS OPENED.**

**0833 HRS.    RUSSELL DINGMAN, CHARLES
CANNON,RODERICK EDWARDS, TRAVIS
PRESLEY, ANNIE WILLIAMS, ARTHUR CURRY,
BILLY HERRON, JOHNNY KIRKPATRICK, AND**

GREG SOLLEY ESCORTED TO THE FRONT TO GO TO COURT.

0839 HRS.    JOHN MILLER ESCORTED BACK TO C203.

0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

0939 HRS.    LACRESSA GADDIS ESCORTED TO THE FRONT, SO GWPD COULD ESCOURT HER TO THE HEALTH DEPT.

1027 HRS.    LACRESSA GADDIS ESCORTED BACK TO D BLOCK AFTER HER APPT WITH THE HEALTH DEPT.

1117 HRS.    DINGMAN, AND KIRKPATRICK RETURNED FROM COURT.

1123 HRS.    INMATES RETURNED BACK TO B BLOCK FROM COURT.

1130 HRS.    INMATES BACK TO C BLOCK FROM COURT.

1140 HRS.    ANNIE WILLIAMS ESCORTED BACK TO D BLOCK FROM COURT.

1146 HRS.    BILLY HERRON ESCORTED TO THE FRONT TO BE RELEASED.

1147 HRS.    CLARENCE OLIVER MALONE RELEASED ON FINES PAID.

1153 HRS.    TRAYS SERVED.

1212 HRS.    RANDOM HEAD COUNT COMPLETED.

1208 HRS.    BILLY HERRON RELEASED ON TIME SERVED.

1232 HRS.    CELL DOORS OPENED.

1241 HRS.    TRAYS PICKED UP. MEDS WERE GIVEN TO ANNIE WILLIAMS, RODERICK EDWARDS, BRIAN HILL, AND BRYAN KELLY.

1302 HRS.    SOLLEY AND FLOYD ESCORTED TO COURT.

1322 HRS.    MAIL PASSED OUT.

1429 HRS.    JOHN MILLER ESCORTED TO THE FRONT TO SEE 2204.

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

1435 HRS.    MILLER BACK FROM THE FRONT. DANIEL BARNETT WAS GIVEN SOME TYLENOL.

**1453 HRS.     SOLLEY AND FLOYD BACK FROM COURT.**

**1527 HRS.     GREG SOLLEY TO THE LIBRARY TO SEE HIS ATTY.**

**1530 HRS.     SOLLEY BACK TO C BLOCK.**

**1623 HRS.     TOMMIE WESTER RELEASED ON APPEAL BOND.**

**1652 HRS.     JIMMY REEVES ESCORTED TO THE FRONT TO BE RELEASED.**

**1700 HRS.     TRAYS SERVED.**

**1723 HRS.     TRAYS PICKED UP. MEDS WERE GIVEN TO WILLIAMS, TAPLEY, HILL, RODERICK EDWARDS, AND BRYAN KELLY.**

**1746 HRS.     MCKINNEY ESCORTED BACK FROM WORK RELEASE.**

# NIGHT SHIFT REPORT
# 11/19/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 37. BEGINNING BALANCE IS $34.26

0100HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0530HRS    TOMMY BAILEY OUT FOR WORK

0600HRS    END OF SHIFT, 37 INMATES ON HAND. NO MONEY
               TAKEN IN FOR AN ENDING BALANCE OF $34.26

**NIGHTSHIFT TOWER LOG**
**11/19/03**
**KELLEY/HARRIS**

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 37

1930HRS    CELL DOORS UNLOCKED/ CLEANING SUPPLIES
PASSED OUT/ CLEAN UP BEGINS/ TOILET PAPER
PASSED OUT

1950HRS    MCGATHEY, JENNIFER KELLY, TERRY TAPLEY,
LARISSA GADDIS TAKEN FORM D-BLOCK TO
LIBRARY FOR BOOKS

2045HRS    2251 PICKED UP CLEANING SUPPLIES

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2245HRS    OUTSIDE SECURITY CHECK COMPLETED

2400HRS    CHANGED OUT TAPES

0400HRS    WALK THROUGH CONDUCTED

0500HRS    TRUSTEES WOKE UP/ ICE GIVEN TO ALL BLOCKS

## *DAYSHIFT TOWER LOG*
## *CALFEE / BRADLEY*
## *11/20/03*

**0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.**

**0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. TRAYS SERVED. MEDS WERE GIVEN TO RODERICK EDWARDS, RICKY EDWARDS, HOLLENQUEST, HILL, BRYAN KELLY, WILLIAMS, AND TAPLEY. TOILET TISSUE WAS ALSO ADMINISTERED.**

**0656 HRS.    TRAYS PICKED UP.**

**0712 HRS.    RANDOM HEAD COUNT COMPLETED.**

**0730 HRS.    CELL DOORS OPENED.**

**0759 HRS.    JOHN MILLER ESCORTED TO THE FRONT TO BE RELEASED.**

**0805 HRS.    JOHN MILLER RELEASED ON TIME SERVED.**

**0856 HRS.    RANDOM HEAD COUNT COMPLETED.**

**0922 HRS.    TRAVIS PRESSLEY ESCORTED TO THE LIBRARY TO SEE 2204.**

**0923 HRS.    TRAVIS PRESSLEY BACK TO C BLOCK.**

**0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**0946 HRS.    MARCUS SMITH ESCORTED TO THE FRONT TO BE RELEASED ON BOND.**

**0954 HRS.    MARCUS SMITH RELEASED ON BOND.**

**1049 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1200 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO RODERICK EDWARDS, HILL, AND WILLIAMS.**

**1222 HRS.    BRYAN KELLY ESCORTED TO THE FRONT.**

**1217 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1230 HRS.    CELL DOORS OPENED.**

**1232 HRS.    TRAYS PICKED UP. KELLY BACK TO B BLOCK.**

**1250 HRS.    PADS WERE GIVEN TO ELIZABETH MCGATHEY.**

**1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1457 HRS.    BAILEY BACK FROM WORK RELEASE.**

**1621 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1651 HRS.    TRAYS SERVED.**

**1715 HRS.    TRAYS PICKED UP. MEDS WERE GIVEN TO HILL, RODERICK EDWARDS, WILLIAMS, AND TAPLEY.**

**1717 HRS.    BRYAN HILL ESCORTED TO THE FRONT TO TRUSTEE STATUS.**