# EXHIBIT F

# November Shift Logs
# Part II

# NIGHT SHIFT REPORT
# 11/20/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 35. BEGINNING BALANCE IS $46.26

2300HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0530HRS    TOMMY BAILEY OUT FOR WORK

0600HRS    END OF SHIFT, 35 INMATES ON HAND. NO MONEY
           TAKEN IN FOR AN ENDING BALANCE OF $46.26

# NIGHTSHIFT TOWER LOG
## 11/20/03
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
           ACCOUNTED FOR A TOTAL OF 35

1930HRS    CELL DOORS UNLOCKED/ CLEANING SUPPLIES
           PASSED OUT/ CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP

2130HRS    HEADCOUNT CONDUCTED

2200HRS    LOCKDOWN

2300HRS    OUTSIDE SECURITY CHECK CONDUCTED

2400HRS    TAPE CHANGED

11-21-2003
DAY SHIFT REPORT
LIPSCOMB/GREEN

$46.26 ON HAND AT THE BEGINNING OF THE SHIFT, 35 INMATES
ACCOUNTED FOR.

0627: BREAKFAST SERVED, TISSUE OFFERED TO ALL BLOCKS
FOR THE DAYROOM BATHROOMS.

0700: TRAYS PICKED UP, MEDS TO RICKY EDWARDS, RODERICK
EDWARDS, BRIAN HILL, BRYAN KELLEY, J. HOLLANQUEST, A.
WILLIAMS AND T. TAPLEY. ORAL PAIN RELIEVER AND
TYLENOL GIVEN TO MCGATHEY FOR TOOTH ACHE. RAZORS
OFFERED TO ALL INMATES. CLIPPERS SIGNED OUT BY SMOOT
IN B-BLOCK.

0824: MCKINNEY'S MOTHER HERE TO PICK HIM UP FOR WORK.

0922: TERRY WAYNE PARSON BROUGHT INTO CODE 1 BY 2202
AND 2212 TO BE HELD FOR A HEARING. PLACED IN DETOX.

0945: WILBANKS HERE TO SEE PARSON IN THE EXAM ROOM.

1012: MCGATHEY BROUGHT TO THE HOLDING CELL FOR
MEDICAL OBSERVATION.

1030: HILYER HERE TO SEE PARSON IN THE EXAM ROOM.

1043: PARSON ESCORTED TO THE PROBATE COURT BY 2202 AND
2212.

1155: 2212 AND 2214 TO TRANSPORT PARSON TO HILLCREST
HOSPITAL PER JUDGE MITCHELL ORDER

1450: TOMMY BAILEY IN FROM WORK RELEASE

1630: 2212 AND 2214 BROUGHT SMITH, DERRICK LAMONT TO
CODE 1 ON WARRANTS FROM SYLACAUGA P.D. WHILE
ENROUTE TO CODE 1 WITH THE SUBJECT, A FAMILY MEMBER

PAID THE FINE AT THE CLERK'S OFFICE AND A WARRANT
RECALL WAS ISSUED. MR. SMITH WAS RELEASED UPON
ARRIVAL. HAD NO DEPUTY AVAILABLE TO EXECUTE WARRANT
DUE TO 10-97, 10-32 CALL AT MARY BELYEU'S RESIDENCE

RECEIVED FAX FROM ROBINSON FOUNDRY ADVISING TOMMY
BAILEY WOULD BE NEEDED AT WORK 11/22/03 AT 0700 HRS.
APPROVED BY 2213 WHO WAS UNABLE TO REACH 2203

CARLISLE DRUG CALLED AND ADVISED THAT KILPATRICK
MCKINNEY MAY BE 15 TO 20 MINUTES LATE RETURNING FROM
WORK TONIGHT. 1707HRS

KILPATRICK MCKINNEY IN FROM WORK RELEASE 1748HRS.
SEARCHED BY 2256, DRESSED OUT AND TAKEN TO E-BLOCK
ALSO PAID FIVE DOLLARS ON ACCOUNT OWES $34.70.

BALANCE AT END OF SHIFT $84.90.

