# EXHIBIT F

# November Shift Logs
# Part III

1804: MICHAEL MARBURY HERE TO PAY OUT JENNIFER KELLY WITH $600 MONEY ORDER.

# DAY SHIFT TOWER LOG
## 11-26-03
## GREEN / LIPSCOMB

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED / MANDATORY HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED / TRAYS SERVED |
| 0700HRS | TRAYS PICKED UP / MEDS GIVEN TO HOLLENQUEST, RODERICK EDWARDS, MILLER, KELLY, MCGATHEY |
| 0730HRS | CELL DOORS UNLOCKED |
| 0800HRS | C.O. HAY GETS HOLLENQUEST AND KELLY OUT OF B BLOCK TO GO TO DR. WEAVERS // RELEASED OGLETREE ON 48 HOURS SERVED |
| 0830HRS | RELEASED JOHN HENRY MILLER ON 48 HOURS SERVED |
| 0930HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1000HRS | LARISSA GADDIS RELEASED TO GOODWATER P.D |
| 1100HRS | SHELBY COUNTY DEPUTY PICKING JERRY TODD SANDERS WE WERE HOLDING HIM HERE FOR THEM |
| 1135HRS | THE ALARM FOR FIRST BANK WENT OFF. FIRST BANK WAS CALLED AND ASKED IF MR. REBEL WAS THERE. TERRY MITCHELL JR ADVISED THAT MR. REBEL WAS THERE AND IT WAS JUST AN ALARM CHECK. EVERYTHING 10-4. |
| 1200HRS | TRAYS SERVED |
| 1230HRS | CELL DOORS UNLOCKED / PICKED UP TRAYS |
| 1249HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1257HRS | MEDS ADMINISTERED TO BRIAN HILL, BRYAN KELLEY, RODERICK EDWARDS AND ELIZABETH MCGATHEY. |
| 1358HRS | 2204 IN THE LIBRARY INTERVIEWING MCGATHEY AND KELLEY |
| 1430HRS | MCGATHEY TO THE LIBRARY TO TALK WITH 2204 |
| 1431HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1500HRS | BRYAN KELLEY TAKEN TO RUSSELL ER FOR X-RAY OF HIS FOOT. |
| 1649HRS | BILLY JOE GREY ASSIGNED TO B-104 |
| 1652HRS | SUPPER TRAYS SERVED |
| 1720HRS | TRAYS PICKED UP, MEDS TO BRIAN HILL, RODERICK EDWARDS, ELIZABETH MCGATHEY BRYAN KELLEY RETURNED TO B-BLOCK, |
| 1753HRS | 2253 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
11/26/03
TAYLOR/ D. HARRIS

1800HRS    INMATE COUNT IS 34.  MONEY ON HAND IS $146.45.

1806HRS    JENNIFER KELLY WAS RELEASED ON A COURT ORDER.  FINES
WERE PAID TO THE CIRCUIT CLERK FOR $600.00 (IN ENVELOPE
IN SAFE).

1806HRS    INMATE COUNT IS NOW 33.

1950HRS    OUTSIDE SECURITY CHECK.  BACK GATE WAS STANDING
WIDE OPEN.  2212 WENT OUTSIDE AND CLOSED AND SECURED
IT.

2000HRS    2253 ADVISED THAT NOBLE NIXON HAD REQUESTED ASPIRIN
FOR CHEST PAINS.  NIXON WAS TAKEN TO THE EXAM ROOM
BY 2252 FOR 2212 TO CHECK OUT.  NIXON'S BLOOD PRESSURE
WAS TAKEN AND WAS 137 OVER 78.  HE WAS RETURNED TO B-
BLOCK.

2039HRS    INSIDE SECURITY CHECK OF DOORS.  10-4  FRONT DOORS
WERE LOCKED AT THIS TIME.

2200HRS    LOCKDOWN. BED MEDS ADMINISTERED.

2243HRS    2253 IN DISPATCH AND 2252 IN TOWER.

0400HRS    TAPE CHANGED.

0600HRS    COUNT IS 33 INMATES.  MONEY ON HAND IS THE SAME AT
$146.45

NIGHTSHIFT  TOWER LOG
11-26-03
TAYLOR/ D. HARRIS

2253 IN TOWER. 2214 TO DISPATCH.

1808HRS    NON MANDATORY HEADCOUNT CONDUCTED. B-203 WAS UNLOCKED.

