# EXHIBIT G

# Deposition of Daniel Bryan Kelley

Part II

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 142

Hose piped twice.

Q. They came in and sprayed the hose?

A. Yes, ma'am. They washed the cell out twice the whole time I was in there. And that was because the fetus was stacked up so around that little hole.

Q. Were you using the restroom in your cell, then?

A. Yes, ma'am. I had to. I had to use candy paper to wipe with, because Ricky Owens took my toilet paper away from me.

Q. Why did he take your toilet paper from you?

A. Because I was wrapping it around my feet. It was so cold in there, and my blanket wouldn't cover my feet and my neck and my face, too. I'd pull it up so far, and my feet and legs was freezing, so I took the toilet paper and wrapped it around my feet to stay warm?

Q. Did you have socks?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 141

Q. Did you ever complain to anybody about roaches being in your cell?

A. Yes, ma'am. Many a times.

Q. Who'd you complain to?

A. Ricky, Terry, Wendy, Al, Mr. Lipscomb, Mr. Harris; that's the other guy I was telling you that would take me out for a shower every now and then.

Q. What did they tell you?

A. Well, as I recall, none of the rest of them would say anything about it except laugh. That's all they ever done was laugh at me. Al told me to eat the shit and do without.

Q. What about the bugs being in your cell with you?

A. They never would do nothing about it.

Q. During the time you were at the jail, did you ever see anybody come and spray for bugs?

A. No, ma'am. They never come in my block -- in the hole and spayed anything.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 140

A. Nothing after all the beatings and stuff like that I had. The food, that one time, we had bugs in the oatmeal, and I had told him that. And he laughed about it and said, eat shit if you want it. If you don't, just leave it laying there and you just won't eat.

Q. Where were you when complained about bugs being in the oatmeal?

A. In the hole. Every inmate in there seen bugs in the food. And it wasn't the bugs that was in the cell with me in the hole, because I had roaches in there. There would be two or three roaches running around where the urine and the fetus and all was, but this was bugs in the oat -- I mean, in the grits.

Q. In the grits?

A. Yes, ma'am.

Q. How many times did you have bugs in the grits?

A. Just that once. But the roaches was in the cell with me.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 139

A. About seeing Al hit me.

Q. That one incident, that one time?

A. Yes, ma'am.

Q. Where was Mr. Barton when you saw him earlier today?

A. Standing right there in the hall.

Q. Did he tell you why he was up here?

A. No, ma'am. He had come to pay taxes, or something or another.

Q. All right. And when Mr. Barton was present, y'all were in general population; correct?

A. Yes, ma'am.

Q. Do you recall anybody else that would have been present?

A. Like I told you a while ago, there was the inmates that I could tell by face, not by names.

Q. Any other problems you had with Mr. Bradley, that you can recall?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

A. I'd ask them to flush it on the outside, and sometimes they would and sometimes they wouldn't.

Q. What was the most time you went before it was removed from the cell?

A. There was a couple of times that I can remember it went three or four days.

Q. Okay. How many times a day would you ask to be taken out to use the restroom?

A. I can't tell you exactly how many times, but it was all day long.

Q. You would ask all day long to go to the restroom?

A. Yes, ma'am. To go to the restroom, or get a cup of water, or anything like that. They would never do it.

Q. Would they tell you that it was going to -- that you would have to wait, or they weren't going to do it at all?

A. Sometimes they just would tell me to shut my -- Al would tell me to shut my

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

front, they would sneak me to the restroom or let me use the phone without Al or Ricky or any of them seeing me, because they said they'd get in trouble.

Q. And who would do that for you?

A. Mr. Lipscomb and Mr. Harris.

Q. How often were you allowed to use the phone?

A. Whenever one of them would let me use the restroom.

Q. Were you taken out at least one time a day to use the restroom?

A. No, ma'am.

Q. Were there days when you weren't taken out to use the restroom at all?

A. Yes, ma'am. There was a couple of times that I went three and four days without getting out to use the restroom. I'd have to use that little drain hole, and it had a crate across the top, and it just stacked up in there.

Q. Okay.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

you were not allowed to take from general population to the holding cell?

A. You couldn't carry nothing in there, not to start off with. They gave me my pencil and paper later on. I think they gave it to me, or I bought some more off the store. Sometimes, I could catch the store with the rest of them, and sometimes Al Bradley or Wendy wouldn't. Or Al Bradley wouldn't even let me catch the store.

Q. While were you in the holding cell, can you tell me all of the officers who had been working up front, that you can recall?

A. Ricky Owens, Terry Wilson, Wendy, Al Bradley. Brad Oaks was a police officer. Mike Rudd. He's the one that hurt my back, throwed me into the car at the hospital. And Chris Vincent, Steve Hay.

And every now and I would see Mr. Harris, or Ms. Kay or Mr. Lipscomb. But I think they worked in the tower more than anything. If they ever could come to the

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. No, ma'am. Not for about the first two weeks or two and a half weeks in the hole.

Q. You didn't have any socks?

A. No, ma'am. No socks or underwear either one. They wouldn't give them to me.

Q. What did you have?

A. Just a regular jumper suit. That's it. A short-sleeved suit.

Q. Did you have a t-shirt to go under it?

A. No, ma'am. They wouldn't give me none.

Q. Had you had socks and underwear and a T-shirt when you were in the general population?

A. Yes, ma'am. They bounced my stuff up when I got sick and went and told -- or when I fell and went to the hole, and they never would bring it in there to me.

Q. Was there anything else that

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

my lifetime. And all of a sudden, that's what they was hitting me with. It was about a bunch of different kind of medications, and I didn't know what half of them was for. But I took them because they made me.

Q. Who made you take it?

A. Whoever gave it to me.

Q. Who would give you your medicine?

A. It was different ones. Whoever was on the shift. If it was Terry, I took it. If it was Wendy, I had to take it. If it was Al, I had to take it. Or whoever, whatever jailer that they told to give the medications out.

Q. How often did you receive medication when you were at the jail?

A. I'm thinking two or three times a day.

Q. All right. Bryan, when you went into the jail -- when you first went in in November, do you know how many different pills you were taking before you went in

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. Not as I recall. I'm not positive.

Q. Did he send you somebody -- to somebody else?

A. Not as I remember, specifically. I think I went to Weaver, the so-called jail doctor.

Q. What did you see Dr. Weaver for?

A. My medications.

Q. Did Dr. Weaver and Dr. James, or Dr. James one, start prescribing your medicine once you got to jail?

A. I was getting it from somewhere, but I don't know who prescribed it.

Q. Were you given anything different than what you had been on when were you outside of the jail?

A. Well, see what they had done, they sent a psychiatrist -- I mean, a psychologist to meet with me, and I told him all of the medicines I had ever been on in

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

I was sick, I had shocking spells all over.

Q. You had what?

A. Real shocking spells. I was having -- Dr. James said I was having allergic reaction from some of the medicine that they was giving me. So he told them, it was either medicines or what soap I had, he told Steve Hay to tell Terry Wilson or Ricky Owens to change all my soap out, but they refused to. And so I just dealt with them.

Q. How many times were you taken to see Dr. James?

A. Twice.

Q. Okay. Two times during the whole time were you there?

A. Yes, ma'am.

Q. And what were those two times for?

A. The first time had to do with my foot, and the second time had to do with the shocking spells.

Q. Did Dr. James x-ray your foot?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

damn mouth; he's tired of listening to the shit. And other times, Wendy would tell me -- One time that I know of she said, wait until the nine o'clock shift comes on because there's nobody else up here.

I was told many a times, they just wouldn't answer. Once they cardboarded that window, all I could do was go by voices that i could hear. I couldn't see nobody.

Q. If you needed to talk to somebody, how would you get their attention?

A. Holler.

Q. Did you ever kick on the door, or pound on the door?

A. Yes, ma'am. I shot a doctor's request every day up on the door.

Q. What would you ask to go to the doctor for?

A. Many different things. My urine was bloody for two days where Al had kicked me in the rectum. I asked to see a doctor about that. I asked to see about my cracked ribs. I asked to go to the dentist.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Q. So you don't know one way or the other, then?

A. No, ma'am.

Q. All right. While you were at Coosa County jail you saw Dr. Weaver, and Dr. James, and Dr. Little, and then Dr. Hilyer?

A. While I was where, ma'am?

Q. While you were in the jail, those are the doctors that you saw; right?

A. James twice, Weaver once, and the psychologist come one time Mr. Mack Hilyer. And I think an EMT come one time when I was in population. I had had a seizure and fell over a mop bucket somewhere back in November. I think that's when it was. It was around that vicinity anyway.

Q. Were you taken to the hospital, then?

A. I seen an EMT, and I think I was taken to the hospital that time.

Q. Do you know where you had been taken, Bryan?

Q. What kind of doctor is he, do you know?

A. He's like a psychologist. He comes and gives you a diagnosis of what you need to be on and what -- well, not what you need to be on, what you had took and what the symptoms are.

Q. Okay. Do you know whether the jailers were giving you the medicine according to what the doctor had written?

A. I don't know what doctor written them, so I don't know that.

Q. Do you have any reason to believe you were getting medicine that was not prescribed for you?

A. Yes, ma'am. Because half that stuff I wasn't taking until I got into jail.

Q. I know that. But do you have any reason to believe that a doctor did not prescribe that for you while you were in the jail?

A. I never seen proof of doctors prescribing it.

A. I can't recall it was three times a day or twice a day. I'm not for sure. But I know it was quite a few, because Al would just bring me one in there. Whenever I went to hollering too much, he'd just give me one of those Seroquels and said, take this and shut up. And I would take it because it made me sleep. And he knew it; he was just trying to shut me up.

Q. So he would give you a pill even though it wasn't time for one?

A. Yes, ma'am.

Q. And you don't know who was prescribing your meds?

A. No, ma'am.

Q. Who was the psychiatrist or psychologist that they sent by?

A. Dr. Little -- No. Wait a minute. It wasn't Dr. Little; it was doctor -- I can't remember his name right offhand. I've got it wrote down. Dr. Hilyer I think's what his name was. Matt Hilyer. That's it.

there?

A. How many I was taking?

Q. Yes. Like when were you at home by yourself, how many different pills did you take every day?

A. Oh, Zyprexa, Seroquel, and I think Phenabarbatol -- I mean, Klonopin. It wasn't Phenabarbatol.

Q. So you would take three pills?

A. Yes, ma'am.

Q. How many times a day would you take them?

A. Just in the morning and at night.

Q. All right. Those three pills twice a day?

A. Yes, ma'am.

Q. Okay. And how did that change once you went into the jail?

A. I don't know what they went by. I was taking six, eight, some pills. And I don't --

Q. Three times a day?

A. Alex City.
Q. While you were at the jail at Coosa County, if you had needed to go to the hospital, would it always have been at Alex City, or the Russell Hospital?
A. Yes, ma'am.
Q. No other hospitals; right?
A. None that I ever seen. None that I ever heard of.
Q. How many times do you recall an EMT coming?
A. One time.
Q. Just one time?
A. Yes, ma'am. Until I was overdosed, and then I went straight to the hospital, and I didn't come back out.
Q. Were you taken by ambulance?
A. No, ma'am. I recall Brett Oaks driving. The siren going off. Him giving me a sheet of paper and talking to the doctor. He walked over and said, sign this sheet of paper. And it had fifty thousand on it, and I signed it, and I

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

didn't know what I signed.
And I started going back off to sleep, and I asked Brett, I said, what's wrong with me? He said, you're a sick puppy. And he walked out and left me sitting in a chair in there. And that's the last thing I remember until I come back to, like eight or nine days later.
Q. Was there a time when you were at the jail that your medication changed; that you remember like one time they were giving you a certain number of pills, and the next day that changed?
A. There was two or three, maybe more, I'm not going to say a specific time, how many times, but there was very few times that I got pills that didn't look right. And Al's the one that gave them to me that one time, and Wendy gave them to me one time.
And I said, these don't look like the same kind of pills. And they said, take them anyway. They made me take them

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

and open my mouth to make sure I swallowed them. I don't know what they was, but they didn't look like the same pills I was supposed to be taking.
Q. Do you recall what the pills looked like that were different from the ones you had been taking?
A. No, ma'am. The Seroquel is long and white. And my Klonopin was round. Phenabarbatol was round. And these was like a octagon shape, both of them was. And I got them two or three times.
Q. All right. So the Zyprexa you were taking before you went in; right?
A. Yes, ma'am.
Q. Okay. Do you recall what the dosage was that you were taking?
A. I was taking twenty milligrams when I went in.
Q. Okay. And what did that pill look like?
A. I can't recall now, ma'am.
Q. But you know it was twenty

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

milligrams?
A. Yes, ma'am.
Q. All right. And was that the same dosage you took while you were at the jail?
A. No, ma'am. They cut me down to five on it.
Q. What did the pill -- Did the pill change, the appearance of the pill change?
A. No, ma'am. Not as I remember. Just the dosage changed. The two or three times I got the pill, it didn't look right. I asked them what that was, and they wouldn't tell me. They just told me to swallow it and shut up.
Q. Who would tell you that, whatever jailer was giving out meds?
A. Al Bradley and Wendy. Them are the two that told me that.
Q. Did you ever question any of the other jailers?
A. No, ma'am.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

A. As far as I can recall, yes, ma'am.

Q. And what about Ms. Wilson?

MR. STOCKHAM: Before Ms. Wilson?

MS. MCDONALD: I'm sorry, Mr. Wilson.

MR. STOCKHAM: Before you do that, can we take about a two-minute break?

MS. MCDONALD: Sure.

VIDEOGRAPHER: This marks the end of tape number two in the deposition of Daniel Kelly. Off the Record. The time is 12:54 p.m.

(Recess taken.)

VIDEOGRAPHER: This is the beginning of tape number three in the deposition of Daniel Kelly. Back on the Record. The time is 1:07 p.m.

Q. (By Ms. McDonald) Bryan, before I get into your allegations against Mr. Wilson, let me ask you a question. When you were put in the hole, were you given

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Who made the decision to put you at UAB?

A. I did.

Q. So that was your call?

A. That was mine and my family's. Because they can tell when I -- See, I woke up in the middle of the night, and I was in there beating the floor. And they come in there to calm me down and asked me what I was doing. I said, I'm repaying Al Bradley for what he done to me. They told me they think I need to go into the hospital again, and I did.

Q. Is there a particular reason it was UAB?

A. No, ma'am.

Q. Did you talk to the doctors at UAB about what had happened to you?

A. Yes, ma'am. I told them everything.

Q. Have you told me everything that Mr. Bradley did to you while you were at the jail?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

me off of them.

Q. How often are you seeing a psychiatrist now, Bryan?

A. Sometimes once every three weeks to a month -- I mean, every time once every three weeks to a month.

Q. The last hospitalization you had at UAB?

A. Yes, ma'am.

Q. The psychiatric unit there?

A. Uh-huh.

Q. Did something happen before that to cause you to need to go to the hospital to be hospitalized?

A. No, ma'am. Everything that happened to me in Coosa County I have night terrors real bad. I'll wake up reliving what had happened to me. And it puts me up on the edge a little bit to where I think I need to be hospitalized, so they can treat me and calm me back down. The beatings I took, I had to relive them at night a lot of times.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Did Mr. Lipscomb ever give you your medications?

A. I think he did a few times.

Q. Did you ever question him?

A. No, ma'am. It wasn't but two or three times I took them other meds, and that was Wendy and Al that done it.

Q. All right. Can you describe the pills you took while you were at the jail?

A. No, ma'am. Not now. All I know is, the Seroquel is long and white. Klonopin's round and green. The rest of them I can't remember.

Q. Is the Seroquel the medicine that you still take?

A. Yes, ma'am.

Q. Does it still look the same to you?

A. Yes, ma'am.

Q. Do you still take Klonopin?

A. No, ma'am. I quit taking it about a month ago. The psychiatrist weaned

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

toilet paper?

A. For the first week, yes, ma'am.

Q. For the first week. And when you were taken out to go to the restroom, did you have to take your toilet paper with you, or did --

A. No, ma'am. They had it in bathroom there.

Q. Okay. Who gave you the toilet paper?

A. The first time it was ever gave to me, I think it was Wendy that had gave it to me.

Q. Did she tell you why she was giving it to you?

A. To use the restroom.

Q. For inside your cell?

A. Yes, ma'am.

Q. In November when you were taken to jail -- taken over to the jail from the Courthouse, did you tell the officers about all of your medical problems when you

got over there?

A. Yes, ma'am.

Q. Who did you tell?

A. Terry Wilson.

Q. What medical problems did you tell him you had?

A. I was bipolar, and I had ulcers and back problems. I had artificial vertebras in my back.

Q. Did you tell them any other problems you were having or had had?

A. Oh, yes, ma'am. I told him I had seizures once and every now and then.

Q. Did you tell him about any mental problems you had, or problems with your nerves?

A. That's bipolar, ma'am.

Q. Okay. What kind of issues did you have with Mr. Wilson while you were at the Coosa County jail?

A. One time he had grabbed me by the neck when I asked him when they was going to stop Al from doing that. He shoved

me into the cell and hurt the lower part of my back.

There was many times I had told him, Wendy, Al, Ricky, all of them, that it was real, real cold in there. I mean, it was freezing, and I asked them for a extra blanket from time to time, and they wouldn't give it to me.

Q. Okay. Let's go slow. Okay. You told him several different times that you were cold?

A. Yes, ma'am. It was real cold in there.

Q. And what was his response?

A. Just deal with it.

Q. What other complaints did you make to him?

A. Oh, about the toilet paper afterwards. Because I needed it also not just to go to the restroom, but also to blow my nose. I asked him for toenail clippers many a times, and they never would give me nothing like that to cut my toenails.

Because they had to cut ingrown toenails out of my foot when I was at the hospital.

But I asked a bunch of times about water. I'd asked them could I have a cup of water, and most of the time they laughed about it. I never would get none, hardly.

Q. Did Mr. Wilson ever give you water?

A. No, ma'am.

Q. So you asked him for water, how many different times?

A. Quite a few.

Q. And he never gave you any water while you were in there?

A. No, ma'am, he didn't.

Q. Okay. Did you ever ask him for clippers -- for toenail clippers?

A. Yes, ma'am. Because I remember one incident that I had heard him up front, I think he was over the jail that day or something, and I had asked him for toenail clippers. And he never responded.

the back of the neck and slung me in.

Q. Was the cell door already open, or was it --

A. Yes, ma'am.

Q. Okay. Was that the only time Mr. Wilson ever put his hands on you?

A. Yes, ma'am.

Q. You said Mike Rudd?

A. Yes, ma'am.

Q. Who is he?

A. He was a deputy. He took me to the hospital. And he had another deputy with him, and the other deputy told me he was going to go out and smoke. He said, go on and smoke. If he tries to leave, I'll shoot him anyway.

So when we got out there to the car, I asked Mike, I said, y'all let me have one of them cigarettes while we're gone. So he grabbed me by the back of my shirt and just slung me into the car and told me to get in. It hurt the lower part of my back.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. No, ma'am. He was the main one there. Who else was I to tell but Ricky, and he never would listen to me. I was always scared to just keep complaining, because they'd just beat me worser.

Q. Who would beat you?

A. Al Bradley.

Q. Did anybody else beat you?

A. Mike Rudd slung me into a car one time. And Terry Wilson grabbed me by the neck and slung me in the cell one time. That was the onliest time that they put their hands on me.

Q. When Mr. Wilson grabbed you by the neck, were you refusing to go into the cell?

A. No, ma'am. I was asking him when he was going to stop Al from beating me.

Q. All right. And he grabbed you by the neck. What part of the neck?

A. The back of my neck. I was facing the cell door, and he grabbed me by

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Any other incidents with Mr. Wilson?

A. No, ma'am. Except that time he grabbed me by the neck and slung me in the cell.

Q. Okay. Let's talk about that. Where were you when that happened?

A. I was standing in the doorway.

Q. Why had the door been opened?

A. I had used the telephone or -- I said, Mr. Wilkes, can you carry me to the telephone or the restroom, and he had to go up to the cube or something. They called him somewhere. So Terry was taking me back. He made me hang the phone up and come on.

And when I got to the doorway, I asked him, I said, when are you going to stop Al from doing this? And then he grabbed me by the neck and slung me in the cell and closed the door.

Q. Did he say anything to you?

A. No, ma'am.

Q. Did you tell anybody about it?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. How many times did you ask him for them?

A. For toenail clippers?

Q. Uh-huh.

A. I asked every one of them quite a few times each.

Q. Okay. I'm just talking about Mr. Wilson right now, though.

A. Oh, Mr. Wilson. I asked him quite a few times, yes, ma'am, for toenail clippers, toilet paper, take me to the restroom, a cup of water, or anything like that.

Q. Did he ever take you to the restroom?

A. Not as I remember, ma'am.

Q. All right. And you told me earlier he never took you for a shower; is that right?

A. No, ma'am.

Q. Did you ever ask him to take you for a shower?

A. Yes, ma'am. A few times.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

you recognized?

A. Oh, yes, ma'am. There was Wendy that was always up there, and Terry nine times out of ten was there.

Q. All right. And the second conversation you had with him?

A. I asked him when he was going to get me out of the hole, let me out of the hole.

Q. And what did he say to you?

A. He said, you're going to stay in this damn hole as long as you're in my jail.

Q. Is that all the conversation?

A. I don't remember if it was that incident or the one before, I had asked him to stop Al from beating me, and he laughed about it. No, I -- His exact words was, I asked him when this treatment is going to stop.

Q. What did he say?

A. Laughed at me and walked off.

Q. Did you tell him anything

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

he come to your cell?

A. No, ma'am. I could hear -- I mean, I seen him outside the door. He was standing next to the desk up there.

Q. And did you holler at him?

A. Yes, ma'am.

Q. Did he come over to your door?

A. No, ma'am. He stood right there. He could hear him.

Q. What did he say back to you?

A. He said, I was staying in there for my -- his own protection to keep me -- he was laughing, to keep me from accidently falling.

Q. Okay. Did he cuss at you during that time?

A. Not that incident he didn't.

Q. Who else was outside?

A. I don't know, ma'am. I didn't see nobody but Ricky standing there. You couldn't see the whole desk from where I was at.

Q. Could you hear any voices that

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

when he taped the window up, I could hear him every now and then, but very seldom.

Q. So you actually had conversations with him twice while you were in the hole?

A. Uh-huh.

Q. Any other time?

A. No, ma'am.

Q. All right.

A. Not as I recall.

Q. You recall having just two conversations with him during the whole entire time you were incarcerated?

A. As far as I recall, yes, ma'am.

Q. And what were those conversations about?

A. One time I asked him why he was keeping me in the hole. And another time, I had asked him when he was going to let me out of the hole.

Q. When you had the conversation with him about keeping you in the hole, did

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Was that the only time you had anything to do with Mr. Rudd?

