# EXHIBIT H

# Inmate Request Form dated 12/20/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelly   CELL: Lockdown

DATE: unknown 12-03   TIME: 6:00

Please check one of the following:

✓ Medical    ___ Commissary    ✓ Grievance    ___ Other

Briefly state your request or list your commissary items below"

I've been locked down for 6 days I've had a bath 2 times orran took me one time and all the other the madecourt rulebook says nothing about lockdown it says you see a doctor on lockdown it says that I can only be held for 23 hr without getting out I've been held up to 70 hrs without getting out I want a hearing to get out of here I'm Ill in here as well as back there I'm being treated worse than a animal and a hearing will @ be set off I'll notify the rights ppls on the out side. I can't help I have seizures and my legs goes numb

Inmate's signature  Danl Bryan Kelly

Do not write below—for reply only

Noted: Bryan was allowed to take a shower 12/21/03. BS

Signature of Jail Officer receiving original request: