# EXHIBIT K

# Coosa County Inmate Rules and Regulations Sections 8, 9, 10 and 13

**RICKY OWENS, SHERIFF**

COOSA COUNTY SHERIFF'S DEPARTMENT
P.O. BOX 279
ROCKFORD, ALABAMA 35136

# COOSA COUNTY JAIL
# INMATE RULES AND REGULATIONS

Dated:    May 1, 2001
Revised:  Jan 20, 2003

## INTRODUCTION

These are the rules and regulations to govern inmates committed to the custody of the COOSA COUNTY JAIL. They are designed to help you live together productively, safely, and as comfortably as possible. Read them carefully and abide by them while you are confined to this facility.

This manual must be returned prior to your release. DO NOT write, draw or destroy this manual. If you loose, alter, or destroy this manual, you will be required to replace it at a cost of $5.00 (Five dollars).

Violation of any rules or regulations in this manual will be subject to disciplinary action or criminal prosecution.

# Section - 1

## CLASSIFICATION

1.1 As an inmate, your classification will be based on your behavior, attitude, needs, and your level of security risk.
1.2 Classification levels are: General population, Administrative Segregation, and Trustee.
1.3 You will be housed in an area appropriate to your classification level.
1.4 If your classification level changes, you will be reassigned.
1.5 You are given privileges according to your classification status.
1.6 If you think you need protective custody, inform the jail staff in writing. We will do what is necessary to protect you.
1.7 The Sergeant, the Lieutenant or the Sheriff will select trustees.
1.8 The jail staff can move you anywhere within this facility or to any other detention center in Alabama.

# Section – 2

## HOUSING

2.1 Inmates are responsible to keep the cells and dayrooms clean.
2.2 Each day your cell and cellblock will be inspected by a Corrections Officer to make sure it is clean.
2.3 You are responsible for your personal property and county issued property.
2.4 Jail property may not be used for anything other than that which it was intended.
2.5 Do not hang, tape, glue, or otherwise affix any article on any walls, bunks, ceilings, doors, or fixtures.
2.6 Do not write, draw or scratch any part of your cell or furnishings.
2.7 Shakedowns may be carried out at any time to include your living area, your property, and your person. Any contraband found will be confiscated and disposed of. Contraband is described as any item or article that you are not authorized to have, any item or article in excess

      of the amount you may have, or items or articles altered or modified for use other than it was intended.

2.8  Do not enter another cell other than your own. Do not leave or attempt to leave your cellblock unless a Correctional Officer instructs you to do so.

2.9  Inmates will not damage county property. Disciplinary and/or criminal charges will be enforced.

2.10  Do not hang out on the balcony or stairwell.

2.11  CELL ENTRY AFTER LOCK OUT IS NOT PERMITTED.

2.12  Do not bring linens out of your cell.

2.13  If extra clothing is brought out of your cell it must be worn.

2.14  Do not sit on county issued boxes or ice containers.

2.15  Books and other items will not be used as pillows.

2.16  Clothing will not be used as bedding material.

2.17  All materials not being used will be placed in a property bag.

2.18  All items found not in a property bag and not used will be confiscated.

# Section – 3

## CLOTHING

3.1  Inmates will be issued an orange or white uniform and a pair of shower shoes. It will be your responsibility to maintain these items and keep them clean. Jumpsuits will be worn as one piece – not as pants only!

3.2  DO NOT alter jail clothing.

3.3  Inmates will be allowed to have the following personal clothing:
- 3 plain white underwear
- 3 plain white t shirts
- 3 pair plain white socks

3.4  Any personal clothing that is not white or in excess of amounts listed will be considered contraband.

3.5  White clothing, underwear etc., will be purchased through the commissary.

3.6  Female inmates may purchase bras and panties from the store.

3.7  Personal clothing other than listed in 3.1 or 3.3 will be considered contraband.

3.8  Inmates will wear no head rags, toboggans, watch caps, wave caps, etc.

3.9  Inmates are encouraged to have a family member pick up any clothing or unauthorized personal items within five (5) days of incarceration. Coosa County Jail or Staff will not be responsible for lost or stolen items.

# Section – 4

## INMATE PROPERTY

4.1  Inmates will be allowed to have and keep the following:
a. Any clothing listed in section 3.
b. Toilet articles
- 1 toothbrush
- 1 tube of toothpaste
- 1 bar of soap
- 1 comb/brush
- 1 bottle of shampoo
- 1 deodorant

c. All items that are purchased through the store.
d. Miscellaneous
- Legal material/papers
- Letters
- Photos
- Bible and/or religious material
- Educational materials
- Two (2) soft cover books
- Writing materials, to include clear barrel pens
- One (1) radio with earphones. No external/internal speakers or tape players.
- Watch and wedding bands. (No earrings, chains or bracelets).

4.2  All items other than listed will be considered contraband.
4.3  Money is not allowed in cellblock. Money will be placed on the inmate account. Any money found in cellblock will be contraband.
4.4  Do not borrow, lend or touch another inmate's property.
4.5  All jail property must be kept in good condition. If you destroy county property, you will make restitution.

# Section – 5

## MEALS

5.1  Meals are served three (3) times per day.
5.2  All meals will be eaten in the dayroom.
5.3  No food items from meals will be kept in cells. This is contraband and will result in disciplinary action.
5.4  Inmates will not take food from another inmate.
5.5  At mealtime, when directed, inmates will line up along the wall and wait to be served, one at a time.
5.6  All inmates are responsible for getting his/her own tray.

# Section – 6

## TELEPHONES and TELEVISIONS

6.1  The use of inmate telephones is a privilege and not a right.
6.2  You will use the telephone in housing units only. Do not ask to use department telephones.
6.3  Jail Staff may limit access to phones, interrupt call or shut all phone service down at any time.
6.4  Jail Staff will not make any phone calls for inmates
6.5  Jail Staff will deliver no messages to inmates unless a verifiable emergency exists.
6.6  All calls will be collect and limited to fifteen (15) minutes.
6.7  Do not continue to try to reach parties who refuse to accept calls. When this is reported, you will be charged with harassing communications.
6.8  The Television is a privilege for your entertainment and not a right. Jail Staff may remove the television at any time for disciplinary reasons. If you destroy a television you will be prosecuted.

# Section – 7

## MAIL

7.1  All inmates have access to US mail Service.
7.2  All incoming mail is inspected for contraband, money or sexually explicit material.
7.3  Any mail, incoming or outgoing, to/from inmates in other institutions or jails, is prohibited.
7.4  Legal mail is inspected for contraband in inmates' presence.
7.5  All mail is logged in the jail computer for reference.
7.6  No packages will be accepted at any time.
7.7  All mail received must have a return address.
7.8  Your mailing address will be:

>  YOUR FULL NAME (no nicknames)
>  Coosa County Jail
>  P.O. Box 279
>  Rockford, Alabama. 35136

# Section – 8

## INMATE EXERCISE

8.1  Inmates in general population will be given exercise opportunities on the exercise yard as often as possible (Staff and weather permitting)
8.2  Inmates in disciplinary segregation are not permitted to participate.
8.3  Inmates are allowed to utilize the indoor common areas (dayrooms) for walking and/or aerobic exercise at all times.

# Section – 9

## VISITATION

9.1  Visitation is a privilege and not a right. Visitation can be removed at any time for disciplinary reasons.

9.2  Inmates must have been in jail for one week to have visitation. This weekly period allows new inmates to become familiar with all inmate rules.

9.3  Visitation is on Saturdays, at the following times:

"A" Block         - 7 - 9 AM
"B" Block         - 9 - 11 AM
"C" & "E" Block   - 12 - 2 PM
"D" Block         - 2 - 3 PM

9.4  No contact visits will be allowed, with the exception of Attorneys and Law Enforcement.

9.5  Inmates and visitors will wear proper apparel. Visitors not dressed properly will be required to leave the premises.

9.6  Inmates will wear county orange or white uniforms and wear them properly. (No Sagging pants)

9.7  Inmates will be clean-shaven to visit.

9.8  No fighting, horseplay or profanity will be allowed. If this happens you will lose your visitation.

9.9  The following persons will not be allowed to visit inmates:
   1. Any person awaiting trial in any jurisdiction.
   2. Any person on furlough from any institution.
   3. Any person released from jail or institution during the last three years.

9.10  Visitors will not introduce or attempt to introduce contraband into Coosa County Jail. Criminal charges will be filed.

9.11  Inmates must submit a visitor's list prior to visitation day.

9.12  Visits will be 15 minutes with a maximum of 2 visitors per week.

9.13  Visitors must be 10 years of age or older, those under the age of 16 must be accompanied by an adult.

# Section – 10

## HEALTH CARE

10.1   If you become sick, notify a Corrections Officers by filling out an inmate request form. If it is an emergency, notify the Tower Guard.

10.2   Your request will be reviewed and doctor appointments made as soon as possible.

10.3   There will be a co-payment charged to inmates for each trip to the doctor or dentist and for each prescription filled. These payments will be deducted from your inmate account. If no funds are available in your account, you will receive a negative balance and the money will be deducted from future deposits. A negative balance must be paid before you are released. You will be charged the following:

- Doctor visit   $10.00
- Dentist visit   $7.00
- Prescriptions   $3.00 each

10.4   If you are taking medication at the time you are incarcerated, it is your responsibility to have your medication brought to the Jail.

10.5   The Corrections Officer giving the medication must observe you taking it.

10.6   Your prescribed medications will not be given to another inmate.

10.7   Your medications will not be saved for later.

# Section – 11

## PERSONAL APPEARANCE AND HYGEINE

11.1   Inmates are expected to maintain a good personal appearance and practice good personal hygiene.

11.2   The Jail will provide razors to inmates at the convenience of the Jail Staff.

11.3   Razors will be returned to the Officer. Any razors found will be considered contraband.

# Section – 12

## STORE

12.1 The store is a privilege and not a right.
12.2 The store will be run at the discretion of the Jail Staff.
12.3 The store will be ordered on Inmate Store Request forms and will be written so the officer can read them. All illegible forms will be returned.
12.4 No credit. If you do not have enough money in your account, your request will be discarded.
12.5 Inmate cash balance will be given out only by written request.

# Section – 13

## GRIEVANCES

13.1 If you have a grievance, you may report it on an Inmate Grievance form. Your grievance will be investigated and answered within 72 hours of receipt. (Excluding weekends and Holidays.)
13.2 No negative action will be taken against you if you file a grievance.
13.3 If it is determined that your grievance is valid, corrections will be investigated to resolve the problem.
13.4 Grievances in the form of a petition, mass grievance, grievances over 48 hours old and improperly filled out or illegible grievances will not be accepted or answered.

# Section – 14

## RULE VIOLATIONS

14.1 Rule violations are categorized in three classes:

    1 -    **Minor**
    2 -    **Major**
    3 -    **Serious**

14.2 **Minor Rule Violations** are those that interfere with the orderly operation of the facility. The following are minor rule violations:

-Profanity or derogatory remarks or gestures to other inmates or visitors.
-Failure to do routine duties (such as cleaning your housing area, making your bed, maintaining personal cleanliness, etc.
-Failure to cover yourself properly going into or coming out of the shower.
-Failure to wear your uniform when out of your cell or failure to wear your uniform properly.
-Horseplay
-Having unauthorized amounts of authorized property.
-Having opened food containers in your cell.
-Intentionally soiling the jail or littering.
-Hanging or affixing any articles on walls, bunks, ceilings, doors, light fixtures, or ventilation outlets.
-Putting feet on walls.
-Not following any of the other guidelines in the inmate handbook.
-Hanging out on balcony or stairs.
-Lying on linens in dayrooms.

14.3 **Major Rule Violations** include repeated minor rule violations and violations which could seriously threaten security, or the safety of inmates, staff, or visitors. The following are major rule violations:

-Disobeying staff or other law enforcement officials.
-Profanity, or derogatory remarks or gestures to staff.
-Lying to staff.

-Fighting with another inmate.
-Inciting a fight.
-Disrupting or abusing programs, health services, religious services, food service or visitation.
-Smoking or use of any tobacco product.
-Putting any foreign matter in toilets or sinks.
-Attempting to flood any area.
-Defacing, altering or misuse of detention facility property.
-Gambling in any form.
-Interfering with counts or lockdowns.
-Buying, selling, trading or transferring of property between inmates.
-Using facility equipment or areas without authorization.
-Harassing or interfering with the work of trusties involved in performance of their duties.
-Unauthorized contact between inmates.
-Communication with people on the outside of the facility through the windows, including hand gestures.
-Entering a cell other than your own.
-Violation of minor rules listed which establishes a pattern of disregard for rules.

14.4  **Serious Rule Violations** include law violations and acts, which immediately threaten the security of the facility, staff, inmates, or visitors. The following are serious rule violations:

-Entering or leaving a housing area or cellblock without permission.
-Assault on staff or others.
-Escaping, trying to escape, or helping another to escape.
-Having or making alcoholic drinks or unauthorized drugs, keeping facility issued or other medication, or sharing medication.
-Theft
-Interfering with security operations or mechanical devices of the detention center. This is to include fire suppression (sprinkler) system.
-Arson or starting a fire.
-Having a weapon, chemical agent, or any object that has been changed into a weapon, chemical agent, or any object that has been changed so it can be used as a weapon.
-Inciting or participating in a riot.
-Refusing to lockdown.

given to the Judge, District Attorney and Probation and Parole Officer. **If you are a State inmate awaiting transfer, a copy will be forwarded to the Alabama Department of Corrections. This will effect your classification and "Good Time" may be taken away.**

# Section – 16

## SANCTION SCHEDULE

16.1   If you break any rule in this handbook, you may be placed on disciplinary status. This means you will be given only the following, unless you abuse them, or security is threatened:

   A. Telephone calls to attorneys or clergy.
   B. Mail
   C. Adequate food, light, ventilation, temperature, sanitation and medical care.
   D. Proper clothing and bedding.

16.2   Your sanction (length of time you are on disciplinary status) will be decided by the disciplinary hearing board. The Sergeant, the Lieutenant or Sheriff must approve any sanctions of over 10 days. The longest sanction for a rule violations arising from one incident is 60 days.

16.3   You will serve sanctions in the administrative/ disciplinary segregation area.

16.4   If you are a Trustee and are charged with a major or serious rules violation, you will lose your Trustee status.

-Malicious destruction, alteration, or misuse of jail property or another inmate's property.
-Trying to control other inmates by force or threats, or having other inmates do your work.
-Promoting or having contraband.
-Sexual assault
-Use of verbal or physical threats, coercion, force, bribery, or intimidation against any person or assisting another to do so.
-Killing.
-Violation of major or serious rules listed which establishes a pattern of disregard for rules, or repeating the same offence more than once for which disciplinary lockdown is imposed.
-Any violation of Alabama Criminal Code.

# Section – 15

## DISIPLINARY PROCEDURES

15.1 Discipline for minor violations is handled in the cell. You may be reprimanded, or the reporting staff may recommend a 23-hour disciplinary lockdown. If the reporting staff recommends lockdown, you will be told of the charges and may ask for a minor violation hearing. Within 24 hours after the rule violation is reported, an impartial staff member will interview you, the reporting staff and if necessary, witnesses. He will decide if you should be locked down. (Note: For security reasons, staff may lock you down in administrative segregation before the hearing. The disciplinary lockdown will begin when you are notified of the hearing results. The Sergeant or Sheriff is the authority that will release an inmate from administrative segregation.

15.2 Disciplinary action for major and serious rule violations is as follows:
- You will get a copy of the disciplinary report when you are accused of violating a rule.
- If your presence in the cell is disruptive, or if safety or security is threatened, you will be moved to another cell.
- An investigation will begin within 48 hours after the violation has been reported.

- You will be given a written copy of any charges requiring a hearing within 24 hours after the investigation is complete.
- You will be given at least 24 hours notice of the time set for the disciplinary hearing. However, you may waive this notice period and proceed to a hearing on an "as soon as possible" basis or you may waive your hearing entirely. The hearing will be held no later than 72 hours after you are notified of the charges, excluding weekends and holidays.

15.3 The Hearing Process:

   A. If you ask for help in understanding the hearing process, the Administrator will appoint a staff member to help you.
   B. You do not have the right to remain silent. Your refusal to testify may be taken as an admission of guilt.
   C. Each side may present witnesses. You do not have the right to cross-examine witnesses. The number of witnesses may be limited for security reasons, or if witnesses cannot give relevant information.
   D. You may be asked to leave during testimony of any witness whose testimony must be given in confidence. If you are asked to leave, the reason will be written on the Disciplinary Hearing Report.
   E. Each side has the right to make an oral or written statement, to present any documents, and to examine any evidence, unless security, order, or safety of persons is threatened.
   F. You May not have an attorney present at any disciplinary hearing.

15.4 If the violation is subject to criminal charges, you will be given the Miranda Warning.
15.5 The Hearing Officer will decide if you are guilty or innocent. You will be given a copy of the Disciplinary Hearing Report, which will include the sanction recommended, if any.
15.6 You may appeal the hearing officer's decision by writing a grievance to the Sergeant, the Lieutenant or Sheriff.
15.7 Copies of disciplinary reports will be sent to any institution to which you may be assigned. If you are a Pre-Trial inmate, a copy may be