# EXHIBIT L

# Food World Pharmacy Medical Records

03-Aug-07

Patient Medical Expenses
01/01/97 To 08/02/07

Page   1

DANIEL BRYAN   KELLEY
800 PINEVIEW LANE
SYLACAUGA          AL 35150

Food World #068
1301 Ft. Williams
Sylacauga     AL 35150

PATLIST7

| Date | Rx# | Qty | Unit | Days | Product Name | NDC | Br/Gen | Prescriber Name | DEA # | Total | Paid |
|------|-----|-----|------|------|--------------|-----|--------|-----------------|-------|-------|------|
| 01/30/00 | 6416589 | 30 | TAB | 10 | VEETIDS 250mg | 00003-0115-50 | Brand | K.SIDDIQI | BS4052899 | 4.73 | 4.73 |
| 10/17/01 | 4417348 | 120 | ML | 4 | B-TUSS SUGAR FREE | 51674-0645-07 | Generic | M.COCHRAN | BC1701184 | 8.37 | 8.37 |
| 03/19/02 | 4420922 | 15 | TAB | 15 | ALPRAZOLAM 0.25mg | 00781-1061-10 | Generic | W.SIEFERT | AS9716549 | 7.99 | 7.99 |
| 03/19/02 | 4420923 | 60 | TAB | 60 | HYDROCODONE/APAP 7.5/ | 00406-0358-01 | Generic | W.SIEFERT | AS9716549 | 20.49 | 20.49 |
| 03/22/02 | 4420923 | 60 | TAB | 30 | HYDROCODONE/APAP 7.5/ | 00406-0358-01 | Generic | W.SIEFERT | AS9716549 | 20.49 | 20.49 |
| 03/22/02 | 4420922 | 15 | TAB | 30 | ALPRAZOLAM 0.25mg | 00781-1061-10 | Generic | W.SIEFERT | AS9716549 | 7.99 | 7.99 |
| 05/04/02 | 4421936 | 20 | TAB | 5 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | A.LADIPO | BL5971999 | 13.99 | 13.99 |
| 05/04/02 | 6492156 | 15 | TAB | 5 | CYCLOBENZAPRINE 10mg | 00591-5658-01 | Generic | A.LADIPO | BL5971999 | 11.19 | 11.19 |
| 05/28/02 | 4422419 | 20 | TAB | 3 | PROPO-N/APAP 100-650W | 00093-0490-05 | Generic | R.PEARSON | BP2067951 | 12.49 | 12.49 |
| 06/12/02 | 6495687 | 120 | ML | 12 | M-END DM SYRUP | 12830-0810-16 | Brand | L.DEICHMANN | BD6668137 | 10.39 | 10.39 |
| 09/06/02 | 6503423 | 20 | TAB | 10 | VEETIDS 500mg | 00003-0116-50 | Generic | M.SWEARINGEN | BS3731848 | 8.09 | 8.09 |
| 09/25/02 | 4425120 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 00781-1079-01 | Generic | G.BULLOCK | BB7140192 | 10.99 | 10.99 |
| 10/01/02 | 4425269 | 30 | TAB | 10 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 18.49 | 18.49 |
| 10/14/02 | 4425591 | 30 | TAB | 7 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 18.49 | 18.49 |
| 10/22/02 | 6507722 | 120 | ML | 10 | DM/PE/CPM | 00677-1803-33 | Generic | M.SWEARINGEN | BS3731848 | 13.09 | 13.09 |
| 12/10/02 | 2405565 | 23 | TAB | 12 | MORPHINE SULFATE ER 3 | 60951-0653-70 | Generic | G.BULLOCK | BB7140192 | 42.59 | 42.59 |
| 12/10/02 | 2405565 | 7 | TAB | 3 | .MS CONTIN 30mg | 00034-0515-10 | Brand | G.BULLOCK | BB7140192 | 18.09 | 18.09 |
| 12/10/02 | 4427149 | 45 | TAB | 8 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 25.19 | 25.19 |
| 12/16/02 | 4427149 | 45 | TAB | 8 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 25.19 | 25.19 |
| 12/26/02 | 4427149 | 45 | TAB | 8 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 25.19 | 25.19 |
| 12/29/02 | 4427149 | 45 | TAB | 8 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 25.19 | 25.19 |
| 01/13/03 | 2405821 | 30 | TAB | 7 | ROXICET TAB 5-325mg | 00054-4650-25 | Generic | G.BULLOCK | BB7140192 | 6.58 | 6.58 |
| 01/14/03 | 4428081 | 30 | TAB | 30 | ALPRAZOLAM 0.5mg | 00378-4003-05 | Generic | G.BULLOCK | BB7140192 | 4.48 | 4.48 |
| 01/21/03 | 4428310 | 60 | TAB | 15 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 12.30 | 12.30 |
| 01/21/03 | 4428311 | 60 | TAB | 30 | ALPRAZOLAM 0.5mg | 00378-4003-05 | Generic | G.BULLOCK | BB7140192 | 5.96 | 5.96 |
| 01/21/03 | 2405894 | 30 | TAB | 5 | OXYCONTIN 10mg CR | 59011-0100-10 | Brand | G.BULLOCK | BB7140192 | 38.08 | 38.08 |
| 01/22/03 | 2405893 | 30 | TAB | 5 | ROXICET TAB 5-325mg | 00054-4650-25 | Generic | A.CORDOVER | BC5507693 | 6.58 | 6.58 |
| 02/04/03 | 4428311 | 60 | TAB | 30 | ALPRAZOLAM 0.5mg | 00378-4003-05 | Generic | G.BULLOCK | BB7140192 | 5.96 | 5.96 |
| 02/04/03 | 4428310 | 60 | TAB | 15 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 12.30 | 12.30 |
| 02/15/03 | 4428310 | 60 | TAB | 15 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 12.30 | 12.30 |
| 02/21/03 | 6522475 | 15 | TAB | 5 | ULTRACET | 00045-0650-60 | Brand | M.SWEARINGEN | BS3731848 | 15.75 | 15.75 |
| 02/21/03 | 6522475 | 15 | TAB | 15 | ULTRACET | 00045-0650-60 | Brand | M.SWEARINGEN | BS3731848 | 15.75 | 15.75 |
| 03/02/03 | 4428310 | 60 | TAB | 15 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 12.30 | 12.30 |
| 03/07/03 | 4428311 | 60 | TAB | 30 | ALPRAZOLAM 0.5mg | 00378-4003-05 | Generic | G.BULLOCK | BB7140192 | 5.96 | 5.96 |
| 03/16/03 | 4428310 | 60 | TAB | 15 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | G.BULLOCK | BB7140192 | 12.30 | 12.30 |
| 04/24/03 | 4431329 | 60 | TAB | 20 | CARISOPRODOL 350mg | 00591-5513-01 | Generic | L.DEICHMANN | BD6668137 | 17.57 | 17.57 |
| 05/15/03 | 6532509 | 5 | TAB | 5 | SEROQUEL 200mg | 00310-0272-10 | Brand | M.HOWELL | BH1405869 | 28.58 | 28.58 |
| 05/20/03 | 6532509 | 5 | TAB | 5 | SEROQUEL 200mg | 00310-0272-10 | Brand | M.HOWELL | BH1405869 | 28.58 | 28.58 |
| 05/21/03 | 6533107 | 100 | ML | 2 | LIDOCAINE VISCOUS 2% | 00472-0996-33 | Generic | A.LADIPO | BL5971999 | 6.76 | 6.76 |
| 05/21/03 | 6533110 | 6 | TAB | 5 | ZITHROMAX ZPAK 250mg | 00069-3060-75 | Brand | D.STANFORD | BS0222327 | 43.32 | 43.32 |
| 05/21/03 | 4432112 | 8 | CAP | 2 | AMIDRINE | 52152-0003-02 | Generic | D.STANFORD | BS0222327 | 5.70 | 5.70 |
| 05/24/03 | 6532509 | 5 | TAB | 5 | SEROQUEL 200mg | 00310-0272-10 | Brand | M.HOWELL | BH1405869 | 28.58 | 28.58 |
| 05/27/03 | 4432207 | 10 | TAB | 2 | HYDROCODONE/APAP 5-50 | 00406-0357-05 | Generic | W.HAWLEY | AH7022510 | 5.17 | 5.17 |
| 05/28/03 | 4428311 | 60 | TAB | 30 | ALPRAZOLAM 0.5mg | 00378-4003-05 | Generic | G.BULLOCK | BB7140192 | 7.19 | 7.19 |
| 06/10/03 | 4432634 | 4 | TAB | 1 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | D.STANFORD | BS0222327 | 5.08 | 5.08 |
| 06/21/03 | 4428311 | 60 | TAB | 30 | ALPRAZOLAM 0.5mg | 00378-4003-05 | Generic | G.BULLOCK | BB7140192 | 7.19 | 7.19 |
| 06/25/03 | 4433009 | 8 | TAB | 2 | HYDROCODONE/APAP 7.5/ | 00406-0358-01 | Generic | A.LADIPO | BL5971999 | 5.34 | 5.34 |
| 06/25/03 | 6536358 | 20 | TAB | 10 | NAPROXEN 500mg | 00093-0149-01 | Generic | A.LADIPO | BL5971999 | 7.05 | 7.05 |
| 08/06/03 | 4434118 | 18 | TAB | 9 | PHENOBARBITAL 1/2GR | 00603-5166-32 | Generic | H.STRICKLER | BS0515669 | 4.85 | 4.85 |

03-Aug-07

Patient Medical Expenses
01/01/97 To 08/02/07

```
        DANIEL BRYAN    KELLEY                        Food World #068
        800 PINEVIEW LANE                             1301 Ft. Williams
        SYLACAUGA         AL 35150                    Sylacuga     AL 35150
```

PATLIST7

| Date | Rx# | Qty | Unit | Days | Product Name | NDC | Br/Gen | Prescriber Name | DEA # | Total | Paid |
|------|-----|-----|------|------|--------------|-----|--------|-----------------|-------|-------|------|
| 09/02/03 | 4434869 | 24 | TAB | 3 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | N.PINSON | AP5134945 | 8.00 | 8.00 |
| 10/31/03 | 6549733 | 10 | TAB | 10 | ZYPREXA 20mg | 00002-4420-60 | Brand | M.ALDAHER | BS3780740 | 171.21 | 171.21 |
| 10/31/03 | 4436561 | 10 | TAB | 10 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | M.ALDAHER | BS3780740 | 5.31 | 5.31 |
| 11/03/03 | 4436588 | 30 | TAB | 7 | LORCET PLUS 7.5-650mg | 00785-1122-01 | Brand | A.LADIPO | BL5971999 | 30.73 | 30.73 |
| 11/13/03 | 6549847 | 60 | TAB | 30 | METHOCARBAMOL 750mg | 00603-4486-21 | Generic | A.LADIPO | BL5971999 | 17.70 | 17.70 |
| 11/13/03 | 6551228 | 2 | TAB | 1 | ZYPREXA 2.5mg | 00002-4112-60 | Brand | J.JAMES | AJ5646510 | 13.82 | 13.82 |
| 11/15/03 | 6551235 | 3 | TAB | 3 | ZYPREXA 5mg | 00002-4115-60 | Brand | J.JAMES | AJ5646510 | 21.59 | 21.59 |
| 11/18/03 | 6551235 | 3 | TAB | 3 | ZYPREXA 5mg | 00002-4115-60 | Brand | J.JAMES | AJ5646510 | 21.59 | 21.59 |
| 11/22/03 | 6551235 | 3 | TAB | 3 | ZYPREXA 5mg | 00002-4115-60 | Brand | J.JAMES | AJ5646510 | 21.59 | 21.59 |
| 08/05/04 | 6579774 | 30 | TAB | 15 | DEPAKOTE 250mg | 00074-6214-13 | Brand | J.JAMES | AJ5646510 | 34.82 | 3.48 |
| 08/05/04 | 4444302 | 20 | CAP | 20 | .SONATA 10mg | 00008-0926-81 | Brand | J.JAMES | AJ5646510 | 54.65 | 4.84 |
| 08/25/04 | 2410121 | 10 | TAB | 5 | .ENDODAN | 60951-0610-70 | Brand | N.XAVIER | AX8505820 | 11.03 | 1.10 |
| 08/25/04 | 6581710 | 30 | TAB | 30 | SEROQUEL 100mg | 00310-0271-10 | Brand | N.XAVIER | AX8505820 | 86.90 | 7.35 |
| 08/25/04 | 6581711 | 30 | TAB | 30 | SEROQUEL 200mg | 00310-0272-10 | Brand | N.XAVIER | AX8505820 | 162.17 | 13.69 |
| 08/25/04 | 4444792 | 60 | TAB | 30 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | N.XAVIER | AX8505820 | 10.38 | 10.38 |
| 08/25/04 | 6581712 | 15 | TAB | 30 | .ZOLOFT 100mg | 00049-4910-66 | Brand | N.XAVIER | AX8505820 | 39.50 | 3.84 |
| 09/15/04 | 4444302 | 20 | CAP | 20 | .SONATA 10mg | 00008-0926-81 | Brand | J.JAMES | AJ5646510 | 54.65 | 4.84 |
| 09/23/04 | 4445538 | 60 | TAB | 30 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | N.XAVIER | AX8505820 | 10.38 | 10.38 |
| 09/23/04 | 6584732 | 180 | TAB | 30 | CHLORPROMAZINE 50mg | 00832-0302-00 | Generic | N.XAVIER | AX8505820 | 69.10 | 6.91 |
| 09/23/04 | 6584734 | 120 | CAP | 30 | LITHIUM CARB CAP 300m | 00054-2527-25 | Generic | N.XAVIER | AX8505820 | 20.73 | 9.93 |
| 09/23/04 | 6584735 | 45 | TAB | 30 | .ZOLOFT 100mg | 00049-4910-66 | Brand | N.XAVIER | AX8505820 | 114.50 | 15.00 |
| 10/12/04 | 4446099 | 45 | TAB | 30 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | J.CASTRO | BC3135818 | 9.16 | 9.16 |
| 10/12/04 | 6586802 | 10 | TAB | 10 | PAXIL CR 25mg | 00029-3207-13 | Brand | J.CASTRO | BC3135818 | 28.45 | 26.44 |
| 10/13/04 | 6586801 | 13 | TAB | 4 | SEROQUEL 100mg | 00310-0271-10 | Brand | J.CASTRO | BC3135818 | 38.79 | 32.98 |
| 10/28/04 | 6586801 | 32 | TAB | 11 | SEROQUEL 100mg | 00310-0271-10 | Brand | J.CASTRO | BC3135818 | 92.57 | 78.28 |
| 11/11/04 | 6589908 | 15 | TAB | 15 | SEROQUEL 200mg | 00310-0272-10 | Brand | V.LAW | BL5525297 | 82.08 | 69.44 |
| 11/18/04 | 2410807 | 30 | TAB | 10 | OXYCODONE/APAP 5-325m | 00406-0512-05 | Generic | V.LAW | BL5525297 | 4.90 | 4.90 |
| 11/18/04 | 6590522 | 10 | TAB | 3 | SEROQUEL 100mg | 00310-0271-10 | Brand | V.LAW | BL5525297 | 30.30 | 25.83 |
| 11/18/04 | 4447149 | 60 | TAB | 30 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | V.LAW | BL5525297 | 10.38 | 10.38 |
| 11/21/04 | 6590822 | 5 | TAB | 3 | LEXAPRO 10MG | 00456-2010-01 | Brand | V.LAW | BL5525297 | 12.56 | 12.10 |
| 04/11/05 | 6590522 | 6 | TAB | 6 | SEROQUEL 100mg | 00310-0271-10 | Brand | V.LAW | BL5525297 | 20.00 | 1.70 |
| 04/11/05 | 6606243 | 4 | TAB | 2 | SEROQUEL 200mg | 00310-0272-10 | Brand | S.KHAN | BK5532521 | 24.64 | 2.09 |
| 04/11/05 | 6606244 | 4 | TAB | 2 | CARBAMAZEPINE 200mg | 00093-0109-01 | Generic | S.KHAN | BK5532521 | 2.91 | 0.29 |
| 04/11/05 | 6606246 | 2 | TAB | 2 | CITALOPRAM 20mg TABS | 55111-0343-01 | Generic | S.KHAN | BK5532521 | 3.38 | 0.34 |
| 04/11/05 | 4451203 | 8 | TAB | 2 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | S.KHAN | BK5532521 | 6.15 | 6.15 |
| 04/12/05 | 6606246 | 7 | TAB | 7 | CITALOPRAM 20mg TABS | 55111-0343-01 | Generic | S.KHAN | BK5532521 | 5.57 | 0.56 |
| 04/12/05 | 6606244 | 14 | TAB | 7 | CARBAMAZEPINE 200mg | 00093-0109-01 | Generic | S.KHAN | BK5532521 | 3.94 | 0.39 |
| 04/12/05 | 6606243 | 14 | TAB | 7 | SEROQUEL 200mg | 00310-0272-10 | Brand | S.KHAN | BK5532521 | 81.23 | 6.81 |
| 04/12/05 | 4451203 | 28 | TAB | 7 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | S.KHAN | BK5532521 | 7.78 | 7.78 |
| 04/19/05 | 4451203 | 120 | TAB | 30 | CLONAZEPAM 1mg | 00093-0833-01 | Generic | S.KHAN | BK5532521 | 15.26 | 15.26 |
| 04/19/05 | 6606243 | 60 | TAB | 30 | SEROQUEL 200mg | 00310-0272-10 | Brand | S.KHAN | BK5532521 | 341.55 | 28.54 |
| 04/19/05 | 6606246 | 30 | TAB | 30 | CITALOPRAM 20mg TABS | 55111-0343-01 | Generic | S.KHAN | BK5532521 | 14.80 | 1.48 |
| 04/19/05 | 6606244 | 60 | TAB | 30 | CARBAMAZEPINE 200mg | 00093-0109-01 | Generic | S.KHAN | BK5532521 | 8.68 | 0.87 |
| 05/26/05 | 4451203 | 84 | TAB | 21 | CLONAZEPAM 1mg | 00228-3004-50 | Generic | S.KHAN | BK5532521 | 12.33 | 12.33 |
| 05/26/05 | 6606244 | 42 | TAB | 21 | CARBAMAZEPINE 200mg | 51672-4005-01 | Generic | S.KHAN | BK5532521 | 6.83 | 0.68 |
| 05/26/05 | 6606246 | 21 | TAB | 21 | CITALOPRAM 20mg TABS | 55111-0343-01 | Generic | S.KHAN | BK5532521 | 11.11 | 1.11 |
| 06/21/05 | 6606243 | 42 | TAB | 21 | SEROQUEL 200mg | 00310-0272-10 | Brand | S.KHAN | BK5532521 | 239.69 | 22.63 |
| 09/13/06 | 6655497 | 32 | TAB | 32 | SEROQUEL 400mg | 00310-0279-10 | Brand | D.FABER | AF1992088 | 291.00 | 5.00 |
| 09/25/06 | 4463896 | 60 | TAB | 30 | HYDROCODONE/APAP 10/6 | 00406-0361-01 | Generic | A.ELKHIER | BE6631320 | 12.90 | 2.00 |

03-Aug-07

Patient Medical Expenses
01/01/97 To 08/02/07

DANIEL BRYAN   KELLEY
800 PINEVIEW LANE
SYLACAUGA        AL 35150

Food World #068
1301 Ft. Williams
Sylacauga     AL 35150

PATLIST7

| Date | Rx# | Qty | Unit | Days | Product Name | NDC | Br/Gen | Prescriber Name | DEA # | Total | Paid |
|------|-----|-----|------|------|--------------|-----|--------|-----------------|-------|-------|------|
| 10/02/06 | 6657045 | 10 | TAB | 10 | LEVAQUIN 500mg | 00045-1525-50 | Brand | A.ELKHIER | BE6631320 | 106.40 | 5.00 |
| 10/02/06 | 4464002 | 20 | TAB | 5 | HYDROCODONE/APAP 7.5/ | 00406-0359-05 | Generic | A.LADIPO | BL5971999 | 4.82 | 2.00 |
| 10/07/06 | 6655497 | 32 | TAB | 32 | SEROQUEL 400mg | 00310-0279-10 | Brand | D.FABER | AF1992088 | 291.00 | 5.00 |
| 11/11/06 | 2415995 | 60 | TAB | 30 | MORPHINE SULFATE ER 1 | 00406-8315-01 | Generic | D.UAB | AU4362062 | 44.31 | 2.00 |
| 11/11/06 | 7407631 | 20 | CAP | 10 | DOCUSATE SOD 100mg | 00536-3756-01 | Generic | D.UAB | AU4362062 | 3.00 | 3.00 |
| 11/11/06 | 2415996 | 40 | TAB | 30 | OXYCODONE/APAP 5-325m | 00406-0512-01 | Generic | D.UAB | AU4362062 | 7.20 | 2.00 |
| 11/13/06 | 6655497 | 32 | TAB | 32 | SEROQUEL 400mg | 00310-0279-10 | Brand | D.FABER | AF1992088 | 291.00 | 5.00 |
| 11/18/06 | 4465027 | 30 | TAB | 5 | HYDROCODONE/APAP 7.5/ | 00406-0358-05 | Generic | C.ROBERT | AU4362062 | 7.22 | 2.00 |
| 11/21/06 | 4465071 | 12 | TAB | 4 | HYDROCODONE/APAP 10/5 | 00591-0540-01 | Generic | W.PITTMAN | BP1398127 | 7.06 | 2.00 |
| 11/21/06 | 6661554 | 6 | TAB | 5 | AZITHROMYCIN ZPAK 250 | 59762-3060-01 | Generic | W.PITTMAN | BP1398127 | 30.36 | 2.00 |
| 11/21/06 | 7407654 | 240 | ML | 10 | Q-TUSSIN DM SYR 100-1 | 00603-0855-58 | Generic | W.PITTMAN | BP1398127 | 8.95 | 8.95 |
| 12/06/06 | 6663040 | 30 | TAB | 10 | METHOCARBAMOL 500mg | 00603-4485-21 | Generic | D.UAB | AU4362062 | 7.06 | 2.00 |
| 12/06/06 | 4465416 | 30 | TAB | 5 | HYDROCODONE/APAP 7.5/ | 00406-0358-05 | Generic | D.UAB | AU4362062 | 7.22 | 2.00 |
| 12/12/06 | 4465550 | 30 | TAB | 7 | HYDROCODONE/APAP 5-50 | 00406-0357-05 | Generic | D.VOLGAS | BV5767857 | 4.50 | 2.00 |
| 12/17/06 | 6655497 | 32 | TAB | 32 | SEROQUEL 400mg | 00310-0279-10 | Brand | D.FABER | AF1992088 | 291.00 | 5.00 |
| 01/23/07 | 2416443 | 90 | TAB | 30 | OXYCODONE/APAP 5-325m | 00406-0512-01 | Generic | W.PINSON | AP5134945 | 28.89 | 28.89 |
| 01/23/07 | 4466500 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 59762-3721-01 | Generic | W.PINSON | AP5134945 | 13.39 | 13.39 |
| 02/02/07 | 6667503 | 60 | TAB | 30 | SEROQUEL 200mg | 00310-0272-10 | Brand | W.PINSON | AP5134945 | 370.12 | 5.35 |
| 02/08/07 | 4466591 | 90 | TAB | 30 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | A.ELKHIER | BE6631320 | 12.33 | 2.15 |
| 02/19/07 | 4466500 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 59762-3721-01 | Generic | W.PINSON | AP5134945 | 15.89 | 15.89 |
| 03/10/07 | 4467579 | 90 | TAB | 30 | CLONAZEPAM 1mg | 00228-3004-50 | Generic | J.CASTRO | BC3135818 | 16.71 | 5.00 |
| 03/22/07 | 4466500 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 59762-3721-01 | Generic | W.PINSON | AP5134945 | 4.79 | 4.79 |
| 03/27/07 | 4467905 | 90 | TAB | 30 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | W.PINSON | AP5134945 | 12.33 | 2.15 |
| 03/27/07 | 6673316 | 30 | GM | 15 | FLUOCINONIDE CRE 0.05 | 00168-0139-30 | Generic | W.PINSON | AP5134945 | 6.01 | 2.15 |
| 04/02/07 | 6673750 | 60 | TAB | 30 | SEROQUEL 300mg | 00310-0274-60 | Brand | J.CASTRO | BC3135818 | 484.74 | 5.35 |
| 04/09/07 | 4467579 | 90 | TAB | 30 | CLONAZEPAM 1mg | 00228-3004-50 | Generic | J.CASTRO | BC3135818 | 16.71 | 5.00 |
| 04/20/07 | 6655498 | 30 | TAB | 30 | CITALOPRAM 20mg TABS | 00172-4741-60 | Generic | D.FABER | AF1992088 | 11.27 | 2.15 |
| 04/26/07 | 4467905 | 90 | TAB | 30 | HYDROCODONE/APAP 7.5/ | 00406-0359-01 | Generic | W.PINSON | AP5134945 | 12.33 | 2.15 |
| 04/30/07 | 4466500 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 59762-3721-01 | Generic | W.PINSON | AP5134945 | 4.79 | 4.79 |
| 04/30/07 | 6671920 | 60 | TAB | 30 | SEROQUEL 300mg | 00310-0274-60 | Brand | J.CASTRO | BC3135818 | 484.74 | 5.35 |
| 05/19/07 | 6667503 | 60 | TAB | 30 | SEROQUEL 200mg | 00310-0272-10 | Brand | W.PINSON | AP5134945 | 370.12 | 5.35 |
| 05/30/07 | 6671920 | 60 | TAB | 30 | SEROQUEL 300mg | 00310-0274-60 | Brand | J.CASTRO | BC3135818 | 484.74 | 5.35 |
| 04/20/07 | 4466500 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 59762-3721-01 | Generic | W.PINSON | AP5134945 | 4.79 | 4.79 |
| 04/20/07 | 6671919 | 120 | TAB | 30 | TEGRETOL XR 200mg | 00083-0062-30 | Brand | J.CASTRO | BC3135818 | 82.90 | 5.35 |
| 05/30/07 | 6671919 | 120 | TAB | 30 | TEGRETOL XR 200mg | 00083-0062-30 | Brand | J.CASTRO | BC3135818 | 88.58 | 5.35 |
| 06/08/07 | 4469303 | 60 | TAB | 30 | CLONAZEPAM 0.5mg | 00228-3003-11 | Generic | D.FABER | AF1992088 | 9.92 | 5.00 |
| 06/08/07 | 6679429 | 30 | TAB | 30 | CITALOPRAM 20mg TABS | 00172-4741-60 | Generic | D.FABER | AF1992088 | 12.43 | 2.15 |
| 06/13/07 | 6679750 | 8.500 | GM | 16 | PROAIR HFA INHALER | 59310-0579-20 | Brand | A.ELKHIER | BE6631320 | 32.59 | 5.35 |
| 06/26/07 | 6680683 | 30 | TAB | 30 | SEROQUEL 200mg | 00310-0272-10 | Brand | W.PINSON | AP5134945 | 185.94 | 5.35 |
| 07/05/07 | 4466500 | 30 | TAB | 30 | ALPRAZOLAM 1mg | 59762-3721-01 | Generic | W.PINSON | AP5134945 | 4.79 | 4.79 |
| 07/15/07 | 2417437 | 20 | TAB | 5 | OXYCODONE/APAP 10-325 | 00406-0523-01 | Generic | E.DAUGHERTY | BD4236178 | 21.97 | 2.15 |
| 07/15/07 | 6681960 | 20 | TAB | 5 | PROMETHAZINE 25mg | 00591-5307-01 | Generic | E.DAUGHERTY | BD4236178 | 10.71 | 2.15 |
| 07/19/07 | 6682265 | 30 | TAB | 30 | SEROQUEL 400mg | 00310-0279-10 | Brand | A.ELKHIER | BE6631320 | 299.76 | 5.35 |
| 07/19/07 | 6682266 | 30 | CAP | 30 | NEXIUM 40mg CAPS | 00186-5040-82 | Brand | A.ELKHIER | BE6631320 | 143.40 | 5.35 |

Totals for   DANIEL BRYAN     KELLEY          Date:  03-Aug-07                              $7,474.34 $1,723.40

Pharmacist Signature:_____

# EXHIBIT M

# Inmate Request Form dated 11/18/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_    CELL: _203--B_

DATE: _11-18-03_    TIME: _10:30_

Please check one of the following:

_✓_ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_Need my perscription's Filled_
_Zyprexa - Anti psyotic    20 mg_
_Klonopin - seziures - & anxiety - 2 mg_
_Flexaril - mussle relaxer - 200 mg_
_Nuroton - Nervous - 300 mg_
_Soraquel - Sleep - 200 mg_

Inmate's signature _Daniel Bryan Kelley_

Do not write below—for reply only

_Noted will check meds. 11/24/2007_
_KSH_

**Signature of Jail Officer receiving original request:**

# EXHIBIT N

## Coosa County Sheriff's Department
## Doctor Visit Prescription Form
## dated 11/26/03

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE _11/26/2003_

INMATE NAME _Kelley, Bryan_

COMPLAINT _Med re-up, check foot for possible fracture._

DOCTOR'S NAME _Dr. Weaver_

NUMBER OF PRESCRIPTIONS _0_    _At the present._

HAViNG Meds transferred from Food World Pharmacy in
SylACAuGA to Crew's Drug, also HAViNG Med Records
transferred from His Dr. to Rockford Family Health
Center. _(All Rx's FILLED BY CREWS)_

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE _11/26/2003_

INMATE NAME _Kelley Daniel Bryan_

COMPLAINT _Sprained Foot._

DOCTOR'S NAME _Dr. Goldhagen Russell ER._

NUMBER OF PRESCRIPTIONS _0 Tylenol_

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE _11/26/2003_

INMATE NAME _Kelley Daniel Bryan_

COMPLAINT _Sprained Foot._
_____

DOCTOR'S NAME _DR. Goldhagen  Russell ER._

NUMBER OF PRESCRIPTIONS _0   Tylenol_

# EXHIBIT O

## Russell Medical Center
## Emergency Room dated 11/26/03

```
RUSSELL MEDICAL CENTER
P.O. Box 939                      PATIENT REGISTRATION FORM
Alexander City, AL 35011
256-329-7100
```
-----------------------------------------------------------------
```
ACCOUNT #: V010451557    ADMIT DATE: 11/26/03    MEDICAL RECORD NO: M0124352
ROOM/BED:                ADMIT TIME: 1533       FINANCIAL CLASS:   MC
TYPE:      REG ER        LOC/SVC/ACC:ER   -     SOCIAL SECURITY #: 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
```
-----------------------------------------------------------------
```
PATIENT NAME: KELLEY,DANIEL B.                  DOB:        06/17/71
ADDRESS:      25 TURNPIPE ROAD                   AGE:        32
              SYLACAUGA, AL 35150               SEX:        M
HOME PHONE:   (256)249-8067                      RACE:       CAUCASIAN
                                                RELIGION:
COUNTY:       TALLADEGA                          MAR.STATUS: DIVORCED
```
-----------------------------------------------------------------
```
PATIENT EMPLOYER                  PERSON TO NOTIFY
   UNEMPLOYED                        RAY,MELVIN
                                     25 TURNPIPE ROAD
                                     SYLACAUGA,AL 35150
                                     (256)249-8067        FATHER
```
-----------------------------------------------------------------
```
GUARANTOR                         NEXT OF KIN
   KELLEY,DANIEL B.                  RAY,MELVIN
   25 TURNPIPE ROAD                  25 TURNPIPE ROAD
   SYLACAUGA,AL 35150                SYLACAUGA,AL 35150
   (256)249-8067    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      (256)249-8067        FATHER
```
-----------------------------------------------------------------
```
GUARANTOR EMPLOYER                ACCIDENT DATE      TIME
   UNEMPLOYED                        11/26/03        1533
                                  Arrival Mode: FAMILY VEHICLE
                                  Physician1: Goldhagen,Michele
                                  Physician2:
```
-----------------------------------------------------------------
```
INSURANCE        POLICY NUMBER        COVERAGE NO  SUBSCRIBER
MEDICARE         420256528A                        KELLEY,DANIEL B.
MEDICAID         420256528                          KELLEY,DANIEL B.


ACCIDENT:        DATE ONSET OF SYMPTOMS/ILLNESS
COMMENT:
REASON FOR VISIT: RIGHT FOOT AND BACK PAIN                    USER:OE.MGM
   -                                -
   -                                -
IS PATIENT A DIABETIC: N    HIPAA PRIVACY NOTIFICATION DATE: 11/26/03
ALLERGIES: CODIENE
   X
```

James

**RUSSELL MEDICAL CENTER**
EMERGENCY PHYSICIAN RECORD    19

FOOT / ANKLE
INJURY / PAIN

Y010451 ~~Kelley~~ y0124552 e1
ER
KELLEY, DANIEL B.
DR. GOLDHAGEN, H
11/26/2003
32Y    /M    06/17/1971

Time Seen: _____ Room: _____
Historian: patient / EMS / _____
History limited by: _____    ☐ Translator

CHIEF COMPLAINT    ☐ Pain to (Right)
☐ Injury to    Left    [Ankle / Foot / Toe # ___]

HISTORY OF PRESENT ILLNESS:
age: 32    race: (W) B / H / O    gender: (M) F
Onset: 5 hrs / days / weeks

Severity of pain:    mild    moderate    severe
pain scale (1—10): 7/10

Location of pain: (R) L  ankle / foot / toe: 1 2 3 4 5
Associated injury: yes / (no) _____

Cause of injury: ☐ fall    ☐ direct blow    ☐ laceration
☐ burn    ☑ twisted    ☐ puncture
on steps, slipped on jail slippers

Work Related Injury:    YES / (NO)
Exacerbation of pain:    ☐ nothing    ☑ movement
☐ weight bearing
Associated symptoms:    ☑ none    ☐ fever / chills
☐ paresthesia / numbness
_____

Similar symptoms previously:    YES (NO)
Tetanus status:    ☐ Current    ☐ > 5 years

ADDITIONAL HISTORY:
_____
_____
_____
_____
_____
_____
_____
_____

PAST MEDICAL HISTORY    ☐ none
☐ HTN    ☐ Asthma    ☐ Arthritis
☐ Diabetes    ☐ DVT    ☐ Pulmonary emboli
☐ Other: Bipolar Disorder

SOCIAL HISTORY — in county jail at present.
☐ Alcohol    ☐ Tobacco    ☐ Drugs
☐ Lives alone / spouse / family / nursing home

ALLERGIES
Codeine

MEDICATIONS    ☑ See nurse's notes
☐ Birth control pills    ☐ NSAID
_____
_____

REVIEW OF SYSTEMS
☑ ROS NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal
☐ Constitutional _____
☐ ENT: _____
☐ Eyes: _____
☐ Resp: _____
☐ CV: _____
☐ GI: _____
☐ GU: _____
☐ Skeletal: see HPI
☐ Skin: _____
☐ Neuro/Psych _____
☐ Endocrine: _____

PHYSICAL EXAM    ☑ vital signs reviewed
HR ___ Bp ___ RR ___ T ___ SaO₂ ___%
APPEARANCE:
☑ normal    ☐ distressed: mild / moderate / severe
ANKLE
☑ normal    ☐ tenderness (see diagram)
☐ nontender    ☐ swelling / edema
☐ no pain with motion    ☐ pain on motion / weight bearing
☑ nl neurovascular exam    ☐ decreased sensation:
☐ obvious deformity (see diagram)
☐ laceration (see diagram)
FOOT
☑ no deformity    ☐ obvious deformity (see diagram)
☑ no swelling    ☐ swelling / abrasion / ecchymosis
☑ no ecchymosis    ☐ tenderness
☑ skin intact    ☐ laceration (see diagram)
☐ puncture wound (see diagram)
ANKLE / FOOT NEUROVASCULAR EXAM
☑ nl dorsalis pedis    ☐ decreased pulses
☑ nl posterior tiblialis    ☐ decreased sensation
☑ nl sensory exam    ☐ decreased plantar flexion
☑ nl motor exam    ☐ decreased dorsiflexion

**RUSSELL MEDICAL CENTER**
EMERGENCY PHYSICIAN RECORD
PAGE 2

**FOOT / ANKLE
INJURY / PAIN**



**HEENT**
☐ normal _____
**NECK**
☐ normal _____
**PULMONARY**
☐ normal _____
**CARDIAC**
☐ normal _____
**ABDOMEN**
☐ normal _____
**BACK**
☐ normal _____
**SKIN**
☐ normal _____
**NEUROLOGICAL**
☐ normal _____
**PSYCHIATRIC**
☐ normal _____

**RADIOGRAPHS**
L / R Ankle:   ☐ normal  _____
L / R Foot:    ☐ normal  _____
Other Radiographs: _____

CBC:  ☐ normal      BMP:  ☐ normal

**IMMOBILIZATION**   Application by: ☐ ED physician
☐ nurse / tech
   ☐ posterior ankle plaster / fiberglass splint
   ☐ sugar-tong ankle plaster / fiberglass splint
   ☐ post-op shoe

**MANAGEMENT OF PUNCTURE WOUND**
Location of puncture wound _____
   ☐ plantar surface of R / L foot
   ☐ hand R /L BMP: ☐ normal
☐ Wound surface cleansed ☐ betadine ☐ Shurclens
☐ Wound surface opened with # _____ scalpel blade
☐ Wound irrigated  ☐ normal saline  ☐ shurclens  ☐ betadine
☐ Sterile dressing applied
☐ Prophylactic antibiotics _____

**WOUND REPAIR NOTE**
Description: _____
Location: _____   Length: _____ cm
Anesthesia: _____
   topical: _____
   local: Lidocaine 1% / 2 %
      with / without epinephrine
Cleansing: _____
   Irrigation: saline / shurclens / betadine   volume: ____ cc
   Debridement      Foreign body removal
Wound Repair
☐ wound edges revised
☐ staples: _____  ☐ steri-strips only  ☐ skin adhesive

Linear
Stellar
Smooth margins
Irregular margins
Contaminated
Crushed tissue

| | # of sutures | suture size | material | technique |
|---|---|---|---|---|
| SKIN | | | nylon / prolene | simple / running / mattr |
| SubQ | | | vicryl / chromic | simple / running / matt |
| Deep | | | vicryl / chromic | simple / running / matt |

☐ See Additional Wound Repair Note:
Comments: _____

☐ old records reviewed          ☐ Admission orders written
☐ discussed with Dr. _____
☐ Counseled patient/family  test results / diagnosis / follow-up
☐ Discussed risk of infection

**CLINICAL IMPRESSION**
L / R  foot / ankle
   fracture – bimalleolar / trimalleolar
   dislocation – subtalar / ankle / toe
   sprain / strain              laceration
   contusion                    puncture wound
   plantar fasciitis            cellulitis

**DISPOSITION** (time: 145pm )
☐ home  ☐ admit  ☐ transferred  ☐ AMA  ☐ Observation  ☐ expire
Condition: ☐ stable ☐ fair  ☐ good  ☐ poor  ☐ critical  ☐ improved
Follow-up: ☐ ED  ☐ PMD  ☐ on-call        in _____ days
Instructions: _____

Rx: _____

**ATTENDING NOTE**
☐ Resident/NP/PA note reviewed  ☐ pt interviewed        ☐ pt examined
Pertinent HPI: _____
My exam reveals: _____
☐ Labs reviewed              ☐ X-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur

                                      NP / PA
                                      MD / DO

☐ See Addendum Sheet

*EDCare Notes*

ORDERS:            RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

LABS: _____

X-RAYS: ℞ ankle xray

MEDICINES / IV / OTHER: _____

Puddle Dace wrap - done

DATE: 11/26/03 TIME: 4⁰⁰ PM  PHYSICIANS SIGNATURE: M Cooley

ER                          ER
KELLEY, DANIEL B.
DR. GOLDHAGEN, H
32Y    /M    06/17/1971

CERTIFIED EMERGENCY
YES    NO

RUSSELL MEDICAL CENTER    P.O. BOX 939    ALEXANDER CITY, AL 35011    (256) 329-7133

| PATIENT'S NAME: | | DATE: | |
|---|---|---|---|
| MEDICATION | DIRECTIONS | DISPENSE | REFILLS |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

_____, M.D.            _____, M.D.
PRODUCT SELECTION PERMITTED              DISPENSE AS WRITTEN
DEA# _____ ACLS# _____       NO REFILL AFTER SIX MONTHS

RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

DISCHARGE INSTRUCTIONS        PATIENT'S NAME: Kelley, Daniel
___ Contact your physician tomorrow for an appointment for follow-up in 7-10 days.
___ If no improvement in _2_ days, contact your physician for follow-up.     DATE: 11, 26, 03
___ Continue with present medications.        Dr. Jones
___ Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.
___ Since you have no local physician; you have been referred to Dr. _____ , phone number _____
___ Take medications as directed.
___ Additional Instruction:
Rest, ice, elevate. Tylenol - Motrin for pain

WORK / SCHOOL NOTE
___ May return to work / school without restrictions.
___ May return to restricted duties for ____ days.
    Restrictions: _____
___ Will require time off from work / school, estimated time: ____ days.
___ Other: _____

___ No athletics / physical education: ____ days.
_____ was here with relative / child.

I hereby acknowledge that I have received a copy of and understand the above instructions.

X Daniel Brian Kelley
Signature of Patient or Responsible Party

Tamara Lankford, RN
Signature of Nursing Personnel

1112701 (Rev. 09/01)        Medical Records · Patient Copy · Physician Copy        19002

# EMERGENCY DEPARTMENT
## NURSING ASSESSMENT SHEET

010451557 H0124352

ER                    ER
KELLEY,DANIEL B.
DR. GOLDHAGEN,M
11/26/2003
32Y      /M      06/17/1971

PERSONAL PHYSICIAN: Jones    ER PHYSICIAN: Goldhagen
NOTIFIED ( ) BEEPED ( ) TIME ____ INT    NOTIFIED ( ) TIME ____ INT
RESPONDED ( ) TIME ____    RESPONDED ( ) TIME ____

PHYSICIAN ON CALL FOR UNATTACHED PATIENTS ____

TEMP 99°  PULSE 90  RESP 20  B/P ___  WT ___  CHIEF COMPLAINT: States fell in jail
cell 5 days ago c/o pain in R lateral foot

NURSE J Hallmark  TIME 1545

**FAMILY NOTIFIED:**
YES ( ) NO ( )
TIME ____
PERSON ____

**POLICE NOTIFIED:**
YES ( ) NO ( ✓ )
TIME ____
PERSON present
inmate Coosa County

**SOCIAL SERV. NOTIFIED:**
YES ( ) NO ( )
TIME ____
PERSON ____

**CORONER NOTIFIED:**
YES ( ) NO ( )
TIME ____
PERSON ____

ALLERGIES:   NKDA ( )
Codeine

CURRENT MEDICATIONS: Clonazepam 2mg
HS
Zyprexa 8th OD
Methocarbamol 750
BID prn

**PRIORITY:**
EMERGENT ( )
URGENT ( )
NONURGENT ( )

**MODE OF ARRIVAL:**
AMBULATORY ( )
PERSONAL VEHICLE ( )
WHEELCHAIR ( )
IN EMS ( )
AMBULANCE ( )

**TETANUS HX:** ✓
UTD ____ ( )
UNKNOWN ( )

**PEDIATRIC IMMUNIZATIONS:**
UTD ( )
UNKNOWN ( )

**TX PRIOR TO ARRIVAL:**
NONE ( )
O2 ( )
BCLS ( )
ACLS ( )
IV ( )
BACKBOARD ( )
C-COLLAR ( )
SPLINT ( )
BANDAGE ____

**PAST MEDICAL HISTORY:**
RENAL DZ ( )
HEART DZ ( )
SEIZURE bipolar ( )
HTN ( )
DIABETES ( )
COPD / ASTHMA ( )
CANCER ( )
OTHER ____

| TIME | IV FLUIDS | AMOUNT | SITE | GAUGE | NURSE |
|------|-----------|--------|------|-------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**CODES FOR MEDICATION ADMINISTRATION SITES:**
A) LEFT HIP     C) LEFT THIGH     E) LEFT ARM     G) LEFT ABD
B) RIGHT HIP    D) RIGHT THIGH    F) RIGHT ARM    H) RIGHT ABD

| TIME | T | P | R | B/P | Sa O2 | MEDICATION / TREATMENTS | DOSE | ROUTE | SITE | NURSE | COMMENTS / PT RESPONSE |
|------|---|---|---|-----|-------|-------------------------|------|-------|------|-------|------------------------|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

**MENTAL STATUS:**
ALERT ( ✓ )
ORIENTED ( )
DROWSY ( )
LETHARGIC ( )
DISORIENTED ( )
UNRESPONSIVE ( )
CONFUSED ( )

**STIMULUS RESPONSE:**
N/A ( ✓ )
VERBAL ( )
TOUCH ( )
PAIN ( )
NONE ( )

**HAND GRIPS:**
N/A ( ✓ )
EQUAL ( )
STRONG ( )
WEAK ( )
RIGHT ( )
LEFT ( )

**MOVEMENT:**
N/A ( ✓ )
VOLUNTARY ( )
INVOLUNTARY ( )

**PUPIL RESPONSE:**
N/A ( )
PERRLA ( )
SLUGGISH ( )
BRISK ( )
NONREACTIVE ( )

**MUCUS MEMBRANES:**
N/A ( )
MOIST ( )
DRY ( )
**SKIN TURGOR:**
N/A ( )
NORMAL ( )
DECREASED ( )

**SKIN:**
WARM ( ✓ )
HOT ( )
DRY ( )
COOL ( )
MOIST ( )
COLD ( )
CLAMY ( )

**COLOR:**
NORMAL ( )
FLUSHED ( )
PALE ( )
JAUNDICE ( )
CYANOTIC ( )
MOTTLED ( )
DUSKY ( )

**PULSE:**
REGULAR ( )
IRREGULAR ( )
WEAK ( )
ABSENT ( )

**RESPIRATION:**
ADEQUATE ( )
LABORED ( )
SHORT OF BREATH ( )
HYPERVENTILATING ( )
SHALLOW ( )

**BREATH SOUNDS:**
N/A ( )
BBS = CLEAR ( )
ADVENTITIOUS ( )
DIMINISHED ( )
ABSENT ( )
LEFT ( )  RIGHT ( )

**SPEECH:**
CLEAR ( )
COHERENT ( )
INCOHERENT ( )
SLURRED ( )
ABUSIVE ( )

11127024

**COUGH:**
- PRESENT ( )
- NOT PRESENT ( )
- PRODUCTIVE ( )
- NONPRODUCTIVE ( )

**SPUTUM:**
- N/A ( )
- CLEAR ( )
- GREEN ( )
- WHITE ( )
- YELLOW ( )
- FROTHY ( )
- BLOODY ( )

**PAIN:**
- N/A ( )
- NON-RADIATING ( )
- RADIATING TO
- ___ 7 ___
- RATE PAIN 1 - 10 ___

**CARDIAC MONITOR:**
- N/A ( )
- YES ( )    NO ( )
- RHYTHM ___

**EDEMA:**
- N/A ( )
- ABSENT ( )
- PRESENT ( )
- PITTING ( )
- NONPITTING ( )
- LOCATION ( )

**ABDOMEN:**
- N/A ( )
- SOFT ( )
- NONTENDER ( )
- DISTENDED ( )
- NONDISTENDED ( )
- RIGID ( )
- GUARDING ( )
- REBOUND ( )
- TENDER ( )
- RLQ ( )   RUQ ( )   LUQ ( )

**GI:**
- N/A ( )
- NAUSEA ( )
- VOMITING ( )
- DIARRHEA ( )
- BOWEL SOUNDS ( )
- YES     NO
- LOCATION:

**GU:**
- N/A ( )
- FLANK PAIN ( )
- LEFT ( )  RIGHT ( )
- DYSURIA ( )
- HEMATURIA ( )
- FREQUENCY ( )
- URGENCY ( )

**GYN:** N/A
- N/A
- LMP ___
- NORMAL     YES ( )   NO ( )
- PREGNANT   YES ( )   NO ( )
- EDC ___ FHT ___
- LOCATION: ___
- BIRTH CONTROL: ___

**EMOTIONAL ASSMT.:**
- COOPERATIVE ( )
- COMBATIVE ( )
- AGITATED ( )
- HOSTILE ( )
- ANXIOUS ( )
- EYE CONTACT:
- YES ( )   NO ( )

**LACERATION / ABRASION:**
- N/A ( )
- LOCATION ___
- SUPERFICIAL ( )
- DEEP ( )
- BLEEDING ( )
- NOT BLEEDING ( )
- PRESSURE DSG APPLIED ( )

**ORTHOPEDIC ASSMT:** Lateral foot
- SWELLING ___
- DEFORMITY ___
- LOCATION ___
- MOVEMENT LIMITED
- YES ( )   NO ( )

**PULSE BELOW INJURY**
- N/A
- YES ( )   NO ( )
- SPLINTED ( )
- ELEVATED ( )
- ICE APPLIED ( )

**VALUABLES RELEASED TO:**
- N/A ( )
- PATIENT ( )
- PATIENT S/O ___
- HOSPITAL SAFE ( )

**DISPOSITION OF PATIENT:**
- DISCHARGED ( ✓)
- HOME ( ✓)
- NSG HOME ___
- M.D. OFFICES ___
- MORGUE / CORONER ___
- IN CARE OF: SELF ( )   S/O ___
- LAW ENFORCEMENT _Coosa County_
- AMBULANCE SERVICE ___

- ADMIT ( )
- ROOM ___ ICU ___
- TRANSFER ___
- REPORT TIME ___
- GIVEN TO ___
- MEDICAL RECORDS
- SENT ( )   FAXED ( )

**CONDITION OF PATIENT ON DISCHARGE:**
- STABLE ( ✓)
- UNSTABLE ( )
- CRITICAL ( )

**TIME OF DISCHARGE:** 1650

PATIENT TEACHING: _D/c instructions provided, verbalized understanding_

**TB SCREEN (Please write Yes or No)**
Do you have or have you ever had TB? ___
Do you have any of the following:
- Cough (2 weeks) ___
- Night Sweats ___
- Lack of Appetite ___

Anyone in your immediate family have TB? ___
- Bloody Sputum ___
- Weight Loss ___
- Fever ___

**ADDITIONAL OBSERVATIONS:**
1545 - taken to C bed SLRN
1600 - Dr. M. Baldhagen in to exam pt. SLRN
1605 - taken to X-ray via WC SLRN
1610 - returned from X-ray SLRN
1650 - R ankle padded and wrapped c ace wrap. D/c
instructions provided. SLRN

| SIGNATURE OF NURSE | INITIAL | TITLE | SIGNATURE OF NURSE | INITIAL | TITLE |
|---|---|---|---|---|---|
| J. Lankford | SL | RN | | | |

RUSSELL MEDICAL CENTER
    P.O. Box 939
ALEXANDER CITY, AL 35010

TRANSCRIPTION REPORT

NAME: KELLEY, DANIEL B.
PHYS: Goldhagen, Michele

DOB:   06/17/1971  AGE: 32    SEX : M
ACCT: V010451557        LOC: ER
EXAM DATE: 11/26/2003  STATUS: DEP ER
RAD #: 00087374        UNIT #: M0124352

EXAM #      TYPE      EXAM                                    RESULT
000456794   RAD     / RIGHT ANKLE 4 VIEWS

KELLEY, DANIEL B.

RIGHT ANKLE 4 VIEWS

CLINICAL INDICATION: Injury, evaluate for fracture.

FINDINGS: No fracture or dislocation seen.  The ankle mortise appears
symmetric.  No focal soft tissue abnormality identified.  The joint
spaces are preserved.

IMPRESSION:
No evidence of acute right ankle injury.

                    ** REPORT SIGNATURE ON FILE 11/26/2003 **
                    Reported By: ROSS BARNETT, MD
                    Signed By:   BARNETT, ROSS MD

Transcribed Date/Time:  11/26/2003  1648
Transcriptionist: RAD.RD

Technologist: YANDA M. LLOYD, RT (R)(CT)(M
Printed Date/Time: 12/08/2003 10:08
CC: Michele Goldhagen

Consent to Hospital Care And Treatment
Russell Medical Center
Alexander City, Alabama 35010

```
010451557  H Q  84352
ER              ER    ACCT#
KELLEY,DANIEL B.
DR. GOLDHAGEN,M
11/26/2003
32Y    /M   06 617 197
```

CONSENT FOR TREATMENT

I understand that while a patient in this hospital, inpatient, or outpatient, I will
receive  care and treatment administered by Russell Medical Center and its authorized
representatives.  Consent is given for any examination, care or treatment, deemed
advisable and/or appropriate by my physician or by authorized representatives of Russell
Medical Center.

The undersigned and/or the patient certifies that he/she has read the foregoing and
accepts its terms

_____          _____
(Patient's Signature)                     (Witness)

__11-26-03__ __1633__
(Date)            (Time)

The above patient__ is less than 14 years of age or__ unable to sign for the following
reason:

_____

The above consent is given on the patient's behalf.

_____   _____   _____
(Patient's Representative)   (Relationship)           (Witness)

_____        _____
(Date)                          (Time)

PRIVACY STATEMENT ACKNOWLEDGEMENT

__√__  I have received a copy of the Russell Medical Center Notice of Privacy Practices.

_____  I have declined to receive a copy of this notice.

_____          _____
(Patient or Patient Representative Signature)     (Witness)

REVISED: 12/11/02
KEYMK901

RUSSELL MEDICAL CENTER
FINANCIAL AGREEMENT

## FINANCIAL RESPONSIBILITY

I understand that I am responsible for any unpaid balance due the hospital, other
physicians and health care providers. Should the account be collected by any attorney for
collection, the undersigned shall pay reasonable attorney's fees, court cost and
collection expenses. These additional costs will be added to the account balance.

**If your insurance carrier requires pre-certification for your services, it is ultimately
the patient's responsibility to ensure that proper pre-certification is obtained. If the
claim is denied in part or full, the guarantor will be financially responsible.**

I understand that any unpaid balance is due in full upon receipt of the initial statement
unless other arrangements have been made with the business office.

## RELEASE OF INFORMATION/ASSIGNMENT OF BENEFITS

I authorize the release of information from my medical record as is required by my
insurance carrier or government agency to process my claim for benefits. I authorize the
release of necessary information to other physicians and health care providers concerned
in my treatment. I also authorize responsible third parties to pay directly to the
hospital, other physicians and health care providers.

## PERSONAL VALUABLES

This is to certify that I have been made aware that Russell Medical Center provides
facilities for the safe keeping of my valuables, and that I release Russell Medical Center
from any responsibility due to loss or damage of my clothing, watch, jewelry, dentures or
other valuables that I may keep in my possession.

The undersigned and/or the patient certifies that he/she has read the foregoing and agrees
and accepts its terms.

_____          _____
(Patient's Signature)                     (Witness)

11-26-03          1045
_____
Date                   TIME

The above patient is unable to sign because:_____
or is an unemancipated minor. _____years of age. Therefore, the above consent
is given on the patient's behalf.

_____          _____
Closest Relative or Guardian's Signature    Witness

_____
Date                   Time

KEYMK544

MEDIDCAL RECORDS

1

FINAL

KELLEY,DANIEL B.                    V010451557   11/26/03 11/26/03 12/02/03

          KELLEY,DANIEL B.          MEDICARE        420256528A
          25 TURNPIKE ROAD          MEDICAID        420256528
          SYLACAUGA  AL   35150


11/26/03  33100181   LEVEL 2                          1        67.00
11/26/03  40401614   ANKLE - RIGHT (4 VIEWS)          1       112.75
11/26/03  33203969   ER PHYS LEVEL II                 1       130.00

          *** SUMMARY BY SERVICE ***

          RADIOLOGY                               1       112.75
          EMERGENCY ROOM                          2       197.00

          ESTIMATED INSURANCE DUE
          MEDICARE                                        309.75


                              V010451557
                                                  309.75
                                                    0.00
                                                  309.75
                                                  309.75

                                                    0.00