# EXHIBIT P

# Inmate Request Form dated 11/28/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelly   CELL: 203-B

DATE: Nov 28-03   TIME: 3:30

Please check one of the following:

__✓__ Medical   ____ Commissary   ____ Grievance   ____ Other

Briefly state your request or list your commissary items below"

I need to see Dr James & get my Serequel & Klonopin or oxycaug cause my foot still hurts pretty bad.

Inmate's signature  David Bryan Kelly

Do not write below—for reply only

Meds delivered 11/28/03

Signature of Jail Officer receiving original request:

# EXHIBIT Q

# Crew Drugs Medical Records

```
CREW DRUG STORE              Patient: KELLEY, DANIEL BRYAN
MAIN STREET                           P O BOX 10
ROCKFORD         AL 35136             ROCKFORD        AL 35136 0000
Phone: 256-377-4960                   DOB:    06/17/1971
```

Patient IRS/Insurance Summary For The Period    1/01/03 Thru 11/29/07.         Rx Number Order.

| Drug Name | NDC Number | Rx | N/R | Date | PP | Qty | DS | Doctor | NABP | DEA | Price | Tax | Copay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLONAZEPAM 2MG TA | 00093083401 | 212800 | N | 11/26/03 | C | 28 | 14 | WEAVER, R | 0109404 | BW2768022 | 41.39 | .00 | 41.39 | GENERIC |
| CLONAZEPAM 2MG TA | 00093083401 | 212800 | R01 | 12/09/03 | C | 28 | 14 | WEAVER, R | 0109404 | BW2768022 | 41.39 | .00 | 41.39 | GENERIC |
| CLONAZEPAM 2MG TA | 00093083401 | 212800 | R02 | 12/26/03 | C | 32 | 16 | WEAVER, R | 0109404 | BW2768022 | 41.39 | .00 | 41.39 | GENERIC |
| CLONAZEPAM 2MG TA | 00093083401 | 212800 | R03 | 01/06/04 | C | 14 | 7 | WEAVER, R | 0109404 | BW2768022 | 24.29 | .00 | 24.29 | GENERIC |
| NEURONTIN 300MG C | 00071080524 | 212801 | N | 11/26/03 | C | 42 | 14 | WEAVER, R | 0109404 | BW2768022 | 67.79 | .00 | 67.79 | |
| NEURONTIN 300MG C | 00071080524 | 212801 | R01 | 12/09/03 | C | 42 | 14 | WEAVER, R | 0109404 | BW2768022 | 67.79 | .00 | 67.79 | |
| NEURONTIN 300MG C | 00071080524 | 212801 | R02 | 12/26/03 | C | 48 | 16 | WEAVER, R | 0109404 | BW2768022 | 76.59 | .00 | 76.59 | |
| NEURONTIN 300MG C | 00071080524 | 212801 | R03 | 01/06/04 | C | 42 | 14 | WEAVER, R | 0109404 | BW2768022 | 67.79 | .00 | 67.79 | |
| ZYPREXA 5 MG TAB | 00002411560 | 212802 | N | 11/26/03 | C | 14 | 14 | WEAVER, R | 0109404 | BW2768022 | 95.70 | .00 | 95.70 | |
| ZYPREXA 5 MG TAB | 00002411560 | 212802 | R01 | 12/09/03 | C | 14 | 14 | WEAVER, R | 0109404 | BW2768022 | 95.70 | .00 | 95.70 | |
| ZYPREXA 5 MG TAB | 00002411560 | 212802 | R02 | 12/26/03 | C | 16 | 16 | WEAVER, R | 0109404 | BW2768022 | 109.38 | .00 | 109.38 | |
| PHENOBARBITA 60MG | 63304074301 | 212803 | N | 11/26/03 | C | 28 | 14 | WEAVER, R | 0109404 | BW2768022 | 14.99 | .00 | 14.99 | GENERIC |
| PHENOBARBITA 60MG | 63304074301 | 212803 | R01 | 12/09/03 | C | 28 | 14 | WEAVER, R | 0109404 | BW2768022 | 14.99 | .00 | 14.99 | GENERIC |
| PHENOBARBITA 60MG | 63304074301 | 212803 | R02 | 12/26/03 | C | 32 | 16 | WEAVER, R | 0109404 | BW2768022 | 14.99 | .00 | 14.99 | GENERIC |
| PHENOBARBITA 60MG | 63304074301 | 212803 | R03 | 01/06/04 | C | 28 | 14 | WEAVER, R | 0109404 | BW2768022 | 14.99 | .00 | 14.99 | GENERIC |
| SEROQUEL 200MG TA | 00310027210 | 212823 | N | 11/28/03 | C | 42 | 14 | WEAVER, R | 0109404 | BW2768022 | 264.49 | .00 | 264.49 | |
| SEROQUEL 200MG TA | 00310027210 | 212823 | R01 | 12/09/03 | C | 42 | 14 | WEAVER, R | 0109404 | BW2768022 | 264.49 | .00 | 264.49 | |
| SEROQUEL 200MG TA | 00310027210 | 212823 | R02 | 12/26/03 | C | 48 | 16 | WEAVER, R | 0109404 | BW2768022 | 281.00 | .00 | 281.00 | |
| SEROQUEL 200MG TA | 00310027210 | 212823 | R03 | 01/06/04 | C | 42 | 14 | WEAVER, R | 0109404 | BW2768022 | 264.49 | .00 | 264.49 | |
| METHOCARBAMO 750M | 00781175001 | 213177 | N | 12/12/03 | C | 28 | 7 | JAMES, JO | 0109404 | AJ5646510 | 45.69 | .00 | 45.69 | GENERIC |
| METHOCARBAMO 750M | 00781175001 | 213177 | R01 | 01/02/04 | C | 28 | 7 | JAMES, JO | 0109404 | AJ5646510 | 45.69 | .00 | 45.69 | GENERIC |
| METHOCARBAMO 750M | 00781175001 | 213177 | R02 | 01/12/04 | C | 28 | 7 | JAMES, JO | 0109404 | AJ5646510 | 45.69 | .00 | 45.69 | GENERIC |
| ZYPREXA 10MG TAB | 00002411760 | 213623 | N | 01/02/04 | C | 28 | 14 | JAMES, JO | 0109404 | AJ5646510 | 269.49 | .00 | 269.49 | |
| ZYPREXA 10MG TAB | 00002411760 | 213623 | R01 | 01/15/04 | C | 28 | 7 | JAMES, JO | 0109404 | AJ5646510 | 269.49 | .00 | 269.49 | |
| HYDROXYZINE 25MG | 00591552310 | 213691 | N | 01/07/04 | C | 40 | 7 | JAMES, JO | 0109404 | AJ5646510 | 32.69 | .00 | 32.69 | GENERIC |
| NORTRIPTYLIN 50MG | 00591578801 | 215258 | N | 03/09/04 | C | 14 | 14 | HAMO, WAE | 0109404 | BH4031073 | 54.39 | .00 | 54.39 | GENERIC |
| NORTRIPTYLIN 50MG | 00591578801 | 215258 | R01 | 03/22/04 | C | 14 | 14 | HAMO, WAE | 0109404 | BH4031073 | 28.89 | .00 | 28.89 | GENERIC |
| NORTRIPTYLIN 50MG | 00591578801 | 215258 | R02 | 04/05/04 | C | 14 | 14 | HAMO, WAE | 0109404 | BH4031073 | 28.89 | .00 | 28.89 | GENERIC |
| NORTRIPTYLIN 50MG | 00591578801 | 215258 | R03 | 04/19/04 | C | 14 | 14 | HAMO, WAE | 0109404 | BH4031073 | 28.89 | .00 | 28.89 | GENERIC |
| CEFUROXIME 500MG | 63304075220 | 217270 | N | 05/28/04 | C | 20 | 10 | LAW, VINC | 0109404 | BL5525297 | 79.97 | .00 | 79.97 | GENERIC |
| GFN/PHEYLEPHRINE | 60258026901 | 217271 | N | 05/28/04 | C | 20 | 10 | LAW, VINC | 0109404 | BL5525297 | 16.79 | .00 | 16.79 | GENERIC |

```
       Total Rx's    31      Total Price    2,810.19                      Patient Copay       2,810.19
```

Pharmacist signature: _[signature]_

# EXHIBIT R

# Inmate Request Form dated 11/29/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley   CELL: 203-B

DATE: Nov 29-03   TIME: 10:25

Please check one of the following:

__✓__ Medical   ____ Commissary   ____ Grievance   ____ Other

Briefly state your request or list your commissary items below"

I need to see Dr James so they can get my med straight and release me to a rehab we have found a month program but we havent been able to talk to Ricky Owens

I need to see Ricky Owens.

Inmate's signature _[signature]_

Do not write below—for reply only

Meds prescribed by Dr Weaver — You have to go through the Court system for Rehab

Signature of Jail Officer receiving original request:   11/29/03
_[signature]_

# EXHIBIT S

# Inmate Request Form dated 11/30/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelly    CELL: 203-B

DATE: Nov 30-03    TIME: 235

Please check one of the following:

✓ Medical    ___ Commissary    ___ Grievance    ___ Other

Briefly state your request or list your commissary items below"

Need to see Dr. James my foot still hurts & my back the doctor at Benjamin Russell Hospital said that for me to see the Doctor as soon as possible.

Inmate's signature _____

Do not write below—for reply only

Dr. Michelle Goldhagen did not advise Inmate Bryan Kelley that he needed to go to see Dr. James. She advised him that his foot was sprained and that he needed to elevate it at night and they did put a wrap on it. She also advised him to take tylenol for any pain.

Signature of Jail Officer receiving original request:    KSH 12/1/03

# EXHIBIT T

# Inmate Request Form dated 12//01/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Darryel Bryan Kelley       CELL: 203-B

DATE: Dec 1 - 2003       TIME: 5:00 AM

Please check one of the following:

___Medical     ___Commissary     ✓Grievance     ___Other

Briefly state your request or list your commissary items below"

I Would Like to see Dr. James cause my foot is going to have to have surgery to fix those ligaments & it hurts all night long. I want to speak to Ricki Clenis as soon as possible & I am hurting in the Lower Back plus it was broke please

Inmate's signature _Darryel Bryan Kelley_

Do not write below—for reply only

Dr. Goldhagen at RMC told inmate Kelley that his foot was fine it was just sprained., she wrapped it and told him to keep it elevated, and take tylenol.

Signature of Jail Officer receiving original request: KSH 12/1/03
The Dr. X-Rayed Inmate Kelley's foot and found No damage to his foot.

# EXHIBIT U

# Inmate Request Form dated 12/02/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley     CELL: 203-B

DATE: Dec 2     TIME: 6:35

Please check one of the following:

__✓__ Medical     ____ Commissary     ____ Grievance     ____ Other

Briefly state your request or list your commissary items below"

Need to see Dr. James (sight) the ER order + Need to speak to R. K. Owens.

Inmate's signature _Daniel Bryan Kelley_

Do not write below—for reply only

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley   CELL: 203-B

DATE: Dec 2-03   TIME: _____

Please check one of the following:

__✓__ Medical    _____ Commissary    _____ Grievance    __✓__ Other

Briefly state your request or list your commissary items below"

I would like to speak to Ricki Davis, + see Dr James for my foot + lower Back

Inmate's signature _____

Do not write below—for reply only

**Signature of Jail Officer receiving original request:**

# EXHIBIT V

# Inmate Request Form dated 12/03/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelley   CELL: 203-B

DATE: 12-3-03   TIME: 3:13

Please check one of the following:

___ Medical   ___ Commissary   ✓ Grievance   ___ Other

Briefly state your request or list your commissary items below:

Need to talk to Ricky Owens. Don't ask 5 times.

Inmate's signature _____

Do not write below—for reply only

Noted, Sheriff was notified 12/8/03 KSH

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley      CELL: 203-B

DATE: Dec 3-03      TIME: 3:12

Please check one of the following:

_____ Medical      _____ Commissary      __✓__ Grievance      _____ Other

Briefly state your request or list your commissary items below"

Got to see the doctor cause foot still has something sticking out the side & hurts

Inmate's signature _____

Do not write below—for reply only

Will check with Inmate Kelley on his foot and see if the wrap that the ER put on it needs changing. X-rays were taken at Russell ER. Everything was O.K.

Signature of Jail Officer receiving original request:   KSW
                                                        12/8/03