# EXHIBIT W

# December Shift Logs, Part I

12-01-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$35.00 ON HAND AT THE BEGINNING OF THE SHIFT (PLUS SEVERAL DEPOSITS, CASH BONDS AND FINES). 35 INMATES ACCOUNTED FOR. INMATE ROSTER FAXED TO AST.

0630; LINENS PICKED UP FOR LAUNDRY AND TRAYS SERVED

0700; TRAYS PICKED UP, MEDS TO RICKEY EDWARDS, JAMES HOLLANQUEST AND BRYAN KELLEY.

0946; BRYAN KELLEY, JAMES HOLLANQUEST AND KENNETH HARRIS SIGNED MEDICAL RELEASE FORMS.

1125; ERICA DAVIS RELEASED ON FINES PAID AND BONDED BY COOSA BONDING.

1334; RAY KELLEY AND WIFE ALLOWED TO BRING IN A RECORDER FOR BRYAN TO RECORD A SONG FOR A FUNERAL.

1340; JOHN HENRY MILLER COMPLAINING OF CHEST PAIN AND DIZZINESS. BROUGHT TO THE EXAM ROOM AND B-P CHECKED, 168/92. PLACED IN HOLDING FOR OBSERVATION.

1349; TIM JENNINGS COMPLAINED OF FALLING IN B-201, HAS A LARGE SWELLING ON HIS RIGHT EYE. BROUGHT TO THE EXAM ROOM AND B-P CHECKED, 158/98. PLACED IN DETOX FOR OBSERVATION.

1410: TIM JENNINGS TRANSPORTED TO DR JAMES OFFICE BY 2214.

1420: JOHN HENRY MILLER RELEASED PER JUDGE DUE TO MEDICAL REASONS HE WAS TRANSPORTED TO COOSA VALLEY MEDICAL CENTER BY EMS3.

1700: DINNER TRAYS SERVED
1800: 34 INMATES ON HAND AND$115.00 AT END OF SHIFT

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/01/03


| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND CORRECT |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0700HRS | TRAYS P/U MEDS TO EDWARDS, KELLEY, HOLLINQUEST, KENNETH HARRIS REFUSED MEDS |
| 0730HRS | CELL DOORS OPENED |
| 0830HRS | JOHN MILLER REPORTED TO CODE ONE TO SERVE TIME. |
| 0836HRS | KILPATRICK TO WORK |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND CORRECT |
| 0946HRS | 2214 BACK TO GET BRYAN KELLEY TO SIGN PAPERS |
| 1111HRS | ERICA DAVIS TAKEN TO FRONT TO BE RELEASED |
| 1150HRS | LUNCH TRAYS SERVED |
| 1216HRS | TRAYS P/U MEDS TO KELLEY |
| 1230HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1232HRS | CELLS OPENED |
| 1320HRS | BRYAN KELLEY TAKEN TO EXAM ROOM TO SING |
| 1341HRS | JOHN MILLER TAKEN TO FRONT FOR BLOOD PRESSURE CHECK |
| 1346HRS | TIM JENNINGS TAKEN TO FRONT FOR BLOOD PRESSURE CHECK |
| 1400HRS | FIRST RESPONDER AND EMT TO CCSO TO CHECK OUT JOHN HENRY MILLER AND TIM JENNINGS |
| 1420HRS | JOHN HENRY MILLER RELEASED PER JUDGE DUE TO MEDICAL CONDITION |
| 1430HRS | CELLS LOCKED AND HEADCOUNT COMPLETE |
| 1510HRS | CHARLES EAST TAKEN TO FRONT TO SIGN SOME PAPERS |
| 1700HRS | JENNINGS RETURNED TO B BLOCK KEEPING WATCH ON HIM AT THIS TIME / TRAYS SERVED |
| 1730HRS | TRAYS PICKED UP |
| 1748HRS | MEDS STARTED |
| 1800HRS | 2253 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
12/01/03
TAYLOR/ D. HARRIS/GREEN

1800HRS    INMATE COUNT IS 34.  MONEY ON HAND IS $115.00.

1824HRS    COURTNEY FLOYD WAS LOCKED DOWN FOR INFRACTION OF
RULE 14.2 (REFUSED TO PULL HIS PANTS UP WHEN ASKED).

1948HRS    OUTGOING MAIL LOGGED.

2006HRS    PERIMETER CHECK.  10-4

2142HRS    2253 CALLED FROM TOWER AND SAID EAST AND PRESLEY
WERE FIGHTING.  2256, 2207 AND 2252 WENT BACK TO C-
BLOCK AND WERE TOLD THEY WERE JUST PLAYING AND NOT
FIGHTING.  BOTH SUBJECTS WERE GIVEN A STERN WARNING .

2200HRS    BEDTIME MEDS GIVEN TO K. HARRIS AND B. KELLY.

2328HRS    THE DHR INTERVIEW FINALLY ENDED AND ALL PARTIES LEFT
THE BUILDING.

0400HRS    TAPE CHANGED.

0600HRS    COUNT AT END OF SHIFT IS STILL 34.  FIVE DOLLARS WAS
TAKEN IN DURING SHIFT.  ENDING BALANCE IS $120.00.

*****NOTE*****WE'VE HAD 4 ALARM CALLS IN 2 DAYS AT 4040
WEOGUFKA RD. AT CECIL BAILEY'S RESIDENCE.  EACH TIME
IT WAS A FALSE ALARM.

## NIGHTSHIFT TOWER LOG
## 12-01-03
## TAYLOR/ HARRIS/ GREEN

GREEN PASSING OUT MEDS. MEDS WERE ADMINISTERED TO KENNETH HARRIS, JAMES HOLLENQUEST AND B. KELLEY.

1810HRS   NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT 34. C-BLOCK'S FAN WAS IN THE ON POSITION.

1811HRS   HILL W/ ICE TO TOWER.

1815HRS   JOHN HENRY MILLER'S WIFE CALLED AND ADVISED THAT THE HOSPITAL WANTED TO KEEP MILLER OVERNIGHT BUT HE REFUSED.  HE DOES HAVE TO GO BACK IN AT SOME POINT.  WIFE REQUESTED THAT THE TIME WILL HAVE TO BE FINISHED AT A LATER DATE. 2253 ADVISED HER TO CALL BACK IN THE MORNING AND TALK TO THE SGT.

1824HRS   COURTNEY FLOYD TAKEN UP FRONT FOR 23HRS.

1840HRS STORE SHEETS PASSED OUT.

1926HRS   MOP BUCKETS BACK TO ALL BLOCKS.  DOORS OPENED.

1940HRS   TV TAKEN AWAY FROM C-BLOCK UNTIL 0600HRS ON 12-3-03.  THEY WERE EXTREMELY LOUD AND WHEN TOLD TO CALM DOWN THEY DID NOT COMPLY.  THEY WERE BEING DISRESPECTFUL AND UNCOOPERATIVE.

2135HRS   MANDATORY HEADCOUNT CONDUCTED.

2137HRS   2204 AND 2256 BACK TO C-BLOCK. C. EAST AND T. PRESSLEY APPEARED TO BE FIGHTING COULD NOT TELL IF THEY WERE PLAYING OR FOR REAL.  BOTH PARTIES WERE CUSSING LOUDLY AND KICKING THEIR SHOES OFF. 2256 ADVISED THEM THAT IF THEY EVEN ACTED LIKE THEY WERE

**FIGHTING THEY WOULD GET TWO DAYS UP FRONT. NO ACTION WAS TAKEN AT THIS TIME PER 2256.**

**2200HRS   LOCKDOWN**

**2222HRS   BEDS MEDS ADMINISTERED.**

**2232HRS   2256 TAKING JENKINS UP FRONT SO HE CAN GO THROUGH HIS PERSONAL PROPERTY?**

**2253HRS   JENKINS BACK TO C BLOCK.**

**2312HRS   TOWER NOTICED THAT LIGHTS IN HOLDING AND DETOX WERE OFF.  2252 ADVISED THAT 2256 WANTED LIGHTS OFF BECAUSE IT WAS IN FLOYD'S EYES.**

**2320HRS   PERIMETER CHECK CONDUCTED.**

**2400HRS   TAPE CHANGED.**

**0051HRS   WALKTHROUGH CONDUCTED.**

**0440HRS   COOLERS TO THE FRONT.**

**0443HRS   WALKTHROUGH CONDUCTED.**

**0445HRS   COOLERS TO ALL BLOCKS.**

**0529HRS   SEARCY PAST SC1 TO CLEAN.**

**0550HRS   SEARCY BACK.**

12-02-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$120.00 ON HAND AT THE BEGINNING OF THE SHIFT.  34
INMATES ACCOUNTED FOR.

0710, MORNING MEDS ADMINISTERED TO EDWARDS,
HOLLANQUEST, AND KELLEY.  RAZORS, SOAP, TOOTH PASTE
AND TOOTH BRUSHES OFFERED TO ALL BLOCKS.

0830; MCKINNEY LEFT FOR WORK, AFTER THE SPARE KEY TO
THE PROPERTY CLOSET WAS FOUND.

0831: JAIL MINISTRIES STARTED

1035: A- BLOCK TAKEN TO YARD

1105:  B- BLOCK TAKEN OUT SIDE

1200: LUNCH TRAYS SERVED

1304: C-BLOCK TAKEN TO YARD

1340: D-BLOCK TAKEN TO YARD / MCGATHEY BROUGHT UP
FRONT 8 HOURS PER 2256 FOR STANDING ON STAIRS AND
WAVING OUT THE WINDOW

1400:  2256 PICKED UP RAZORS

1550:  TISSUE GIVEN OUT TO ALL BLOCKS

1731;  MCKINNEY RETURNED FROM WORK, SEARCHED AND
TAKEN TO E-BLOCK.

$25.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE
OF $145.00.

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/02/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND CORRECT |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0718HRS | TRAYS P/U RAZORS PASSED OUT AND TOILETRIES |
| 0730HRS | CELL DOORS OPENED |
| 0820HRS | JAIL MINISTRIES STARTED / KILPATRICK TO WORK |
| 1007HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1030HRS | A-BLOCK TO THE EXERCISE YARD |
| 1105HRS | B-BLOCK TO THE EXERCISE YARD |
| 1200HRS | TRAYS SERVED |
| 1230HRS | TRAYS PICKED UP |
| 1235HRS | MEDS TO HARRIS AND KELLEY |
| 1300HRS | C-BLOCK TO THE EXERCISE YARD |
| 1335HRS | D-BLOCK TO THE EXERCISE YARD |
| 1340HRS | MCGATHEY TAKEN TO HOLDING FOR 23 HRS PER 2256 |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1445HRS | RAZORS PICKED UP, ALL ACCOUNTED FOR |
| 1524HRS | TIM JENNINGS RELEASED ON BOND BY COOSA BONDING |
| 1650HRS | DINNER TRAYS SERVED |
| 1730HRS | TRAYS P/U |
| 1731HRS | STORE PASSED OUT |

NIGHTSHIFT TOWER LOG
12-02-03
TAYLOR/ D. HARRIS


1800HRS    INMATE COUNT IS 33.  ONE FEMALE IS BEING BOOKED IN FOR A NWNI WARRANT.

1833HRS    NON-MANDATORY HEADCOUNT COMPLETED.  ALL ACCOUNTED FOR.

1856HRS    BRIAN KELLY HAS ASKED TWICE FOR HIS MEDS.  ON CHECKING WITH DISPATCH, I WAS INFORMED THEY HAD NOT BEEN GIVEN OUT AT SUPPERTIME.  BRIAN WAS INFORMED THAT A SUBJECT WAS BEING BOOKED IN AND MEDS WOULD BE GIVEN AS SOON AS WE COULD.

1902HRS    SUPPER MEDS GIVEN TO HOLLENQUEST, HARRIS, AND KELLY.

1930HRS    CELL DOORS OPENED.

1945HRS    COOSA BONDING HERE TO MAKE BOND FOR LEAVERN ROBINSON.

1958HRS    ROBINSON RELEASED ON BOND.

2001HRS    CLEANING SUPPLIES BACK TO CELL BLOCKS.

2006HRS    MCGATHEY BACK TO D-BLOCK FROM HOLDING.

2100HRS    CLEANING SUPPLIES PICKED UP.  CELLS INSPECTED.

2131HRS    MANDATORY HEADCOUNT.  ALL ACCOUNTED FOR.

2200HRS    LOCKDOWN.  BEDTIME MEDS GIVEN TO HARRIS AND KELLY.

2400HRS    TAPE CHANGED.

0010HRS    2253 TO TOWER AND 2252 TO DISPATCH.

0212HRS    WALKTHROUGH CONDUCTED.

0410HRS    WALKTHROUGH CONDUCTED.

# DAYSHIFT TOWER LOG
## CALFEE / BRADLEY / GREEN
## 12/03/03

**0600 HRS.  CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.**

**0630 HRS.  CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED.**

**0639 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO EDWARDS, HARRIS, HOLLENQUEST, AND KELLY.**

**0720 HRS.  TRAYS PICKED UP.**

**0730 HRS.  CELL DOORS OPENED. RANDOM HEAD COUNT COMPLETED.**

**0834 HRS.  MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.**

**0930 HRS.  CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1059 HRS.  RANDOM HEAD COUNT COMPLETED.**

**1200HRS.  LUNCH TRAYS SERVED**

**1220HRS.  PICKING UP TRAYS / MEDS GIVEN TO BRYAN KELLY, KENNETH HARRIS AND ALSO COLD MEDS GIVEN TO KIRBY BARNETT AND RUSSELL DINGMAN**

**1230HRS.  CELL DOORS UNLOCKED**

**1430HRS.  CELL DOORS LOCKED ALL INMATES ACCOUNTED FOR**

**1653 HRS.  TRAYS SERVED.**

**1720 HRS.**   **TRAYS PICKED UP. MEDS WERE GIVEN TO HOLLENQUEST, KENNETH HARRIS, AND KELLY.**

**1752 HRS.**   **KILPATRICK MCKINNEY ESCORTED BACK TO E BLOCK FROM WORK RELEASE.**

NIGHTSHIFT REPORT
12-3-03
TAYLOR/ HARRIS


SHIFT STARTS WITH 33 INMATES AND 1 BEING PROCESSED FOR A TOTAL OF 34. $145.00 ON HAND.

1902HRS    SUPPER MEDS WERE ADMINISTERED TO HOLLENQUEST, K HARRIS AND B KELLEY. KELLEY HAD REPEATEDLY CALLED UP TO THE TOWER DEMANDING HIS MEDS.

1957HRS    ROBINSON RELEASED ON BOND BY COOSA BONDING APPROVED BY 2207

2010HRS    MCGATHEY TAKEN BACK TO D-BLOCK.

2012HRS    PERIMETER CHECK CONDUCTED. OUTSIDE DEPUTIES DOOR WAS FOUND UNSECURED, WAS THEN SECURED.

2100HRS    WHEN MOP BUCKETS WERE PICKED UP, FLOYD OUT OF C-BLOCK ADVISED THAT HE DID NOT GET HIS LINEN. LINEN WAS HANDED OUT PRIOR TO NIGHTSHIFT COMING ON DUTY. FLOYD SHOULD HAVE GOTTEN THEM BACK. HE WAS IN THE CELL BLOCK AT THE TIME LINENS WERE GIVEN OUT AND WAS NOT LOCKED DOWN UNTIL LATER.

2230HRS    BED MEDS ADMINISTERED TO K HARRIS AND B KELLEY.

0400HRS    TAPE CHANGED.

0600HRS    ENDING COUNT IS 33. MONEY ON HAND IS $145.00.

**NIGHT SHIFT REPORT**
**12/03/03**
**HARRIS/KELLY**

1800HRS     INMATE COUNT IS 34. BEGINNING BALANCE IS $5.00

1830HRS     CREWS DRUG BROUGHT IN REFILLS FOR RICKY
            EDWARDS AND BRANDON SEARCY

2130HRS     OUTSIDE SECURITY CHECK CONDUCTED

0400HRS     TAPE CHANGED

0500HRS     MAIL LOGGED

0600HRS     END OF SHIFT, 34 INMATES ON HAND. NO MONEY
            TAKEN IN FOR AN ENDING BALANCE OF $5.00

# NIGHTSHIFT TOWER LOG
## 12/03/03
## KELLEY/ HARRIS

1800HRS     HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 34

1930HRS     CELL DOORS UNLOCKED, CLEANING SUPPLIES
PASSED OUT, CLEAN UP BEGINS

2030HRS     CLEANING SUPPLIES PICKED UP

2130HRS     MANDATORY HEAD COUNT TAKEN

2200HRS     TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS     CHANGED OUT TAPES

0200HRS     WALK THROUGH

0400HRS     WALK THROUGH

0500HRS     TRUSTEES WOKE/ ICE TO ALL BLOCKS

# NIGHT SHIFT REPORT
# 12/04/03
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 34. BEGINNING BALANCE IS $5.00

1820HRS    CREWS DRUGS BROUGHT IN A REFILL FOR BRYAN KELLEY

1920HRS    CHARLES EAST AND ARTHUR CURRY TAKEN UP FRONT FOR 23HRS FOR HORSEPLAY IN C-BLOCK. ARTHUR CURRY BECAME ARGUMENTATIVE AND STARTED THREATENING CORRECTIONS OFFICERS FROM THE MOMENT HE WAS LOCKED UP.

2000HRS    ARTHUR CURRY HAD HIS HAND CHECK BY ROCKFORD 14 AFTER HE HIT THE WALL WITH IT. ROCKFORD 14 SAID IT ONLY APPEARED TO BE BRUISED.

2120HRS    CURRY HAND WAS AGAIN CHECKED BY ROCKFORD 14, WHO REPEATED HER FIRST DIAGNOSIS. THIS WAS DONE BECAUSE CURRY SPENT THE ENTIRE HOUR AND 20 MINUTES FROM THE FIRST CHECK BANGING ON THE DOOR AND YELLING.

2140HRS    BEDDING GIVEN TO CHARLES EAST, ARTHUR CURRY WAS NOT GIVEN BEDDING AT THIS TIME AS HE WAS STILL YELLING AND THREATENING AND BEATING ON THE DOOR.

2330HRS    CURRY HAD BEEN CALM SEVERAL MINUTES, HE WAS GIVEN HIS BEDDING. IMMEDIATELY AFTER RECEIVING HIS BEDDING HE BEGAN YELLING AND BEATING THE DOOR AND THREATENING AGAIN. HE WAS ALSO OBSERVED CLAPPING WITH HIS "INJURED" HAND.

0120HRS    CURRY FINALLY STOPPED HIS ANTICS AND WENT TO
SLEEP. RECOMMEND HE RECEIVE AN ADDITIONAL 4
DAYS IN HOLDING FOR HIS LATER ACTIONS, FOR A
TOTAL OF 5 DAYS.

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 34 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF $5.00

# NIGHTSHIFT TOWER LOG
## 12/04/03
## KELLEY/HARRIS

1800HRS   HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 34

1920HRS   CHARLES EAST AND ARTHUR CURRY BROUGHT UP FRONT FOR WRESTLING IN C-BLOCK

1930HRS   CELL DOORS UNLOCK/ CLEANING SUPPLIES PASSED OUT CLEAN UP BEGINS

2130HRS   MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR

2200HRS   TOTAL LOCK DOWN/BEDTIME MEDS GIVEN OUT

2400HRS   CHANGED TAPE

0200HRS   WALK THROUGH

0400HRS   WALK THROUGH

0500HRS   TRUSTEES WOKEN UP/ ICE TO ALL BLOCKS

12-05-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$5.00 ON HAND AT THE BEGINNING OF THE SHIFT, 34 INMATES
ACCOUNTED FOR.  CURRY AND EAST UP FRONT.

0918; CHARLES EAST RETURNED TO C-BLOCK.  BRYAN KELLEY
BROUGHT TO DETOX FOR OBSERVATION, SEE THE TOWER LOG
FOR DETAILS.

1125; JAMAR BROUGHT TO EXAM ROOM TO TALK WITH 2203.

1200: LUNCH TRAYS SERVED

1516: CHRIS WALKER AND WILLIAM HARRIS MOVED OVER TO B-
BLOCK

1700: DINNER TRAYS SERVED

1730: TRAYS P/U MEDS TO BRIAN KELLEY

1800: 55.00 ON HAND AT END OF SHIFT AND 34 INMATES

DAYSHIFT TOWER LOG
STROUD/LIPSCOMB
12/05/03


| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND CORRECT |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0700HRS | TRAYS P/U |
| 0730HRS | CELL DOORS OPENED |
| 0840HRS | BRYAN KELLEY FELL OUT IN B-BLOCK 2212 AND 2214 RESPONDED TO THE BACK /EMS 3 WAS PAGED AND WILL ARRIVE SHORTLY. BP CHECK 140/80 |
| 0846HRS | BRYAN KELLEY BP CHECK 135/79 |
| 0851HRS | EMS3 HERE TO SEE ABOUT BRYAN KELLEY BP CHECK 135/76 |
| 0900HRS | CHARLES EAST RETURNED TO C- BLOCK |
| 0915HRS | BRYAN KELLEY WAS TAKEN UP FRONT FOR MEDICAL WATCH |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 1125HRS | MILTON JAMAR UP FRONT TO TALK TO LT. |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS P/U, MEDS TO SEARCY AND KELLEY.  COLD PILLS TO DINGMAN AND TAPLEY.  CELLS OPENED |
| 1250HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1410HRS | 2255 TO THE TOWER, 2214 TO DISPATCH |
| 1420HRS | WILLIAM LEE TAKEN UP FRONT TO THE HOLDING CELL |
| 1453HRS | WILLIAM LEE RETURNS TO B BLOCK |
| 1522HRS | CHRIS WALKER AND WILLIAM HARRIS MOVED TO B BLOCK PER LT |

1548HRS    RAZORS PICKED UP

1700HRS    TRAYS PASSED OUT

1725HRS    2253 TO TOWER TO RELIVE 2255 PARADE DETAIL.

1727HRS    TRAYS P/U AND MEDS ADMINISTERED.

1738HRS    PAT BACK TO E-BLOCK.

**NIGHTSHIFT TOWER LOG**
**12-05-03**
**HARRIS/TAYLOR**

**1808HRS   2252 INFORMED TOWER TO OPEN C201 SO CHARLES EAST COULD GET SOME ROLAIDS.**

**1838HRS   NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT A-6, B-11, C- 10(COUNTING CURRY UP FRONT), D-2, E-1 AND TRUSTEES-4.**

**1920HRS   CLEANING SUPPLIES DELIVERED AND CELL DOORS OPENED.**

**2016HRS   WILLIAM EZRA LEE, CHARLES CANNON, BILLY JOE JACKSON AND CHARLES CANNON STATED THAT THEY HAVE NOT RECEIVED AN INMATE RULE AND REGULATIONS HANDBOOK. 2252 CHECKED THEIR FILES AND DID NOT SEE A FORM FILLED OUT FOR THE HANDBOOK.**

**2025HRS   CLEANING SUPPLIES PICKED UP.**

**2100HRS   2252 BACK TO B-BLOCK TO HAVE HANDBOOKS SIGNED FOR AND ADMINISTERED. AT THAT TIME EVERYONE EXCEPT JACKSON STATED THAT THEY FORGOT THAT THEY HAD ONE.  JACKSON SIGNED FOR ONE AND RECEIVED THE BOOK AT THAT TIME.**

**2130HRS   MANDATORY HEADCOUNT CONDUCTED. CELL INSPECTIONS CONDUCTED.**

**2133HRS   2255 TAKING PRESSLEY AND POWELL TO THE LIBRARY.**

**2200HRS   LOCKDOWN.**

**2234HRS   BED MEDS ADMINISTERED.**

2356HRS   TAPE CHANGED.

****NOTE****
HIT CONFIRMATION REQUEST SHOWED UP IN NCIC IN TOWER.

0234HRS   WALKTHROUGH CONDUCTED BY 2252.

0416HRS   WALKTHROUGH CONDUCTED BY 2252.  DURING THE WALKTHROUGH BRIAN KELLEY STATED THAT HE FELT THAT HE WAS GOING TO HAVE A SEIZURE. HE WANTED TO HAVE HIS B/P TAKEN AND STATED THAT HE COULD TAKE HIS BLOOD PRESSURE HIMSELF BECAUSE HE WAS IN THE MILITARY.

0440HRS   2252 CHECKED ON KELLEY.  HE STATED THAT HE FELT BETTER NOW. BUT WAS NOT COMFORTABLE WITH THE FACT THAT HE HAD NO WAY OF GETTING IN TOUCH WITH SOMEONE IF HE DID HAVE A SEIZURE.  HE WAS ASKED IF HE WOULD LIKE A ROOMMATE BUT WAS QUICK TO SAY NO.

0443HRS   EDWARDS BACK TO GET COOLERS.

0450HRS   COOLERS AND CLOTHES BACK TO BLOCKS.

0525HRS   2252 BACK TO CHECK ON KELLEY.  HE STATED THAT HE FELT FINE. HE GOT SOME COFFEE AND SOME JUICE, HE FEELS FINE NOW.

0549HRS   2252 TO CHECK ON KELLEY.  10-4

12-06-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD/GREEN

$55.00 ON HAND AT THE BEGINNING OF THE SHIFT, 34 INMATES
ACCOUNTED FOR.

0630; CURRY RETRUNED TO C-BLOCK, TRAYS SERVED.

0700; TRAYS PICKED UP, MEDS ADMINISTERED TO: SEARCY,
EDWARDS, HOLLANQUEST AND KELLEY.

0705; VISITATION BEGAN.

1130: TRAYS P/U MEDS SEARCY, KELLEY, OTHER MEDS GIVEN
TO BARNETT AND JAMAR

1500: VISITATION OVER

1505: TRAVIS PRESSLEY BROUGHT UP FRONT TO TALK TO LT
WILSON

1630; GOODWATER P.D. CALLED AND WANTED TO BRING OVER
TRAVIS WILSON.  2214 INFORMED THEM WE WOULD NOT
ACCEPT AND INMATES FROM THEM UNTIL FURTHER NOTICE
FROM THE SHERIFF.  2203 WAS CONTACTED AND ADVISED OF
THE CALL, HE ADVISED TO CONTACT 2201 FOR HEADS UP.  2201
WAS CONTACTED AND ADVISED.

1700: DINNER TRAYS SERVED

1730: TRAYS P/U MEDS TO BRYAN KELLEY

1735: KILPATRICK BACK FROM WORK

1800: $649.16 ON HAND AT END OF SHIFT AND 35 INMATES

DAYSHIFT TOWER LOG
12-06-03
LIPSCOMB/STROUD

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND MANDATORY HEADCOUNT CONDUCTED. |
| 0625HRS | AUTHUR CURRY BROUGHT BACK TO C-BLOCK |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0710HRS | TRAYS P/U VISITATION BEGAN KIRBY BARNETT TO VISITATION |
| 0728HRS | KIRKPATRICK TO VISITATION |
| 0730HRS | CELL DOORS OPENED |
| 0835HRS | MILTON JAMAR TO VISITATION |
| 0845HRS | HARRIS TO VISITATION |
| 0927HRS | NIXON TO VISITATION |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND CORRECT |
| 0933HRS | DAYS TO VISITATION |
| 0956HRS | KELLEY TO VISITATION |
| 1008HRS | JACKSON TO VISITATION |
| 1049HRS | WALKER TO VISITATION |
| 1100HRS | TRAYS SERVED |
| 1130HRS | TRAYS P/U |
| 1152HRS | MEDS ADMINISTERED TO: SEARCY AND KELLEY, COLD PILLS TO KIRBY BARNETT AND TYLENOL TO JAMAR |
| 1153HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1159HRS | GRAY TO VISITATION |
| 1204HRS | SOLLEY TO VISITATION |
| 1224HRS | BARNETT TO VISITATION |
| 1230HRS | CELLS OPENED |
| 1246HRS | PRESLEY TO VISITATION |
| 1331HRS | CHARLES EAST TO VISITATION |
| 1334HRS | PRESLEY TO BOOKING TO TALK WITH 2203 |
| 1400HRS | TAPLEY TO VISITATION |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1559HRS | PRESLEY RETURNED TO C-BLOCK |
| 1655HRS | TRAYS SERVED |
| 1730HRS | TRAYS PICKED UP |
| 1800HRS | 2252 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT TOWER LOG
12/06/03
TAYLOR/ D. HARRIS


1800 HRS     TOTAL COUNT IS 35(INCLUDING SUBJECT IN DETOX THAT HAS NOT BEEN PROCESSED.).

1836HRS     NON-MANDATORY HEADCOUNT DONE.  10-4

1927HRS     CLEANING SUPPLIES GIVEN TO CELL BLOCKS.

1930HRS     CELL DOORS OPENED.

2001HRS     REQUEST FORMS GIVEN OUT IN ALL CELL BLOCKS.

2022HRS     CLEANING SUPPLIES PICKED UP.

2056HRS     2253 TO TOWER.

2104HRS     2253 OBSERVED B-203'S DOOR LOCKED. ROOM OF BRIAN KELLEY. 2252 BACK TO CHECK ON IT.  HE IS OKAY STATES THAT HE IS JUST SLEEPY

2130HRS     MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2134HRS     B BLOCK CALLED UP AND STATED THEY NEEDED SOME HELP DOWN HERE.  INMATE THAT IS HURT IS NOBLE NIXON. 2252 BACK TO CHECK.

2135HRS     2252 TO TOWER AND 2253 TO B-BLOCK.  WHEN 2206 ARRIVED HE ADVISED TO PAGE OUT EMS BECAUSE NIXON STATES HIS BACK IS HURTING. EMS 2 IS PAGED.

2238HRS     BEDTIME MEDS GIVEN TO HARRIS, KELLEY, AND SEARCY.

0004HRS     TAPE CHANGED.

0041HRS     2207 BRINGING IN A SUBJECT, INMATE COUNT IS NOW 36.

0120HRS     2206 BACK AT CODE ONE WITH NOBLE NIXON.

0220HRS     HEAT TURNED ON IN ALL BLOCKS. VERIFIED BY 2252.

0245HRS     WALKTHROUGH CONDUCTED.

0411HRS    HEAT TURNED OFF.

0431HRS    GOODWATER CALLED NEEDING TWO 10-28'S , THEY WERE ADVISED THAT NCIC IS DOWN UNTIL LATER THIS MORNING. THE DISPATCHER WAS ADVISED THAT THE 28'S WOULD BE GIVEN TO DAYSHIFT TO BE RAN SO THEY CAN GET THE INFORMATION.

62A626B
61B545C


0441HRS    WALKTHROUGH CONDUCTED.  CHECKED ON KELLEY AND NIXON.

0444HRS    HILL IN SC2 TO GET COOLERS.

0457HRS    HILL IN SC2 WITH COOLERS TO ALL BLOCKS.

DAY SHIFT REPORT
LIPSCOMB/STROUD
12-07-03


0600: $653.55 ON HAND AT BEGINNING OF SHIFT AND 36 INMATES

0725: TRAYS P/U MEDS TO SEARCY, EDWARDS, KELLEY, HOLLINQUEST

0854: THERE WERE BUGS FOUND IN THE OATMEAL THIS MOURNING IT WAS
NOT SERVED GRITS WERE MADE IN REPLACEMENT.

1056; RELEASE TEST ON PEOPLES, 0.00 RESULTS

1133; PEOPLES RELEASED ON BOND BY COOSA BONDING

CALCULATED THE RELEASE DATE FOR CHARLES CANNON.  SGT, PLEASE
REVIEW THIS CALCULATION AND VERIFY HIS RELEASE DATE OF 12-9-03.
RODERICK EDWARDS ALSO ADDED TO RELEASE SHEET.

2205 CALLED IN AND SPOKE WITH 2203.  HE IS SICK AND WILL NOT BE IN
TONIGHT.  2207 WILL COME OUT AT 1800HRS.

1304; MEDS ADMINISTERED TO SEARCY AND KELLEY.

1348; 2203 IS 10-84 TO TALLA-COOSA TRAILER PARK TO ATTEMPT TO
LOCATE SERNEE MCNEAL, NICKNAME-NUKKIE, PER ACPD.  NEG. CONT.
PER 2203 PASS THIS INFO ON TO 2207 FOR THIS EVENING.

1445; IBUPROFEN ADMINISTERED TO NIXON

1500; LABRON DRESSED AND ASSIGNED TO C102.

$20.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $673.55.
DEPOSIT READY FOR JOAN FOR $673.55.

12-07-2003
DAY SHIFT TOWER LOG
LIPSCOMB/STROUD

0600HRS    CELLS OPENED, HEAD COUNT COMPLETE AND
           CORRECT.  36 INMATES ACCOUNTED FOR.

0633HRS    TRAYS SERVED, CELLS LOCKED

0722HRS    TRAYS PICKED UP, MEDS TO SEARCY, EDWARDS,
           HOLLANQUEST, HARRIS AND KELLEY.

0937HRS    CELLS LOCKED, HEAD COUNT COMPLETE AND
           CORRECT.

1115HRS    BOBBY JOE PEOPLES RELEASED ON BOND BY COOSA
           BONDING

1200HRS    LUNCH TRAYS SERVED

1230HRS    TRAYS P/U

1300HRS    MEDS TO BRYAN KELLEY

1430HRS    CELL DOORS LOCKED HEAD COUNT COMPLETE AND
           GOOD

1445HRS    NOBLE NIXON GIVEN IBUPROFEN

1500HRS    MARIO LEBRON BROUGHT BACK TO C-102

1700HRS    TRAYS SERVED

1730HRS    TRAYS P/U MEDS TO KELLEY AND HOLLENQUEST

1800HRS    10-42

NIGHTSHIFT REPORT
12/07/03
TAYLOR/ D. HARRIS/GREEN


1800HRS    INMATE COUNT IS 35.  NO MONEY ON HAND.  DEPOSIT MADE AND READY FOR JOAN FOR $673.55.

1950HRS    TYLENOL WAS GIVEN TO NIXON.  HE RETURNED THE EXTRA BLANKET THAT WAS USED WHEN HE WENT TO THE ER.

2009HRS    OUTSIDE PERIMETER CHECK.  10-4

2150HRS    CREWS DRUGS BROUGHT MEDICINE FOR BRIAN KELLEY.

2200HRS    BEDTIME MEDS GIVEN TO KELLY.

0124HRS    OUTSIDE PERIMETER CHECK.  10-4

0236HRS    OUTGOING MAIL LOGGED.

0400HRS    TAPE CHANGED.

0600HRS    INMATE COUNT IS 35.  NO MONEY WAS TAKEN IN.  NO MONEY ON HAND.

NIGHTSHIFT TOWER LOG
12-07-03
TAYLOR/ HARRIS/ GREEN

1928HRS     CELL DOORS OPENED AND CLEANING SUPPLIES PASSED OUT.

1950HRS     NIXON RETURNED EXTRA BLANKET THAT HE HAD WHEN HE WAS TRANSPORTED.

2028HRS     MOP BUCKETS PICKED UP.

2030HRS     CELL INSPECTIONS CONDUCTED.

2130HRS     MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2150HRS     CREWS DRUG BRINGING IN MEDS FOR KELLEY.

2154HRS     WHEN 460 IS PUT IN THE CAD AS 10-41 IT DOESN'T SHOW UP ON THE SCREEN. ???

2200HRS     LOCKDOWN. BED MEDS ADMINISTERED.  TYLENOL GIVEN TO MCGATHEY(SHE STATES THAT SHE HAS A FEVER OF 101.5)?????,JENKINS, EAST, 102, AND 103(BOTH IN C BLOCK.)

0005HRS     TAPE CHANGED.

0146HRS     WALKTHROUGH CONDUCTED.

0422HRS     WALKTHROUGH CONDUCTED.

# DAYSHIFT TOWER LOG
## CALFEE / BRADLEY
## 12/08/03

**0600 HRS.  CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.**

**0630 HRS.  CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. TRAYS SERVED. MEDS WERE GIVEN TO SEARCY, EDWARDS, KELLY, HOLLENQUEST, AND HARRIS. LINENS PICKED UP.**

**0708 HRS.  TRAYS PICKED UP.**

**0730 HRS.  CELL DOORS OPENED.**

**0828 HRS.  MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.**

**0930 HRS.  CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1016 HRS.  CHARLES EAST ESCORTED TO THE FRONT TO MEET WITH 2213.**

**1032 HRS.  EAST ESCORTED BACK TO C BLOCK. LEE ESCORTED TO THE FRONT.**

**1041 HRS.  TRAVIS PRESSLEY ESCORTED TO THE LIBRARY TO VISIT WITH 2204.**

**1050 HRS.  LEE BROUGHT BACK TO B BLOCK TO GATHER HIS BELONGINGS**

**1053 HRS. LEE TAKEN UP FRONT, AND PLACED IN THE DETOX CELL PER THE SGT.**

**1141 HRS. BRIAN KELLEY TAKEN TO THE LIBRARY TO VISIT THE COURT REFERAL OFFICER MR. LATHAM**

1200 HRS. LUNCH TRAYS SERVED. MAIL PASSED OUT. MEDS WERE GIVEN TO SEARCY, KELLY, AND NIXON.

1216 HRS.  BRIAN KELLEY TAKEN BACK TO B BLOCK AND NOBLE NIXON TAKEN UP FRONT TO TALK TO COURT REFERAL OFFICER

1343 HRS.  NIXON ESCORTED TO THE LIBRARY TO SEE HIS ATTORNEY.

1355 HRS.  NIXON BACK TO B BLOCK.

1430 HRS.  CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

1632 HRS.  BILLY JACKSON ESCORTED TO THE FRONT.

1636 HRS.  JACKSON BACK TO B BLOCK.

1638 HRS.  TRAVIS PRESSLEY ESCORTED TO THE LIBRARY.

1641 HRS.  PRESSLEY BACK TO C BLOCK.

1654 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO KELLY, SEARCY, HOLLENQUEST, AND NIXON.

1722 HRS.  MARIO ESCORTED TO THE FRONT TO BE RELEASED ON BOND. (COOSA BONDING).

1731 HRS.  MCKINNEY BACK FROM WORK RELEASE.

1732 HRS.  TRAYS PICKED UP.

1744 HRS.  MCKINNEY ESCORTED BACK TO E BLOCK.

# NIGHT SHIFT REPORT
## 12/08/03
## HARRIS/KELLY

1800HRS    INMATE COUNT IS 35. BEGINNING BALANCE IS $70.00

2000HRS    OUTSIDE SECURITY CHECK CONDUCTED, DEPUTIES
DOOR FOUND UNSECURED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 35 INMATES ON HAND. $50.00 TAKEN
IN FOR A TOTAL OF $120.00, DEPOSIT MADE LEAVING
AN ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
## 12/08/03
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
           ACCOUNTED FOR A TOTAL OF 34

1930HRS    CELL DOORS UNLOCKED/ CLEANING SUPPLIES
           PASSED OUT/ CLEAN UP BEGINS

2050HRS    CLEANING SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
           INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED TAPE

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    TRUSTEES WOKEN UP/ ICE GIVEN TO ALL BLOCKS

# DAYSHIFT TOWER LOG
## CALFEE / BRADLEY
### 12/09/03

**0600 HRS.     CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-6 / B-10 / C-11 / D-2 / E-1 / HOLDING –1 / TRUSTEES –4/ TOTAL OF 35 INMATES).**

**0630 HRS.     CELL DOORS OPENED. RANDOM HEAD COUNT CONDUCTED. (A-6 / B-10 / C-11 / D-2 / E-1 / HOLDING –1 / TRUSTEES –4/ TOTAL OF 35 INMATES). TRAYS SERVED. MEDS WERE GIVEN TO EDWARDS, SEARCY, HOLLENQUEST, NIXON, AND KELLY. TOILET TISSUE ADMINISTERED.**

**0700 HRS.     TRAYS PICKED UP. RAZORS ADMINISTERED. CHARLES CANNON ESCORTED TO THE FRONT TO BE RELEASED.**

**0722 HRS.     RANDOM HEAD COUNT COMPLETED. (A-6 / B-9 / C-10 / D-2 / E-1 / HOLDING –1 / TRUSTEES –4/ TOTAL OF 33 INMATES).**

**0730 HRS.     CELL DOORS OPENED.**

**0815 HRS.     MINISTRIES BEGIN. MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.**

**0926 HRS.    MINISTRIES ARE OVER.**

**0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.**

**1000 HRS.    JENKINS ESCORTED TO THE FRONT TO BE RELEASED TO JEFFERSON CO.**

**1200HRS.    TRAYS SERVED, MEDS GIVEN TO SEARCY AND KELLEY, MAIL HANDED OUT**

**1213 HRS.    BILLY JACKSON ESCORTED TO THE FRONT TO BE RELEASED.**

**1230HRS.    TRAYS PICKED UP AND RAZORS PICKED UP**

**1429HRS.    MATT HILLIARD ARRIVES TO EVALUATE WILLIAM LEE**

**1430HRS.    MANDATORY HEAD COUNT COMPLETE. CELL DOORS LOCKED.**

**1313 HRS.    BILLY JOE JACKSON RELEASED TO TALLADEGA CO.**

**1519 HRS.    TRAVIS PRESSLEY TAKEN UP FRONT TO SEE 2204.**

**1531 HRS.    WILLIAM LEE BROUGHT BACK TO C BLOCK, PRESSLEY BROUGHT BACK TO C BLOCK.**

**1700 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO SEARCY, HOLLENQUEST, NIXON, AND KELLY.**

**1732 HRS.    TRAYS PICKED UP.**

**1750 HRS.    MCKINNEY BACK FROM WORK RELEASE.**

**1758 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK FROM WORK RELEASE.**

# NIGHT SHIFT REPORT
# 12/09/03
# HARRIS/KELLY

| | |
|---|---|
| 1800HRS | INMATE COUNT IS 32. BEGINNING BALANCE IS $65.00 |
| 1810HRS | BRYAN KELLY FELL DOWN THE STAIRS IN B-BLOCK, HE WAS TRANSPORTED TO RUSSELL ER |
| 2115HRS | 2207 BROUGHT BACK BRYAN KELLY. DOCTOR STATED HE CHECKED OUT OK. KELLY WAS PLACED IN HOLDING FOR MEDICAL OBSERVATION. |
| 2200HRS | OUTSIDE SECURITY CHECK CONDUCTED |
| 0400HRS | TAPE CHANGED |
| 0500HRS | MAIL LOGGED |
| 0600HRS | END OF SHIFT, 32 INMATES ON HAND. NO MONEY TAKEN IN FOR AN ENDING BALANCE OF $65.00 |

# NIGHTSHIFT TOWER LOG
## 12/09/03
## KELLEY/HARRIS

1800HRS   HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 32

1810HRS   DONTRAVIS SMOOT CALLED THE TOWER AND ADVISED THAT BRIAN KELLY HAD FALLEN DOWN THE STAIRS. I 2250 DID NOT SEE HIM FALL.

1935HRS   CLEANING SUPPLIES PASSED OUT/CELL DOORS UNLOCKED

2100HRS   CLEANING SUPPLIES PICKED UP

2130HRS   MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR

2200HRS   TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS   CHANGED TAPE

0200HRS   WALK THROUGH

0400HRS   WALK THROUGH

0500HRS   TRUSTEES WOKEN/ ICE GIVEN TO ALL BLOCKS EXCEPT C-BLOCK THEY DID NOT EMPTY COOLER

12-10-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$65.00 ON HAND AT THE BEGINNING OF THE SHIFT.  32 INMATES
ACCOUNTED FOR.

0710; MEDS TO SEARCY, EDWARDS, HOLLENQUEST, NIXON AND
KELLEY.

0826; RICKY EDWARDS RELEASED ON TIME SERVED.  PER
TALLAPOOSA CO, HE WAS ARRESTED AND RELEASED ON A
$1000.00 SIGNATURE BOND WITH A JAN 20 COURT DATE.

0842; BRYAN KELLEY RETURNED TO B-BLOCK.  KELLEY AND
RODERICK EDWARDS CELLS WERE SWAPPED SO KELLEY IS IN A
GROUND LEVEL CELL.  KELLEY IN NOT TO BE ALLOWED ON
THE STAIRS FOR ANY REASON.  IF HE IS CAUGHT ON THE
STAIRS, 23 HRS UP FRONT PER SGT ROBERSON

0930; TISSUE ISSUED TO ALL INMATES.  EXTRA MATS REMOVED
FORM E-BLOCK

1000; MAIL LOGGED AND DISTRIBUTED

1058; JAMES HOLLENQUEST BROUGHT TO BOOKING TO SPEAK
WITH SGT ROBERSON.

1102; TRAVIS PRESLEY BROUGHT TO BOOKING TO SPEAK WITH
SGT VINSON.

1108; RONALD DAYS BROUGHT TO BOOKING TO SPEAK WITH LT
WILSON.

1235; BRYAN KELLEY SIGN AND JOAN NOTARIZED A MEDICAL
RELEASE FOR HIS MOTHER TO GET HIS MEDICAL RECORDS
FROM ANY AND ALL SOURCES.

1500: LUNCH MEDS GIVEN TO BRYAN KELLEY

1700: DINNER TRAYS SERVED

1730: TRAYS P/U BRYAN KELLEY MEDS WERE NOT GIVEN BECAUSE HE RECEIVED LUNCH MEDS SO LATE.

1800:$ 65.00 ON HAND AT END OF SHIFT AND 31 INMATES

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12-10-03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0700HRS | TRAYS P/U MEDS TO KELLEY, HOLLENQUEST, NIXON, SEARCY, AND EDWARDS |
| 0730HRS | CELL DOORS OPENED |
| 0830HRS | RICKY EDWARDS RELEASED |
| 0840HRS | BRYAN KELLEY MOVED TO B-103 EDWARDS MOVED TO B-203 |
| 0927HRS | EXTRA MAT GIVEN TO THOMAS SCARBROUGH PER DR WEAVER FOR BACK SPASMS |
| 0935HRS | TISSUE PASSED OUT TO ALL BLOCKS CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 0955HRS | THOMAS SCARBROUGH DOOR IS TO REMAIN OPEN WERE HE CAN GO LAY DOWN PER SGT. |
| 1100HRS | HOLLENQUEST UP FRONT TO TALK TO SGT. |
| 1103HRS | PRESSLEY UP FRONT TO TALK TO INVESTIGATOR |
| 1111HRS | DAYS UP FRONT TO TALK WITH SGT |
| 1200HRS | LUNCH TRAYS SERVED |
| 1242HRS | TRAYS P/U CELL DOORS OPENED |
| 1250HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1544HRS | MEDS TO KELLEY |
| 1653HRS | TRAYS SERVED |
| 1730HRS | TRAYS PICKED UP |
| 1758HRS | 2255 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
12/10/03
TAYLOR/ D. HARRIS/ PEOPLES


1800HRS     INMATE COUNT IS 31.  MONEY ON HAND IS $65.00.

1953HRS     SUPPERTIME MEDS WERE GIVEN TO KELLEY, NIXON,
            HOLLENQUEST AND SEARCY.

2200HRS     KELLEY AND SEARCY WERE NOT GIVEN BEDTIME MEDS
            SINCE IT WOULD HAVE BEEN TOO SOON AFTER RECEIVING
            THEIR LAST MEDS.

2203HRS     PERIMETER CHECK.  ALL 10-4.

2243HRS     OUTGOING MAIL LOGGED.

0227HRS     PERIMETER CHECK.  10-4.

0400HRS     TAPE CHANGED.

0600HRS     COUNT IS STILL 31 AT END OF SHIFT.  ENDING MONEY ON
            HAND IS STILL $65.00.

NIGHT SHIFT TOWER LOG
TAYLOR/HARRIS/PEOPLES
12/10/03


1800HRS        TOTAL INMATE COUNT IS 31.

1930HRS        CELL DOORS OPENED, MOP BUCKETS GIVEN OUT, CLEAN UP
               BEGINS

1943HRS        MEDS GIVEN TO KELLEY, NIXON, SEARCEY, AND
               HOLLENQUEST

2033HRS        CLEANING SUPPLIES PICKED UP.

2112HRS        CELL INSPECTIONS BY 2255 COMPLETED.

2130HRS        MANDATORY HEADCOUNT. LEE(C-205) DID NOT COME OUT
               OF HIS CELL FOR HEADCOUNT. BARNETT WENT UP TO GET
               HIM.  HE DID EVENTUALLY COME TO THE DOOR.

2200HRS        LOCKDOWN. C-205 DID NOT LOCK HIS DOOR, AFTER
               NUMEROUS ATTEMPTS TO GET HIM TO LOCK HIS DOOR, BY
               CLICKING THE LOCK AND FLASHING THE LIGHT(2252). C-204
               CAME OUT, LOCKED IT AND THEN LOCKED BACK DOWN.

2218HRS        HEARD A NOISE AND FOUND THAT E-BLOCK HAD LEFT THE
               TV ON AFTER LOCKDOWN.  E-BLOCKS LIGHT FOR THE DOOR
               IS MESSED UP. IT SHOWS RED EVEN WHEN DOOR IS LOCKED.


0000HRS        TAPE CHANGED.

0118HRS        WALKTHROUGH OF ALL CELL BLOCKS CONDUCTED BY 2252.

0121HRS        LIGHTS TURNED OFF IN C-102 AND C-103.

0124HRS        WALKTHROUGH COMPLETED. ICE CHESTS WERE PULLED OUT
               OF ALL BLOCKS AT THIS TIME.

0212HRS        WALKTHROUGH CONDUCTED.  A-202 AND 204 HAD THEIR
               VENTS COVERED.  WALKTHROUGH OF ALL BLOCKS
               CONDUCTED BY 2253.

0344HRS        PERIMETER CHECK CONDUCTED.

0350HRS     WALKTHROUGH OF ALL BLOCKS CONDUCTED BY 2252.

0356HRS     WALKTHROUGH COMPLETE.

0444HRS     HILL AND 2252 BACK TO GET COOLERS

0453HRS     HILL AND 2252 BACK WITH COOLERS.

0500HRS     SEARCY IN DISPATCH TO CLEAN.

0524HRS     SEARCY THROUGH SC1 TO CLEAN.

0545HRS     SEARCY MOPPING SC2 HALL.

0547HRS     FRONT DOORS UNLOCKED.

12-11-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$65.00 ON HAND AT THE BEGINNING OF THE SHIFT, 31 INMATES ACCOUNTED FOR.

0710; MEDS TO SEARCY, HOLLANQUEST, NIXON AND KELLEY

0951; HOLLENQUEST, NIXON AND KELLEY TO BOOKING FOR TRANSPORT TO DR JAMES OFFICE.

1230: LUNCH MEDS TO BRYAN KELLEY

1340: 2212 TAKING BRANDON SEARCY TO DR CURRIES OFFICE

1530: SMOOT UP FRONT TO SPEAK WITH JEFF WOOD

1700: DINNER TRAYS SERVED

1730: DINNER MEDS TO KELLEY, NIXON, HOLLENQUEST

1733: KILPATRICK BACK FROM WORK

1800:$70.00 ON HAND AT END OF SHIFT AND 31 INMATES

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12-11-03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0715HRS | TRAYS P/U MEDS TO SEARCY, HOLLENQUEST, NIXON, KELLEY |
| 0730HRS | CELL DOORS OPENED |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 1040HRS | MAIL DISTRIBUTED |
| 1045HRS | TRAVIS PRESSLEY TAKEN TO LIBRARY TO TALK TO 2204 |
| 1200HRS | LUNCH TRAYS SERVED |
| 1214HRS | 2214 TO THE TOWER, 2258 TO DISPATCH, MEDS TO SEARCY |
| 1223HRS | HOLLANQUEST, NIXON AND KELLEY BACK FROM DR JAMES OFFICE.  GIVEN LUNCH IN THE BOOKING ROOM. |
| 1230HRS | TRAYS PICKED UP, HOLLANQUEST, NIXON AND KELLEY RETURNED TO THEIR CELL BLOCKS, CELLS OPENED. CLIPPERS TO A-BLOCK. |
| 1245HRS | KELLEY ADMINISTERED HIS NOON MEDS. |
| 1400HRS | 2213 AND 2256 RUNNING STORE |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1530HRS | SMOOT TAKEN TO BOOKING TALK WITH J WOOD |
| 1545HRS | SMOOT RETURNED |
| 1620HRS | TRAVIS PRESLEY TAKEN TO LIBRARY TO TALK WITH 2204 |
| 1655HRS | TRAYS SERVED |
| 1731HRS | TRAYS PICKED UP, MEDS TO HOLLANQUEST, KELLEY AND NIXON. |
| 1754HRS | 2253 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
12/11/03
TAYLOR/ D. HARRIS/ GREEN

1800HRS     INMATE COUNT IS 31.  MONEY ON HAND IS $70.00.

1901HRS     CREWS DRUGS BROUGHT MEDS FOR HOLLENQUEST, NIXON,
            AND KELLEY.

1917HRS     SUPPER MED. GIVEN TO HOLLENQUEST.

1942HRS     PERIMETER CHECK.  10-4

2018HRS     OUTGOING MAIL LOGGED.

2245HRS     MED. TAKEN TO KELLEY BUT HE REFUSED IT.

0400HRS     TAPE CHANGED.

0600HRS     INMATE COUNT IS 31.  MONEY ON HAND IS $70.00.

NIGHTSHIFT TOWER LOG
12-11-03
TAYLOR/ D. HARRIS/ GREENE

1846HRS    NONMANDATORY HEADCOUNT CONDUCTED AND CORRECT AT A-6, B-8, C-11,D-2,E-1, AND TRUSTEES –3 FOR A TOTAL OF 31.

1854HRS    MEDS FOR NIXON, HOLLENQUEST AND KELLEY CAME IN FROM CREWS DRUGS.

1917HRS    HOLLENQUEST GIVEN HIS SUPPER MED THAT JUST CAME IN FROM THE PHARMACY.

1930HRS    CELL DOORS UNLOCKED.

1935HRS    2256 W/ TRUSTEES TO BRING BACK MOP BUCKETS TO ALL BLOCKS.

1956HRS    PERIMETER CHECK CONDUCTED. 10-4

2027HRS    2256 W/TRUSTEES TO PICK UP MOP BUCKETS AND UNIFORMS.

2100HRS    CELL INSPECTIONS CONDUCTED BY 2256. A-BLOCK.

2104HRS    B-BLOCK.

2107HRS    DINGMAN CALLED UP REQUESTING TO CHANGE OUT HIS GLASS FOR A NEW ONE.

2109HRS    C-BLOCK.

2125HRS    D-BLOCK.

2137HRS    CELL INSPECTIONS COMPLETE.

2243HRS    NOISE COMING FROM ONE OF THE BLCOKS.  E-BLOCK HAD LEFT THE TV ON AGAIN.

2245HRS    BED MEDS ADMINISTERED.  KELLEY REFUSED HIS MEDS AND TOLD 2252 TO GO AWAY AN NOT COME BACK.

2350HRS    WALKTHROUGH CONDUCTED BY 2253.

0000HRS    TAPE CHANGED.

0006HRS    WALKTHROUGH COMPLETED.

0023HRS     SALLYPORT CLOSED.

0106HRS     PERIMETER CHECK CONDUCTED.

0243HRS     WALKTHROUGH CONDUCTED BY 2253.

0358HRS     HEAT TURNED ON IN ALL BLOCKS.

0406HRS     WALKTHROUGH CONDUCTED BY 2252.

0445HRS     HILL W/ 2252 TO THE BACK TO PICK UP COOLERS.

0453HRS     HILL W/ 2252 TO THE BACK WITH COOLERS.

0511HRS     HILL TO TOWER TO CLEAN.  ESCORTED INTO SC2 BY 2252.

0527HRS     HILL CLEANING SC2 WITH 2252 OBSERVING.

0536HRS     SEARCY THROUGH SC1 TO CLEAN.

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/12/03

0600 HRS.   CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.

0630 HRS.   CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. TRAYS SERVED.

0700 HRS.   TRAYS PICKED UP.  MEDS WERE GIVEN TO NIXON, KELLY, AND HOLLENQUEST.

0710 HRS.   RAZORS ADMINISTERED.

0730 HRS.    CELL DOORS OPENED.

0930 HRS.   CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

1011 HRS.   TAPLEY ESCORTED TO THE LIBRARY TO SEE 2203.

1017 HRS.   RANDOM HEAD COUNT COMPLETED.

1027 HRS.   TAPLEY BACK TO D BLOCK.

1100 HRS.   MCGATHEY AND TAPLEY TO THE LIBRARY TO PLACE BOOKS ON NEW SHELVES.

1126 HRS.   MCGATHEY AND TAPLEY BACK FROM LIBRARY. MAIL PASSED OUT.

1140 HRS.   TRAVIS PRESSLEY ESCORTED TO THE FRONT TO BE RELEASED.

1148 HRS.   TRAYS SERVED.

1228 HRS.   RANDOM HEAD COUNT COMPLETED.

1230 HRS.   CELL DOORS OPENED.

1250 HRS.   TRAYS PICKED UP. MEDS WERE GIVEN TO KELLY, NIXON, AND HOLLENQUEST.

1430 HRS.   CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

1506 HRS.   RAZORS PICKED UP.

1700  HRS.  TRAYS SERVED

1734 HRS.  MCKINNEY RETURNS FROM WORK RELEASE

1740 HRS.  MCKINNEY BROUGHT BACK TO E BLOCK, TRAYS PICKED UP, MEDS GIVEN TO HOLLENQUEST, KELLEY, NIXON

# NIGHT SHIFT REPORT
# 12/12/03
# HARRIS/KELLY

| | |
|---|---|
| 1800HRS | INMATE COUNT IS 30. BEGINNING BALANCE IS $0.00. CHARLES EAST TAKEN TO LIBRARY TO SEE HIS ATTORNEY. |
| 1830HRS | CHARLES EAST ATTORNEY FINISHED AND ESCORTED OUT |
| 1900HRS | CREWS DRUGS DELIVERED REFILLS |
| 1940HRS | 2207 BROUGHT IN STACY EARL DAVIS ON HINDERING PROSECUTION WARRANT. |
| 2025HRS | STACY EARL DAVIS RELEASED ON SIGNATURE BOND APPROVED BY 2207 |
| 0400HRS | TAPE CHANGED |
| 0500HRS | MAIL LOGGED |
| 0600HRS | END OF SHIFT, 30 INMATES ON HAND. NO MONEY TAKEN IN FOR AN ENDING BALANCE OF $0.00 |