# EXHIBIT W

# December Shift Logs, Part II

# NIGHTSHIFT TOWER LOG
## 12/12/03
## KELLEY/HARRIS

1800HRS  HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 30/ CHARLES EAST TAKEN TO LIBRARY TO SEE LAWYER

1830HRS  CHARLES EAST BACK TO C-BLOCK

1930HRS  OPENED CELL DOORS/ CLEANING SUPPLIES PASSED OUT/ CLEAN UP BEGINS

2050HRS  CLEANING SUPPLIES PICKED UP

2110HRS  MCGATHEY AND TAPLEY TAKEN TO THE LIBRARY FROM D-BLOCK

2130HRS  MANDATORY HEAD COUNT CONDUCTED ALL INMATES ACCOUNTED FOR

2200HRS  TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS  CHANGED TAPE

0200HRS  WALK THROUGH

0400HRS  WALK THROUGH

0500HRS TRUSTEES UP/ ICE TO ALL BLOCKS

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/13/03

0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.

0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. TRAYS SERVED. MEDS WERE GIVEN TO NIXON, HOLLENQUEST, AND KELLY.

0700 HRS.    TRAYS PICKED UP. KIRKPATRICK TO VISITATION.

0715 HRS.    KIRKPATRICK BACK FROM VISITATION.

0725 HRS.    KENNETH HARRIS TO VISITATION.

0730 HRS.    CELL DOORS OPENED.

0742 HRS.    HARRIS BACK FROM VISITATION.

0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

0939 HRS.    KIRKPATRICK TO VISITATION. (PASTOR)

0949 HRS.    SMOOT TO VISITATION.

1006 HRS.    SMOOT BACK FROM VISITATION.

1008 HRS.    KELLY TO VISITATION.

1023 HRS.    KELLY BACK FROM VISITATION.

1038 HRS.    KIRKPATRICK BACK FROM VISITATION WITH PASTOR.

1057 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO NIXON, AND KELLY.

1138 HRS.    TRAYS PICKED UP.

1158 HRS.    BILLY JOE GREY TO VISITATION.

1218 HRS.    GREY BACK FROM VISITATION. SOLLEY TO VISITATION.

1230 HRS.    CELL DOORS OPENED.

1234 HRS.    SOLLEY BACK FROM VISITATION.

1243 HRS.    WILLIAM LEE TO VISITATION.

1258 HRS.    LEE BACK FROM VISITATION.

1419 HRS.    MCGATHEY TO VISITATION.

1435 HRS.    MCGATHEY BACK FROM VISITATION.

1445 HRS.    WILLIAM LEE ESCORTED TO THE FRONT FOR RULE
VIOLATION.

1501 HRS.    RANDOM HEAD COUNT COMPLETED.

1700 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO KELLY, AND NIXON.

1742 HRS.    TRAYS PICKED UP.

**NIGHT SHIFT REPORT**
**12/13/03**
**HARRIS/KELLY**

| | |
|---|---|
| 1800HRS | INMATE COUNT IS 30. BEGINNING BALANCE IS $150.00 |
| 1922HRS | 2207 BROUGHT IN GREG BUTLER FOR PUBLIC INTOXICATION |
| 2040HRS | WHILE TRYING TO FINGERPRINT GREG BUTLER THE FINGERPRINT MACHINE LOCKED UP |
| 2130HRS | FINGERPRINT MACHINE REBOOTED AUTOMATICALLY. I REATTEMPTED TO FINGERPRINT GREG BUTLER AND IT LOCKED UP AGAIN. |
| 2200HRS | FINGERPRINT MACHINE REBOOTED AUTOMATICALLY AGAIN. |
| 0400HRS | TAPE CHANGED |
| 0500HRS | MAIL LOGGED |
| 0600HRS | END OF SHIFT, 31 INMATES ON HAND. NO MONEY TAKEN IN FOR AN ENDING BALANCE OF $150.00 |

# NIGHTSHIFT TOWER LOG
## 12/13/03
## KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 30 |
| 1840HRS | JAY BLOCKER RELEASED ON BOND |
| 1930HRS | CELL DOORS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/ CLEAN UP BEGINS |
| 1950HRS | NOTICED THAT BRIAN KELLY AND DONTRAVIS SMOOT WERE UP THROWING FAKE PUNCHES AND JABS AT EACH OTHER BOTH WERE LAUGHING AND CUTTING UP WITH EACH OTHER, THIS LASTED ABOUT 7 TO 8 MINUTES |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2140HRS | CLEANING SUPPLIES PICKED UP |
| 2200HRS | TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT |
| 2400HRS | CHANGED TAPE |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | WOKE TRUSTEES/ ICE TO ALL BLOCKS |

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/14/03

0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT
COMPLETED.

0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED.
TRAYS SERVED. MEDS WERE GIVEN TO HOLLENQUEST, NIXON, AND
KELLY.

0700 HRS.    TRAYS PICKED UP. ARTHUR CURRY AND COURTNEY FLOYD
ESCORTED TO THE FRONT TO BE RELEASED.

0730 HRS.    CELL DOORS OPENED.

0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.

1019 HRS.    BUTLER RELEASED ON $100.00 BOND.

1133 HRS.    RANDOM HEAD COUNT COMPLETED.

1153 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO NIXON, AND KELLY.

1230 HRS.    CELL DOORS OPENED.

1238 HRS.    TRAYS PICKED UP.

1253 HRS.    WILLIAM LEE ESCORTED BACK TO C BLOCK FROM
LOCKDOWN.

1408 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR VISITATION.

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.

1439 HRS.    JOHNNY KIRKPATRICK FROM A201 REPORTED THAT HE HAD A
PROBLEM WITH THE LIGHT IN HIS CELL.

1459 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK FROM VISITATION.

1700 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO HOLLENQUEST,
KELLY, AND NIXON.

1737 HRS.    TRAYS PICKED UP.

**NIGHT SHIFT REPORT**
**12/14/03**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 28. BEGINNING BALANCE IS $0.00

0100HRS    OUTSIDE SECURITY CHECK CONDUCTED.

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 28 INMATES ON HAND. NO MONEY
           TAKEN IN FOR AN ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
## 12/14/03
## KELLEY/HARRIS

1800HRS     HEAD COUNT COMPLETED ALL INMATES
            ACCOUNTED FOR A TOTAL OF 28

1930HRS     CLEANING SUPPLIES PASSED OUT, CELL DOORS
            OPENED

2030HRS     CLEANING SUPPLIES PICKED UP

2130HRS     HEADCOUNT CONDUCTED

2200HRS     LOCKDOWN

2400HRS     TAPE CHANGED

0200HRS     WALK THROUGH

0400HRS     WALK THROUGH

0500HRS     TRUSTEES WOKE UP/ ICE TO ALL BLOCKS

12-15-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD/GREEN

THERE IS A DEPOSIT READY FOR JOAN IN THE SAFE, NO OTHER
MONIES ON HAND AT THE BEGINNING OF THE SHIFT.  28
INMATES ACCOUNTED FOR.

0618; 2204 CALLED IN, WILL NOT BE ABLE TO COME IN TODAY.
HE HAS A SICK CHILD AND NO ONE TO STAY WITH THEM.

INMATE LIST FAXED TO AST

0710; MEDS TO HOLLENQUEST, NIXON AND KELLEY

0740; 2212 CALLED IN, WILL BE LATE

0745; 2213 CALLED IN, WILL BE LATE.

1050; MAIL LOGGED AND DISTRIBUTED

1230: TRAYS P/U MEDS TO BRYAN KELLEY

1440: 2258 GONE TO BACK TO FIX LIGHTS WITH TRUSTIES

1700: TRAYS SERVED

1730: KILPATRICK BACK FROM WORK

1740: TRAYS P/U MEDS TO KELLEY AND NIXON

1800: 28 INMATES ON HAND $56.00 AT END OF SHIFT

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/15/03

0600HRS    CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD

0630HRS    CELL DOORS LOCKED TRAYS SERVED

0710HRS    TRAYS P/U MEDS TO HOLLENQUEST, KELLEY, NIXON

0730HRS    CELL DOORS OPENED

0825HRS    KILPATRICK UP FRONT FOR WORK

0930HRS    CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD

1143HRS    2214 TO THE TOWER, 2258 TO DISPATCH

1200HRS    TRAYS SERVED

1230HRS    TRAYS PICKED UP, MEDS TO KELLEY, CELLS UNLOCKED

1430HRS    CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT

1515HRS    2258 AND TRUSTEES CHANGING LIGHTS

1653HRS    TRAYS SERVED

1730HRS    TRAYS PICKED UP

1759HRS    2252 TO THE TOWER, 2214 TO DISPATCH

NIGHTSHIFT REPORT
12-15-03
TAYLOR/HARRIS/GREEN

1800HRS     $56.00 ON HAND AND 28 INMATES.

1806HRS     SUPPER MEDS GIVEN TO HOLLENQUEST, NIXON AND KELLEY.

1826HRS     2214 AND 2207 BACK TO C-BLOCK TO LOOK AT THE LIGHT IN 205.  IT IS FLASHING CONSTANTLY BUT CANNOT BE FIXED UNTIL TOMORROW BECAUSE THE KEY IS LOCKED UP IN 2203'S OFFICE.

1845HRS     OUTGOING MAIL LOGGED.

1850HRS     2204 AND JOHN SIMMONS TO LIBRARY .

1930HRS     CLEAN LINENS WERE GIVEN TO EACH INMATE.

2204HRS     TROY MILAM WAS BROUGHT IN BY 2204.  HE WAS FULLY PROCESSED AND ASSIGNED TO C-101.

2345HRS     BEDTIME MEDS GIVEN TO KELLEY.

2350HRS     PERIMETER CHECK.  10-4

0400HRS     TAPE CHANGED.

0600HRS     INMATE COUNT IS 29.  MONEY TAKEN IN WAS $40.27, MAKING THE ENDING MONEY ON HAND $96.27.

NIGHTSHIFT TOWER LOG
12/15/03
TAYLOR/ D. HARRIS/GREEN

1800HRS      INMATE COUNT IS 28.

1806HRS      SUPPER MEDS GIVEN TO HOLLENQUEST, NIXON AND KELLEY.

1826HRS      2214 AND 2207 BACK TO C-BLOCK.  THE LIGHT IN C-205 IS
MALFUNCTIONING.  CANNOT BE FIXED UNTIL TOMORROW BECAUSE THE
KEY IS LOCKED UP IN 2203'S OFFICE.

1831HRS      A-103 WAS OPEN (NO ONE IS ASSIGNED TO IT AND IT IS NOT
THE BATHROOM).  THEY WERE ASKED TO LOCK THE DOOR AND THEY DID.

1850HRS      2204 TO LIBRARY WITH A SUBJECT FOR INTERVIEW.

1919HRS      2204 AND SUBJECT HE WAS TALKING WITH LEFT THE LIBRARY
AND WENT BACK TO THE FRONT.

1930HRS      CLEANING SUPPLIES BACK TO EACH CELL BLOCK.  ALSO
CLEAN LINENS WERE GIVEN TO EACH INMATE.  CELL DOORS WERE
OPENED.

1950HRS      2256 BACK TO A-BLOCK.

1955HRS      2256 TO B-BLOCK.

1956HRS      2256 BACK TO A-BLOCK.

1958HRS      2256 TO OFFICE.

2038HRS      CLEANING SUPPLIES PICKED UP.

2050HRS      STORE SHEETS GIVEN OUT IN EACH CELL BLOCK AND CELLS
INSPECTED BY 2256.

2130HRS      MANDATORY HEADCOUNT.  ALL ACCOUNTED FOR.

2200HRS      LOCKDOWN.  TYLENOL GIVEN OUT BY 2256.

2204HRS      2204 HERE WITH MILAM, TROY, SUBJECT WAS FULLY
PROCESSED BY 2253. SUBJECT WAS FINGERPRINTED AND PHOTOGRAPHED.
INMATE COUNT IS NOW 29.

2344HRS      MILAM WAS ASSIGNED TO C-101.

2345HRS    BED MEDS GIVEN TO KELLEY.

2350HRS    PERIMETER CHECK CONDUCTED.

0000HRS    TAPE CHANGED.

0251HRS    WALKTHROUGH CONDUCTED OF ALL BLOCKS BY 2252.

0414HRS    WALKTHROUGH CONDUCTED BY 2252.

0445HRS    BUSSIE UP.

0449HRS    KITCHEN DOOR UNLOCKED.

0454HRS    HILL AND 2252 BACK TO GET COOLERS.

0507HRS    COOLERS TO THE BACK BY 2252, HILL AND DAYS.

0508HRS    SEARCY THROUGH SC1 TO CLEAN.

0514HRS    SEARCY IN DISPATCH CLEANING.

0600HRS    E.O.S.

12-16-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$96.27 ON HAND AT THE BEGINNING OF THE SHIFT.  29 INMATES
ACCOUNTED FOR.

0700; RAZORS AND OTHER TOILETRIES TO ALL BLOCKS.  MEDS
TO HOLLANQUEST, NIXON AND KELLEY.

0815; JAIL MINISTRIES BEGAN, B-BLOCK COMBINED WITH C-
BLOCK, NO PARTICIPANTS FROM A-BLOCK.

0920; TROY MILAM RELEASED ON 2-$500.00 PROPERTY BONDS
BY HOPE HONEYCUTT PER LT WILSON.

1028; INCOMING MAIL LOGGED AND DISTRIBUTED

1225; MISSIE WINTERS HAWKINS AND JOHNRECUIS THOMAS
BROUGHT IN TO CODE ONE ON WARRANTS BOTH FULLY
PROCESSED.

1230; TRAYS P/U MEDS TO BRYAN KELLEY

1300; RAZORS P/U AND ACCOUNTED FOR.

1700: NOTE MISSIE WINTER HAWKINS IS PREGNANT PER LT.

1751; DUSTIN GRAHAM PROCESSED FOR NWNI WITH THE
EXCEPTION OF FINGERPRINTS.  TALLADEGA CO S.O. HAS
PLACED A HOLD ON THIS SUBJECT.

**NOTE;** THERE IS INFORMATION ON THE WALL CONCERNING
THE DEFENSIVE DRIVING COURSE.  ALL DISPATCHERS NEED TO
FORMULARIZE THEMSELVES WITH THIS INFORMATION.

$28.91 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE
OF $125.18.  31 INMATES ACCOUNTED FOR.

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/16/03


| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0715HRS | TRAYS P/U MEDS TO HOLLENQUEST, NIXON AND KELLEY RAZORS TO ALL BLOCKS |
| 0730HRS | CELL DOORS OPENED |
| 0820HRS | JAIL MINISTRIES STARTED |
| 0900HRS | MINISTRIES OVER |
| 0905HRS | TROY MILAM UP FRONT TO BOND OUT. |
| 0930HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND GOOD |
| 1040HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1156HRS | TRAYS SERVED |
| 1229HRS | TRAYS PICKED UP, CELLS OPENED, MEDS TO KELLEY |
| 1249HRS | RAZORS PICKED UP, ALL ACCOUNTED FOR |
| 1345HRS | ATTN PADGETT TO SPEAK WITH HOLLANQUEST IN THE LIBRARY |
| 1356HRS | R. DINGMAN TO DR CURRIES OFFICE. |
| 1418HRS | ATTN PADGETT TO SPEAK WITH SCARBROUGH IN THE LIBRARY |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1510HRS | THOMAS ASSIGNED TO C-202 |
| 1534HRS | DINGMAN RETURNED TO A-BLOCK |
| 1544HRS | HAWKINS ASSIGNED TO D-101 NOTE: HAWKINS IS PREGNAT |
| 1700HRS | TRAYS SERVED |
| 1730HRS | TRAYS P/U |

NIGHTSHIFT REPORT
12/16/03
TAYLOR/D. HARRIS/GREEN


1800HRS    INMATE COUNT IS 31.  MONEY ON HAND IS $135.18.

1820HRS    STORE WAS RUN.

1838HRS    SUPPER MEDS GIVEN TO HOLLENQUEST, NIXON, AND KELLEY.

1940HRS    NUMEROUS HANGUP CALLS WERE RECEIVED ON THIS SHIFT
AND ALSO ON DAYSHIFT FROM CELL PHONE 2568723116.  NO ANSWER
WHEN CALLED BACK.

1950HRS    LOUD NOISE FROM B-BLOCK. KELLEY FELL DOWN AND
KNOCKED THE MOP BUCKET OVER.  IS LYING ON FLOOR. HE SAID HE HIT
HIS HEAD AND HURT HIS BACK.  ALSO THAT ONE LEG WAS BECOMING
NUMB. EMS2 AND ROCK14 CAME TO CHECK HIM OUT.  THEY DID NOT
THINK IT NECESSARY FOR HIM TO GO TO THE HOSPITAL.  HE WAS TAKEN
TO THE HOLDING CELL FOR MEDICAL OBSERVATION.

2030HRS    KELLEY ALREADY WALKING AROUND WITH NO DIFFICULTY.

2136HRS    DUSTIN GRAHAM WAS BONDED OUT.  STILL BEING HELD FOR
TALLADEGA CO. TO PICK UP.

2216HRS    BED MEDS GIVEN TO NIXON AND KELLEY.

2239HRS    GRAHAM WAS RELEASED TO TALLADEGA CO.

0400HRS    TAPE CHANGED.

0421HRS    OUTGOING MAIL LOGGED..

0600HRS    INMATE COUNT IS 30.  FIVE DOLLARS WAS TAKEN IN DURING
SHIFT MAKING THE MONEY ON HAND $140.18.


******NOTE****** PROBLEMS FOUND DURING ALKTHROUGHS***********

D-BLOCK: A PICTURE OF A CHRISTMAS TREE HAS BEEN DRAWN ON THE
WALL NEXT TO 103.

C-BLOCK: FAUCET IN 105 IS RUNNING.  SMOKE SMELLED IN BLOCK
(TOBACCO)

B-103:  KELLEY'S NOON MEDS WERE ON HIS TABLE; HAD NOT BEEN
TAKEN.


*****NOTE*****KELLEY WAS OBSERVED ALL DURING SHIFT IN HOLDING.
HE DID NOT APPEAR TO BE IN ANY PAIN OR HAVE LIMITED MOBILITY.  IN
FACT, HE GOT UP OFTEN AND WALKED TO THE DOOR, STOOD THERE, AND
THEN WENT BACK TO LIE DOWN NUMEROUS TIMES WITHOUT ANY
DIFFICULTY.

NIGHTSHIFT TOWER LOG
12-16-03
TAYLOR/D. HARRIS/ GREEN

2253 TO TOWER AND 2252 IN DISPATCH.

1805HRS    AIR TURNED ON FOR C-BLOCK PER THEIR REQUEST.

1811HRS    HAVE RECEIVED NUMEROUS HANG UP CALLS ON 2211 FROM A
WIRELESS CALLER. THE NUMBER IS 2568723116. NO ANSWER WHEN
CALLED BACK.

1820HRS    STORE PASSED OUT BY 2256.

1838HRS    SUPPER MEDS GAVE OUT TO HOLLENQUEST, NIXON AND
KELLEY. MEDS HANDED OUT BY 2256.

1843HRS    NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT
AT A-6, B-7, C-9, D-3, E-1, TRUSTEES-4 AND HOLDING-1 FOR A TOTAL OF 31.

1928HRS    C-BLOCK REQUESTED AIR OFF.

1933HRS    CELL DOORS OPENED IN PREPARATION FOR CLEAN UP.

1935HRS    CLEANING SUPPLIES TO ALL BLOCKS.

**1950HRS    LOUD NOISE FROM B-BLOCK. KELLEY HAS FALLEN
AND KNOCKED THE MOP BUCKET OVER IN THE PROCESS.**

**2028HRS    KELLEY WILL BE PLACED IN HOLDING AND BE
OBSERVED.**

**2030HRS    KELLEY UP AND WALKING AROUND IN CELL. HE
DOESN'T APPEAR TO BE STAGGERING AS HE WALKS.**

2048HRS    B-BLOCK CALLED UP AND ASKED WHEN WERE THE PHONES
GOING TO BE TURNED BACK ON.  TOWER ADVISED DIDN'T KNOW THAT
THEY WERE OFF.

2100HRS    CLEANING SUPPLIES PICKED UP.

2115HRS    MR WILLIAMS, COOSA BONDING, HERE TO SEE MR GRAHAM.

2140HRS       MANDATORY HEADCOUNT CONDUCTED. MR WILLIAMS
LEAVING. GRAHAM HAS BONDED OUT BUT IS BEING HELD UNTIL
TALLADEGA CO SO GETS HERE TO PICK HIM UP ON THEIR HOLD.

2145HRS       D-BLOCK CALLED UP AND REQUESTED THAT THEIR COOLER
BE CLEANED. TAPLEY STATES THAT SHE SPILLED KOOL AID IN IT A
COUPLE OF WEEKS AGO AND IT HASN'T BEEN CLEANED OUT.

2200HRS       LOCKDOWN.

**2213HRS    OBSERVED KELLEY STANDING UP TO USE THE
BATHROOM.  APPEARS TO BE ABLE TO STAND JUST FINE.
LAID BACK DOWN ON THE MAT.**

2216HRS       BED MEDS ADMINISTERED. *WHEN MED WAS GIVEN TO
KELLEY, HE PROPPED UP AND STARTED ROCKING HIS LEGS.*

2239HRS       TALLADEGA CO SO HERE TO PICK UP GRAHAM.

2245HRS       GREEN IS 10-42. 2252 TO TOWER AND 2253 TO DISPATCH.

2351HRS       WALKTHROUGH DONE.  THE FAUCET IN C-BLOCK'S
BATHROOM  ( 205) DOES NOT TURN OFF.  **ALSO, NOONTIME MEDS
WERE SEEN IN B-103 (KELLEY'S CELL) AND HAD NOT BEEN
TAKEN.**

0000HRS       TAPE CHANGED.

*0044HRS       KELLEY IN HOLDING IS UP, WALKING AROUND, STANDING AT
DOOR.  DOES NOT APPEAR TO BE IN ANY PAIN OR HAVE AN INJURY.*

*0053HRS       KELLEY WENT BACK TO MAT AND LAY DOWN.*

*0139HRS       KELLEY UP AT DOOR AGAIN.  WALKING AROUND, BACK TO
DOOR , REACHING UP TO THE CEILING AND STRETCHING, THEN BACK TO
LIE DOWN.  HE EXHIBITS NO APPARENT  PAIN, STIFFNESS, OR LACK OF
MOBILITY.*

**0205HRS    MEDS FOUND EARLIER WERE REMOVED FROM
KELLEY'S CELL SO THEY COULD NOT BE TAKEN WITH
OTHER MEDS.** WALKTHROUGH CONDUCTED OF B-BLOCK.

*0253HRS       KELLEY HOPPED UP FROM MATTRESS AND HURRIED TO THE
DOOR ON HEARING THE VESTIBULE DOOR BEING OPENED.*

0300HRS    2253 TO TOWER AND 2252 TO DISPATCH.

***0415HRS    KELLEY UP AND MOVING AROUND.***

0425HRS    WALKTHROUGH CONDUCTED.

0458HRS    HILL AND 2252 TO GET COOLERS.

***0508HRS    KELLEY UP AND STANDING AT THE DOOR.***

0510HRS    COOLERS TO THE BACK.

0512HRS    HILL AND DAYS TO THE TOWER TO CLEAN.

***0513HRS    KELLEY PULLED HIS MAT UP ON THE BENCH AND LAID DOWN. 2252 MADE HIM PUT HIS MAT BACK ON THE FLOOR.***

0517HRS    HILL AND DAYS FINISHED IN THE TOWER.

NOTE: LIGHT IN SC2 HALL IN FRONT OF LIBRARY IS OUT.

0518HRS    HILL SWEEPING SC2.

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/17/03
*** IT WAS SNOWING ON MY WAY TO WORK ***

0600 HRS.     CELL DOORS OPENED. **MANDATORY HEAD COUNT COMPLETED.** (A-6 / B-6 / C-9 / D-3 / E-1 / HOLDING-1 / TRUSTEES-4 / TOTAL OF 30 INMATES).

0624 HRS.     OBSERVED BRYAN KELLY GETTING UP TO USE THE BATHROOM, AND THEN HE STOOD IN FRONT OF THE HOLDING DOOR UNTIL HE RECEIVED HIS BREAKFAST TRAY. HE APPEARS TO BE DOING FINE.

0630 HRS.     CELL DOORS LOCKED. **RANDOM HEAD COUNT COMPLETED.** (A-6 / B-6 / C-9 / D-3 / E-1 / HOLDING-1 / TRUSTEES-4 / TOTAL OF 30 INMATES). BREAKFAST TRAYS SERVED. MEDS WERE GIVEN TO HOLLENQUEST, NIXON, KELLY, AND HAWKINS. TOILET TISSUE WAS ADMINISTERED TO THOSE WHO NEEDED IT.

0636 HRS.     OBSERVED KELLY GETTING BACK IN HIS "BED" IN HOLDING. HE ATE ALL OF HIS BREAKFAST.

0709 HRS.     TRAYS WERE PICKED UP. OBSERVED KELLY LIFT HIS HEAD ONLY, WHEN HIS TRAY WAS PICKED UP. HE APPEARS TO NOT HAVE ANY PROBLEM SLEEPING.

0722 HRS.     **RANDOM HEAD COUNT** COMPLETED. (A-6 / B-6 / C-9 / D-3 / E-1 / HOLDING-1 / TRUSTEES-4 / TOTAL OF 30 INMATES).

0730 HRS.     CELL DOORS OPENED.

0755 HRS.     2212 ESCORTED WILLIAM LEE, WILLIAM HARRIS, BILLY JOE GREY, AND GREG SOLLEY TO COURT.

0831 HRS.     MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.

0918 HRS.     OBSERVED THE TRUSTEES CLEANING OUT THE DETOX AREA. KELLY IS STILL RESTING, WITH LITTLE MOVEMENT.

0924 HRS.     2256 FIXED THE LIGHT IN C205.

0930 HRS.     CELL DOORS LOCKED. **MANDATORY HEAD COUNT** COMPLETED. (A-6 / B-5 / C-6 / D-3 / E-1 (AT WORK RELEASE) / HOLDING-1 / TRUSTEES-4 / 4 IN COURT ((3 FROM C—GREG SOLLEY, WILLIAM LEE, AND

BILLY JOE GREY. 1 FROM B BLOCK – WILLIAM HARRIS)) / TOTAL OF 30 INMATES). KELLY IS STILL NAPPING.

0943 HRS.    JIMMY AND SEARCY THIS SIDE OF SC2 TO FIX LIGHT IN THE HALLWAY. (IN FRONT OF THE LIBRARY).

0947 HRS.    JIMMY AND SEARCY FINISHED WITH LIGHT.

1015 HRS.    OBSERVED KELLY GETTING UP TO LOOK OUT THE DOOR, AND LAYING BACK DOWN.

1030 HRS.    **RANDOM HEAD COUNT** COMPLETED. (A-6 / B-5 / C-6 / D-3 / E-1 (AT WORK RELEASE) / HOLDING-1 / TRUSTEES-4 / 4 IN COURT ((3 FROM C— GREG SOLLEY, WILLIAM LEE, AND BILLY JOE GREY. 1 FROM B BLOCK – WILLIAM HARRIS)) / TOTAL OF 30 INMATES).

1051 HRS.    KELLY IS UP AND STANDING IN FRONT OF HIS DOOR IN HOLDING. (HE WAS LYING DOWN WITH HIS KNEES UP). IT APPEARS HE IS TRYING TO GET THE DOOR OPEN, 2256 ADVISED HE WAS JUST LEANING ON IT.

1053 HRS.    KELLY IS NOW LYING BACK DOWN.

1059 HRS.    JONARICUS THOMAS RELEASED ON BOND.

1136 HRS.    TOILET TISSUE ADMINISTERED, ALONG WITH THE MAIL. (2256)

1200 HRS.    TRAYS SERVED.

1207 HRS.    OBSERVED INMATES BEING BROUGHT BACK FROM COURT. KELLY QUICKLY ROSE TO HIS FEET AFTER EATING TO LOOK OUT HIS WINDOW. (VESTIBULE). KELLY ALSO QUICKLY WENT BACK TO HIS "BED" BEFORE 2256 COULD CATCH HIM LOOKING.

1208 HRS.    LEE, SOLLEY, HARRIS, AND GREY RETURNED TO THEIR BLOCKS FROM COURT.

1217 HRS.    RALPH THOMAS RELEASED ON FINES PAID. (HE WAS BROUGHT OVER FROM COURT).

1230 HRS.    CELL DOORS OPENED. **RANDOM HEAD COUNT** COMPLETED. (A-6 / B-6 / C-8 / D-3 / E-1 "WORK RELEASE" / HOLDING –1 / TRUSTEES –4 / TOTAL OF 29 INMATES. ALSO THERE IS 2 IN DETOX FROM COURT). KELLY IS STILL "SLEEPING". KELLY WAS GIVEN HIS MEDS AT EXACTLY 1230HRS. KELLY ATE REAL WELL.

1248 HRS.     PERRY RUSSELL RELEASED PER JUDGE TEEL. (ONE BROUGHT OVER FROM COURT).

1253 HRS.     TRAYS PICKED UP. MEDS WERE GIVEN TO NIXON.

1258 HRS.     TISSUE ADMINISTERED TO THOSE THAT WERE IN COURT EARLIER.

1307 HRS.     BAKER RELEASED ON A $2,000.00 APPEAL BOND. (ONE BROUGHT IN FROM COURT).

1313 HRS.     JIMMY THIS SIDE OF SC2 WORKING ON LIGHTS AGAIN.

1328 HRS.     JIMMY BACK TO THE FRONT. APPEARS TO BE FINISHED WITH THE LIGHTS.

1430 HRS.     CELL DOORS LOCKED. **MANDATORY HEAD COUNT** COMPLETED. (A-6 / B-6 / C-8 / D-3 / E-1 (WORK RELEASE) / TRUSTEES-4 / HOLDING-1 / DETOX-1 / TOTAL OF 30 INMATES. ALSO, ONE FROM COURT NOT YET PROCESSED).

1454 HRS.     GREG SOLLEY ESCORTED TO THE FRONT TO SEE JUDGE TEEL.

1503 HRS.     KELLY IS FINALLY UP FROM HIS NAP. HE IS STANDING IN FRONT OF HIS DOOR LOOKING OUT THE WINDOW.

1512 HRS.     GREG SOLLEY ESCORTED BACK TO C BLOCK.

1554 HRS.     TIMOTHY CHILDS RELEASED ON APPEAL BOND.

1555 HRS.     **RANDOM HEAD COUNT** COMPLETED. (A-6 / B-6 / C-8 / D-3 / E-1 (WORK RELEASE) / TRUSTEES- 4 / HOLDING-1 / TOTAL OF 29 INMATES / NOT COUNTING ONE BEING PROCESSED FROM COURT).

1600 HRS.     JOHN PRESSLEY PROCESSED AND ASSIGNED TO B102. TOTAL IS NOW BACK UP TO 30 INMATES.

1611 HRS.     OBSERVED KELLY NAPPING AGAIN.

1657 HRS.     OBSERVED MEDS BEING GIVEN TO KELLY.

1700 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO NIXON, AND HOLLENQUEST.

1716 HRS.    KELLY STILL HAS HIS APPETITE. HE ATE WELL, NOW TAKING ANOTHER NAP.

1747 HRS.    TRAYS PICKED UP. MCKINNEY ESCORTED BACK TO E BLOCK FROM WORK RELEASE.

1800 HRS.    **RANDOM HEAD COUNT** COMPLETED. (A-6 / B-7 / C-8 / D-3 / E-1 / TRUSTEES-4 / HOLDING-1 / TOTAL OF 30 INMATES).

**NIGHT SHIFT REPORT**
**12/17/03**
**HARRIS/KELLY**

1800HRS     INMATE COUNT IS 30. BEGINNING BALANCE IS $86.03

1830HRS     OUTSIDE SECURITY CHECK CONDUCTED

2215HRS     2207 BROUGHT IN JAMES POWER FOR DUI

2245HRS     JAMES POWER REFUSED TO ANSWER ANY
            QUESTIONS FOR THE BOOKING IN PROCESS

0400HRS     TAPE CHANGED

0500HRS     MAIL LOGGED

0600HRS     END OF SHIFT, 31 INMATES ON HAND. $26.07 TAKEN
            IN FOR A TOTAL OF $112.10. DEPOSIT MADE FOR
            $112.10

# NIGHTSHIFT TOWER LOG
## 12/17/03
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 30

1930HRS    CELLS UNLOCKED/ CLEANING SUPPLIES PASSED
OUT/ CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP/ CELL INSPECTION
CONDUCTED

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED TAPE

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    WOKE TRUSTEES/ ICE GIVEN TO ALL BLOCKS

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/18/03

0600 HRS.    CELL DOORS OPENED. **MANDATORY HEAD COUNT**
COMPLETED. (A-6 / B-7 / C-8 / D-3 / E-1 / TRUSTEES-4 / HOLDING-1 / TOTAL OF
30 INMATES. ALSO THERE IS ONE NOT PROCESSED IN DETOX).

0630 HRS.    CELL DOORS LOCKED. TRAYS SERVED. OBSERVED KELLY
TAKING HIS MEDS. MEDS WERE ALSO GIVEN TO HOLLENQUEST, NIXON,
AND HAWKINS.

0712 HRS.    TRAYS PICKED UP. **RANDOM HEAD COUNT** COMPLETED. (A-6 /
B-7 / C-8 / D-3 / E-1 / TRUSTEES-4 / HOLDING-1 / TOTAL OF 30 INMATES. ALSO
THERE IS ONE NOT PROCESSED IN DETOX).

0730 HRS.    CELL DOORS OPENED.

0830 HRS.    BRIAN KELLY ESCORTED TO B BLOCK TO GET A SHOWER.
MCKINNEY ESCORTED UP FRONT FOR WORK RELEASE.

0837 HRS.    KELLY IS OUT OF HIS ROOM WITH WET, HAIR. HE HAS
FINISHED TAKING HIS BATH. HE IS NOW ON THE PHONE.

0904 HRS.    KELLY IS STILL ON THE PHONE IN B BLOCK.

0912 HRS.    KELLY IS NOW WATCHING TV.

0920 HRS.    JAMES POWER IS NOW PROCESSED AND ESCORTED BACK TO
C101.

0930 HRS.    CELL DOORS LOCKED. **MANDATORY HEAD COUNT**
COMPLETED. (A-6 / B-8 / C-9 / D-3 / E-1 / TRUSTEES-4 / TOTAL OF 31
INMATES).

1015 HRS.    HOLLENQUEST. EAST, AND HARRIS ESCORTED TO THE FRONT
TO GO TO THE DR'S. OFFICE.

1048 HRS.    **RANDOM HEAD COUNT** COMPLETED. (A-6 COUNTING THE 2
AT DR'S OFFICE / B-8 / C-9 COUNTING THE ONE AT THE DR'S OFFICE / D-3 /
E-1 / TRUSTEES-4 / TOTAL OF 31 INMATES).

1104 HRS.    JAMES POWER ESCORTED BACK TO THE FRONT TO BE
ARRESTED ON PROBATION VIOLATION. ALSO, BRYAN KELLY ESCORTED
BACK TO THE FRONT. HE WAS ALLOWED TO GATHER WHAT BELONGINGS
HE WANTED TO TAKE TO THE FRONT WITH HIM. KELLY WANTED THE SGT.

TO KNOW HE DIDN'T WANT TO GO TO THE FRONT. I EXPLAINED WE COULD WATCH HIM CLOSER. I ALSO ADVISED THAT WE (2215/2254) WERE FOLLOWING OUR ORDERS. HE SAID HE UNDERSTOOD.

1114 HRS.     JAMES POWER BACK TO C BLOCK.

1142 HRS.     OBSERVED KELLY PLACING A WHITE PLASTIC BAG OVER HIS HEAD. HE TOOK IT OFF REAL QUICK, AND PLACED IT UNDER HIS BLANKET. ADVISED 2215. 2215 RETRIEVED THE BAG FROM KELLY. KELLY SEEMS PRETTY FULL OF ENERGY. HE IS SITTING ON HIS "BED" GOING THROUGH HIS BELONGINGS HE BROUGHT TO THE FRONT WITH HIM.

1150 HRS.     **RANDOM HEAD COUNT** COMPLETED. (A-6 COUNTING THE 2 AT THE DR'S OFFICE / B-7 / C-9 COUNTING THE ONE AT THE DR'S OFFICE / D-3 / E-1 / TRUSTEES-4 / HOLDING-1 / TOTAL OF 31 INMATES / ALSO 2204 BROUGHT ONE IN UP FRONT. HE IS NOW BEING PROCESSED).

1204 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO NIXON. KELLY IMMEDIATELY BEGAN TO EAT HIS FOOD.

1209 HRS.     KELLY IS FINISHED WITH HIS TRAY. HE ATE EVERYTHING ON IT.

1222 HRS.     ADVISED WILLIAM LEE TO GET OFF THE RAILS.

1228 HRS.     **RANDOM HEAD COUNT** COMPLETED. (A-6 COUNTING THE 2 AT THE DR'S OFFICE / B-7 / C-9 COUNTING THE ONE AT THE DR'S OFFICE / D-3 / E-1 / TRUSTEES-4 / HOLDING-1 / TOTAL OF 31 INMATES / ALSO 2204 BROUGHT ONE IN UP FRONT. HE IS NOW BEING PROCESSED).

1230 HRS.     CELL DOORS OPENED.

1242 HRS.     OBSERVED 2202 COMING IN THROUGH THE VESTIBULE WITH THE THREE INMATES THAT WENT TO THE DOCTOR. SO DID BRYAN KELLY OUT OF HIS WINDOW. HE JUMPED TO HIS FEET REALLY QUICK TO OBSERVE THEM.

1249 HRS.     EAST, HOLLENQUEST, AND HARRIS ESCORTED BACK TO THEIR BLOCKS FROM THE DR'S OFFICE.

1307 HRS.     OBSERVED SYLACAUGA PD PICKING UP THE SUBJECT 2204 BROUGHT IN. (MR. WEBSTER).

1325 HRS.     OBSERVED KELLY CHECKING OUT THE LIGHTS IN HOLDING.

1334 HRS.     KELLY IS NOW READING.

1340 HRS.     TRAYS PICKED UP.

1355 HRS.     KELLY UP TO LOOK OUT HIS WINDOW THERE WERE SOME VISITORS IN THE JAIL. (PAUL BICE).

1430 HRS.     CELL DOORS LOCKED. **MANDATORY HEAD COUNT** COMPLETED. (A-6 / B-7 / C-9 / D-3 / E-1 / TRUSTEES-4 / HOLDING-1 / TOTAL OF 31 INMATES)

1448 HRS.     KELLY IS OBSERVING THE MOVEMENT IN THE VESTIBULE'S. (GETTING READY FOR THE CHRISTMAS DINNER).

1700HRS     DINNER TRAYS SERVED/ MEDS GIVEN TO KELLY, HOLLINQUEST, NIXON

1730HRS     TRAYS PICKED UP

**NIGHT SHIFT REPORT**
**12/18/03**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 31. BEGINNING BALANCE IS $0.00

1805HRS    INCOMING MAIL LOGGED

1830HRS    CHRISTMAS PARTY COMMENCES

2045HRS    CHRISTMAS PARTY OVER

2100HRS    INCOMING MAIL PASSED OUT

2130HRS    OUTSIDE SECURITY CHECK CONDUCTED, CREW
           DRUGS BROUGHT OVER REFILLS

2200HRS    OUTGOING MAIL LOGGED

0400HRS    TAPE CHANGED

0600HRS    END OF SHIFT, 31 INMATES ON HAND. NO MONEY
           TAKEN IN FOR AN ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
## 12/18/03
## KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 31 |
| 1930HRS | CELL DOORS UNLOCKED |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN |
| 2210HRS | KELLEY UP WALKING AROUND. |
| 2223HRS | BRIAN KELLEY PLACING A PLAYING CARD OVER THE CAMERA |
| 2242HRS | MEDS FROM CREWS DRUG FOR KELLEY, HOLLENQUEST AND HARRIS |
| 2400HRS | CHANGED TAPE |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | TRUSTEES UP/ ICE TO ALL BLOCKS |

12-19-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

NO MONIES ON HAND AT THE BEGINNING OF THE SHIFT, 31
INMATES ACCOUNTED FOR.

0710; MEDS TO HOLLANQUEST, KELLEY AND HAWKINS.  NIXON
IS OUT OF HIS MEDS.

0735; 2213 CALLED AND ADVISED HER SON IS SICK.  SHE WILL
ADVISE HER STATUS AFTER TALKING WITH HIS DOC.

1016; 2212 TRANSPORTED ELIZABETH MCGATHEY TO TUTWILER.

1230: MEDS TO BRYAN KELLEY

1300: APRIL SALTER BROUGHT IN AND ARRESTED BY 2202 ON
T.O.P. 3RD AND ASUALT 3[RD.]

1500: BRYAN KELLEY WAS ALLOWED TO USE PHONE FOR
ABOUT 10 MIN.

1510: APRIL SALTER RELEASED COOSA BONDING

1700: DINNER TRAYS SERVED

1730: TRAYS P/U MEDS TO KELLEY, HOLLENQUEST

1800: 30 INMATES ON HAND AND $20.00 AT END OF SHIFT

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/19/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0720HRS | TRAYS P/U MEDS TO HOLLENQUEST, KELLEY, HAWKINS RAZORS ALSO PASSED OUT |
| 0730HRS | CELL DOORS OPENED |
| 0815HRS | KILPATRICK TO FRONT FOR WORK |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 0949HRS | MCGATHNEY UP FRONT TO BE RELEASED TO TUTWIELER |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS P/U, MEDS TO KELLEY, MAIL DISTRIBUTED |
| 1234HRS | 2214 TO THE TOWER, 2258 TO DISPATCH.  CELLS OPENED |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1645HRS | RAZORS  PICKED UP, ALL ACCOUNTED FOR |
| 1700HRS | TRAYS SERVED |
| 1739HRS | TRAYS PICKED UP, MEDS TO HOLLANQUEST AND KELLEY |
| 1805HRS | 2253 TO THE TOWER, 2214 10-42 |

NIGHTSHIFT REPORT
12/19/03
TAYLOR/ D. HARRIS/ GREEN


1800HRS      INMATE COUNT IS 30.  MONEY ON HAND IS $20.00.

1807HRS      2256 GOT B. KELLEY OUT FROM HOLDING TO TAKE TO THE
BACK FOR A SHOWER.  KELLEY ADVISED HIS LAWYER WAS COMING TO
SEE HIM IN THE MORNING ABOUT HIS BEING IN THE FRONT,  WHY HE'S
BEING TREATED SO BADLY, AND SUING.

1811HRS      2256 ADVISED THAT KELLEY TOLD HIM HE'S BEEN SAVING UP
PILLS FOR A WHILE (UP TO 20 ) SO HE CAN TAKE THEM ALL AT ONCE, NOT
TO HURT HIMSELF BUT TO "GET ALL THE GOOD OUT OF THEM, GET
MESSED UP" AND THAT HE KNOWS HOW TO HIDE THEM SO WE CAN'T
FIND THEM, ALSO KELLEY STATED THAT IF HE WANTED TO HE COULD
REMOVE THE LIGHTS FROM THE FIXTURE AND KILL HIMSELF OR A
CORRECTIONS OFFICER IF HE WANTED TO DO SO.

1831HRS      KELLEY BACK TO HOLDING AFTER SHOWER.  HE RECEIVED
ALL CLEAN CLOTHING AND CLEAN LINENS..

1900HRS      KELLY WAS ALLOWED TO USE THE PHONE.

2135HRS      CREW'S DRUGS BROUGHT PRESCRIPTION MEDS FOR HAWKINS
AND NIXON.

2200HRS      BED MEDS GIVEN TO PRESSLEY AND NIXON AND MCKINNEY.

0400HRS      TAPE CHANGED.

0600HRS      INMATE COUNT IS STILL 30 AND MONEY ON HAND IS THE
SAME AT $20.00.  A 10-70 OCCURRED IN THE MANAGEMENT AND RESULTED
IN A DEATH.  2205, 2204, MARBLE VALLEY F.D., FAYETTEVILLE F.D.,  UNIT 9
AND THE FIRE MARSHALL ALL RESPONDED.  CALL STILL IN PROGRESS AT
SHIFT'S END.

NIGHTSHIFT TOWER LOG
12-19-03
TAYLOR/D. HARRIS/ GREENE

1800HRS     NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT
AT 30 INMATES.

1807HRS     2256 ESCORTING B. KELLEY TO B-BLOCK SO HE CAN TAKE A
SHOWER.

***NOTE:  WHEN 2256 GOT KELLEY OUT OF HOLDING TO PUT HIM IN B
BLOCK FOR HIS SHOWER. KELLEY TOLD 2256 THAT HE HAD BEEN SAVING
HIS PILLS, NOT TO HURT HIMSELF, BUT TO GET A GOOD BUZZ.  HE
STATED THAT AT ONE POINT HE HAD 20 PILLS. HE ALSO STATED THAT HE
HAD A LAWYER COMING IN THE MORNING IN REGARDS TO SUING THE
DEPARTMENT. KELLEY ALSO INFORMED 2256 THAT HIS LIGHT FIXTURE
HAS ONLY ONE SCREW, IF HE WANTED TO HE COULD REMOVE THE LIGHT
AND KILL HIMSELF OR ONE OF THE CORRECTIONS OFFICERS.***

1813HRS     SEARCY CLEANING THE HOLDING CELL.

1814HRS     2256 BRINGING BACK A CHANGE OF UNIFORM FOR B KELLEY

1820HRS     2256 INFORMED TOWER THAT KELLEY IS TO REMAIN LOCKED
IN HIS ROOM, TOWER ADVISED THAT HIS ROOM WAS UNLOCKED.  TOWER
WAS NOT AWARE THAT KELLEY WAS TO REMAIN LOCKED IN HIS ROOM.
TOWER CALLED TO B BLOCK AND ASKED SMOOT TO LOCK 103. AT THAT
POINT KELLEY LEFT HIS ROOM AND HURRIED TO THE DAYROOM
BATHROOM.  2256 CAME BACK TO B-BLOCK.

1824HRS     KELLEY BACK UP FRONT.

1827HRS     KELLEY BACK IN HOLDING CELL.

1835HRS     2256 IN B-BLOCK. ASKED FOR 103 TO BE OPENED. ALSO
REQUESTED THAT THE HEAT BE TURNED OFF. NON MANDATORY
HEADCOUNT CONDUCTED AND CORRECT.

1919HRS     KELLEY IS UP AND STANDING AT THE DOOR.

1921HRS     KELLEY OUT OF HOLDING. APPEARS TO BE  USING THE
PHONE.

***NOTE: WHEN 460 IS PUT 10-41 IN CAD HE STILL DOES NOT SHOW UP AS AN
ACTIVE UNIT.***

1929HRS    CELL DOORS UNLOCKED IN PREPARATION FOR CLEANING.

1933HRS    LEE IS VISITING IN C201 HIS ROOM IS C205. HE HAS BEEN TOLD REPEATEDLY ABOUT THE RULE VIOLATION SINCE HE HAS BEEN HERE. HE INFORMED TOWER THAT SHE IS "OFF THE HOOK" WITH THE RULES.  HE HAS THE ATTITUDE THAT THE RULES SHOULD NOT APPLY TO HIM.

1939HRS    MOP BUCKETS AND CLEANING SUPPLIES BACK TO ALL BLOCKS.

1940HRS    KELLEY STANDING UP IN CELL.

2000HRS    SECURITY CHECK CONDUCTED.

2013HRS    TYLENOL GIVEN TO HAWKINS AND SMOOT.

2030HRS    MOP BUCKETS AND CLEANING SUPPLIES PICKED UP FROM ALL BLOCKS. UNIFORMS PICKED UP FROM A AND B BLOCK.

2109HRS    CELL INSPECTIONS CONDUCTED.

2125HRS    INSPECTIONS COMPLETED.

2130HRS    MANDATORY HEADCOUNT CONDUCTED. LEE WOULD NOT COME OUT FOR HEADCOUNT.  HAS HAPPENED SEVERAL TIMES. TYLENOL GIVEN EAST AND SCARBOROUGH.

2135HRS    CREWS DRUGS HERE WITH MEDS FOR HAWKINS AND NIXON.

*NOTE: KELLEY USED THE PHONE ONCE ON THIS SHIFT.*

2200HRS    LOCKDOWN. BED MEDS.

2328HRS    PERIMETER CHECK CONDUCTED.

0000HRS    TAPE CHANGED.

0149HRS    WALKTHROUGH CONDUCTED.  A-BLOCK. LIGHT IS OUT IN 103.

0151HRS    D-BLOCK.

0152HRS    C-BLOCK DID NOT EMPTY THE COOLER.

0155HRS    B-BLOCK

0158HRS    WALKTHROUGH COMPLETE.

0204HRS    KELLEY FLOPPING AROUND AND COVERING HIMSELF WITH HIS BLANKET.

0500HRS    COOLERS TO THE FRONT

0512HRS    COOLERS TO ALL BLOCKS.

12-20-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$20.00 ON HAND AT THE BEGINNING OF THE SHIFT, 30INMATES ACCOUNTED FOR.

2204, 2205 AND UNIT 9 ARE IN MARBLE VALLEY ON THE 10-89 FROM THE CAMPER FIRE. ST CLAIR CO HAS BEEN SENT TO THE WIFE'S HOME TO INFORM THEM OF THE DEATH. THE FIRE MARSHALS OFFICE IS SENDING SOMEONE TO THE SCENE. FORENSICS HAS BEEN NOTIFIED.

0710; MEDS TO KELLEY, HOLLANQUEST, NIXON AND HAWKINS.

0740; VISITATION STARTED

0810; KELLEY TAKEN TO B-BLOCK TO GET READY FOR VISITATION. TAPLEY BROUGHT TO BOOKING TO TALK WITH 2203.

0930; MISSIE HAWKINS COMPLAINING OF CHEST AND LOWER BACK PAIN. 2214 CHECKED B/P- 122/80. GIVEN TYLENOL AND ALLOWED TO LAY DOWN IN HER CELL. RE-CHECKED B/P-108/78. SHE IS STILL COMPLAINING OF CHEST PAIN BUT NOW HAS STOMACH PAIN INSTEAD OF BACK PAIN.

1140; HAWKINS MOVED TO DETOX FOR OBSERVATION. SHE IS NOW COMPLAINING OF SEVER STOMACH PAIN AND A BROWN DISCHARGE WITH A BAD ODOR.

1210: HAWKINS WAS TRANSPORTED TO RUSSELL ER BY 2214

1500: VISITATION IS OVER

1600: KILPATRICK GIVEN EVENING MEDS

1723; 2203 SPOKE WITH JUDGE TEEL IN REF TO MISSIE HAWKINS, NO ACTION WILL BE TAKEN BEFORE MONDAY. KEEP HER AS COMFORTABLE AS POSSIBLE UNTIL THAT TIME.

1740; MEDS TO HOLLANQUEST, NIXON AND KELLEY.

$253.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $273.00.

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/20/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEADCOUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0730HRS | TRAYS P/U CELL DOORS OPENED MEDS TO KELLEY, HOLLENQUEST, NIXON, HAWKINS, MCKINNEY |
| 0745HRS | VISITATION BEGAN KIRKPATRICK TO VISITATION |
| 0811HRS | BRYAN KELLEY BROUGHT TO B-BLOCK TAPLEY UP FRONT TO TALK TO LT. |
| 0839HRS | JAMAR AND HARRIS TO VISITATION |
| 0844HRS | KELLEY BACK TO FRONT |
| 0914HRS | SMOOT TO VISITATION |
| 0932HRS | 2214 AND 2256 TO D-BLOCK TO CHECK ON MISSIE HAWKINS |
| 0935HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 0940HRS | KELLEY TO VISITATION |
| 0959HRS | NIXON TO VISITATION |
| 1021HRS | KIRKPATRICK TO LIBRARY TO MEET WITH PASTOR |
| 1037HRS | WALKER TO VISITATION |
| 1100HRS | LUNCH TRAYS SERVED |
| 1130HRS | TRAYS P/U |
| 1138HRS | MISSIE HAWKINS TAKEN UP FRONT FOR MEDICAL OBSERVATION |
| 1200HRS | SOLLEY TO VISITATION |
| 1223HRS | BILLY JOE GRAY TO VISITATION ALSO MEDS TO KELLEY AND NIXON |

1230HRS    2256 TO THE TOWER AND 2258 TO THE FRONT

1242HRS    DANIEL BARNETT TO VISITATION

1312HRS    CHARLES EAST TO VISITATION

1430HRS    CELL DOORS LOCKED MANDATORY HEADCOUNT COMPLETE

1523HRS    KELLEY IN OBSERVATION IS UP WALKING AROUND AND
           KNOCKING ON DOOR

1600HRS    MCKINNEY IN E BLOCK GIVEN MEDS

1622HRS    2258 TO TOWER AND 2256 TO DISPATCH

1700HRS    DINNER TRAYS SERVED

1742HRS    TRAYS P/U MEDS TO NIXON, HOLLENQUEST, KELLEY

1800       10=42

NIGHTSHIFT REPORT
12-20-03
TAYLOR/ D. HARRIS

2253 IN DISPATCH AND 2252 TO TOWER.

SHIFT STARTS WITH $272.00 ON HAND AND 30 INMATES INCARCERATED.

1826HRS      TOWER NOTIFIED DISPATCH THAT KELLEY PLACED A
PLAYING CARD OVER THE CAMERA.  HE HAD BEEN ADVISED THAT IF HE
PUT THE CARDS UP THERE HE WOULD LOSE THEM.  HIS CARDS WERE
TAKEN AWAY. HE STATED THAT DOING THAT IS THE ONLY WAY HE CAN
EVER GET ANYONE.  HE WAS ALLOWED TO USE THE PHONE BUT WAS
UNABLE TO GET IN TOUCH WITH ANYONE. HE ALSO STATED THAT HE
COULD BEAT ON THE DOOR FOR 30 MINUTES BEFORE ANYONE WOULD
COME AND SEE WHAT HE NEEDED.

1848HRS      KELLEY OUT USING THE PHONE.  WASN'T ABLE TO REACH
ANYONE BEFORE. ALSO TO NOTE KELLEY STATED THAT HIM BEING HELD
DOWN HERE IS BULLSH*T THAT HE SHOULD BE PUT BACK IN THE
BULLPEN, IT DOESN'T MATTER ANYWAY BECAUSE HE WILL BE OUT OF
HERE NEXT WEEK. HE STATED THAT HE HAS HIRED TWO $50,000 LAWYERS
THAT WILL BE GETTING HIM OUT.

1944HRS      FINGERPRINT MACHINE MAKING A NOISE THAT SOUNDS LIKE
IT IS TRYING TO CONNECT TO THE INTERNET.

1950HRS      PERIMETER CHECK CONDUCTED.2200HRS    BED MEDS WERE
GIVEN TO NIXON, PRESSLEY, AND MCKINNEY.  BRIAN KELLEY DID NOT
RECEIVE HIS AT THIS TIME BECAUSE HE WAS SOUND ASLEEP.

0009HRS      KELLEY WAS GIVEN HIS BEDTIME PILL.

0327HRS      PERIMETER CHECK.  10-4

0400HRS      TAPE CHANGED.

0422HRS      OUTGOING MAIL LOGGED.

0600HRS      COUNT IS STILL 30 AND MONEY IS SAME AT $272.00.

NIGHTSHIFT TOWER LOG
12/20/03
TAYLOR/ D. HARRIS


1800HRS    INMATE COUNT IS 30.

1805HRS    WILLIAM LEE WAS OBSERVED SITTING ON TABLE IN THE
DAYROOM.  HE WAS TOLD NO GET OFF OF IT AND HE SLOWLY COMPLIED.

1826HRS    BRIAN KELLEY STUCK A PLAYING CARD OVER THE CAMERA
IN THE HOLDING CELL.  HE SAID HE WAS TRYING TO GET OUR ATTENTION
TO USE THE PHONE.  HE WAS GIVEN USE OF THE PHONE BUT COULD NOT
REACH ANYONE.  HE ALSO ASKED TO GO BACK TO B-BLOCK AND TAKE A
SHOWER.  UPON CHECKING, 2252 AND 2253 FOUND THAT HE HAD ALREADY
BEEN TAKEN BACK TO B-BLOCK THIS MORNING AT 0811 BY 2256 TO
SHOWER AND SHAVE.

1852HRS    KELLEY OUT TO USE PHONE.

1930HRS    CLEANING SUPPLIES GIVEN OUT.  CELL DOORS OPENED.  R.
EDWARDS IN B-BLOCK GIVEN EARDROPS.  PRESSLEY GIVEN GAS MED.

1950HRS    OUTSIDE PERIMETER CHECK.  10-4

2027HRS    CLEANING SUPPLIES PICKED UP.  CELLS INSPECTED.

2058HRS    HAWKINS REQUESTED A TYLENOL.

2130HRS    MANDATORY HEADCOUNT DONE.  ALL ACCOUNTED FOR.

2157HRS    2253 TO TOWER AND 2252 TO DISPATCH.

2200HRS    LOCKDOWN.

2208HRS    MEDS ADMINISTERED.

0000HRS    TAPE CHANGED. KELLEY UP AND WALKING AROUND.

0002HRS    KELLEY IS NOW ON HIS "BED" FIDGETING AROUND TRYING
TO FIX HIS BLANKET.

0009HRS    2252 GIVING KELLEY HIS MED. WAS NOT GIVEN EARLIER
BECAUSE HE WAS ASLEEP. KELLEY STATED THAT HE WAS GLAD TO
FINALLY GET IT BECAUSE HE WOULD GO OFF AND DESTROY EVERYTHING
AROUND HERE.

0050HRS    PERIMETER CHECK CONDUCTED.

0056HRS    PERIMETER CHECK COMPLETED.

0202HRS    PERIMETER CHECK CONDUCTED.

0212HRS    PERIMETER CHECK COMPLETE.

0214HRS    WALKTHROUGH CONDUCTED. COOLERS PULLED OUT OF ALL BLOCKS.  A-BLOCK.

0216HRS    D-BLOCK.

0217HRS    C-BLOCK.

0219HRS    B-BLOCK.

0221HRS    WALKTHROUGH COMPLETE.

0437HRS    PERIMETER CHECK CONDUCTED.

0442HRS    PERIMETER CHECK COMPLETE.

0444HRS    WALKTHROUGH CONDUCTED. A-BLOCK.

0445HRS    D-BLOCK.

0446HRS    C-BLOCK.

0447HRS    B-BLOCK.

0448HRS    WALKTHROUGH COMPLETE.

0458HRS    2252 AND HILL TO THE BACK TO GET COOLERS AND TAKE THEM TO THE FRONT.

0505HRS    2252 AND HILL TO THE BACK WITH THE COOLERS TO ALL BLOCKS.

0509HRS    SEARCY IN DISPATCH TO CLEAN.

0520HRS    SEARCY THROUGH SC1 TO CLEAN.

0539HRS    TOWER OBSERVED KELLEY READING HIS RULE BOOK.

0541HRS     KELLEY UP WALKING AROUND.

0543HRS     KELLEY BACK ON HIS "BED"

0547HRS     KELLEY UP AND AT THE DOOR WITH RULEBOOK. HE IS
WAVING AT THE CAMERA.

12-21-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$272.00 ON HAND AT THE BEGINNING OF THE SHIFT, 30 INMATES
ACCOUNTED FOR.

BREAKFAST MEDS TO HOLLENQUEST, KELLEY, NIXON,
MCKINNEY, AND HAWKINS

0756: BRYAN KELLEY ALLOWED TO USE PHONE AND RESTROOM

0900: BRYAN KELLEY TAKEN BACK FOR SHOWER AND USE OF
THE PHONE, BRYAN ALSO SAID 12-22-03  THE STATE SENATOR
HIS NEW LAWYER FROM MONTGOMERY AND OTHERS WILL BE
HERE TOMORROW

NOTE: MISSIE HAWKINS PUT IN REQUEST FOR FRUIT ON TRAY
AND HER PARENTS BE ABLE TO BRING FRUIT FOR HER BECAUSE
OF HER LOSS OF WEIGHT

1041: ALL ELIZABETH MCGATHNEY BELONGINGS GIVEN TO HER
MOTHER

1200: LUNCH TRAYS SERVED MEDS TO BRYAN KELLEY

1243: CONTACTED RICKY WYCKOFF HE IS GOING TO CONTACT
TRANSLATER AND COME DOWN AND TALK WITH MARIO
LEBRON

1300: DANIEL BARNETT AND WILLIAM LEE UP FRONT TO SPEAK
WITH JEFF WOOD

1500; MARCUS DAVIS PICKED UP AT THE COUNTY LINE FROM
ACPD AND TRANSPORTED TO CODE 1.  DAVIS WAS ARRESTED
AND PROCESSED ON AN FTA-NO SEAT BELT AND ASSIGNED TO
C-203.

$20.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE
OF $292.00.

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/21/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0727HRS | TRAYS P/U MEDS TO MCKINNEY, HOLLENQUEST, KELLEY NIXON AND HAWKINS.  CELL DOORS OPENED |
| 0732HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 0850HRS | BRYAN KELLEY TAKEN TO B-BLOCK FOR A SHOWER |
| 0930HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1200HRS | LUNCH TRAYS SERVED |
| 1215HRS | MEDS TO BRYAN KELLEY |
| 1257HRS | DANIEL BARNETT TO BOOKING TO TALK WITH JEFF WOOD |
| 1303HRS | WILLIAM LEE TAKEN TO BOOKING TO TALK WITH JEFF WOOD |
| 1314HRS | MCKINNEY TO VISITATION |
| 1430HRS | CELL DOORS LOCKED HEAD CONT COMPLETE AND CORRECT |
| 1500HRS | MARCUS DAVIS BROUGHT IN TO CODE 1 AND ASSIGNED C203 |
| 1700HRS | DINNER TRAYS SERVED |
| 1735HRS | TRAYS P/U MEDS TO KELLEY, HOLLENQUEST, HAWKINS, NIXON |

NIGHTSHIFT REPORT
12/21/03
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 31 AND MONEY ON HAND IS $292.00.

1914HRS     2201 CALLED AND SAID MARCUS DAVIS' MOTHER WAS ON
THE WAY TO GET MARCUS OUT AND TO ACCEPT A MONEY ORDER FOR
$37.00 FOR THE FINE (PER J. WOOD).

1935HRS     MARCUS DAVIS WAS RELEASED ON FINES PAID.

1948HRS     2252 ESCORTED DAY AND HILL TO TOWER TO EMPTY THE
TRASH AND PICK UP DIRTY DISHES, ETC..

1956HRS     OUTGOING INMATE MAIL LOGGED.

2126HRS     NOBLE NIXON IN B-BLOCK FELL DOWN THE STAIRS.  HE
COULD NOT GET UP AND SAID THERE WAS A LOT OF PAIN IN HIS BACK.
EMS2 AND ROCKFORD 1ST RESPONDERS WERE CALLED OUT .  2207 ALSO
RESPONDED.  NIXON WAS TRANSPORTED TO RUSSELL ER AT 2157.

2208HRS     BED MEDS GIVEN TO PRESSLEY AND MCKINNEY.  KELLEY IS
SLEEPING HARD.  HE WILL BE GIVEN HIS BEDTIME MED. WHEN HE WAKES
UP.

0022HRS     NIXON BACK FROM E.R. WITH 2207.  NIXON WAS PUT IN THE
DETOX CELL FOR MEDICAL OBSERVATION.

0031HRS     NIXON WAS SEEN FROM THE TOWER LIFTING HIS MATTRESS
FROM THE FLOOR TO THE BENCH USING BOTH ARMS. 2207 ADVISED HIM
TO LEAVE IT ON THE FLOOR.

0044HRS     KELLEY WAS GIVEN HIS MED.

0400HRS     TAPE CHANGED.

0431HRS     OUTGOING MAIL LOGGED.

0525HRS     TOWER  AND HALLWAY IN THE BACK (BEYOND SC2) WERE
CLEANED .

0600HRS     COUNT IS 30 INMATES AND MONEY ON HAND IS $292.00.
MONEY ORDER FOR MARCUS DAVIS'FINE IS IN ENVELOPE IN SAFE TO GO
TO CLEARK'S OFFICE TODAY.

NIGHTSHIFT TOWER LOG
12-21-03
TAYLOR/ D. HARRIS

2253 TO TOWER AND 2252 IN DISPATCH.

1810HRS    NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT A-6, B-7, C- 10, D-2, E-1, HOLDING-1 AND TRUSTEES –4, FOR A TOTAL OF 31.

1827HRS    KELLEY OBSERVED LAYING ON HIS "BED". HE IS MOVING AROUND TRYING TO GET COMFORTABLE.

1844HRS    PERIMETER CHECK CONDUCTED.

1856HRS    PERIMETER CHECK COMPLETED.  DEPUTIES' OUTSIDE DOOR WAS FOUND UNLOCKED.  WAS MADE SECURE.

1920HRS    MOP BUCKETS BACK TO ALL BLOCKS.

1925HRS    CELL DOORS UNLOCKED SO THEY CAN CLEAN.

1931HRS    MARCUS DAVIS UP FRONT. RELEASED ON FINES PAID PER 2201.  INMATE COUNT IS NOW 30.

1948HRS    TRUSTEES TO TOWER TO DO A LITTLE CLEANING.

1956HRS    NON MANDATORY HEADCOUNT CONDUCTED AND COMPLETE.

1958HRS    KELLEY MOVING AROUND ON HIS "BED".

2031HRS    MOP BUCKETS PICKED UP FROM ALL BLOCKS.

2121HRS    CELL INSPECTIONS CONDUCTED.

2124HRS    MR. KELLEY CALLED STATING THAT HE HAD NOT HEARD FROM HIS SON, BRYAN, AND WAS CHECKING ON HIS WELL BEING.

2126HRS    LOUD NOISE FROM B-BLOCK. INMATE NOBLE NIXON FELL DOWN STAIRS. 2252 WAS IN B-BLOCK AT THAT TIME CONDUCTING CELL INSPECTION.

2127HRS    EMS2  AND  ROCKFORD FIRST RESPONDERS WERE PAGED OUT.

2133HRS    2207 AND 2251 10-23 AT CODE 1 AND 10-84 TO B-BLOCK.

2135HRS    ROCKFORD 14 10-23.

2140HRS    MANDATORY HEADCOUNT CONDUCTED.

2141HRS    EMS2 10-23 AND BACK TO B-BLOCK.

2157HRS    EMS2, ROCK14, 2207 AND 2251 10-84 TO RUSSELL ER.

2200HRS    LOCKDOWN.

2217HRS    BED MEDS ADMINISTERED TO MCKINNEY AND PRESSLEY.

2247HRS    PERIMETER CHECK CONDUCTED.

2341HRS    PERIMETER CHECK CONDUCTED.  LOCKED FRONT DOORS.

2357HRS    2253 TO DISPATCH AND 2252 TO TOWER.

2400HRS    TAPE CHANGED OUT.

0022HRS    2207 AND 2251 BACK FROM THE ER WITH NIXON, WHO WAS
PUT IN THE DETOX CELL FOR MEDICAL OBSERVATION.  NIXON WAS
GIVEN A MATTRESS, PILLOW AND A BLANKET.

0031HRS    TOWER ADVISED THAT NIXON PICKED UP HIS MATTRESS
FROM THE FLOOR AND PUT IT ON TOP OF THE BENCH.  HE USED  BOTH
ARMS TO LIFT THE PAD BUT ONE ARM AT A TIME.  2207 AND 2251 WENT
TO CELL AND PUT MATTRESS BACK ON FLOOR.

0044HRS    KELLEY IS AWAKE SO BEDTIME MED WAS GIVEN TO HIM.

0121HRS    WALKTHROUGH CONDUCTED.

0315HRS    WALKTHROUGH CONDUCTED.

0405HRS    2252 TO DISPATCH AND 2253 TO TOWER.

0449HRS    TOWER OBSERVES KELLEY SITTING UP ON HIS "BED".

0509HRS    HILL, ESCORTED BY 2252, TO GET COOLERS AND TAKE THEM
TO THE FRONT.

0520HRS    COOLERS BACK TO ALL BLOCKS. SC2 HALL SWEPT AND
MOPPED BY HILL.

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/22/03

0600 HRS.    CELL DOORS OPENED. **MANDATORY HEAD COUNT**
COMPLETED. (A-6 / B-6 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 /
TOTAL OF 30 INMATES).

0630 HRS.    CELL DOORS LOCKED. **RANDOM HEAD COUNT** COMPLETED.
(A-6 / B-6 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 30
INMATES). TRAYS SERVED. MEDS WERE GIVEN TO KELLY, NIXON,
HOLLENQUEST, AND HAWKINS.

0632 HRS.    KELLY SEEMS TO HAVE A GOOD APPETITE THIS MORNING. HE
ATE ALL OF HIS BREAKFAST AND GOT UP TO PLACE HIS PLATE IN FRONT
OF THE DOOR FOR THE TRUSTEES TO PICK UP.

0643 HRS.    KELLY IS NOW SITTING IN HIS "BED" READING A BOOK.

0704 HRS.    TRAYS PICKED UP. KELLY IS STILL READING HIS BOOK.

0721 HRS.    JAMAR MILTON ESCORTED TO THE FRONT. (TO BE
TRANSPORTED TO PRISON).

0730 HRS.    CELL DOORS OPENED.

0812 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.

0837 HRS.    OBSERVED KELLY TAKING HIS SHIRT OFF IN THE HOLDING.
HE WAS TOO HOT. HE PLACED HIS ORANGE SHIRT BACK ON. (HE HAD
SOME LONG SLEEVES UNDER IT).

0847 HRS.    KELLY ESCORTED BACK TO B BLOCK TO GET A SHOWER.
AFTER GETTING ALL THE WAY BACK TO B BLOCK'S DOOR, KELLY
ADVISED HE NEEDED TO GO UP FRONT TO GET HIS SHAMPOO.  IT
APPEARED FROM THE TOWER THAT KELLY WAS TRYING TO GET AWAY
FROM 2215. HE HURRIED AHEAD OF HIM IN THE HALLWAY OF SC2, JUST IN
TIME FOR THE DOOR TO SHUT. HE THEN BEGAN TO JOG TOWARDS THE
FRONT, WHERE JOAN WAS ABOUT TO GO THROUGH SC1. I ADVISED HER TO
WAIT ONE SECOND, TO ALLOW 2215 TO CATCH UP WITH HIM. 2215
ADVISED HIM TO STOP. KELLY STOPPED.

0901 HRS.    LERON ESCORTED TO THE FRONT.

0912 HRS.    LERON ESCORTED BACK TO C BLOCK TO GATHER HIS
BELONGINGS.

0930 HRS.     CELL DOORS LOCKED. **MANDATORY HEAD COUNT** COMPLETED. (A-5 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 28 INMATES).

0938 HRS.     KELLY ESCORTED BACK UP FRONT, TO THE HOLDING AREA

0947 HRS.     LERON RELEASED ON BOND.

1012 HRS.     **RANDOM HEAD COUNT** COMPLETED. (A-5 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 28 INMATES).

1136 HRS.     KELLY APPEARS TO BE SLEEPING IN HIS "BED".

1145 HRS.     STORE SHEETS PASSED OUT.

1153 HRS.     TRAYS SERVED.

1202 HRS.     KELLY FINISHED EATING. HE ATE WELL.

1230 HRS.     CELL DOORS OPENED.

1243 HRS.     TRAYS PICKED UP. MEDS WERE GIVEN TO NIXON, AND KELLY. ALSO THE MAIL WAS PASSED OUT. NIXON WAS BROUGHT BACK TO B BLOCK, SO HE COULD GET A SHOWER.

1302 HRS.     NIXON ESCORTED BACK TO THE FRONT. (DETOX).

1415 HRS.     NIXON AND KELLEY IN HOLDING HAVE BEEN WALKING AROUND OR LYING ON MATS FOR THE PAST HOUR

1430 HRS.     CELL DOORS LOCKED AND MANDATORY HEAD COUNT COMPLETE

1500 HRS.     NIXON BROUGHT BACK TO HIS CELL TO GET SOME PERSONAL ITEMS BECAUSE HE WILL REMAIN IN HOLDING FOR OBSERVATION

1658 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KELLY, AND NIXON.

1716 HRS.     KELLY IS STILL EATING WELL.

1732 HRS.     TRAYS PICKED UP.

1748 HRS.     MCKINNEY ESCORTED BACK FROM WORK RELEASE. ALSO MCKINNEY WAS GIVEN HIS MEDS. TYLENOL WAS GIVEN TO MISSY HAWKINS.

**NIGHT SHIFT REPORT**
**12/22/03**
**HARRIS/KELLY/PEOPLES**

1800HRS    INMATE COUNT IS 27. BEGINNING BALANCE IS $51.00

1830HRS    CREWS DRUGS DELIVERED PRESCRIPTIONS FOR
NOBLE NIXON, AND MISSIE HAWKINS

1900HRS    MAIL LOGGED

2130HRS    OUTSIDE SECURITY CHECK CONDUCTED

2240HRS    TROOPER HARKINS BROUGHT IN SHAWN
CHRISTOPHER WILLIAM FOR DUI

0400HRS    TAPE CHANGED

0600HRS    END OF SHIFT 28 INMATES ON HAND. $51.00 TAKEN IN
FOR AN ENDING BALANCE OF $102.00

# NIGHTSHIFT TOWER LOG
# KELLY/ D. HARRIS
# 12/22/03

1800 HRS.  RANDOM HEAD COUNT COMPLETED. (A-4 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 27 INMATES)

1930 HRS.  CELL DOORS OPENED. CLEANING SUPPLIES PASSED OUT.

2030HRS  CLEANING SUPPLIES PICKED UP

2115HRS  OUTSIDE SECURITY CHECK CONDUCTED

2130HRS  MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR

2200HRS  LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS  TOWER TAPE CHANGED

0200HRS  WALK THROUGH

0400HRS  WALK THROUGH

0500HRS  ICE TO ALL BLOCKS

DAYSHIFT TOWER LOG
CALFEE / BRADLEY / GREEN / PEOPLES
12/23/03

0600 HRS.    CELL DOORS OPENED. **MANDATORY HEAD COUNT** COMPLETED. (A-4 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-2 / TRUSTEES-4/ TOTAL OF 28 INMATES).

0630 HRS.    CELL DOORS LOCKED. **RANDOM HEAD COUNT** COMPLETED. (A-4 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-2 / TRUSTEES-4/ TOTAL OF 28 INMATES). MEDS WERE GIVEN TO KELLY, NIXON, HAWKINS, MCKINNEY, AND TYLENOL GIVEN TO SCARBROUGH.

0700 HRS.    TRAYS PICKED UP. RAZORS ADMINISTERED.

0730 HRS.    CELL DOORS OPENED.

0800 HRS.    GREEN TO THE TOWER AND CALFEE TO THE FRONT

0815 HRS.    PASTOR TAKEN TO C BLOCK WHERE CHURCH SERVICE HELD WALKER FROM B BLOCK MOVED TO ATTEND

0830 HRS.    KELLEY ALLOWED TO USE EXAM ROOM TOILET AND THEN USE PHONE

0840 HRS.    KELLEY DONE USING PHONE AND RETURNS TO HIS CELL

0850 HRS.    PASTOR LEFT C BLOCK AND WALKER RETURNED TO B BLOCK

0930 HRS.    CELL DOORS LOCKED AND MANDATORY HEAD COUNT COMPLETE / OBSERVATION IN 2 HOLDING CELLS NOTED AS KELLEY SLEEPING, NIXON SLEEPING AND OTHER INDIVIDUAL LOOKING OUT CELL DOOR

0945 HRS.    KELLEY BROUGHT BACK TO SHOWER IN B BLOCK ALSO WHILE IN BACK CELL WAS CLEANED

1045 HRS.    SHAW WILLIAMS RELEASED ON 500.00 BOND APPROVED BY 2204

1135 HRS.    KELLEY RETURNED TO FRONT AND NIXON BROUGHT BACK TO B BLOCK TO SHOWER ALSO WHILE IN BACK CELL CLEANED

1200 HRS.    LUNCH TRAYS SERVED

1215 HRS.    KELLEY IN HOLDING HAS BEEN DOING SOME TYPE OF EXERCISE FOR THE PAST 5 MINUTES. DURING THIS TIME HE HAS JUMPED AND KICKED ALTERNATING LEGS, SPUN AROUND ON THE HEELS OF HIS FEET, SWUNG HIS FIST AND WOULD LEAN SIDE TO SIDE KICKING. HIS BALANCE DIDN'T SEEM TO GOOD BUT HIS PHYSICAL ABILITY TO DO THESE ACTIONS WASN'T HAMPERED BY ANY PHYSICAL PROBLEMS.

1225 HRS.    2256 OBSERVED KELLEY TESTING THE STRENGTH OF THE ACE BANDAGE HE HAS FOR HIS ANKLE AS DOING SO HE WAS LOOKING AT THE CEILING. I THEN WATCHED AS KELLEY TIED A KNOT OF SOME SORT IN THE BANDAGE AND PLACED IT AROUND HIS NECK. AT THIS TIME I CALLED FOR 2254 THAT WAS IN THE FRONT OFFICE TO GO AND STOP HIM FROM ANY ACTION HE WAS PLANNING TO DO. UPON ENTERING THE CELL HE REMOVED THE BANDAGE FROM HIS NECK. I 2256 WATCH AS 2254 TALKED WITH KELLEY HE THEN GAVE HER THE BANDAGE. AS 2254 LOCKED THE DOOR KELLEY TURNED TO THE CAMERA SCRATCHING HIS HEAD AND SHOOTING THE CAMERA AND BIRD.

1240 HRS.    CELL DOORS UNLOCKED

1250 HRS.    LUNCH TRAYS PICKED UP AND MEDS GIVEN TO NIXON AND KELLEY ALSO NIXON RETURNED TO THE FRONT

1330 HRS.    BOTH KELLEY AND NIXON ARE SLEEPING AT THIS TIME

1345 HRS.    RAZORS PICKED UP AND LINENS RETURNED BY 2254

1430 HRS.    CELL DOORS LOCKED AND MANDATORY HEAD COUNT COMPLETE

1652HRS.    TRAYS SERVED, MEDS GIVEN TO KELLEY, NIXON AND HAWKINS

1738HRS.    TRAYS PICKED UP

## NIGHT SHIFT REPORT
## 12/23/03
## HARRIS/KELLY/PEOPLES

1800HRS    INMATE COUNT IS 27. BEGINNING BALANCE IS $25.00

2100HRS    2206 BROUGHT IN SCOTT THOMPSON ON NWNI
WARRANT.

2245HRS    SCOTT THOMPSON RELEASED ON BOND WITH COOSA
BONDING

2300HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0600HRS    END OF SHIFT, 27 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF $25.00