# EXHIBIT W

# December Shift Logs, Part III

NIGHT SHIFT TOWER LOG
HARRIS / KELLEY / PEOPLES
12/23/03

| | |
|---|---|
| 1800HRS | SHIFT CHANGE, INMATE COUNT IS 27 |
| 1820HRS | KILPATRICK MCKINNEY RETURNS FROM WORK RELEASE |
| 1832HRS | KILPATRICK BROUGHT BACK TO E BLOCK |
| 1930HRS | CELL DOORS OPENED, 2251 DISTRIBUTES CLEANING SUPPLIES, CLEAN UP BEGINS |
| 2030HRS | CELL INSPECTIONS CONDUCTED BY 2251, CLEANING SUPPLIES ARE PICKED UP |
| 2046HRS | 2251 TAKES KIRBY BARNETT TO THE LIBRARY |
| 2100HRS | 2206 BRINGS IN SCOTT THOMPSON FROM ALEX CITY ON OUR WARRANTS |
| 2130HRS | MANDATORY HEAD COUNT TAKEN, 28 INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN, ALL CELL DOORS LOCKED/BEDTIME MEDS GIVEN OUT |
| 2220HRS | COOSA BONDING HERE TO BOND OUT SCOTT THOMPSON |
| 2245HRS | RELEASING SCOTT THOMPSON ON BOND |
| 2400HRS | CHANGED TAPE |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | ICE TO ALL BLOCKS |

12-24-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$25.00 ON HAND AT THE BEGINNING OF THE SHIFT, 27 INMATES
ACCOUNTED FOR.

0705, MEDS TO KELLEY, NIXON AND HAWKINS.  PEPTO TO
TAPLEY AND TYLENOL TO SCARBROUGH.

0820; KELLEY TO B-BLOCK FOR SHOWER

0854; NIXON TO B-BLOCK FOR SHOWER

1230; INCOMING MAIL LOGGED AND DISTRIBUTED

1245; ALL CELLS CHECKED FOR TISSUE, TISSUE ISSUED ONLY TO
CELLS THAT WERE OUT.

1250; NOON MEDS TO KELLEY AND NIXON

1300; KELLEY ALLOWED TO USE TOILET AND PHONE

ATTN: ALL CORP. CHECK MEMO ON THE BOARD PER LT. WILSON

1539: FRUIT GIVEN TO MISSIE HAWKINS

1700:  TRAYS SERVED, MEDS GIVEN TO NIXON, KELLEY,
HAWKINS

1730:  TRAYS PICKED UP

1745:  KILPATRICK MCKINNEY RETURNS FROM WORK RELEASE

FIVE DOLLARS RECEIVED DURING THE SHIFT FOR AN ENDING
BALANCE OF 30.00 DOLLARS.

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/24/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0709HRS | TRAYS P/U MEDS TO KELLEY, HAWKINS, NIXON, MCKINNEY |
| 0720HRS | OBSERVED KELLEY IN HOLDING DOING SIT UPS MOVING MOVING AROUND VERY WELL |
| 0730HRS | CELL DOORS OPENED |
| 0820HRS | KELLEY TO B- BLOCK FOR SHOWER |
| 0852HRS | KELLEY BACK TO HOLDING CELL UP FRONT |
| 0854HRS | NIXON TO B-BLOCK FOR SHOWER |
| 0925HRS | NIXON BACK TO HOLDING CELL UP FRONT |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND GOOD |
| 0935HRS | MISSIE HAWKINS RECEIVED BOWL OF FRUIT |
| 1100HRS | STORE DISTRIBUTED TO BLOCKS |
| 1200HRS | TRAYS SERVED |
| 1230HRS | TRAYS P/U CELL INSPECTION DONE FOR TOILETRIES CELL DOORS OPENED |
| 1340HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1700HRS | TRAYS SERVED, MEDS TO KELLEY, NIXON AND HAWKINS |
| 1740HRS | TRAYS PICKED UP |
| 1758HRS | 2253 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
12/24/03
TAYLOR/ D.HARRIS/PEOPLES

1800HRS      INMATE COUNT IS 27.  MONEY ON HAND IS $30.00.

1809HRS      KELLEY OUT OF HOLDING CELL TO USE PHONE.  TAPLEY WAS
GIVEN PEPTO BISMOL BY 2255.

1813HRS      KELLEY DID NOT REACH ANYONE ON PHONE.  WAS
RETURNED TO HOLDING CELL AND WILL BE GIVEN A CHANCE TO USE
PHONE LATER.

2012HRS      PERIMETER CHECK.  DEPUTIES' OUTER DOOR WAS FOUND
UNLOCKED.  WAS MADE SECURE.

2045HRS      2255 TOOK POWER AND SCARBROUGH TO THE LIBRARY TO
GET BOOKS.

2100HRS      2255 IS 10-42.

2200HRS      BEDTIME MEDS GIVEN TO PRESLEY AND NIXON.  TYLENOL TO
EAST, K. BARNETT, SMOOT, AND SCARBROUGH AND BENEDRYL TO
TAPLEY FOR ITCHING AND RASH ON HER ARMS.  KELLY WAS SLEEPING
AND WILL BE GIVEN HIS MED. WHEN HE WAKES UP.

2242HRS      PERIMETER CHECK.  10-4.  ALL SECURED DOORS LOCKED.

2300HRS      130 ADVISED THAT A SUBJECT HAD LOST A GUN (IN A CASE)
FROM  THE BACK OF HIS TRUCK SOMEWHERE BETWEEN RICHVILLE AND
ALEX CITY.  IF ONE IS TURNED IN,  PLEASE CONTACT 130, SINCE HE HAS
THE OWNER'S  INFORMATION.

0130HRS      KELLY WOKE UP AND WAS GIVEN MED.

0400HRS      TAPE CHANGED.

0600HRS      TWENTY-SEVEN INMATES AND $30.00 ON HAND AT END OF
SHIFT.

NIGHTSHIFT TOWER LOG
TAYLOR/ D. HARRIS/ PEOPLES

1800HRS      2253 IN TOWER.

1804HRS      *MEDICAL OBSERVATION:* KELLEY OBSERVED GETTING UP AND
WALKING TO THE DOOR TO WATCH SHIFT CHANGE ACTIVITY.

1806HRS      *POUNDING COMING FROM B-BLOCK.* OBSERVED SMOOT BEATING ON
THE WALL BETWEEN AND A AND B BLOCK. ADVISED SMOOT TO NOT BEAT ON THE
WALL.

1808HRS      *NON MANDATORY HEADCOUNT* CONDUCTED. COUNT AS FOLLOWS: A-
4, B- 8( WITH NIXON AND KELLEY UP FRONT FOR MEDICAL OBSERVATION). C-8, D-2,
E-1 AND TRUSTEES-4 FOR A TOTAL OF 27.

1812HRS      GW23 CALLED UP AND ADVISED THAT THERE WOULD BE A
CHECKPOINT GOING ON AT ABOUT 2000HRS.

1823HRS      *MEDICAL OBSERVATION:* KELLEY IS LAYING ON HIS SIDE ON HIS
"BED". NIXON APPEARS TO BE SLEEPING.

1900HRS      *MEDICAL OBSERVATION:* KELLEY IS LAYING ON HIS BACK ON HIS
"BED". NIXON STILL APPEARS TO BE SLEEPING.

1904HRS      2252 IN TOWER. B-102 IS OPEN. INMATE ADVISED IT WAS BECAUSE
OF WATER PROBLEMS IN 101. SEVERAL INMATES MISSING IN C-BLOCK.
SCARBROUGH HAD GONE INTO HIS CELL TO USE BATHROOM. BARNETT AND LEE
BOTH IN BATHROOM (105). I ADVISED THEM ONLY ONE PERSON AT A TIME COULD
BE IN THE BATHROOM.

1929HRS      *MEDICAL OBSERVATION:* KELLEY AND NIXON ARE BOTH LYING DOWN
AND APPEAR TO BE ASLEEP.

1930HRS      *CELL DOORS OPENED.* CLEANING SUPPLIES GIVEN TO EACH BLOCK.

2000HRS      2253 TO TOWER.

2002HRS      *MEDICAL OBSERVATION:* KELLEY OBSERVED SLEEPING. NIXON
OBSERVED SLEEPING. (SAME POSITION AS WHEN SHIFT STARTED.)

2005HRS      *R. EDWARDS WAS INFORMED THAT IT WAS AGAINST RULES/
REGULATIONS TO BE IN A ROOM OTHER THAN YOUR OWN. (RULE2.8). HE WAS
INSIDE B-202(C. WALKERS ROOM). EDWARDS WAS ALSO ADVISED NOT TO HANG
OVER THE STAIRS AS HE WAS GOING DOWN.*

2012HRS      **PERIMETER CHECK CONDUCTED.**

2014HRS     RECEIVED A CALL ON 2211 FROM A WIRELESS CALLER.  NUMBER 256-749-0685.  AT FIRST IT SOUNDED LIKE SOMEONE WAS GETTING BEAT.  YOU COULD HEAR A FEMALE VOICE SCREAMING.  YOU COULD ALSO HEAR SEVERAL MALE VOICES. I STAYED ON THE LINE TILL THE CALLER HUNG UP.  LATER IN THE CALL YOU COULD HEAR A DOOR SLIDE CLOSED, SOUNDED HEAVY AS IF A VAN DOOR.  IDENTIFIED MYSELF SEVERAL TIMES AT THE BEGINNING NO RESPONSE.  AT THE END OF THE CALL A MALE SAID HELLO, I THEN RE-IDENTIFIED AND THAT POINT THEY HUNG UP. WHEN I CALLED THE NUMBER BACK THERE WAS A MESSAGE STATING THE SUBSCRIBER WAS NO LONGER TAKING CALLS.

2032HRS     **CLEANING SUPPLIES PICKED UP.**

2033HRS     *POWERS AND EAST ADVISED NO HANGING OUT ON THE STAIRS.*

AT SOME POINT WHEN TOWER WAS TAKING THE CALL IN REF TO CO RD 49 AND HWY 280.  2255 TOOK SOME INMATES TO THE LIBRARY.

2103HRS     *MEDICAL OBSERVATION:* NIXON IS UP WALKING AROUND AND KELLEY IS STILL LAYING ON HIS BACK.

2130HRS     *MANDATORY HEADCOUNT* CONDUCTED AND CORRECT.

2133HRS     *MEDICAL OBSERVATION:* BOTH INMATES ARE ON THEIR "BEDS".

2140HRS     *CELL INSPECTION CONDUCTED* BY 2252. DURING INSPECTION D. BARNETT ASKED 2252 ABOUT THE ROBBERY ON HWY 280.

2200HRS     **LOCKDOWN.**

2211HRS     *BED MEDS ADMINISTERED.*

2241HRS     *MEDICAL OBSERVATION:* BOTH INMATES ARE MOVING AROUND ON THEIR "BEDS"

2242HRS     PERIMETER CHECK CONDUCTED.

0000HRS     TAPE CHANGED.

0013HRS     WALKTHROUGH CONDUCTED.

0017HRS     *MEDICAL OBSERVATION:* NIXON IS MOVING ON HIS "BED" AND KELLEY APPEARS TO BE SLEEPING.

0100HRS     *MEDICAL OBSERVATION:* BOTH INMATES APPEAR TO BE SLEEPING.

0134HRS    MCKINNEY'S MOTHER CALLED BACK TO SEE IF HE COULD GO HOME TOMORROW. NIGHTSHIFT WAS ADVISED THAT THE LT STATED "NO".

0137HRS    PERIMETER CHECK CONDUCTED.

0149HRS    *MEDICAL OBSERVATION:* KELLEY IS MOVING ON HIS "BED". 2252 STATED THAT SHE HAD NOT GIVEN HIM HIS BED MED BECAUSE HE WAS ASLEEP EARLIER. IT WAS GIVEN TO HIM AT THIS POINT.

0227HRS    *WALKTHROUGH CONDUCTED.* A-BLOCK.

0229HRS    D-BLOCK.

0230HRS    C-BLOCK.

0232HRS    B-BLOCK.

0234HRS    *WALKTHROUGH COMPLETE.*

0243HRS    *MEDICAL OBSERVATION:* KELLEY MOVING AROUND ON HIS "BED". NIXON APPEARS TO BE SLEEPING.

0321HRS    PERIMETER CHECK.

0326HRS    WALKTHROUGH CONDUCTED.

0437HRS    PERIMETER CHECK CONDUCTED.

0453HRS    INMATES UP FOR DAILY ROUTINES.

0454HRS    B. HILL AND 2252 BACK TO GET COOLERS AND TAKE THEM TO THE FRONT.

0501HRS    B. HILL AND 2252 BACK WITH COOLERS TO ALL ROOMS.

0507HRS    SEARCY IN DISPATCH TO CLEAN.

0515HRS    *MEDICAL OBSERVATION:* KELLEY MOVING AROUND AND NIXON APPEARS TO STILL BE SLEEPING.

0517HRS    SEARCY SWEEPING SC1 HALL.

0520HRS    SEARCY PAST SC1 TO CLEAN.

0539HRS    *MEDICAL OBSERVATION:* KELLEY APPEARS TO BE GETTING UP FOR THE DAY ( OR AT LEAST THE NEXT COUPLE OF HOURS)

12-25-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD

$30.00 ON HAND AT THE BEGINNING OF THE SHIFT, 27 INMATES
ACCOUNTED FOR.

0700; MEDS TO KELLEY, NIXON AND HAWKINS. TYLENOL TO K.
BURNETT, BENEDRYL TO TAPLEY.

0735; KELLEY TAKEN TO B-BLOCK FOR A SHOWER, RETURNED
TO DETOX AT 0821.

0850; PER 2203, NIXON WAS MOVED BACK TO B-BLOCK

1000; FRUIT TO MISSIE HAWKINS

1240; TRAYS PICKED UP, MED TO KELLEY AND NIXON

1405: BRYAN KELLEY ALLOWED TO USE PHONE

1457; FRUIT TO MISSIE HAWKINS

1700: DINNER TRAYS SERVED

1730: TRAYS P/U MEDS TO KELLEY, HAWKINS, NIXON

NOTE: EXXON 49 AND 280 REQUEST A DEPUTY TO BE THERE AT
4:30AM IN MOURNING FOR OPENING AND EXTRA PATROL
DURING THE DAY AND A DEPUTY TO BE THERE AT 22:00PM AT
CLOSE.

1800: 27 INMATES ON HAND AND $30.00 AT END OF SHIFT

DAYSHIFT TOWER LOG
12-25-03
LIPSCOMB/STROUD

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND GOOD |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0705HRS | TRAYS P/U MEDS TO KELLEY, NIXON AND HAWKINS |
| 0730HRS | CELL DOORS OPENED |
| 0735HRS | KELLEY BACK TO TAKE A SHOWER |
| 0850HRS | NIXON BACK TO B-BLOCK |
| 0930HRS | CELL DOORS LOCKED HEAD COUNT COMPLETE AND CORRECT |
| 1010HRS | FRUIT GIVEN TO MISSIE HAWKINS |
| 1200HRS | LUNCH TRAYS SERVED |
| 1240HRS | TRAYS P/U MEDS TO KELLEY AND NIXON CELL DOORS OPENED |
| 1252HRS | 2214 TO THE TOWER, 2258 TO DISPATCH |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1457HRS | FRUIT FOR HAWKINS |
| 1654HRS | TRAYS SERVED |
| 1722HRS | TRAYS PICKED UP, MEDS TO KELLEY, NIXON AND HAWKINS |
| 1729HRS | MOP BUCKET TO C-BLOCK TO CLEAN UP A SPILL |
| 1759HRS | 2252 TO THE TOWER, 2214 TO DISPATCH |

**NIGHTSHIFT REPORT**
**12-25-03**
**TAYLOR/ D. HARRIS**

**1800HRS   SHIFT STARTS WITH $30 ON HAND AND 27 INMATES
INCARCERATED.**

**1907HRS   TAPLEY ADVISED THE PHONES IN D-BLOCK ARE NOT
WORKING PROPERLY.  ONE PHONE HAS A LOT OF STATIC AND
BACKGROUND NOISE, AND  IT IS NOT POSSIBLE TO HEAR ON IT.
THE OTHER PHONE CUTS OFF THE CONVERSATION BEFORE
THE TIME IS UP.**

**2200HRS   BED MEDS GIVEN TO NIXON AND PRESLEY.  TYLENOL
TO K. BARNETT, EAST, AND SCARBROUGH AND BENEDRYL TO
TAPLEY FOR ITCHING ON ARMS.**

**2306HRS   KELLY WAS GIVEN HIS BEDTIME MED.  HE ADVISED
THAT HE WOULD BE GETTING OUT ON FRIDAY (TODAY)
BECAUSE THE NEW LAWYERS HE'S HIRED WERE COMING HERE,
INCLUDING A VERY IMPORTANT JUDGE WHO WAS MUCH MORE
IMPORTANT THAT JUDGE ROCHESTER.**

**0058HRS   PERIMETER CHECK.**

**0400HRS   TAPE CHANGED OUT.**

**0600HRS   END OF SHIFT MONEY IS STILL $30.00 AND INMATE
COUNT IS 27.**

NIGHTSHIFT TOWER LOG
12/25/03
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 27.

1853HRS     C. EAST WAS SITTING ON THE TABLE. HE HOPPED OFF RIGHT AWAY WHEN HE NAME WAS CALLED OUT ON THE INTERCOM.

1904HRS     WILLIAM LEE WENT INTO C-103 WHICH WAS UNLOCKED FOR SCARBROUGH TO USE PER DOCTOR'S ORDERS. LEE WAS TOLD TO COME OUT AND NOT GO IN THERE AGAIN. HE DID COME RIGHT OUT.

1907HRS     TAPLEY REPORTED THE PHONES IN D-BLOCK ARE NOT WORKING PROPERLY AND NEED TO BE REPAIRED. ONE PHONE CANNOT BE USED BECAUSE OF ALL THE NOISE IN THE LINES. THE OTHER CUTS OFF BEFORE THE TIME IS UP.

1913HRS     NON-MANDATORY HEADCOUNT. ALL ACCOUNTED FOR.

1921HRS     K. BARNETT ASKED TO GO TO LIBRARY.

1930HRS     CELL DOORS OPENED AND CLEANING SUPPLIES GIVEN TO EACH CELL BLOCK.

1935HRS     2253 TO TOWER.

2008HRS     ***NON MANDATORY HEADCOUNT CONDUCTED.***

2010HRS     ***MEDICAL OBSERVATION:*** KELLEY IS LYING ON HIS "BED". PERIMETER CHECK ALSO CONDUCTED AT THIS TIME.

2027HRS     C. WALKER CALLED UP REQUESTING TO GO TO THE LIBRARY. HE STATED THAT HE WENT LAST NIGHT BUT HIS TIME WAS CUT SHORT AND WAS NOT ABLE TO GET MORE BOOKS. HE STATED THAT HE WAS ABLE TO GET ONE BUT WANTED TO GET MORE.

2053HRS     2252 AND TRUSTEES BACK TO GET MOP BUCKETS.

2054HRS     *TOWER ADVISED POWERS THAT HE MUST HAVE ON A SHIRT WHEN HE COMES INTO THE DAYROOM.*

2056HRS     *TOWER OBSERVED C. EAST WRITING ON HIS UNIFORM BEFORE HE TURNED IT OVER.*

2105HRS     ***MEDICAL OBSERVATION:*** KELLEY IS STILL LYING ON HIS "BED", SAME POSITION AS EARLIER.

2119HRS     ***LEE OUT IN DAYROOM WITHOUT SHIRT, HE WAS ADVISED THAT IT WAS AGAINST THE RULES.***

2124HRS     PERIMETER CHECK CONDUCTED.

2130HRS     MANDATORY HEADCOUNT CONDUCTED.  BILLY JOE GRAY FAILED TO COME OUT OF HIS ROOM WHEN HEADCOUNT WAS CALLED.  I INFORMED C-BLOCK THAT I WAS MISSING ONE AND THEN HE QUICKLY BOUNCED OFF OF HIS BED TO THE BED.

2131HRS     ***MEDICAL OBSERVATION:*** KELLEY HAS NOW SHIFTED POSITIONS AND IS NOW LYING ON HIS LEFT SIDE.

2139HRS     ***CELL INSPECTIONS:*** A-BLOCK.

2142HRS     D-BLOCK.

2143HRS     B-BLOCK.

2145HRS     C-BLOCK.

2148HRS     CELL INSPECTIONS COMPLETE.

2149HRS     K. BARNETT TAKEN TO THE LIBRARY BY 2252.

2156HRS     BARNETT RETURNED TO A-BLOCK.

2200HRS     LOCKDOWN.

2202HRS     ***MEDICAL OBSERVATION:*** SAME AS PREVIOUS ENTRY.

2214HRS     BED MEDS ADMINISTERED.

2257HRS     ***MEDICAL OBSERVATION:*** KELLEY IS MOVING AROUND ON HIS "BED".

2305HRS     BED MED ADMINISTERED TO B. KELLEY.

0000HRS     TAPE CHANGED.

0003HRS     ***MEDICAL OBSERVATION:*** KELLEY APPEARS TO BE SLEEPING.

0005HRS        2252 TO TOWER AND 2253 TO DISPATCH.

0036HRS        WALKTHROUGH CONDUCTED.  ***NOTE: NIXON IS ON THE TOP BUNK.***

0100HRS        PERIMETER CHECK DONE. 10-4

0110HRS        WALKTHROUGH DONE.

0203HRS        WALKTHROUGH DONE,

0401HRS        2253 TO TOWER.

0413HRS        ***MEDICAL OBSERVATION:*** KELLEY IS LAYING ON HIS RIGHT SIDE AND APPEARS TO BE SLEEPING.

0425HRS        ***MEDICAL OBSERVATION:*** KELLEY UP WALKING AROUND.

0502HRS        HILL AND 2252 IN SC2 TO GET COOLERS AND TO CLEAN.

0508HRS        SEARCY TO THE FRONT TO CLEAN.

0511HRS        HILL, DAYS AND 2252 TO THE BACK WITH COOLERS.  HILL AND DAYS ARE ALSO CLEANING TOWER AND SC2 HALL.

0525HRS        ***MEDICAL OBSERVATION:*** KELLEY MOVING AROUND ON HIS "BED".

0526HRS        SEARCY IN DISPATCH CLEANING.

0550HRS        SEARCY THROUGH SC1 TO UNLOCK FRONT DOORS.

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/26/03

0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT
COMPLETED. KELLY IS ASLEEP.

0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED.
TRAYS SERVED. MEDS WERE GIVEN TO KELLY, NIXON, AND HAWKINS.

0642 HRS.    EAST ESCORTED TO THE FRONT. UNDRELL WILL BE IN
LOCKDOWN ALSO IN HIS CELL. THEY WERE YELLING IN EACH OTHER'S
FACE, ABOUT TO FIGHT. (IT WAS ABOUT THEIR UNIFORMS).

0700 HRS.    TRAYS PICKED UP. EARDROPS WERE GIVEN TO HARRIS.
RAZORS ADMINISTERED.

0836 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.

0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.

1042 HRS.    RANDOM HEAD COUNT COMPLETED. KELLY HAS BEEN
"SLEEPING" ALL DAY.

1109 HRS.    HAWKINS WAS GIVEN A BOWL OF FRUIT.

1145 HRS.    KELLY GOT UP TO GO TO THE BATHROOM.

1154 HRS.    TRAYS SERVED. RANDOM HEAD COUNT COMPLETED.

1230 HRS.    CELL DOORS OPENED.

1258 HRS.    TRAYS PICKED UP. MEDS WERE GIVEN TO NIXON, AND KELLY.

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.  KELLY IS STILL "SLEEPING".

1512 HRS.    EAST ESCORTED BACK TO C BLOCK, FROM THE FRONT.

1514 HRS.    KELLY BROUGHT BACK TO B BLOCK, TO GET A SHOWER.

1519 HRS.    HAWKINS WAS GIVEN HER FRUIT IN A BOWL.

1529 HRS.    KELLY ESCORTED BACK TO THE FRONT.

1615 HRS.     RANDOM HEAD COUNT COMPLETED.

1652 HRS.     MEDS WERE GIVEN TO KELLY.

1656 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO NIXON.

1737 HRS.     MCKINNEY BACK FROM WORK RELEASE.

1742 HRS.     TRAYS, AND RAZORS PICKED UP.

**NIGHT SHIFT REPORT**
**12/26/03**
**HARRIS/KELLY**

1800HRS     INMATE COUNT IS 27. BEGINNING BALANCE IS $30.00

1900HRS     CREWS DRUGS BROUGHT OVER REFILLS

2000HRS     OUTSIDE SECURITY CHECK CONDUCTED

0215HRS     TROOPER DYSART BROUGHT IN MARTIN MUNOZ FOR
            DUI.

0400HRS     TAPE CHANGED

0600HRS     END OF SHIFT, 28 INMATES ON HAND. $119.65 TAKEN
            IN FOR AN ENDING BALANCE OF $149.65

# NIGHTSHIFT TOWER LOG
## 12/26/03
## KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 27 |
| 1930HRS | CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/ CLEAN UP BEGINS |
| 2045HRS | CLEANING SUPPLIES PICKED UP |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT |
| 2230HRS | OUTSIDE SECURITY CHECK COMPLETED |
| 2400HRS | CHANGED OUT TAPES |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | ICE TO ALL BLOCKS |

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/27/03

0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT
COMPLETED. KELLY IS STILL SLEEPING. THE SUBJECT BROUGHT IN ON DUI
IS ALSO SLEEPING.

0630 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED.
TRAYS SERVED. MEDS WERE GIVEN TO NIXON, KELLY, HAWKINS, AND
HARRIS.

0700 HRS.    TRAYS PICKED UP.

0717 HRS.    RANDOM HEAD COUNT COMPLETED.

0730 HRS.    CELL DOORS OPENED.

0741 HRS.    JOHNNY KIRKPATRICK TO VISITATION.

0756 HRS.    KIRKPATRICK BACK FROM VISITATION. HARRIS TO
VISITATION.

0813 HRS.    HARRIS BACK FROM VISITATION.

0832 HRS.    KELLY ESCORTED BACK TO B BLOCK TO TAKE A SHOWER.

0835 HRS.    MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.

0850 HRS.    KELLY ESCORTED BACK TO THE FRONT.

0957 HRS.    FRUIT BOWL GIVEN TO HAWKINS, IN D BLOCK.

1014 HRS.    KELLY, AND SMOOT TO VISITATION.

1031 HRS.    KELLY, AND SMOOT BACK FROM VISITATION.

1053 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO KELLY, AND NIXON.

1116 HRS.    KIRKPATRICK TO VISITATION, WITH HIS PREACHER.

1128 HRS.    KIRKPATRICK BACK FROM VISITATION.

1131 HRS.    TRAYS PICKED UP. RANDOM HEAD COUNT COMPLETED.

1202 HRS.    SOLLEY, AND GREY TO VISITATION.

1219 HRS.    SOLLEY, AND GREY BACK FROM VISITATION.

1230 HRS.    CELL DOORS OPENED.

1314 HRS.    DANIEL BARNETT TO VISITATION.

1330 HRS.    BARNETT BACK FROM VISITATION. EAST TO VISITATION.

1346 HRS.    EAST BACK FROM VISITATION.

1401 HRS.    HAWKINS TO VISITATION.

1416 HRS.    HAWKINS BACK FROM VISITATION.

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.

1454 HRS.    HAWKINS GIVEN A BOWL OF FRUIT.

1558 HRS.    RANDOM HEAD COUNT COMPLETED.

1652 HRS.    RANDOM HEAD COUNT COMPLETED. KELLY HAS BEEN LYING
AROUND ALL DAY.

1657 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO KELLY, NIXON, AND
HAWKINS.

1732 HRS.    TRAYS PICKED UP.

1748 HRS.    MCKINNEY BACK FROM WORK RELEASE.

**NIGHT SHIFT REPORT**
**12/27/03**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 27. BEGINNING BALANCE IS $291.40

2300HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0600HRS    END OF SHIFT, 27 INMATES ON HAND. NO MONEY
           TAKEN IN FOR AN ENDING BALANCE OF $291.40

# NIGHTSHIFT TOWER LOG
## 12/27/03
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
           ACCOUNTED FOR A TOTAL OF 27

1930HRS    CLEANING SUPPLIES PASSED OUT, CELL DOORS
           OPENED

2030HRS    CLEANING SUPPLIES PICKED UP

2130HRS    HEADCOUNT CONDUCTED

2200HRS    LOCKDOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    TAPE CHANGED

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    ICE TO ALL BLOCKS

# DAY SHIFT REPORT
## 12-28-03
## BRADLEY / CALFEE

**$291.40 CASH ON HAND. INMATE COUNT IS 27.**

**0630 HRS. MEDS GIVEN TO KELLEY, HARRIS, NIXON AND HAWKINS.**

**0915 HRS. HAWKINS GIVEN A BOWL OF PEACHES.**

DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/28/03

0600 HRS.    CELL DOORS OPENED. MANDATORY HEAD COUNT
COMPLETED.

0612 HRS.    KELLY  IS ALREADY AWAKE THIS MORNING. HE APPEARS TO
BE READING.

0619 HRS.    CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED.
TRAYS SERVED. MEDS WERE GIVEN TO NIXON, HARRIS, KELLY, AND
HAWKINS.

0657 HRS.    TRAYS PICKED UP. KELLY IS SLEEPING NOW.

0730 HRS.    CELL DOORS OPENED.

0915 HRS.    FRUIT BOWL WAS GIVEN TO HAWKINS.

0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.

1017 HRS.    RANDOM HEAD COUNT COMPLETED.

1152 HRS.    RANDOM HEAD COUNT COMPLETED. TRAYS SERVED. MEDS
WERE GIVEN TO KELLY, AND NIXON.

1224 HRS.    TRAYS PICKED UP.

1230 HRS.    CELL DOORS OPENED.

1317 HRS.    MCKINNEY ESCORTED TO THE FRONT, FOR VISITATION.

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
COMPLETED.

1455 HRS.    RANDOM HEAD COUNT COMPLETED.

1512 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK, FROM VISITATION.

1537 HRS.    HAWKINS GIVEN ANOTHER BOWL OF FRUIT. ALSO, TAPLEY
WAS GIVEN SOME TYLENOL.

1624 HRS.    RANDOM HEAD COUNT COMPLETED.

1659 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KELLY, NIXON, AND HAWKINS.

1733 HRS.     TRAYS PICKED UP.

**NIGHT SHIFT REPORT**
**12/28/03**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 27. BEGINNING BALANCE IS $291.40

1848HRS    2207 BROUGHT IN ALISA RICKS FOR DISORDERLY
CONDUCT AND ASSAULT 3RD, AND BROUGHT IN
JOYCE BUTLER FOR DISORDERLY CONDUCT AND
RESISTING ARREST

2100HRS    ALISA RICKS AND JOYCE BUTLER RELEASED ON
BOND.

2200HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 27 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF $291.40

# NIGHTSHIFT TOWER LOG
## 12/28/03
## KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 27 |
| 1930HRS | CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/CLEAN UP BEGINS |
| 2115HRS | JOYCE BUTLER, LISA RICKS RELEASED ON BOND |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN |
| 2400HRS | CHANGED TAPE |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | ICE TO ALL BLOCKS |

DAY SHIFT REPORT
LIPSCOMB/HAY
12/29/2003

BALANCE AT START OF SHIFT, $291.40. INMATE COUNT IS 27 TOTAL.
WE ARE OUT OF DEPOSIT SLIPS JOAN WILL BE NOTIFIED.

BREAKFAST SERVED TO ALL INMATES. MEDS GIVEN TO BRYAN KELLEY,
NOBLE NIXON, KENNETH HARRIS, MISSIE HAWKINS, AND TERRY TAPLEY.

0810HRS BRYAN KELLEY TAKEN TO B-BLOCK TO GET A SHOWER, ALSO HIS
WHITES WERE PICKED UP FOR LAUNDRY.

0835HRS; FRUIT GIVEN TO HAWKINS

0840HRS KILPATRICK MCKINNEY LEFT FOR WORK RELEASE.

1230HRS; MEDS TO KELLEY AND NIXON

1644HRS; REVISED SCHEDULE HAS BEEN PUT IN EVERYONE'S BOX

1700HRS; TRAYS SERVED

1735HRS; MCKINNEY BACK FROM WORK RELEASE

1750HRS; TRAYS PICKED UP, MEDS TO KELLEY AND NIXON. ( HAWKINS IS
OUT OF HER MEDS)

$20.00 RECEIVED DURING THE SHIFT, DEPOSIT MADE FOR $291.40, FOR AN
ENDING BALANCE OF $20.00.

12-29-2003
DAY SHIFT TOWER REPORT
LIPSCOMB/HAY

0600HRS    HEAD COUNT COMPLETE AND CORRECT, 27 INMATES
ACCOUNTED FOR.

0627HRS    LINENS PICKED UP, TRAYS SERVED

0658HRS    TRAYS PICKED UP, MEDS TO KELLEY, HARRIS, NIXON
AND HAWKINS

0730HRS    CELLS OPEN

0742HRS    KELLEY BROUGHT TO B-CLOCK FOR SHOWER

0744HRS    KENNETH HARRIS SHOES CHANGED OUT

0820HRS    KELLEY RETURNED TO HOLDING

0835HRS    HAWKINS GIVEN FRUIT

0930HRS    CELLS LOCKED, HEAD COUNT COMPLETE AND
CORRECT

1149HRS    TRAYS SERVED

1227HRS    TRAYS PICKED UP, LINENS DISTRIBUTED TO ALL
BLOCKS.  MEDS TO KELLEY AND NIXON

1302HRS    2256 AND TRUSTEE CHANGED BATTERIES AND PADS
IN THE AIR FRESHENERS IN ALL BLOCKS

1323HRS    2256 TO THE TOWER, 2214 TO DISPATCH

1430HRS    CELL DOORS LOCKED AND ALL INMATES
ACCOUNTED FOR ALSO KELLEY IN HOLDING IS
SLEEPING/ TYLENOL GIVEN TO HAWKINS AND
MYLANTA GIVEN TO NIXON

1700HRS    DINNER TRAYS SERVED

1745HRS    TRAYS PICKED UP MEDS GIVEN TO KELLEY AND
NIXON

NIGHTSHIFT REPORT
12-29-03
TAYLOR/ HARRIS/ GREEN

2253 IN DISPATCH AND 2252 IN TOWER. MONEY ON HAND IS $20.00.
INMATE COUNT IS 27.

1803HRS      KELLEY OUT TO USE PHONE AND BATHROOM.

1846HRS      WORK RELEASE CALLED AND STATED THAT THEY WILL NOT
BE BRINGING SUBJECT OVER TONIGHT.

1933HRS      PERIMETER CHECK CONDUCTED.

1945HRS      OUTGOING MAIL LOGGED.

2144HRS      A MOP BUCKET WAS TAKEN BACK TO C-101 TO GET UP WATER
ON THE FLOOR  FROM THE SHOWER. THIS IS THE SAME PROBLEM AS
BEFORE. CELL ASSIGNMENT NEEDS TO BE CHANGED FOR POWER. THERE
ARE TWO CELLS IN C-BLOCK THAT ARE VACANT. IF HE IS NOT MOVED,
THE WATER WILL HAVE TO BE MOPPED UP EACH TIME THE SHOWER IS
USED.

2200HRS      BED MEDS TO NIXON, HARRIS, AND PRESLEY.

0021HRS      KELLEY WOKE UP AND WAS GIVEN HIS BEDTIME MED.

0031HRS      2253 TO DISPATCH.

0130HRS      2252 TO DISPATCH.

0400HRS      TAPE CHANGED.

0600HRS      COUNT IS 27 INMATES. MONEY TAKEN IN DURING SHIFT WAS
$50.00, MAKING THE ENDING MONEY ON HAND $70.00.

NIGHTSHIFT TOWER LOG
12/29/03
TAYLOR/ D.HARRIS/GREEN


1800HRS        INMATE COUNT IS 27.

1835HRS        B. KELLEY BACK TO HOLDING CELL AFTER USING THE PHONE.
HE IS LYING DOWN ON MATTRESS NOW.

1850HRS        STORE SHEETS GIVEN OUT BY 2256.

1908HRS        NON-MANDATORY HEADCOUNT CONDUCTED.  ALL
ACCOUNTED FOR.

1921HRS        KELLEY IS LYING DOWN STILL.  APPEARS TO BE SLEEPING.

1923HRS        2256 GOT CLIPPERS FROM B-BLOCK AND GAVE THEM TO C-
BLOCK.

1930HRS        CLEANING SUPPLIES GIVEN TO EACH CELL BLOCK.

1934HRS        2256 GAVE MYLANTA TO NIXON FOR HEARTBURN.

1935HRS        OUTSIDE PERIMETER CHECK BY 2253.

1951HRS        2253 TO TOWER AND 2252 TO DISPATCH.

2000HRS        PERIMETER CHECK CONDUCTED BY 2252.

2002HRS        **NON MANDATORY HEADCOUNT CONDUCTED AND
CORRECT.**

2009HRS        ***MEDICAL OBSERVATION:***  KELLEY IS LAYING DOWN ON HIS
"BED".

2013HRS        2252 LOCKED FRONT DOORS AND TURNED OFF LIGHTS.

2036HRS        2252 AND TRUSTEES BACK TO PICK UP CLEANING SUPPLIES.

2123HRS        ***MEDICAL OBSERVATION:***  SAME AS PREVIOUS ENTRY.

2138HRS        MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2140HRS        ADVISED WILLIAM LEE NOT TO BE SITTING ON THE TABLE.

2144HRS    MOP BUCKET BACK TO C-BLOCK. C101 TOOK A SHOWER AND THERE IS WATER IN THE FLOOR.

2145HRS    CELL INSPECTIONS CONDUCTED.  A-BLOCK.

2147HRS    D-BLOCK.

***NOTE***
MCKINNEY WENT TO SLEEP AND LEFT TV ON IN E-BLOCK.

2148HRS    ADVISED SMOOT TO PULL UP HIS PANTS.  YOU CAN SEE HIS UNDERWEAR.

2149HRS    B-BLOCK.  2252 ALSO TOLD SMOOT TO PULL HIS PANTS UP. SHE PULLED THEM UP FOR HIM AND THEN HE IMMEDIATELY PULLED THEM BACK DOWN. SMOOT GOT VERY LOUD AND STARTED MOUTHING OFF. *SMOOT STATED THAT HE WOULD JUST WRITE 2253 UP JUST LIKE C-BLOCK DID.*

2153HRS    C-BLOCK.

2155HRS    CELL INSPECTIONS COMPLETE.

2157HRS    2252 IN E-BLOCK TO TURN OFF TV.

2200HRS    LOCKDOWN.

2225HRS    BED MEDS ADMINISTERED.

0003HRS    TAPE CHANGED.

0022HRS    BED MED GIVEN TO KELLEY.

0029HRS    WALKTHROUGH DONE.

0116HRS    2253 TO TOWER.

0247HRS    WALKTHROUGH CONDUCTED.

0400HRS    *MEDICAL OBSERVATION:*  KELLEY SITTING UP ON HIS "BED".

0503HRS    WALKTHROUGH CONDUCTED.

0507HRS    HILL AND 2252 TO THE BACK TO GET COOLERS. C-BLOCK'S COOLER DID NOT GET TAKEN UP FRONT BECAUSE IT STILL HAD ICE IN IT.

0515HRS     HILL AND 2252 WITH COOLERS TO THE BACK.

0526HRS     ***MEDICAL OBSERVATION:*** KELLEY IS MOVING AROUND ON
HIS "BED".

0527HRS     SEARCY IN DISPATCH TO CLEAN.

0540HRS     SEARCY PAST SC1 TO CLEAN.

12-30-2003
DAY SHIFT REPORT
LIPSCOMB/STROUD/GREEN

$70.00 ON HAND AT THE BEGINNING OF THE SHIFT, 27 INMATES
ACCOUNTED FOR.

0718HRS;   MEDS TO KELLEY, NIXON AND HARRIS.  RAZORS
            AND TOILETRIES OFFERED TO ALL BLOCKS.

0727HRS;   EMS3 ADVISED THEY WILL BE OUT OF SERVICE FOR
            MAINTENANCE FOR MOST OF THE DAY.  THEY WILL
            ADVISE WHEN THEY ARE BACK IN SERVICE.

0806HRS;   JAIL MINISTRIES HERE FOR SERVICES.

0920HRS;   JAIL MINISTRIES OVER INMATES MOVED BACK TO
            THERE APPROPRIATE CELL BLOCKS

1230HRS;   MEDS TO KELLEY AND NIXON

1309HRS;   ROBIN MCINTYRE, ATTN, TO SEE KENNETH HARRIS.

1334HRS;   ADAM PEOPLES ADVISED HE WILL WORK 12 HRS ON
            12-31 AND 8 HRS ON 01-02.

1630HRS:   KELLEY ALLOWED TO USE PHONE

1700HRS:   DINNER TRAYS SERVED MEDS TO KELLEY AND
            NIXON

1730HRS:   TIMOTHY MITCHELL BROUGHT IN TO CODE 1 BY 2203

1731HRS:   EMS 3 BACK IN SERVICE

1732HRS:   KILPATRICK BACK FROM WORK

1754HRS:   TIMOTHY MITCHELL IS TO BE HELD IN DETOX TANK
            AND IS TO BE AS COMFORTABLE AS POSSIBLE ON
            SUICIDE WATCH.

1800HRS:   27 INMATES AND $70.00 ON HAND AT END OF SHIFT

DAY SHIFT TOWER LOG
STROUD/LIPSCOMB
12/30/03

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED HEAD COUNT COMPLETE AND CORRECT |
| 0630HRS | CELL DOORS LOCKED TRAYS SERVED |
| 0720HRS | TRAYS P/U MEDS TO KELLEY, NIXON, HARRIS RAZORS PASSED OUT KELLEY BACK FOR SHOWER |
| 0730HRS | CELL DOORS OPENED |
| 0800HRS | KELLEY BACK TO FRONT |
| 0820HRS | JAIL MINISTRIES STARTED |
| 0830HRS | KILPATRICK UP FRONT FOR WORK |
| 0942HRS | RAZORS P/U |
| 0945HRS | FRUIT PASSED TO MISSIE HAWKINS |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS P/U MEDS TO KELLEY AND NIXON CELL DOORS OPENED |
| 1310HRS | KENNETH HARRIS TO LIBRARY TO SEE LAWYER |
| 1330HRS | STORE PASSED OUT TO INMATES |
| 1430HRS | CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR |
| 1537HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1544HRS | FRUIT TO HAWKINS |
| 1652HRS | TRAYS SERVED |
| 1733HRS | TRAYS PICKED UP, MEDS TO KELLEY AND NIXON |
| 1743HRS | MCKINNEY ESCORTED BACK TO E-BLOCK. |
| 1745HRS | 2253 TO TOWER AND 2214 IN DISPATCH. |

NIGHTSHIFT REPORT
12-30-03
TAYLOR/ HARRIS

1800HRS    TIMOTHY MITCHELL WAS FULLY PROCESSED AND
ASSIGNED TO DETOX.  HE IS ON SUICIDE WATCH!!! HE IS SUPPOSED
TO BE EVALUATED TODAY.

1826HRS    KELLY TO EXAM ROOM TO USE BATHROOM.

1828HRS    KELLY BACK TO HOLDING CELL.

1900HRS    MITCHELL WAS GIVEN A SUPPER TRAY.

1904HRS    KELLY OUT TO USE PHONE.

1932HRS    KELLY BACK TO CELL.

1935HRS    MITCHELL OUT TO USE PHONE.

1937HRS    MITCHELL BACK TO DETOX.  COULD NOT REACH ANYONE.

2022HRS    KELLY ADVISED HE WAS OUT OF SOME OF HIS MEDS,
AND THAT WE WERE BUYING HIM 5MG INSTEAD OF 20MG THAT HE
WAS SUPPOSED TO GET.  SAID WE WERE DOING THIS TO SAVE
MONEY.  HE ADVISED HE WAS GOING TO HAVE A SEIZURE WITHIN
ONE WEEK BECAUSE OF HIS MEDS NOT BEING RIGHT.

2049HRS    MITCHELL BACK OUT TO USE PHONE.

2014HRS    MITCHELL BACK TO CELL.

2135HRS    2204 BROUGHT  CHARLES CANNON TO JAIL.  HE WAS
ONLY PARTIALLY PROCESSED BECAUSE HE WAS VERY
UNCOOPERATIVE. STILL NEEDS TO BE PRINTED.

2150HRS    BED MEDS GIVEN.

2350HRS    MITCHELL OUT TO USE BATHROOM IN EXAM ROOM.

2356HRS    MITCHELL WAS MOVED TO HOLDING WITH KELLY
BECAUSE OF CANNON.

0102HRS    KELLY OUT TO USE BATHROOM.

0121HRS   2205 PICKED UP KEDRICK HOLLENQUEST FROM SYLACAUGA JAIL AND BROUGHT HIM TO CODE 1 ON A PROBATION REVOCATION (NO BOND).  HE WAS PROCESSED AND ASSIGNED TO C-202.

0220HRS   OUTGOING MAIL LOGGED BY TOWER.

0400HRS   TAPE CHANGED.

0530HRS   HOLLENQUEST TAKEN TO BOOKING TO BE PRINTED, AND THEN RETURNED TO C-BLOCK.

0600HRS   INMATE COUNT IS NOW 30.  MONEY ON HAND IS STILL $70.00.

NIGHTSHIFT TOWER LOG
12-30-03
TAYLOR/ HARRIS

2253 IN TOWER AND 2252 IN DISPATCH.

**1801HRS    DISPATCH NOTIFIES TOWER THAT MITCHELL, TIMOTHY IS SUICIDAL AND IS NOW ON SUICIDE WATCH.**

1805HRS    NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT 2 INMATES AND 4 TRUSTEES.

1806HRS    ***MEDICAL OBSERVATION:*** KELLEY IS SITTING UP ON HIS BED PLAYING CARDS.

**1815HRS    MITCHELL IS STILL BEING PROCESSED**.

1816HRS    *KELLEY UP TRYING TO SEE WHAT IS GOING ON IN THE BOOKING AREA.*

1820HRS    *KELLEY UP STANDING AT THE DOOR STILL TRYING TO SEE WHAT IS GOING ON.*

**1822HRS    MITCHELL IS NOW PLACED IN DETOX.**

1826HRS    KELLEY OUT TO USE THE BATHROOM.

1828HRS    KELLEY BACK IN THE CELL.

**1830HRS    2252 TALKING TO MITCHELL**.

1848HRS    *HAD TO TURN OFF FAN TO C-BLOCK.*

**1852HRS    BOTH INMATES UP FRONT ARE UP AND WALKING AROUND.**

**1900HRS    2252 GIVES MITCHELL A TRAY. HE THEN TAKES THE TRAY AND LAYS DOWN ON HIS "BED".**

1904HRS    KELLEY IS OUT USING THE PHONE.

**1915HRS    MITCHELL IS UP LOOKING OUT THE WINDOW IN THE DOOR**.

1930HRS    **MITCHELL IS UP AGAIN LOOKING OUT THE WINDOW**.

1932HRS    **MITCHELL GOES AND LAYS BACK DOWN. KELLEY IS RETURNED TO THE CELL.**

1933HRS    **MITCHELL JUMPS UP AND RUNS TO THE DOOR**.

1934HRS    CELL DOORS UNLOCKED IN PREPARATION FOR CLEAN UP.

1935HRS    **MITCHELL OUT TO USE THE PHONE**.

1937HRS    **MITCHELL RETURNED TO CELL WILL GET TO USE PHONE LATER. HE WAS UNABLE REACH ANYONE.**

1939HRS    MOP BUCKETS PASSED OUT.

1945HRS    **MITCHELL LAYING ON HIS "BED".**

1946HRS    HEAT TURNED ON IN ALL BLOCKS PER THEIR REQUEST.

1950HRS    C-203 WAS TOLD TO TAKE THE SHEET OFF OF HIS DOOR THAT HE STARTED TO HANG UP.

1952HRS    B-BLOCK WAS ADVISED THAT THERE IS NO VISITING IN EACH OTHER'S ROOM. PRESSLEY WAS VISITING IN WALKER'S ROOM.

2000HRS    **MITCHELL IS STILL LAYING ON HIS BED**.

2002HRS    2252 BACK TO GIVE DINGMAN AND PRESSLEY SOME GAS MEDICINE, AND SCARBOROUGH SOME IBUPROFEN.

2015HRS    **MITCHELL IS STILL LAYING ON THE BED.**

2022HRS    KELLEY STANDING UP AT THE DOOR. **<u>KELLEY ADVISED THAT HE IS OUT OF SOME OF HIS MEDICINES AND SOME MEDICINE HE IS ONLY GETTING 5MG INSTEAD OF 20MG. HE THEN STATED THAT HE WOULD BE HAVING A SEIZURE WITHIN THE NEXT WEEK.</u>**

2030HRS    **2252 FLUSHED TOILET SO WE COULD SEE MITCHELL MOVE**.

2042HRS    **MITCHELL IS NOW UP AND STANDING AT THE DOOR**.

2043HRS    2252 AND TRUSTEES BACK TO PICK UP MOP BUCKETS.

2044HRS    LEE WAS TOLD NOT TO SIT ON TOP OF THE TABLE.

2045HRS    **MITCHELL IS NOW LAYING BACK DOWN**.

2048HRS    **MITCHELL NOW BACK AT THE DOOR**.

2049HRS    **MITCHELL OUT TO USE THE PHONE**.

2059HRS    KELLEY UP WALKING AROUND. KELLEY GOES AND STANDS AT THE DOOR, WITH HIS BACK TO THE DOOR.

2100HRS    **MITCHELL IS STILL USING THE PHONE**.

2107HRS    **MITCHELL IS NOW OFF OF THE PHONE AND KELLEY GOES AND LAYS DOWN NOW**.

2108HRS    **2252 ADVISES THAT MITCHELL IS NOW CALLING HIS BROTHER**.

2114HRS    **MITCHELL BACK IN CELL**.

2125HRS    MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT 28 INMATES INCARCERATED.

2127HRS    CELL INSPECTIONS CONDUCTED.  A-BLOCK.

2129HRS    D-BLOCK.

2130HRS    **MITCHELL IS STILL LAYING DOWN**.

2145HRS    **MITCHELL IS STILL LAYING DOWN**.

2150HRS    BED MEDS ADMINISTERED.

2157HRS    KELLEY IS AT THE DOOR LOOKING OUT.

2200HRS    LOCKDOWN.  **MITCHELL'S STATUS IS SAME AS BEFORE**.

2219HRS    2253 TO DISPATCH.  **MITCHELL SLEEPING**.

2231HRS    2204 BROUGHT IN CHARLES CANNON.

2253HRS    CANNON WAS PUT IN THE DETOX CELL BY 2204.

2304HRS    KELLEY WAS GIVEN HIS BEDTIME MED.

2326HRS    **MITCHELL JUST GOT UP AND WALKED TO DOOR AND LOOKED OUT.  HE THEN WENT BACK TO BENCH AND LAY DOWN**.

2328HRS    CANNON BEING PROCESSED BY 2253. WAS NOT FINGERPRINTED.

2345HRS    2253 TO TOWER.

2350HRS    **MITCHELL OUT OF DETOX WITH 2252. 2252 ADVISES THAT SHE IS GOING TO MOVE MITCHELL IN WITH KELLEY.**

2356HRS    **MITCHELL IS NOW IN THE SAME CELL WITH KELLEY PER 2252**.

0000HRS    TAPE CHANGED.

0015HRS    **MITCHELL IS LAYING ON HIS "BED".**

0030HRS    **MITCHELL APPEARS TO BE TALKING TO KELLEY.**

0045HRS    **MITCHELL AND KELLEY ARE STILL TALKING.**

0100HRS    **MITCHELL AND KELLEY APPEAR TO BE SLEEPING.**

0102HRS    KELLEY OUT TO USE THE BATHROOM.

0104HRS    KELLEY BACK IN THE CELL.

0113HRS    2205 BRINGING IN HOLLENQUEST, KEDRICK ON PROBATION REVOCATION.

0114HRS    KELLEY JUMPS UP TO SEE WHAT ACTIVITY IS TAKING PLACE IN THE BOOKING AREA.

0115HRS    **MITCHELL APPEARS TO BE SLEEPING**.

0130HRS    **MITCHELL APPEARS TO BE SLEEPING**.

0145HRS    **MITCHELL AND KELLEY ARE BOTH LAYING ON THEIR "BEDS" TALKING.**

0156HRS    HOLLENQUEST PROCESSED AND PLACED IN C202. HE WAS NOT FINGERPRINTED BUT 2252 STATES IT WILL BE DONE LATER.

0158HRS    WALKTHROUGH CONDUCTED.

0200HRS    **MITCHELL IS MOVING AROUND ON HIS BED**.

0215HRS    **MITCHELL AND KELLEY ARE TALKING.**

0220HRS     OUTGOING MAIL LOGGED.

0230HRS     **MITCHELL AND KELLEY APPEAR TO STILL BE TALKING.**

0245HRS     **MITCHELL STATUS SAME AS PREVIOUS ENTRY.**

0300HRS     **MITCHELL AND KELLEY APPEAR TO BE SLEEPING OR TRYING TO GO TO SLEEP.**

0315HRS     **MITCHELL AND KELLEY ARE UP TALKING.**

0330HRS     **MITCHELL AND KELLEY STILL APPEAR TO BE TALKING.**

0345HRS     **MITCHELL STATUS SAME AS PREVIOUS ENTRY.**

0400HRS     **MITCHELL IS LAYING DOWN ON HIS "BED"**

0415HRS     **MITCHELL AND KELLEY ARE UP TALKING AGAIN.**

0430HRS     **MITCHELL IS NOW LAYING DOWN AND APPEARS TO BE SLEEPING.**

0445HRS     **BOTH INMATES UP FRONT APPEAR TO BE SLEEPING.**

0500HRS     **WATCH STATUS IS STILL THE SAME AS PREVIOUS ENTRY.**

0509HRS     2252 AND HILL PAST SC2 TO GET COOLERS AND BRING BACK CLEANING SUPPLIES.

0514HRS     2252 AND HILL WITH COOLERS TO ALL BLOCKS.  HILL AND DAYS CAME TO TOWER TO DO SOME CLEANING.

0515HRS     **WATCH STATUS IS THE SAME AS PREVIOUS ENTRY.**

0522HRS     DAYS PAST SC2 TO CLEAN.

0530HRS     **MITCHELL APPEARS TO BE SLEEPING.**  SEARCY IS IN DISPATCH CLEANING.

0536HRS     SEARCY PAST SC1 TO CLEAN.

0545HRS     **WATCH STATUS IS SAME AS PREVIOUS ENTRY.**

DAYSHIFT TOWER LOG
12-31-03
BRADLEY/ PEOPLES

2255 IN THE TOWER, 2215 IN DISPATCH

0600HRS    CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE
           AND ACCURATE

0630HRS    CELL DOORS LOCKED, BREAKFAST TRAYS SERVED, MEDS
           GIVEN TO KELLEY, HARRIS, NIXON

0706HRS    2255 NOTICED THAT CAMERA 12, IT OVER LOOKS THE
           EXERCISE YARD IS ACTING UP, THE CAMERA IS DISTORTED,
           AND HAS LOST ALL COLOR

0710HRS    TRAYS PICKED UP, TISSUE PAPER HANDED OUT

0730HRS    CELL DOORS UNLOCKED

0822HRS    KILPATRICK LEAVES FOR WORK RELEASE

0930HRS    CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE

0953HRS    2215 BRINGS MISSE HAWKINS HER BOWL OF FRUIT

1103HRS    TIMOTHY MITCHELL RELEASED ON BOND

1200HRS    LUNCH TRAYS SERVED

1230HRS    TRAYS PICKED UP, MEDS GIVEN TO KELLEY AND NIXON, CELL
           DOORS OPENED

1357HRS    2215 HANDS OUT MAIL

1430HRS    CELL DOORS LOCKED, HEAD COUNT COMPLETE

1654HRS    TRAYS SERVED, MEDS GIVEN TO KELLEY AND NIXON

1735HRS    MCKINNEY BACK FROM WORK RELEASE

1738HRS    TRAYS PICKED UP MISSIE HAWKINS FRUIT BROUGHT BACK
           TO HER

1752HRS    MCKINNEY BROUGHT BACK TO E BLOCK

**NIGHT SHIFT REPORT**
**12/31/03**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 29. BEGINNING BALANCE IS $80.00

1900HRS    OUTSIDE SECURITY CHECK CONDUCTED

2305HRS    TROOPER DYSART BROUGHT IN TONNIE WILSON FOR
           DUI

0110HRS    2206 BROUGHT IN MARK FLOYD FOR DISORDERLY
           CONDUCT

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 31 INMATES ON HAND. $30.56 TAKEN
           IN FOR AN ENDING BALANCE OF $110.56

# NIGHTSHIFT TOWER LOG
# 12/31/03
# KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
           ACCOUNTED FOR A TOTAL OF 29

1930HRS    CELLS UNLOCKED/CLEANING SUPPLIES PASSED OUT/
           CLEAN UP BEGINS

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
           INMATES ACCOUNTED FOR/ CLEANING SUPPLIES
           PICKED UP

2200HRS    TOTAL LOCK DOWN

2400HRS    CHANGED TAPES

0200GRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    ICE TO ALL BLOCKS