# EXHIBIT X

# Russell Medical Records dated 12/09/03

RUSSELL MEDICAL CENTER
P.O. Box 939
Alexander City, AL 35011
256-329-7100

PATIENT REGISTRATION FORM

---

ACCOUNT #: V010479624 ADMIT DATE: 12/09/03 MEDICAL RECORD NO: M0124352
ROOM/BED: ADMIT TIME: 1911 FINANCIAL CLASS: MC
TYPE: REG ER LOC/SVC/ACC:ER - SOCIAL SECURITY #: 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

---

PATIENT NAME: KELLEY,DANIEL B. DOB: 06/17/71
ADDRESS: 800 PINEVIEW LANE AGE: 32
SYLACAUGA, AL 35150 SEX: M
HOME PHONE: (256)249-8067 RACE: CAUCASIAN
RELIGION:
COUNTY: TALLADEGA MAR.STATUS: DIVORCED

---

PATIENT EMPLOYER
UNEMPLOYED

PERSON TO NOTIFY
KELLEY,MELVIN RAY
800 PINEVIEW LANE
SYLACAUGA,AL 35150
(256)249-8067 FATHER

---

GUARANTOR
KELLEY,DANIEL B.
800 PINEVIEW LANE
SYLACAUGA,AL 35150
(256)249-8067 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

NEXT OF KIN
KELLEY,MELVIN RAY
800 PINEVIEW LANE
SYLACAUGA,AL 35150
(256)249-8067 FATHER

---

GUARANTOR EMPLOYER
UNEMPLOYED

ACCIDENT DATE TIME
12/09/03 1911
Arrival Mode: AMBULANCE
Physician1: LAZENBY,SHIRLEY
Physician2:

---

| INSURANCE | POLICY NUMBER | COVERAGE NO | SUBSCRIBER |
|---|---|---|---|
| MEDICARE | 420256528A | | KELLEY,DANIEL B. |
| MEDICAID | 420256528 | | KELLEY,DANIEL B. |

ACCIDENT: DATE ONSET OF SYMPTOMS/ILLNESS
COMMENT:
REASON FOR VISIT: FELL USER:DE.MGM
- -
- -

IS PATIENT A DIABETIC: N HIPAA PRIVACY NOTIFICATION DATE: 11/26/03
ALLERGIES: CODIENE
X

James

HOSPITAL
EMERGENCY PHYSICIAN RECORD 17

FALL
ER ER
KELLEY, DANIEL B.
DR. LAZENBY, S
12/09/2003 MEDICARE
32Y CA/M 06/17/1971
CODIENE

Time Seen:
Room:
Historian: patient / EMS / correctional officer
History limited by: ☐ Translator

**CHIEF COMPLAINT** ☐ fall

**HISTORY OF PRESENT ILLNESS:**
age: 32 Race: W / B / H / O Gender: M / F
Onset: 22 hrs / days / weeks
Mechanism of injury:
☐ fell height of fall: standing
☐ slipped / tripped on a flip flop
☐ fell off bicycle / skate board
☐ passed out

Work Related? Yes / No
Location of Injury / Pain
☐ head ☐ abdomen ☐ L / R upper extremity
☐ chest ☐ pelvis ☐ L / R lower extremity
☐ back ☐ neck
☐ face

Severity of pain: mild moderate severe
pain scale (1—10):
Exacerbation of pain: ☐ nothing ☐ movement
☐ deep breath ☐ LOC before fall / after fall
Associated symptoms: ☐ none ☐ neck / back pain
☐ chest pain ☐ weakness
☐ SOB

**ADDITIONAL HISTORY:**

**PAST MEDICAL HISTORY** ☐ none ☐ CVA / TIA
☐ HTN ☐ Seizures ☐ Diabetes
☐ Other:

**SOCIAL HISTORY**
☐ Alcohol ☐ Tobacco ☐ Drug abuse
☐ Lives alone / spouse / family / nursing home
incarcerated

**MEDICATIONS** ☐ See nurse's notes
☐ NSAID
☐ Coumadin

**ALLERGIES** ☐ NKDA
☐ See nurse's notes
Codeine

**REVIEW OF SYSTEMS**
☐ *ROS NEGATIVE EXCEPT AS INDICATED*
☐ *ROS cannot be obtained; patient unable to answer questions*
*Check box if system is normal*
☐ General
☐ ENT:
☐ Eyes:
☐ Resp:
☐ CV:
☐ GI:
☐ GU:
☐ Skeletal:
☐ Skin: ☐ laceration ☐ abrasions
☐ Neuro / Psych: (R) leg numbness x 2 wks
☐ Endocrine: multiple Black outs after fall

**PHYSICAL EXAM** ☐ Vital Signs Reviewed
HR ____ Bp ____ RR ____ T ____ $SaO_2$ % ____
Arrival: Private car / EMS backboard / C-collar / Immobilized

**APPEARANCE:**
☐ normal ☐ distressed: mild / moderate / severe

**HEENT**
☐ Atraumatic ☐ Ecchymosis / soft tissue swelling
☐ PEERL / EOMI ☐ laceration *(see diagram)*
☐ no dental injury ☐ pupils unequal
☐ hemotympanum
☐ septal hematoma
☐ dental injury

Pt states LOC upon impact witnessed by corr officer no LOC

after films

**NECK**
☐ Nontender ☐ tender paraspinal muscles R / L
☐ Full ROM ☐ tender midline
☐ No muscle spasm ☐ muscle spasm R / L *mild moderate severe*
☐ decreased ROM
(R) lateral neck nontender

**CHEST EXAM**
☐ Nontender ☐ tenderness / ecchymosis CW
☐ NL breath sounds ☐ decreased breath sounds R / L
☐ No murmur ☐ wheezing / rales / rhonchi
☐ tachycardia / bradycardia
☐ murmur:

**ABDOMEN / GU**
☐ soft ☐ Distended
☐ Nontender ☐ tender: *RUQ LUQ epigastric RLQ RUQ periumbilical*
☐ NL bowel sounds ☐ rebound tenderness
☐ Heme negative stool ☐ heme positive stool
☐ NL genital exam ☐ vaginal injury
☐ meatal blood / scrotal hematoma

**BACK**
☐ non-tender ☐ ecchymosis / laceration
☐ midline tenderness ☐ muscle tenderness / spasm
☐ no laceration

HOSPITAL
EMERGENCY PHYSICIAN RECORD
PAGE 2

FALL

LABS
CBC ☐ normal
segs: ___%
bands: ___%
lymphs: ___%
BMP ☐ normal
U/A ☐ normal

WOUND REPAIR NOTE
Description:
Location: ________ Length: ____cm
Anesthesia:
topical: ________
local: Lidocaine 1% / 2% with or without epinephrine
other: ____________
Cleansing:
Irrigation: saline / shurclens / betadine volume: ___ cc
Debridement Foreign body removal
Wound Repair
☐ wound edges revised
☐ staples ☐ steri-strips only ☐ skin adhesive

Linear
Stellate
Smooth margins
Irregular margin
Contaminated
Crushed tissue

| | # of sutures | suture size | material | technique |
|---|---|---|---|---|
| SKIN | | | nylon / prolene | simple / running / mattre |
| SubQ | | | vicryl / chromic | simple / running / mattre |
| Deep | | | vicryl / chromic | simple / running / mattre |

☐ See Abscess / Puncture Wound / Laceration Sheet

ED COURSE
Treatment Response
[illegible handwritten notes] ... PE requested ... of back ...

CRITICAL CARE TIME: ____ (minutes)

☐ old records reviewed ☐ Admission orders written
☐ discussed with Dr. ____________
☐ Counseled patient/family: test results / diagnosis / follow-up

CLINICAL IMPRESSION
Contusion: Lumbar
Sprain/Strain:
Fracture:
Laceration:
(R) leg paresthesia
Acute Cervical strain
Closed head injury
Acute Back pain

DISPOSITION (time: ____)
☐ home ☐ admit ☐ transferred ☐ AMA ☐ observation ☐ expired
Condition: ☐ stable ☐ fair ☐ good ☐ poor ☐ critical ☐ improved
Follow-up: ☐ ED ☐ PMD ☐ on-call ________ in ____ days
Instructions:
Rx: Back to facility

ATTENDING NOTE
☐ Resident/NP/PA note reviewed ☐ pt interviewed ☐ pt examined
Pertinent HPI:
My exam reveals:
☐ Labs reviewed ☐ X-rays reviewed
☐ I agree with above diagnosis ☐ I have reviewed the treatment plan / concur

Resident / NP / PA
MD / DO
☐ See Addendum Sheet

EXTREMITIES
☑ non-tender
☑ without injury
☑ full ROM
☐ location of injury LUE RUE LLE RLE
☐ pelvic tenderness
☐ pain on weight bearing
SKIN
☑ intact
☐ laceration
NEURO
☑ oriented x 3
☑ no focal neuro deficits
☐ focal weakness
☐ focal sensory deficit
PSYCHIATRIC
☑ normal affect
☑ oriented only to person / place / time
☐ flat affect ☐ mood depressed

RADIOGRAPHS
Cervical Spine: ☐ normal
Pelvic X-ray: ☐ normal
CXR: ☐ normal
L/S T - spine ☐ normal
Ribs / Sternum ☐ normal
Extremity X-ray:
CT scans: Head C-spine Abdomen Pelvis Chest
☐ normal scan

Cardiac monitor strip: ☐ NSR ☐ no ectopy

EKG Rate: ______ ☐ paced
Rhythm: ☐ NSR ☐ tachycardia ☐ bradycardia
☐ atrial fib / flutter ☐ ectopy: atrial / ventricular
☐ heart block: 1st / 2nd / 3rd degree
Axis: ☐ normal ☐ Axis deviation: Left / Right
QRS: ☐ normal ☐ IVCD ☐ RBBB ☐ LBBB
ST/T: ☐ normal ☐ nonspecific changes
☐ ST segments elevated / depressed ______
☐ T waves flat / inverted ______
Impression ☐ normal EKG ☐ abnormal EKG:
Compared to Previous EKG: ☐ unchanged ______

EDCare Templates only for use by EDCare of Alabama, Inc.

**ORDERS:** **RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT**

LABS: C-Spine, L-Spine, pelvis

X-RAYS:

MEDICINES / IV / OTHER: Ibuprofen 600 po

V0104796 24 K0124332
ER ER
KELLEY, DANIEL B.
12/09/2003 MEDICARE
32Y CA/# 06/17/1971
CODIENE

CERTIFIED EMERGENCY
YES NO

DATE: 12/9/2003 TIME: 725 PHYSICIANS SIGNATURE:

**RUSSELL MEDICAL CENTER P.O. BOX 939 ALEXANDER CITY, AL 35011 (256) 329-7133**

| PATIENT'S NAME: | | DATE: | |
|---|---|---|---|
| MEDICATION | DIRECTIONS | DISPENSE | REFILLS |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

____________, M.D. ____________, M.D.

PRODUCT SELECTION PERMITTED DISPENSE AS WRITTEN

DEA# ______ ACLS# ______ NO REFILL AFTER SIX MONTHS

**RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT**

**DISCHARGE INSTRUCTIONS** **PATIENT'S NAME:** Daniel Kelley

**DATE:** 12 9 2003

✓ Contact your physician tomorrow for an appointment for follow-up in ____ days.
____ If no improvement in ____ days, contact your physician for follow-up.
✓ Continue with present medications.
✓ Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.
____ Since you have no local physician; you have been referred to Dr. ________, phone number ______
____ Take medications as directed.
____ Additional Instruction:

Dr. James

· Continue current med
· Have (R) ribs x-rayed when you have explained as you have planned
+ Ibuprofen 600 mg every 8 hrs for pain

**WORK / SCHOOL NOTE**

____ May return to work / school without restrictions.
____ May return to restricted duties for ____ days.
Restrictions: ______
____ Will require time off from work / school, estimated time: ____ days
____ Other: ______
____ No athletics / physical education: ____ days.
____ ______ was here with relative / child.

*I hereby acknowledge that I have received a copy of and understand the above instructions.*

X- Bryan Kelley
*Signature of Patient or Responsible Party*

*Signature of Nursing Personnel*

1112701 (Rev. 09/01) Medical Records - Patient Copy - Physician Copy 19002

V01047624 M0124352

# EMERGENCY DEPARTMENT
# NURSING ASSESSMENT SHEET

ER ER
KELLEY, DANIEL B.
DR. LAZENBY, S
12/09/2003 MEDICARE
32Y CA/M 06/17/1971
CODIENE

PERSONAL PHYSICIAN: Jans
NOTIFIED ( ) BEEPED ( ) TIME ____ INT ____
RESPONDED ( ) TIME ____

ER PHYSICIAN: ____
NOTIFIED ( ) TIME ____ INT ____
RESPONDED ( ) TIME ____

PHYSICIAN ON CALL FOR UNATTACHED PATIENTS ____

TEMP 97.0 PULSE 80 RESP 18 B/P 138/80 WT ____ CHIEF COMPLAINT: pt arrives via EMS pt fell down approx 5-6', landing on concrete floor c/o neck pain & low back pain – pt states has artificial L3 L4, S1 due to prior injury – ⊕ LOC

NURSE [signature] TIME 1910

FAMILY NOTIFIED:
YES ( ) NO ( )
TIME ____
PERSON Prosett

ALLERGIES: NKDA ( )
Codeine

PRIORITY:
EMERGENT ( )
URGENT ( )
NONURGENT (X)

TX PRIOR TO ARRIVAL:
NONE ( )
O2 ( )
BCLS ( )
ACLS ( )
IV ( ) [circled]
BACKBOARD ( ) [circled]
C-COLLAR ( ) [circled]
SPLINT ____
BANDAGE ____

POLICE NOTIFIED:
YES ( ) NO ( )
TIME ____
PERSON ____

MODE OF ARRIVAL:
AMBULATORY ( )
PERSONAL VEHICLE ( )
WHEELCHAIR ( )
IN ARMS ( )
AMBULANCE (X)

CURRENT MEDICATIONS:
Phenobarbitol
Zyprexa
Zoloft
Neurontin
Robaxin
Klonipin

SOCIAL SERV. NOTIFIED:
YES ( ) NO (X)
TIME ____
PERSON ____

TETANUS HX:
UTD ( )
UNKNOWN (X)

PAST MEDICAL HISTORY:
RENAL DZ ( )
HEART DZ ( )
SEIZURE ( ) [circled]
HTN ( )
DIABETES ( )
COPD / ASTHMA ( )
CANCER ( )
OTHER ____

CORONER NOTIFIED:
YES ( ) NO (X)
TIME ____
PERSON ____

PEDIATRIC IMMUNIZATIONS:
UTD ( )
UNKNOWN (X)

| TIME | IV FLUIDS | AMOUNT | SITE | GAUGE | NURSE |
|---|---|---|---|---|---|
| 1910 | NS @ KVO | | [illegible] | per EMS | [illegible] |
| | | | | | |
| | | | | | |

CODES FOR MEDICATION ADMINISTRATION SITES:
A) LEFT HIP C) LEFT THIGH E) LEFT ARM G) LEFT ABD
B) RIGHT HIP D) RIGHT THIGH F) RIGHT ARM H) RIGHT ABD

| TIME | T | P | R | B/P | Sa 02 | MEDICATION / TREATMENTS | DOSE | ROUTE | SITE | NURSE | COMMENTS / PT RESPONSE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2030 | | | | | | Motrin | 600mg | PO | | [signature] | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

MENTAL STATUS:
ALERT (X)
ORIENTED ( )
DROWSY ( )
LETHARGIC ( )
DISORIENTED ( )
UNRESPONSIVE ( )
CONFUSED ( )

STIMULUS RESPONSE:
N/A ( )
VERBAL (X)
TOUCH (X)
PAIN (X)
NONE ( )

HAND GRIPS:
N/A ( )
EQUAL (X)
STRONG ( )
WEAK (X)
RIGHT (X)
LEFT ( )

MOVEMENT:
N/A ( )
VOLUNTARY x4
INVOLUNTARY

PUPIL RESPONSE:
N/A (X)
PERRLA ( )
SLUGGISH ( )
BRISK ( )
NONREACTIVE ( )

MUCUS MEMBRANES:
N/A ( )
MOIST ( )
DRY ( )
SKIN TURGOR:
N/A ( )
NORMAL ( )
DECREASED ( )

SKIN:
WARM (X)
HOT ( )
DRY (X)
COOL ( )
MOIST ( )
COLD ( )
CLAMY ( )

COLOR:
NORMAL (X)
FLUSHED ( )
PALE ( )
JAUNDICE ( )
CYANOTIC ( )
MOTTLED ( )
DUSKY ( )

PULSE:
REGULAR (X)
IRREGULAR ( )
WEAK ( )
ABSENT ( )

RESPIRATION:
ADEQUATE (X)
LABORED ( )
SHORT OF BREATH ( )
HYPERVENTILATING ( )
SHALLOW ( )

BREATH SOUNDS:
N/A (X)
BBS = CLEAR ( )
ADVENTITIOUS ( )
DIMINISHED ( )
ABSENT ( )
LEFT ( ) RIGHT ( )

SPEECH:
CLEAR (X)
COHERENT ( )
INCOHERENT ( )
SLURRED ( )
ABUSIVE ( )

11127024

**COUGH:** PRESENT ( ) NOT PRESENT (X) PRODUCTIVE ( ) NONPRODUCTIVE ( )

**SPUTUM:** N/A (X) CLEAR ( ) GREEN ( ) WHITE ( ) YELLOW ( ) FROTHY ( ) BLOODY ( )

**PAIN:** N/A (X) NON-RADIATING ( ) RADIATING TO ______ RATE PAIN 1 - 10 ______

**CARDIAC MONITOR:** N/A ( ) YES (X) NO ( ) RHYTHM SR

**EDEMA:** N/A (X) ABSENT ( ) PRESENT ( ) PITTING ( ) NONPITTING ( ) LOCATION ( )

**ABDOMEN:** N/A ( ) SOFT (X) NONTENDER ( ) DISTENDED ( ) NONDISTENDED (X) RIGID ( ) GUARDING ( ) REBOUND ( ) TENDER ( ) RLQ ( ) RUQ ( ) LUQ ( )

**GI:** N/A (X) NAUSEA ( ) VOMITING ( ) DIARRHEA ( ) BOWEL SOUNDS YES NO LOCATION: ______

**GU:** N/A (X) FLANK PAIN ( ) LEFT ( ) RIGHT ( ) DYSURIA ( ) HEMATURIA ( ) FREQUENCY ( ) URGENCY ( )

**GYN:** N/A (circled) LMP ______ NORMAL YES ( ) NO ( ) PREGNANT YES ( ) NO ( ) EDC ______ FHT ______ LOCATION: ______ BIRTH CONTROL: ______

**EMOTIONAL ASSMT.:** COOPERATIVE (X) COMBATIVE ( ) AGITATED ( ) HOSTILE ( ) ANXIOUS ( ) EYE CONTACT: YES ( ) NO ( )

**LACERATION / ABRASION:** N/A ( ) LOCATION ______ SUPERFICIAL ( ) DEEP ______ ( ) BLEEDING ( ) NOT BLEEDING ( ) PRESSURE DSG APPLIED ( )

**ORTHOPEDIC ASSMT:** N/A ( ) SWELLING ( ) DEFORMITY ( ) LOCATION ______ MOVEMENT LIMITED YES ( ) NO ( )

PULSE BELOW INJURY YES ( ) NO ( ) SPLINTED ( ) ELEVATED ( ) ICE APPLIED ( )

**VALUABLES RELEASED TO:** N/A (X) PATIENT ( ) PATIENT S/O ( ) ______ HOSPITAL SAFE ( ) ______

**DISPOSITION OF PATIENT:** DISCHARGED (circled) ( ) HOME (circled) ( ) NSG HOME ______ M.D. OFFICES ______ MORGUE / CORONER ______ IN CARE OF: SELF ( ) S/O ( ) LAW ENFORCEMENT ______ AMBULANCE SERVICE ______ Cross Co. Cnty

ADMIT ( ) ROOM ______ TRANSFER ( ) N/A

REPORT TIME ______ GIVEN TO ______

MEDICAL RECORDS SENT ( ) FAXED ( )

**CONDITION OF PATIENT ON DISCHARGE:** STABLE (circled) ( ) UNSTABLE ( ) CRITICAL ( )

**TIME OF DISCHARGE:** 2057

**PATIENT TEACHING:** Verb. understanding of med & dc instructions. D/c'd c police [signature]

**TB SCREEN** (Please write Yes or No)
Do you have or have you ever had TB? N
Do you have any of the following:
Cough (2 weeks) ______ Night Sweats ______ Lack of Appetite ______
Anyone in your immediate family have TB? N
Bloody Sputum ______ Weight Loss ______ Fever ______

**ADDITIONAL OBSERVATIONS:**
1930 - pt to xray via stretcher — KSpeer
2015 - pt from xray via stretcher — KSpeer
2052 IV d/c'd pressure drsg applied [signature]

| SIGNATURE OF NURSE | INITIAL | TITLE | SIGNATURE OF NURSE | INITIAL | TITLE |
|---|---|---|---|---|---|
| Beth Joy | BJ | | K Speer | KS | |

RUN DATE: 12/22/03 Russell Med Center Laboratory **LIVE** PAGE 4
RUN TIME: 0914 FINAL RESULTS
RUN USER: MIS.JJA

PATIENT: KELLEY,DANIEL B. ACCT #: V010479624 LOC: ER U #: M0124352
AGE/SX: 32/M ROOM: REG: 12/09/03
REG DR: LAZENBY,SHIRLEY STATUS: DEP ER BED: DIS:

**** URINALYSIS ****

| Date<br>Time | 12/9/03<br>1946 | | | Reference | Units |
|---|---|---|---|---|---|
| COLOR | STRAW | | | | |
| APPEARANCE | CLEAR | | | | |
| SPEC. GRAVITY | 1.010 | | | (1.000-1.030) | |
| PH | 7.0 | | | (5.0-9.0) | |
| LEUK ESTERASE | NEG | | | (NEGATIVE) | |
| NITRATE | NEG | | | (NEGATIVE) | |
| PROTEIN | NEG | | | (NEGATIVE) | |
| GLUCOSE | NORM | | | | mg/dL |
| KETONE,URINE | NEG | | | (NEGATIVE) | |
| UROBILINOGEN | NORM | | | | mg/dL |
| BILIRUBIN | NEG | | | (NEGATIVE) | |
| BLOOD | NEG | | | (NEGATIVE) | ul |
| RBC | (A) | | | (NONE) | /hpf |
| (A) NONE SEEN | | | | | |
| WBC | (B) | | | (NONE) | /hpf |
| (B) NONE SEEN | | | | | |
| EPITHELIAL CELL | (C) | | | | /hpf |
| (C) NONE SEEN | | | | | |
| BACTERIA | (D) | | | (NONE) | |
| (D) NONE SEEN | | | | | |
| COCAINE | (E) | | | | |
| (E) NEGATIVE | | | | | |
| THC | (F) | | | | ng/mL |
| (F) NEGATIVE | | | | | |
| AMPHETAMINES | (G) | | | (N) | |
| (G) NEGATIVE | | | | | |
| BARBITURATES | (H) | | | | |
| (H) POSITIVE | | | | | |

Patient: KELLEY,DANIEL B. Age/Sex: 32/M Acct#V010479624 Unit#M0124352

EE

Patient: KELLEY,DANIEL B. #V010479624 (Continued)

**** URINALYSIS CONTINUED ****

| Date / Time | 12/9/03 1946 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| BENZODIAZEPINE | (I) | | | | | |
| OPIATES | (J) | | | | (N) | |
| PCP | (K) | | | | | |

(I) NEGATIVE

(J) NEGATIVE

(K) NEGATIVE

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| BENZO | 1 | DEC 9 | 1946 | (L) | ( 300) | |
| COCAINE (Metab. | 1 | DEC 9 | 1946 | (M) | ( 300) | ng/mL |
| CANNABINOID | 1 | DEC 9 | 1946 | (N) | ( 50) | ng/mL |
| OPIATES | 1 | DEC 9 | 1946 | (O) | ( 300) | ng/mL |
| MORPHINE | 1 | DEC 9 | 1946 | (P) | (CUTOFF 300) | |

(L) Negative
See also (@a)

(M) Negative
See also (@a)

(N) Negative
See also (@a)

(O) Negative
See also (@a)

(P) NEGATIVE
See also (b), (@a)

NOTES:
(@a) LABCORP
(b) Urine examination by GC/MS failed to detect the presence of
(b) an Opiate at or above the reporting threshold of 300 ng/mL.
(b) Specimen was analyzed for the following Opiates:
(b) Codeine Hydrocodone
(b) Morphine Hydromorphone

Case 2:05-cv-01150-MHT-TFM Document 105-23 Filed 11/30/2007 Page 10 of 17

Patient: KELLEY,DANIEL B. #V010479624 (Continued)

| Test | Day | Date | Time | Result | | Reference | Units |
|---|---|---|---|---|---|---|---|
| CODEINE | 1 | DEC 9 | 1946 | (Q) | | (CUTOFF 300) | |
| (Q) NEGATIVE<br>See also (c), (@d) | | | | | | | |
| AMPHETAMINES | 1 | DEC 9 | 1946 | (R) | | ( 1000) | ng/mL |
| (R) Negative<br>See also (@d) | | | | | | | |
| BARBITURATES | 1 | DEC 9 | 1946 | (S) | | (CUTOFF 300) | ng/mL |
| (S) NEGATIVE<br>See also (@d) | | | | | | | |
| PHENCYCLIDINE | 1 | DEC 9 | 1946 | (T) | | ( 25) | ng/mL |
| (T) Negative<br>See also (@d) | | | | | | | |
| PHENOBARBITOL | 1 | DEC 9 | 1942 | 13.6 | L | (15-40) | ug/ml |

NOTES:
(c) Urine examination by GC/MS failed to detect the presence of
(c) an Opiate at or above the reporting threshold of 300 ng/mL.
(c) Specimen was analyzed for the following Opiates:
(c) Codeine Hydrocodone
(c) Morphine Hydromorphone
(@d) LABCORP

RUSSELL MEDICAL CENTER
P.O. BOX 939
ALEXANDER CITY, AL 35010

TRANSCRIPTION REPORT

NAME: KELLEY, DANIEL B.
PHYS: LAZENBY, SHIRLEY
DOB: 06/17/1971 AGE: 32 SEX : M
ACCT: V010479624 LOC: ER
EXAM DATE: 12/09/2003 STATUS: DEP ER
RAD #: 00087374 UNIT #: M0124352

| EXAM # | TYPE | EXAM | RESULT |
|---|---|---|---|
| 000458536 | RAD | / CERVICAL SPINE COMPLETE | |

KELLEY, DANIEL B.
HISTORY: Fall.
CERVICAL SPINE
No comparisons. No sign of acute injury of the cervical spine. Normal body heights and disk spaces. Articular facets and neural foramen are not seen well due to positioning. Prespinal soft tissues are normal.
IMPRESSION:
No sign of acute cervical injury nor any other significant finding.

** REPORT SIGNATURE ON FILE 12/11/2003 **
Reported By: DONALD G. HAWKINS, MD
Signed By: HAWKINS, DONALD MD

Transcribed Date/Time: 12/11/2003 0725
Transcriptionist: RAD.RD

Technologist: MARY LANKFORD RT (R) (US)
Printed Date/Time: 12/22/2003 1:29p
CC: SHIRLEY LAZENBY
Weaver, Randall --

RUSSELL MEDICAL CENTER
P.O. BOX 939
ALEXANDER CITY, AL 35010

TRANSCRIPTION REPORT

NAME: KELLEY, DANIEL B.
PHYS: LAZENBY, SHIRLEY
DOB: 06/17/1971 AGE: 32 SEX : M
ACCT: V010479624 LOC: ER
EXAM DATE: 12/09/2003 STATUS: DEP ER
RAD #: 00087374 UNIT #: M0124352

| EXAM # | TYPE | EXAM | RESULT |
| --- | --- | --- | --- |
| 000458537 | RAD | / LUMBAR SPINE OBLIQUE | |

KELLEY, DANIEL B.
HISTORY: Fall.
LUMBAR SPINE
No comparisons. The patient has had a prior laminectomy at the L5-S1 level and two metallic spacing/prosthetic disk like structures have been placed at the L5-S1 disk space. These tubular metallic like structures lie one on each side of the disk space. There has been removal of the spinous process at L5 associated with a laminectomy. There is mild degenerative disk disease at L4-5. There is no other significant finding. There is no sign of acute injury. Normal SI joints. Normal body heights. A tiny bone density at the L2 body probably is due to a distant infarct or bone island.
IMPRESSION:

1. Evidence of prior laminectomy and surgical intervention at L5-S1 with prosthetic disk material placed at L5-S1.
2. Mild degenerative disk disease at L4-5.
3. No sign of acute injury or any other significant finding of the lumbar spine.

** REPORT SIGNATURE ON FILE 12/11/2003 **
Reported By: DONALD G. HAWKINS, MD
Signed By: HAWKINS, DONALD MD

Transcribed Date/Time: 12/11/2003 0728
Transcriptionist: RAD.RD

Technologist: MARY LANKFORD RT (R) (US)
Printed Date/Time: 12/22/2003 1:29p
CC: SHIRLEY LAZENBY
Weaver, Randall //

RUSSELL MEDICAL CENTER
P.O. BOX 939
ALEXANDER CITY,AL 35010

TRANSCRIPTION REPORT

NAME: KELLEY,DANIEL B.
PHYS: LAZENBY,SHIRLEY
DOB: 06/17/1971 AGE: 32 SEX : M
ACCT: V010479624 LOC: ER
EXAM DATE: 12/09/2003 STATUS:DEP ER
RAD #: 00087374 UNIT #: M0124352

| EXAM # | TYPE | EXAM | RESULT |
| --- | --- | --- | --- |
| 000458538 | RAD | / PELVIS | |

KELLEY, DANIEL B.
HISTORY: Fall.
PELVIS
Evidence of prior prosthetic disk placements at L5-S1 and laminectomy at L5. The pelvis and both hips appear normal with no sign of acute injury.
IMPRESSION:
1. No sign of acute injury. No fractures.
2. Prior surgical intervention in the lumbosacral junction area.

** REPORT SIGNATURE ON FILE 12/11/2003 **
Reported By: DONALD G. HAWKINS, MD
Signed By: HAWKINS,DONALD MD

Transcribed Date/Time: 12/11/2003 0730
Transcriptionist: RAD.RD

Technologist: MARY LANKFORD RT (R) (US)
Printed Date/Time: 12/22/2003 1:29p
CC: SHIRLEY LAZENBY
Weaver,Randall

Consent to Hospital Care And Treatment
Russell Medical Center
Alexander City, Alabama 35010

Y01049624 M01244352
ER ACCT# ER
KELLEY, DANIEL B.
DR. LAZENBY, S
12/09/2003 MEDICARE

CONSENT FOR TREATMENT

I understand that while a patient in this hospital, inpatient, or outpatient, I will receive care and treatment administered by Russell Medical Center and its authorized representatives. Consent is given for any examination, care or treatment, deemed advisable and/or appropriate by my physician or by authorized representatives of Russell Medical Center.

The undersigned and/or the patient certifies that he/she has read the foregoing and accepts its terms

Verbal – Pt unable to sign unresponsive
(Patient's Signature)

Denise Blackmon
(Witness)

12/9/03 19:11
(Date) (Time)

Mattresa Boggs

The above patient__ is less than 14 years of age or__ unable to sign for the following reason:

The above consent is given on the patient's behalf.

(Patient's Representative) (Relationship) (Witness)

(Date) (Time)

PRIVACY STATEMENT ACKNOWLEDGEMENT

✓ I have received a copy of the Russell Medical Center Notice of Privacy Practices.

___ I have declined to receive a copy of this notice.

Received
(Patient or Patient Representative Signature) (Witness)

REVISED: 12/11/02
KEYMK901

RUSSELL MEDICAL CENTER
FINANCIAL AGREEMENT

V010479624 M0124352
ER ER
KELLEY, DANIEL B.
DR LAZENBY
MEDICARE
12/08/2003
32Y CA/M 06/17/1971
CODLENE

FINANCIAL RESPONSIBILITY

I understand that I am responsible for any unpaid balance due the hospital, other physicians and health care providers. Should the account be referred to any attorney for collection, the undersigned shall pay reasonable attorney's fees, court cost and collection expenses. These additional costs will be added to the account balance.

**If your insurance carrier requires pre-certification for your services, it is ultimately the patient's responsibility to ensure that proper pre-certification is obtained. If the claim is denied in part or full, the guarantor will be financially responsible.**

I understand that any unpaid balance is due in full upon receipt of the initial statement unless other arrangements have been made with the business office.

RELEASE OF INFORMATION/ASSIGNMENT OF BENEFITS

I authorize the release of information from my medical record as is required by my insurance carrier or government agency to process my claim for benefits. I authorize the release of necessary information to other physicians and health care providers concerned in my treatment. I also authorize responsible third parties to pay directly to the hospital, other physicians and health care providers.

PERSONAL VALUABLES

This is to certify that I have been made aware that Russell Medical Center provides facilities for the safe keeping of my valuables, and that I release Russell Medical Center from any responsibility due to loss or damage of my clothing, watch, jewelry, dentures or other valuables that I may keep in my possession.

The undersigned and/or the patient certifies that he/she has read the foregoing and agrees and accepts its terms.

Verbal pt unresponsive unable to sign — Denise Blackmon

(Patient's Signature) (Witness) Marisa Cossa

12/9/03 21:50
Date TIME

The above patient is unable to sign because: ______________________
or is an unemancipated minor. ______________ years of age. Therefore, the above consent is given on the patient's behalf.

______________________ ______________________
Closest Relative or Guardian's Signature Witness

______________ ______________
Date Time

KEYMK544

MEDIDCAL RECORDS

# Alabama Emergency Medical Services — Narrative/PMO

| SERVICE NAME: Coosa EMS | SERVICE #: 138 | INCIDENT #: 521 | MEDICAL CONTROL #: | TODAY'S DATE: 12/27/03 |

INCIDENT LOCATION: [illegible] Jail
TRANSPORTED TO: Russell

PATIENT LAST NAME: B[illegible]  FIRST: Bryan  M.I.: PHONE:
DATE OF BIRTH: 06/19/71

STREET ADDRESS: 505 Virginia Lane
SOCIAL SECURITY NUMBER: 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
AGE: 32  GENDER: M

CITY: [illegible]  STATE: AL  ZIP CODE: 35150

**CHIEF COMPLAINT:** Fall - 50 ft. Stairs [illegible]

**CURRENT MEDS:** ☐ Pt. States None  ☐ Unknown  ☒ Brought W/Pt.  List: [illegible]

**ALLERGIES (MEDS):** ☐ Pt. States None  ☐ Unknown  List: [illegible] NC

**MEDICAL HISTORY:** ☐ Pt. States None  ☐ Unknown  ☐ Allergies ☐ Asthma ☐ Cardiac ☒ COPD ☐ Drug/Alcohol ☐ Renal Failure ☒ Seizure/Convuls. ☐ Other
☒ AMS/Behav ☐ Cancer ☐ CHF ☐ Diabetes ☐ Hypertension ☐ Resp. Failure ☐ Stroke/CVA

### PATIENT SIGNS

| CONSCIOUS | SPEECH | SKIN | COLOR | RESPIRATIONS | PULSE | PUPILS |
|---|---|---|---|---|---|---|
| ☒ Conscious, Alert | ☐ Coherent | ☐ Normal | ☒ Normal | ☐ Normal | ☒ Normal | ☒ Reactive L/R |
| ☐ Respond Voice | ☐ Incoherent | ☐ Moist | ☐ Cyanotic | ☐ Crowing | ☐ Rapid | ☐ Dilated L/R |
| ☐ Respond Pain | ☐ Hysterical | ☐ Dry | ☐ Pale | ☐ Rales | ☐ Slow | ☐ Fixed L/R |
| ☐ Unresponsive | ☐ Slurred | ☐ Hot | ☐ Flushed | ☐ Distressed | ☐ Regular | ☐ Unequal |
| ☐ Combative | ☐ Silent | ☐ Cool | ☐ Ashen | ☐ Irregular | ☐ Irregular | ☐ Pinpoint L/R |
| ☐ Deceased | ☐ Abusive | | ☐ Jaundice | ☐ Absent L/R | ☐ Weak/Thready | ☐ Sluggish L/R |
| | | | | | ☐ Full Bounding | ☐ Blind L/R |

Times: Time of Call, Dispatch, Enroute, Arrive Scene, Depart Scene, Arrive Dest., Return Service

| TIME | CREW MEMBER | B/P | P. | R | ASSESS/ORDERS | TREATMENT | RESPONSE/COMMENTS |
|---|---|---|---|---|---|---|---|
| [illegible] | | | | | [illegible] | [illegible] | |

**IV SOLUTIONS ADMINISTERED:** ___ NS  ___ Other

**MEDICATIONS ADMINISTERED:**  Qty./Dose — Adenosine, Albuterol, Aspirin, Atropine, Auto-Inhaler, Bicarb, Bretylium, D50, Diazepam, Diphenhydramine, Dopamine, Epi (1:1000), Epi (1:10,000), Furosemide, Lidocaine, Naloxone, Nitroglycerine, Nitrous Oxide, Other

**NARRATIVE:** [handwritten narrative largely illegible — references patient fall, transported to Russell, released to care of [illegible]]

Narrative __ of __

### REFUSAL OF TREATMENT/TRANSPORT
This is to certify that I am refusing Treatment/Transport and have been informed of the risks of doing so.

X _____ Patient Signature   Date/Time: _____
X _____ Witness   Date/Time: _____

X _____ Signature of Person Receiving Patient  Date/Time: 3/6
Crew Member #1 _____  EMS License #: C0570
Crew Member #2 _____  EMS License #: 0015615
Crew Member #3 _____  EMS License #: [illegible]05

X _____ Signature of: ☐ Medical Control Physician ☐ Authorizing Physician ☐ Receiving Physician  Date/Time: _____

MCP ID # _____  DEA # _____  Physician License # _____

©1996 EMS DATA SYSTEMS, INC.

Receiving Facility Copy

Russell Hospital
P.O. Box 939
Alexander City, AL 35011

1

FINAL

KELLEY,DANIEL B. V010479624 12/09/03 12/09/03 12/15/03

KELLEY,DANIEL B.
800 PINEVIEW LANE
SYLACAUGA AL 35150

MEDICARE 420256528A
MEDICAID 420256528

| | | | | |
|---|---|---|---|---|
| 12/09/03 | 39700109 | URINALYSIS | 1 | 48.75 |
| 12/09/03 | 39900600 | DRUG SCREEN LOCAL | 1 | 190.50 |
| 12/09/03 | 39400056 | DRUG CONFIRMATION | 1 | 93.50 |
| 12/09/03 | 39902069 | PHENOBARBITAL LEVEL | 1 | 59.00 |
| 12/09/03 | 33100124 | LEVEL 3 | 1 | 94.00 |
| 12/09/03 | 40703555 | MOTRIN TAB; IBUPROFEN 600 MG TAB | 1 | 3.25 |
| 12/09/03 | 40402018 | CERVICAL SPINE-OBLIQ | 1 | 200.50 |
| 12/09/03 | 40402083 | LUMBAR SPINE OBLIQUE | 1 | 186.50 |
| 12/09/03 | 40401945 | PELVIS | 1 | 75.50 |
| 12/09/03 | 32506149 | URINAL, DISP; URINAL DISPOSABLE | 1 | 5.80 |
| 12/09/03 | 33201195 | E/R PHYS LEVEL 3 | 1 | 176.00 |

*** SUMMARY BY SERVICE ***

| | | |
|---|---|---|
| PHARMACY OTHER | 1 | 3.25 |
| CENTRAL SUPPLY | 1 | 5.80 |
| LABORATORY | 4 | 391.75 |
| RADIOLOGY | 3 | 462.50 |
| EMERGENCY ROOM | 2 | 270.00 |

ESTIMATED INSURANCE DUE
MEDICARE 1133.30

V010479624

1133.30
0.00
1133.30
1133.30

0.00