# EXHIBIT Y

# Inmate Request Form dated 12/10/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_ CELL: _103-B_

DATE: _12-10-03_          TIME: _4:15_

Please check one of the following:

_✓_ Medical      _____ Commissary      _____ Grievance      _____ Other

Briefly state your request or list your commissary items below"

_Need to see Doctor to get right_
_eye checked & Zyprexa Refilked and_
_ambien cause I cant sleep over 2-3 Hours._

Inmate's signature_____

Do not write below—for reply only

_Dr. James    12-11-03_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *Daniel Bryan Kelly*   CELL: *103-B*

DATE: *Dec 10-03*   TIME: *10:15*

Please check one of the following:

___✓ Medical      ___ Commissary      ___✓ Grievance      ___ Other

Briefly state your request or list your commissary items below"

*Want to see Ricki Owens*
*I've asked two time and*
*sgt to see Ptsm for my*
*back & st have a sleep disorder*
*Ron Johnson said the sheriff would*
*talk to me*

Inmate's signature *Daniel Bryan Kelly*

Do not write below—for reply only

*If you have a problem that you need to speak with*
*someone about the Sgt. or Lt. will be glad to speak*
*with you. THE SHERIFF WILL ONLY SEE YOU IF IT IS A PROBLEM*
*THAT GOES BEYOND THE AUTHORITY AND ABILITIES OF THE SGT.*
*AND THE LT.*

**Signature of Jail Officer receiving original request:**

*A.T. Roberson*
*12/11/03*

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelly_   CELL: _103-B_

DATE: _12-10-03_   TIME: _4:30_

Please check one of the following:

_____Medical   _____Commissary   _✓_Grievance   _____Other

Briefly state your request or list your commissary items below"

_I Got A problem, need To speck To Ricki Owens I've asked a bunch of Times so I ask The state s____ Ron Johnson To call him & ask him if I could speak To him_

Inmate's signature_____

Do not write below——for reply only

Signature of Jail Officer receiving original request:

# EXHIBIT Z

# Coosa County Sheriff's Department Doctor Visit – Prescription Form dated 12/11/03

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE _12/11/03_

INMATE NAME _Kelley, Bryan_

COMPLAINT _Shoulders, Knee (A?), and BACK PAINS._

DOCTOR'S NAME _Dr. JAMES._

NUMBER OF PRESCRIPTIONS _0_   _No change in current meds._

_Gave two cortizone shots to the shoulder._

# EXHIBIT AA

# Dr. John James Medical Records

STATE OF ALABAMA     )
                      )
*Tallapoosa* COUNTY     )

## CERTIFICATION OF RECORDS

I, _Carol Pasley_, of the office of _Pricare_, do hereby certify that the documents annexed are a true copy from the original records of **Daniel Bryan Kelley**, **DOB: June 17, 1971**, which are authorized by law to be and are, in fact, made and maintained in the regular and ordinary course of business and on file at the office of _Pricare P.A._, and in its legal custody.

Executed this _1st_ day of _Aug_, 2007.

_Carol Pasley_

Sworn to and subscribed before me this _01_ day of _August_, 2007.

(SEAL)

_Shelly Bower_
Notary Public

My Commission Expires: _1-9, 2011_

| | TOTAL INSURANCE PAYMENTS | $196.00 |
| | TOTAL PATIENT PAYMENTS | $0.00 |
| | OTHER CREDITS | $0.00 |

| 0 To 30 Days | 30 To 60 Days | 60 To 90 Days | 90 or Greater | PAY THIS AMOUNT | $0.00 |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | | |

Your account is 120 days over due, if we do not receive payment we will turn this account over to a collection agency.

ALEXANDER CITY                AL        35011-0789

Phone: (256)234-4131          Fax: (256)234-9979

## Patient Demographics

| Last: | First: | Middle: | Lineal: | Street: | | | |
|---|---|---|---|---|---|---|---|
| Kelley | Bryan | | CCINMATE | Po Box 10 Attn: Donna | | | |

| SSN: | DOB: | Sex: | | City: | State: | Zip: | Phone: |
|---|---|---|---|---|---|---|---|
| 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 | 06/17/1971 | Male | | ROCKFORD | AL | 35136 | (256)377-2211 |

## Patient Insurance Information

Primary Insurer

Card Holder  Commision, Coosa County WC

Insurer:  Coosa County Commissioner

Policy No.:  420256528

Group No.:

Relationship To Insured:  Child

C0-Pay:  $0.00

Secondary Insurer

Card Holder

Insurer:

Policy No.:

Group No.:

Relationship To Insured:

C0-Pay:

PriCare, P.A.
44 Aliant Parkway
ALEXANDER CITY, AL 35010-0789
Phone: (256)234-4131 Fax: (256)234-9979

PROVIDER INFORMATION
Physician: ROACH,MARTIN,G:D.O.
Service Date: 12/10/2004

DEMOGRAPHICS
KELLEY,BRYAN,CCINMATE
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 6/17/1971, Sex: Male, Race: Caucasian, SSN: 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
Employer: Coosa Co inmate, Phone: ( ) -

CLINICAL RECORDS

SUPER BILL
Diagnosis:

| Code | Description |
|---|---|
| 789.04 | ABDOMINAL PAIN LEFT LOWER QUADRANT |
| 810.8 | LUMBAR LUMBOSAC FUS |

Procedures:

| Code | Description |
|---|---|
| 81003 | URINALYSIS |
| 99213 | OFFICE OUTPATIENT VISIT EST L3 |
| 82570 | CREATININE URINE DIPSTICK |

CHIEF COMPLAINT
checkup and check kidneys.
Medical Assistant: MARTIN,KATRINA:RN

VITAL SIGNS

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|---|---|---|---|---|---|---|---|---|
| 1. | 98.6 | 206 | 88 | 130 | 80 | 20 | N/A | N/A |

HISTORY OF PRESENT ILLNESS
OTHER routine check up.
GROIN urinary burning painful.

PERTINENT PAST HISTORY
HISTORY ---
-SURGICAL HISTORY: Extremities Lower Extremity & Back Surgery} Back, left - knee right -.
-PERSONAL MEDICAL HISTORY:
[Psychiatric Dz] Anxiety.
[Neurological Dz] Epilepsy/Seizure Disorder.

FAMILY AND PERSONAL HISTORY
HISTORY ---
-FAMILY MEDICAL HISTORY: Cancer Lung, Father Endocrine Dz diabetes Mother.
-SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.

REVIEW OF SYSTEMS
Review of Systems
Gastrointestinal Abdominal Pain dull, aching llq for 4-5 days No nausea, vomiting, diarrhea, constipation denies blood in stool.
Constitutional no chronic fatique, fever, significant weight loss and night sweats..
MUSCULOSKELETAL back pain pt states "artificial l4 and l5 from trauma on lorcet for pain requesting more pain meds.

LAB

Urinalysis

| AID | Value | Units | Assay |
|---|---|---|---|
| Color | yellow | | Color |
| Clarity | clear | Clarity | |
| Uglu | neg | mg/dl | Glucose |
| Uket | neg | | Ketone |
| SG | <1.005 | | Specific Gra |
| Ubld | large | | Blood |
| pH | 7.0 | pH | |
| Unit | neg | | Nitrite |
| Uleu | trace | | Leukocytes |
| Upro | neg | mg/dl | Protein Urin |
| UCre | 50 | mg/dl | Urine Creati |
| PC | normal | | Pro Creat Ra |

| | | | |
|---|---|---|---|
| Ordered: | 12/10/2004 1:10:58 PM | By: | ROACH,MARTIN,G:D.O. |
| Collected: | 12/10/2004 1:14:05 PM | By: | BARBER,SHEILA:J. MT(ASCP) |
| Resulted: | 12/10/2004 1:14:44 PM | By: | BARBER,SHEILA:J. MT(ASCP) |
| Reviewed: | 12/10/2004 1:34:00 PM | By: | ROACH,MARTIN,G:D.O. |

PHYSICAL

PHYSICAL EXAMINATION --- Genitourinary Male normal exam sans hernia, prostate or genital abnormality Testicles Normal Exam Penis circumcised discharge none Gastrointestinal Abdominal tenderness: Left Lower Quadrant, No Renal Bruits No rebound tenderness No masses + BS: normoactive, Musculoskeletal Back surgical scar LS paraspinous tenderness range of motion good Neurological Reflexes: DTR 2+ bilaterally DTR equal and active at ankle and knees no foot drop ehl fxn intact.

ASSESSMENT AND PLAN

Assessment / Plan Prescriptions take medications as directed RTC in 2 weeks return SOONER if not getting better.

**MEDICATION ALLERGIES**

| MEDICATION | SENSITIVITY | NOTATION |
|---|---|---|
| Codeine | UNKNOWN | |

**MEDICATIONS PRESCRIBED FOR THIS ENCOUNTER**

| MEDICATION | DOSE | UNIT | QTY | TYPE | REFLS | DOSES | UNIT | FREQUENCY | INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Lorcet 10 | 0 | | 10 | tab | 0 | 1 | tab | QHS | prn pain |
| Naprosyn | 500 | mg | 30 | tab | 1 | 1 | tab | BID | take with food |

PriCare, P.A.
44 Aliant Parkway
ALEXANDER CITY, AL 35010-0789
Phone: (256)234-4131 Fax: (256)234-9979

---

# Medical Record For: KELLEY,BRYAN,WCP  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 16, 2004
Physician: GOLDHAGEN,MICHELE,M:MD (PriCare, P.A.)

Phone Message

Time: 9:17 AM
From: GOLDHAGEN,MICHELE,M:MD
To: MARTIN,KATRINA:

Subject: Dr. Goldhagen can you do thisCrews drug store

Called and wanted to know if pt should still take his Zyprexia.  LOV was 1-7-04 i reviewed office notes and it does not state to stop med..continue and f/u 2 weeks from last visit..MMG
No meds called in officer stated he had enough.dplpn

---

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

Phone: (256)234-4131 Fax: (256)234-9979

---

# Medical Record For: KELLEY,BRYAN,WCP  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 12, 2004

Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 10:24 AM

From: JAMES,JOHN,M:MD

To: MARTIN,KATRINA:

Subject: Crews

Pt is needing his Methocarbamol 750 mg BID.  Lov was 1-04 with 0.00 bal--------------OK 1 refill if time OK./jj done dplpn

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

Phone: (256)234-4131 Fax: (256)234-9979

---

# Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 7, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 2:34 PM
From: JAMES,JOHN,M:MD
To: MARTIN,KATRINA:

Subject: Liver tests abnormal---f/u in 2 weeks /jj

done dplpn

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

Phone: (256)234-4131 Fax: (256)234-9979

**Provider Information**
Physician:    JAMES,JOHN,M:MD
Service Date:    1/7/2004

**Demographics**
KELLEY,BRYAN,WCP
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 6/17/1971, Sex: Male, Race: Caucasian, SSN: 900056528
Employer: Coosa Co inmate, Phone: ( )  -

**Super Bill**
Diagnosis:

| Code | Description |
|------|-------------|
| 708.9 | URTICARIA UNSPECIFIED |

Procedures:

| Code | Description |
|------|-------------|
| 85025 | CBC W PLATLETS |
| 85651 | ESR |
| 80053 | CHEM PANEL 14 COMPREHENSIVE METABOLIC |
| 99212 | OFFICE OUTPATIENT VISIT EST L2 |

**Chief Complaint**
body rash.
Medical Assistant: PARISH,DARLENE:G LPN

**Vital Signs**

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|------|-------------|--------|-------|-------------|--------------|-------------|--------|-----------|
| 1. | 98 | 204 | 87 | 130 | 70 | 20 | N/A | N/A |

**Pertinent Past History**
HISTORY ---
-SURGICAL HISTORY: Extremities Lower Extremity & Back Surgery} Back, left - knee right -.
-PERSONAL MEDICAL HISTORY:
[Psychiatric Dz] Anxiety.
[Neurological Dz] Epilepsy/Seizure Disorder.

**Family and Personal History**
HISTORY ---
-FAMILY MEDICAL HISTORY: Cancer Lung, Father Endocrine Dz diabetes Mother.
-SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.

**History of Present Illness**
OTHER body rash.

**Review of Systems**

**Lab**

---

CBC with Platelet

---

| AID | Value | Units | Assay |
|-----|-------|-------|-------|
| WBC | 5.8 | K/uL | White Blood |
| Lym | 1.9 | K/uL | Lymphocytes |
| Lymper | 33.0 | % | Lymphocyte p |
| Mid | 0.6 | K/uL | Monos, Eos, |
| Midper | 11.1 | % | Mono, Eo, Ba |
| Gran | 3.2 | K/uL | Granulocytes |
| Granper | 55.9 | % | Granulocyte |
| RBC | 4.51 | M/uL | Red Blood Ce |
| Hgb | 15.7 | g/dl | Hemoglobin |
| Hct | 42.6 | % | Hematocrit |
| MCV | 94.4 | fl | MCV |
| MCH | 34.8 | pg | MCH |
| MCHC | 36.9 | g/dl | MCHC |
| RDW | 14.1 | % | RDW |
| PLT | 286 | K/uL | Platelets |

---

| | | | |
|------|--------------------|-----|------------------------------|
| Ordered: | 1/7/2004 9:30:20 AM | By: | JAMES,JOHN,M:MD |
| Collected: | 1/7/2004 9:31:00 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |

| | | | |
|---|---|---|---|
| Resulted: | 1/7/2004 9:34:54 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| Reviewed: | 1/7/2004 2:33:58 PM | By: | JAMES,JOHN,M:MD |

---

ESR

| AID | Value | Units | Assay |
|---|---|---|---|
| ESR | 12 | mm/hr | Sed Rate |

| | | | |
|---|---|---|---|
| Ordered: | 1/7/2004 9:30:26 AM | By: | JAMES,JOHN,M:MD |
| Collected: | 1/7/2004 9:31:01 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| Resulted: | 1/7/2004 10:36:11 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| Reviewed: | 1/7/2004 2:34:00 PM | By: | JAMES,JOHN,M:MD |

---

Comprehensive Metabolic Panel

| AID | Value | Units | Assay |
|---|---|---|---|
| Na | 144 | mmol/L | Sodium |
| K | 4.2 | mmol/L | Potassium |
| Cl | 102 | mmol/L | Chloride |
| CO2 | 29 | mEq/L | CO2 |
| Cr | 0.8 | mg/dl | Creatinine |
| BUN | 9 | mg/dl | BUN |
| Gluc | 97 | mg/dl | Serum Glucos |
| Ca | 9.7 | mg/dl | Calcium |
| ALT_SGPT | 763 | U/L | ALT(SGPT) |
| AST_SGOT | 284 | U/L | AST(SGOT) |
| AlkPhos | 219 | U/L | Alkaline Pho |
| TBili | 1.5 | mg/dl | Total Biliru |
| Alb | 4.4 | g/dL | Albumin |
| TP | 7.1 | g/dL | Total Protei |

| | | | |
|---|---|---|---|
| Ordered: | 1/7/2004 9:30:30 AM | By: | JAMES,JOHN,M:MD |
| Collected: | 1/7/2004 9:31:02 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| Resulted: | 1/7/2004 2:27:12 PM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| Reviewed: | 1/7/2004 2:34:09 PM | By: | JAMES,JOHN,M:MD |

---

## Physical
PHYSICAL EXAMINATION --- Constitutional Hydration OK. Respiratory clear to P+A Heart RR no murmur Diffuse urticarial rash..

## Assessment and Plan
Assessment / Plan Will call with test results when they are available. Discharge Instructions Take medications as prescribed. Drink plenty of fluids, Get adequate rest..

## Prescriptions
Dispense: Atarax 25 mg, sig: 1 tab, Q 4 Hrs prn itching, 40 tab, 1 Refill(s).

## Drug Allergies
Codeine

---

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

**Phone: (256)234-4131 Fax: (256)234-9979**

---

# Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 6, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 2:58 PM
From: JAMES,JOHN,M:MD
To: HARRIS,CINDY:D

Subject: srgt called here about his med

Pt broke out.. said they called pharmacy and the pharmacist told them that he had a side effect to Robaxin.. they seemed to say that we doubled it. But I thought it was just his Zyprexia.. so not sure.. Please advise. Do we need pt to come in..? #256-377-1803 to call Coosa Cnty comm----------------------OV 1/07./jj

---

**PriCare, P.A.**
44 Aliant Parkway
ALEXANDER CITY, AL 35010-0789
Phone: (256)234-4131 Fax: (256)234-9979

---

# Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 2, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 11:40 AM
From: JAMES,JOHN,M:MD
To: MARTIN,KATRINA:

Subject: Crews

LOV 12/11/03 -- (in jail) -- given Methocarbamol 750mg BID prn #28 request refill -- also needs Zyprexa changed we gave 5mg because mother said this was the dosage-- jail called said pt is acting awful can't do anything with him and they said mother told them she was inncorrect on the Zyprexa it is suppose to be 20mg.-- I called FW to confirm it is 20mg -- they want to know can we change--------OK 1 month on each./jj  Done km

---

PriCare, P.A.

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 6 Month(s)
Encounter Date: December 12, 2003
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 4:29 PM
From: JAMES,JOHN,M:MD
To: BARBER,SHEILA:J. MT(ASCP) LAB

Subject: Crews Drug

Pt is needing his Robaxin 750mg.  Was just here.----------OK 1 refill./jj
Rx called to pharmacy 12/12/03 @ 1635/SJB

---

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

Phone: (256)234-4131 Fax: (256)234-9979

---

## Provider Information
Physician:        JAMES,JOHN,M:MD
Service Date:    12/11/2003

## Demographics
KELLEY,BRYAN
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 06/17/1971, Sex: Male, Race: Unknown, SSN: 900056528

## Super Bill
Diagnosis:

| Code | Description |
|---|---|
| 719.49 | ARTHRALGIA MULTI SITES |

Procedures:

| Code | Description |
|---|---|
| J0702 | INJ CELESTONE |
| 99212 | OFFICE OUTPATIENT VISIT EST L2 |

## Chief Complaint
Need my shoulder knee and lower back hurts.
Medical Assistant: MARTIN,KATRINA:

## Vital Signs

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|---|---|---|---|---|---|---|---|---|
| 1. | 98.6 | 191 | 78 | 110 | 70 | 20 | N/A | N/A |

## Pertinent Past History
HISTORY ---
    -SURGICAL HISTORY: Extremities Lower Extremity & Back Surgery} Back, left - knee right -.
-PERSONAL MEDICAL HISTORY:
    [Psychiatric Dz] Anxiety.
    [Neurological Dz] Epilepsy/Seizure Disorder.

## Family and Personal History
HISTORY ---
    -FAMILY MEDICAL HISTORY: Cancer Lung, Father Endocrine Dz diabetes Mother.
    -SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.

## History of Present Illness
LEFT SHOULDER pain.
RIGHT KNEE pain.
BACK pain lower.

## Physical
PHYSICAL EXAMINATION --- Constitutional Hydration OK. Wearing handcuffs. Ear, Nose, Mouth and Throat Normocephalic Neck supple and nontender. Respiratory clear to P+A Heart RR no murmur Gastrointestinal GI soft BSx 4 without tenderness, distention, HSM or masses Shoulders tender anteriorly.

## Assessment and Plan
Celestone 6mg. IM..
Continue present meds..

## Injections
Administered INJ CELESTONE 1 cc Intramuscular Left Glutteusmaximus

| | | | |
|---|---|---|---|
| Ordered: | 12/11/2003 12:01:42 PM | By: | JAMES,JOHN,M:MD |
| Collected: | 12/11/2003 12:22:37 PM | By: | PARISH,DARLENE:G LPN |
| Injected: | 12/11/2003 12:22:39 PM | By: | PARISH,DARLENE:G LPN |

## Prescriptions
Dispense: Zyprexa 5 , sig: 1 tab, HS , 20 tab, 0 Refill(s).
Dispense: Neurontin 300 , sig: 1 cap, TID , 90 cap, 2 Refill(s).
Dispense: Klonopin 2 mg, sig: 1 tab, BID , 60 tab, 2 Refill(s).
Dispense: Phenobarbital 60 mg, sig: 1 tab, BID , 60 tabs, 5 Refill(s).
Dispense: Seroquel 200 mg, sig: 1 tab, TID , 90 tab, 0 Refill(s).
Dispense: Robaxin 750 mg, sig: 2 tab, BID , 28 tab, 0 Refill(s).

## Drug Allergies
Codeine

---

## AUTHORIZATION FOR RELEASE MEDICAL INFORMATION

STATE OF ALABAMA,

COOSA COUNTY.

COMES NOW the undersigned, DANIEL BRYAN KELLEY, and requests any and all medical authorities, including hospitals, infirmaries, doctors and clinics, to furnish to: WANDA KELLY, 800 Pineview Lane, Sylacauga, Alabama, 35150, any and all records of examination, diagnosis, hospitalization, and charges for same, concerning any injury, sickness or illness for which the undersigned may have been treated, examined or diagnosed at any time.

Further, a copy of this authorization shall serve the same purpose as an original.

The undersigned has voluntarily executed this instrument of authorization this the _10_ day of November, 2003.

DANIEL BRYAN KELLEY

_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_
SOCIAL SECURITY NUMBER

_6-17-71_
DATE OF BIRTH

Subscribed and sworn to by me this the _10_ day of November, 2003.

NOTARY PUBLIC

My commission expires 7/31/07