# EXHIBIT BB

# Inmate Request Form dated 12/18/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelly   CELL: 105-B

DATE: 12-18-03   TIME: 20:05

Please check one of the following:

____Medical   ____Commissary   ✓ Grievance   ____Other

Briefly state your request or list your commissary items below"

Cant understand why one person can fall out and come back for 2 days in bed but I get in Trouble so I get sent to the hole I'm Schizoprenic & Bipolar I cant take that hole

Inmate's signature _Daniel Bryan Kelly_

Do not write below—for reply only

You have been told several times why you are up shot 12/18/03 AD

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley   CELL: 103-15

DATE: 12-18-03   TIME: 10:00

Please check one of the following:

✓ Medical  ___ Commissary  ___ Grievance  ___ Other

Briefly state your request or list your commissary items below"

Need to see a Real Doctor to find out about Falling out so I wont be put in holding pen for being sick I don't understand why I try to tell the truth and get in trouble for it ya wont let sim talk to Riki Owens so my Father is.

Inmate's signature  *Daniel Bryan Kelley*

Do not write below—for reply only

You are placed up front so you can be monitored on camera 24 hrs for your safty due to your medical trouble - this has been explained to you

Signature of Jail Officer receiving original request: several times
AS 12/18/03

# EXHIBIT CC

# Inmate Request Form dated 12/27/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelly     CELL: Michole

DATE: 12-27-03     TIME: 1:35

Please check one of the following:

__✓__ Medical     ____ Commissary     ____ Grievance     ____ Other

Briefly state your request or list your commissary items below"

Rt. Tooth is hurting and need to see medical Doctor to get some pills that metolcolic was keeping my back & toothache down.

Inmate's signature _____

Do not write below—for reply only

Will Make dentist appointment and get Robaxin Refilled 1/2/04

Signature of Jail Officer receiving original request:

# EXHIBIT DD

# Dr. Currie Medical Records

Name: Daniel "Bryan" Kelley
Patient's name: Daniel "Bryan" Kelley

| Date | Services rendered | Fees |
|---|---|---|
| 1/14 | Entries by pgsy | |
| | 4/5 · 1 Palm; ext. 5 R/L | 88.20 |
| | 4 - O give × 1, no meds | 87.90 / 176.10 |

David P. Currie, DMD
P.O. Box 2250
Sylacauga, AL 35150

Office Phone: 256-245-6039

Commisson Coosa
Law Enforcement Center
P.O. Box 10
Rockford, AL 35136

Account history for 01-14-04 to 01-14-04, printed on 08-01-07
(this is not a statement)

| Date | Patient | Description | Amount | Balance |
|---|---|---|---|---|
| 01-~~14-04~~ | ~~Billy~~ | ~~Balance as of 01-14-04~~ | ~~71.00~~ | ~~71.00~~ |
| ~~01-14-04~~ | ~~Billy~~ | ~~Periapical single, first (#34)~~ | ~~12.00~~ | ~~83.00~~ |
|  |  | ~~Extraction single tooth (#34)~~ | ~~53.00~~ | ~~136.00~~ |
| 01-14-04 | Bryan | Periapical single, first (#4) | 12.00 | 148.00 |
| 01-14-04 | Bryan | Ext. Erupt Th Or Expos Rt (#4) | 58.00 | 206.00 |
| 01-14-04 | Bryan | Ext. Erupt Th Or Expos Rt (#5) | 58.00 | 264.00 |
| 01-14-04 |  | Ending balance |  | 264.00 |

| Patient | Charges | Ins Pmts | Patient Pmts | Net Adj |
|---|---|---|---|---|
| Billy | 65.00 | 0.00 | 0.00 | 0.00 |
| Bryan | 128.00 | 0.00 | 0.00 | 0.00 |
| Totals | 193.00 | 0.00 | 0.00 | 0.00 |

Current Dental Terminology (CDT) © American Dental Association (ADA). All rights reserved.

David P. Currie, DMD
P.O. Box 2250
Sylacauga, AL  35150


Office Phone: 256-245-6039


Commisson Coosa
Law Enforcement Center
P.O. Box 10
Rockford, AL  35136

Account history for  03-22-04 to 03-22-04, printed on 08-01-07
(this is not a statement)

| Date | Patient | Description | Amount | Balance |
|---|---|---|---|---|
| 03-22-04 | Account | ~~Balance as of 03-22-04~~ | ~~203.00~~ | ~~203.00~~ |
| 03-22-04 | | Check pmt: thank you! (13038) | -128.00 | ~~135.00~~ |
| | | ~~Ending balance~~ | | ~~135.00~~ |

| Patient | Charges | Ins Pmts | Patient Pmts | Net Adj |
|---|---|---|---|---|
| Account | 0.00 | 0.00 | 128.00 | 0.00 |
| Totals | 0.00 | 0.00 | 128.00 | 0.00 |

Current Dental Terminology (CDT) © American Dental Association (ADA).  All rights reserved.

# PATIENT INFORMATION

Date  Jan/14/03    Patient's Name  Daniel Bryan Kelly

Address  (Street or Box)  [illegible] Pinecrest Ln

(City)  Sylacauga    (State)  Ala.    (Zip)  35150

Home Phone ( 256 ) 249-8[illegible]    Date of Birth  06 / 17 / 77    Sex: M ___ F ✓

Social Security Number  420-25-652[illegible]    Medicaid Number _____

## RESPONSIBLE PARTY INFORMATION

Name  Rockford Police Dept - Coosa County Jail    Marital Status: S ___ M ___ D ✓ W ___

Residence Address  (Street or Box) _____

(City)  Rockford    (State)  Ala.    (Zip)  35150

Home Phone ( ___ ) ___ - ___    Work Phone ( ___ ) ___ - ___  Ext. ___

Social Security Number _____    Date of Birth ___/___/___

Patient's Relation to you: Self ___ Spouse ___ Child ___ Other _____

Spouse's Name _____    Date of Birth ___/___/___

Social Security Number _____    Work Phone ( ___ ) ___ - ___

## INSURANCE INFORMATION

Insured's Name _____    Contract Number _____

Insured's Address (If different from responsible party):

(Street or Box) _____ (City) _____ (State) ___ (Zip) ___

Patient's Relation to you: Self ___ Spouse ___ Child ___ Other _____

Insured's Employer _____

Employer's Address _____

Insurance Company _____    Group # _____

Insurance Company Address _____

Insurance Company Phone Number ( ___ ) ___ - ___

Do you have other dental insurance coverage? Yes___ No___ . If yes, please fill in the following secondary insurance information

Insured's Name _____    Contract Number _____

Patient's Relation to you: Self ___ Spouse ___ Child ___ Other _____

Employer and Employer's Address _____

Insurance Company _____    Group # _____

Insurance Company Address _____

Insurance Company Phone Number ( ___ ) ___ - ___


## MEDICAL INFORMATION

Do you have or have you ever had:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Anemia (low blood) | ___ | ___ | Diabetes | ___ | ✓ |
| Allergies | ___ | ✓ | Abnormal bleeding | ___ | ✓ |
| to penicillin | ___ | ✓ | Heart attack | ___ | ✓ |
| to anesthetic | ___ | ✓ | Stroke | ___ | ✓ |
| Artificial heart valve | ___ | ✓ | Artificial joint | ___ | ✓ |
| Mitral valve prolapse | ___ | ✓ | Rheumatic fever | ___ | ✓ |
| Hepatitis | ___ | ✓ | Cancer | ___ | ✓ |
| Tuberculosis (TB) | ___ | ✓ | Thyroid problems | ___ | ✓ |
| High blood pressure | ___ | ✓ | Epilepsy/seizures | ___ | ✓ |

Is there any other information about your health that we need to know?

If yes, what? _____

Are you under a physician's care? If yes, why? _Yes_ _Broke Back L4 L5 S1_

Name of physician _Dr FRM_ _____ Phone # _____

FOR WOMEN ONLY:

Are you pregnant?   Yes _____ (what month) _____   No _____

Are you nursing? Yes _____ No _____ Are you taking birth control pills? Yes _____ No _____

---

## FINANCIAL POLICY

We request that you pay for your treatment on the day service is provided, or at least pay the portion not paid by dental insurance. ALL EMERGENCY TREATMENT IS ON A CASH/CHECK BASIS. We can file your insurance to reimburse you for emergency treatment. We are happy to assist you with your dental insurance if you will bring your insurance card and sign a form for us. We <u>usually</u> accept assignment of benefits. However, you are responsible for your account. Most dental plans pay for only a portion of the treatment and plans vary according to your contract.

On open accounts, if payment is not received within 90 days, the account will be turned over for collection. The responsible party will be liable for any collection fees, court costs, or legal fees involved. There will be a $20.00 charge for any returned check.

I understand the above information and hereby consent for David P. Currie, D.M.D. and his staff to provide dental treatment.

_[signature]_
_____
(signature of patient or responsible party)

# EXHIBIT EE

# Coosa County Sheriff's Department Doctor Visit – Prescription Form dated 01/14/04

## Coosa County Sheriff's Department

DOCTOR VISIT – RX FORM

DATE  1/14/04

INMATE NAME  Kelley, Bryan

COMPLAINT  Tooth Pulled

DOCTOR'S NAME  Dr. Currie

NUMBER OF PRESCRIPTIONS  0

# EXHIBIT FF

# Inmate Request Form dated 01/06/04

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley            CELL: The hole

DATE: _____           TIME: 12:22

Please check one of the following:

✓ Medical     ____ Commissary     ____ Grievance     ____ Other

Briefly state your request or list your commissary items below"

have sues all over are allergic to something

Inmate's signature  Daniel Bryan Kelley

Do not write below—for reply only

Appt will be made   1/6/04

Signature of Jail Officer receiving original request: