# EXHIBIT GG

# January Shift Logs, Part I

DAY SHIFT TOWER LOG
HAY/BRADLEY

0600HRS    MANDATORY HEAD COUNT COMPLETE. TOTAL HEAD COUNT
BY CELL BLOCK, A-BLOCK— 4, B-BLOCK—7, C-BLOCK—9,
D-BLOCK—2, E-BLOCK—1, DETOX—1, HOLDING—2, TRUSTEES-
4, TOTAL HEAD COUNT 30.

0615HRS    2215 ESCORTED CHARLES CANNON TO B-BLOCK FROM HOLD-
ING AREA. INMATE CANNON WAS ASSIGNED TO B-103.

0630HRS    BREAKFAST SERVED TO ALL INMATES. MEDS GIVEN TO
BRYAN KELLEY, K. HARRIS, N. NIXON, AND M. HAWKINS.

0635HRS    BRYAN KELLEY FINISHED HIS BREAKFAST AND IS READING.

0700HRS    TRAYS PICKED UP FROM ALL CELL BLOCKS. BRYAN KELLEY
BROUGHT TO B-BLOCK TO SHOWER AND GET A CHANGE OF
CLOTHES.

0728HRS    2215 ESCORTED BRYAN KELLEY BACK TO THE FRONT FROM
B-BLOCK.

0730HRS    CELL DOORS OPENED.

0830HRS    2215 ESCORTED KILPATRICK MCKINNEY TO THE FRONT FOR
WORK RELEASE.

0855HRS    LT. WILSON HAS FOUND BEDDING MATERIAL IN THE TOWER
FLOOR . IF THIS IS AN INDICATION OF SLEEPING IN THETOWER
IT NEEDS TO STOP IMMEDIATELY.

0930HRS    CELL DOORS CLOSED. MANDATORY HEAD COUNT CONDUCT-
ED. TOTAL COUNT 30.

0933HRS    PEACHES BROUGHT TO MISSIE HAWKINS.

1000HRS    MARK FLOYD BONDED OUT ON A $100 CASH BOND. COUNT IS
29.

1048HRS    APRIL COOPER BROUGHT CAKE TO SERVE  TO THE INMATES
AT LUNCH.

1053HRS    TONNIE WILSON RELEASED ON A $1000 PROPERTY BOND.
TOTAL COUNT IS 28.

1200HRS     LUNCH SERVED TO ALL INMATES, MEDS GIVEN TO NIXON
            BRYAN KELLEY.

1230HRS     NON-MANDATORY HEAD COUNT ALL CELL BLOCKS COUNTED
            TOTAL COUNT IS 28.

1230HRS     CELL DOORS OPENED. TRAYS PICKED UP. CLIPPERS TO
            BLOCK.

1355HRS     FIRE ALARM WENT OFF IN TOWER. HVAC AIR HANDLERS
            SMOKE DETECTOR ALARM. INFORM JIMMY GUTHRIE  ON
            FRIDAY RO CHECK ALARM SYSTEM UPSTAIRS.

1430HRS     CELL DOORS CLOSED AND HEAD COUNT  IS 28.

1615HRS     2215 BROUGHT CHRIS WALKER SOME TYLENOL FOR A TOOTH
            ACHE.

1645HRS     2215 BROUGHT MISSIE HAWKINS SOME TYLENOL.

1700RS      DINNER SERVED TO ALL INMATES. MEDS GIVEN TO KELLEY.

1733HRS     DINNER TRAYS PICKED UP, TYLENOL GIVEN TO SCAR-
            BROUGH.

# NIGHT SHIFT REPORT
# 01/01/04
# HARRIS/KELLY

1800HRS     INMATE COUNT IS 29. BEGINNING BALANCE IS $0.00

1815HRS     OUTSIDE SECURITY CHECK CONDUCTED, BACK GATE
            FOUND UNSECURED

1900HRS     MAIL LOGGED

0205HRS     2207 BROUGHT IN A RAYMOND HAWTHORNE AND
            COLIN BRODER FOR DUI, LEWIS LUQUINE FOR MINOR
            IN POSSESSION OF ALCOHOL AND POSSESSION OF
            MARIJUANA AND REID BRODER, STEPHEN
            GULLEDGE, AND TED GILES FOR MINOR IN
            POSSESSION.

0400HRS     TAPE CHANGED

0600HRS     34 INMATES ON HAND, NO MONEY TAKEN IN FOR AN
            ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
## 01/01/04
## KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 29 |
| 1930HRS | CLEANING SUPPLIES PASSED OUT/ OUTSIDE SECURITY CHECK COMPLETE |
| 2030HRS | CLEANING SUPPLIES PICKED UP |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN/ BEDTIME MED GIVEN |
| 2400HRS | CHANGED OUT TAPE |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | ICE TO ALL BLOCKS |

01-02-2004
DAY SHIFT REPORT
LIPSCOMB/PEOPLES

NO MONIES ON HAND AT THE BEGINNING OF THE SHIFT, 29
INMATES ACCOUNTED FOR.

0830; MCKINNEY LEFT FOR WORK

LEWIS LUQUIRE BOOKED ON CHARGES OF MINOR IN
POSSESSION OF ALCOHOL AND POSSESSION OF MARIJUANA 2ND.
BONDED OUT ON $500 AND $100 BOND BY COOSA BONDING.

TED WYNN GILES JR. BOOKED ON CHARGE OF MINOR IN
POSSESSION OF ALCOHOL.  RELEASED ON $100 CASH BOND.

STEPHEN ANTHONY GULLEDGE BOOKED ON CHARGE OF MINOR
IN POSSESSION OF ALCOHOL.  RELEASED ON $100 CASH BOND.

COLIN BRODER BOOKED ON CHARGE OF D.U.I..  RELEASED ON
$1000 BOND BY COOSA BONDING.

RAYMOND J. HAWTHORN BOOKED ON CHARGE OF D.U.I..
RELEASED ON $1000 BOND BY COOSA BONDING.

REID PRION BRODER BOOKED ON CHARGE OF MINOR IN
POSSESSION OF ALCOHOL.  RELEASED ON $100 CASH BOND.

0900; FRUIT TO HAWKINS.

1030, KELLEY ALLOWED TO USE THE PHONE TO CALL HIS
MOTHER TO GET A PRESCRIPTION CALLED IN TO CREW'S DRUG.

1230; LUNCH MEDS GIVEN TO KELLEY, INCOMING MAIL
LOGGED AND DISTRIBUTED.  OUTGOING MAIL LOGGED AND
LEFT FOR JOAN.

1300; BRANDON AND BRIAN WITH COOSA 2 AT THE COURT
HOUSE

1343HRS; KELLEY TAKEN OUT OF THE CELL SO HE COULD TAKE A SHOWER

1400HRS; 2255 TOOK BRIAN KELLEY'S ZYAPRAXEN OUT OF HIS MEDS, DR. JAMES CALLED THE DRUG STORE TO CHANGE THE DOSAGE, THE MEDS WHERE TAKEN TO THE DRUG STORE SO WE COULD GET CREDIT FOR THEM

ED BURQUEZ WITH TRI-CORP CALLED ABOUT THE ALARM SYSTEM SHOWING SMOKE IN THE #7 AIR HANDLER. HE WILL BE HERE TUES OR WED TO CHECK ON THE ALARM AND THE VIDEO SYSTEM.

1700HRS; TRAYS SERVED

1740HRS; TRAYS PICKED UP, MEDS GIVEN OUT TO KELLEY

$5.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $5.00.

DAY SHIFT TOWER LOG
LIPSCOMB/PEOPLES
01/02/04

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, HEAD COUNT TAKEN AND ACCURATE, SHIFT STARTS OFF WITH 29 INMATES AND SIX JUVENILES IN HOLDING CELL |
| 0630HRS | BREAKFAST TRAYS SERVED, MEDS GIVEN TO KELLEY, NIXON |
| 0756HRS | TRAYS PICKED UP, RAZORS HANDED OUT |
| 0930HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS PICKED UP / MEDS GIVEN TO KELLEY AND MAIL PASSED OUT |
| 1235HRS | GREEN TO THE TOWER AND PEOPLES OUT FRONT CELL DOORS UNLOCKED |
| 1430HRS | CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR KELLEY IN OBSERVATION HAS BEEN PLAYING CARDS AND SLEEPING |
| 1448HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1455HRS | 2256 PICKED UP RAZORS |
| 1607HRS | FRUIT TO HAWKINS |
| 1706HRS | TRAYS SERVED |
| 1739HRS | TRAYS PICKED UP, MEDS GIVEN TO KELLEY |
| 1801HRS | 2253 TO THE TOWER, 2214 TO DISPATCH |

**NIGHTSHIFT REPORT**
**01/02/04**
**TAYLOR/ D. HARRIS/GREEN**


**1800HRS** 30 INMATES INCLUDING R. HERNANDEZ WHO IS STILL BEING PROCESSED.  MONEY ON HAND IS $5.00.

**1923HRS** MEDS FOR KELLY WERE BROUGHT OVER BY CREW'S DRUGS.

**1954HRS**      2253 CALLED TO THE FRONT AND SAID C-BLOCK WAS COMPLAINING ABOUT THE AIR.  I WENT TO C-BLOCK TO CHECK AND SEE IF IT WAS TOO HOT OR NOT.  IT WAS NOT NEARLY AS WARM AS IT HAS BEEN MANY TIMES WHEN THERE WERE NO COMPLAINTS.  I TOLD THEM IT DID NOT SEEM TO BE HOT.  THEY SAID THEY WANTED THE FAN ON, JUST THE FAN.  THEY WERE ADVISED THAT IT WAS AGAINST THE LT.'S POLICY TO RUN JUST THE FAN.  THEY (MAINLY LEE AND BARNETT) SAID I COULD RUN THE FAN ANYWAY, THAT THE LT. WOULDN'T KNOW.

**2101HRS** HERNANDEZ WAS BONDED OUT BY EASTERN BONDING AND RELEASED.

**2200HRS**      BED MEDS GIVEN TO KELLY, PRESLEY AND HARRIS.  NIXON COMPLAINED THAT HE DIDN'T RECEIVE ANY MED.  I INFORMED HIM HE WAS OUT. WHEN I WENT INTO C-BLOCK TO GIVE IBUPROFEN TO THOMAS AND CHARLES, LEE WAS STANDING AT HIS

DOOR.  HE SAID "YOU DON'T HAVE TO LISTEN TO THOSE STUPID ASSES."  I ASKED HIM WHAT HE SAID AND HE REPEATED THE SAME THING.  I THEN ASKED HIM  WHO HE WAS REFERRING TO.  HE DID NOT ANSWER ME BUT INSTEAD SAID HE WANTED SOME TYLENOL.  I TOLD HIM HE HAD TO ASK BEFORE BEDTIME, THAT EVERYONE WHO WAS GETTING TYLENOL HAD ALREADY REQUESTED IT, AND THAT I'D BEEN IN C-BLOCK THREE DIFFERENT TIMES AND HE COULD HAVE ASKED ME FOR SOME THEN.

2259HRS 2253 TO DISPATCH AND 2252 TO TOWER.

0220HRS 2253 TO DISPATCH AND 2252 TO TOWER.

0309HRS PERIMETER CHECK.

0400HRS TAPE CHANGED.

0600HRS     INMATE COUNT IS 29 AND MONEY ON HAND IS $5.00.

NIGHTSHIFT TOWER LOG
01-02-04
TAYLOR/ HARRIS/ GREEN

1812HRS    *NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT A-4, B-8, C-9, D-2, E-1, HOLDING-1, TRUSTEES-4 AND 1 BEING PROCESSED FOR A TOTAL OF 30. BOARD SHOWS 29 INMATES, THE ONE BEING PROCESSED IS NOT ON THE BOARD.*

1856HRS    **MEDICAL OBSERVATION:  KELLEY IS LYING ON HIS "BED".**

1921HRS    *B-BLOCK: SMOOT CALLED UP AND STATED THAT HIS LIGHT NEEDED TO BE FIXED. HE STATES THAT HE HAS A CLUB GOING ON UP THERE.*

1929HRS    MOP BUCKETS BACK TO ALL BLOCKS. TRUSTEES ESCORTED BY 2256.  CELL DOORS OPENED.  LOCK ON B-203 IS NOT WORKING PROPERLY.

1932HRS    2256 IN B-BLOCK.

1937HRS    2256 IN A-BLOCK.

1938HRS    2256 OUT OF A-BLOCK.

**1954HRS    C-BLOCK CALLED UP AND REQUESTED THAT THE AIR BE TURNED ON.  FANS WERE ON IN B AND C BLOCK, WERE THEN TURNED OFF.  HAD 2252 COME BACK AND CHECK TO SEE IF THEY NEEDED THE AIR ON. 2252 ADVISED TOWER THAT IT WAS NOT HOT ENOUGH FOR THE AIR ON BUT IT WAS STUFFY.  THE INMATES ASKED FOR FANS TO BE TURNED ON, AND THEY WERE TOLD THAT WE CAN NOT TURN ON THE FANS PER THE LT'S NOTICE IN THE TOWER STATING THAT FANS MUST BE LEFT IN THE AUTO POSITION.  THE INMATES (MAINLY BARNETT AND LEE) STATED THAT WE DIDN'T HAVE TO LISTEN TO THAT, WE COULD DO WHATEVER WE WANTED AND THE LT WOULD NEVER KNOW.**

**1956HRS    LEE IN C-BLOCK CAME OVER TO THE INTERCOM AND REPEATEDLY PRESSED THE BUTTON.**

**LEE HAS REPEATEDLY PUSHED THE INTERCOM BUTTON. WHEN 2253 ANSWERED THE FIRST TIME, LEE STATED THAT THEY NEEDED GRIEVANCE FORMS. HE WENT ON TO SAY THAT THEY ONLY SIT UP THERE AND COLLECT DUST AND DO NOT GET ANSWERED. HE ALSO INFORMED TOWER THAT THEY ARE SUPPOSED TO HAVE A PINK AND A YELLOW COPY SO THEY CAN MAINTAIN THEIR OWN PERSONAL FILE (IN THEIR OWN POSSESSION).  2252 CALLED THE TOWER AND ASKED**

**WHY SHE HEARD THE BUZZER SO MUCH WHILE THE TOWER WAS TRANSMITTING OVER THAT RADIO THAT IS WHEN THE TOWER ADVISED WHAT WAS GOING ON.**

2005HRS     AIR TURNED ON FOR A-BLOCK.

2007HRS     **2256 TO TOWER TO VERIFY THAT THE AIR WAS TURNED ON IN C-BLOCK.  2256 INFORMED 2253 THAT LEE STATES THAT SHE IS BEING TO HARD ON HIM.  HE HAS YET TO BE LOCKED DOWN WHEN HE SHOULD HAVE BEEN.**

2018HRS     PERIMETER CHECK CONDUCTED BY 2252.

2029HRS     RICKY WYCKOFF AND TRANSLATOR HERE TO BOND OUT SUBJECT IN DETOX.

2034HRS     TOWER NOTICES THAT LEE HAS LOCKED HIMSELF IN HIS ROOM.

2103HRS     2252 AND TRUSTEES BACK TO PICK UP CLEANING SUPPLIES.

2105HRS     HERNANDEZ (SUBJECT THAT WAS IN DETOX) RELEASED ON BONDS APPROVED BY 2205.

2108HRS     **MEDICAL OBSERVATION: SAME AS PREVIOUS ENTRY.**

2112HRS     CELL INSPECTIONS CONDUCTED.  A-BLOCK.

2114HRS     D-BLOCK.

2115HRS     C-BLOCK.

2120HRS     B-BLOCK.

2123HRS     2252 TAKING SMOOT TO THE LIBRARY.

2126HRS     SMOOT BACK TO B-BLOCK. WALKER TO LIBRARY BY 2252.

2130HRS     2252 TAKING TAPLEY TO THE LIBRARY.

2132HRS     2252 TAKING POWELL TO THE LIBRARY.


**2139HRS     MANDATORY HEADCOUNT.  WHEN TOWER CALLED FOR HEADCOUNT, LEE'S DOOR WAS UNLOCKED SO HE COULD COME OUT**

**FOR THE COUNT. LEE WOULD NOT COME OUT OF HIS ROOM, AND
WHEN EAST WENT OVER AND TOLD HIM TO COME OUT LEE SLAMMED
HIS DOOR SHUT. LEE HAS CONTINUALLY GIVEN PROBLEMS AND HAS
NOT BEEN LOCKED DOWN BY THIS SHIFT PRIOR TO TONIGHT.**

2200HRS    LOCKDOWN. BED MEDS GIVEN TO HARRIS, PRESLEY AND
KELLEY.

**LOCKDOWN FOR LEE ON RULES/REGULATIONS VIOLATION:
14.3 MAJOR RULES VIOLATION – DISOBEYING STAFF. (HE WAS TOLD HE
NEEDED TO COME OUT OF HIS ROOM FOR HEADCOUNT, HE DID NOT
COMPLY)**

**14.3 MAJOR RULES VIOLATION – INTERFERING WITH <u>COUNTS</u> OR
LOCKDOWN. AGAIN HE DID NOT COMPLY.**

2200HRS    LOCKDOWN.

2215HRS    BED MEDS ADMINISTERED.

2259HRS    2252 TO TOWER AND 2253 TO DISPATCH.

2357HRS    WALKTHROUGH DONE.

2400HRS    TAPE CHANGED.

0140HRS    WALKTHROUGH DONE.

0149HRS    2253 TO TOWER AND 2252 TO DISPATCH.

0156HRS    AIR TURNED OFF TO C-BLOCK BY 2253.

0205HRS    **MEDICAL OBSERVATION: KELLEY IS UP.**

0220HRS    2252 TO TOWER AND 2253 TO DISPATCH.

0319HRS    WALKTHROUGH DONE.

0430HRS    BUSSIE UP.

433HRS    2253 TO TOWER AND 2252 TO DISPATCH.

**0436HRS      \*\*\*NOTE\*\*\* DID NOT TURN ON HEAT THIS MORNING BECAUSE IT DIDN'T FEEL LIKE IT WAS NECESSARY.**

0507HRS      2252 AND TRUSTEES: COOLERS TO THE FRONT.

0512HRS      2252 AND TRUSTEES: COOLERS TO ALL BLOCKS.

01-03-2004
DAY SHIFT REPORT
LIPSCOMB/GREEN

$5.00 ON HAND AT THE BEGINNING OF THE SHIFT, 29 INMATES
ACCOUNTED FOR.

0600; WILLIAM LEE WAS ESCORTED TO THE DETOX CELL FOR
RULES VIOLATION. HE BEGAN RANTING AND CUSSING; HE WAS
CONFRONTED BY 2214 AND CONTINUED TO BE LOUD AND
ABUSIVE. HIS HANDS WERE CUFFED AND HIS LEGS WERE
CUFFED TO THE GRATE. HE CONTINUES TO YELL AND CURSE.

0705; MEDS TO KELLEY AND HAWKINS.

0745; KELLEY ALLOWED TO USE THE PHONE

0844; KELLEY ALLOWED TO SHOWER IN THE EXAM ROOM

0900; KELLEY TAKEN TO VISITATION

1100; LUNCH TRAYS SERVED MEDS GIVEN TO KELLEY

1130; LUNCH TRAYS PICKED UP

1200; GREEN TO THE FRONT AND LIPSCOMP TO THE TOWER

1500; VISITATION OVER WITH

1700; DINNER TRAYS SERVED

1730: TRAYS PICKUP AND MEDS GIVEN TO KELLEY

1800; GREEN AND LIPSCOMB LEAVING D. HARRIS K. TAYLOR
TAKING OVER

DAYSHIFT TOWER LOG
01-03-04
LIPSCOMB/GREEN

| | |
|---|---|
| 0600HRS | SHIFT STARTS WITH 2214, 2256, AND 2252 TRYING TO GET LEE TO THE FRONT FOR RULES VIOLATIONS FROM NIGHTSHIFT. |
| 0606HRS | MANDATORY HEADCOUNT. |
| 0615HRS | WILLIAM LEE MOVED TO HOLDING CELL FOR 23 HOURS |
| 0630HRS | CELL DOORS LOCKED / BREAKFAST TRAYS SERVED |
| 0700HRS | TRAYS PICKED UP AND MEDS GIVEN TO KELLEY AND HAWKINS |
| 0730HRS | CELL DOORS UNLOCKED // 2256 JUST SPOKE TO A MRS. DONNA EVANS FROM COALING RD. PH# 249-9966 MRS. EVANS AND HER DAUGHTER BOTH HAVE RECEIVED HARASSING PHONE CALLS FROM A MR. STACY GOSWICK THE PURPOSE OF MRS. EVANS CALLING WASN'T TO MAKE A FORMAL COMPLAINT BUT TO MAKE THE S.O. AWARE OF THE SITUATION. THEY HAVE A COURT DATE OF 01/21/04 ON A PREVIOUS CHANGE OF ASSAULT. |
| 0819HRS | KIRKPATRICK TO VISITATION |
| 0839HRS | HARRIS TO VISITATION |
| 0933HRS | KELLEY TO VISITATION |
| 1000HRS | RUNNING A LITTLE LATE CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR / KELLEY IS SLEEPING AND LEE IS LAYING ON THE BENCH |
| 1030HRS | SMOOT TO VISITATION |
| 1052HRS | NIXON TO VISITATION |
| 1100HRS | LUNCH TRAYS SERVED |
| 1130HRS | TRAYS PICKED UP |
| 1204HRS | EAST AND SOLLEY TO VISITATION |
| 1230HRS | CELL DOORS UNLOCKED |
| 1240HRS | GRAY TO VISITATION |
| 1242HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1400HRS | HAWKINS TO VISITATION |
| 1430HRS | CELLS LOCKED, HEAD COMPLETE AND CORRECT |
| 1700HRS | TRAYS SERVED |
| 1732HRS | TRAYS PICKED UP, MEDS TO KELLEY |
| 1759HRS | 2252 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
01-03-04
TAYLOR/ HARRIS

SHIFT STARTS WITH $241 ON HAND AND 29 INMATES INCARCERATED.

1935HRS        MAT GIVEN TO LEE BY 2253.

2022HRS        PERIMETER CHECK CONDUCTED BY 2253.  THE LT.'S OFFICE
DOOR WAS FOUND OPEN.  IT WAS MADE SECURE.

2205HRS        BED MEDS GIVEN TO KELLEY,  HARRIS AND PRESLEY.

2246HRS        2205 BROUGHT IN JODY COLLINS FROM ECLECTIC P.D. ON A
WARRANT  FOR ASSAULT 2ND.  HE WAS PROCESSED AND ASSIGNED TO B-
201.  INMATE COUNT IS NOW 30.

0400HRS        TAPE CHANGED.

0535HRS        JODY COLLINS WAS BROUGHT TO BOOKING AND PRINTED.

0600HRS        MONEY ON HAND IS $241.00.  INMATE COUNT IS 30.

**NIGHTSHIFT TOWER LOG**
**01/03/04**
**TAYLOR/D.HARRIS**

**1800HRS**      INMATE COUNT IS 29.

**1931HRS**      CLEANING SUPPLIES GIVEN OUT.  LAUNDRY TO ALL BLOCKS.

**2033HRS**      CLEANING ITEMS PICKED UP.

**2130HRS**      HEADCOUNT.  ALL ACCOUNTED FOR.

**2200HRS**      LOCKDOWN. BED MEDS ADMINISTERED.

**2245HRS**      2207 HERE WITH JODY COLLINS ON J-4 FOR ASSAULT 2ND. INMATE COUNT IS NOW 30.  SUBJECT WAS PROCESSED AND PLACED IN B-201.

**2400HRS**      TAPE CHANGED.

**0105HRS**      WALKTHROUGH CONDUCTED.  TOILET PAPER IS BEING USED TO PAD THE STAIRS IN C-BLOCK TO MAKE IT EASIER ON THE HANDS WHEN DOING PULL UPS.

**0302HRS**      WALKTHROUGH CONDUCTED.

**0500HRS**      COOLERS TO THE FRONT

**0508HRS**      COOLERS TO THE BACK.

**0600HRS**      10-42

01-04-2004
DAY SHIFT REPORT
LIPSCOMB/GREEN

$241.00 ON HAND AT THE BEGINNING OF THE SHIFT, 30 INMATES
ACCOUNTED FOR.

0705; MEDS TO KELLEY AND HAWKINS

1230; MEDS TO KELLEY

1300; TRUSTEE VISITATION BEGAN

1630; TRUSTEE VISITATION OVER WITH NO PROBLEMS

1741; BRIAN HILL RELEASED ON $5000.00 BOND BY COOSA
BONDING.

1748; MEDS TO KELLEY.

$50.00 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE
OF $291.00.

DAYSHIFT TOWER LOG
01-04-04
LIPSCOMB/ GREEN

2253 COVERING FOR DAYSHIFT UNTIL GREEN COMES IN.

| 0600HRS | MANDATORY HEADCOUNT CONDUCTED. |
| 0605HRS | LEE ESCORTED BACK TO C-BLOCK BY 2256. |
| 0630HRS | CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED |
| 0700HRS | MEDS TO HAWKINS AND KELLEY AND PICK UP TRAYS |
| 0730HRS | CELL DOORS UNLOCKED |
| 0930HRS | CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR ALSO KELLEY SLEEPING |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS PICK UP AND MEDS GIVEN TO KELLEY AND CELL DOORS OPENED |
| 1249HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1659HRS | 2256 TO THE TOWER, 2214 TO DISPATCH |
| 1710HRS | DINNER TRAYS SERVED |
| 1745HRS | TRAYS PICKUP |
| 1800HRS | NIGHTSHIFT |

NIGHTSHIFT REPORT
01-04-04
TAYLOR/ HARRIS

SHIFT STARTS WITH $291 ON HAND AND 29 INMATES INCARCERATED.

1802HRS    HAWKINS ADVISE SHE WAS IN A LOT OF PAIN. 2252 WENT TO CHECK ON HER. HAWKINS ASKED TO BE ABLE TO GO INTO HER CELL AND LIE DOWN. SHE WAS GIVEN PERMISSION TO DO SO AND ALSO GIVEN TYLENOL.

1811HRS    KELLEY OUT TO USE THE PHONE.

1826HRS    KELLEY BACK IN THE CELL.

1955HRS    PERIMETER CHECK. 10-4

2116HRS    KELLEY OUT TO USE PHONE.

2119HRS    KELLEY BACK TO CELL. COULD NOT REACH ANYONE.

2135HRS    HAWKINS HAS BEEN CHECKED ON SEVERAL TIMES THIS SHIFT. EACH TIME AFTER THE FIRST TIME (AT 1800HRS) SHE HAS BEEN SLEEPING. SHE DOES NEED TO SEE A DOCTOR TO MAKE SURE EVERYTHING IS ALL RIGHT.

2200HRS    BED MEDS TO HARRIS , PRESLEY AND KELLEY.

2311HRS    2206 PICKED UP SCOTT INGRAM FROM SYL. PD ON OUR WARRANT FOR FTP (POSS DRUG PARA). INGRAM WAS FULLY PROCESSED AND ASSIGNED TO B-202.

2311HRS    COUNT IS NOW 30.

0141HRS    OUTGOING MAIL LOGGED.

0400HRS    TAPE CHANGED.

0600HRS    INMATE COUNT IS 30. MONEY TAKEN IN DURING SHIFT WAS $7.02 MAKING THE ENDING BALANCE $298.02.

**NIGHTSHIFT TOWER LOG**
**01-04-04**
**TAYLOR/ HARRIS**

| | |
|---|---|
| **1800HRS** | **TAYLOR TO D BLOCK TO CHECK ON HAWKINS COMPLAINING OF PAINS. SHE GAVE HER SOME TYLENOL AND TOLD HER TO LIE DOWN ON HER BED.  NOTE:  SHE REALLY NEEDS TO SEE A DOCTOR THIS WEEK!** |
| **1930HRS** | **CLEANING SUPPLIES GIVEN TO ALL CELL BLOCKS.  CELL DOORS OPENED.** |
| **2030HRS** | **CLEANING SUPPLIES PICKED UP.** |
| **2130HRS** | **MANDATORY HEADCOUNT. CELL INSPECTIONS CONDUCTED.** |
| **2200HRS** | **LOCKDOWN. BED MEDS ADMINISTERED.** |
| **2311HRS** | **2206 HERE WITH INGRAM, JOSEPH SCOTT ON J-4 FTA/FTP USE/POSS DRUG PARA.  HE WAS FULLY PROCESSED AND PLACED IN B-202.** |
| **0000HRS** | **TAPE CHANGED.** |
| **0041HRS** | **WALKTHROUGH CONDUCTED.** |
| **0300HRS** | **WALKTHROUGH CONDUCTED.** |
| **0508HRS** | **ICE TO ALL BLOCKS.** |

# DAYSHIFT TOWER LOG
# CALFEE / BRADLEY
# 01/05/04

**0600 HRS.     CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).**

**0630 HRS.     CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).**

**0633 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KELLY, HAWKINS, AND HARRIS.**

**0712 HRS.     TRAYS PICKED UP. RANDOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).**

**0730 HRS.     CELL DOORS OPENED.**

**0822 HRS.     MCKINNEY ESCORTED TO THE FRONT, FOR WORK RELEASE. JIMMY TO THE TOWER TO LOOK AT ALARM.**

**0909 HRS     CHARLES COLLINS ESCORTED TO THE FRONT, TO SEE JEFF WOOD.**

**0929 HRS.     COLLINS ESCORTED BACK TO B BLOCK. HAWKINS WAS GIVEN A BOWL OF FRUIT.**

**0930 HRS.     CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).**

**1110 HRS.     RANSOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).**

**1158 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KELLY. RANDOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).**

**1230 HRS.     CELL DOORS OPENED.**

1234 HRS.     TRAYS PICKED UP.

1257 HRS.     CLINTON TEASLEY ESCORTED, AND ASSIGNED TO A104. (FOR COURT).

1430 HRS.     CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-5 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 31 INMATES).

1432 HRS.     COLLINS TO LIBRARY TO VISIT WITH 2204.

1452 HRS.     COLLINS ESCORTED BACK TO B BLOCK.

1515 HRS.     HAWKINS WAS GIVEN A BOWL OF FRUIT.

1526 HRS.     RANDOM HEAD COUNT COMPLETED. (A-5 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 31 INMATES).

1528 HRS.     SEARCY TO BACK STORE OFFICE TO MOP. (2213 & 2212 ARE PRESENT).

1537 HRS.     SEARCY IS FINISHED WITH HIS CLEANING, HE IS BACK ON HIS SIDE OF SC2.

1700 HRS.     RANDOM HEAD COUNT COMPLETED. (A-5 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 31 INMATES).

1702 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KELLY.

1741 HRS.     MCKINNEY IS BACK FROM WORK RELEASE.

1743 HRS.     MCKINNEY ESCORTED BACK TO E BLOCK. TRAYS PICKED UP. MAIL PASSED OUT.

# NIGHT SHIFT REPORT
# 01/05/04
# HARRIS/KELLY

1800HRS   INMATE COUNT IS 31. BEGINNING BALANCE IS $55.00

1904HRS   2207 BROUGHT IN ZACKERY SCOTT ON PROBATION
          REVOCATION WARRANT

2230HRS   OUTSIDE SECURITY CHECK CONDUCTED, DEPUTIES
          DOOR FOUND UNSECURED

0400HRS   TAPE CHANGED

0500HRS   MAIL LOGGED

0600HRS   END OF SHIFT, 32 INMATES ON HAND. $30.22 TAKEN
          IN FOR AN ENDING BALANCE OF $85.22

**NIGHTSHIFT TOWER LOG**
**01-05-04**
**HARRIS/ HARRIS/ TAYLOR**

**1800HRS**     **NON-MANDATORY HEADCOUNT CONDUCTED.**

**1930HRS**     **CELL DOORS OPENED AND MOP BUCKETS TO ALL BLOCK.**

**2030HRS**     **MOP BUCKETS PICKED UP.**

**2130HRS**     **MANDATORY HEADCOUNT CONDUCTED.**

**2200HRS**     **LOCKDOWN. BED MED ADMINISTERED TO KELLEY.**

**2400HRS**     **TAPE CHANGED.  2253 10-42**

**0022HRS**     **WALKTHROUGH CONDUCTED.**

**0207HRS**     **WALKTHROUGH DONE.**

**0339HRS**     **WALKTHROUGH DONE.**

**0600HRS**     **COUNT IS STILL 30.**

NIGHT SHIFT TOWER LOG
HARRIS/PEOPLES
01/05/04

1800HRS    SHIFT CHANGE, 2255 IN THE TOWER, 2251 IN DISPATCH, SHIFT
STARTS WITH 30 INMATES, ALL ACCOUNTED FOR

1930HRS    CELL DOORS OPENED, CLEANING SUPPLIES DISTRIBUTED,
LINENS HANDED OUT

2010HRS    THE AIR NOR THE FAN OR HEAT WILL WORK IN C BLOCK

2030HRS    CLEANING SUPPLIES PICKED UP, CELL INSPECTIONS
CONDUCTED, AND STORE SHEETS PASSED OUT

2135HRS    MANDATORY HEAD COUNT COMPLETE, WITH 31 INMATES

2154HRS    TOWER GUARD 2255, NOTICED THAT CAMERA 12, THAT OVER
LOOKS THE EXERCISE YARD HAS LOST COLOR AND IS
DISTORTED

2400HRS    TAPE CHANGED

0100HRS    WALKTHROUGH CONDUCTED

0230HRS    WALK THROUGH CONDUCTED

0343HRS    WALK THROUGH CONDUCTED

0500HRS    TRUSTEES WOKEN UP

0510HRS    COOLERS BROUGHT TO THE FRONT TO BE FILLED UP

0524HRS    COOLERS BROUGHT TO THE BACK, TRUSTEE TO THE TOWER
TO PICK UP,

0530HRS    TRUSTEE LEFT THE TOWER

0600HRS    SHIFT CHANGE, INMATE COUNT IS 31

# DAYSHIFT TOWER LOG
# CALFEE / BRADLEY
# 01/06/04

**0600 HRS. CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-5 / B-10 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 32 INMATES).**

**0630 HRS. CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-5 / B-10 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 32 INMATES). TRAYS SERVED. MEDS WERE GIVEN TO KELLY, TEASLEY, HARRIS, AND HAWKINS.**

**0659 HRS. TRAYS PICKED UP. RAZORS ADMINISTERED. KELLY ESCORTED BACK TO B BLOCK TO GET A SHOWER.**

**0730 HRS. CELL DOORS OPENED.**

**0814 HRS. KELLY ESCORTED BACK TO THE FRONT, FROM GETTING HIS SHOWER. MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE. INMATES SWITCHED AROUND FOR MINISTRIES.**

**0816 HRS. MINISTRIES BEGIN. ALSO, JOHN PRESSLEY ESCORTED TO THE FRONT TO BE RELEASED.**

**0852 HRS. TEASLEY ESCORTED TO THE FRONT, FOR COURT.**

**0856 HRS. MINISTRIES ARE OVER.**

**0912 HRS. INMATES SWITCHED BACK FROM MINISTRIES. HAWKINS WAS GIVEN A BOWL OF FRUIT.**

**0930 HRS. CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-5 (COUNTING TEASLEY AT COURT) / B-9 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 31 INMATES).**

**0946 HRS. TEASLEY ESCORTED BACK TO A BLOCK, FROM COURT.**

**1022 HRS. TEASLEY, ESCORTED TO THE FRONT TO BE RELEASED. HE WILL BE TRANSPORTED BACK TO BIBB COUNTY. (HE WAS ONLY HERE FOR COURT).**

**1117 HRS. RANDOM HEAD COUNT COMPLETED. (A-4/ / B-9 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 30 INMATES).**

**1200 HRS. TRAYS SERVED. MEDS WERE GIVEN TO KELLY. ALSO. THE MAIL WAS PASSED OUT.**

**1230 HRS. CELL DOORS OPENED.**

**1238 HRS. TRAYS PICKED UP. RAZORS PICKED UP.**

**1443 HRS. KELLY RECEIVED STORE.**

**1450 HRS. HAWKINS WAS GIVEN TYLENOL. ALSO STORE WAS GIVEN TO D BLOCK.**

**1458 HRS. STORE WAS GIVEN TO THE REST OF THE BLOCKS.**

**1651HRS JEFF WOODS IN B-BLOCK TO SEE NOBLE NIXON.**

**1700HRS JEFF WOODS IN C-BLOCK TO SEE SCOTT AND EAST.**

**1746HRS TRAYS PICKED UP AND MED GIVEN TO KELLEY.**

# NIGHT SHIFT REPORT
# 01/06/04
# HARRIS/HARRIS/TAYLOR

1800HRS    INMATE COUNT IS 30. BEGINNING BALANCE IS $135.22

1815HRS    CREWS DRUGS BROUGHT IN REFILLS FOR KELLY
AND HAWKINS

2000HRS    OUTSIDE SECURITY CHECK CONDUCTED

2100HRS    MAIL LOGGED

2400HRS    D. HARRIS 10-42.  TAYLOR 10-41

0400HRS    TAPE CHANGED

0600HRS    END OF SHIFT, 30 INMATES ON HAND. NO MONEY
TAKEN IN. DEPOSIT MADE FOR $135.22 LEAVING AN
ENDING BALANCE OF $0.00

01-07-2004
DAY SHIFT REPORT
LIPSCOMB/PEOPLES

NO MONIES ON HAND AT THE BEGINNING OF THE SHIFT, 30
INMATES ACCOUNTED FOR.

0630; TRAYS SERVED, TISSUE TO ALL DAYROOMS

0710; TRAYS PICKED UP, MEDS TO KELLEY AND HAWKINS,
TISSUE ISSUED FOR CELLS.

0740; KELLEY TAKEN TO E-BLOCK TO SHOWER AND USE THE
PHONE.

GWPD SERVED A WARRANT ON WILLIAM B HUMBER.  TAKEN
OUT OF N.C.I.C. AND WARRANT BOOK.

0926; FRUIT TO HAWKINS

0929; MARVIN KELLEY TURNED HIMSELF IN AT CODE 1 ON A
TRESPASSING 3RD WARRANT.  HE WAS ARRESTED BY 2202,
PROCESSED AND RELEASED ON A SIGNATURE BOND.

1023; WILLIAM LEE RELEASED PER THE JUDGES ORDER.  HE
WAS ADVISED TO GO TO THE CLERKS OFFICE FOR AN
EXPLANATION OF THE CHARGES AND TO ARRANGE PAYMENT.

1102; INCOMING MAIL LOGGED AND DISTRIBUTED.

1233; NOON MEDS TO KELLEY.

1650; JODY COLLINS RELEASED ON BOND, HOLD THROUGH PIKE
CO SO WAS TAKEN OFF, SUBJECT HAD ALREADY BONDED OUT
ON THOSE CHARGES THROUGH PIKE CO SO.

1730; SUPPER MEDS WERE GIVEN TO BRIAN KELLEY

DAY SHIFT TOWER LOG
LIPSCOMB/PEOPLES
01/07/04


| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE WITH 30 INMATES |
| 0630HRS | CELL DOORS LOCKED, BREAKFAST TRAYS SERVED |
| 0724HRS | TRAYS PICKED UP, MEDS GIVEN TO KELLEY, HAWKINS, HARRIS REFUSED HIS EAR DROPS, TOILET PAPER HANDED OUT |
| 0730HRS | CELL DOORS OPENED |
| 0930HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE WITH 30 INMATES |
| 1032HRS | 2214 COMES TO THE BACK TO GET WILLIAM LEE AND TAKE HIM UP FRONT TO BE RELEASED |
| 1045HRS | WILLIAM LEE RELEASED PER JUDGE TEEL |
| 1107HRS | 2214 TO THE BACK TO HAND OUT MAIL |
| 1200HRS | TRAYS SERVED |
| 1230HRS | CELL DOORS OPENED, TRAYS PICKED UP, MEDS GIVEN TO KELLEY |
| 1310HRS | 2214 TO THE TOWER, 2256 TO DISPATCH.  JODY COLINS TAKEN TO BOOKING FOR BONDING BY COOSA BONDING. |
| 1458HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT (HEAD COUNT WAS LATE DUE TO BEING ON THE PHONE WITH TRI-CITY ABOUT RADIO PROBLEMS) |
| 1459HRS | FRUIT TO HAWKINS |
| 1650HRS | JODY COLINS RELEASED PER PIKE CO |
| 1655HRS | TRAYS SERVED |
| 1738HRS | TRAYS PICKED UP, BENEDRYL TO TAPLEY |
| 1744HRS | MEDS TO KELLEY |
| | 2253 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
01/07/04
TAYLOR/ D. HARRIS


1800HRS      INMATE COUNT IS 28.  MONEY ON HAND IS $20.00.

1804HRS      KELLEY OUT TO USE PHONE.

1820HRS      KELLEY BACK TO HOLDING FROM USING PHONE.

1841HRS      CREW'S DRUGS HERE WITH MED. FOR KELLEY.

1849HRS      KELLEY WAS GIVEN NEW MED. FOR ITCHING.

1914HRS      MCKINNEY WAS BROUGHT BACK BY HIS MOTHER.

2005HRS      OUTSIDE SECURITY CHECK.  DOORS AND GATE SECURE.

2200HRS      BED MED. GIVEN TO KELLEY AND HARRIS.  KELLEY ADVISED
HIS NEW MEDICINE (HYDROXYZINE) HAS HELPED THE ITCHING.

NOTE:        THE AC/HEAT IN C-BLOCK IS NOT WORKING!!!!!!!!!!!!!!!!!!!!  IT
WAS LOGGED BY DAYSHIFT ON 01/05/04.  INMATES IN C-BLOCK ARE
COMPLAINING ABOUT BEING COLD WHEN THEY GET UP IN THE MORNING
AND HAVE REQUESTED TO USE THEIR BLANKETS WHILE  IN THE
DAYROOM TO WRAP AROUND THEMSELVES.

2244HRS      OUTGOING MAIL LOGGED.

NOTE:        LIGHTS AT THE FRONT OF THE S.O. ARE STILL OFF AT NIGHT.

0400HRS      TAPE CHANGED.

0600HRS      ENDING COUNT IS 28 AND MONEY ON HAND $20.00.

NIGHTSHIFT TOWER LOG
01-07-04
TAYLOR/ HARRIS

1914HRS     MCKINNEY BACK FROM WORK.

1930HRS     CELL DOORS UNLOCKED. CLEANING SUPPLIES TO ALL
BLOCKS.

2030HRS     SUPPLIES P/U AND CELL INSPECTIONS CONDUCTED.

2130HRS     MANDATORY HEADCOUNT CONDUCTED.

2154HRS     *C-BLOCK CALLED UP AND ASKED IF THE HEAT WAS STILL
BROKE.*

2200HRS     LOCKDOWN. BED MEDS ADMINISTERED.  LIGHTS IN FRONT OF
THE DEPT. HAVE NOT COME ON TONIGHT.

2400HRS     TAPE CHANGED.

0130HRS     WALKTHROUGH CONDUCTED.

0300HRS     WALKTHROUGH CONDUCTED.

0522HRS     COOLERS TO ALL BLOCKS.

DAY SHIFT REPORT
HAY/LIPSCOMB
01/08/2004

BALANCE AT START OF SHIFT, $20.00. TOTAL INMATES 28.

0630HRS     BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO
KELLEY, HAWKINS. BENEDRYLL WAS ALSO GIVEN TO TAPLEY FOR HER
ITCHING. KENNETH HARRIS REFUSED HIS EAR DROP MEDICINE.

0700HRS     KILPATRICK MCKINNEY READY FOR SCHOOL.

0705HRS     JAN CALLED IN AND SAID THAT HER HUSBAND'S GRAND-
MOTHER PASSED AWAY, AND SHE WOULD NOT BE ABLE TO BE HERE FOR
WORK ON FRIDAY BECAUSE OF THE FUNERAL.

0709HRS     KILPATRICK MCKINNEY LEAVING FOR SCHOOL.

***NOTE***   DISPLAY SCREEN ON BASE SOUTHERN LINC IS NOT WORKING

0807HRS     MAILED LOGGED IN.

0812HRS     SOUTHERN LINC BACK ON TRACK, CALLED DEB AT TRI-CITY.

0841HRS     BRYAN KELLEY TAKEN TO E-BLOCK TO GET HIS DAILY
SHOWER.

0934HRS     STEWARTVILLE FIRE STILL HAVING TROUBLE WITH RADIO
COMMUNICATIONS WITH 2200. TRI-CITY HAS BEEN INFORMED BY 2214.

1018HRS     BOWL OF FRUIT TAKEN TO HAWKINS.

1105HRS     JIMMY GUTHRIE CHECKED ON HEAT PROBLEM IN C-BLOCK.
HE TURNED THE THERMOSTAT UP AND WILL BE BACK TO CHECK IT AFTER
1200HRS.

1149HRS      LUNCH TRAYS SERVED, MEDS GIVEN TO KELLEY.

1207HRS     2213 DRESSED OUT ROSA LEE RUSSELL.

1231HRS     TRAYS PICKED UP, MAIL PASSED OUT, TYLENOL GIVEN TO
HOLLENQUEST, BARNETT, AND SCARBROUGH.

1315HRS     ROSA LEE RUSSELL BOOKED AND PROCESSED IN ASSIGNED
TO CELL D-103 BECAUSE OF BAD LEG.

1335HRS    ED BURQUEZ HERE WITH JIMMIE GUTHREY TO CHECK FIRE ALARM SYSTEM IN THE TOWER.

1408HRS    TRI CITY COMPLETED TEST PAGES AND EVERYTHING IS 10-4 WITH CCSO AND STEWARTVILLE FIRE. KINKS WORKED OUT AND EVERYTHING IS 10-2.

1417HRS    LAWYER MARK PADGETT HERE TO SEE THOMAS SCARBROUGH.


1355HRS    BOWL OF FRUIT TAKEN TO HAWKINS.

1700HRS    DINNER SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY.

1735HRS    KILPATRICK MCKINNEY RETURNED FROM WORK RELEASE DRESSED OUT AND SENT TO THE BACK.

1737HRS    TRAYS PICKED UP FROM BACK.

DAY SHIFT REPORT
HAY/LIPSCOMB
01/08/2004

BALANCE AT START OF SHIFT, $20.00. TOTAL INMATES 28.

0630HRS    BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY, HAWKINS. BENEDRYLL WAS ALSO GIVEN TO TAPLEY FOR HER ITCHING. KENNETH HARRIS REFUSED HIS EAR DROP MEDICINE.

0700HRS    KILPATRICK MCKINNEY READY FOR SCHOOL.

0705HRS    JAN CALLED IN AND SAID THAT HER HUSBAND'S GRAND-MOTHER PASSED AWAY, AND SHE WOULD NOT BE ABLE TO BE HERE FOR WORK ON FRIDAY BECAUSE OF THE FUNERAL.

0709HRS    KILPATRICK MCKINNEY LEAVING FOR SCHOOL.

***NOTE***   DISPLAY SCREEN ON BASE SOUTHERN LINC IS NOT WORKING

0807HRS    MAILED LOGGED IN.

0812HRS    SOUTHERN LINC BACK ON TRACK, CALLED DEB AT TRI-CITY.

0841HRS    BRYAN KELLEY TAKEN TO E-BLOCK TO GET HIS DAILY SHOWER.

0934HRS    STEWARTVILLE FIRE STILL HAVING TROUBLE WITH RADIO COMMUNICATIONS WITH 2200. TRI-CITY HAS BEEN INFORMED BY 2214.

1105HRS    JIMMY GUTHRIE CHECKED ON HEAT PROBLEM IN C-BLOCK. HE TURNED THE THERMOSTAT UP AND WILL BE BACK TO CHECK IT AFTER 1200HRS.

1149HRS     LUNCH TRAYS SERVED, MEDS GIVEN TO KELLEY.

1207HRS    2213 DRESSED OUT ROSA LEE RUSSELL.

1231HRS    TRAYS PICKED UP, MAIL PASSED OUT, TYLENOL GIVEN TO HOLLENQUEST, BARNETT, AND SCARBROUGH.

1315HRS    ROSA LEE RUSSELL BOOKED AND PROCESSED IN ASSIGNED TO CELL D-103 BECAUSE OF BAD LEG.

1335HRS     ED BURQUEZ HERE WITH JIMMIE GUTHREY TO CHECK FIRE ALARM SYSTEM IN THE TOWER.

1408HRS     TRI CITY COMPLETED TEST PAGES AND EVERYTHING IS 10-4 WITH CCSO AND STEWARTVILLE FIRE. KINKS WORKED OUT AND EVERYTHING IS 10-2.

1417HRS     LAWYER MARK PADGETT HERE TO SEE THOMAS SCARBROUGH.

DAYSHIFT TOWER LOG
LIPSCOMB/HAY
01-08-03

| | |
|---|---|
| 0600HRS | CELLS OPENED, HEAD COUNT COMPLETE AND CORRECT WITH 28 INMATES ACCOUNTED FOR. |
| 0602HRS | 2214 WALKED INTO C-BLOCK TO CHECK TEMP, IT SEEMED COMFORTABLE, NO REASON FOR THEM TO HAVE THEIR BLANKETS. |
| 0630HRS | TRAYS SERVED, TISSUE PASSED OUT FOR DAYROOMS |
| 0650HRS | MEDS TO KELLEY, HAWKINS AND KENNETH HARRIS REFUSED HIS EAR DROPS. |
| 0703HRS | MCKINNEY TAKEN TO BOOKING TO GET READY FOR SCHOOL |
| 0711HRS | MCKINNEY LEFT FOR SCHOOL |
| 0715HRS | TRAYS PICKED UP |
| 0730HRS | CELL OPENED |
| 0840HRS | KELLEY TO E-BLOCK FOR A SHOWER |
| 0941HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 0951HRS | FRUIT TO HAWKINS |
| 0952HRS | KELLEY RETURNED TO HOLDING |
| 1113HRS | COOSA 2 TO THE TOWER TO CHECK A/C IN C-BLOCK |
| 1155HRS | TRAYS SERVED |
| 1206HRS | MEDS TO KELLEY |
| 1227HRS | TRAYS PICKED UP, MAIL DISTRIBUTED |
| 1310HRS | WORKING ON ALARM PANEL AND CAMERAS |
| 1344HRS | ROSA LEE RUSSELL ASSIGNED TO D-103 |
| 1417HRS | THOMAS SCARBROUGH TO THE LIBRARY TO SEE LAWYER MARK PAGENT |
| 1551HRS | FRUIT TO HAWKINS |
| 1700HRS | TRAYS SERVED |
| 1706HRS | MEDS TO KELLEY |
| 1744HRS | TRAYS PICKED UP, CLIPPERS PUT IN C-BLOCK |

DAYSHIFT TOWER LOG
LIPSCOMB/HAY
01-08-03

NIGHTSHIFT REPORT
01-08-04
TAYLOR/ HARRIS

SHIFT STARTS WITH $25.90 AND 29 INMATES INCARCERATED.

1815HRS     MCKINNEY BACK TO E-BLOCK.

1828HRS     KELLEY OUT USING THE PHONE.

2015HRS     MOP BUCKETS OUT LATE.

2037HRS     OUTGOING MAIL LOGGED.

2103HRS     PERIMETER CHECK.  DEPUTIES' OUTER DOOR WAS FOUND
UNLOCKED.  WAS SECURED.

2200HRS     BED MEDS GIVEN TO K. HARRIS AND KELLEY.

2245HRS     OUTGOING MAIL LOGGED.

0400HRS     TAPE CHANGED.

0600HRS     COUNT IS 28 AND MONEY ON HAND IS $25.90.

NIGHTSHIFT TOWER LOG
01/08/04
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 28.

1824HRS     MCKINNEY WAS RETURNED TO E-BLOCK.

1836HRS     HAWKINS SAID SHE WAS HURTING.  SHE WAS GIVEN
PERMISSION TO GO INTO HER CELL AND LIE DOWN.

1841HRS     PILLOW OUT IN C-BLOCK.  Z. SCOTT RETURNED IT TO HIS
CELL WHEN ASKED.

2015HRS     CLEANING SUPPLIES BROUGHT BACK TO CELL BLOCKS (LATE
DUE TO RESERVE MEETING).

2130HRS     MANDATORY HEADCOUNT CONDUCTED.

2136HRS     CLEANING SUPPLIES PICKED UP.

2200HRS     LOCKDOWN. BED MEDS ADMINISTERED.

2400HRS     TAPE CHANGED.

0035HRS     WALKTHROUGH CONDUCTED.

0310HRS     WALKTHROUGH CONDUCTED.

0510HRS     COOLERS TO ALL BLOCKS.

DAY SHIFT REPORT
HAY/PEOPLES
01/09/2004

0600HRS    BALANCE AT START OF SHIFT, $25.90, TOTAL INMATES 28.

***NOTE*** KILPATRICK MCKINNEY IS OFF TODAY ACCORDING TO HIS WORK CALENDAR.

0629HRS    BREAKFAST SERVED TO ALL INMATES, HAWKINS GIVEN EXTRA LIQUIDS WITH HER BREAKFAST ALSO A BOWL OF FRUIT. MEDS GIVEN TO BRYAN KELLEY. INMATE KELLEY IS ABOUT TO BE OUT OF HIS METHACARBONAL , WILL CALL CREW'S DRUG TODAY FOR RE-ORDER. KENNETH HARRIS REFUSED HIS EARDROP MEDICINE.

0702HRS    TRAYS PICKED UP FROM ALL CELL BLOCKS, KELLEY TAKEN TO E-BLOCK TO GET HIS SHOWER, MISSIE HAWKINS STATED THAT SHE IS STILL HAVING PROBLEMS KEEPING ANY TYPE OF FOOD DOWN, INMATE HAWKINS WAS GIVEN EXTRA FLUIDS TO HELP HER FROM DEHYDRATING.

0705HRS    A-BLOCK VISITATION STARTED.

0725HRS    INMATE MISSIE HAWKINS REQUESTED HER YEAST INFECTION CREAM FROM HER ROOM. CREAM WAS RETRIEVED FROM HER ROOM AND BROUGHT TO HER IN THE HOLDING CELL UP FRONT.

0900HRS    BRYAN KELLEY'S CELL UP FRONT WAS CLEANED BY TRUSTEES. A NEW MATTRESS AND BED LINEN'S WERE GIVEN TO INMATE KELLEY AFTER CLEANING WAS DONE. KELLY'S LINENS WERE ALSO PICKED UP FOR WASHING.

0923HRS    MISSIE HAWKINS WAS GIVEN AN EXTRA MATTRESS FOR ADDITIONAL PADDING TO SLEEP ON, ALSO A FRESH BOWL OF FRUIT COCKTAIL AND A GLASS OF WATER WAS GIVEN TO INMATE HAWKINS. HAWKINS SAID SHE FELT A LOT BETTER AND THE PAIN HAD SUBSIDED SINCE THIS MORNING.

0931HRS    INMATE BRYAN KELLEY BROUGHT BACK TO THE FRONT AFTER HE HAD COMPLETED ALL OF HIS HYGIENE ACTIVITY.

1105HRS    BRYAN KELLEY RECEIVED HIS LUNCH TIME MEDS

1736HRS    BRYAN KELLEY RECEIVED HIS SUPPER MEDS

# DAYSHIFT REPORT
# 01/09/04
# CALFEE, HAY, PEOPLES, ROBERSON

0630 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO KELLY, AND HAWKINS.

0700 HRS.  TRAYS PICKED UP.

0828 HRS.  MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.

0933 HRS.  RAZORS WERE ADMINISTERED. A BOWL OF FRUIT WAS GIVEN TO HAWKINS.

1009 HRS.  2212 TRANSPORTED CHARLES EAST TO RUSSELL E.R. FOR MEDICAL TESTS.

1037 HRS.  JOE FROM TRI CITY WAS HERE WORKING ON RADIOS AND THINKS THEY MAY HAVE DISCOVERED THE PROBLEM. WILL PASS ON TO LT.

1113 HRS.  CHARLES EAST BROUGHT BACK TO JAIL TO ALLOW INJECTION TO CIRCULATE. WILL RETURN TO RUSSELL E.R. AT 1300 HRS.

1210 HRS.  TRAYS SERVED.

1243 HRS.  MARGARET REAVES TURNED HERSELF IN A WARRANT FOR HARASSMENT. SHE WAS ARRESTED BY 2203 AND THEN PROCESSED.

1250 HRS.  TRAYS AND RAZORS PICKED UP

1301 HRS.  LUNCH MEDS GIVEN TO BRYAN KELLEY.

**1301 HRS.  CHARLES EAST BEING TRANSPORTED BACK TO RUSSELL FOR BONE SCAN X-RAYS.**

**1351 HRS.  REAVES RELEASED ON $100 SIGNATURE BOND PER LT.**

**1400 HRS.  JOSEPH SCOTT INGRAM RELEASED PER RELEASE ORDER ON FINES PAID.**

**1448 HRS.  CHARLES EAST BACK FROM RUSSELL AND PLACED IN C BLOCK**

**1500 HRS.  TAMMY HERRON FINGERPRINTED FOR DHR ON LIVESCAN.**

**1516 HRS.  THE BASE LINC LOST POWER. AFTER TRACING THE POWER CORD IT WAS DISCOVERED THAT THE LINC HAS A SHORT IN THE BASE UNIT LOCATED ON THE FLOOR. TRI-CITY HAS BEEN NOTIFIED.**

**1538 HRS.  THROUGHOUT THE DAY MISSIE HAWKINS HAS BEEN COMPLAINING TO THE TOWER OF CHEST, BACK AND STOMACH PAINS. DR. GEORGE WAS CALLED AND ASKED IF IT WAS OKAY TO GIVE HER MAALOX. DR. GEORGE APPROVED. SHE IS BEING BROUGHT UP FRONT FOR MEDICAL OBSERVATION AT THIS TIME. SHE ADVISED 2213 THAT SHE WAS NOT HAVING ANY DISCHARGE OR FLUID LEAK, JUST A FEELING OF PRESSURE. THIS IS HER THIRD PREGNANCY AND SHE ADVISED IT DID NOT FEEL LIKE LABOR PAINS. SHE HAS AN APPOINTMENT TO SEE DR. GEORGE ON MONDAY.**

**1546 HRS.  J.P. FROM TRI-CITY CALLED AND ADVISED SOMEONE WOULD BE HERE MONDAY TO REPAIR THE SOUTHERN LINC BASE STATION.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IF THE LINC SHOULD LOSE POWER OVER THE WEEKEND, TRACE THE CORD FROM THE HANDSET TO THE POWER UNIT ON THE FLOOR AND WIGGLE IT UNTIL YOU GET POWER BACK IF POSSIBLE.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END NOTE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**1558 HRS.   ATTORNEY THOMAS RADNEY HERE TO SEE BRYAN KELLEY. RADNEY AND KELLEY ESCORTED TO THE LIBRARY.**

**1623 HRS.   ATTORNEY RADNEY LEAVING. BRYAN KELLEY BROUGHT BACK UP FRONT AND IS USING THE PHONE.**

**1655 HRS.   SUPPER TRAYS SERVED AND MEDS GIVEN TO BRYAN KELLEY.**

**1726 HRS.   SUPPER TRAYS PICKED UP.**

**1739 HRS. KILPATRICK MCKINNEY BACK. SEARCHED, DRESSED AND TAKEN TO THE BACK.**

**AT END OF SHIFT THERE WAS $25.90 IN BAG – NO MONEY TAKEN IN DURING SHIFT.**

**MISSIE EDWARDS PAINS GROWING WORSE. AFTER CONTACTING THE LT IT WAS DETERMINED THAT SHE WOULD BE TAKEN TO RUSSELL TO BE CHECKED OUT.**

DAYSHIFT TOWER LOG
HAY/CALFEE
01-09-04

0600HRS    CELL DOORS OPENED AND MANDATORY HEADCOUNT
CONDUCTED.

0630HRS    BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO
KELLEY AND HAWKINS. LAUNDRY AND DAYROOM BATHROOM TISSUE
PASSED OUT.

0709HRS    TRAYS PICKED UP.

0730HRS    CELL DOORS OPENED.

0825HRS    KILPATRICK MCKINNEY ESCORTED UP FRONT TO GET READY
FOR WORK.

0845HRS    TRUSTEES CLEANED VISITATION ROOM ON BOTH SIDES.
ESCORTED BY 2254.

0847HRS    BRYAN KELLEY BROUGHT BACK TO E-BLOCK TO GET A
SHOWER.

0915HRS    MISSIE HAWKINS NOTIFIED THAT SHE WOULD NOT GET A
BEDTIME SNACK, BUT SHE COULD HAVE HER HEMORRHOID MEDICINE.

0930HRS    CELL DOORS LOCKED DOWN. MANDATORY HEAD COUNT,
29 TOTAL INMATES.

0950HRS    FRUIT TO MISSIE HAWKINS, RAZORS PASSED OUT TO TOSE
WHO NEEDED THEM. BRYAN KELLEY FINISHED WITH WASHING HIS BODY.

1004 HRS.    CHARLES EAST ESCORTED TO THE FRONT FOR DR. APPT.

1035 HRS.    TAPLEY ESCORTED TO THE FRONT TO SEE 2201.

1115 HRS.    2212 JUST ARRIVED BACK WITH CHARLES EAST. HE WILL
REMAIN UP FRONT FOR MEDICAL OBSERVATION.

1131 HRS.    KELLY ESCORTED BACK TO THE FRONT.

1200 HRS.    LUNCH TRAYS SERVED

1252 HRS.    TRAYS AND RAZORS PICKED UP, MEDS GIVEN TO BRYAN
KELLEY

1350 HRS.     MARGRET REEVES RELEASED ON BOND

1413 HRS.     SCOTT INGRAM RELEASED ON FINES PAID PER THE CLERKS
OFFICE

1438 HRS.     CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE

1543 HRS.     MISSIE HAWKINS WAS BROUGHT UP FRONT FOR MEDICAL
OBSERVATION.  SHE SAID SHE HAD SHARP PAINS IN HER STOMACH.  SHE
WAS ALSO GIVEN SOME MYLANTA AND HER BOWL OF FRUIT.

1700 HRS.     TRAYS SERVED

1730HRS.     TRAYS PICKED UP, MEDS GIVEN TO KELLEY,

1740HRS.     KILPATRICK RETURNS FROM WORK

NIGHTSHIFT REPORT
01/09/04
TAYLOR/KELLY

1800HRS      INMATE COUNT IS 28.  MONEY ON HAND IS $25.90.

1800HRS      MISSY HAWKINS IS HAVING PAIN IN HER LOWER ABDOMEN
AND LOWER BACK.  SGT. AND 2206 ARE GOING TO TAKE HER TO RUSSELL
ER TO BE CHECKED OUT (PER LT).

1810HRS      KELLEY OUT TO USE PHONE.

1822HRS      KELLEY BACK TO CELL.

1839HRS      EMS2 WAS PAGED TO TAKE HAWKINS TO THE ER.

1903HRS      HAWKINS WAS TAKEN TO RUSSELL ER BY EMS2.  2206 ALSO
WENT.

1935HRS      PERIMETER CHECK WAS CONDUCTED.  DEPUTIES' DOOR WAS
FOUND UNLOCKED.

2200HRS      BED MEDS GIVEN TO KELLEY.  K. HARRIS REFUSED HIS EAR
DROPS.

2238HRS      HAWKINS WAS BROUGHT BACK TO CODE 1 FROM RUSSELL
ER.  SHE WAS PUT ON A MONITOR AND GIVEN SEVERAL TESTS.  NO TEST
RESULTS YET.  AFTER GETTING THE TEST RESULTS, THEY WILL NOTIFY US
IF THERE IS A PROBLEM.  SAID TO MAKE SURE SHE GETS PLENTY OF
LIQUIDS AND REST.

0400HRS      TAPE CHANGED.

0600HRS      INMATE COUNT IS STILL 28.  MONEY ON HAND IS THE SAME
AT $25.90.

**NIGHTSHIFT TOWER LOG**
**01/09/04**
**KELLEY/K. TAYLOR**

1800HRS     HEAD COUNT COMPLETED ALL INMATES. ACCOUNTED FOR A TOTAL OF 28

1840HRS     EMS2 CALLED OUT TO CODE 1 FOR MISSIE HAWKINS. EMS2 WILL TRANSPORT HER TO RUSSELL ER.

1903HRS     HAWKINS TRANSPORTED BY EMS2 TO RUSSELL ER.

1930HRS     CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/ CLEAN UP BEGINS

1935HRS     OUTSIDE SECURITY CHECK COMPLETED.  DEPUTIES' OUTER DOOR WAS FOUND UNLOCKED.

2034HRS     CLEANING SUPPLIES PICKED UP.  UNIFORMS PICKED UP FROM A AND B BLOCKS TO BE WASHED.

2130HRS     MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR

2200HRS     TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS     CHANGED OUT TAPES

0110HRS     WALK THROUGH CONDUCTED

0415HRS     WALK THROUGH CONDUCTED

0500HRS     TRUSTEES WOKEN UP/ ICE TO ALL BLOCKS