# DAY SHIFT TOWER LOG
## 11-21-03
## LIPSCOMB, GREEN

| | |
|---|---|
| 0600HRS | CELL DOORS UNLOCKED AND MANDATORY HEAD COUNT DONE |
| 0630HRS | CELL DOORS LOCKED AND TRAYS SERVED |
| 0700HRS | TRAYS PICKED UP AND RAZORS PASSED OUT, MEDS GIVEN TO HOLLENQUEST, HILL, KELLY, WILLIAMS, TAPLEY, RICKY EDWARDS, RODERICK EDWARDS, ALSO ORIGEL AND TYLENOL GIVEN TO MCGATHEY |
| 0730HRS | CELL DOORS UNLOCKED |
| 0743HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 0800HRS | 2214 TO DISPATCH, 2256 IN THE TOWER |
| 0930HRS | LOCK CELL DOORS AND TOOK HEAD COUNT |
| 0940HRS | 2213 BACK TO SPEAK WITH MCGATHEY ABOUT HER TOOTHACHE. 2213 ADVISED MCGATHEY TO GET HER WASHCLOTH FROM HER ROOM AND APPLY WARM COMPRESSES UNTIL AN EARLIER APPOINTMENT COULD BE MADE WITH DR. CURRY. MCGATHEY PROCEEDED TO HER ROOM BUT DID NOT BRING HER WASHCLOTH OUT. 2213 WILL ATTEMPT TO GET AN EARLIER APPOINTMENT WITH DR. CURRY TO MANAGE HER PAIN. |
| 0945HRS | HOLDING TERRY WAYNE PARSONS FOR MENTAL EVALUATION BY CHEAHA MENTAL HEALTH |
| 1015HRS | MCGATHEY TAKEN UP FRONT TO HOLDING CELL FOR MEDICAL OBSERVATION |
| 1200HRS | TRAYS SERVED |
| 1230HRS | TRAYS PICKED UP. MEDS GIVEN TO RODERICK EDWARDS, BRYAN HILL, BRYAN KELLEY, ANNIE WILLIAMS, AND MCGATHEY WAS GIVEN TYLENOL. MAIL PASSED OUT. CELLS DOORS OPENED. |
| 1440HRS | CELLS LOCKED |
| 1450HRS | TRUSTEE BAILEY BACK FROM WORK RELEASE. STRIP SEARCHED AND DRESSED OUT BY 2256. RETURNED TO E BLOCK. |
| 1629HRS | ANNIE WILLIAMS GIVEN NAPROXEN 500 MG. |

1630HRS     2214 TO THE TOWER, 2256 TO DISPATCH
1638HRS     PICK UP ROZORS
1653HRS     DINNER TRAYS SERVED
1700HRS     UNZELL POWELL COMPLAINED THAT THE BEANS
            ARE BURNED.  2256 CHECKED IT OUT.
1723HRS     TRAYS PICKED UP
1730HRS     MEDS ADMINISTERED TO ANNIE WILLIAMS,
            RODERICK EDWARDS, BRYAN KELLEY, BRIAN HILL
1805HRS     2252 TO THE TOWER, 2214 TO DISPATCH

NIGHTSHIFT REPORT
11/21/03
TAYLOR/ D. HARRIS

SHIFT STARTS WITH $84.90 ON HAND AND 36 INMATES ACCOUNTED FOR.

2050HRS      PERIMETER CHECK CONDUCTED.  10-4

2200HRS      NO BEDTIME MEDS TO GIVE.  NO REQUESTS FOR "AS NEEDED"
             MEDS.

0116HRS      PERIMETER CHECK.  10-4

0207HRS      ARTHUR CURRY WAS LOCKED DOWN IN HOLDING FOR
             YELLING, BEATING ON HIS DOOR, AND CURSING LOUD
             ENOUGH TO WAKE EVERYONE IN THE JAIL.  HE WAS ANGRY
             BECAUSE HE SAID HE WAS COLD (THE A.C. WAS NOT ON  AND
             HAD NOT BEEN ON SINCE LOCKDOWN.)  HE CONTINUED THE
             PROFANITY AND LOUDNESS EVEN AFTER BEING PUT INTO
             HOLDING.

0400HRS      TAPE CHANGED OUT.

0525HRS      BAILEY'S WIFE CAME TO PICK HIM UP AT THE USUAL TIME
             BUT WAS TOLD HE COULDN'T LEAVE UNTIL 0630 HRS.  SHE
             SAID SHE PROBABLY COULDN'T COME BACK TO GET HIM
             LATER.  TOMMY WAS ADVISED.

0600HRS      ENDING MONEY IS THE SAME AT $84.90 AND THE COUNT IS
             STILL 36.

NIGHTSHIFT TOWER LOG
11/21/03
TAYLOR/D.HARRIS

1800HRS    INMATE COUNT IS 36.

1824HRS    TOLD POWELL AND WALKER THEY COULD NOT SIT ON STAIRS AND VISIT.

1854HRS    MCGATHEY ASKED FOR TYLENOL AND TO HAVE HER DOOR UNLOCKED EARLY. SHE WAS ASKED TO WAIT TO GO IN AT 1930HRS AND TOLD SHE WOULD GET TYLENOL WHEN WE COULD GET IT BACK TO HER.

1901HRS    NON-MANDATORY HEADCOUNT . ALL ACCOUNTED FOR.

1930HRS    CELL DOORS OPENED. CLEANING SUPPLIES GIVEN TO EACH CELL BLOCK.

1950HRS    JENKINS AND EAST IN C-BLOCK WERE STANDING AT THE TOP OF THE STAIRS AND LOOKING OUT THE WINDOW. THEY WERE TOLD NOT TO STAND ON BALCONY. BOTH COMPLIED.

2036HRS    CLEANING SUPPLIES PICKED UP. UNIFORMS COLLECTED FROM A AND B BLOCKS TO BE WASHED.

2048HRS    PERIMETER CHECK CONDUCTED. 10-4

2057HRS    CELL INSPECTIONS .

2130HRS    MANDATORY HEADCOUNT. 36 ACCOUNTED FOR.

2200HRS    LOCKDOWN. BEDTIME MEDS GIVEN.

0207HRS    CURRY TAKEN UP FRONT FOR 23HRS. ORIGINALLY HE WAS TAKEN UP FRONT FOR BEATING ON THE DOOR. BUT WHEN 2252 CAME BACK TO GET HIM HE STARTED CUSSING HER FROM THE GET GO. HE CALLED 2252 AND 2253 PREJUDICE, LIARS, AMONGST OTHER NAMES.

0356HRS    WALKTHROUGH CONDUCTED.

11-22-2003
DAY SHIFT REPORT
LIPSCOMB/PEOPLES

$94.90 ON HAND AT THE BEGINNING OF THE SHIFT, 36 INMATES
ACCOUNTED FOR.

TOMMY BAILEY DID NOT GO TO WORK TODAY. HIS WIFE WAS
HERE TO PICK HIM UP AT 0530 AND WAS TOLD HE COULD NOT
LEAVE UNTIL 0630. SHE HAD TO BE AT WORK AND COULD NOT
WAIT FOR HIM.

0700HRS    VISITATION BEGAN

0830HRS    MCKINNEY RELEASED FOR WORK RELEASE

1110HRS    ANNIE WILLIAMS RELEASED ON PROPERTY BOND

1237HRS    2204, 10-15 WITH JESSIE RANDY SEARCY, SUBJECT
PROCESSED AND RELEASED ON SIGNATURE BOND ON CHARGES
OF CRIMINAL TRESPASS 3RD AND HARASSING
COMMUNICATIONS.

1400HRS    LUNCH MEDS ADMINISTERED TO MCGATHEY, KELLY
AND RODERICK EDWARDS.

1500HRS    VISITATION OVER WITHOUT INCIDENT

1530HRS    MEDS BROUGHT IN FOR BRYAN KELLEY BY HIS
FATHER. HIS NIGHT MED WAS ONLY AVAILABLE IN 1MG
TABLET SO HE WILL GET 2 AT BEDTIME. HE WAS
ADMINISTERED THE MEDICATION AT 1540.

1730HRS    SUPPER MEDS ADMINISTERED TO KELLEY,
RODERICK EDWARDS, ELIZABETH MCGATHEY.

1734HRS    MCKINNEY RETURNED FROM WORK

$120.00 RECEIVED DURING VISITATION FOR AN ENDING
BALANCE OF $204.90

DAY SHIFT TOWER LOG
PEOPLES/LIPSCOMB
11/22/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE WITH 36 INMATES |
| 0630HRS | DOORS LOCKED, BREAKFAST TRAYS SERVED, LAUNDRY PICKED UP |
| 0718HRS | TRAYS PICKED UP, MEDS GIVEN OUT TO EDWARDS, HILL, HOLLENQUEST, KELLEY, WILLIAMS |
| 0725HRS | 2214 TO THE TOWER, 2255 TO DISPATCH |
| 0730HRS | HOLLANQUEST AND KIRKPATRICK TAKEN TO VISITATION |
| 0732HRS | CELLS OPENED |
| 0825HRS | K HARRIS TO VISITATION |
| 0835HRS | MCKINNEY LEFT FOR WORK |
| 0928HRS | KELLEY, NIXON AND DAYS TO VISITATION |
| 0930HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 0952HRS | JACKSON TO VISITATION |
| 1053HRS | ANNIE WILLIAMS TAKEN TO BOOKING TO BOND OUT |
| 1110HRS | WILLIAMS RELEASED ON PROPERTY BOND |
| 1232HRS | BARNETT AND EAST TO VISITATION |
| 1236HRS | CELLS OPENED |
| 1318HRS | 2255 TO THE TOWER, 2214 TO DISPATCH |
| 1351HRS | JESSIE SEARCY RELEASED ON BOND |
| 1410HRS | JENNIFER KELLEY TAKEN TO VISITATION |
| 1425HRS | KELLEY BACK TO D BLOCK |
| 1430HRS | ELIZBETH MCGATHY AND LARRISSA GADDIS TAKEN TO VISITATION |
| 1445HRS | MCGATHEY AND GADDIS BROUGHT BACK TO D BLOCK |
| 1652HRS | TRAYS SERVED |
| 1734HRS | LAUNDRY HANDED OUT, TRAYS PICKED UP |
| 1742HRS | LAUNDRY TAKEN BACK OUT BECAUSE IT WAS STILL WET |

NIGHTSHIFT REPORT
11/22/03
TAYLOR/D. HARRIS

1800HRS    INMATE COUNT IS 35.  MONEY ON HAND IS $204.90.

1827HRS    OUTGOING MAIL LOGGED.

1950HRS    PERIMETER CHECK.  10-4

2200HRS    BEDTIME MEDS GIVEN TO MCGATHEY AND B. KELLEY.

0036HRS    PERIMETER CHECK.  ALL SECURE.

0400HRS    TAPE CHANGED OUT.

0600HRS    COUNT IS STILL 35 AND MONEY IS THE SAME AT $204.90.

## NIGHTSHIFT TOWER LOG
## 11/22/2003
## TAYLOR/ D. HARRIS

**1800HRS  NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT 35.  RANDY SEARCY WAS NOT TAKEN OUT OF THE COMPUTER WHEN HE BONDED OUT.  2252 TOOK HIM OUT.**

**1931HRS  DOORS UNLOCKED.**

**1940HRS  CLEANING SUPPLIES TO ALL BLOCKS.**

**2042HR   CLEANING SUPPLIES PICKED UP.**

**2140HRS  MANDATORY HEADCOUNT CONDUCTED.**

**2144HRS  CELL INSPECTIONS CONDUCTED.**

**2200HRS  LOCKDOWN.  BED MEDS ADMINISTERED.**

**0000HRS  TAPE CHANGED.**

**0147HRS  WALKTHROUGH CONDUCTED.**

**0401HRS  WALKTHROUGH CONDUCTED.**

**0445HRS  COOLERS TO THE FRONT**

**0500HRS  COOLERS TO ALL BLOCKS.**

11-23-2003
DAY SHIFT REPORT
LIPSCOMB/GREEN

$204.90 ON HAND AT THE BEGINNING OF THE SHIFT, 35 INMATES
ACCOUNTED FOR.

0627: BREAKFAST TRAYS SERVED

0700: MEDS TO RICKY EDWARDS, HILL, HOLLENQUEST,
RJODERICK EDWARDS, KELLEY, AND MCGATHEY.  TYLENOL TO
MCGATHEY AND TAPLEY.  BENADRYL TO MCKINNEY.

0846: BRYAN KELLEY BROUGHT TO THE HOLDING CELL FOR
OBSERVATION.  KELLEY COMPLAINED THAT HE SLIPPED AND
HIS BACK IS CAUSING HIM EXTREME PAIN.  ALSO, DUE TO
BEING OFF HIS MEDICATION FOR TWO DAYS HE IS NOT ABLE TO
FOCUS AND IS LIGHT HEADED.  HE WAS GIVEN HIS MEDICATION
THIS MORNING.  HE WAS GIVEN A MAT AND WILL BE CHECKED
ON PERIODICALLY.

CONTACTED 2213, SHE ADVISED TO CONSULT WITH 2204 FOR
FURTHER ACTION TO BE TAKEN ON KELLEY.

PER 2204, THE TOWER WILL NOTE THE STATUS OF KELLEY ON A
30 MIN SCHEDULE.  AN APPOINTMENT WITH THE DR WILL NEED
TO BE ARRANGED ON MONDAY.

1026: KELLEY ADVISED "IF THEY'RE NOT GOING TO DO
ANYTHING" HE FEELS BETTER AND WANTS TO GO BACK TO B-
BLOCK.

1105: 2214 CHECKED KELLEY'S B/P AFTER HE FELL OUT, 112/80.

1257: 2204 BROUGHT IN BRANDON FULLER ON A T.O.P. 2ND
WARRANT,  FULLER WAS PROCESSED AND ASSIGNED TO DETOX
PENDING BOND.

1305: BUSSIE, SEARCY, MCKINNEY AND BAILEY VISITATION

1437: 2204 BROUGHT IN ANDREA LEIGH MURCHINSON ON AN N.W.N.I. WARRANT. MURCHINSON WAS PROCESSED AND RELEASED ON A $500.00 SIGNATURE BOND BY TOMMIE LEIGH MILLER.

1600: TERRY TAPLEY COMPLAINED OF HAVING A SEIZURE. SHE WAS BROUGHT TO THE HOLDING CELL FOR OBSERVATION. 2213 WAS CONTACTED AND APPROVED THE MOVE.\

1740: SUPPER MED TO RODERICK EDWARDS, BRYAN KELLEY, MCGATHEY.

$30.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $234.90.

# DAY SHIFT TOWER LOG
## 11-23-03
## GREEN / LIPSCOMB

0600HRS    CELL DOORS UNLOCKED AND MANDATORY HEAD COUNT
COMPLETE

0630HRS    CELL DOORS LOCKED AND TRAYS SERVED

0700HRS    TRAYS PICKED UP AND MEDS GIVEN TO RICKY EDWARDS,
HILL, HOLLENQUEST, RODERICK EDWARDS, BRAIN KELLY,
MCGATHEY, TYLENOL TO MCGATHEY AND TAPLEY,
BENADRYL TO MCKINNEY

0730HRS    CELL DOORS OPENED

0845HRS    BRIAN KELLY IN B BLOCK SAYS HE HAS BEEN HAVING
SYMPTOMS HE ASSOCIATES WITH PAST SEIZURES WE ARE
GOING TO PLACE HIM IN HOLDING FOR EVALUATION

0930HRS    LOCKED CELL DOORS AND CONDUCTED HEAD COUNT ALSO
KELLY IN HOLDING HAS JUST BEEN SETTING OF LAYING
DOWN NO OBVIOUS SIGNS OF SEIZURES YET

1030HRS    I 2256 HAVE BEEN OBSERVING KELLY IN HOLDING STILL NO
PROBLEMS/ HE HAS BEEN WALKING AROUND AND SETTING

1100HRS    KELLY IN HOLDING HAS FELL DOWN 2214 HAS WENT IN TO
CHECK ON HIM / HE TALK TO HIM AND GOT HIM ON THE
BENCH // HE IS CURRENTLY CHECKING HIS BP AND FURTHER
EVALUATING HIM AT THIS TIME

1200HRS    TRAYS SERVED // ALSO NOTED THE OBVIOUS WELLNESS OF
KELLY IN HOLDING HE WAS COMPLAINING OF BACK PAIN
BUT TO CONTRADICT HIS CLAIM I 2256 HAVE WATCHED HIM
BEND, STRETCH, WALK AND DO VARIOUS THINGS AN
INDIVIDUAL IN HIS SUPPOSED CONDITION WOULD NOT BE
ABLE TO DO

1230HRS    CELL DOORS UNLOCKED

1252HRS    2214 TO THE TOWER, 2256 TO DISPATCH

1300HRS    KELLEY LAYING ON MAT

1303HRS    TRUSTEE VISITATION STARTED

1320HRS     MCKINNEY TO VISITATION

1400HRS     KELLEY STILL LAYING ON THE MAT

1440HRS     KELLEY RETURNED TO B-BLOCK TO MAKE ROOM IN HOLDING
FOR FEMALE SUBJECT

1445HRS     CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT

1500HRS     TRUSTEE VISITATION OVER, MCKINNEY AND BAILEY
RETURNED TO E-BLOCK

1520HRS     2214 TO FRONT 2256 BACK IN THE TOWER

1600HRS     TAPLEY IS HAVING SEIZURE SEEMS TO BE SERIOUS
CONTACTING 2213 AT THIS TIME ALSO 2205 IN D BLOCK
AT THIS TIME TAPLEY WILL BE MOVED TO THE FRONT

1640HRS     2214 HAS CHECKED ON TAPLEY AND SHE SAYS SHE'S FINE
AND WOULD LIKE TO RETURN TO THE BACK

1653HRS     2214 TO THE TOWER, 2256 TO DISPATCH

1720HRS     2256 TO THE TOWER, 2214 TO DISPATCH

1750HRS     TRAYS PICKED UP AND MEDS GIVEN TO RODERICK EDWARDS,
HILL AND MCGATHEY

1800HRS     GREEN LEAVING

### NIGHTSHIFT REPORT
### 11/23/2003
### TAYLOR/ D. HARRIS

1800HRS  SHIFT STARTS WITH $234.90 AND 36 INMATES ACCOUNTED FOR.

BRANDON FULLER IN DETOX PENDING BOND.  TAPLEY STILL IN HOLDING CELL FOR MEDICAL OBSERVATION.

1934HRS  FULLER RELEASED ON PROPERTY BOND.  COUNT IS NOW 35.

1940HRS  TAPLEY WAS TAKEN BACK TO D-BLOCK.

2200HRS  BED MEDS ADMINISTERED.

2309HRS  PERIMETER CHECK.  10-4

0056HRS  OUTGOING MAIL LOGGED.

0400HRS  TAPE CHANGED.

0530HRS  BAILEY LEFT FOR WORK.

0600HRS  INMATE COUNT IS 35.  MONEY ON HAND IS $234.90.

# DAY SHIFT TOWER LOG
## 11-23-03
## GREEN / LIPSCOMB

| | |
|---|---|
| 0600HRS | CELL DOORS UNLOCKED AND MANDATORY HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED AND TRAYS SERVED |
| 0700HRS | TRAYS PICKED UP AND MEDS GIVEN TO RICKY EDWARDS, HILL, HOLLENQUEST, RODERICK EDWARDS, BRAIN KELLY, MCGATHEY, TYLENOL TO MCGATHEY AND TAPLEY, BENADRYL TO MCKINNEY |
| 0730HRS | CELL DOORS OPENED |
| 0845HRS | BRIAN KELLY IN B BLOCK SAYS HE HAS BEEN HAVING SYMPTOMS HE ASSOCIATES WITH PAST SEIZURES WE ARE GOING TO PLACE HIM IN HOLDING FOR EVALUATION |
| 0930HRS | LOCKED CELL DOORS AND CONDUCTED HEAD COUNT ALSO KELLY IN HOLDING HAS JUST BEEN SETTING OF LAYING DOWN NO OBVIOUS SIGNS OF SEIZURES YET |
| 1030HRS | I 2256 HAVE BEEN OBSERVING KELLY IN HOLDING STILL NO PROBLEMS/ HE HAS BEEN WALKING AROUND AND SETTING |
| 1100HRS | KELLY IN HOLDING HAS FELL DOWN 2214 HAS WENT IN TO CHECK ON HIM / HE TALK TO HIM AND GOT HIM ON THE BENCH // HE IS CURRENTLY CHECKING HIS BP AND FURTHER EVALUATING HIM AT THIS TIME |
| 1200HRS | TRAYS SERVED // ALSO NOTED THE OBVIOUS WELLNESS OF KELLY IN HOLDING HE WAS COMPLAINING OF BACK PAIN BUT TO CONTRADICT HIS CLAIM I 2256 HAVE WATCHED HIM BEND, STRETCH, WALK AND DO VARIOUS THINGS AN INDIVIDUAL IN HIS SUPPOSED CONDITION WOULD NOT BE ABLE TO DO |
| 1230HRS | CELL DOORS UNLOCKED |
| 1252HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1300HRS | KELLEY LAYING ON MAT |
| 1303HRS | TRUSTEE VISITATION STARTED |

1320HRS    MCKINNEY TO VISITATION

1400HRS    KELLEY STILL LAYING ON THE MAT

1440HRS    KELLEY RETURNED TO B-BLOCK TO MAKE ROOM IN HOLDING
           FOR FEMALE SUBJECT

1445HRS    CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT

1500HRS    TRUSTEE VISITATION OVER, MCKINNEY AND BAILEY
           RETURNED TO E-BLOCK

1520HRS    2214 TO FRONT 2256 BACK IN THE TOWER

1600HRS    TAPLEY IS HAVING SEIZURE SEEMS TO BE SERIOUS
           CONTACTING 2213 AT THIS TIME ALSO 2205 IN D BLOCK
           AT THIS TIME TAPLEY WILL BE MOVED TO THE FRONT

1640HRS    2214 HAS CHECKED ON TAPLEY AND SHE SAYS SHE'S FINE
           AND WOULD LIKE TO RETURN TO THE BACK

1653HRS    2214 TO THE TOWER, 2256 TO DISPATCH

NIGHTSHIFT  TOWER LOG
11/23/03
TAYLOR/D. HARRIS

1800 HRS     INMATE COUNT IS 36, WHICH INCLUDES BRANDON FULLER  IN
THE DETOX CELL WAITING TO BOND OUT.

1814HRS     FULLER WAS DRESSED OUT BY 2256 AND RETURNED TO THE
DETOX CELL.

1823HRS     NEW SHOWER CURTAINS GIVEN TO C-201 ABD 202 BY 2256.

1924HRS     FULLER WAS RELEASED ON PROPERTY BOND.  COUNT IS NOW
35.

1931HRS     TAPLEY WAS RETURNED TO D-BLOCK FROM HOLDING.
CLEANING SUPPLIES PUT INTO ALL CELL BLOCKS.

2035HRS     CLEANING SUPPLIES PICKED UP FROM CELL BLOCKS.  CELL
INSPECTIONS.

2130HRS     MANDATORY HEADCOUNT.

*****NOTE***** MCGATHEY WILL BE SLEEPING IN TAPLEY'S ROOM
TONITE AND WILL NOTIFY US IN CASE TAPLEY HAS ANOTHER SEIZURE.

2200HRS     LOCKDOWN.  BEDTIME MEDS TO KELLEY, AND  MCGATHEY.
HILL WAS ALREADY IN BED SO MEDS WERE NOT GIVEN TO HIM.  TYLENOL
GIVEN TO TAPLEY FOR HEADACHE.

2307HRS     WALKTHRU DONE.  10-4

0000HRS     TAPE CHANGED

0218HRS     WALKTHROUGH CONDUCTED.

0445HRS     COOLERS AND BAILEY TO THE FRONT.

0500HRS     COOLERS TO THE BACK.

0532HRS     EDWARDS IN SC2 TO SWEEP AND MOP.

### DAYSHIFT TOWER LOG
### CALFEE / BRADLEY
### 11/24/03

**0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED, 35 INMATES ACCOUNTED FOR.**

**0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (35 INMATES). TRAYS SERVED. MEDS WERE GIVEN TO HILL, HOLLENQUEST, BRYAN KELLY, AND RODERICK EDWARDS.**

**0700 HRS.    TRAYS PICKED UP.**

**0717 HRS.    RANDOM HEAD COUNT COMPLETED.**

**0730 HRS.    CELL DOORS OPENED.**

**0826 HRS.    PATRICK OGLETREE ESCORTED TO C104.  MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.**

**0906 HRS.    KIRBY BARNETT ESCORTED TO THE FRONT TO GO TO TALLADEGA FOR COURT.**

**0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1024 HRS.    GADDIS ESCORTED TO THE FRONT FOR MEDICAL OBSERVATION. MCGATHEY GIVEN TYLENOL. COURTNEY FLOYD ESCORTED TO THE FRONT FOR RULE VIOLATION.**

**1113 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1154 HRS.    RANDOM HEAD COUNT COMPLETED. RODERICK EDWARDS DECIDED TO HIDE DURING COUNT. HE WAS ESCORTED TO THE FRONT FOR RULE VIOLATION.**

**1155 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HILL, RODERICK EDWARDS, BRYAN KELLY, AND MCGATHEY.**

**1229 HRS.    TRAYS PICKED UP. GADDIS ESCORTED BACK TO D BLOCK.**

**1230 HRS.    CELL DOORS OPENED.**

**1319 HRS.    KIRBY BARNETT ESCORTED BACK TO A BLOCK FROM TALLADEGA CO COURT. JOHN MILLER ESCORTED TO THE FRONT.**

**1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1449 HRS.    BAILEY ESCORTED TO E BLOCK TO GATHER HIS BELONGINGS. HE WILL BE RELEASED.**

**1523 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1601 HRS.    MAIL PASSED OUT. RODERICK EDWARDS, COURTNEY FLOYD, AND JOHN MILLER ESCORTED BACK TO THEIR BLOCKS AFTER LOCKDOWN.**

**1634 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1645 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HILL, RODERICK EDWARDS, AND MCGATHEY.**

**1719 HRS.    TRAYS PICKED UP.**

**1742 HRS.    RANDOM HEAD COUNT COMPLETED.**

## NIGHT SHIFT REPORT
## 11/24/03
## HARRIS/KELLY/PEOPLES

1800HRS    INMATE COUNT IS 36. BEGINNING BALANCE IS $62.00

0130HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0430HRS    MAIL LOGGED

0500HRS    SHREDDER BROKEN

0600HRS    END OF SHIFT, 36 INMATES ON HAND. $20.00 TAKEN
           IN FOR AN ENDING BALANCE OF $82.00

# NIGHTSHIFT TOWER LOG
## 11/24/03
## KELLEY/HARRIS/PEOPLES

1800HRS    HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A
           TOTAL OF 37

1815HRS    KILPATRICK BROUGHT BACK FROM WORK RELEASE

1930HRS    CELL DOORS OPENED, CLEANING SUPPLIES PASSED OUT,
           CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP, CELL INSPECTIONS
           CONDUCTED, LINENS ALSO PASSED OUT

2130HRS    MANDATORY HEAD COUNT COMPLETE

2200HRS    TOTAL LOCK DOWN

2213HRS    BED TIME MEDS ARE GIVEN OUT

1223HRS    OUTSIDE SECURITY CHECK COMPLETE

1243HRS    WALK THROUGH CONDUCTED

0217HRS    WALK THROUGH CONDUCTED

0341HRS    WALK THROUGH CONDUCTED

0445HRS    TRUSTEES WOKEN UP

0500HRS    ICE CHEST TAKEN TO THE FRONT

0512HRS    ICE CHEST BROUGHT BACK TO EACH BLOCK

## *DAYSHIFT TOWER LOG*
## *CALFEE / BRADLEY*
## *11/25/03*

**0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.**

**0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. TRAYS SERVED. MEDS WERE GIVEN TO HILL, EDWARDS, HOLLENQUEST, EDWARDS, BRYAN KELLY, JOHN MILLER, AND MCGATHEY.**

**0700 HRS.    TRAYS PICKED UP. RAZORS ADMINISTERED.**

**0718 HRS.    RANDOM HEAD COUNT COMPLETED.**

**0730 HRS.    CELL DOORS OPENED.**

**0808 HRS.    INMATES SWITCHED AROUND FOR MINISTRIES.**

**0828 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.**

**0902 HRS.    MINISTRIES ARE OVER.**

**0920 HRS.    RANDOM HEAD COUNT COMPLETED.**

**0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1012 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1054 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1115 HRS.    STORE BEGAN.**

**1123 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1149 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HILL, RODERICK EDWARDS, AND MCGATHEY.**

**1222 HRS.    TRAYS PICKED UP. BRYAN KELLY ESCORTED TO THE FRONT.**

**1230 HRS.    CELL DOORS OPENED. RANDOM HEAD COUNT COMPLETED.**

**1254 HRS.    NOBLE NIXON ESCORTED TO THE FRONT TO SEE JEFF WOODS.**

**1256 HRS.    MAIL PASSED OUT.**

**1304 HRS.    NIXON BACK TO B BLOCK.**

**1358 HRS.    MCGATHEY ESCORTED TO THE FRONT TO GO TO DR CURRIES' OFFICE.**

**1427 HRS.    KELLY ESCORTED BACK TO B BLOCK.**

**1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1434 HRS.    OBSERVED BILL WILLIAMS BRINGING A PRISONER TO JAIL.**

**1531 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1536 HRS.    MCGATHEY  ESCORTED BACK TO D BLOCK.**

**1612 HRS.    RANDOM HEAD COUNT COMPLETED.**

**1704 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HILL, EDWARDS, KELLY, MILLER, MCGATHEY, AND BENEDRYL TO TAPLEY.**

**1713 HRS.    REQUEST FORMS GIVEN TO A BLOCK.**

**1740 HRS.    MCKINNEY BACK FROM WORK RELEASE.**

**1743 HRS.    TRAYS PICKED UP. MCKINNEY
ESCORTED BACK TO E BLOCK.**

# NIGHTSHIFT TOWER LOG
## 11/25/03
## KELLEY/HARRIS

1800HRS  HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 36

1830HRS  OUTSIDE SECURITY CHECK COMPLETED
DEPUTY DOOR FOUND UNLOCKED

1930HRS  CELL DOORS UNLOCKED/ CLEANING SUPPLIES
PASSED OUT CLEAN UP BEGINS

2030HRS  CLEANING SUPPLIES PICKED UP

2130HRS  MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS  TOTAL LOCK DOWN

2400HRS  CHANGED OUT TAPE

0200HRS  WALK THROUGH

0400HRS  WALK THROUGH

0500HRS  WOKE TRUSTEES/ ICE GIVEN TO ALL BLOCKS

# NIGHTSHIFT TOWER LOG
## 11/25/03
## KELLEY/HARRIS

1800HRS   HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 36

1830HRS   OUTSIDE SECURITY CHECK COMPLETED
DEPUTY DOOR FOUND UNLOCKED

1930HRS   CELL DOORS UNLOCKED/ CLEANING SUPPLIES
PASSED OUT CLEAN UP BEGINS

2030HRS   CLEANING SUPPLIES PICKED UP

2130HRS   MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS   TOTAL LOCK DOWN/ BEDTIME MEDS WERE
GIVEN OUT

2400HRS   CHANGED OUT TAPE

0200HRS   WALK THROUGH

0400HRS   WALK THROUGH

0500HRS   WOKE TRUSTEES/ ICE GIVEN TO ALL BLOCKS

11-26-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD/GREEN

$145.45 ON HAND AT THE BEGINNING OF THE SHIFT. 38 INMATES ACCOUNTED FOR.

0800: OGLETREE RELEASED ON 48 HRS SERVED.

0800: BRYAN KELLEY AND HOLLANQUEST TAKEN TO DR WEAVERS OFFICE BY 2212.

0830: JOHN HENRY MILLER RELEASED ON 48 HRS SERVED

0940: OUT GOING MAIL LOGGED AND LEFT IN THE WINDOW FOR JOAN.

0956: PER GWPD, LARRIAS GADDIS WILL BE RELEASED TO THEM AND TRANSPORTED TO THE DR.  SHE WILL BE HOUSED AT THE GOODWATER JAIL AND NOT RETURNED TO US.

1054: JERRY TODD SANDERS RELEASED TO SHELBY CO.

1320: JIMMY TOOK SEARCY AND HILL TO COURT HOUSE TO CLEAN UP

*********************NOTICE*********************************
PER JUDGE TEEL: JENNIFER KELLY MAY BE RELEASED UPON PAYMENT OF $600 BY MONEY ORDER. ORDER IS ON THE BOARD.

1515: 2212 TOOK BRYAN KELLY TO RUSSELL ER PER DR. WEAVERS REQUEST FOR AN X-RAY OF POSSIBLE BROKEN FOOT.

1655: BILLY JOE GRAY WAS DRESSED OUT BY 2256 AND ASSIGNED TO C104

1700: SUPPER TRAYS SERVED BY 2256

1730: KILPATRICK MCKINNEY BACK FROM WORK