1810HRS    JENNIFER KELLEY RELEASED ON FINES PAID PER JUDGES ORDER.  INMATE COUNT IS NOW 33.

1932HRS    MOP BUCKETS BACK TO ALL BLOCKS.  TRUSTEES ESCORTED BY 2252.

1954HRS    PERIMETER CHECK CONDUCTED. 2252 REPORTS THAT THE BACK GATE IS WIDE OPEN.

2000HRS    NIXON TAKEN UP FRONT BY 2252. HE WILL HAVE HIS B/P CHECKED AND SEE IF HE NEEDS TO STAY UP FRONT FOR MEDICAL OBSERVATION.

2011HRS    NIXON RETURNED TO B-BLOCK. NO NEED FOR OBSERVATION.

2026HRS    2252 OUT TO FINISH PERIMETER CHECK.

2039HRS    MOP BUCKETS PICKED UP FROM ALL BLOCKS.

2137HRS    HEADCOUNT CONDUCTED.

2200HRS    LOCKDOWN.

2210HRS    BED MEDS ADMINISTERED.

2214HRS    2253 GOT UP TO CHECK THE AIR. AIR IN B AND C WAS IN THE ON POSITION.

2400HRS    TAPE CHANGED.

0225HRS    WALKTHROUGH DONE BY 2253.  C-104 HAS TWO ROLLS OF TOILET PAPER. THEY WERE COMPLAINING EARLIER ABOUT NOT HAVING TOILET PAPER FOR THE DAYROOM.

0407HRS    2253 TO TOWER AND 2252 IN DISPATCH.

0424HRS    EDWARDS ESCORTED THROUGH SC2 BY 2252 TO GET
COOLERS.

0425HRS    WALKTHROUGH CONDUCTED BY 2252.

0445HRS    EDWARDS W/ 2252 BRINGING COOLERS TO ALL BLOCKS.

DAYSHIFT REPORT
HAY/STROUD/ROBERSON

BALANCE AT START OF SHIFT, $146.45 HEAD COUNT IS 33.

MORNING MEDS GIVEN TO INMATES HARRIS, HOLLENQUEST, MCGATHEY, HILL, EDWARDS, RODERICK EDWARDS, AND KELLEY.

BREAKFAST SERVED TO ALL INMATES.

0820HRS      BROUGHT NOBLE NIXON TO THE FRONT FOR OBSERVATION HE IS COMPLAING OF CHEST PAINS. TOOK HIS BLOOD PRESSURE AND IT WAS 120/80.

0843HRS      CONFIRMED THAT KILPATRICK MCKINNEY IS WORKING TODAY. CALLED DANIEL CHAMPION AND HE CONFIRMED THAT HE HAD TALKED TO SHERIFF OWENS THIS MORNING AND OK'D IT THROUGH HIM. MR CHAMPION SAID THAT KILPATRICK NEEDED TO COME TO HIS HOUSE AND WORK TODAY.

0925HRS      CHECKED NOBLE NIXON'S BLOOD PRESSURE AGAIN AND IT WAS 137/90. STILL COMPLAINING OF CHEST PAINS.

**NOTE** OUT OF COLD/FLU MEDICATION FOR INMATES.

DEPOSIT MADE FOR $146.45. PUT DEPOSIT IN SAFE FOR JOAN.

1040HRS      NOBLE NIXON GIVEN MYLANTA FOR HEART BURN.

1148HRS      MEDS GIVEN TO INMATES HILL, MCGATHEY, RODERICK EDWARDS, BRYAN KELLEY, AND KENNETH HARRIS.

1205HRS      THANKSGIVING LUNCH SERVED TO ALL INMATES, PLENTY OF FOOD ON THE TRAYS.

1700HRS      DINNER TRAYS SERVED

1728HRS      MEDS TO EDWARDS, MCGATHNEY, KELLEY, HARRIS

1730HRS      KILPATRICK BACK FROM WORK

1800HRS      NO MONIES ON HAND AND 33 INMATES

DAYSHIFT TOWER LOG
STROUD/HAY
11/27/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0730HRS | TRAYS P/U CELL DOORS OPENED |
| 0820HRS | NOBLE  NIXON TAKEN TO FRONT FOR BLOOD PRESSURE CHECK 120 OVER 80 |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 0933HRS | NIXON BLOOD PRESSURE CHECKED 137 OVER90 |
| 1041HRS | NIXON GIVEN ANTACID FOR CHEST PAINS |
| 1200HRS | THANKSGIVING MEAL TRAYS SERVED – VERY GOOD MEAL |
| 1241HRS | TRAYS PICKED UP AND CELLS OPENED. MEDS GIVEN TO BRYAN HILL, ELIZABETH MCGATHEY, RODERICK EDWARDS, BRYAN KELLEY AND KENNETH HARRIS. NEW BOTTLE OF NITRO TABS WAS GIVEN TO HOLLENQUEST. |
| 1430HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 1507HRS | NIXON GIVEN MORE MYLANTA |
| 1530HRS | NIXON RETURNED TO B BLOCK, HE ADVISED 2213 THAT HE WAS FEELING BETTER |
| 1650HRS | SUPPER TRAYS SERVED |
| 1722HRS | SUPPER TRAYS PICKED UP. MEDS GIVEN TO RODERICK EDWARDS, KENNETH HARRIS, ELIZABETH MCGATHEY AND DANIEL BRYAN KELLEY. |
| 1725HRS | RANDOM HEADCOUNT CONDUCTED AND ALL INMATES ACCOUNTED FOR |
| 1729HRS | KILPATRICK MCKINNEY BACK FROM WORK RELEASE |

1738HRS      KILPATRICK MCKINNEY RETURNED TO E BLOCK

END OF SHIFT

NIGHTSHIFT REPORT
11/27/03
HARRIS/TAYLOR


1800HRS    INMATE COUNT IS 33.  NO MONEY ON HAND (DEPOSIT READY FOR JOAN).

1855HRS    TIMOTHY JENNINGS BROUGHT TO JAIL BY 2205.  WAS PROCESSED AND PLACED IN THE DETOX CELL (ASSIGNED TO B-201.)

1855HRS    COUNT IS NOW 34.

1944HRS    BRIAN KELLY TO BOOKING WITH 2253.

2002HRS    KELLY BACK TO B-BLOCK.

2030HRS    2213 ADVISED TO MONITOR KELLY.

2051HRS    PERIMETER CHECK.  10-4

2102HRS    CLEANING SUPPLIES PICKED UP.  CELLS INSPECTED.

2127HRS    2253 ADVISED KELLY DID NOT COME OUT FOR HEADCOUNT. 2252 WENT UP TO HIS CELL AND FOUND HIM ASLEEP. HE SAID HE DID NOT NEED HIS BEDTIME MED AND NOT TO COME TO HIS CELL AND BOTHER HIM AGAIN.

2133HRS    2213 ADVISED A SEMI-SUICIDE WATCH ON BRIAN KELLY.

2200HRS    BEDTIME MEDS GIVEN.

2202HRS    KELLY WAS TAKEN TO THE HOLDING CELL FOR MEDICAL OBSERVATION.

2221HRS    KELLY FELL ON THE FLOOR OF THE HOLDING CELL.  DID NOT GET UP.  SAID HE HAD HAD A SEIZURE.  HE WAS PUT ON A MATTRESS ON THE FLOOR.

2228HRS    2253 TO HOLDING TO TAKE KELLY'S BLOOD PRESSURE.  IT WAS 136/87.

2323HRS    CHECKED ON KELLY.  BREATHING FINE AND SNORING.

2325HRS    130 BROUGHT IN SANTOS SANCHEZ AND MATEO ROJAS.  THEY WERE PARTIALLY PROCESSED AND PUT IN THE DETOX CELL.

2325HRS     COUNT IS NOW 36.

0148HRS     CHECKED ON KELLY. WAS SLEEPING.

0317HRS     OUTGOING MAIL LOGGED.

0347HRS     CHECKED ON KELLY. HE APPEARS FINE. IS SLEEPING.

0400HRS     TAPE CHANGED OUT.

0452HRS      JENNINGS WAS FINGERPRINTED.

0508HRS      B. KELLY ASKED TO GO BACK TO HIS CELL IN B-BLOCK AND
SHOWER. HE APPEARED TO BE FINE SO HE WAS RETURNED.

0600HRS      ENDING COUNT IS 36.  MONEY ON HAND IS $1136.59, ALL OF
WHICH WAS TAKEN IN DURING SHIFT.

NIGHTSHIFT TOWER LOG
11/27/2003
TAYLOR/ D. HARRIS


1855HRS    2205 BROUGHT IN JENNINGS, TIMOTHY. WE HAVE 2 J-4'S ON
HIM.  INMATE COUNT IS NOW 34.

1925HRS    JENNINGS WAS PROCESSED (ALL BUT PRINTING) AND PLACED
IN THE DETOX CELL.

1931HRS    CELL DOORS UNLOCKED.

1944HRS    B. KELLY TO BOOKING AREA WITH 2253

2002HRS    KELLY BACK TO B-BLOCK.  CLEANING SUPPLIES GIVEN TO
CELL BLOCKS.

2030HRS    WATCH STARTED ON BRIAN KELLEY.  2213 ADVISED TO
MONITOR HIM.

2110HRS    BUCKETS PICKED UP.

2116HRS    KELLEY IS UPSTAIRS IN HIS ROOM AND UNABLE TO VISUALLY
CHECK ON HIM.

2127HRS    HEADCOUNT CONDUCTED.  BRIAN KELLEY DID NOT COME
OUT FOR HEADCOUNT. 2252 WENT IN B-BLOCK TO CHECK ON IT. HE WAS
ALREADY ASLEEP.

2200HRS    LOCKDOWN.

2202HRS    KELLEY UP FRONT FOR MEDICAL OBSERVATION.

2221HRS    KELLEY FELL DOWN IN HOLDING.. 2252 WENT TO CHECK ON
HIM AND PUT A MATTRESS ON THE FLOOR FOR HIM TO LIE ON

2228HRS    2253 WENT TO HOLDING FROM TOWER TO TAKE KELLY'S BP,
WHICH WAS 136 OVER 87.

2249HRS    KELLEY IS IN HOLDING LAYING ON HIS STOMACH.

2323HRS    2253 CHECKED ON KELLY.  HE WAS BREATHING WELL AND
SNORING., APPARENTLY SOUND ASLEEP.

2324HRS    TWO HISPANIC MALES BROUGHT IN BY 130.  ONE IS FOR DUI AND THE OTHER IS P.I .  COUNT IS NOW 36.

2400HRS    TAPE CHANGED.

0033HRS    CHECKED ON KELLY.  10-4

0148HRS    2253 CHECKED ON KELLY IN HOLDING   ADVISED 10-4.

0155HRS    WALKTHROUGH CONDUCTED.

0158HRS    KELLEY ROLLS AROUND ON HIS MATTRESS.

0157HRS    2253 IN TOWER.  SUBJECTS BROUGHT IN BY 130 ARE ROJAS, MATEO(DUI) AND SANCHEZ, SANTOS(P.I.)

NIGHTSHIFT TOWER LOG
11/27/2003
TAYLOR/ D. HARRIS

1855HRS    2205 BROUGHT IN JENNINGS, TIMOTHY. WE HAVE 2 J-4'S ON HIM. INMATE COUNT IS NOW 34.

1925HRS    JENNINGS WAS PROCESSED (ALL BUT PRINTING) AND PLACED IN THE DETOX CELL.

1931HRS    CELL DOORS UNLOCKED.

1944HRS    B. KELLY TO BOOKING AREA WITH 2253

2002HRS    KELLY BACK TO B-BLOCK. CLEANING SUPPLIES GIVEN TO CELL BLOCKS.

2030HRS    WATCH STARTED ON BRIAN KELLEY. 2213 ADVISED TO MONITOR HIM.

2110HRS    BUCKETS PICKED UP.

2116HRS    KELLEY IS UPSTAIRS IN HIS ROOM AND UNABLE TO VISUALLY CHECK ON HIM.

2127HRS    HEADCOUNT CONDUCTED. BRIAN KELLEY DID NOT COME OUT FOR HEADCOUNT. 2252 WENT IN B-BLOCK TO CHECK ON IT. HE WAS ALREADY ASLEEP.

2200HRS    LOCKDOWN.

2202HRS    KELLEY UP FRONT FOR MEDICAL OBSERVATION.

2221HRS    KELLEY FELL DOWN IN HOLDING.. 2252 WENT TO CHECK ON HIM AND PUT A MATTRESS ON THE FLOOR FOR HIM TO LIE ON

2228HRS    2253 WENT TO HOLDING FROM TOWER TO TAKE KELLY'S BP, WHICH WAS 136/87.

2249HRS    KELLEY IS IN HOLDING LAYING ON HIS STOMACH.

2323HRS    2253 CHECKED ON KELLY. HE WAS BREATHING WELL AND SNORING., APPARENTLY SOUND ASLEEP.

2324HRS    TWO HISPANIC MALES BROUGHT IN BY 130.  ONE IS FOR DUI AND THE OTHER IS P.I .  COUNT IS NOW 36.

2400HRS    TAPE CHANGED.

0033HRS    CHECKED ON KELLY.  10-4

0148HRS    2253 CHECKED ON KELLY IN HOLDING   ADVISED 10-4.

0155HRS    WALKTHROUGH CONDUCTED.

0158HRS    KELLEY ROLLS AROUND ON HIS MATTRESS.

0200HRS    2253 IN TOWER.  SUBJECTS BROUGHT IN BY 130 ARE ROJAS, MATEO(DUI) AND SANCHEZ, SANTOS(P.I.)

0250HRS    KELLEY ROLLS AROUND ON HIS MATTRESS.

0345HRS    KELLEY IS NOW LAYING ON HIS BACK.

0423HRS    KELLEY MOVING HIS LEGS AROUND WHILE LAYING DOWN.

0425HRS    2252 CHECKED ON KELLEY.

0450HRS    EDWARDS IN SC2 TO GET ICE CHESTS.

0506HRS    KELLEY UP AND BEATING ON THE DOOR.  2252 GONE TO TALK TO HIM.

0508HRS    2252 BRINING KELLEY BACK TO B BLOCK. HE ADVISED THAT HE WAS FINE AND HE WON'T HAVE ANOTHER "SEIZURE" FOR AT LEAST ANOTHER WEEK.

0512HRS    KELLEY FINALLY IN B BLOCK. DID NOT SECURE DOOR. ADVISED 2252 OF IT AND SHE STATED THAT IT WAS OKAY.

# DAYSHIFT TOWER LOG
# CALFEE / BRADLEY
# 11/28/03

0600 HRS.   CELL DOORS OPENED. MANDATORY HEAD COUNT
COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3).

0630 HRS.   CELL DOORS LOCKED. RANDOM HEAD COUNT
COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3). MEDS
WERE GIVEN TO KENNETH HARRIS, HOLLENQUEST, RODERICK
EDWARDS, BRYAN KELLY, AND MCGATHEY.  TOILET TISSUE WAS
ADMINISTERED. CLEAN CLOTHES PASSED BACK OUT.

0657 HRS.    RANDOM HEAD COUNT COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-
1 / TRUSTEES-4 / DETOX-3).

0700 HRS.    TRAYS PICKED UP.

0719 HRS.    RANDOM HEAD COUNT COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-
1 / TRUSTEES-4 / DETOX-3).

0730 HRS.   CELL DOORS OPENED. RANDOM HEAD COUNT
COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3).

0758 HRS.    BRYAN KELLEY WAS ESCORTED UP FRONT. HE WAS LYING
IN THE FLOOR COMPLAINING ABOUT HAVING A SEIZURE. HE WAS
PLACED IN THE HOLDING FOR OBSERVATION.

0824 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR WORK
RELEASE.

0932 HRS.    CELL DOORS LOCKED AND HEAD COUNT COMPLETE.

1000 HRS.    TIM JENNINGS TO LIBRARY WITH 2204 FOR INTERVIEW.

1020 HRS.    BRYAN KELLEY BROUGHT BACK TO B-BLOCK PER HIS
REQUEST.

1102 HRS.    RAZORS ADMINISTERED. RANDOM HEAD COUNT
COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3).

1142 HRS.    RANDOM HEAD COUNT COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3).

1145 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HILL, HARRIS, AND EDWARDS.

1239 HRS.    TRAYS PICKED UP. RANDOM HEAD COUNT COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3).  CELL DOORS OPENED.

1430 HRS.    CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR.

1503 HRS.    RANDOM HEAD COUNT COMPLETED. (A-6 / B-8 / C-12 / D-2 / E-1 / TRUSTEES-4 / DETOX-3).

1556 HRS.    2215 TO B BLOCK TO CHECK ON NOBLE NIXON. SMOOT REPORTED THAT HE WAS SICK. 2215 ADVISED HE WAS OK, JUST UPSET STOMACH.

1641 HRS.    NOBLE NIXON COMPLAINING AGAIN ABOUT HIS STOMACH HURTING. 2215 ESCORTED HIM TO THE FRONT FOR OBSERVATION. MR. NIXON WAS ALSO GIVEN SOME MEDS FOR HIS STOMACH.

1649 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HILL, HARRIS, AND KELLY.

1720 HRS.    TRAYS PICKED UP. RAZORS PICKED UP. NIXON ESCORTED BACK TO B BLOCK, PER HIS REQUEST. HE SEEMS TO BE FEELING BETTER.

1726 HRS.    JENNINGS ESCORTED BACK TO B BLOCK.

1739 HRS.    MCKINNEY BACK FROM WORK RELEASE.

1744 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK.

## NIGHT SHIFT REPORT
## 11/28/03
## HARRIS/KELLY

1800HRS    INMATE COUNT IS 36. BEGINNING BALANCE IS $0.00

1945HRS    CREWS DRUGS BROUGHT IN REFILLS FOR KELLEY,
TAPLEY, MCGATHEY, EDWARDS, AND
HOLLENQUEST.

2020HRS    MENDEZ ROJAS AND SANTOS SANCHEZ RELEASED
ON CASH BOND

2100HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 34 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF $0.00

# NIGHT SHIFT REPORT
# 11/28/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 38. BEGINNING BALANCE IS $0.00

1945HRS    CREWS DRUGS BROUGHT IN REFILLS FOR KELLEY, TAPLEY, MCGATHEY, EDWARDS, AND HOLLENQUEST.

2020HRS    MENDEZ ROJAS AND SANTOS SANCHEZ RELEASED ON CASH BOND

# NIGHTSHIFT TOWER LOG
# 11/28/03
# KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR TOTAL OF 36

1930HRS    CELL DOORS OPENED/ CLEANING SUPPLIES PASSED
OUT / CLEAN UP BEGINS

2020HRS    SANCHEZ AND ROJAS RELEASED ON BOND

2045HRS    CLEANING SUPPLIES PICKED UP/ ORANGES PICKED
UP FROM A AND B BLOCK

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0100HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    WOKE TRUSTEES/ ICE GIVEN TO ALL BLOCKS

# DAYSHIFT TOWER LOG
## CALFEE / BRADLEY
## 11/29/03

**0600 HRS. CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 34 INMATES).**

0630 HRS. CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL **OF 34 INMATES). TRAYS SERVED. MEDS WERE GIVEN TO R. EDWARDS, HILL, HARRIS, HOLLENQUEST, KELLY, MCGATHEY, AND TAPLEY.**

**0700 HRS. TRAYS PICKED UP.**

**0709 HRS. HARRIS TO VISITATION.**

**0722 HRS. RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 34 INMATES).**

**0723 HRS. HARRIS BACK FROM VISITATION.**

**0730 HRS. CELL DOORS OPENED.**

**0755 HRS. JOHNNY KIRKPATRICK TO VISITATION.**

**0812 HRS. KIRKPATRICK BACK FROM VISITATION.**

**0849 HRS. MILTON JAMAR TO VISITATION.**

**0905 HRS. JAMAR BACK FROM VISITATION.**

**0930 HRS. CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 34 INMATES).**

**0932 HRS. RONALD DAYS AND BRYAN KELLY TO VISITATION.**

0948 HRS.  DAYS AND KELLY BACK FROM VISITATION.

1025 HRS.  RANDOM HEAD COUNT COMPLETED.  (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 34 INMATES).

1057 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO HARRIS , AND MCGATHEY.

1144 HRS.  TRAYS PICKED UP. RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 34 INMATES).

1315 HRS.  BARNETT AND PRESSLEY TAKEN TO VISITATION

1330HRS.  BARNETT AND PRESSLEY TAKEN BACK TO B BLOCK

1430HRS.  ELIZABETH MCGATHEY TAKEN TO VISITATION, MANDATORY HEAD COUNT COMPLETE WITH 36 INMATES

1448HRS.  MCGATHEY TAKEN BACK TO D BLOCK

1600 HRS.  RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 34 INMATES).

1646 HRS.  TRAYS SERVED. MEDS WERE  GIVEN TO HARRIS, HOLLENQUEST, KELLY, AND MCGATHEY.

1727 HRS.  TRAYS PICKED UP.

# NIGHT SHIFT REPORT
# 11/29/03
# HARRIS/KELLY

1800HRS   INMATE COUNT IS 34. BEGINNING BALANCE IS $180.00

2000HRS   TROOPER DYSART BROUGHT IN RUBEN DAWSON FOR
          DUI

0200HRS   OUTSIDE SECURITY CHECK CONDUCTED

0400HRS   TAPE CHANGED

0600HRS   END OF SHIFT, 35 INMATES ON HAND. NO MONEY
          TAKEN IN FOR AN ENDING BALANCE OF $180.00

# NIGHTSHIFT TOWER LOG
## 11/29/03
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 36

1930HRS    CELL DOORS UNLOCKED/ CLEANING SUPPLIES
PASSED OUT/ CLEAN UP BEGINS

2115HRS    CLEANING SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    OUTSIDE SECURITY CHECK COMPLETED

0400HRS    WALK THROUGH

0500HRS    WOKE TRUSTEES/ ICE GIVEN TO ALL BLOCKS

# DAYSHIFT TOWER LOG
## CALFEE / BRADLEY
## 11/30/03

**0600 HRS.  CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES / AND ONE IN HOLDING MAKES 37 INMATES).**

0630 HRS.  CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES / AND ONE IN HOLDING MAKES 37 INMATES). **TRAYS SERVED. MEDS WERE GIVEN TO EDWARDS, HOLLENQUEST, HARRIS, AND KELLY.**

**0707 HRS.  TRAYS PICKED UP.**

**0718 HRS.  RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES / AND ONE IN HOLDING MAKES 37 INMATES).**

**0730 HRS.  CELL DOORS OPENED.**

**0827 HRS.  SHAKEDOWN FOR TOILET TISSUE.**

**0930 HRS.  CELL DOORS LOCKED MANDATORY HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES / AND ONE IN HOLDING MAKES 37 INMATES).**

**0950 HRS.  WHILE HAVING A RANDOM HEAD COUNT, I ADVISED 2215 THAT MR. KELLY IN B BLOCK WAS TRYING TO HIDE IN HIS CELL. 2215 ESCORTED HIM OUT OF HIS ROOM. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES / AND ONE IN HOLDING MAKES 37 INMATES).**

**0958 HRS.  MR. DAWSON RELEASED ON $1000.00 BOND.**

**1012 HRS.  RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES).**

1047 HRS.   RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES).

1152 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO HARRIS, AND KELLY.

1230 HRS.  TRAYS PICKED UP. CELL DOORS OPENED.

1303 HRS.  KILPATRICK MCKINNEY ESCORTED TO THE FRONT FOR VISITATION.

1430 HRS.  CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES). HAD TO GET ANOTHER INMATE TO WAKE KELLY UP IN B BLOCK, 2215 WAS ADVISED.

1511 HRS.  KILPATRICK MCKINNEY ESCORTED BACK TO E BLOCK.

1647 HRS.  RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-12 / D-2 / E-1 / TRUSTEES-4 / TOTAL OF 36 INMATES).

1656 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO HARRIS AND KELLY.

1738 HRS.  TRAYS PICKED UP.

# NIGHT SHIFT REPORT
# 11/30/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 34. BEGINNING BALANCE IS $30.00

1805HRS    2207 BROUGHT IN ERICA DAVIS ON WARRANTS

2130HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 35 INMATES ON HAND. $5.00 TAKEN IN
           FOR AN ENDING BALANCE OF $35.00

# NIGHTSHIFT TOWER LOG
## 11/30/03
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 36

1930HRS    CELL DOORS OPENED/ CLEANING SUPPLIES PASSED
OUT/CLEAN UP BEGINS/ ERICA DAVIS BOOKED AND
BROUGHT BACK TO D-BLOCK

2045HRS    CLEANING SUPPLIES PICKED UP, TV TAKEN FROM C-
BLOCK, THEY PUT FECES COVERED TOILET PAPER IN
THE MOP BUCKET. TV TAKEN UNTIL 0600 ON DEC 2

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    OUTSIDE SECURITY CHECK COMPLETED

0400HRS    WALK THROUGH

0500HRS    TRUSTEES WOKEN UP/ ICE GIVEN TO ALL BLOCKS