A. Yes, ma'am. As I recall.

Q. Anybody else ever touch you in a way that was harmful while you were at the jail?

A. Al.

Q. Al and Terry Wilson and Mike Rudd?

A. Yes, ma'am.

Q. Were they the only three?

A. Yes, ma'am. As I recall.

Q. What about Ricky Owens? Did he ever lay his hands on you?

A. No, ma'am.

Q. How often would Sheriff Owens be in the jail?

A. Not often.

Q. How many times would you say you saw him while you were in the jail?

A. About two times when I was in the hole, and one time I spoke to him. That was when I had visual contact with him. But

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. Yes, ma'am.

Q. Were you taking medication for your back regularly before you went in?

A. Yes, ma'am.

Q. When they would bring you breakfast, would you eat it?

A. Most of the time, yes, ma'am.

Q. Would they bring you something to drink with breakfast, too?

A. A cup of water.

Q. Would you drink it?

A. Yes, ma'am.

Q. Would you get anything in between your breakfast and lunch?

A. No, ma'am.

Q. And when they brought you lunch, did you eat your lunch?

A. Yes, ma'am.

Q. Did you drink whatever they brought you with your meal?

A. A cup of water is all I ever got.

Q. How big was the cup of water?

in both legs. But I was freezing real bad, my legs had numbness to them.

After they had done so much to me, my back ached and hurt all the time. I was completely dehydrated when I went, so I was getting real weak before I got to the hospital, so I'd ask for water. Different things like that.

I mean, it was a bunch of different things that was happening to me. I was having shocking spells, weak spells. My urine was almost jet black. It was staining the concrete around where the hole was. I told them about that. I told them about bleeding when Al kicked me in my midsection twice. I never went to the doctor for none of that.

Q. Okay. It's your testimony that you told them about every one of these things?

A. Yes, ma'am.

Q. Did you have back pain before you went into the Coosa County jail?

Q. How do you know that?

A. Because he would have been the first one that got his hands on it.

Q. Did you give it to anybody else?

A. I don't know, to tell you the truth, because I'd fill it out and shoot it up on the door. But nine times out of ten, it was Al that was working up there.

Q. What would you fill out?

A. A doctor's report to see a doctor.

Q. Were you taken to the doctor when you asked to go?

A. No, ma'am.

Q. Okay. What did you ask to go to the doctor for that you weren't taken for?

A. Sides hurting where he kicked me in the ribs. It took a few days for them to ever carry me to the dentist. Shocking spells, seizures, my legs was freezing. The doctor in Alex City said I had hypothermia

specific about what you meant by the treatment?

A. Stop Al.

Q. Did you say that?

A. Yes, ma'am.

Q. What specifically did you say to him?

A. To stop Al from beating me. He laughed and went on around the desk to the other way where I couldn't see where they was at. I hollered a couple of times for a react -- a response, and he never would answer.

Q. And those are the only two conversations you had with Sheriff Owens?

A. Yes, ma'am. As I recall.

Q. Okay. I think you told me earlier, you never filled out any paperwork telling Sheriff Owens this?

A. I didn't know that I could. And when Al was on, most of the time they wouldn't have gave me one anyway, if I'd known anything about it.

A. Whenever one of them two would carry me to the restroom. And if Ricky, Al, Terry, or Wendy wasn't watching right then or wasn't straight up front, they would take me and let me use the restroom. And then they would sit there behind the desk a few more minutes to let me dial home real quick.

Q. Were they the only ones that would let you use the telephone?

A. Yes, ma'am. As far as I remember.

Q. Did Wendy Roberson ever let you use the phone?

A. Not as I remember. Because she only carried me to the restroom two or three times, and -- well, not even that many. Maybe a couple of times. And she wouldn't allow me to use the phone when I was at the restroom. She'd stand outside the door until I was done, and she put me right back in the hole.

Q. What about Mr. Wilson?

A. No, ma'am.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

don't know.

Q. Do you know whether it was logged every time you got something from the store?

A. No, ma'am. I don't know.

Q. You didn't have to sign anything?

A. No, ma'am. I just filled out a sheet that had my name on it.

Q. How often would you say you got water outside of your meal times?

A. Very seldom.

Q. Once a day?

A. Maybe once or twice a week. That was all according to if Mr. Harris and Mr. Lipscomb was working. None of the rest of them ever gave me any.

Q. Mr. Harris and Mr. Lipscomb would be the only two that would give you extra to drink?

A. Yes, ma'am.

Q. How often were you allowed to use the telephone?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Could you get a drink?

A. No, ma'am. Because it was in a can.

Q. You couldn't have a can?

A. No, ma'am.

Q. Did they ever tell you why?

A. They said they was afraid I'd make a weapon out of it.

Q. Did you ever buy candy bars at the store?

A. Yes, ma'am. That's what I used for toilet paper.

Q. When you got -- bought something from the store, would it be written down what you got? Or how'd you pay for it?

A. They'd give me a store list, and I'd fill it out and then turn it in. And sometimes it would come that evening, and sometimes it would be the next morning.

Q. How would they keep up with what was taken out of your account?

A. They had books, I guess. I

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. Just a little Styrofoam cup.

Q. Did you get anything between breakfast -- I mean, between lunch and dinner?

A. No, ma'am.

Q. Okay. And when they would bring you your dinner, would you eat it?

A. Yes, ma'am.

Q. Did you drink whatever they brought you?

A. Yes, ma'am.

Q. Would it be water as well?

A. Water, yes, ma'am. That's all I was ever allowed to have was water.

Q. Now, you said something earlier about a store. Did you -- the store come around?

A. Sometimes they would let me catch it, and sometimes they wouldn't.

Q. What were you allowed to buy at the store?

A. Candy bars, pencil, paper, stamps, and envelopes.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Q. And what about Mr. Bradley?
A. Of course not. No, ma'am. I mean --
Q. Did Sheriff Owens ever take you to --
A. No, ma'am.
Q. Okay. I think you told me earlier, you only saw him at the jail a couple of times?
A. Yes, ma'am. As far as just face to face. I heard his voice a few times before. I'd seen him only a couple times.
Q. When you got out of jail, did you ever press any charges against any of the officers who had hit you?
A. No, ma'am. They told me -- The way I understood, you couldn't. So I just went to Mr. Stockham.
Q. Who told you that you couldn't?
A. That's just the way I understand about people. I didn't know if you could or couldn't.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Did you ever go to the district attorney and inquire as to whether you could?
A. No, ma'am.
Q. At some point, you were taken to Russell Hospital?
A. Uh-huh.
Q. Can you tell me what happened to cause you to be taken over there to the hospital?
A. The doctor told me I had hepatitis due to a overdose -- of liver and kidney failure. The jail had overdosed me.
Q. Prior to your incarceration, did you ever have any liver problems?
A. No, ma'am.
Q. None whatsoever?
A. No, ma'am.
Q. What caused you to get them to take you over to Russell Hospital?
A. I went into a brain-dead coma.
Q. At the jail?
A. Yes, ma'am. A couple days

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

before that, a jailer named Aaron Green said I was turning real golden. He said he had said something to them, but they didn't pay no attention to him.
Q. Mr. Green told you this?
A. Yes, ma'am.
Q. When did he tell you this?
A. Back some time ago when all the questioning was going on.
Q. Okay. When was the last time you saw Mr. Green?
A. Oh, it's been a good long while.
Q. So you went into a coma in your cell?
A. Yes, ma'am.
Q. And somebody came in and fond you that way?
A. Yes, ma'am. I think they said Aaron Green come found me. I mean, this is just what was said. I don't know. But they said they had called Terry, and I remember seeing Terry looking at me in civilian

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

clothes. And that's it. And I remember a siren going off, and all of a sudden I was sitting in the emergency room.
Q. So they took you to the hospital?
A. Yes, ma'am.
Q. And you were admitted to the hospital?
A. They dumped me out and got me to sign something, and then they walked out. And then the next thing I know I woke up, and I was in the hospital a few days later.
Q. Do you have any idea what transpired to get them to be able to leave you at the hospital?
A. They said it was my bond I signed.
Q. All right. Do you know whether somebody called over and talked to the Judge or to your attorney?
A. No, ma'am.
Q. Or how all that worked?
A. No, ma'am.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

A. I don't recall if I did or not. But I'm pretty positive I did, because I told everybody.
Q. What do you mean you told everybody?
A. Every doctor and psychiatrist I'd had.
Q. Okay. How long were you at Brookwood Hospital?
A. Just two or three days, as I recall.
Q. When you were released, where did you go?
A. Back to Dr. Law. Back to the hospital in Alex City.
Q. They put you back in the hospital at Alex City?
A. Yes, ma'am. I went back to just let Dr. Law check my enzymes on my liver, and they was about normal and my -- I don't remember exactly. But the enzymes was real, real high still. And he said I couldn't make it, and he wanted to put me

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. I went on to Brookwood Hospital to another specialist.
Q. Were you admitted to Brookwood?
A. Yes, ma'am.
Q. Okay. Was this the hospital part, or were you put back in the psychiatric --
A. The hospital.
Q. What were you being treated for at Brookwood?
A. My liver.
Q. Do you recall who your physician was there?
A. Dr. Doug Dickerson.
Q. Dickerson?
A. Yes, ma'am.
Q. Is this the first time you had seen him?
A. No, ma'am. He had been my gastrologist for quite a few years.
Q. Did you tell him what had happened to you at the jail?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Who was your doctor while you were there, do you know?
A. Dr. Law and Dr. Holcomb. Dr. Law was my primary physician. Dr. Holcomb was my liver and kidney doctor.
Q. Had you ever seen Dr. Holcomb before?
A. No, ma'am.
Q. What about Dr. Law?
A. No, ma'am.
Q. Did you talk to them about what had happened to you while you were at the Coosa County jail?
A. Yes, ma'am.
Q. You told both of these doctors?
A. I told Dr. Law. I don't know -- recall if I told Holcomb or not, because I never seen him just for a little while. But Dr. Law come in there and steadily checked on me.
Q. After you got out of the hospital, where did you go, Bryan?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Have you ever been told you got a furlough for medical problems?
A. No, ma'am. My lawyer tried to get me a furlough because I was getting so sick, and they turned it down.
Q. How long were you at the hospital?
A. I'm going to say around two, two and a half weeks. Somewhere in that vicinity. I'm not positive.
Q. And they told you you had a drug overdose?
A. Yes, ma'am. They said I had a medical chemical overdose, which shut my liver and kidneys down. And I had hypothermia in both legs, two fractured ribs.
Q. Anything else they told you while you were there?
A. Not as I recall. I remember I had to learn how to really talk again. Because I know what I wanted to say, but it wouldn't come out.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

but I don't remember what her name was.

Q. Can you describe her for me?

A. Short, dark hair. About my height. In her fifties.

Q. How tall are you, Bryan?

A. Six foot.

Q. And what did you tell her?

A. I just told her the treatment they had gave me, and the reason that I was having night terrors real bad, and the reason I was still a nervous wreck, and the reason I was scared of a badge.

Q. Did you have night terrors while you were at Clay County?

A. Yes, ma'am.

Q. How often?

A. Sometimes every night.

Q. What happens when you have a night terror?

A. I'll go back in time to what had happened to me, and I'll live through it all over again. I'll wake up and my hair will be soaking wet, face be soaking wet,

Q. And during this second period, you were in the general population?

A. Yes, ma'am.

Q. I think you told me earlier, you just had the one problem with Mr. Bradley this time?

A. Yes, ma'am. That was it.

Q. Did you have any problems with Mr. Wilson or Ms. Roberson the second time you were there?

A. No, ma'am.

Q. Any other jailers you had any problems with?

A. No, ma'am.

Q. Did you have any conversations with Sheriff Owens at this time?

A. No, ma'am.

Q. When you were transferred over to Clay County, did you discuss with anybody over there what happened to you at Coosa County?

A. There was a lady there that was a jailer, me and her talked quite a bit,

with a court order?

A. I don't know.

Q. Do you know whether a doctor can override a judge?

A. No, ma'am, I don't know. I just know the prescription that the doctor had wrote out for me.

Q. You never saw anything from a judge saying it was time for you to go back?

A. No, ma'am.

Q. After you were taken to Russell for the liver problems and all, did you ever go in any kind of rehab program between the time you went to Russell and the time you went back to Coosa County?

A. Not as I recall.

Q. Okay. And then you went back to Coosa County for the second time?

A. Yes, ma'am.

Q. And you told me earlier, how long were you in this time?

A. Just a really short time. And then they transferred me on to Clay County.

back in.

Q. So you went back in to Russell?

A. Yes, ma'am.

Q. For how many more days?

A. About four or five or six days. Somewhere in that vicinity.

Q. Okay. And when you were released where'd you go?

A. House arrest.

Q. Back home with your mom and dad?

A. Yes, ma'am.

Q. How long were you on house arrest?

A. The doctor had wrote out that I couldn't be put back in for ninety days due to a liver diet. And I stayed there like five days, and they come on back and locked me up anyway.

Q. Who came to get you?

A. Coosa County.

Q. Do you know whether that was

Q. You said you're scared of people with badges or officers and you're scared at night, you have the night terrors. Anything else?

A. No, ma'am. Not as I remember. The night terrors are worse.

Q. All right. Have they changed your medicine because of the night terrors?

A. Yes, ma'am. They introduced my Seroquel up to where it'll shut your brain down at night to where you can sleep some.

Q. Has that helped?

A. It helped some, but I still have the night terrors from time to time. Not as much as I used to. But from time to time, I'll go through them again.

Q. Did you have them while you were at UAB this last time?

A. Yes, ma'am. They come in -- They made me in one class go over everything that the jail staff and Al and all of them had done to me; they made me talk about it

A. PTSD, mostly.

Q. Can you describe the symptoms of that to me?

A. I relive what happens, and I'm scared of people with badges. Because they get authority to beat you, and there ain't nothing you can do about it. And I'm frightened of any police officer. Feel like people is following me a lot or going to hurt me. I get real scared at nights. Then when I have the night terrors, I'm up off and on all night long.

Q. You're scared at night, like when it gets dark?

A. When it gets dark. Because it was mostly dark in that little hole all the time. There was one little light that was up there, but it wasn't lights like in here. It was just a dim, little light.

Q. Was it more like a light bulb or like a fluorescent light?

A. Just a little square like a little light, as I can remember.

A. No, ma'am. I've had things like nightmares as a kid, and stuff like that. But that's nothing, not a tenth of what a night terror is.

Q. When you say you're reliving it, what part of it are you reliving?

A. The beatings.

Q. And all of that would have been with Al Bradley?

A. Yes, ma'am. Mostly. I remember Terry grabbing me by the neck and slinging me and I hurt my back. Mike slinging me in the car hurting my back. But mostly Al Bradley.

Q. Is there any particular reason why you did not sue Mike Rudd?

A. Ma'am?

Q. Is there any particular reason why you did not sue Mr. Rudd?

A. No, ma'am. I don't guess.

Q. What other type of problems have you had since you got out of the Coosa County jail?

bed sheets be soaking wet. I shake like a leaf. I hide and get in a corner somewhere and try to stay real -- away from everybody until I can get a grip. That's the reason I'm so scared of badges.

Q. Did you ever tell anybody when you were over at Clay County that you were having night terrors?

A. Yes, ma'am.

Q. Who did you tell?

A. The psychiatrist they took me to in Lineville.

Q. Okay. What did he do for you?

A. They changed my medication up some. I don't really remember what they put me on back then, but they tried to balance me out to where my nerves wouldn't be so shot and I wouldn't be so scared all the time.

Q. Had you ever had any night terrors before?

A. No, ma'am.

Q. Not in your whole entire life?

any of the other inmates?

A. No, ma'am, not while I was up there in the hole, because I was away from any other inmates.

Q. But when you were in the back after you could come back there with other inmates, did you ever hear him talk the same way to other inmates?

A. Not as I recall.

Q. Did you ever use any foul language with any of the officers?

A. No, ma'am.

Q. You never yelled or screamed?

A. No, ma'am. You couldn't yell or scream. That's one reason I couldn't defend myself, because they'd just added time on my time. There's no way I could have done anything to protect myself. They had badges. They were supposed to protect, not hurt.

Q. What did the jailers wear to work?

A. You ask me that now, I do not

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

ma'am.

Q. During any of your arrests, did you ever have any issues with any police officer about being too rough with you?

A. No, ma'am.

Q. Were you always compliant when you got arrested? Do you recall ever mouth off?

A. I aint going to say I didn't -- Not that I remember, no, ma'am. I mean, when I was a teenager, I might have just cut up with them, but nothing ugly.

Q. You told me earlier that Sheriff Owens had cussed at you just that one time. Did any of the other officers ever, other than Mr. Bradley, ever use any cuss words or foul language with you?

A. I remember Wendy hollering shut your damn mouth one time and all. But as far as Terry, no, ma'am, he never cussed at me. And Ricky only cussed at me that one time, but Al did it all the time.

Q. Did you ever hear him talk to

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

A. No, ma'am.

Q. What about any of the nurses, do you remember their names?

A. No, ma'am. Dr. Thweatt and Dr. Fife are the only two I remember. Dr. Fife was my PTSD doctor, and Dr. Thweatt was just my regular psychiatrist.

Q. All right.

A. But he's the only male doctor that works in there at night. He's stocky built and got real short hair. But he sat with me for about an hour and a half to two hours, said he wouldn't allow none of them on the floor if they come up there and tried to hurt me again.

Q. So you talked with him about what had happened?

A. Yes, ma'am.

Q. Prior to being at the Coosa County jail, had you ever had any run-ins with police officers at all, or any officer?

A. Just by getting arrested, that's all. But nothing no aggressive, no,

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

in class. I got so nervous and crying and upset, they'd come in there and shoot me up with some kind of other drug to put me out, because I was getting real aggressive and trying to hide from them.

Q. While you were at UAB, were you in the room with anybody?

A. Yes, ma'am.

Q. Who were you in the room where?

A. I don't know his name, because there was two or three different people that was in and out.

Q. Did anybody ever come in during the night while were you having these night terrors, any medical staff?

A. Yes, ma'am.

Q. Did you ever --

A. It was a male doctor that worked evenings and nights. He come in there and set with me for a long time.

Q. Okay. Do you remember his name?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

A. My family would find me walking in the highway, or find me way away from home and I wouldn't know where I was at, how I got there, or nothing else.

Q. Okay. So you just kind of --

A. -- wander off.

Q. And when you say blackout, I'm thinking pass out. You don't actually pass out; you just kind of --

A. No, ma'am. I just lose sense here. It normally happens when I have night terrors real bad that night. The next morning I'm nervous about what had happened, and I can't get it off my mind. And then the next thing, my mind just overloads, is what the psychiatrist had told me.

All the mess that I had been through, it just takes too much, and then it'll make -- it'll overload.

Q. How many times have they found you wandering around?

A. Two or three times.

Q. All right. Where were you?

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

you abused any type of drug, illegal drug?

A. I'd say seven, eight, nine, years ago. Somewhere in that vicinity.

Q. What about alcohol?

A. Six months to a year. Somewhere in that vicinity. I didn't drink every day. I drank once in a blue moon.

Q. The accident that you had in November, did you get a DUI associated with that accident?

A. No, ma'am. I didn't get no DUI.

Q. Had you been drinking that night?

A. Yes, ma'am. They had said I had, but I had had a blackout, so I don't remember none of it. After the Coosa County accident, I have blackouts quite often.

Q. How often would you say you have blackouts?

A. Sometimes twice a week. Sometimes only once a week.

Q. What happens?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

time you were in rehab?

A. Yes, ma'am. As far as I remember.

Q. Was there anything in particular that led you to go get rehab the first time? I mean, I know you said you were using cocaine.

A. Yes, ma'am. I just didn't want to use cocaine no more.

Q. Were you in trouble with the law at that point?

A. No, ma'am.

Q. Did your parents know you were using it?

A. Yes, ma'am. I told them. And they offered to help me, so they helped me get to the rehab.

Q. Okay. Were you using any other drug, other than cocaine?

A. No, ma'am. Alcohol on occasions, but I never cared nothing about it, really.

Q. When was the last time when

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

remember, ma'am.

Q. Are they in uniform?

A. Yes, ma'am. They wore uniforms.

Q. Did they have name tags?

A. I don't remember.

Q. Did they have badges?

A. I don't remember that.

Q. Did you get any type of treatment for any psychiatric problems while you were in the military, Bryan?

A. No, ma'am.

Q. Did you have any problems in the military?

A. No, ma'am.

Q. When you were growing up, did you have -- ever see a psychiatrist or a psychologist?

A. No, ma'am.

Q. Counseling of any type?

A. No, ma'am.

Q. Was the first time you got counseling, would that have been the first

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Q. Have you talked to her about it?
A. No, ma'am.
Q. Have you told her what's happened to you at the jail?
A. Yes, ma'am. She knows about what happened. And she knows of the lawsuit, but nothing about it.
Q. All right. Who are you dating?
A. Rhonda.
Q. What is her last name?
A. Landers.
Q. Does she live in Sylacauga?
A. Childersburg.
Q. Anybody else, any other girls you have dated that you may have talked to about what happened to you while you were in the jail?
A. Nobody would know, except Patty, the one that I was engaged to at the time of the incident.
Q. When did y'all call off your

The time is 1:47 p.m.
(Recess taken.)
VIDEOGRAPHER: Back on the Record. The time is 1:59 p.m.
Q. (By Ms. McDonald) Bryan, I know you've told me you've talked to your doctors about all that you've been through, and I know you have talked to probably your parents?
A. Yes, ma'am.
Q. I don't want to know what you talked to Mr. Stockham about. That's between you and him. Has there been anybody else that you've talked to about the lawsuit?
A. No, ma'am. Not as I recall, besides my doctors and my family, parents.
Q. What about your ex-wife? Have you talked to her about it?
A. No, ma'am.
Q. Okay. Are you dating anybody, a girlfriend?
A. Yes, ma'am.

A. Not regularly. Just when I needed to go to the foot of the hill to get cigarettes, mainly.
Q. So you still smoke?
A. Yes, ma'am.
Q. I noticed you got a tattoo on your wrist?
A. Yes, ma'am.
Q. Is that your daughter's name?
A. Yes, ma'am.
Q. Do you have any tattoos anywhere else?
A. Yes, ma'am. I've got a military scout tattoo my right forearm -- I mean, my right shoulder.
Q. Any other tattoos?
A. No, ma'am.
Q. Now, what did you say that was on your right shoulder?
A. It's an Apache scout.
MR. STOCKHAM: We need to take a break.
VIDEOGRAPHER: Off the Record.

A. Down the road from their house on the interstate.
Q. You said you had one of these back in November?
A. Yes, ma'am. November 3rd.
Q. Well, what time of day was your accident?
A. Around about three, four, five. Somewhere in that vicinity.
Q. In the morning or at night?
A. Evening.
Q. In the afternoon?
A. Yes, ma'am.
Q. And you'd had a night terror the night before?
A. Yes, ma'am. I fought with it all night.
Q. I know you told me you didn't have a license back then, and you don't have one now. How often do you drive, Bryan.
A. I don't drive at all.
Q. Prior to this last accident, were you driving regularly?

for them seizures; right?
A. The end -- Yes, ma'am. It's -- Let's see. The end of April. I'm not sure what day. I've got it wrote on a calendar, but I don't remember exactly what day it was.
Q. Okay. The times where you've been in the psychiatric units at the hospitals or in rehab, have all of those been voluntary?
A. Yes, ma'am.
Q. You've never been committed?
A. No.
Q. You've never -- Where somebody put you there?
A. No, ma'am.
Q. It's all been by choice; right?
A. Yes, ma'am.
Q. Have you ever had a suicide attempt, Bryan?
A. Not in my right state of mind, no, ma'am. But there's one time that I was

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

anybody ever -- a doctor ever told you what kind of seizures you're having?
A. Just a seizure disorder.
Q. Okay. Did they ever tell you what causes it?
A. The doctor had told me it had to do with when I was very scared or very nervous, that I would go into a seizure.
Q. Have you ever seen a neurologist?
A. What does that mean?
Q. A neurologist for the seizures?
A. Yes, ma'am. They've got me now with a seizure specialist, but I haven't seen him yet. My appointment's this month.
Q. Is he at UAB?
A. Yes, ma'am.
Q. Do you know who he is?
A. No, ma'am.
Q. Okay. And when are you scheduled to see a doctor again? I mean, I know you're scheduled to see a doctor at UAB

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Clay County just a little bit, yes, ma'am.
Q. What type of hallucinations have you had?
A. I'm a Native American, and I had hallucinated about a Native American spiritual advisor.
Q. Do you hear voices, or do you see things when you have hallucinations?
A. I had seen him a time or two, but that would be it.
Q. When you see him, do you hear him talking to you as well, or is it just that you see it?
A. It's just a mind thing, yes, ma'am.
Q. When was the last time you had that happen to you?
A. Oh, it's been a while, months.
Q. And you never had any type of hallucination before you were incarcerated at Coosa County?
A. No, ma'am.
Q. The seizures that you had, has

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

engagement?
A. Oh, not long after I went on to the penitentiary.
Q. Did you ever see her while you were at Coosa County jail?
A. At Coosa County? No, ma'am, not as I recall.
Q. Did she ever see you while you were at Clay County?
A. Not as I recall.
Q. Have you taken any notes or made any notes since you got out of jail?
A. No, ma'am.
Q. What about while were you at Clay County? Did you make any notes about anything that's happened to you?
A. No. My mother kept all the notes. I just told her what happened.
Q. Have you ever suffered from hallucinations, Bryan, where you hear things or see things?
A. Yes, ma'am. After all the incidents in Coosa County, I started to at

ma'am.

Q. And what about your brother? Have you talked to him about it since you've been out?

A. He has heard me and my mother and father talking about it, yes, ma'am.

Q. Where does your brother live?

A. He had lived in a trailer on Talladega highway. I think he lives with my aunt as of now.

Q. What's your brothers name?

A. Shane Kelley.

Q. Do y'all get along, Bryan?

A. Yes, ma'am.

MS. MCDONALD: I think that's all the questions I've got right now, Bryan.

EXAMINATION

BY MR. WILLFORD:

Q. Mr. Kelley, I'm Gary Willford. I represent Ricky Owens in this lawsuit that you've filed, and I've just got a few follow-up questions. Kristi's stolen most of my thunder, so I don't really have too

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

be collect; right?

A. Yes, ma'am.

Q. Did you call anybody else, other than your mom or dad while you were there?

A. I had called my aunt a time or two and my grandmother a time or two when I couldn't get in touch with my parents.

Q. Which aunt did you call?

A. Alvie Kelley.

Q. And what about your grandmother?

A. Eveniell Bailey.

Q. Did you ever tell either one of them what was going on at the jail?

A. No, ma'am. Not at that time. I was calling collect.

Q. Have you talked to them since then?

A. Ma'am?

Q. Have you talked to them since then about it?

A. Since I've been out, yes,

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Okay. Have you ever had that done?

A. Not as I remember.

Q. When you were at the jail and you told your parents about what was going on at the jail, did you tell them while you were on the phone with them or when you saw them at visitation?

A. Really, most of it was at visitation. Because when I would start telling them on the phone, the phones would cut off.

Q. When you had phone conversations while you were at the jail, were you aware that those phone conversations were recorded?

A. I think it tells you on the first -- as soon as you pick it up, this line may be recorded, or something or anther like that.

Q. Did you have to make collect calls while you were at the jail? Like if you were to call your mom or dad, it had to

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

threatening to shoot myself, but that was in one of the blackouts.

Q. When was that?

A. Not long after I come out of prison. It's about the end of August of last year, I think it was.

Q. Were you taken to the hospital after that?

A. No, ma'am.

Q. Where were you when you were doing this?

A. Oh, at my father's farm place in Sylacauga.

Q. Who was with you, your mom and dad?

A. My father.

Q. When you were at UAB this last time, did they do any kind of studies on you while were you asleep? Did they ever hook anything up to you while you were asleep to see if you were having any seizures or anything?

A. No, ma'am. Not as I remember.

I've got the packet and everything. They're supposed to be sending me a copy of my DD-214 right now. But I haven't got it yet.

Q. Okay. Can we have an agreement, that when you get that, you'll give a copy to your attorney so that we can get it?

A. Yes, sir.

Q. Okay. And you said you applied for some VA benefits. Do you have a VA disability?

A. I'm not sure what my amount was, or nothing like that. I won't know until I get a copy of everything. But, no, sir -- I mean, yes, sir, I do, have an honorable medical, but I don't know what percentage yet.

Q. Okay. Why are you just now applying for your VA disability? I mean, that was what, fourteen, fifteen years ago; right?

A. It wasn't quite that long. It was a while back, but I never had no reason

any kind of discipline while you in there?

A. No, sir.

Q. Any Article 15s?

A. No, sir.

Q. Even a summarized Article 15?

A. No, sir.

Q. Okay. What rank did you go in as?

A. E2.

Q. And you came out as what?

A. E4.

Q. All right. Do you still have a copy of your DD-214?

A. No, sir. My house got burned and everything I had.

Q. So you have no records whatsoever from your military service?

A. Not in my hands.

Q. Have you ever applied for a job where you gave them a copy of your DD-214?

A. No, sir. Just recently we had signed up for my VA disability benefits, and

about being air assault?

A. Yes, sir.

Q. Just to kind of clarify that Record. Did you fall off a rope, or fall out of the helicopter, or what?

A. Rope. We was doing an Australian jump, and my brakes burnt out. And my blade mount on the ground was green, and instead of him locking me in the area, he run out from under me and I fell and broke my back.

Q. Okay. So you landed face first and broke your back?

A. Feet first, yes, sir.

Q. Oh, okay. Okay. Did you have any combat experience while you were in?

A. No.

Q. That was about the time of Somalia and the first Gulf war.

A. We was on standby in Fort Leonardwood, Missouri, but we never was shipped.

Q. Okay. Did you ever receive

many questions. Just some things that have kind of peeked my interest as you've been talking here.

I think you testified that you spent some time in the Army, from 1990 to 1993; is that right?

A. Yes, sir. Off and on.

Q. What was your MOS?

A. 19 Delta.

Q. Is that scout?

A. Yes, sir.

MR. STOCKHAM: What was that?

MR. WILLFORD: Scout.

MR. STOCKHAM: What's MOS? I'm sorry?

MR. WILLFORD: Military occupational specialty.

Q. That's kind of why I'm following up on some of these questions, one old Army guy to another.

A. Yes, sir.

Q. And you indicated that your medical discharge was -- you said something

by any chance?

A. No, sir. John Henry's his brother.

Q. Okay. So that's two different people?

A. Yes, sir.

Q. So his name is actually Junior?

A. Yes, sir.

Q. All right. Without going back over everything that you talked to Kristi about; she spent several hours here talking to you about the treatment that you're alleging that you got here at the Coosa County jail. Are you aware of any other inmates who received similar treatment?

A. Mr. Barton received treatment, but I had --

Q. All right. Let me stop you right there. First, we got Mr. Martin?

A. Barton.

Q. Barton?

A. Yes, sir.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

AIT. All right. I come back to Sylacauga and went ahead and signed up to come transfer to full Army, because Top was a very close friend of mine. He got put into the National Guard, weekend warriors, so I done it from then on.

Q. So you were National Guard then until '93?

A. Yes. Yes, sir.

Q. And you got hurt at air assault school?

A. Yes, sir.

Q. Okay. Now I understand what happened. So your medical discharge then is from the National Guard?

A. Yes, sir.

Q. Alabama National Guard?

A. Yes, sir.

Q. Gotcha. Now I understand. You mentioned a fellow inmate in the Coosa County jail by the name of Junior Miller.

A. Yes, sir.

Q. Is his real name John Henry,

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

National Guard.

Q. Okay. I'm looking puzzled here because I am. So were you active Army from '90 to '93?

A. No, sir.

Q. All right. So your whole time in the Army, active and Guard was '90 to '93; right?

A. Yes, sir. Yes, sir.

Q. Okay. You went to basic training?

A. Yes, sir.

Q. In '90?

A. Yes, sir.

Q. And AIT, advanced individual training?

A. Yes, sir.

Q. That was in '90 as well?

A. Yes, sir.

Q. And you rattled some duty stations that I don't quite remember.

A. Fort Leonardwood I done my Basic. Aberdeen Proving Grounds, I did my

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

for them. Because I worked for daddy every day, and I never just fell in and done it.

Q. Okay. And they didn't do it for you when you got out?

A. Well, I would have, I could've had it done, but I didn't choose to. I didn't want to fool with it right then.

Q. Okay.

A. My Top was my First Sergeant, Gary Vincent, he was going to do it all for me, and I told him not to fool with it right now.

Q. And that was while you were at Fort Knox; right?

A. Oh, no, sir. I was back in Sylacauga at that time. I was 31st Calvary. I signed up for air assault and went back to Fort Campbell to do my air assault, and that's when I broke my back.

Q. Okay. Were you National Guard at the time?

A. No, sir. I was full Army at the time. But when I broke my back, I was

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

got bushy, gray hair. Looks like he weighs about a hundred and twenty pounds, and maybe a couple inches shorter than I am. He lives right here in Rockford.

Q. Is he a white fellow?

A. Yes, sir.

Q. Okay. So Mr. Barton's treatment, as we talked about it, was that he was a diabetic, and he would get carried to the hole instead of medical care. And that's what he told you; is that right?

A. Yes, that's what he told me.

Q. Okay. And you don't know of anybody else?

A. No, sir.

Q. Did Mr. Barton tell you who it was that supposedly would take him to the hole?

A. No, sir. I seen Al Bradley come get him a few times when he was medically sick. But as far as where he went to, I just went by what Mr. Barton told me.

Q. Okay. Sheriff Owens didn't

was under house arrest, and they carried me back to jail anyway. That was my last little tour there; that was when Mr. Barton was going in and out of the hole, then.

Q. Okay.

A. They moved me from there and sent me to Clay County.

Q. So how did you and Mr. Barton have occasion to talk about him and going to the hole, if you're in Coosa County?

A. Now, when I come back from house arrest, they took me and locked me back up. All right. I was in population then, B block.

Q. Okay. So you were in population in B block and Mr. Barton's in B block as well?

A. Yes, sir.

Q. Do you know his first name?

A. No, sir.

Q. Can you describe him for me?

A. Yes, sir. He's an older man, right at seventy-something years old. He's

A. I don't know. Everybody there called it the hole.

Q. Okay. When you say everybody, is that inmates and jailers, or just inmates?

A. Inmates and jailers, as I know of.

Q. Okay. How many holes are there?

A. One.

Q. So if Mr. Barton got carried to the hole, he would have been there with you?

A. No, sir. Mr. Barton was carried to the hole after I come back from the hospital and everything else.

Q. Okay. So that would have been sometime after -- You were taken in January of '04 to the hospital; is that right?

A. I'm not exactly for sure what date. But it was when I come back out of the hospital, and a doctor wrote the prescription up for me not to be back; and I

Q. B-A-R-T-O-N?

A. Oh, I guess.

Q. Okay. We've got Mr. Barton. Anybody else?

A. No, sir. Not as I know of.

Q. Okay. Now, you started to into the treatment. Define the treatment that he got.

A. Every time -- The way I understood by him, and I did see him get carried to the hole many a time. But every time -- He was a diabetic or something, when he didn't get his insulin right or his medication wasn't right, he'd get sick and they'd carry him to the hole instead of to a doctor. The way I understood it. He told me it now.

Q. That's what he told you?

A. Yes, sir. That's what he told me.

Q. Okay. Now, what you have been describing as quote the hole end quote, is that also called the holding cell?

I heard his voice a time or two outside where the board was carded up, and I hollered to talk to him. And I was going to ask him that, but he never would respond.

Q. Okay. Yeah. I don't want to go back over that again. I think you've pretty much answered that.

A. Yes, sir.

Q. Who was it that asked if you could go to Troy's funeral?

A. My mother and father.

Q. Both of them?

A. Yes, sir.

Q. Okay. Do you know if they met with the Sheriff personally, or did they just --

A. My father met with him.

Q. Okay. Let's not talk over each other.

A. Yes, sir. I'm sorry.

Q. I have a tendency to do it, too.

Okay. So they met with him

diagnosed as suffering from any memory problems?

A. Not before I was ever in jail, no, sir. But after I'd been in jail, just the bipolar and the PTSD.

Q. All right. Does that cause you to have problems with your memory?

A. No, sir. Not as far as remembering stuff.

Q. Okay. One other question about Troy Kelly. Were you able to go to his funeral?

A. No, sir. Ricky Owens wouldn't let me.

Q. How do you know that Sheriff Owens wouldn't let you go?

A. My family had asked him, and they had told me that he said that I couldn't go.

Q. So you didn't personally speak to him?

A. No, sir. I only talked to him on two occasions. He never would -- I mean,

Q. What's his name?

A. Troy Kelley.

Q. Did Mr. Kelley, or Troy, did he actually die while you were in jail?

A. Yes, sir.

Q. And would these hallucinations have started after you found out that he died?

A. Yes, sir. It was a ways after I found out he died, but I didn't start seeing them until I went to the hole. I had been to the hole for a length of time.

Q. How did Troy die?

A. He got killed in a car accident.

Q. Was that here in Coosa County?

A. No, sir. Down towards the Pensacola line.

Q. Do you know what happened?

A. He was passing a vehicle when another vehicle hit him head on and killed him and his wife.

Q. I'm sorry. Have you ever been

come get him, did he?

A. Not as I remember.

Q. Okay.

A. I never seen Mr. Owens even in the back.

Q. And when you say the back, you're talking about the general population area?

A. Yes, sir.

Q. Ms. McDonald asked you about hallucinations, and you talked about some that you had, it sounded to me like after you got out of the jail. Did you have any while you were in the Coosa County jail?

A. I had occasion where I don't know if I was just -- the medication or what, that I had seen dead people. That was while I was in the hole.

Q. Were they dead people that you knew?

A. Yes, sir.

Q. Who were they?

A. My cousin.

A. Yes, sir. At that time of the fight, yes, sir.
Q. Okay.
A. So the fight started.
Q. What were y'all not getting along about?
A. Just family differences. Nothing really. Just picking on each other.
Q. Had this been going on for a while?
A. Yes, sir. But it was never nothing serious. It shouldn't have never even went to all that.
Q. What made it blow up that night?
A. Both of them had alcohol in them. They were drunk.
Q. Had you been drinking?
A. No, sir.
Q. Okay. So tell me what happened.
A. We got into a fist fight. I was fighting two or three of them on this

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

back at the beginning of your deposition, that you were originally arrested and put in the Coosa County jail for a first-degree assault charge; is that correct?
A. Yes, sir.
Q. Okay. Tell me about what led up to that first-degree assault charge. How did that happen?
A. Oh, me and my brother and my girlfriend, Patty at that time, went to Paul Logo's poolroom in Stewartsville. One of my cousin's was in there. Me and the two cousins had had differences. All right. My cousin called Rodney Smith, and he come up there to start a fight.
Q. Hold on. Who are the two cousins?
A. Rodney Smith and Bodell Kelley.
Q. Bodell?
A. Yes, sir.
Q. Okay. Were they both there at the pool hall?

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

it this way. Was it right after you were incarcerated?
A. No, sir. I was in the hole at the time.
Q. Okay. So then it would have been sometime December or January?
A. Yes, sir. Somewhere in that vicinity. I'm not positive, but I think it would be.
Q. You said something earlier, too, about thinking that people are following you from time to time. Are they actually following you?
A. No, sir. I don't believe so. It was just for a long time, and up until now, I'm just real scared of badges.
Q. Okay. Have you had any other problems with the Law since you got out of prison?
A. No, sir. I had that car wreck, and that was it, yes, sir. As I remember.
Q. I think you testified, way

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

personally; is that correct?
A. My father did, yes, sir.
Q. And you said your mother met with him, too?
A. I'm not specific. If she met with him, she talked to him on the phone, I think. But I know my father met with him.
Q. Okay. So we can talk to them about that when we depose them?
A. Yes, sir.
Q. All right. Where was that funeral at?
A. Sylacauga.
Q. Do you know about when that was?
A. I'm thinking they said somewhere around the 25th. I'm not positive.
Q. The 25th of what?
A. I'm not positive about that. It would be January, February. Somewhere in that vicinity.
Q. All right. Let's try to get

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Q. Ricky cut you off?

A. Yes, sir.

Q. Okay. How do you know that if you hadn't talked to him about it?

A. I'd asked Al to give me a roll of toilet paper, and he said, the Sheriff said you're not allowed to have none.

Q. Okay.

A. He said, you was wasting it by rolling your feet in it.

Q. But you didn't actually hear the Sheriff tell Al that you couldn't have toilet paper?

A. No, sir. I didn't hear him talk to Al.

Q. Okay. So you're just taking Al's word for it, basically?

A. Yes, sir.

Q. In paragraph 12 of your complaint, that's where you talk as you've talked earlier today, about being without water for hours at a time; and that Sheriff Owens knew that you were without water for

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

times as a kid.

Q. Did you know they were going to be there that night?

A. No, sir.

Q. Mr. Kelley, I want to ask you some questions now about your complaint. I know that your lawyer is the one who drafted it, and I know you're are not a lawyer. But there's some factual allegations in here I'd like to ask you some questions about.

The store call, you testify, that's in paragraph 11 of your complaint, that you had to use candy wrappers for toilet paper.

A. Yes, sir.

Q. Could you not get toilet paper through the store call?

A. No, sir. You can't buy toilet paper.

Q. And you said that you were given toilet paper originally; right?

A. The first week Ricky cut me out and wouldn't let me have no more.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

vacation anyway. I had stopped by Bowling Green, Kentucky, so she could see her kids, and drove on to Tennessee. And my family called me on the cell phone the next morning, and told me there was a warrant.

Q. Okay. So Mr. Smith probably signed a warrant on you. Is that your understanding?

A. Yes, sir. That's the way I understood it.

Q. Okay. Were you hit at all in that fight?

A. Oh, yes, sir. A few times.

Q. Did you press charges against anybody that you fought?

A. No, sir.

Q. Or I should say that hit you?

A. No, sir.

Q. Okay. Did your brother press charges against anyone?

A. No, sir. We didn't know all that was going to happen. It was just a fist fight. We had been in them a bunch of

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

side (indicating) that was with them. And my brother was fighting Rodney. Rodney pulled a knife on my brother, tried to stab him a couple of times. And I pulled my knife back on him, and it ended up with him getting cut.

Q. Cut where?

A. Across the face.

Q. Did he have to go to the hospital?

A. They said he did. I don't know for a fact, but they said he did. It was just one little scratch. I barely even made it to him.

Q. You said there were two or three of their friends. Do you know who those folks were?

A. One of the boys' last name was Plyer, and I don't know who the other guys name was.

Q. Were you arrested that night?

A. No, sir. They had called me. I went on to Tennessee; we was going on

that's made to put the bed on.

Q. Okay. Mr. Kelley, that's a different conversation, isn't it?

A. Sir?

Q. That's another conversation we haven't talked about?

A. Oh, that was before I went to the hole. That's when I first got up there to the hole. And I didn't know of that conversation until I done got out of jail. He didn't tell me that.

Q. Okay. That's where we're going.

A. Yes, sir.

Q. Okay. So how did you know that it was Sheriff Owens that said you had to sleep on the floor?

A. My father had told me that Sheriff Owens told him that the reason I couldn't sleep on the slab part, is I might fall off the little slab hickey.

Q. Could that have been because you were having seizures?

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Q. Okay. On to the next question. You never specifically asked the Sheriff to see a doctor, did you?

A. No, sir.

Q. You never specifically asked him for medication?

A. No, sir.

Q. And while you were in the hole, you did have a mat; right?

A. Yes, sir. I had a little, thin mat about a half inch thick.

Q. Okay. There's an allegation in there, and I can't find it right now, about having to sleep on the floor. And I think you testified that there was a bench, too. Why did you have to sleep on the floor when you had a mat?

A. Ricky Owens wouldn't let me sleep on the bench part where the mat's supposed to go. He made me put the mat down next to the hole in the floor, where the feces and urine was at, because he said I might accidently fall off the little slab

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

conversations with him, but him hollering shut up is not a conversation.

Q. Okay. Well, to me, if you say something to him and he says something back to you, that's at least a conversation.

A. Yes, sir. I might have misunderstood.

Q. It might have been a short one, but it's a conversation.

A. Well, he did say shut up a time or two, but I didn't consider that as --

Q. Was that when you were specifically asking for water?

A. As I recall, yes, sir. One time and another time, the two times that I heard him holler shut up; one of them was to use the restroom, and the other one was for water.

Q. And would this have been after, as you've testified, the cardboard was placed on your window?

A. Yes, sir.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

hours at a time. How was it that the Sheriff would know that you were without water?

A. Because if I heard his voice, I would holler and ask, you know, could I get water. I've not had water since breakfast, and he never would respond or bring me water either one.

Q. Do you know for a fact that he heard you?

A. Yes, sir. There ain't but five -- I mean, if I can hear his voice real clear outside the door, he's got to be able to hear me.

Q. Okay. Did he ever acknowledge you?

A. Sometimes he acknowledged me on different occasions. Shut up or something or another like that, so I know he heard me.

Q. Okay. So then you did have more than the two conversations with him?

A. No, sir. I had the two

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 250

Q. And in paragraph 28 is where you talk about the razor and being grabbed by the lip. You didn't tell Sheriff Owens about that, did you?

A. No, sir. Like I said, I just told him when he was going to stop Al from beating me.

Q. I understand that part. I'm just kind of clarifying for the Record.

A. Yes, sir.

Q. Did you ever tell Sheriff Owens about those pills that you were describing that you'd never seen before that you were being given by Officer Bradley?

A. No, sir.

Q. And did you tell us before that prior to coming into the Coosa County jail, that you had never had liver problems?

A. No, sir, I hadn't.

Q. Never had hepatitis?

A. No, sir.

MR. WILLFORD: Let's take just a couple-minute break, and I think I may be

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 249

paragraph 21 is where you talk about the incident with Mr. Bradley and the broomstick. You never specifically told Sheriff Owens that Mr. Bradley did that to you; correct?

A. No, sir.

Q. The only thing you told him was, and I think you said Al was beating you?

A. When he was going to stop the treatment of Al beating me.

Q. Okay. And you didn't elaborate any further?

A. No, sir.

Q. Again, just to clarify for the Record. Paragraph 23 is when you talk about the incident where Mr. Bradley allegedly kicked you in the teeth and broke your teeth. You didn't tell the Sheriff about that, Sheriff Owens about that, did you?

A. No, sir. I just told him, when is he going to stop the treatment of Al beating me.

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 248

notes that you had slid under the door to request assistance?

A. No, sir. I had asked my mama on the telephone to call him for me.

Q. Okay. Was Mr. Hilyer somebody you had seen before you had gone into the jail?

A. No, sir. Not as I recall.

Q. How was it then that your mother came to select Mr. Hilyer? Do you know?

A. It was Cheehaw Mental Health over all of this vicinity, and that's the ones that we'll go see.

Q. So he's associated with Cheehaw Mental Health?

A. Yes, sir. He was at that time.

Q. All right. Do you have reason to believe that he's not with them now?

A. I don't know. I hadn't used him in a while, sir.

Q. Okay. Just so I'm clear. In

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 247

A. I don't know what it's the cause of. But the concrete slab's sharp all the way around. If I'd been having seizures and they stopped me from falling, he put me in there with a concrete slab instead of the regular open block.

Q. But you weren't privy to that conversation, so you don't know?

A. No, sir. I didn't hear the conversation myself.

Q. All right. You were visited by a psychiatrist or a psychologist, I think it was Mr. Hilyer?

A. Yes, sir.

Q. You talked about one time while you were there in the Coosa County jail?

A. Yes, sir.

Q. Was that at your request, or was that a court ordered evaluation?

A. No, sir. It was at my request.

Q. Okay. Was that one of the

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

A

Aaron 79:11 185:1 185:20
Aberdeen 23:10 224:23
ability 251:18 253:12
able 98:18 186:14 233:11 243:13
abused 205:1
accident 27:15 28:2 28:10,12 29:21 30:12 32:23 33:7 41:2,4 205:8,10 205:18 207:7,22 232:15
accidently 126:4 173:14 245:23
accidents 26:15,21
account 180:22
accusations 103:1
accuse 103:1
ached 177:4
ACJC 15:11
acknowledge 243:15
acknowledged 243:17
act 102:17
acting 5:15
action 253:18
active 224:3,7
added 202:16
address 11:21 12:3
administrator 78:22
admitted 42:19 186:7 189:3
advanced 224:15
advisor 212:6
affirmative 65:21
afraid 180:7
afternoon 207:12
age 79:15
aggressive 199:4 200:23
ago 34:15 41:8 42:2 51:11 67:17 71:20 115:23 138:11 139:19 159:23 185:8 205:3 222:20
AGREED 1:13 2:2 2:9,18
agreement 222:5
ahead 132:17 225:2
ahold 69:20
aid 253:10
aint 201:9
ain't 57:23 67:4 91:21 197:6 243:11
air 16:10 24:15 220:1 223:17,18 225:10
AIT 224:15 225:1
al 1:9 4:9,23 5:10 6:5,18 7:13 9:3 79:10 83:15 87:13 88:12 91:17 95:15 96:14,18 97:21 98:17 101:12 111:21 115:18 116:13 117:23 120:10 121:13 124:1,2 127:4,15 128:2 129:3,4,10 130:16,23 133:10 134:18 138:5 139:1 141:5,13 144:8,9,16 145:2 146:23 147:20 150:13 152:4 158:19 159:7 161:10 164:23 165:4 168:18 169:7,18 171:7,8 174:17 175:3,8,21 176:9 177:15 182:2 196:9,14 198:22 201:22 230:19 242:5,12 242:15 249:8,11 249:22 250:6
Alabama 1:2,18 4:2 4:17,21 5:4,15,21 6:10 11:19 16:17 17:1,4 72:4 225:17 253:2,6,23
alcohol 42:1,5 104:1,2 204:20 205:4 238:16
Alex 15:13 37:20,23 39:1 105:22 129:16,21 134:23 155:1,4 176:23 190:15,17
Alkier 51:21 55:16 56:23
allegation 245:12
allegations 162:21 241:9
allegedly 249:17
alleging 226:14
Allen 118:13
allergic 148:5
allow 112:3 182:18 200:13
allowed 113:7 144:1 145:7 179:14,20 181:22 242:7
Alvie 217:10
Al's 156:18 242:17
ambulance 155:17
American 212:4,5
amount 222:12
answer 10:4 78:5 122:16 147:7 175:13
answered 130:16 234:7
anther 216:19
antidepressant 68:11
antipsychotic 11:5 56:17
anybody 12:9 20:17 24:20 30:15 37:7 44:19 45:6 50:14 64:21 65:15 66:8 66:18 73:15 78:19 79:20 82:22 83:2 83:11 87:9 90:7 90:23 91:11 92:8 92:18 93:2,10 100:17 105:8 111:10 114:21 123:5 125:16 128:23 130:6,21 133:11,21 139:17 141:2,20 168:23 169:8 171:4 176:4 193:19 195:6 199:7,14 209:13 209:21 210:16 213:1 217:3 227:4 230:14 240:15
anyway 67:1 120:8 137:21 154:17 156:23 170:16 175:22 191:20 229:2 240:1
Apache 208:20
apologize 95:13
appearance 158:9
APPEARANCES 4:14 5:1
appearing 4:18,22 5:4
applied 221:19 222:10
applying 222:19
appointments 30:15
appointment's 213:16
April 1:19 6:7 214:3 252:9
area 220:9 231:8
arm 30:3 89:21 127:11
Army 20:13 219:5 219:20 223:22 224:3,7 225:3
arrest 70:11 191:10 191:15 229:1,12
arrested 17:23 18:7 30:18,23 31:7,10 32:5 34:22 60:16 60:18,20 61:2 200:22 201:7 237:2 239:21
arrests 201:2
Article 221:3,5
artificial 98:23 164:8
asked 87:3 89:9 105:4 125:18,21 129:2 147:21,22 147:23 156:3 158:14 161:9 164:22 165:6,21 166:3,4,11,22 167:5,9 168:17 170:18 172:18,20 174:7,16,19 176:14 231:10 233:17 234:9 242:5 245:2,5 248:3
asking 169:17 244:14
asleep 134:7 215:19 215:20
assault 24:15 35:4 60:19 61:3 67:7 67:10 220:1 223:17,18 225:11 237:4,7
assign 2:13
assistance 248:2
associate 61:19
associated 205:9 248:15
associates 60:1
assume 10:5
ass-whipping's 133:22
attempt 214:21
attention 147:11 185:4
attorney 9:15 93:17 93:20 94:4 132:6 132:10 184:2 186:20 222:6
August 215:5
aunt 217:6,9 218:10
Australian 220:7
authority 197:6
automobile 26:15 27:15 41:1,4
award 115:3,5
aware 90:14 216:15 226:15
a.m 5:22 6:7 94:23 95:5

B

B 74:23 75:2 78:14 82:9 84:5 132:18 229:14,16,16
back 22:23 23:5,13 23:16 24:6,12 25:2,7 28:4 32:23 33:17 38:6,18 43:6 51:14 54:13 56:5 60:9 68:22 72:3 76:13,19 81:9,13 83:8,10 83:16,17 89:11 92:12 93:15 95:4 95:7 98:21,22 100:9,23 101:1,3 102:1 103:7,10,11 105:21 107:1,8,17 108:2,8,20 113:14 113:15 126:9,10 126:14 127:16,16 127:22 129:6

C E R T I F I C A T E

STATE OF ALABAMA )

COUNTY OF JEFFERSON )

I hereby certify that the above and foregoing proceeding was taken down by me by stenographic means, and that the content herein was produced in transcript form by computer aid under my supervision, and that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings occurring on said date at said time.

I further certify that I am neither of counsel nor of kin to the parties to the action; nor am I in anywise interested in the result of said case.

[signature]

Court Reporter and Commissioner

all I have, and I thank you very much. There might be some more follow-up.

MR. STOCKHAM: I'm through.

VIDEOGRAPHER: This marks the end of tape number three and concludes the deposition of Daniel Bryan Kelley. Off the Record. The time is 2:45 p.m.

(The deposition was concluded at 2:45 p.m., April 3rd, 2007.)

done.

VIDEOGRAPHER: Off the Record. The time is 2:35 p.m.

(Recess taken.)

VIDEOGRAPHER: Back on the Record. The time is 2:45 p.m.

Q. Mr. Kelley, we broke for lunch earlier. Did you take any medication during your lunch break?

A. No, sir.

Q. Okay. And you told Ms. McDonald that you took some medication last night, but you didn't take it this morning?

A. Yes, sir.

Q. Okay. I just need to ask you, is that -- does that lack of medication have any impact on your ability to understand what we've been talking about here today?

A. No, sir. I only take my Seroquel at night.

Q. Okay.

MR. WILLFORD: Then that is

DIVISION 1:3 4:3
divorce 14:4 44:14
doctor 29:9 47:16 52:2,14,17,18 53:4 59:1,23 83:22 84:2 108:15 115:8,21 117:1,3 117:8,20 118:2 119:23 120:16 129:17,21 137:17 147:18,22 149:7 152:20 153:1,10 153:11,19 155:21 176:12,13,17,23 177:17 184:11 188:1,5 190:6 191:16 192:3,6 199:19 200:6,9 213:1,6,22,23 227:16 228:22 245:3
doctors 29:12 30:11 49:6,10,13 53:2,3 117:5 153:22 154:10 161:17 188:16 209:7,17
doctor's 119:22 147:15 176:11
doing 91:19 129:3 130:16 161:10 164:23 168:18 215:11 220:6
door 93:4 104:14 104:16,20 105:5,9 126:8,9,16 127:21 129:8 130:13 134:9 147:13,14 147:16 168:9,20 169:23 170:2 173:3,7 176:8 182:20 243:13 248:1
doorway 89:9,11 99:15 104:8 108:13,15,17 168:8,16
dorm 50:15 51:2
dosage 157:17 158:4,12
Doug 189:15
do-daddy's 112:16
Dr 24:11 29:7,16 46:11,19 47:1,2,5 47:10,15,15,21,23 51:18,21 53:5 55:16 56:23 59:16 59:17,21 60:3,5,7 60:10,11,12 62:15 84:7,14,17 116:15 129:17 132:14,17 132:22 133:1 135:13,14 148:4 148:13,23 149:8 149:11,11,12 152:18,19,22 154:5,6,6,7 188:3 188:3,4,5,6,9,17 188:20 189:15 190:14,19 200:4,5 200:6,6
drafted 241:7
drain 145:20
drank 205:7
drink 178:9,11,19 179:9 180:1 181:20 205:6
drinking 104:2 205:13 238:18
drive 4:17 207:20 207:21
driver 32:22
driver's 16:12,15 16:19 17:10,13 27:4,5 33:14,21 34:2,5
driving 33:10 155:19 207:23
dropped 67:9
drove 136:9 240:3
drug 41:23 62:10 187:12 199:3 204:19 205:1,1
drugged 134:8
drugs 42:5,6,15
drunk 238:17
Dual 40:12
Dubarry 118:13
due 184:12 191:18
DUI 34:6 35:15 205:9,12
DUIs 34:12 35:4
duly 7:15
dumped 186:9
Duncan 118:13
duty 224:20

E

E 3:2
earlier 9:2 34:9 56:2 76:17 126:22 139:6 167:18 175:18 179:16 183:8 192:20 193:4 201:13 236:10 242:21 251:8
easier 34:20
easy 27:10
eat 140:5,7 141:13 178:6,17 179:7
edge 85:18 99:14 104:12 160:19
education 15:9
effect 2:5
effects 56:10,19
eight 12:4 36:1,2 67:5 84:22 114:9 128:21 151:21 156:8 205:2
eighteen 30:20
eighth 14:14
either 17:10 18:10 62:20 87:16 94:5 97:3 102:10 136:14,20 143:6 148:7 217:14 243:8
elaborate 249:13
eleven 130:5
ELEY 5:3
ELMORE 253:3
emergency 186:3
EMT 154:13,20 155:11
ended 239:5
engaged 210:21
engagement 211:1
engines 15:20
entered 101:6 103:15
entire 123:2 172:13 195:23
entitled 102:14
envelopes 179:23
enzymes 190:19,21
ESQUIRE 4:15,19 5:2
estimation 103:14
et 1:9 4:9 6:5
evaluation 247:20
Eveniell 217:13
evening 126:13 180:19 207:11
evenings 199:20
everybody 66:7,7 114:23 190:3,5 195:3 228:1,3
evidence 2:15
exact 112:14 174:18
exactly 21:10 76:14 83:10 99:8,10 103:17 137:23 146:12 190:21 214:5 228:20
examination 3:3 5:23 8:19 218:17
examined 7:15
excellent 118:22
Excuse 60:9
exercise 122:23,23 123:1
experience 220:16
explain 119:3
explained 9:16
extra 101:2 165:7 181:20
ex-wife 209:18
eye 117:20 118:2 127:8
E2 221:9
E4 221:11

F

Faber 47:1,2,5,10 47:15 60:3,5,7,10 60:11 116:15
face 89:18 91:22 98:14 99:18,19,21 99:23 100:5 118:15 127:1,3,5 127:13,14 128:1 137:7 139:21 142:19 183:11,11 194:23 220:12 239:8
faces 109:7
facility 117:16
facing 169:23
fact 87:15 116:15 239:12 243:9
factual 241:9
failure 184:13
fall 81:17 82:17 220:4,4 245:23 246:21
falling 126:4 173:14 247:4
family 19:15 52:2 52:14,17,18 53:4 74:11 110:23 131:2 206:1 209:17 233:17 238:7 240:3
family's 161:5
far 35:5 46:5 48:23 54:4 97:2 105:11 109:19 111:12 113:10 120:17 142:20 162:1 172:14 182:10 183:10 201:20 204:2 230:21 233:8
farm 215:12
father 7:9 11:22 69:19 71:14 93:11 94:7 215:16 218:6 234:11,17 235:2,7 246:18
father's 33:12 215:12
February 235:21
feces 245:22
Federal 5:17
feed 126:7
Feel 197:8
feelings 9:21
feet 112:9,22,23 142:17,18,20,22 220:14 242:10
fell 81:16,18,19 82:20 83:4 132:19 143:20 154:15 220:10 223:2
fellow 225:20 230:5
fetus 112:6 140:15 142:6
Fife 200:5,6
fifteen 120:9 222:20
fifties 194:4
fifty 155:22
fight 100:23 101:1 107:1 237:15 238:2,4,22 240:12 240:23
fighting 31:2,11 35:1 238:23 239:2
figure 95:7
file 36:22 37:3 90:16,20 119:1,15

211:5,6,23 212:21 225:20 226:14 229:10 231:14 232:16 237:3 247:16 250:17
copy 221:13,20 222:2,6,14
corner 85:17 127:8 127:8,9 128:11 195:2
correct 69:3 71:8 77:14 88:11 90:4 139:15 235:1 237:4 249:5 253:13
correctly 17:9 23:22 48:5
correspond 111:10
could've 223:5
counsel 1:15 2:10 2:12 5:19 6:12 253:17
counseling 43:21 203:20,23
counties 32:14
county 1:17 5:20 6:9 12:13 13:21 13:23 14:3,6,23 15:1 16:4 31:4 32:7,7,11,11 34:11 35:8,22 36:5,6,14 43:18 43:20 45:18 46:4 47:7 48:11 49:15 57:12,14 58:19 60:12,17 62:1 64:20 66:4,7,22 70:3,4,5 80:6 97:1 108:5 109:18 110:20 113:23 114:2,5,8,12,18 114:21 115:7,22 116:1,13 117:2,5 117:6,22 118:5,5 118:7,12,21 119:5 119:7 120:16 135:11 138:8 154:5 155:3 160:16 164:20 177:23 188:13 191:22 192:15,18 192:23 193:19,21 194:14 195:7 196:23 200:20 205:17 211:5,6,9 211:15,23 212:1 212:21 225:21 226:15 229:7,10 231:14 232:16 237:3 247:16 250:17 253:3
couple 34:18 35:7 40:3 76:10 81:10 82:3 98:12 99:15 100:11 120:22 145:18 146:6 175:11 182:17 183:9,12 184:23 230:3 239:4
couple-minute 250:23
course 131:4 183:2
court 1:1 2:6 4:1 5:14 7:17 76:16 76:18 77:10,16 192:1 247:20
Courthouse 1:17 5:20 6:9 119:8 163:22
courts 76:23
cousin 61:4 231:23 237:14
cousins 237:13,17
cousin's 237:12
cover 53:22 99:21 101:4 112:9 142:18
covers 53:21
cracked 81:20 129:4,11,14,18 133:23 134:13 135:2 147:23
crate 85:4 123:15 145:21
Cross 54:6
crushed 28:15 30:3 30:5
crying 199:1
CSR 1:16 5:14 253:22
cube 168:13
cup 146:17 166:5 167:12 178:10,21 178:23 179:1
currently 11:16 27:3 30:14 32:12 46:7 51:3
cuss 173:15 201:17
cussed 201:14,20,21
cut 30:4 91:17 101:17 135:1 158:6 165:23 166:1 201:12 216:12 239:6,7 241:22 242:1

D

D 3:2
dad 20:5,18 23:1 191:12 215:15 216:23 217:4
daddy 19:20 20:8 71:19 76:3 100:6 127:17 223:1
daddy's 92:2
dad's 19:17
daily 11:10,11 55:21
damn 87:5 91:21,23 112:15 125:20,23 127:13 128:1 147:1 174:12 201:19
Daniel 1:6,15,22 4:6 5:22 6:4,4 7:14 8:23 10:17 94:22 95:4 162:13 162:18 252:6
Danielle 44:17,18
dark 124:22 194:3 197:14,15,16
date 5:16 12:14 81:23 228:21 253:14
dated 210:17
dates 107:20
dating 72:15 209:21 210:10
daughter 13:14,15 14:8 44:15
daughter's 208:9
day 1:19 56:8,14 58:23 64:5,7 75:13 76:7,13,15 76:22 77:4,7 78:7 84:8 98:5,6 99:5 103:20 120:6 145:12 146:9,13 146:14 147:16 150:19 151:5,11 151:16,23 152:2,2 156:13 166:22 181:13 205:7 207:6 214:4,6 223:2
daylight 99:9 124:22
days 35:13 36:13 39:18 71:1,1 84:3 84:7,13 98:12 103:21 105:17,17 106:8,9,12,17 123:14 130:5 134:16,22 137:19 138:21 145:14,19 146:8 147:20 156:8 176:20 184:23 186:12 190:10 191:5,7,17 191:19
DDU 40:7,9 59:22
DD-214 221:13,21 222:3
dead 106:4 110:13 231:17,19
deal 64:8 165:15
dealings 80:11
dealt 148:10
deceased 110:16
December 105:19 125:6,12 236:6
decision 161:1
defend 202:16
Defendant 5:5 6:20 7:9
defendants 1:10 4:10,22 6:17
Define 227:7
degree 16:5,8
dehydrated 177:5
Dehydration 39:15
Delta 219:9
dental 136:5
dentist 117:20,22 134:15,19,23 135:5,12,19 136:10 147:23 176:21
department 46:16 115:14
dependency 43:4
depose 235:9
deposition 1:15,22 2:3,4,15,19 6:3,8 94:21 95:4 162:12 162:18 237:1 252:6,8
depositions 2:7
deputy 97:4,5 170:11,12,13
describe 79:17 84:19 97:9 109:9 159:8 194:2 197:2 229:21
describing 227:22 250:13
desk 87:13 104:12 173:4,21 175:9 182:6
diabetic 227:12 230:9
diagnosed 116:8,9 116:16,19 233:1
diagnosis 40:13 116:14 153:4
dial 182:7
diary 110:21
Dickerson 189:15 189:16
die 232:4,13
died 232:8,10
diet 137:20 191:18
difference 68:12
differences 237:13 238:7
different 32:3 86:14 147:19 149:18 150:3,10,22 151:4 157:6 165:10 166:12 177:7,10 199:12 226:4 243:18 246:3
dim 197:19
dinner 179:4,7
directly 102:11
disability 18:14 19:2,7 21:12,15 24:17 25:4 33:9 54:2,10 221:23 222:11,19
discharge 20:14 219:23 225:14
disciplinary 115:4
discipline 221:1
discuss 49:13 193:19
discussion 103:5
disorder 59:4 213:3
district 1:1,2 4:1,2 184:2

237:14 239:22 240:4
calling 217:17
calls 216:22
calm 58:13 160:21 161:9
Calvary 223:16
cameras 93:5
camp 48:20
Campbell 23:9 223:18
candy 123:17 142:11 179:22 180.9 241:13
car 54:13 144:18 169:9 170:18,21 196:13 232:14 236:20
Caradale 107:13 108:21 113:15 137:15
cardboard 122:10 124:21,23 125:13 244:21
cardboarded 85:16 87:7 122:15 125:8 147:7
cardboarding 125:19
carded 234:2
cards 112:11 113:6
care 230:10
cared 204:21
carried 78:9 84:7 100:3 121:18 182:15 227:11 228:11,15 229:1 230:9
CARROLL 4:16
carry 121:12 123:23 125:10 144:3 168:11 176:21 182:2 227:15
carrying 121:17
case 1:5 4:5 6:6 253:19
catch 144:7,10 179:19
caught 121:16,16
cause 5:23 43:15 160:13 184:9 233:6 247:2
caused 18:15 23:3 25:1,3 43:12 44:2 44:12 60:16 81:15 98:11 99:1 115:21 184:19
causes 59:2 213:5
ceiling 85:6
cell 50:13,23 64:12 64:13,14,20 65:3 84:11 85:9 86:8 86:14 96:21 101:6 103:15 104:6,14 106:8 113:8 140:12,23 141:2 141:16 142:5,9 144:2,12 146:5 163:18 165:1 168:5,20 169:11 169:16,23 170:2 173:1 185:15 227:23 240:4
center 39:13 55:7 85:3
Central 15:3
certain 156:12
CERTIFICATE 253:1
Certified 253:4
certify 5:16 253:6 253:16
chair 156:6
chance 226:1
change 148:9 151:18 158:9,10
changed 156:10,13 158:12 195:14 198:7
charge 67:8 237:4,7
charged 31:16,18 34:13
charges 32:13,18 32:21 183:14 240:14,20
check 190:19
checked 188:21
Cheehaw 47:16,20 248:12,16
checks 98:21
chemical 187:14
chewed 121:16
chief 36:16,18
Childersburg 210:15
children 13:11,13
choice 214:17
choose 223:6
chose 91:10
Chris 144:19
Christmas 113:6
Christmastime 113:5
cigarettes 170:19 208:3
City 15:13 37:20 38:1 39:1 105:22 129:17,22 155:1,5 176:23 190:15,17
civil 5:17 33:3
civilian 185:23
claim 22:14
clarify 220:3 249:15
clarifying 250:9
class 198:21 199:1
classes 15:17,17
Clay 108:5 109:18 113:23 114:2,5,7 114:12,18,21 115:7,22 117:2,5 118:5,7,12,21 192:23 193:19 194:14 195:7 211:9,15 212:1 229:7
clean 100:4 127:13
clear 243:13 248:23
click 105:1,2,6 134:9
clicked 105:9
client 101:13 102:4 102:5,8,18,23
clippers 165:21 166:18,18,23 167:3,11
close 21:11 225:4
closed 168:20
Closer 21:16
clothes 186:1
cocaine 42:17 43:4 204:7,9,19
Cohen 70:2
cold 52:5 112:23 113:1 142:17 165:5,11,12
collect 216:21 217:1 217:17
college 15:11
color 100:15
coma 129:16 184:21 185:14
combat 220:16
come 23:4 59:5 60:23 83:10,15,17 87:2 96:16 98:5,6 98:13 99:15,23 100:2,6 102:10,13 103:22,23 104:19 105:21 106:8,18 107:17 111:17 112:12 117:9,11 126:10,13,23 131:19 132:7,20 137:14,16,21 139:11 141:20,22 144:23 154:12,13 155:16 156:7 161:8 168:15 173:1,7 179:17 180:19 185:20 187:23 188:20 191:19 198:20 199:2,14,20 200:14 202:6 215:4 225:1,2 228:15,21 229:11 230:20 231:1 237:14
comes 147:4 153:4
coming 93:1 106:22 127:7 155:11 250:17
comment 128:1
Commissioner 2:19 4:13 5:16 253:5
committed 214:12
commode 86:15
companies 21:21
company 19:17
compensation 22:15
complain 141:1,4
complained 140:8
complaining 169:4
complaint 36:23 119:16 241:6,12 242:20
complaints 134:17 165:16
completely 177:5
compliance 2:5
compliant 201:6
computer 253:10
concluded 252:8
concludes 252:5
concrete 84:22 177:13 247:2,5
condition 16:10
conflict 90:12 91:14 94:14
conscious 106:5
consider 244:11
Construction 19:14 20:1 22:7
contact 72:20 73:3 73:6,8,11 74:14 74:21 80:23 108:9 171:23
content 253:9
continue 25:13
Continued 5:1
continues 102:19
continuing 102:12
conversation 87:1 87:10,17,23 109:14 132:10 172:22 174:6,14 244:2,5,9 246:3,5 246:10 247:8,10
conversations 172:4,12,17 175:15 193:15 216:14,16 243:22 244:1
convicted 34:17
Coosa 1:17 5:19 6:9 12:13 13:21,22 14:20,21,23 15:1 15:2 16:4 31:4 32:7,11 35:22 36:5,14 38:4 39:12 43:17,20 45:17 46:4 47:7 47:19 48:11 49:15 55:6 57:12,14 58:19 60:11,17 62:1 64:19 66:3 66:21 70:4 97:1 110:19 116:1,13 117:6,22 118:5 119:5,7 120:15 135:11 138:8 154:5 155:3 160:16 164:20 177:23 188:13 191:22 192:15,18 193:20 196:22 200:19 205:17

130:12,17 131:5 134:3 135:23 137:15,19 144:18 154:16 155:16 156:2,7 160:21 162:18 164:8,9 165:2 168:14 169:22 170:1,20 170:23 173:10 177:4,22 178:3 182:21 185:8 189:7 190:14,14 190:16,18 191:1,2 191:11,17,19 192:9,15,17 194:20 195:16 196:12,13 202:5,6 207:4,19 209:3 220:11,13 222:23 223:15,17,19,23 225:1 226:10 228:15,21,23 229:2,11,13 231:5 231:6 234:6 237:1 239:5 244:4 251:5
bad 133:22 134:20 135:23 136:18 160:17 177:1 194:10 206:12
badge 194:12
badges 195:5 197:5 198:2 202:19 203:7 236:16
Bailey 217:13
balance 195:16
bankruptcy 26:3
Baptist 23:18 37:11 38:7,12,16,21
barely 239:13
bars 179:22 180:9
Barton 66:10,11 92:10 137:9,13 138:4,6,12,18,22 139:5,14 226:17 226:21,22 227:3 228:11,14 229:3,8 230:16,22
Barton's 229:16 230:7
basic 224:10,23
basically 242:17
bathroom 100:4 125:11 127:12 163:9
beat 96:17,18 98:1 98:23 99:21,23 100:10 124:5 133:9 135:23 136:17 169:5,6,8 197:6
beaten 127:1
beating 97:22 127:5 133:16 161:8 169:18 174:17 175:8 249:8,11,23 250:7
beatings 140:1 160:21 196:7
bed 11:3 195:1 246:1
begged 100:8
begging 127:19
beginning 5:21 95:3 162:17 237:1
begins 6:2
behalf 4:18,22 5:5
Behavioral 46:16
belief 128:19
believe 34:10 62:22 64:6 72:2 83:17 126:19 153:14,19 236:14 248:20
bench 112:4 245:15 245:19
benefit 130:20
benefits 22:15 25:11,14 221:23 222:10
best 27:1 58:2 101:4 253:12
beyond 15:9,17
Bible 113:12
big 21:3 178:23
bipolar 116:1,3 164:7,17 233:5
Birmingham 4:17 4:21 23:20,21 24:6 37:11
birth 12:14
bit 160:19 193:23 212:1
black 79:14 109:11 177:12
blackout 205:16 206:7
blackouts 205:18 205:20 215:2
blade 220:8
blanket 86:1,5 112:8,8 142:18 165:7
bleeding 54:20 55:1 55:13 177:15
block 74:23 75:2 78:14 82:9 84:5 109:2 132:18 137:8 141:23 229:14,16,17 247:6
blood 98:11 127:7 127:14 128:1
bloody 147:20
blow 165:20 238:14
blue 54:6 205:7
board 234:2
Bodell 237:18,20
body 30:2 89:16,19
bond 76:3 186:16
bones 29:20
book 75:19
booked 63:10 64:11 68:18 75:9 77:3,7 78:7,8
Booker 24:23
books 180:23
bother 106:19
bottom 97:14
bought 21:22 144:6 180:13
bounced 143:18
Bowling 17:22 72:15 240:1
Boyd 24:11
boys 239:18
Brad 144:16
Bradley 4:23 5:10 6:18 7:13,13 9:3 79:11 83:15 88:12 88:22 89:7,14 91:1,14 95:15 96:2,9 98:1 101:12 102:6,12 103:15 106:8,13 108:10 111:16,21 113:2 121:22 124:15 126:23 128:2 130:7 137:1 139:23 144:9,9,16 158:19 161:10,22 169:7 183:1 193:6 196:9,14 201:16 230:19 249:2,4,17 250:14
brain 106:3,4 198:11
brain-dead 129:16 184:21
brake 129:11
brakes 220:7
branch 20:12
break 10:9 24:12 29:20 94:17,19 101:20 162:9 208:22 250:23 251:9
breakfast 178:6,9 178:14 179:3 243:7
Brett 136:12 155:18 156:3
bring 71:15,18 143:21 152:4 178:5,8 179:7 243:8
britches 98:15,16
broke 23:5,12 30:6 82:15 95:19 117:23 129:9 134:1,12,18 220:11,13 223:19 223:23 249:18 251:7
broken 23:16 38:6 38:17 54:12 130:2 134:6
Brookwood 37:17 39:19,22 40:2,17 40:21 41:13 42:4 43:3 44:3 45:8,13 45:23 59:8,18 60:5,10 189:1,4 189:11 190:9
broom 98:17 137:3
broomstick 249:3
brother 131:15,18 131:19 132:4 218:2,7 226:3 237:9 239:2,3 240:19
brothers 218:11
brought 32:21 69:16,19 178:16 178:20 179:10
Brown 61:17,18 79:18
Bryan 1:6,15,22 4:6 5:22 6:4,5 7:14 8:23 9:8,10 10:15 10:17,22 11:17 12:12,23 16:13 21:9 25:21 30:18 33:14 41:6 42:23 51:17 52:8 57:22 60:20 63:10 70:10 84:20 87:22 93:16 103:13 131:13 150:20 154:23 160:3 162:20 188:23 194:5 203:11 207:20 209:5 211:20 214:21 218:13,16 252:6
Bryan's 7:11
bucket 132:19 154:15
bugs 138:1 140:3,9 140:11,12,16,21 141:15,21
built 200:11
bulb 197:20
Bullock 48:13,18 49:9,18 50:17 51:7 67:13
Bullock's 48:19
bullpen 129:7
bunch 150:3 166:3 177:9 240:23
burned 221:14
burnt 220:7
bushy 230:1
business 15:15 21:19
buy 179:20 180.9 241:18
B-A-R-T-O-N 227:1

C

calendar 214:5
call 9:9,13 40:6,9 71:10,13 73:15 83:5 161:4 210:23 216:23 217:3,9 241:11,17 248:4
called 60:22 70:9 78:20 118:11 168:13 185:22 186:19 217:6 227:23 228:2

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services
Page 9

210:8 218:20
lawsuits 25:20
lawyer 61:10,13 73:19 74:10 77:13 187:3 241:7,8
lawyers 67:15
lay 171:14
laying 98:14 140:6
leading 2:11
leaf 195:2
learn 187:21
leave 72:9 140:6 170:15 186:14
led 204:5 237:6
left 22:18 45:8 71:23 72:2 77:23 95:8,14 156:5
left-hand 84:23 91:22
leg 96:15 97:14 98:8
legs 129:20 142:20 176:22 177:1,2 187:16
length 113:22 232:12
Leonardwood 23:9 220:21 224:22
letters 73:13 109:20 110:7 111:6,20,23 112:11 113:3
let's 41:7 42:14 43:2 101:19 112:14 165:9 168:6 214:3 234:18 235:23 250:22
license 16:13,16,19 17:10,13 27:4,5 33:14,21 34:2,5 207:19
life 20:6 44:11 195:23
lifetime 150:1
life-flighted 28:22
light 85:5 99:9 197:17,19,20,21 197:23
lights 197:18
likewise 10:8
limbs 29:11
line 70:3 216:19 232:18
Lineville 115:16 116:6,12 195:12
lip 91:18 250:3
Lipscomb 79:11 120:7 121:11,15 121:19 123:21 124:19 125:10 141:6 144:21 145:6 159:1 181:16,18
list 180:17
listen 169:3
listening 147:1
little 47:21,23 60:13 72:11 76:15 79:18 84:22 85:5 104:17 112:4,7,11 113:22 123:15 142:7 145:20 152:18,19 154:6 160:19 179:1 188:19 197:16,17,19,22 197:23 212:1 229:3 239:13 245:10,23 246:21
live 11:16,18 12:9 13:17,20 17:3 194:21 210:14 218:7
lived 12:2 16:23 17:6,15 18:3 44:18 218:8
liver 39:2 137:20 184:12,15 187:15 188:5 189:12 190:20 191:18 192:12 250:18
lives 11:20 138:7 218:9 230:3
living 17:21 26:12 31:4,6 69:21 70:1 70:6 72:6
local 51:19,20
located 21:6 52:8 85:10
lock 75:11 104:14 137:18
locked 73:5 74:16 74:23 76:16,22 78:9 127:21 137:21 191:20 229:12
locking 220:9
lockup 49:8
Lodge 107:13 113:15 137:15
logged 181:3
Logo's 237:11
long 12:2 19:1 20:4 21:14 28:1 29:1 39:7 44:6 46:18 47:4 48:14,21 50:3 52:13 57:9 58:2 67:3 70:22 72:3 73:18,23 74:10 76:12 81:9 82:1 84:1 87:3,6 89:22 100:12 105:13 107:21 108:1 114:7 125:23 130:1 138:3 146:13,14 157:9 159:12 174:12 185:12 187:6 190:8 191:14 192:21 197:12 199:21 211:2 215:4 222:22 236:15
look 79:16 156:17 156:21 157:3,21 158:13 159:18
looked 157:6
looking 74:11 185:23 224:2
Looks 230:1
Lorcet 11:11 56:3 56:21
lose 33:13 134:2 206:10
lost 34:4
lot 22:19 59:5 86:10 132:2 160:22 197:9
low 24:12
lower 28:15 98:20 165:1 170:22
lower-back 68:3
low-back 68:6
lucky 27:13
lunch 95:20 178:14 178:17,17 179:3 251:7,9
L4 24:13
L5 24:13

M

machine 21:4
Mack 135:13 154:12
Mahler 1:16 4:13 5:14 253:4,22
main 1:17 5:20 91:9 116:16 121:18 169:1
majoring 15:14
making 101:9,10 144:21
male 97:16 199:19 200:9
mama 7:11 110:23 248:3
man 20:23 229:22
manage 24:14
manhood 98:8 99:13
manner 253:18
man's 101:9
marks 94:20 162:11 252:4
married 12:22 13:3 13:5,6,8,22 14:2 26:8
Marsha 13:9,10
Martin 226:20
Mary 5:6 7:10
Maryland 23:11
mat 84:23 85:21 86:5 245:9,11,17 245:20
mats 86:11
Matt 152:23
matter 6:4
mat's 245:19
ma'am 9:11,22 10:7 10:13,16,18,20 11:4,15,15 12:1,8 12:11,21 13:1,12 13:19 14:1,9,17 15:2,5,10,19 16:7 16:18,22 17:2,12 18:2,5,8,11,14,20 18:23 19:10,16,18 19:21 20:3,19 21:18,20 22:9,13 22:16,22 23:2,17 23:20 24:2,8,14 24:22 25:5,8,12 25:15,18,22 26:1 26:4,10,16 27:7 27:12,18,20,23 28:6,13,19,23 29:14,17,19,22 30:9,16 31:5,12 31:15,22 32:15,17 33:23 34:6,10 35:9,21 36:8,15 37:14 38:15,19 39:6,23 40:6,12 40:22 41:10,17,22 43:2,10,14 44:4 44:13,20,23 45:4 45:7 46:5,9 47:9 47:12,20 48:4,8 49:5,7,11,16,19 49:22 50:2,6,9,15 50:18,21 51:5,8 51:11,14 52:3,7 52:19 53:1,9,14 53:17,23 54:7,11 54:17 55:2,8,14 55:22 56:4,6,12 56:20 57:8 58:8 58:16 59:3,22 60:6 61:9,12,14 62:11 63:5,9,17 64:13 65:1,9,12 66:1,6,12,14,17 66:23 67:14,18 68:7,10,21 69:4,8 69:11 70:5,8,21 71:9,12,17 72:8 72:22 73:1,7,9,17 74:5,18 75:6,8,12 75:15,20 76:6,11 77:1,5,8,12,15,19 77:22 78:6,11,17 80:4,9,12 81:14 82:7,16,18 83:3,6 83:13,23 84:12,15 84:18,21 85:8,14 85:23 86:2,4,6,10 86:22 88:7,10,12 88:16,20 89:4,15 90:5,8,21 91:6 92:7,16 93:3,18 93:22 94:6 95:9 95:12,16 96:4,7 96:10,14,22 97:6 97:17 98:3 99:4 99:20 100:20 104:7,23 105:12 106:3,10,18 107:4 107:11,18,20 108:19 109:8,12 110:3,6,9,14,17 111:3,7,21 113:11

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services
Page 8

information 69:1
informed 102:5
ingrown 166:1
injured 28:11
inmate 138:6 140:10 225:20
inmates 50:12,20 66:21 82:21 88:9 91:3 92:19 109:1 109:10 118:8,18 139:20 202:1,4,7 202:8 226:16 228:4,5,6
inquire 184:2
inside 122:20 163:18
insulin 227:13
insurance 53:21
interaction 79:9 89:7
interest 219:2
interested 253:18
interstate 207:2
intoxication 35:2
introduced 9:1 198:9
involved 25:19 26:14 27:15 28:2
issues 164:18 201:3
it'll 198:10 206:19 206:19

J

jail 25:14 31:21 35:8,12,23 36:5,6 36:6,10,13,19 37:1,7 43:18 47:7 48:3 49:15 57:14 58:20 60:17 62:1 63:6,15,19 64:8 64:20 65:8,23 66:16,22 67:21 69:7,17 70:15,19 71:11 73:15,19,22 74:15 76:13,19 77:10,17 78:22 79:4 80:2,14 81:1 84:17 85:10 87:6 88:1 89:23 90:13 94:4 107:17,23 108:2,9 110:20 111:11 114:8,15 117:9,12 120:16 121:10 125:23 131:20 133:3 135:11 141:20 149:7,13,19 150:17,21 151:19 153:17,21 154:5,9 155:2 156:10 158:5 159:10 161:23 163:21,21 164:20 166:21 171:6,17,20 174:13 177:23 183:8,13 184:13 184:22 188:13 189:23 196:23 198:22 200:20 210:5,19 211:5,12 216:4,6,14,22 217:15 225:21 226:15 229:2 231:13,14 232:4 233:3,4 237:3 246:10 247:17 248:7 250:18
jailer 88:11,19 97:4 121:20 150:14 158:18 185:1 193:23
jailers 79:8 80:2 83:7 93:13 94:11 118:20 153:9 158:22 193:12 202:21 228:4,6
James 84:7,14,17 132:14,17,22 133:1 148:4,13,23 149:11,12 154:6 154:11
January 106:1 228:18 235:21 236:6
jaundice 107:5
Jay 22:2,3
Jeff 5:11 6:10
jet 177:12
job 19:8,11 20:7 22:12 221:20
jobs 22:8
John 225:23 226:2
JR 5:2
judge 74:1,3 186:20 192:4,9
judgment 58:2 97:18
jump 220:7
jumper 143:9
Junior 65:18,19 225:21 226:8
juvenile 31:17

K

Kay 79:22 83:16 144:21
keep 58:11 72:20 87:4 90:11 91:2 109:3 110:20 111:8,16,19 113:7 113:10 126:4 134:8 169:4 173:12,13 180:21
keeping 172:19,23
Kelley 1:6,16,22 4:6 5:6,7,22 6:4,5 7:8 7:9,10,11,14 8:23 9:1,8 10:17 13:9 94:22 95:4 217:10 218:12,19 232:2,3 237:19 241:5 246:2 251:7 252:6
Kelley's 19:13 22:6
Kelly 162:13,18 233:11
Kentucky 17:6,15 17:20 18:1,13,16 23:8,10,16,19 24:1,4 240:2
kept 90:22 91:6 110:23 111:2 127:5 211:17
key 104:20 105:3,9 105:11
kick 98:6 147:13
kicked 98:8,9 99:11 99:12 117:23 134:11 137:5,6 147:21 176:19 177:15 249:18
kid 196:2 241:1
kidney 39:3 184:13 188:5
kidneys 187:15
kids 240:2
Kilby 48:13,14 49:2 49:12 50:1 67:13 109:23 110:1,4 113:20
killed 232:14,21
kin 253:17
kind 10:21 15:16 29:8 33:3 36:22 43:21 49:3 59:10 67:23 94:14 97:7 110:20 115:22 150:3 153:1 156:22 164:18 192:13 199:3 206:5,9 213:2 215:18 219:2,18 220:3 221:1 250:9
Klonopin 59:13 62:3,12 151:7 157:9 159:21
Klonopin's 159:13
knee 30:5
knew 85:20 105:9 106:23 119:18 152:9 187:22 231:20 242:23
knife 239:3,5
knocked 104:8 133:23
know 9:15,17 10:10 10:12 22:2 24:9 27:3,4 29:8 33:6,8 34:4,16 35:7 37:9 40:10,13 41:15 42:3 52:1 65:7,22 66:2,13,15 67:8 69:9 72:23 74:8 79:1,6 80:1,13,16 80:19 81:22 87:14 87:16 91:19 95:17 95:21 96:16 97:2 99:8,10 102:9 104:13,15 105:3,4 105:23 106:4 110:17 114:1,15 116:15 117:11 118:11,15 119:10 119:21 121:9 124:14 129:13 130:3,18,19 135:8 138:19 147:3 149:15 150:4,22 151:20 152:3,13 153:2,8,11,12,18 154:1,22 156:1 157:2,23 159:12 173:19 175:20 176:1,6 181:1,2,5 183:22 185:21 186:11,18 188:2 188:18 191:23 192:2,3,5,6 199:11 204:6,13 206:3 207:18 209:6,8,11 210:20 213:19,23 222:13 222:16 227:5 228:1,6 229:19 230:13 231:16 232:19 233:15 234:14 235:7,14 239:12,16,19 240:21 241:2,7,8 242:3 243:2,5,9 243:19 246:9,15 247:1,8 248:11,21
knowed 80:15,20 128:10 131:3
knowledge 116:18
known 175:23
knows 66:7 210:6,7
Knox 23:8,14 223:14
Kristi 4:19 6:16 9:2 9:13 226:11
Kristi's 218:22

L

L 1:12 5:2
lack 251:17
lady 79:22 83:16 114:13 193:22
lady's 114:16
Lakeshore 4:16
landed 220:12
Landers 210:13
Lane 11:19
language 201:17 202:11
Large 253:6,23
laugh 128:6 141:12 141:13
laughed 126:3,5 128:4 140:4 166:6 174:18,22 175:9
laughing 99:15 101:9,16 104:10 173:13
Law 129:17 188:3,4 188:9,17,20 190:14,19 204:11 236:18
laws 2:6
lawsuit 9:4 114:3 138:15 209:15

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services
Page 7

123:22 141:7 219:20
guys 239:19

H

hair 97:11 194:3,22 200:11 230:1
haircut 97:12
haired 97:11
Halcyon 5:3
half 41:7 112:8 122:15 125:2 143:2 150:4 153:16 187:9 200:12 245:11
halfway 113:4
hall 139:8 237:23
hallucinated 212:5
hallucination 212:20
hallucinations 211:20 212:2,8 231:11 232:6
hand 89:21
handling 33:5
hands 134:2 169:13 170:6 171:14 176:3 221:18
hang 168:15
Hanover 16:4
happen 89:5 134:6 160:12 212:17 237:8 240:22
happened 43:15 44:2 49:14 67:7 76:1 82:2,6 89:23 90:23 92:15,22 93:15 99:6 110:23 133:2 135:20 136:2,15 138:3,3 160:16,18 161:18 168:7 184:8 188:12 189:23 193:20 194:21 200:17 206:13 210:5,7,18 211:16 211:18 225:14 232:19 238:21
happening 91:2 177:10
happens 194:18 197:4 205:23 206:11
Hard 20:2
harmful 171:5
Harris 79:11 141:6 144:21 145:6 181:15,18
Hay 144:19 148:8
head 27:6 30:8 58:12 65:20 112:9 232:21
headed 79:18
health 25:3 38:21 47:17,19,21 48:19 49:3,8 54:14 55:23 68:1 115:10 115:12,14,16 116:6 117:17 248:12,16
hear 85:19 87:13,20 130:19 147:9 172:1 173:2,9,23 201:23 202:7 211:20 212:7,11 242:11,14 243:12 243:14 247:9
heard 80:3,5 104:23 105:2,6 130:17,19 134:9 155:9 166:20 183:11 218:5 234:1 243:4,10,20 244:17
heavy 100:22 134:8
height 194:4
held 22:8 98:7 99:16 103:6
helicopter 220:5
help 21:1 46:12 59:11 83:5 96:19 128:12 204:16
helped 68:23 198:13,14 204:16
helping 127:16
Henry 225:23
Henry's 226:2
hepatitis 184:12 250:20
Hey 136:11
He'll 100:9
hickey 246:21
hide 195:2 199:5
high 14:22 15:1,9 19:4,12,20 21:17 190:22
highway 4:21 206:2 218:9
hill 208:2
Hillcrest 41:14 46:2
Hilyer 152:22,23 154:7,13 247:13 248:5,10
hire 61:13,15
hisself 100:20
hit 88:12 98:10,20 99:17 101:2,6 104:8 128:9 137:4 139:1 183:15 232:21 240:11,17
hitting 58:11 128:13,17 130:8 150:2
Holcomb 188:3,5,6 188:18
hold 28:8 96:19 237:16
holding 84:11 96:21 144:2,11 227:23
hole 84:12,13,19 85:3 86:12,14 87:4,5 88:4,15 90:4 92:11 93:1 96:13 99:7 103:16 105:14,19 106:7 106:12,20 108:18 112:5 120:1,5,22 121:2,3 122:22 123:4,20 125:3,5 125:23 127:16,17 127:20 129:8 131:8 132:6,15,18 132:23 140:10,13 141:23 142:7 143:3,20 145:21 162:23 171:22 172:5,19,21,23 174:8,9,12 177:13 182:21 197:16 202:3 227:11,15 227:22 228:2,12 228:15 229:4,10 230:10,18 231:18 232:11,12 236:3 245:9,21 246:8,9
holes 228:8
holler 104:21 147:12 173:5 243:5 244:17
hollered 100:1,8 127:9 130:13 175:11 234:3
hollering 125:20 127:19 152:5 201:18 244:1
Holly 65:6 83:1 89:12 91:9 92:5 92:16 95:23 109:4 109:15 110:12,16 131:3
holster 96:15 97:6 97:13,15
home 111:7 151:4 182:7 191:11 206:3
honorable 20:16 222:16
hook 215:19
hose 100:12,15,19 101:7 142:1,3
hospital 23:23 24:3 28:18 37:10,10,23 38:1,5 39:8,17,19 41:2,12 45:9 46:23 58:7 59:8 59:20,23 105:22 107:3,9 129:17,22 132:21 137:16 144:19 154:19,21 155:4,5,16 160:14 161:12 166:2 170:12 177:7 184:6,10,20 186:5 186:8,12,15 187:7 188:23 189:2,6,9 190:9,15,17 215:7 228:16,19,22 239:10
hospitalization 160:7
hospitalizations 46:1
hospitalized 18:9 23:15 37:16 41:1 54:23 55:4,9 160:14,20
hospitals 155:7 214:9
hour 94:16 122:22 200:12
hours 35:7 75:23 76:10 122:21 200:13 226:12 242:22 243:1
house 11:23 12:6 191:10,14 207:1 221:14 229:1,12
housed 43:17,20 50:10 65:3,16 108:6 110:4 113:23 114:17 118:9
how'd 180:15
hundred 50:12 230:2
hung 126:15
hurt 9:21 22:12 28:14 83:12,18 84:9 128:6 144:17 165:1 170:22 177:4 196:12 197:10 200:15 202:20 225:10
hurting 176:19 196:13
hypothermia 129:19 176:23 187:16

I

ICU 105:22
idea 186:13
identify 6:12,23 7:3
illegal 205:1
impact 251:18
imprisonment 48:2
incarcerated 57:14 135:10 172:13 212:20 236:2
incarceration 184:14
inch 245:11
inches 85:2 230:3
incidences 95:15 96:9 137:1
incident 60:12 96:1 98:7,13 100:19 134:5 139:2 166:20 173:17 174:16 210:22 249:2,17
incidents 94:5 98:4 99:22 100:11 168:1 211:23
indicated 219:22
indicating 30:4 85:17 100:13 104:18 134:13,14 135:3 239:1
individual 224:15

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services
Page 6

filed 9:5 14:5 22:14 25:6,16 26:2 218:21
filing 2:18
fill 68:23 90:16 119:22 176:7,10 180:18
filled 53:11 63:4 120:1,6,15 175:18 181:8
filling 120:19 121:1
finally 127:6 129:16 134:23
find 71:22 206:1,2 245:13
fine 10:11 35:19
fingers 30:4
first 7:15 9:23 19:11 30:17 31:9 42:18 43:8,9 45:14 47:22 61:4 64:7 66:13 74:22 76:7 77:2 80:22 81:4,18 87:2,22 89:6,8 92:4,15 93:14 106:6,9,11 106:14,15 119:6 143:2 148:20 150:21 163:2,4,12 176:3 189:18 203:22,23 204:6 216:18 220:13,14 220:19 223:9 226:20 229:19 241:22 246:8
first-degree 60:19 237:3,7
fist 99:16 137:4 238:22 240:23
five 50:12 67:11 87:20 98:9 105:17 106:7,9,11 128:20 128:21 158:7 191:6,19 207:9 243:12
flew 23:17
floor 85:2,4 123:16 134:7 161:8 200:14 245:14,16 245:21 246:17
flu 52:5
fluorescent 197:21
flush 146:1
folks 239:17
follow 59:20,23 60:2 90:15
following 6:1 197:9 219:19 236:12,13
follows 7:16
follow-up 218:22 252:2
fond 185:17
food 53:12 63:1 138:1 140:2,11
fool 223:7,11
foot 30:5 81:20 82:15 83:18 84:2 84:9 87:20 128:21 148:21,23 166:2 194:6 208:2
football 134:11
force 2:4
forearm 208:14
foregoing 5:18 253:7,11
Forge 17:7 18:4
forgive 95:11
form 2:11 8:4,6 253:10
forms 68:23
Fort 23:8,8,14 220:20 223:14,18 224:22
fought 207:16 240:15
foul 201:17 202:10
found 71:19 74:12 111:17 185:20 206:20 232:7,10
four 26:18 29:6 32:9 46:20 48:15 68:16 84:3,6,13 105:16,17 106:7,9 106:11,16 145:18 146:7 191:6 207:8
fourteen 13:16 14:13 222:20
fractured 30:6 187:16
freezing 142:20 165:6 176:22 177:1
friend 225:4
friends 239:16
frightened 197:8
front 85:11 87:3,14 92:2 93:4 95:13 105:5 124:1 127:18 133:17 137:9,12 144:13 145:1 166:21 182:4
Ft 23:9 135:7
full 2:5 223:22 225:3
funeral 233:12 234:10 235:12
furlough 187:2,4
furloughed 107:10 108:4
further 2:1,8,17 6:23 15:8 249:13 253:16
F-A-B-E-R 47:8,9

G

Gary 5:2 6:19 218:19 223:10
Gary's 102:4
gastrologist 189:21
general 49:23 50:7 75:4,10 78:15 81:8,13 84:10 86:8 88:5 93:15 113:16,18 114:17 131:6 139:15 143:17 144:1 193:2 231:7
gentleman 97:19
gestures 102:7
getting 25:10 31:10 44:13 55:12 63:3 120:2 145:19 149:14 153:14 177:6 187:4 199:4 200:22 238:5 239:6
girl 18:17 72:14
girlfriend 111:14 209:22 237:10
girls 210:16
give 71:5 108:16 112:7 115:1 120:3 120:9,11 134:20 143:6,13 150:8,15 152:6,10 159:1 165:8,22 166:8 176:4 180:17 181:19 222:6 242:5
given 85:21 86:1 149:17 162:23 241:21 250:14
gives 153:4
giving 148:6 153:9 155:20 156:12 158:18 163:16
glances 97:21
glimpses 85:18
go 6:22 9:7 14:18 14:21 15:22 16:2 18:15 19:19 22:23 23:22 24:3 28:20 44:2 45:15 52:4 52:20,22,23 58:6 60:16 64:14 70:22 71:3 74:3 76:8,13 76:19 95:7 103:10 107:10,12 113:15 115:15,21 121:4,6 123:6,8,11,14 124:2,7 134:19 136:6 143:11 146:15,16 147:8 147:17,23 155:3 160:13 161:12 163:5 165:9,20 168:12 169:15 170:14,14 176:14 176:16 184:1 188:23 190:13 191:9 192:9,13 194:20 198:17,21 204:5 208:2 213:8 221:7 233:11,16 233:19 234:6,10 239:9 245:20 248:14
goes 33:18
going 8:10 9:21 10:5 14:16 33:3 44:11 69:9 87:4,5 91:15 92:22 93:21 94:16 95:7,10 96:2 101:17 102:11,14,22,23 103:2 104:13 105:10 106:21 112:13,15 125:21 125:22 129:3 130:15 131:23 137:7 146:20,21 155:19 156:2,15 164:23 168:17 169:18 170:14 172:20 174:7,11 174:20 185:9 186:2 187:8 197:9 201:9 216:5 217:15 223:10 226:10 229:4,9 234:3 238:9 239:23 240:22 241:2 246:13 249:10,22 250:6
golden 185:2
good 185:12
Gotcha 225:19
grabbed 91:18 98:14,16 129:5 164:21 168:4,19 169:10,14,20,23 170:20 250:2
grabbing 196:11
grade 14:14,15
graduate 15:4,6
graduated 19:4
grandmother 217:7 217:12
Graphics 20:20 22:7,12,18
gray 230:1
green 17:22 72:15 79:12 100:16 159:13 185:1,5,11 185:20 220:8 240:2
grew 12:7 66:5
grievance 37:4 90:14,17,20 119:11,15
grievances 119:1,4
grip 195:4
gripe 91:4
grits 140:17,18,21
Gross 72:19
ground 85:3 220:8
grounds 2:13 23:10 224:23
group 52:11
grow 12:12
growing 203:16
Guard 223:20 224:1,7 225:5,7 225:15,17
guess 14:13 180:23 196:20 227:2
guesstimating 108:3
Gulf 220:19
guy 79:12,15 120:7

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

92:12 100:9
105:14 106:19
114:22 119:23
125:13,13 127:20
132:17,23 134:2
161:1 162:23
169:12 170:6
182:20 189:7
190:16,23 191:17
195:15 199:3
214:15 225:4
237:2 245:20
246:1 247:4
puts 160:18
putting 125:17
puzzled 224:2
p.m 101:22 102:2
103:4,12 162:14
162:19 209:1,4
251:3,6 252:7,8

Q

question 9:18 10:2
10:4 89:10 158:21
159:4 162:22
233:10 245:2
questioning 185:9
questions 2:11,12
218:16,22 219:1
219:19 241:6,10
quick 101:20
134:10 182:7
quiet 91:6
quit 159:22
quite 57:23 96:10
96:17 98:3 103:18
152:3 166:13
167:6,10 189:21
193:23 205:18
222:22 224:21
quote 227:22,22

R

Radney 61:16
Radney's 61:19
raise 134:10
raised 66:3 134:10
ran 69:20
rank 221:7
rattled 224:20
Ray 5:7 7:8
Rayford 46:14
razor 250:2
reached 91:17
react 175:12
reaction 148:5
reading 2:2 8:10,12
ready 138:16,22
real 91:17 97:10
101:10,20 115:18
118:12 148:3
160:17 165:5,5,12
177:1,6 182:7
185:2 190:22,22
194:10 195:3
197:10 199:4
200:11 206:12
225:23 236:16
243:12
really 32:2 33:2,15
34:14 43:1 44:4
57:11 68:3,12
75:1 79:23 85:14
97:10 100:23
138:19 187:21
192:22 195:15
204:22 216:9
218:23 238:8
reask 95:10
reason 10:10 22:17
38:21 41:3 69:5
71:22 74:7,9
85:20 90:9 93:10
93:23 133:5
153:13,19 161:14
194:9,11,12 195:4
196:15,18 202:15
222:23 246:19
248:19
recall 21:8 29:7
30:18 32:1,2
34:22 37:19,22
41:18 42:7,20
45:15 58:18 60:22
63:3 65:2,14,15
76:14,20 79:21,23
82:23 83:7 92:20
107:19 114:14
118:8 120:19
126:17 132:8,9,12
135:5 137:2
139:17,23 141:10
144:14 149:1
152:1 155:10,18
157:5,16,22 162:1
171:3,12 172:10
172:11,14 175:16
187:20 188:18
189:13 190:1,11
192:16 201:7
202:9 209:16
211:7,10 244:15
248:8
receive 150:16
220:23
received 43:20
226:16,17
Recess 95:1 101:23
162:15 209:2
251:4
reckon 79:5
recognized 174:1
recollect 32:20
39:10 40:18 43:23
45:22 55:11 56:1
57:16 68:4 71:2
73:12,21 84:18
88:2 89:9 90:18
recollection 27:2
36:1
record 6:7 94:22
95:5 101:21 102:2
103:3,8,10,12
118:23 162:13,19
208:23 209:4
220:4 249:16
250:9 251:2,6
252:7
recorded 216:16,19
records 221:16
rectum 98:18,20
137:4 147:21
refer 45:10
refrigeration 16:11
refused 123:8,10
148:10
refusing 169:15
regular 17:12 97:15
108:19 117:3
143:9 200:7 247:6
regularly 45:12
59:11,20 60:8
135:12,16 178:3
207:23 208:1
rehab 107:10,12,16
108:2,8 113:15
192:13 204:1,5,17
214:9
rehabilitation 42:1
related 56:11
relating 2:6
released 29:18
30:10 45:17 46:4
48:1,10 51:6 59:7
77:4 106:22
190:12 191:9
relive 160:22 197:4
reliving 160:17
196:5,6
remember 17:6,14
27:11 29:13 30:13
31:10,12 33:16
34:2,3 35:5,16,18
35:19 36:11,20
38:22 40:19 46:6
49:1 51:13 54:22
57:17 58:21 61:20
62:5,8,9,18,20
63:2,8 64:9 65:5
66:9,19,23 68:16
69:14 70:9,16
73:21 74:5 78:21
79:13 80:12 81:2
81:6,11 82:12
97:12 98:4 105:12
108:14 109:6,7
113:10 117:13
118:6,15 120:8,18
120:23,23 121:8
122:20 131:1,3
132:20 137:23
146:7 149:5
152:20 156:7,11
158:11 159:14
166:20 167:16
174:15 182:11,14
185:22 186:1
187:20 190:21
194:1 195:15
196:11 197:23
198:5 199:22
200:3,5 201:10,18
203:1,6,8 204:3
205:17 214:5
215:23 216:3
224:21 231:2
236:22
remembering
115:23 233:9
removed 146:5
Renee 13:9
rental 72:1,11
repaying 161:10
replaced 98:22
report 51:9 90:6,10
93:7 119:22
176:11
reported 102:19
Reporter 5:15 7:17
253:5
REPORTER'S
253:1
represent 6:13,15
6:17,20 9:3
218:20
represented 67:16
representing 24:21
61:11
represents 253:12
request 120:16,20
147:16 247:19,22
248:2
reserved 8:8,9
respective 1:14
respond 234:4
243:7
responded 166:23
response 165:14
175:12
rest 141:11 144:8
159:13 181:16
restricted 45:3
restroom 123:12,15
123:19,23 124:3,8
127:2 142:8 145:1
145:10,12,15,20
146:11,15,17
163:5,17 165:20
167:12,15 168:12
182:2,5,15,19
244:18
result 33:7 253:19
Rhonda 210:11
ribs 30:6 129:5,9,11
129:14,18 130:2
133:23 147:23
176:20 187:17
Richard 4:15 6:14
102:4
Ricky 1:9 4:9 5:5,8
6:5,20 7:7 64:1
86:19 102:5
106:20 114:6
121:13 124:1
125:15 130:12
141:5 142:12
144:15 145:2
148:9 165:4 169:3
171:13 173:20
182:2 201:21

249:20 250:3,12
o'clock 147:4

P

P 1:12
packet 222:1
PAGE 3:4
pain 56:5 99:1
177:22
paper 21:3 90:16
112:21 113:8,11
113:12 142:11,12
142:15,21 144:5
155:20,22 163:1,6
163:11 165:18
167:11 179:22
180:12 241:14,16
241:19,21 242:6
242:13
paperwork 175:18
paragraph 241:12
242:19 249:1,16
250:1
parents 12:10 73:16
94:10 96:5 111:9
131:10 204:13
209:9,17 216:5
217:8
part 17:20 30:1
89:16,19 98:21
165:1 169:21
170:22 189:7
196:6 245:19
246:20 250:8
particular 22:17
44:11 50:13 69:5
71:21 74:7,9
78:19 90:9 93:9
93:23 161:14
196:15,18 204:5
parties 1:14 2:12
253:17
pass 206:8,8
passed 74:20
110:18
passing 232:20
patched 135:8
Patty 72:17,21 73:8
111:15 210:21
237:10
Patty's 72:18
Paul 237:10
pay 139:11 180:15
185:3
Pee 118:11
peeked 219:2
Pelham 47:3
pen 113:7
pencil 113:9,11,12
144:5 179:22
pending 32:13,19
penitentiary 67:11
211:3
Pensacola 232:18
people 65:3 109:11
122:13 183:22
197:5,9 198:2
199:12 226:5
231:17,19 236:11
percentage 222:17
period 45:2 70:18
193:1
permanently 74:23
76:23 125:6,8
132:23
personally 80:8,16
80:17,21 109:19
111:4 233:20
234:15 235:1
personnel 85:13
Peters 135:13,14
pharmacy 63:1
Phenobarbatol
62:4,17 151:7,8
157:10
phone 71:10 94:7
145:2,8 168:15
182:13,18 216:7
216:11,13,15
235:6 240:4
phones 216:11
physical 40:15
54:16 68:2 117:1
physical-wise 68:1
physician 29:5
51:19,20 188:4
189:14
pick 216:18
picking 238:8
piece 90:15
Pigeon 17:7 18:4
pill 152:10 157:20
158:8,9,9,13
pillow 86:3
pills 69:19 71:19
150:23 151:4,9,15
151:21 156:12,17
156:22 157:3,5
159:9 250:12
Pineview 11:19
pinpoint 73:21
pipe 100:12,19
piped 142:1
place 6:8 27:22
96:20 215:12
placed 244:22
places 32:4,9,16,19
34:8 43:9
Plaintiff 1:7 4:7,18
6:15
please 6:12 8:22
9:19 101:14
plus 11:11 51:19
56:22 101:1
Plyer 239:19
point 88:3 93:17
102:10 107:3,9
184:5 204:11
Pointe 5:3
pointed 101:15
police 36:16 96:14
133:7 135:22
136:7 144:16
197:8 200:21
201:3
pool 237:23
poolroom 237:11
population 50:1,8
75:3,5,10 78:16
81:8,13 84:10
86:9,11 88:6
92:12 93:16
108:20 113:16,19
114:18 120:2
131:6 139:15
143:17 144:2
154:14 193:2
229:13,16 231:7
position 79:7
positive 33:2 34:14
34:19 39:10 62:5
63:12,21 64:18
67:4 106:3 149:2
187:10 190:2
235:18,20 236:8
pound 147:14
pounds 230:2
prescribe 59:10
153:20
prescribed 62:14
149:15 153:15
prescribes 51:16,18
56:21 57:18
prescribing 59:14
62:6,13 149:12
152:14 153:23
prescription 69:20
137:18 192:6
228:23
prescriptions 53:11
63:4 70:14
presence 99:2
present 5:6 82:19
87:9,14 95:23
100:17 104:3,4,6
108:23 109:10
139:14,18
press 20:23 183:14
240:14,19
pretty 190:2 234:7
prevent 11:13
primary 188:4
prior 2:15 43:19
57:13 135:10
184:14 200:19
207:22 250:17
prison 48:7 109:20
109:22 215:5
236:19
privy 247:7
probably 9:16 10:1
26:6 28:3 30:19
42:9 46:20 68:15
114:9 209:8 240:6
probation 51:4,7,10
51:12
problem 59:12
68:20 69:2 89:3
91:14 94:14
102:12,17 115:1
136:20 193:5
problems 23:3 25:1
25:3,7 37:6 40:16
41:21 43:13,16
44:7,12 45:9 50:5
50:7,17,19 54:15
54:16,18 55:23
66:20 67:23 68:3
68:6,9,13,19 77:6
81:12 88:5,8,18
88:21,23 106:13
114:20 115:21
117:2 118:17
135:16 139:22
163:23 164:5,8,11
164:15,15 184:15
187:2 192:12
193:8,13 196:21
203:10,13 233:2,7
236:18 250:18
procedure 5:18
90:15 119:11
proceeding 253:7
proceedings 6:1
253:14
produced 253:9
program 42:1
192:13
proof 153:22
protect 202:18,19
protection 86:20
126:1,2 173:12
provided 5:17
Proving 23:10
224:23
psychiatric 39:20
39:21 40:5 41:5
41:11,21 42:19
43:5,12,21 160:10
189:8 203:10
214:8
psychiatrist 33:4,18
45:11,15,21 46:8
47:14 53:7 57:20
59:18 149:21
152:16 159:23
160:3 190:6
195:11 200:7
203:17 206:16
247:12
Psychiatry 46:16
psychologist 45:11
45:16,21 47:14,18
149:22 152:17
153:3 154:12
203:18 247:12
psychotic 57:5
PTSD 116:8,10,15
116:17,19 197:1
200:6 233:5
public 35:2
pull 142:19
pulled 239:3,4
puppy 156:5
purposes 39:20
put 21:3 64:12
68:10 75:10 78:10
78:12,18 81:3
84:6,11,23 90:4

208:21 251:16
needed 123:11,19
147:10 155:3
165:19 208:2
neither 253:16
nerve 44:7 59:12
nerves 44:5 45:10
59:6,9 164:16
195:17
nervous 101:10
120:4 194:11
199:1 206:13
213:8
Neurobiology 46:17
neurologist 213:10
213:12
never 22:14 38:12
45:20 47:10 48:6
75:1,12 80:10
93:22 94:2,3
96:18 97:20 105:8
105:21 111:4
115:4 116:20,22
118:17 119:18
122:23 123:1,8,10
125:8 130:16
141:17,22 143:21
146:18 153:22
165:22 166:6,14
166:23 167:18
169:3 175:12,18
177:16 188:19
192:8 201:20
202:13 204:21
212:19 214:12,14
220:21 222:23
223:2 231:4
233:23 234:4
238:11,12 243:7
245:2,5 249:3
250:13,18,20
newspapers 21:4,5
Nexium 55:19
nickname 10:19
22:4
night 11:2,5 36:10
56:9 115:18
151:14 160:16,22
161:7 194:10,13
194:17,19 195:8
195:20 196:4
197:11,12,13
198:3,3,6,8,11,15
199:15,16 200:10
205:14 206:11,12
207:10,14,15,17
238:15 239:21
241:3 251:13,21
nightmares 196:2
nights 197:10
199:20
nine 13:6 30:6
114:9 130:4 147:4
156:8 174:4 176:8
205:2
ninety 137:19
138:21 191:17
ninth 14:14,16
nods 65:20
normal 190:20
normally 206:11
NORTHERN 1:3
4:3
nose 127:8 165:21
notes 110:21 111:2
111:5,8,16 211:11
211:12,15,18
248:1
notice 2:18
noticed 208:6
November 27:16,17
27:19 28:11 32:23
61:21 63:23 64:3
67:2,22 69:22
75:17 76:8,21,22
77:11 80:2 119:7
150:22 154:16
163:20 205:9
207:4,5
number 1:5 4:5 6:3
6:6 12:17,20 27:5
94:21 95:3 156:12
162:12,17 252:5
numbness 177:2
nurses 117:6 200:2

O

O 1:12 81:3 84:6
Oakes 29:7,16
Oaks 136:12 144:16
155:19
oat 140:16
oatmeal 140:3,9
objections 2:10,13
8:4,7
occasion 93:20
229.9 231:15
occasions 204:21
233:23 243:18
occupational
219:17
occurred 26:21
occurring 253:14
octagon 157:11
October 58:5
offered 2:15 204:16
offhand 79:7 83:9
152:21
office 52:10,12
85:11,12
officer 51:10,13
96:14,17,18,23
98:7,16 99:3
104:19 144:17
197:8 200:21
201:4 250:14
officers 136:21
144:12 163:22
183:15 198:2
200:21 201:15
202:11
Off-the-Record
103:5
oh 21:14 24:22 28:3
34:13 39:20 42:14
43:1 52:15 54:17
97:8 108:14
118:10 137:14
151:6 164:12
165:18 167:9
174:2 185:12
211:2 212:18
215:12 220:15
223:15 227:2
237:9 240:13
246:7
okay 8:17,18 9:6,12
9:13 10:2,6,8,12
11:1,23 16:8 17:8
17:14 20:4 21:1
26:11,20 28:9
29:4,12,23 31:20
32:9 33:20 34:20
36:12,22 38:23
43:7 44:21 45:19
46:7,22 48:9,21
51:12 54:12 56:2
57:2 59:1 60:7,15
61:3 63:14 64:14
66:8 73:14 74:6
74:13 76:4,12,17
77:2 78:15 79:8
79:20 80:13 81:21
82:4,14 84:13
85:9 89:5 90:6
91:10 92:15 93:19
96:8 105:13 108:7
116:23 117:19
120:13 121:22
126:22 131:9
145:23 146:9
148:15 151:18
153:8 157:16,20
163:10 164:18
165:9,9 166:17
167:7 168:6 170:5
173:15 175:17
176:16 177:18
179:6 183:7
185:10 189:6
190:8 191:8
192:17 195:13
199:22 204:18
206:5 209:21
213:4,21 214:7
216:1 220:12,15
220:15,23 221:7
222:4,9,18 223:3
223:8,20 224:2,10
225:13 226:4
227:3,6,21 228:3
228:8,17 229:5,15
230:7,13,23 231:3
233:10 234:5,14
234:18,23 235:8
236:5,17 237:6,22
238:3,20 240:6,11
240:19 242:3,8,16
243:15,21 244:3
245:1,12 246:2,12
246:15 247:23
248:5,23 249:12
251:11,16,22
old 13:15 30:20
42:7 70:2,2 92:1
97:19 219:20
229:23
older 79:22 83:16
229:22
Ollie 22:2
once 13:4 32:6
70:19 71:10 73:14
74:14,16 80:23
108:2 119:23
120:5 121:5
122:19 140:22
147:7 149:13
151:19 154:11
160:4,5 164:13
181:13,14 205:7
205:22
ones 8:1 67:16
78:20 116:16
121:18 128:6
150:10 157:7
182:8 248:14
onliest 87:7 119:21
124:4 169:12
open 126:8 157:1
170:3 247:6
opened 168:9
oral 5:23
order 192:1
ordered 247:20
originally 237:2
241:21
outside 16:23 17:3
104:7,15 111:12
117:16 126:19
130:13,18 146:2
149:19 173:3,18
181:11 182:19
234:1 243:13
overdose 184:12
187:12,14
overdosed 39:2
100:22 107:6
155:15 184:13
overheard 87:17
overload 206:19
overloads 206:15
overnight 36:8
39:17 72:5
override 192:4
overtop 85:4
Owens 1:9 4:9 5:5,8
6:5,21 7:7,7 64:1
64:1,4 80:18
86:19 87:1,11,18
87:23 102:5
106:20 114:6
125:15 142:12
144:15 148:9
171:13,16 175:15
175:19 183:4
193:16 201:14
218:20 230:23
231:4 233:13,16
242:23 245:18
246:16,19 249:4

113:17,21 114:19
114:22 115:9,13
116:3,7,20,22
117:10,13,21
118:4,6,16,19,22
119:3,9,12,17,20
120:17,21 121:21
122:1,3,5,8 123:3
123:7,10 124:4,9
124:11,13,16,18
124:20 126:17
127:4 128:15,18
128:20 129:10,23
130:3,9 131:7,11
131:17 132:3,8,12
133:4,7 134:16
135:13,21 136:4
136:16,22 138:7
138:10,13,16
139:4,11,16
140:19 141:3,22
142:4,10 143:1,5
143:13,18 145:13
145:17 146:16
147:15 148:17
151:10,17 152:12
152:15 153:16
154:3,8 155:6,14
155:18 157:8,15
157:22 158:2,6,11
158:23 159:5,11
159:17,20,22
160:9,15 161:16
161:19 162:2
163:3,8,19 164:2
164:12,17 165:12
166:10,16,19
167:10,16,20,23
168:3,22 169:1,17
170:4,7,9 171:3
171:10,12,15
172:8,15 173:2,6
173:8,19 174:2
175:5,16 176:15
177:21 178:1,4,7
178:12,15,18
179:5,8,11,13
180:2,5,11 181:5
181:8,21 182:10
182:23 183:2,6,10
183:16 184:4,16
184:18,23 185:6
185:16,19 186:6
186:21,23 187:3
187:13 188:8,10
188:14 189:5,17
189:20 190:18
191:4,13 192:5,10
192:19 193:3,7,11
193:14,17 194:15
195:9,22 196:1,10
196:17,20 198:5,9
198:20 199:8,17
200:1,4,18 201:1
201:5,10,20 202:2
202:12,14 203:1,3
203:12,15,19,21
204:2,8,12,15,20
205:11,15 206:10
207:5,13,16 208:5
208:8,10,13,17
209:10,16,20,23
210:3,6 211:6,13
211:22 212:1,15
212:22 213:14,18
213:20 214:2,11
214:16,19,23
215:9,23 217:2,16
217:20 218:1,6,14
McDonald 3:5 4:19
4:20,20 6:16,17
7:20 8:2,14,17,20
9:2 94:18 95:6
101:19 102:3,21
103:13 162:6,10
162:20 209:5
218:15 231:10
251:12
meal 178:20 181:11
mean 48:3 54:3,4
60:23 85:15
102:22 103:23
106:15 108:5
129:7 130:14
131:14 135:1
136:17 140:16
149:21 151:7
160:5 165:6 173:3
177:9 179:3 183:3
185:20 190:4
201:11 204:6
208:15 213:11,22
222:15,19 233:23
243:12
means 253:8
meant 175:1
Medicaid 53:16,22
54:9
medical 20:16 23:3
38:4 39:13 54:4
55:7 68:4,19,20
163:23 164:5
187:2,14 199:16
219:23 222:16
225:14 230:10
medically 230:21
Medicare 53:15,22
54:8
medication 10:22
11:6,10,13 51:16
55:18 56:11,19
57:6 59:10 70:20
71:4,16 76:9
77:18 82:11,13
120:3 150:17
156:10 178:2
195:14 227:14
231:16 245:6
251:8,12,17
medications 62:2
63:15 67:20 117:4
149:10 150:3,15
159:2
medicine 69:6
100:21 148:5
149:13 150:9
153:9,14 159:15
198:8
medicines 69:16
148:7 149:23
meds 152:14 158:18
159:6
meet 93:16 149:22
Melvin 5:7 7:8
memory 233:1,7
mental 47:17,19,21
48:19 49:3,7
54:15 68:4,9,13
115:9,11,14,16
116:6 117:17
164:15 248:12,16
mental-wise 68:1
mentioned 225:20
mess 206:17
messed 30:5
met 80:10 94:3
102:3 234:14,17
234:23 235:3,5,7
metal 85:4
middle 1:2 4:2
161:7
midnights 22:19
midsection 98:10
99:11 177:16
Mike 144:17 169:9
170:8,18 171:8
196:12,16
military 20:9,10
22:10 23:4,7
42:13,23 43:3
58:15 91:20,21
97:11 203:11,14
208:14 219:16
221:17
Miller 65:18 225:21
milligrams 157:18
158:1
Minnus 135:9
mind 9:9 206:14,15
212:14 214:22
mine 101:18 161:5
225:4
minor 39:14
minute 81:21 107:8
152:19
minutes 94:17
138:11 182:7
misdemeanor 31:19
31:20
Missouri 23:9
220:21
mistaken 116:11
misunderstood
244:7
mom 13:18 44:19
111:2 191:11
215:14 216:23
217:4
Montclair 23:18
37:11 38:7,12,17
38:21
Montgomery 4:20
5:4
month 29:2 41:7
50:4 73:20 108:4
108:7 159:23
160:5,6 213:16
months 36:2,2 41:8
46:21 48:15 67:5
74:2,4 76:18,19
81:10 82:3 90:1
92:12,13 114:10
205:5 212:18
moon 205:7
mop 132:19 154:15
morning 56:9
151:13 180:20
206:13 207:10
240:5 251:14
MOS 219:8,14
mother 11:22 33:12
70:12 71:14 93:11
94:7 211:17 218:5
234:11 235:3
248:10
mount 220:8
mouth 117:23
127:9 134:12
137:5 147:1 157:1
201:7,19
move 102:6 112:15
moved 81:15 86:18
88:4,14 109:16
229:6
mustache 91:16

N

N 1:12 3:2
name 7:6 8:21 9:7
10:15 22:3 44:16
46:12 51:23 66:13
72:18 79:13 96:16
114:14,16 117:14
118:12,16 120:8
121:8 135:8
152:20,22 181:9
194:1 199:11,23
203:5 208:9
210:12 218:11
225:21,23 226:7
229:19 232:1
239:18,20
named 79:22 185:1
names 29:13 65:2
78:21 83:3 92:20
109:8 139:21
200:3
National 223:20
224:1 225:5,7,15
225:17
Native 212:4,5
necessary 2:9 136:6
neck 30:7 129:6,6
142:19 164:22
168:4,19 169:11
169:15,21,22
170:1 196:11
need 10:9,11
134:19 153:5,6
160:13,20 161:12

thirty 35:13 36:13
thought 69:13
thousand 155:23
threatened 100:4
threatening 215:1
threats 101:9 133:11,13,19
three 26:18 29:6 32:10 34:8,14 39:9,18 41:18,19 46:20 48:15 62:4 68:16 90:1 100:13 103:21 105:16,17 106:14,16 123:14 126:14 133:20 140:14 145:18 146:7 150:18 151:9,15,23 152:1 156:14 157:12 158:12 159:6 160:4,6 162:17 171:11 182:16 190:10 199:12 206:22 207:8 238:23 239:16 252:5
throat 39:15 52:5 52:21 101:17
throwed 110:11 112:12 127:21 144:18
thunder 218:23
Thweatt 46:11,15 46:19 47:15 51:18 53:5 200:4,6
time 2:14,14 10:9 21:11,16 25:9 26:9 27:14 30:17 31:9,21 32:1 33:11 34:1,23 35:11,13,23 36:4 36:14 38:12 39:16 42:2,8,16,18 43:4 43:5,19 44:9 45:1 45:2,14,19 47:22 48:6 55:10 57:13 58:19 59:4 61:11 61:23 63:5 64:22 67:12 70:18 72:7 73:2,10 74:20 75:7 77:2,14 78:23 80:22 81:5 81:18 83:20,23 84:16 87:2,22 89:6,8 91:11,13 92:4,10,15,22 93:7,8,14,18 94:12,13,22 95:5 95:22,23 97:22 99:5,8,11 101:3 101:22 102:2 103:4,8,12 104:4 104:5 106:6,15,16 106:23 107:22 108:11 109:14,18 109:23 111:15 112:3,10 113:19 113:22 114:12 115:3 117:21 119:6,19 120:10 121:11 122:12,15 123:2,3 125:4 128:5 130:11 131:21 132:5,14 132:16 134:4 138:3,17 139:3 140:3 141:19 142:5 145:12 146:4 147:3 148:16,20,21 152:11 154:12,13 154:21 155:12,13 156:9,11,15,19,20 160:5 162:13,19 163:12 164:21 165:7,7 166:5 168:3 169:10,11 169:12 170:5 171:1,22 172:7,13 172:18,20 173:16 175:21 177:4 178:7 181:3 185:8 185:10 189:18 192:9,14,15,18,21 192:22 193:6,9,16 194:20 195:19 197:17 198:15,15 198:16,17,19 199:21 201:15,19 201:22,22 202:17 202:17 203:22 204:1,6,23 207:6 209:1,4 210:22 212:9,16 214:23 215:18 217:6,7,16 219:5 220:18 223:16,21,23 224:6 227:9,11,12 232:12 234:1 236:4,12,12,15 237:10 238:1 242:22 243:1 244:11,16,16 247:15 248:18 251:3,6 252:7 253:15
times 13:2 40:1,4 41:18 43:22 88:13 96:17 97:23 98:10 99:15 100:14 101:5 103:14,18 103:19,21 109:21 120:23 122:8 123:14 124:9 131:4 132:2 133:20 137:6 140:20 141:3 145:18 146:6,9,13 147:2,6 148:12,15 148:18 150:19 151:11,23 152:2 155:10 156:16,16 157:12 158:13 159:3,6 160:23 165:3,10,22 166:3 166:12 167:1,6,10 167:23 171:19,21 174:4 175:11 176:8 181:11 182:16,17 183:9 183:11,12 206:20 206:22 214:7 230:20 239:4 240:13 241:1 244:16
tip 121:9
tired 22:20 125:20 127:6 147:1
today 9:18 10:22,23 11:14 139:6 242:21 251:19
toenail 165:21 166:18,23 167:3 167:10
toenails 165:23 166:1
toilet 112:21 142:12 142:14,21 163:1,6 163:10 165:18 167:11 180:12 241:14,16,18,21 242:6,13
told 34:8 46:2 56:13 59:2,8 60:22 67:16,19 69:1 76:17 83:18 86:17 86:19,21 90:19 91:3,7 92:4 93:11 93:22 94:9 95:17 96:5 110:22 111:15 112:13,17 114:4 116:12 119:12,14,21 120:10 121:15 127:23 129:2 130:11,14,22,22 130:23 131:10 134:18 136:1,23 139:19 140:4 141:13 143:20 147:6 148:6,8 149:22 150:14 158:15,20 161:11 161:19,21 164:12 165:4,10 167:17 170:13,22 175:17 177:14,14,19 183:7,16,19 184:11 185:5 187:1,11,18 188:15,17,18 190:3,4 192:20 193:4 194:8 201:13 204:15 206:16 207:18 209:6 210:4 211:18 213:1,6 216:5 223:11 227:16,18,19 230:11,12,22 233:18 240:5 246:18,19 249:3,7 249:21 250:6 251:11
Tom 61:16,19
tongue 58:12 121:9
toothache 134:20 134:21
top 27:5 85:5 97:15 145:21 223:9 225:3
toted 127:12
Totherow 5:11 6:11
toting 127:16
touch 171:4 217:8
tour 57:12 229:3
tower 144:22
town 31:2
trade 15:20,22 16:2
trailer 72:1,11 218:8
training 224:11,16
transcript 253:10 253:13
transfer 225:3
transferred 24:6 105:22 109:17 113:20 192:23 193:18
transpired 186:14
trauma 28:21 30:8
tray 126:7,15
treat 160:20
treated 30:11 40:16 45:20 46:8 54:21 116:3,5 189:10
treatment 43:21 49:3,4 55:13 130:15 174:19 175:2 194:8 203:10 226:13,16 226:17 227:7,7 230:8 249:11,22
treats 55:15
trial 2:14 8:10
tried 98:17 137:3 187:3 195:16 200:14 239:3
tries 170:15
trouble 145:4 204:10
Troy 232:2,3,13 233:11
Troy's 234:10
true 253:13
trustee 115:2
truth 42:21 138:20 176:7
try 33:18 95:7 195:3 235:23
trying 134:8 152:9 199:5
Tuesday 6:7
turn 61:1 64:3 91:5 91:8 180:18
turned 61:7 99:12 99:13 107:4 187:5
Turner 114:14 115:6
turning 185:2

Styrofoam 179:1
sudden 150:1 186:2
sue 196:16,19
sued 25:23 33:7,9
suffered 211:19
suffering 233:1
suggestion 103:10
suicide 214:20
suit 33:3 143:9,10
Suite 4:17
Sullivan 20:19 22:1 22:7,11,18
summarized 221:5
supervised 45:6
supervision 253:11
supervisor 21:23
supplement 54:2,6
supplemental 53:21
supposed 122:22 123:18 157:4 202:19 222:2 245:20
supposedly 230:17
sure 7:4 17:8 22:5 25:2 28:6,18 58:17 88:18 99:7 104:11 109:3 120:13 126:21 131:1 152:3 157:1 162:10 214:4 222:12 228:20
surgery 24:7,10
suspended 16:20,22
swallow 158:16
swallowed 157:1
swallowing 58:12
swear 126:20
sworn 7:15
Sylacauga 11:19 14:19 21:7 26:13 26:22 27:22 31:8 31:11 32:6,10 34:11 35:11 36:5 36:13,17,23 37:7 37:20 38:3 52:9 53:4,13 55:5 107:15 135:1,15 210:14 215:13 223:16 225:1 235:13
symptoms 153:7 197:2
S1 24:13

T

T 1:12,12
table 102:13
tags 203:5
take 10:9 11:2,4,10 11:11 48:12 55:17 55:20 56:3,7,14 56:14,23 57:2 59:11 63:15,18 69:6 71:6 83:21 101:19 110:21 111:23 112:18 113:2 121:3,4,6 121:23 122:7 124:10 127:2 135:4 141:7 142:14 144:1 150:6,12,13 151:5 151:9,12 152:7,8 156:23,23 159:16 159:21 162:9 163:6 167:11,14 167:21 182:4 183:4 184:20 208:21 230:17 250:22 251:8,13 251:20
taken 1:16 10:21 27:21 28:17 73:23 77:10 84:4,14 95:1 101:23 107:3 115:8 116:23 117:18 121:3 122:18 132:13 134:15 145:11,15 146:10 148:12 154:18,21,23 155:17 162:15 163:5,21,21 176:13,17 180:22 184:5,9 192:11 209:2 211:11 215:7 228:18 251:4 253:7
takes 206:18
talk 49:20 88:17 94:6 95:19 107:7 131:22 132:1 133:1 147:10 161:17 168:6 187:21 188:11 198:23 201:23 202:7 229:9 234:3 234:18 235:8 242:15,20 249:1 249:16 250:2
talked 54:14 81:5 95:14 109:19 120:21 138:14 186:19 193:23 200:16 209:6,8,12 209:14,19 210:1 210:17 217:18,21 218:3 226:11 230:8 231:11 233:22 235:6 242:4,21 246:6 247:15
talking 53:6 54:15 77:21 92:14 155:20 167:7 212:12 218:6 219:3 226:12 231:7 251:19
tall 194:5
Talladega 14:3,6 32:7,11 34:11 35:7 36:6 70:5 218:9
tape 94:21 95:3 162:12,17 252:5
taped 172:1
tattoo 208:6,14
tattoos 208:11,16
taxes 139:12
teenager 31:14 35:1 51:15 201:11
teenagers 31:1
teeth 118:1 134:1,6 134:12,19 135:1 135:16 249:18,19
Tegretol 56:23 57:3 57:4,18
telephone 168:10 168:12 181:23 182:9 248:4
tell 9:20 10:1 30:1 32:3 33:16 34:21 42:20 67:21 68:12 68:17 69:12 70:10 83:11,14 91:11 93:10,13,20 94:8 94:10 96:11 122:9 122:11 124:21 125:16 128:8,16 128:23 130:1,6,10 130:21 131:9 132:3 133:11,13 135:6,19 136:14 138:19 139:9,20 141:9 144:12 146:12,19,22,23 147:2 148:8 158:15,17 161:6 163:15,22 164:3,6 164:10,14 168:23 169:2 174:23 176:6 180:6 184:8 185:7 189:22 194:7 195:6,10 213:4 216:6 217:14 230:16 237:6 238:20 242:12 246:11 249:19 250:3,11 250:16
telling 90:23 103:2 136:8 141:7 175:19 216:11
tells 216:17
ten 85:2 120:9 128:21 130:5 174:4 176:8
tendency 234:21
Tennessee 17:7,18 18:4,7,22 72:1,4,6 72:10 78:1 239:23 240:3
tenth 196:3
terms 85:10
terror 194:19 196:4 207:14
terrors 115:18 160:17 194:10,13 195:8,21 197:11 198:3,6,8,15 199:16 206:12
Terry 4:23 5:9 6:17 7:12 9:3 60:21 63:7 68:17 69:12 77:7 79:10 80:13 99:13 104:4,7,9 120:11 121:13 123:23 129:2 130:7,22 134:18 141:5 144:15 148:8 150:11 164:4 168:14 169:10 171:8 174:3 182:3 185:22,23 196:11 201:20
testified 7:16 219:4 236:23 244:21 245:15
testify 138:17,23,23 241:11
testifying 11:14
testimony 177:18
thank 9:14 252:1
thereto 2:16
they'd 75:11 121:15 126:8 128:6 130:19 133:11 145:4 169:5 180:17 199:2 202:16 227:15
thick 245:11
thicker 86:11
thin 245:11
thing 39:4 86:7 119:20,21 120:14 124:4 156:7 186:11 206:15 212:14 249:7
things 147:19 177:8 177:10,20 196:1 211:20,21 212:8 219:1
think 28:4 35:15 36:18 38:2 44:12 60:21 63:11,12,20 64:17 69:18,23 71:23 82:14 83:15 95:14,18 113:9 117:4 126:18 128:13 130:23 132:16,21 133:21 137:23 144:5,22 149:6 151:7 154:13,16,20 159:3 160:19 161:12 163:13 166:21 175:17 183:7 185:19 193:4 215:6 216:17 218:9,15 219:4 234:6 235:7 236:8,23 245:15 247:12 249:8 250:23
thinking 136:11 150:18 206:8 235:16 236:11
think's 115:17 152:22

97:10 192:22 194:3 200:11 244:8
shorter 79:18 230:3
Shorthand 253:4
short-sleeved 143:10
shot 147:15 195:18
shoulder 208:15,19
shoved 89:10 164:23
shower 121:4,23 122:7,18 141:8 167:18,22
showers 121:7
shut 39:3 146:23,23 152:7,9 158:16 187:14 198:10 201:19 243:18 244:2,10,17
siblings 131:12
sick 120:3 143:19 148:1 156:4 187:5 227:14 230:21
side 28:16 30:1 56:10,18 84:23 89:18 91:22 99:12 99:13 100:7 104:9 109:17 129:5,19 134:12 137:6 239:1
Sides 176:19
sign 67:10 122:20 155:21 181:6 186:10
signature 2:2 8:11 8:13
signed 38:10 76:3 155:23 156:1 186:17 221:23 223:17 225:2 240:7
similar 226:16
sink 85:7 86:15 127:12
sir 8:22 64:23 219:7 219:11,21 220:2 220:14 221:2,4,6 221:14,22 222:8 222:15,15 223:15 223:22 224:5,9,9 224:12,14,17,19 225:9,12,16,18,22 226:2,6,9,23 227:5,19 228:14 229:18,20,22 230:6,15,19 231:9 231:21 232:5,9,17 233:4,8,13,22 234:8,13,20 235:2 235:10 236:3,7,14 236:20,21 237:5 237:21 238:1,2,11 238:19 239:22 240:9,13,16,18,21 241:4,15,18 242:2 242:14,18 243:11 243:23 244:6,15 244:23 245:4,7,10 246:4,14 247:9,14 247:18,21 248:3,8 248:17,22 249:6 249:14,21 250:5 250:10,15,19,21 251:10,15,20
siren 155:19 186:2
sister 131:16
sit 102:11,13,23 182:6
sitting 92:2 133:7 135:22 156:6 186:3
six 50:12 84:21 98:9 151:21 191:6 194:6 205:5
slab 84:23 245:23 246:20,21 247:5
slab's 247:2
slam 126:9
slammed 129:8
slap 89:17,20 108:23
slapped 89:13,14 91:21 92:5 95:22 96:3 108:17 137:6 137:8,9,12 138:5
sleep 85:1,21 112:4 112:5 152:8 156:3 198:11 245:14,16 245:19 246:17,20
slid 248:1
slinging 196:12,13
slip 108:15
slow 165:9
slung 129:7,7 168:4 168:19 169:9,11 170:1,21
small 15:20 66:6 80:6
smell 104:1
Smith 4:16 61:6 237:14,18 240:6
smoke 170:14,15 208:4
snatched 91:18 98:15
sneak 145:1
soaking 194:23,23 195:1
soap 148:7,9
Social 12:16,20 25:4,10 54:9
socks 142:23 143:4 143:5,15
sold 21:20
solid 104:16
Somalia 220:19
somebody 64:16 79:3 83:5 104:21 105:4 147:11 149:3,4 185:17 186:19 214:14 248:5
Sonic 135:7
son-of-a-bitch 92:1
son-of-bitch 133:19
soon 48:10 93:12 216:18
sore 52:5,21
sorry 40:8 162:6 219:15 232:23 234:20
sounded 231:12
so-called 149:7
spayed 141:23
speak 101:14 120:20 233:20
specialist 189:2 213:15
specialty 219:17
specific 76:21 156:15 175:1 235:5
specifically 82:22 98:4 149:6 175:6 244:14 245:2,5 249:3
speed 96:15 97:13
spell 51:22
spells 148:1,3,22 176:22 177:11,11
spend 31:21 35:23 36:12 39:16
spent 35:6,11,13 36:4,10,14 38:12 219:5 226:12
spiritual 212:6
spoke 171:22
spray 141:21
sprayed 142:2
square 197:22
stab 239:3
stacked 142:7 145:22
staff 117:7 198:22 199:16
staining 177:13
stamps 179:23
stand 182:19
standby 220:20
standing 82:5 87:12 89:12 92:6,17 93:4 99:14 100:6 104:7,10,11 127:18 128:10 130:12 138:4 139:7 168:8 173:4 173:20
stands 40:10,13
start 43:12,16 45:11 105:15 144:4 149:12 216:10 232:10 237:15
started 25:10 52:16 57:11 60:4 106:22 127:19 156:2 211:23 227:6 232:7 238:4
state 6:13 7:6,21 8:21 16:16 17:1 109:17 214:22 253:2,5,22
states 1:1 4:1 17:11 18:10
stationed 23:6
stations 224:21
stay 69:10,13 75:21 81:9 84:6 87:5 102:15 105:16 106:21 113:18 125:22 142:22 174:11 195:3
stayed 74:23 109:3 113:21 191:18
staying 115:3 120:4 173:11
steadily 188:21
stenographic 253:8
steps 81:19,20 82:5 82:8,17,20
Steve 136:11 144:19 148:8
Stewartsville 237:11
stick 98:18
STIPULATED 1:13 2:1,8,17
stipulating 7:22
stipulation 5:18
stipulations 7:18,22
Stockham 4:15,16 6:14,15,22 7:4,21 8:3,8,12,16 46:13 78:4 94:15 101:8 102:16 162:4,8 183:18 208:21 209:12 219:12,14 252:3
stocky 79:19 200:10
stolen 218:22
stood 173:8
stop 9:19 10:12 101:4 129:3 164:23 168:18 169:18 174:17,20 175:3,8 226:19 249:10,22 250:6
stopped 25:11 240:1 247:4
store 144:7,7,10 179:16,16,21 180:10,14,17 181:4 241:11,17
straight 38:11 78:9 132:1 155:15 182:4
Street 1:18 5:20
strength 100:23
strep 39:15
Strickland 59:16,17 59:21 60:12 62:15
strict 137:20
strictly 25:6
studies 215:18
stuff 20:2 21:5 29:11 39:14 54:5 54:16 140:2 143:19 153:17 196:2 233:9

218:20 233:13 241:22 242:1 245:18
right 8:2 11:2,18 16:14,19 22:5 23:21 29:23 30:3 31:9 32:9 33:5,17 34:9 35:10 36:4,7 37:9,11 38:6,16 38:18 46:14 51:17 53:5 55:6 58:4 59:19 60:11 61:23 62:12,16 63:8 67:19 68:5,6 70:13 71:3 73:4 75:10,16 76:5,10 77:9 78:16 79:7 81:7 82:10 83:9 84:8 85:1,3,11,17 87:12,21 89:2,12 89:21,22 90:3 92:2,21 94:9 95:8 95:21 96:6,11,15 96:15 97:23 104:9 106:6 107:7 108:22 109:4,13 113:5 120:8,14 122:12,13 123:20 125:12 127:18 128:11 130:17 131:6,10 133:8 134:11,13,14 135:3,7,22 136:19 138:7 139:7,13 150:20 151:15 152:20 154:4,10 155:7 156:17 157:13,14 158:3 158:13 159:8 167:8,17,19 169:20 172:9 173:8 174:5 182:3 182:21 186:18 198:7 200:8 206:23 208:14,15 208:19 210:9 214:1,18,22 217:1 218:16 219:6 221:12 222:3,21 223:7,11,14 224:6 224:8 225:1 226:10,19,20 227:13,14 228:19 229:13,23 230:4 230:11 233:6 235:11,23 236:1 237:13 241:21 245:9,13 247:11 248:19
rights 44:22
right-hand 28:15 129:5,19
roaches 140:13,14 140:23 141:2
road 5:3 70:2,3 207:1
Roberson 4:23 6:18 9:4 74:14 80:23 122:4 124:17 182:12 193:9
Robert 61:16
Rockford 1:18 5:21 6:9 230:4
Rodney 61:6 237:14,18 239:2,2
roll 20:23 242:5
rolled 112:10
rolling 242:10
rolls 21:3
Roofing 19:13 22:6
room 7:1 50:23 84:22 85:7 133:18 186:3 199:7,9
rope 220:4,6
rough 201:4
round 157:9,10 159:13
Rudd 144:17 169:9 170:8 171:2,9 196:16,19
rules 2:6 5:17
Rumsey 61:16
run 8:3 70:14,16 220:10
running 140:14
run-ins 200:20
Russell 38:1 39:1,5 107:3 155:5 184:6 184:20 191:3 192:12,14

S

S 1:12
sandy 97:11
Sara 1:16 4:13 5:14 253:4,22
sat 200:11
saw 47:23 49:10 105:8 108:23 128:13,16 135:12 139:6 154:5,10 171:20 183:8 185:11 192:8 216:7
saying 76:21 169:3 133:20 192:9
says 244:4
scared 101:1 133:8 169:4 194:12 195:5,18 197:5,10 197:13 198:1,3 213:7 236:16
scheduled 213:22 213:23
school 14:18,22 15:1,9,18,21,23 16:3 19:4,12,20 21:17 225:11
scoot 126:8
Scott 89:11 95:22
Scotty 65:6,7 83:1 91:9 92:5,16 109:4 131:3
scout 208:14,20 219:10,13
scratch 239:13
scream 202:15
screamed 202:13
seat 98:15
second 92:21 106:15 132:16 148:21 174:5 192:18 193:1,9
second-degree 35:4 67:10
Security 12:16,20 25:4,10 54:9
see 14:10 30:15 31:5 41:7 42:14 43:2 52:20 53:3 60:7,10 64:4 84:14 85:12,16,18 87:8 92:1 93:2 99:9 100:5,17 102:18 104:9,12 104:13 105:11 112:3,14 115:15 115:21 118:10 119:3,23 120:16 126:19 128:12,22 130:23 131:20 132:7,13,22 133:18 135:18 141:20 144:20 147:9,21,22 148:13 149:8,20 161:6 173:20,21 175:10 176:11 203:17 211:4,8,21 212:8,11,13 213:22,23 214:3 215:21 227:10 240:2 245:3 248:14
seeing 29:15 45:12 46:10,18,22 47:1 47:4 60:4 139:1 145:3 160:2 185:23 232:11
seen 38:8,17,20 39:5 40:20 45:20 46:8 47:10,13,17 60:3,11,12 65:10 75:1 84:17 92:9 92:10 93:6 94:2 100:7 117:3 122:23 125:9 127:17 132:16 135:15 138:9 140:11 153:22 154:20 155:8 173:3 183:12 188:6,19 189:19 212:9 213:9,16 230:19 231:4,17 248:6 250:13
seizure 57:5 58:10 59:4 81:19 82:4 82:11,13,15 83:5 84:9 132:18 154:15 213:3,8,15
seizures 57:7,10,15 57:22 58:14,18 59:2 62:21 68:14 164:13 176:22 212:23 213:2,13 214:1 215:21 246:23 247:3
seldom 172:2 181:12
select 248:10
send 149:3
sending 114:5 222:2
sense 10:2 206:10
sent 24:5 108:5 111:7 114:1 119:8 129:16 149:21 152:17 229:7
Sergeant 223:9
serious 238:12
Seroquel 11:8 56:15,16 59:13 151:6 157:8 159:12,15 198:10 251:21
Seroquels 152:6
serve 20:12
served 48:6 67:12
service 221:17
set 107:5 199:21
seven 36:2 67:4 205:2
seventeen 30:19
seventy-something 229:23
severe 99:1
shake 195:1
Shane 218:12
shape 157:11
sharp 247:2
shave 91:16
sheet 155:20,22 181:9
sheets 195:1
sheriff 63:22 80:18 87:1,10,18,23 114:11,16 120:20 130:13 171:16 175:15,19 183:4 193:16 201:14 230:23 233:15 234:15 242:6,12 242:22 243:2 245:3 246:16,19 249:4,19,20 250:3 250:11
She'd 182:19
shift 22:21 124:14 147:4 150:11
shipped 38:11 113:23 220:22
shirt 170:21
shit 140:5 141:13 147:2
shocking 148:1,3,22 176:21 177:11
shoot 170:16 176:7 199:2 215:1
short 91:17,20

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services
Page 19

43:6,9 46:23 60:3 61:2,7 62:1 63:14 63:19 64:2,13 65:8,23 66:16 67:2,21,22 69:7 75:13,16 76:16,18 77:3,9,16 80:2,14 84:2 90:13 105:15 105:18 108:13,15 115:9 116:1 117:22 123:1 127:1 129:15 132:17 135:18,23 143:19,20 145:18 146:5,7 149:6 150:21,21,23 151:19,20 152:5 155:15 157:14,19 175:9 177:5,16,23 178:3 183:18 184:21 185:14 189:1 190:18 191:2 192:14,15 192:17 211:2 223:17 224:10 225:2 230:21,22 232:11 237:10 238:13 239:23 246:7
weren't 68:8 145:15 146:21 176:17 247:7
wet 194:23,23 195:1
Wetumpka 5:15
we'll 10:12 107:7 248:14
we're 6:6 102:22 103:11 170:19 246:12
we've 77:20 94:16 227:3 251:19
whatsoever 184:17 221:17
where'd 16:2 191:9
whip 111:18
whipped 99:16 100:2,11 127:4 137:4
whisper 132:3
white 79:14,15 97:16 157:9 159:12 230:5
wife 121:10 123:22 232:22
wiggle 98:19
Wilkes 168:11
Willford 3:6 5:2 6:19,20 7:19 8:1,6 8:9,18 101:13 103:9 218:18,19 219:13,16 250:22 251:23
Williams 135:7
Wilson 4:23 5:9 6:18 7:12,12 9:3 63:7,11,13 64:10 77:7 79:10 80:14 99:14 104:4 122:2 124:12 129:2 130:7 144:15 148:8 162:3,5,7 162:22 164:4,19 166:8 167:8,9 168:2 169:10,14 170:6 171:8 182:22 193:9
window 85:16 87:3 87:7 104:17 122:11,15 124:21 125:1,14,17,19 130:18 147:8 172:1 244:22
wipe 123:16 142:11
wiped 127:14
witness 2:3 5:22 65:20 101:8,15
woke 161:6 186:11
word 91:23,23 133:16,18 136:8 242:17
words 112:14 174:18 201:17
wore 91:20 203:3
work 18:18 19:8,19 19:22 20:4,21 22:23 50:22 136:5 202:22
worked 20:17 21:9 97:1 121:10 123:22 124:15 144:22 186:22 199:20 223:1
workers 114:23
worker's 22:15
working 18:12 20:8 21:13 22:19 122:13 144:13 176:9 181:16
works 9:17 29:11 200:10
World 53:12 63:1
worse 198:6
worser 111:18 133:9 169:5
wouldn't 52:22,23 61:1 71:5 108:16 112:3,9 120:3,11 121:14 122:16 134:20 142:18 143:6,13 144:9,10 146:3 147:7 158:15 165:8 175:22 179:19 182:18 187:23 195:17,18 200:13 206:3 233:13,16 241:23 245:18
wrapped 112:21 142:21
wrappers 123:17 241:13
wrapping 142:16
wreck 33:11,21 54:13 58:4 194:11 236:21
wrist 208:7
write 119:15
written 112:1 153:10,12 180:15
wrong 156:4
wrote 73:12 109:20 110:8 111:20 137:17 152:21 191:16 192:7 214:4 228:22

X

X 3:2
x-ray 148:23

Y

Yeah 94:18 234:5
year 15:6,10 17:5 21:10 33:15 35:21 41:9 48:23 52:15 205:5 215:6
years 12:5 13:6 15:19 19:9 30:20 34:15 40:19 42:2 51:11 67:11 68:16 189:21 205:3 222:20 229:23
yell 202:14
yelled 202:13
yellow 107:5
y'all 8:15 13:22 14:2 26:11 66:5 89:2 139:14 170:18 210:23 218:13 238:5

Z

Zuck 36:18
Zyprexa 62:3,7 68:11 116:2 151:6 157:13

0

03 61:21 62:23
04 228:19
06 33:1,22

1

1:07 162:19
1:47 209:1
1:59 209:4
10:49 94:23
100 1:17 5:20
1005 4:20
11 241:12
11:55 95:5
114 4:17
12 242:19
12:01 101:22
12:03 102:2
12:04 103:4
12:05 103:12
12:54 162:14
15 221:5
15s 221:3
19 219:9
1990 13:7 219:5
1993 219:6
1997 24:17
1999 13:7 15:7

2

2:05-CV-1150-T 1:5 4:5 6:6
2:35 251:3
2:45 251:6 252:7,8
2000 17:19 28:3,7
2003 63:23 64:3 67:3,23 68:22 69:22
2006 27:19 28:11
2007 1:19 6:8 41:9 252:9
21 249:1
218 3:6
2204 4:16
23 249:16
25th 235:17,19
28 250:1

3

3rd 1:18 6:7 27:16 27:19 207:5 252:9
31st 223:16
35136 1:18 5:21
35209 4:17
35216 4:21
36124 5:4

4

4th 105:19
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 12:18

5

5th 105:20 125:7
52756 1:23
5555951 27:9

6

6/17/71 12:15

7

7475 5:3

8

8 3:5
800 11:18
87 16:1
89 16:1 19:5

9

9:30 5:21
9:34 6:7
90 20:11 224:4,7,13 224:18
93 20:11 224:4,8 225:8
96 26:6
97 19:3,8 26:6
98 17:16
99 17:16

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services
Page 18

twelve 85:2
twenty 94:16 157:18,23 230:2
twenty-five 42:10
twenty-six 42:10
twenty-three 122:21
twice 32:6 43:6 98:9,11 105:15 121:5 122:19 135:23 136:18 137:5 142:1,5 148:14 151:16 152:2 154:11 172:4 177:16 181:14 205:21
two 14:12 15:19 22:8 30:4,6 34:13 39:9,18 41:8 43:9 43:22 56:8 58:22 62:4 68:15 69:19 71:19 83:17 88:13 89:3 90:1 95:3,18 100:13 103:21 106:14,16 117:23 120:9 123:14 126:14 129:4,9,11 129:14,18 132:22 133:20,23,23 134:12,18 136:12 136:13 140:14 143:2,2 147:20 148:15,18 150:18 156:14 157:12 158:12,20 159:5 162:12 171:21 172:11 175:14 181:19 182:1,15 187:8,9,16 190:10 199:12 200:5,12 206:22 212:9 217:7,7 226:4 233:23 234:1 237:12,16 238:23 239:15 243:22,23 244:11,16
two-minute 162:9
type 11:6,9,12 19:22 20:14,21 25:1 37:3 42:15 55:17 68:9,18 96:1 196:21 203:9 203:20 205:1 212:2,19
T-H-W-E-A-T-T 46:15
t-shirt 143:11,16

U

U 1:12
UAB 28:21 30:12 37:13 40:23 41:3 41:13 46:3,15,23 160:8 161:2,15,18 198:19 199:6 213:17,23 215:17
ugly 201:12
Uh-huh 19:6 53:8 74:17 75:18 78:2 108:1 111:13 160:11 167:4 172:6 184:7
ulcers 54:20 55:1 55:13 68:3,6 164:8
unconscious 39:11 130:4
understand 9:19,20 17:9 22:6 23:22 48:5 58:17 110:12 110:15 120:14 183:22 225:13,19 250,8 251:18
understanding 10:3 240:8
understood 10:5 183:17 227:10,16 240:10
underwear 143:6 143:16
unemployment 25:17
uniform 97:7,8 203:2
uniforms 203:4
unit 39:22 40:5,13 41:12 42:19 160:10
UNITED 1:1 4:1
units 214:8
unlock 104:20,22 105:5
unlocking 105:3
upset 199:2
upside 98:17
upstairs 82:9
urinal 112:6
urinate 98:11
urine 140:15 147:20 177:12 245:22
use 89:20 104:20 123:19,20 142:11 145:2,8,10,12,15 145:19,20 146:10 163:17 181:23 182:5,9,13,18 201:16 202:10 204:9 241:13 244:18
usual 7:17,22 8:1,4
Usually 58:11

V

VA 24:5 37:10 38:5 38:9,10,13 221:23 222:10,11,19
vacation 240:1
Valley 38:4 39:12 47:19 55:7
vehicle 33:10 232:20,21
versus 6:5
vertebras 164:9
vertebrates 30:6 98:23
vicinity 17:17 26:7 26:19 28:7 29:3 30:21 36:3 42:11 48:16 61:22 67:6 90:2 105:18,20 106:2,17 114:10 125:7 154:17 187:10 191:7 205:3,6 207:9 235:22 236:8 248:13
video 102:22
videographer 6:2 6:10 7:2,5 94:20 95:2 101:21 102:1 103:3,7,11 162:11 162:16 208:23 209:3 251:2,5 252:4
videotape 6:3
Vincent 144:19 223:10
visitation 14:7 44:22 45:6 91:15 92:23 93:12 96:3 133:17 137:8 216:8,10
visitation's 45:3
visited 247:11
visual 171:23
voice 130:17 183:11 234:1 243:4,12
voices 85:19 147:8 173:23 212:7
voluntary 214:10
vs 1:8 4:8

W

W 46:14
wait 81:21 133:22 146:20 147:3 152:18
waive 8:10,12
waived 2:3,19
waiver 38:11
wake 160:17 194:22
walked 93:12 155:21 156:5 174:22 186:10
walking 206:2
Wanda 5:6 7:10
wander 206:6
wandering 206:21
want 8:15 9:17 17:8 140:5 204:9 209:11 223:7 234:5 241:5
wanted 90:11 123:6 187:22 190:23
war 220:19
warm 142:22
warrant 60:23 70:11 240:5,7
warriors 225:5
wash 127:2 128:1
washed 142:4
wasn't 31:18 35:1 87:20 104:6 106:4 106:16 112:8 117:6 121:13 122:13 124:1 128:20 131:7 140:11 151:8 152:11,19 153:17 159:5 182:3,4 197:18 222:22 227:14
wasting 112:23 242:9
watch 122:14
watching 182:3
water 146:17 166:4 166:5,9,11,15 167:12 177:7 178:10,21,23 179:12,13,14 181:11 242:22,23 243:3,6,6,8 244:14,19
way 97:13 122:14 126:18 134:1 154:1 171:5 175:10 183:17,21 185:18 202:8,17 206:2 227:9,16 236:1,23 240:9 247:3
ways 21:14 232:9
weak 127:10 177:6 177:11
weaned 159:23
weapon 180:8
wear 97:14 202:21
Weaver 149:6,8,11 154:5,11
WEBB 5:3
Wee 118:11
week 121:5 122:19 125:2 163:2,4 181:14 205:21,22 241:22
weekend 225:5
weeks 14:12 39:9 143:2,2 160:5,6 187:9
weighs 230:1
welcome 9:13
Wendy 4:22 6:18 9:4 74:14 79:10 80:23 87:12,19 99:23 100:1 104:3 104:11 120:11 122:4 124:1,6 126:23 127:10,15 128:3,8 130:11,22 134:17 141:5 144:9,16 147:2 150:12 156:19 158:19 159:7 163:13 165:4 174:3 182:3,12 201:18
went 11:3 19:7 21:15 38:10 43:3

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO