# EXHIBIT GG

# January Shift Logs, Part II

## NIGHT SHIFT REPORT
## 01/10/04
## HARRIS/KELLY

1800HRS     INMATE COUNT IS 28. BEGINNING BALANCE IS $165.90

2000HRS     OUTSIDE SECURITY CHECK CONDUCTED

0400HRS     TAPE CHANGED

0500HRS     MAIL LOGGED

0600HRS     END OF SHIFT, 28 INMATES ON HAND. NO MONEY
            TAKEN IN FOR AN ENDING BALANCE OF $165.90

# NIGHTSHIFT TOWER LOG
## 01/10/04
## KELLEY/HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 28 |
| 1930HRS | CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/CLEAN UP BEGINS |
| 2030HRS | CLEANING SUPPLIES PICKED UP |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT |
| 0200HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | TRUSTEES WOKEN / ICE GIVEN TO ALL BLOCKS EXCEPT A BLOCK THEY DID NOT EMPTY COOLER |

# DAYSHIFT REPORT
# CALFEE / PEOPLES
# 1/11/04

0600 HRS.  $165.90 ON HAND. 28 INMATES. 2 UP FRONT. (KELLY, AND HAWKINS).

0627 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO HAWKINS, AND KELLY.

0704 HRS.  TRAYS PICKED UP. DINGMAN WAS GIVEN TWO IBUPROFEN.

1018 HRS.  2254 TO TOWER.

1100 HRS.  HAWKINS LET OUT OF THE DETOX CELL TO USE THE RESTROOM.

1103 HRS.  KELLEY LET OUT OF THE HOLDING CELL TO USE THE PHONE.

1124 HRS.  HAWKINS AND KELLEY TAKEN TO THE BACK TO TAKE A SHOWER, HAWKINS WENT TO E BLOCK AND KELLEY WENT TO E BLOCK

1154 HRS.  TRAYS SERVED.

1230 HRS.  TRAYS PICKED UP. HAWKINS, AND KELLY BROUGHT BACK TO THE FRONT, FROM GETTING THEIR SHOWERS.

1310 HRS.  KELLEY RECEIVED HIS LUNCH TIME MEDS.

1300 HRS.  VISITATION BEGINS FOR TRUSTEES.

1317 HRS.  EAST WAS GIVEN TWO IBUPROFEN.

1320 HRS.  KILPATRICK OUT FOR VISITATION

1324 HRS.   2254 BACK TO DISPATCH.

1503 HRS.   HAWKINS LET OUT TO USE THE RESTROOM.

1528 HRS.   MCKINNEY ESCORTED BACK TO E BLOCK, FROM VISITATION. (HE WAS STRIP SEARCHED BY 2202).

1544 HRS.   A BOWL OF FRUIT WAS GIVEN TO HAWKINS.

1613 HRS.   KELLY WAS LET OUT TO USE THE BATHROOM, AND USE THE PHONE.

1708 HRS.  KELLEY WAS GIVEN HIS MEDS

DAY SHIFT TOWER LOG
CALFEE/PEOPLES
01/11/04

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT TAKEN, 28 INMATES ACCOUNTED FOR. |
| 0630HRS | TRAYS SERVED, MEDS GIVEN TO KELLEY AND HAWKINS. |
| 0707HRS DINGMAN | BREAKFAST TRAYS PICKED UP, IBUPROFEN GIVEN TO |
| 0730HRS | CELL DOORS OPENED |
| 0930 HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN, 28 INMATES ACCOUNTED FOR. |
| 1018 HRS. | 2254 TO TOWER |
| 1021 HRS. | RANDOM HEAD COUNT COMPLETED. (A-4 / B-7 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-3 / TOTAL OF 28 INMATES). |
| 1121 HRS. | HAWKINS AND KELLY ESCORTED TO THE BACK TO GET THEIR SHOWERS. |
| 1154 HRS. | TRAYS SERVED. |
| 1230 HRS. | TRAYS PICKED UP. CELL DOORS OPENED. HAWKINS, AND KELLY ESCORTED BACK TO THE FRONT FROM THEIR SHOWERS. |
| 1310 HRS. | KELLY WAS GIVEN HIS MEDS. |
| 1317 HRS. | EAST WAS GIVEN TWO IBUPROFEN. |
| 1319 HRS. | MCKINNEY ESCORTED TO THE FRONT FOR VISITATION. |
| 1324 HRS. | 2255 TO TOWER. |
| 1430 HRS. | CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN WITH 28 INMATES ACCOUNTED FOR |
| 1529 HRS. | MCKINNEY BACK FROM VISITATION, SEARCHED BY 2202 AND BROUGHT BACK TO E BLOCK |

1543 HRS.     BOWL OF FRUIT WAS GIVEN TO HAWKINS

1658 HRS.     2254 TO TOWER. RANDOM HEAD COUNT COMPLETED. (A-4 / B-7 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-3 / TOTAL OF 28 INMATES).

1705 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KELLY.

1732 HRS.     TRAYS PICKED UP.

**NIGHT SHIFT REPORT**
**01/11/04**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 28. BEGINNING BALANCE IS $165.90

1855HRS    FELICIA HOYTT WAS BROUGHT IN BY 2207 TO HOLD
FOR CALHOUN COUNTY DHR, SHE IS A RUNAWAY
FROM A FOSTER HOME

2110HRS    CALHOUN COUNTY DHR PICKED UP FELICIA HOYTT

2200HRS    OUTSIDE SECURITY CHECK CONDUCTED

2345HRS    2207 BROUGHT IN EARL GILBERT ON A FTA DRIVING
WITH NO INSURANCE WARRANT.

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 28 INMATES ON HAND. NO MONEY
TAKEN IN FOR TOTAL OF $165.90, A DEPOSIT WAS
MADE LEAVING AN ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
## 01/11/04
## KELLEY/ HARRIS

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 28 |
| 1920HRS | CLEANING SUPPLIES PASSED OUT |
| 1930HRS | CELLS UNLOCK/ CLEAN UP BEGINS |
| 2030HRS | CLEANING SUPPLIES PICKED UP |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT |
| 2400HRS | CHANGED OUT TAPE |
| 0100HRS | WALK THROUGH |
| 0400HRS | WALK THROUGH |
| 0500HRS | TRUSTEES WOKEN/ ICE TO ALL BLOCKS |

DAY SHIFT REPORT
HAY/LIPSCOMB
01/12/2004

BALANCE AT START OF SHIFT, $0. DEPOSIT READY FOR JOAN $165.90.
29 INMATES ACCOUNTED FOR.

0627HRS     BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO
BRYAN KELLEY, AND MISSIE HAWKINS. KENNETH HARRIS REFUSED HIS
EARDROP MEDICINE.

0647HRS     BRYAN KELLEY ESCORTED TO E-BLOCK TO GET HIS DAILY
SHOWER.

0825HRS     KILPATRICK MCKINNEY BROUGHT UP FRONT TO GET READY
FOR WORK.

0833HRS     KILPATRICK MCKINNEY LEFT FOR WORK.

0920HRS     BOWL OF FRUIT COCKTAIL GIVEN TO MISSIE HAWKINS.

0925HRS     BRYAN KELLEY BROUGHT BACK TO THE FRONT AND PLACED
IN HIS HOLDING CELL.

1105HRS     MISSIE HAWKINS ESCORTED TO D-BLOCK IN ORDER TO GET
HER SHOWER AND OTHER HYGIENE.

1200HRS     LUNCH SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY.

1235HRS     2213 TRANSPORTING MISSIE HAWKINS TO MEDICAL PARK
PLAZA TO HAVE CHECK-UP DONE WITH HER DOCTOR.(DR. GEORGE)

1423HRS     EARL GILBERT RELEASED ON FINES  PAID AND ELMORE CO
RELEASED HOLD.

1725HRS     DAVID KILGORE ARRESTED BY 2203 ON CHARGE OF
PROBATION VIOLATION IN SYLACAUGA AND TRANSPORTED TO CODE I.
PROCESSED AND ASSIGNED TO B-202.  KILGORE WAS ISSUED 1 PR OF
BOXERS BECAUSE HE ONLY HAD ON GRAY SWEAT PANTS, HIS ACCOUNT
SHEET WAS NOTED.

1730HRS     MEDS TO KELLEY

$60.51 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $60.51

01-12-2004
DAY SHIFT TOWER LOG
LIPSCOMB/HAY

| | |
|---|---|
| 0600HRA | CELLS OPENED, HEAD COUNT COMPLETE AND CORRECT. |
| 0630HRS | TRAYS SERVED, LINENS PICKED UP |
| 0644HRS | MEDS TO KELLEY AND HAWKINS, HARRIS REFUSED EARDROPS |
| 0650HRS | KELLEY TO E-BLOCK TO SHOWER |
| 0715HRS | TRAYS PICKED UP |
| 0825HRS | MCKINNEY TO BOOKING TO GET READY FOR SCHOOL |
| 0927HRS | KELLEY BACK TO HOLDING |
| 0935HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT. |
| 1104HRS | HAWKINS BROUGHT TO D-BLOCK TO SHOWER FOR DR APPOINTMENT THIS AFTERNOON |
| 1205HRS | TRAYS SERVED.  CLIPPERS TO B-BLOCK |
| 1216HRS | HAWKINS MOVED BACK TO DE-TOX |
| 1219HRS | MED TO KELLEY |
| 1238HRS | HAWKINS TAKEN TO DR BY 2213 |
| 1240HRS | TRAYS PICKED, LINENS DISTRIBUTED, CELLS OPENED |
| 1354HRS | MAIL DISTRIBUTED |
| 1403HRS | BACK FROM DR. GEORGE'S OFFICE IN ALEX CITY. PLACED BACK IN HER HOLDING CELL FOR OBSERVATION. |
| 1407HRS | 2214 TO DISPATCH AND 2212 TO THE TOWER. |
| 1423HRS | EARL GILBERT RELEASED PER FINES PAID THROUGH COOSA CO AND ELMORE CO. |
| 1430HRS | CELL DOORS CLOSED. MANDATORY HEAD COUNT DONE. HEAD COUNT IS CORRECT AT 28. |
| 1702HRS | DINNER SERVED TO ALL CELL BLOCKS, MEDS GIVEN TO KELLEY. |
| 1726HRS | DAVID KILGORE BROUGHT BACK TO B-202, COUNT IS 29. |
| 1739HRS | DINNER TRAYS PICKED UP, CLIPPERS IN B-BLOCK TORE UP WHEN RODERICK EDWARDS PLUGGED THEM IN THE WALL SOCKET. |

**NIGHTSHIFT TOWER LOG**
**1-12-04**
**TAYLOR/ HARRIS**

**1835HRS   NON-MANDATORY HEADCOUNT CONDUCTED AND CORRECT.  A-4, B-9, C-9, D-3, E-1, AND TRUSTEES- 3.**

**1906HRS   MCKINNEY BACK FROM SCHOOL.**

**1918HRS   MCKINNEY BACK TO E BLOCK.**

**1930HRS   CELL DOORS OPENED. CLEANING SUPPLIES PASSED OUT.**

**SMOOT CALLED UP AND STATED THAT HIS LIGHT IS OUT COMPLETELY NOW.**

**2032HRS   CLEANING SUPPLIES PICKED UP.**

**2044HRS   HAWKINS TO THE LIBRARY.**

**2059HRS   DAYS WITH ICE TO TOWER.**

**2122HRS   CELL INSPECTIONS CONDUCTED.**

**2132HRS   MANDATORY HEADCOUNT CONDUCTED.**

**2200HRS   LOCKDOWN. MEDS ADMINISTERED.**

**2400HRS   TAPE CHANGED.**

**0114HRS   WALKTHROUGH CONDUCTED.**

**0406HRS   WALKTHROUGH CONDUCTED.**

**0500HRS   ICE TO ALL BLOCKS.**

01-13-2004
DAY SHIFT REPORT
LIPSCOMB/PEOPLES/HAY

$60.51 ON HAND AT THE BEGINNING OF THE SHIFT, 29 INMATES
ACCOUNTED FOR.

0630; TRAYS SERVED, WHITES PICKED UP FOR LAUNDRY

0700; MEDS TO KELLEY AND HAWKINS, KELLEY TO E-BLOCK
FOR A SHOWER, RAZORS OFFERED TO ALL BLOCKS, MCKINNEY
TO THE EXAM ROOM TO GET READY FOR SCHOOL.

0732; MCKINNEY PICKED UP FOR SCHOOL

0806; JAIL MINISTRIES STARTED

0832; INFORMED THE CLERKS OFFICE OF PENDING RELEASE
DATES ON SOLLEY AND WILLIAM HARRIS.

0835; FAXED WARRANT ON EDDY JAMES HUNTER TO GWPD.

0934; MINISTRIES OVER

1005; FRUIT TO HAWKINS

1040; INCOMING MAIL LOGGED AND DISTRIBUTED

1135; HAWKINS MOVED BACK TO D-BLOCK, KELLEY RETURNED
TO HOLDING.

1200; LUNCH SERVED TO ALL INMATES, MEDS GIVEN TO BRYAN
KELLEY.

1245; TRI CITY HERE TO WORK ON CONSOLES.

1415; TRUSTEES CLEANED DEAD BUGS FROM THE LIGHTS IN
THE HALLWAY BEFORE SC-1.

1700; DINNER SERVED TO ALL INMATES, MEDS GIVEN TO BRYAN KELLEY. JOHNNY KIRKPATRICK JR. MOVED TO TRUSTEE STATUS.

1736; OTTO ADAIR BOOKED AND PROCESSED AND PLACED IN C-203.

1744; KILPATRICK MCKINNEY RETURNED FROM WORK RELEASE. CHECK GIVEN TO KILPATRICK MCKINNEY.

NIGHTSHIFT REPORT
01-13-04
TAYLOR/ HARRIS

SHIFT STARTS WITH $80.51 ON HAND AND 30 INMATES INCARCERATED.

1814HRS      KELLEY OUT TO USE THE PHONE.

1846HRS      KELLEY BACK IN.

1925HRS      KELLEY JUST THREW A CUP VERY HARD AGAINST THE DOOR.

1955HRS      KELLEY AGAIN THREW A CUP VERY HARD AT THE DOOR.
CUPS WERE REMOVED FROM HIS CELL IN CASE HE TRIED TO BREAK ONE
AND HURT HIMSELF.  KELLEY IS DEMANDING TO USE THE PHONE AGAIN.
HE WAS TOLD WE ARE BUSY RIGHT NOW  AND HE HAS ALREADY USED
THE PHONE FOR 30 MINUTES THIS SHIFT. HE CONTINUED TO YELL AND
MAKE THREATS.

2051HRS      OUTGOING MAIL LOGGED.

2200HRS      BED MEDS GIVEN TO KELLEY.  NEW CUP W/ICE AND WATER
WAS ALSO GIVEN TO HIM.  HE ADMITTED HE ACTED LIKE A BRAT EARLIER
WHEN HE THREW THE CUPS!!!

0146HRS      MORE OUTGOING MAIL LOGGED.

0400HRS      TAPE CHANGED.

0600HRS      THE COUNT IS 30 INMATES.  MONEY ON HAND IS $80.51.

NIGHTSHIFT TOWER LOG
01/13/04
TAYLOR/ D. HARRIS


1800HRS      INMATE COUNT IS 30.

1813HRS      OTTO ADAIR WAS PRINTED, DRESSED OUT, AND ASSIGNED TO
C-205 (WAS BOOKED ON DAYSHIFT).

1816HRS      KELLEY OUT TO USE PHONE.

1846HRS      KELLEY BACK TO CELL FROM USING PHONE.

1849HRS      PERIMETER CHECK DONE.

1930HRS      CELL DOORS OPENED AND MOP BUCKETS TO ALL BLOCKS.

2025HRS      MOP BUCKETS PICKED UP.

2130HRS      MANDATORY HEADCOUNT CONDUCTED.  CELL INSPECTIONS
CONDUCTED.

2200HRS      LOCKDOWN.  BED MEDS ADMINISTERED.

0000HRS      TAPE CHANGED.

0033HRS      WALKTHROUGH CONDUCTED.

0442HRS      WALKTHROUGH CONDUCTED.

0450HRS      COOLERS TO THE FRONT.

0520HRS      COOLERS BACK TO ALL BLOCKS.

0532HRS      TRUSTEES TO TOWER TO CLEAN.

# DAYSHIFT REPORT
# CALFEE / GREEN
# 01/14/04

0600 HRS.   $80.51 ON HAND. TOTAL OF 30 INMATES

0630 HRS.   TRAYS SERVED. MEDS WERE GIVEN TO HAWKINS, AND KELLY. TOILET TISSUE WAS ADMINISTERED.

0805 HRS. JAN CALFEE HAVING CONTRACTIONS, SYLACAUGA AMB. IN ROUTE TO TAKE HER TO BROOKWOOD.

0834 HRS. KILPATRICK MCKINNEY BROUGHT AND GOT READY FOR WORK RELEASE.

0922 HRS. MISSIE HAWKINS GIVEN A BOWL OF FRUIT.

1000 HRS. GREGORY WADE SOLLEY RELEASED ON TIME SERVED. PELHMA PD WAS CALLED AND THEY ADVISED THEY WOULD NOT EXTRADITE FROM OUR COUNTY, ADVISED US TO TELL MR SOLLEY TO COME BY AND TAKE CARE OF HIS FINES.

1017 HRS. 2203 TRANSPORTING BRYAN KELLEY AND BILLY JOE GRAY TO DR CURRIE'S OFFICE.

1022 HRS. JOHNNY KIRKPATRICK'S PARENTS BROUGHT HIM SOME NEW UNDERWEAR AND SOME SHOES. EVERYTHING WAS INSPECTED AND SENT BACK TO INMATE KIRKPATRICK.

1156 HRS. LUNCH SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY.

1532 HRS. 2204 BROUGHT IN TOMMY SHERUM ON OUR FELONY WARRANTS. BOOKED AND PLACED IN C-102.

1605 HRS. BRANDON SEARCY RELEASED ON TIME SERVED. RELEASED PER JUDGE'S ORDER. SEARCY RELEASED TO CLAY CO. ON THEIR HOLD.

1630 HRS. 2203 BROUGHT IN TANGELA DENMAN ON PROBATION VIOLATION CHARGES, BOOKED AND PLACED IN D-102.

1645 HRS. RODERICK EDWARDS MOVED TO TRUSTEE STATUS. PULLED FROM POPULATION AND PLACED IN TRUSTEE CELL WITH RONALD DAYS.

1710 HRS. DINNER SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY.

1735 HRS. SUPPER TRAYS PICKED UP

DAYSHIFT TOWER LOG
01-14-04
CALFEE / GREEN

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND ALL INMATES ACCOUNTED FOR |
| 0630HRS | CELL DOORS LOCKED / TRAYS SERVED / MEDS GIVEN TO KELLEY AND HAWKINS |
| 0700HRS | TRAYS PICKED UP |
| 0730HRS | CELL DOORS UNLOCKED / TISSUE GIVEN TO EACH INMATE |
| 0800HRS | ALL IS QUIET IN TOWER KELLEY JUST LYING AND SLEEPING IN OBSERVATION |
| 0920HRS | 2212 BRINGS HAWKINS BOWL OF FRUIT |
| 0930HRS | CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR |
| 0945HRS | KELLEY BROUGHT TO BACK TO SHOWER IN E BLOCK |
| 1000HRS | SOLLEY RELEASED ON TIME SERVED BY 2212 |
| 1015HRS | KELLEY AND GRAY TAKEN TO FRONT TO GO TO DR.CURRIE |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | CELL DOORS OPENED / MEDS GIVEN TO KELLEY / MAIL PASSED OUT AND TRAYS PICKED UP |
| 1420HRS | TYLENOL GIVEN TO GRAY FOR TOOTH PAIN OR LACK OF A TOOTH |
| 1440HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1607HRS | BRANDON SEARCY RELEASED ON TIME SERVED TO CLAY COUNTY |
| 1630HRS | RODERICK EDWARDS MOVED TO TRUSTEE |
| 1700HRS | DINNER TRAYS SERVED |
| 1745HRS | TRAYS PICKED UP |

1750HRS     INMATE COUNT / 3 IN "A" / 7 IN "B" / 10 IN "C" / 4 IN "D" / 1 IN
            "E" / 1 IN HOLDING, 4 TRUSTEES

1800HRS     KELLEY IN TOWER TO RELIEVE GREEN

# NIGHT SHIFT REPORT
## 01/14/04
## HARRIS/KELLY

1800HRS    INMATE COUNT IS 30. BEGINNING BALANCE IS $100.51

1900HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 30 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF $100.51

# NIGHTSHIFT TOWER LOG
# 01/14/04
# KELLEY/ HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 30

1830HRS    OUTSIDE SECURITY CHECK COMPLETED
EVERYTHING WAS 10-4

1930HRS    CLEANING SUPPLIES PASSED OUT CLEAN UP BEGINS
CELL DOORS UNLOCKED

2030HRS    CLEANING SUPPLIES PICKED UP/ CELLS INSPECTION
COMPLETED

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ ALL CELL DOORS LOCKED/
BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH CONDUCTED

0400HRS    WALK THROUGH CONDUCTED

0500HRS    TRUSTEES WOKEN ICE TO ALL BLOCKS

DAYSHIFT REPORT
01-15-04
HARRIS/ GREEN

0600HRS    SHIFT STARTS WITH $100.51 ON HAND AND 30 INMATES INCARCERATED.

0630HRS    TAPLEY RELEASED FOR REHAB. SHE STATED THAT SHE IS MISSING A NECKLACE AND EARRINGS FROM HER PROPERTY.  A REQUEST FORM DATED 12/19/03 STATED THAT HER MOTHER WOULD BE PICKING UP SOME OF HER PROPERTY ON THE FOLLOWING VISITATION DAY.

0645HRS    BREAKFAST TRAYS PASSED OUT AND BREAKFAST MEDS ADMINISTERED.

0700HRS    KELLEY TO E-BLOCK FOR SHOWER AND MCKINNEY UP FRONT TO GET READY FOR SCHOOL.

0715HRS    TRAYS PICKED UP.

0724HRS    MCKINNEY PICKED UP BY MRS OWENS

0930HRS    2253 TO TOWER AND 2256 TO DISPATCH.

0100HRS    LUNCH MEDS ADMINISTERED TO KELLEY.

1330HRS    DAVID TUCKER FINGERPRINTED FOR DHR PER 2213.

1430HRS    HAWKINS GIVEN HER FRUIT.

1441HRS    2253 TO TOWER AND 2256 TO DISPATCH

1450HRS    BILLY JOE GRAY TO FRONT

1558HRS    KELLEY OUT TO USE THE PHONE.

1630HRS    KELLEY BACK IN HIS CELL.

1700HRS    SUPPER TRAYS PASSED OUT.

1730HRS    SUPER TRAYS PICKED UP AND SUPPER MEDS ADMINISTERED.

1740HRS    MCKINNEY BACK FROM SCHOOL. DRESSED OUT AND TAKEN BACK BY 2250.

1-15-04
DAY SHIFT TOWER LOG
A. GREEN, D. HARRIS

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND HEAD COUNT COMPLETE |
| 0645HRS | TAPLEY RELEASED TO PARENTS TO GO TO REHAB / CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED |
| 0650HRS | MEDS GIVEN TO KELLEY AND HAWKINS |
| 0700HRS | KELLEY BROUGHT BACK TO E BLOCK TO SHOWER AND MCKINNEY TOOK TO FRONT |
| 0715HRS | TRAYS PICKED UP |
| 0730HRS | CELL DOORS UNLOCKED |
| 0930HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1016HRS | FRUIT GIVEN TO HAWKINS |
| 1030HRS | SHERUM UP FRONT FOR A BOND HEARING. |
| 1053HRS | SHERUM RETURNED TO C-BLOCK. |
| 1109HRS | OTTO ADAIR UP FRONT TO SEE JEFF WOODS. |
| 1127HRS | ADAIR RETURNED TO C BLOCK. |

1-15-04
DAY SHIFT TOWER LOG
A. GREEN, D. HARRIS

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND HEAD COUNT COMPLETE |
| 0645HRS | TAPLEY RELEASED TO PARENTS TO GO TO REHAB / CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED |
| 0650HRS | MEDS GIVEN TO KELLEY AND HAWKINS |
| 0700HRS | KELLEY BROUGHT BACK TO E BLOCK TO SHOWER AND MCKINNEY TOOK TO FRONT |
| 0715HRS | TRAYS PICKED UP |
| 0730HRS | CELL DOORS UNLOCKED |
| 0930HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1016HRS | FRUIT GIVEN TO HAWKINS |
| 1030HRS | SHERUM UP FRONT FOR A BOND HEARING. |
| 1053HRS | SHERUM RETURNED TO C-BLOCK. |
| 1109HRS | OTTO ADAIR UP FRONT TO SEE JEFF WOODS. |
| 1127HRS | ADAIR RETURNED TO C BLOCK. |
| 1159HRS | LUNCH TRAYS SERVED. |
| 1225HRS | LUNCH TRAYS PICKED UP. |
| 1245HRS | 2213 CHECKED ON MISSIE HAWKINS WHO WAS COMPLAINING OF BEING WEAK AND DIZZY. SGT. ADVISED STOP NEW MEDS FOR 24-HRS TO SEE IF IT WOULD MAKE A DIFFERENCE. |
| 1300HRS | MEDS GIVEN TO KELLEY |
| 1430HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1448HRS | 2256 ESCORTING BILLY JOE GRAY UP FRONT TO USE PHONE TO CALL LAWYER. |

1502HRS    GRAY BACK TO C-BLOCK.

1508HRS    SMOOT AND WALKER ESCORTED TO LIBRARY BY 2256.

1514HRS    SMOOT AND WALKER BACK TO B-BLOCK.

1700HRS    DINNER TRAYS SERVED

1730HRS    TRAYS PICKED AND MEDS GIVEN TO KELLEY

1800HRS    KELLEY TO TOWER

**NIGHT SHIFT REPORT**
**01/15/04**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 29. BEGINNING BALANCE IS $5.00

1845HRS    CREWS DRUGS BROUGHT IN REFILLS FOR KELLEY
AND HAWKINS

2012HRS    2206 BROUGHT IN RONALD RICHARDS ON NWNI
WARRANT

2245HRS    RONALD RICHARDS RELEASED ON BOND WITH
COOSA BONDING

2300HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 29 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF  $5.00

# NIGHTSHIFT TOWER LOG
## 01/15/04
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 29

1930HRS    CLEANING SUPPLIES PASSED OUT CLEAN UP BEGINS
CELL DOORS UNLOCKED

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR/ CLEANING SUPPLIES
PICKED UP

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    ICE TO ALL BLOCKS

DAY SHIFT REPORT
HAY/LIPSCOMB/GREEN
01/16/2004

BALANCE AT START OF SHIFT $5.00, 29 INMATES ON HAND.

| | |
|---|---|
| 0630HRS | BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY AND HAWKINS. |
| 0808HRS RELEASE. | KILPATRICK MCKINNEY BROUGHT UP FRONT FOR WORK |
| 0817HRS | BRYAN KELLEY TAKEN BACK TO E-BLOCK TO GET A SHOWER. RAZORS, SOAP, AND TOOTHPASTE PASSED OUT TO ALL BLOCKS. |
| 0831HRS | KILPATRICK MCKINNEY LEFT FOR WORK RELEASE. |
| 0949HRS | MISSIE HAWKINS BROUGHT UP FRONT FOR MEDICAL OBSERVATION. HAWKINS ALSO GIVEN SOME FRUIT COCKTAIL. |
| 1034HRS | BRYAN KELLEY BROUGHT BACK TO THE FRONT FROM E-BLOCK. |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS PICKED UP MEDS GIVEN TO KELLY |
| 1300HRS | HARRIS WILLIAM EARL RELEASED ON TIME SERVED |
| 1324HRS | RODERICK EDWARDS RELEASED ON FINES PAID, RELEASED TO TALLAPOOSA CO S O. |
| 1330HRS | EARNESTINE KELLEY, TERRIE MCKINNEY, LAURA RUSSELL AND TONYA RUSSELL FINGER PRINTED FOR DHR. |
| 1432HRS | BRYAN KELLEY TAKEN TO RUSSELL E.R BY 2202 |
| 1507HRS | ROSA LEE RUSSELL RELEASED ON FINES PAID PER THE CLERKS OFFICE. |
| 1535HRS | ROBIN MACINTYRE (ATTN) TO SEE KENNETH HARRIS AND TOMMY SHERUM IN THE LIBRARY |

NOTE***    BRYAN KELLEY WAS RELEASED ON FURLOUGH TO RUSSELL MEDICAL CENTER INTENSIVE CARE UNIT PER JUDGE ROCHESTER.  2201, 2202 AND 2203 WERE NOTIFIED OF THE JUDGES ORDER.  2202 ADVISED THE HOSPITAL STAFF OF THE CHANGE IN BILLING.

1725HRS    TRAYS PICKED UP, RAZORS PICKED UP, ALL ACCOUNTED FOR, MAIL DISTRIBUTED

1739HRS    MCKINNEY RETURNED FROM WORK

NO MONIES RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $5.00.

1-16-04
## DAY SHIFT TOWER LOG
### GREEN / HAY / LIPSCOMB

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND HEADCOUNT COMPLETE |
| 0640HRS | TRAYS SERVED, LAUNDRY TO C AND D BLOCKS |
| 0715HRS | TRAYS PICKED UP, MEDS TO KELLEY AND HAWKINS |
| 0730HRS | CELLS OPENED |
| 0756HRS | MCKINNEY TO BOOKING TO GET READY FOR WORK |
| 0811HRS | KELLEY TO E-BLOCK FOR A SHOWER, RAZORS, SOAP, TOOTH PASTE AND TOOTH BRUSHES OFFERED TO ALL BLOCKS |
| 0930HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 0949HRS | FRUIT TO HAWKINS, HAWKINS TAKEN TO DETOX FOR MEDICAL OBSERVATION |
| 1014HRS | SAFETY COM HERE TO SERVICE THE ALARM SYSTEM IN THE KITCHEN |
| 1034HRS | KELLEY BACK TO HOLDING |
| 1200HRS | TRAYS SERVED |
| 1240HRS | MEDS GIVEN TO KELLEY |
| 1243HRS | TRAYS PICKED UP, CELLS OPENED.  WILLIAM HARRIS TO BOOKING FOR RELEASE. |
| 1304HRS | HARRIS RELEASED ON TIME SERVED |
| 1307HRS | 2256 TO THE TOWER, 2214 TO DISPATCH |
| 1311HRS | GREEN TO TOWER AND LIPSCOMB TO FRONT |
| 1320HRS | RODERICK EDWARDS RELEASED TO TALLAPOOSA COUNTY ON FINES PAID |
| 1325HRS | KIRKPATRICK BROUGHT BACK TO A BLOCK FOR HAIR CUT |
| 1430HRS | KELLEY BEING TAKEN TO RUSSELL ER |

| | |
|---|---|
| 1506HRS | ROSA LEE RUSSELL RELEASED ON FINES PAID |
| 1520HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE AT 26 |
| 1536HRS | MACINTYRE "LAWYER" TO SEE HARRIS AND SHERUM |
| 1700HRS | DINNER TRAYS SERVED |
| 1730HRS | PICKING UP TRAYS, RAZORS AND PASS OUT MAIL ALSO SHERUM TO FRONT TO EAT AND HIS LAWYER IS GONE |
| 1750HRS | D.HARRIS TO TOWER SHERUM RETURNED TO C BLOCK AND MCKINNEY TO E BLOCK FROM WORK RELEASE |

# NIGHT SHIFT REPORT
# 01/16/04
# HARRIS/HARRIS

1800HRS    INMATE COUNT IS 25. BEGINNING BALANCE IS $35.00

2020HRS    2204 BROUGHT IN BRIAN CARDEN FOR BURGLARY 3RD
           X 2, THEFT OF PROPERTY 2ND, AND THEFT OF
           PROPERTY 3RD

2125HRS    OUTSIDE SECURITY CHECK

2300HRS    2204 BROUGHT IN HAZEL HERRON FOR DUI

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 27 INMATES ON HAND. $17.00 TAKEN
           IN FOR AN ENDING BALANCE OF $52.00

NIGHTSHIFT TOWER LOG
01-16-04
HARRIS/HARRIS

1800HRS     NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

1823HRS     KELLEY CELL CLEANED OUT AND UP PER 2213.

1925HRS     CELL DOORS OPENED IN PREPARATION FOR CLEAN UP.

1944HRS     CLEANING SUPPLIES OUT TO ALL BLOCKS.

2031HRS     2204 HERE WITH MATTHEW CARDEN. FULLY PROCESSED AND
PLACED IN B203.  INMATE COUNT IS NOW 27.

2044HRS     CLEANING SUPPLIES PICKED UP ALONG WITH UNIFORMS
FROM A AND B BLOCKS. CELL INSPECTIONS CONDUCTED.

2130HRS     MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2200HRS     LOCKDOWN.

2258HRS     2207 AND 2204 HERE WITH HAZEL HERRON FOR DUI. SUBJECT
BLEW .21. SHE WAS PROCESSED BUT WAS NOT FINGERPRINTED. INMATE
COUNT IS NOW 27.

2400HRS     TAPE CHANGED.

0106HRS     WALKTHROUGH CONDUCTED.

0253HRS     WALKTHROUGH CONDUCTED.

0530HRS     COOLERS TO THE FRONT.

0545HRS     COOLERS TO THE BACK.

01-17-2004
DAY SHIFT REPORT
LIPSCOMB/GREEN

$52.00 ON HAND AT THE BEGINNING OF THE SHIFT, 27 INMATES
ACCOUNTED FOR.

0708HRS    MEDS GIVEN TO MISSIE HAWKING.  SHE WAS TAKEN
           TO E-BLOCK FOR A SHOWER

0710HRS    VISITATION BEGAN

0715HRS    HERRON ALLOWED TO USE PHONE

0930HRS    HERRON ALLOWED TO USE RESTROOM AND PHONE
           SHE ALSO WAS ALLOWED TO GET SOME MEDS FROM
           HERE PURSE

1045HRS    BILLY JOE GARY MOVED TO TRUSTEE

1333HRS    HAZEL HERRON CHAPMAN RELEASED ON BOND BY
           COOSA BONDING AFTER RELEASE TEST OF 0.00.

1700HRS    TRAYS PASSED OUT

1725HRS    MONEY COUNTED AND COMPLETE 137.00 ON HAND

1730HRS    TRAYS PICKED UP AND WHITES PASSED OUT

1-17-04
DAY SHIFT TOWER LOG
GREEN / LIPSCOMB

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED |
| 0700HRS | TRAYS PICKED UP TISSUE PASSED OUT ALSO SCARBROUGH GIVEN TYLENOL |
| 0710HRS | HAWKINS BROUGHT BACK TO D BLOCK TO SHOWER AND GIVEN MEDS |
| 0720HRS | KIRBY BARNETT TO VISITATION |
| 0730HRS | CELL DOORS OPENED |
| 0755HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 0844HRS | HARRIS TO VISITATION |
| 0930HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT, HAWKINS TAKEN BACK TO DETOX |
| 0955HRS | GRAY TO THE LIBRARY TO TALK WITH 2203 |
| 1018HRS | NIXON TO VISITATION |
| 1044HRS | GRAY MOVED TO TRUSTEE CELL |
| 1100HRS | TRAYS SERVED |
| 1130HRS | TRAYS PICKED UP |
| 1230HRS | CELL DOORS OPENED |
| 1246HRS | 2256 TO THE TOWER, 2214 TO DISPATCH |
| 1342HRS | KEDRIC HOLLENQUEST TO VISITATION |
| 1333HRS | RELEASED HAZEL HERRON CHAPMAN |
| 1450HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1630HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1635HRS | 2256 ADVISED C-BLOCK THAT THEY WOULD LOOSE THEIR TV IF THEY DID NOT LINE UP PROPERLY WHEN ORDERED |
| 1703HRS | TRAYS SERVED |
| 1730HRS | TRAYS PICKED UP |
| 1746HRS | 2253 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
01.17/04
TAYLOR/ D. HARRIS

1800HRS    MONEY ON HAND IS $137.00.  INMATE COUNT IS 26.  JUDGE
TEEL IS HERE TO SET A BOND FOR B. CARDEN.

1834HRS    JUDGE TEEL IS TALKING WITH CARDEN IN THE LIBRARY.

2144HRS    CARDEN WAS RELEASED ON A PROPERTY BOND OUT OF
TALLADEGA CO.  APPROVED BY 2201 AND 2207.  COUNT IS
NOW 25.

2200HRS    NO BED MEDS TO BE GIVEN.

0010HRS    PERIMETER CHECK.  10-4

0400HRS    TAPE CHANGED.

0600HRS    ENDING COUNT IS 25 INMATES.  MONEY ON HAND IS THE
SAME AT $137.00.

NIGHTSHIFT TOWER LOG
01-17-04
TAYLOR/ HARRIS

1811HRS    NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT A-3, B-7, C-9, D-2 (HAWKINS UP FRONT FOR OBSERVATION), E-1 AND TRUSTEES –4 FOR A TOTAL OF 26 INMATES.

1834HRS    MATTHEW CARDEN TO THE LIBRARY TO TALK WITH JUDGE TEEL. BOND SET AT BURG. 3RD $5,000, BURG. 3RD $5,000, TOP 2ND $5,000, AND TOP 3RD $500.

1930HRS    CELL DOORS UNLOCKED. CLEANING SUPPLIES PASSED OUT.

2052HRS    CLEANING SUPPLIES PICKED UP AND CELL INSPECTIONS CONDUCTED.

2130HRS    MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2144HRS    CARDEN UP FRONT TO BE RELEASED ON PROPERTY BONDS APPROVED BY 2207. INMATE COUNT IS NOW 25.

2200HRS    LOCKDOWN.

2400HRS    TAPE CHANGED.

0010HRS    PERIMETER CHECK.

0248HRS    WALKTHROUGH CONDUCTED.

0419HRS    WALKTHROUGH CONDUCTED.

0500HRS    COOLERS TO THE FRONT.

0530HRS    COOLERS TO THE BLOCKS.

01-18-2004
DAY SHIFT REPORT
LIPSCOMB/PEOPLES

#137.00 ON HAND AT THE BEGINNING OF THE SHIFT.  25
INMATES ACCOUNTED FOR.

0700HRS    MEDS TO HAWKINS

0820HRS    2206 REQUESTED THAT WE CONTACT DRAPER AND
           ADVISE THEM HE WOULD BE THERE TO PICK UP
           RUSTY TRUEX BEFORE LUNCH.  WHEN DRAPER WAS
           CONTACTED THEY ADVISED TRUEX HAD BEEN
           PICKED UP BY HIS FAMILY AT O807 THIS MORNING.
           2202 AND 2203 WERE ADVISED.  2206 WAS ADVISED
           TO 10-25 TRANSPORT.

1300HRS    RUSTY TRUEX WAS BROUGHT TO THE JAIL BY HIS
           MOTHER AFTER SHE WAS CONTACTED BY 2214. HE
           WAS PROCESSED AND ASSIGNED TO A102.

SHIFT ENDS WITH $137.00 DOLLARS, NO MONEY TAKEN IN, 26
INMATES ACCOUNTED FOR

DAYSHIFT TOWER LOG
LIPSCOMB/ PEOPLES
01-18-04

| | |
|---|---|
| 0600HRS | 2255 IN THE TOWER 2214 IN DISPATCH, CELL DOORS OPENED MANDATORY HEAD COUNT TAKEN, 25 INMATES ACCOUNTED FOR. |
| 0707HRS | 2214 PICKS UP TRAYS AND HANDS OUT MEDICATION TO HAWKINS |
| 0730HRS | CELL DOORS OPENED |
| 0930HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN WITH 25 INMATES ACCOUNTED FOR. |
| 1155HRS | RUSTY TRUEX SHOWS UP, AND 2214 BOOKS HIM IN |
| 1312HRS | 2214 TO THE TOWER, 2255 TO DISPATCH |
| 1333HRS | MCKINNEY TO VISITATION |
| 1435HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1510HRS | MCKINNEY BACK TO E-BLOCK |
| 1704HRS | TRAYS SERVED |
| 1731HRS | TRAYS PICKED UP |
| 1801HRS | 2252 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT REPORT
01-18-04
TAYLOR/ HARRIS

1800HRS    SHIFT STARTS WITH $137.00 ON HAND AND 26 INMATES
INCARCERATED.

1902HRS    PERIMETER CHECK.  10-4

2120HRS    SMOOT, SCARBROUGH, POWER, HOLLENQUEST, AND KILGORE
WERE TAKEN TO LIBRARY (ONE AT A TIME) TO RETURN BOOKS AND GET
NEW ONES TO READ.

2200HRS    NO BEDTIME MEDS TO GIVE OUT.  GAVE IBUPRO. TO
SCARBROUGH AND EAST AND TYLENOL TO  WALKER.

2251HRS    SECURITY CHECK.  10-4

2317HRS    OUTGOING MAIL LOGGED.

0239HRS    DEPOSIT MADE FOR $137.00. MONEY ON HAND $0.00

0400HRS    TAPE CHANGED.

0600HRS    ENDING COUNT IS 26. NO MONEY TAKEN IN, DEPOSIT FOR $137
READY.  MONEY ON HAND IS $0.00.

NIGHTSHIFT TOWER LOG
01/18/04
TAYLOR/ D. HARRIS

1800HRS      INMATE COUNT IS 26.

1818HRS      NON-MANDATORY HEADCOUNT COMPLETED.

1925HRS      CLEANING SUPPLIES GIVEN TO CELL BLOCKS.

1930HRS      CELL DOORS OPENED.

2015HRS      K. BARNETT TAKEN TO THE LIBRARY BY 2253.

2020HRS      CLEANING SUPPLIES PICKED UP.

2114HRS      CELL INSPECTIONS CONDUCTED.

2125HRS      SCARBOROUGH TO THE LIBRARY BY 2252.

2130HRS      MANDATORY HEADCOUNT CONDUCTED AND CORRECT.
POWERS TO THE LIBRARY BY 2252.

2136HRS      HOLLENQUEST TO THE LIBRARY BY 2252.

2143HRS      KILGORE TO THE LIBRARY BY 2252.

2149HRS      SMOOT TO THE LIBRARY BY 2252.

2200HRS      LOCKDOWN.

2245HRS      2252 CAME TO TOWER AND TURNED ON THE AIR.

2312HRS      2252 ADVISED TOWER TO TURN OFF AIR. C101 STARTED
BANGING ON HIS DOOR AT THAT POINT.

2400HRS      TAPE CHANGED.

057HRS       WALKTHROUGH CONDUCTED.

0256HRS      WALKTHROUGH CONDUCTED.

0506HRS      COOLERS TO THE FRONT.

0516HRS      COOLERS TO ALL BLOCKS.

DAY SHIFT REPORT
HAY/CALFEE
01/19/2004

BALANCE AT START OF SHIFT, $0, DEPOSIT READY FOR $137.00, INMATE
COUNT IS 26.

0630HRS     BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO
HAWKINS.

0736HRS     MISSIE HAWKINS SHEETS PICKED UP FOR WASHING.

0839HRS     KILPATRICK MCKINNEY LEFT FOR WORK.

0842HRS     2202 AND 22

DAY SHIFT REPORT
HAY/CALFEE
01/19/2004

BALANCE AT START OF SHIFT, $0, DEPOSIT READY FOR $137.00, INMATE
COUNT IS 26.

0630HRS    BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO
HAWKINS.

0736HRS    MISSIE HAWKINS SHEETS PICKED UP FOR WASHING.

0839HRS    KILPATRICK MCKINNEY LEFT FOR WORK.

0842HRS    2202 AND 2253 BROUGHT IN HENRY BRADFORD ON OUR
WARRANT FOR NWNI.

1345HRS.    HAWKINS ESCORTED TO D BLOCK TO GET HER SHOWER.

1430 HRS.    2254 TO DISPATCH. HAWKINS CALLED TO THE TOWER, TO
REPORT SHE HAD SOME MILD CRAMPING AND LITTLE BLEEDING. 2254
WENT TO CHECK ON HER. THERE WAS VERY, VERY (FEW SPOTS) OF
BLOOD. I ADVISED THAT WAS NORMAL FOR A LOT OF EXPECTING WOMEN.
I ALSO ADVISED HER TO LET US KNOW IF IT CONTINUED OR GOT WORSE.

1449 HRS.    HAWKINS ESCORTED BACK TO THE FRONT. SHE ADVISED SHE
WAS STILL CRAMPING. HAWKINS WAS GIVEN AN ANTACID

1554 HRS.    HAWKINS ADVISED HER PAINS WERE GETTING WORSE. WE
APPLIED A HEATED TOWEL TO HER BACK. HAWKINS WAS ADVISED TO LET
US KNOW IF IT GOT ANY WORSE.

1636HRS    HENRY BRADFORD DRESSED OUT AND PLACED IN B-201.

1649HRS    MISSIE HAWKINS GIVEN A BOWL OF FRUIT COCKTAIL.

1701HRS    DINNER SERVED TO ALL INMATES.

1735HRS    TRAYS PICKED UP.

1735HRS    KILPATRICK MCKINNEY CAME IN FROM WORK RELEASE.
DRESSED OUT AND PUT IN E-BLOCK.

**NIGHT SHIFT REPORT**
**01/19/04**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 27. BEGINNING BALANCE IS $20.00

2000HRS    HENRY BRADFORD RELEASED ON BOND WITH
COOSA BONDING

2140HRS    OUTSIDE SECURITY CHECK COMPLETE

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 26 INMATES ON HAND. NO MONEY
TAKEN IN FOR AN ENDING BALANCE OF $20.00

# DAYSHIFT TOWER LOG
# CALFEE / HAY
# 01/19/04

0600 HRS.     CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-4 / B-6 / C-9 / D-1 / E-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 26 INMATES).

0630 HRS.     CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-4 / B-6 / C-9 / D-1 / E-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 26 INMATES).

0635 HRS.     TRAYS SERVED. MEDS WERE GIVEN TI HAWKINS. SCARBROUGH WAS GIVEN SOME IBUPROFEN.

0712 HRS.     TRAYS PICKED UP.

0730 HRS.     CELL DOORS OPENED.

0738 HRS.     HAWKINS' SHEETS WERE CHANGED OUT.

0821 HRS.     MCKINNEY ESCORTED TO THE FRONT, FOR WORK RELEASE. (HE ASKED IF HE COULD GO UP FRONT A LITTLER EARLY, SO HE COULD SHAVE).

0930HRS     MANDATORY HEADCOUNT CONDUCTED AND CELL DOORS LOCKED.

1133 HRS.     RANDOM HEAD COUNT COMPLETED. (A-4 / B-6 / C-9 / D-1 / E-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 26 INMATES).

1159 HRS.     TRAYS SERVED.

1230 HRS.     CELL DOORS OPENED.

1240 HRS.     TRAYS PICKED UP. SHEETS PASSED OUT.

1345 HRS.     HAWKINS ESCORTED BACK TO GET HER SHOWER. ALSO, STORE SHEETS WERE PASSED OUT.

1415HRS.     MISSIE HAWKINS STATED THAT SHE WAS HAVING PROBLEMS. SHE STATED THAT SHE WAS BLEEDING, 2254 CHECKED WITH INMATE HAWKINS AND INMATE HAWKINS SHOWED HER

SOME TISSUE WITH A FEW SPOTS OF BLOOD ON IT. 2254 ADVISED INMATE HAWKINS THAT IT WAS NORMAL FOR HER TO HAVE SOME BLOOD SHOW DURING PREGNANCY.

1430HRS    MANDATORY HEADCOUNT CONDUCTED AND CELL DOORS LOCKED. ALL INMATES ACCOUNTED FOR.

1447HRS    HAWKINS BACK UP FRONT FOR MEDICAL OBSERVATION.  SHE WAS COMPLAINING OF PAINS IN HER STOMACH.

1555HRS    HAWKINS GIVEN A MOIST AND HEATED TOWEL FOR HER BACK.

1622 HRS.    2254 BACK TO TOWER.

1652 HRS.    BRADFORD ESCORTED TO B201.

1702 HRS.    TRAYS SERVED.

1735 HRS.    MCKINNEY BACK FROM WORK RELEASE.

1748 HRS.    TRAYS PICKED UP.

1757 HRS.    MCKINNEY ESCORTED TO E BLOCK.

# NIGHTSHIFT TOWER LOG
## 01/19/04
## KELLEY/ HARRIS

1800HRS  HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 27

1930HRS  CELL DOORS UNLOCKED/ CLEANING SUPPLIES
PASSED OUT CLEAN UP BEGINS

1950HRS  HENRY BRADFORD RELEASED ON BOND

2030HRS  CLEANING SUPPLIES PICKED UP

2130HRS  MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR/ OUTSIDE
SECURITY CHECK COMPLETED

2200HRS  TOTAL LOCK DOWN

2400HRS  CHANGED OUT TAPE

2415HRS  WALKTHROUGH CONDUCTED

0300HRS  WALK THROUGH

0500HRs  ICE TO ALL BLOCKS

# DAYSHIFT REPORT
# CALFEE / GREEN
# 01/20/04

0600 HRS.  $20.00 ON HAND. 26 INMATES ACCOUNTED FOR. CHECKED ON HAWKINS, TO SEE HOW SHE WAS DOING. SHE SAID SHE WAS FINE.

0630 HRS.  TRAYS SERVED.

0643 HRS.  $10.00 BROUGHT IN FOR UNDRELL POWELL.

0700 HRS.  MEDS WERE GIVEN TO HAWKINS. TRAYS PICKED UP. RAZORS AND SOAP ADMINISTERED. MCKINNEY ESCORTED TO THE FRONT TO GET READY FOR SCHOOL, AND WORK RELEASE.

0726 HRS.  MCKINNEY'S MOTHER HER TO SIGN HIM OUT. (MCKINNEY GONE TO SCHOOL/WORK).

0815 HRS.  MINISTRIES BEGIN.

0824 HRS.  2254 TO TOWER.

0912HRS    MINISTRIES OVER

0927HRS    HAWKINS BACK TO SHOWER SHE WILL REMAIN IN D BLOCK, AS TO HER REQUEST. ALSO SHE WAS GIVEN A BOWL OF FRUIT.

1200HRS    TRAYS SERVED AND MAIL PASSED OUT

1230HRS    TRAYS PICKED UP

1302HRS    RUSTY TRUEX RELEASED PER D.A. THOMPSON ALSO ATTY. ROBIN MACINTYRE BROUGHT BACK TO LIBRARY TO MEET WITH HARRIS AND SHERUM

1458 HRS.   CARL BAKER PROCESSED AND ESCORTED BACK TO B201.

1501 HRS.   2254 TO DISPATCH.

1512 HRS.   HAWKINS WAS GIVEN A BOWL OF FRUIT.

1550 HRS.   2204 ASKED FOR THE 2211 LINE'S RECORDING THAT WAS ON TAPE. HE ADVISED FOR IT TO BE NOTED IN THE LOG.

1700 HRS.   TRAYS SERVED.

1728 HRS.   TRAYS PICKED UP. RAZORS PICKED UP. (NOBLE NIXON ADVISED HE WAS NOT GIVEN A RAZOR, I REALLY BELIEVE HE WAS GIVEN A RAZOR). SGT WAS ADVISED. A SEARCH WILL BE PERFORMED ON HIM, AND THE BLOCK.

1736 HRS.   MCKINNEY BACK FROM WORK RELEASE.

1800 HRS.   MCKINNEY ESCORTED BACK TO E BLOCK.

1-20-04
DAY SHIFT TOWER LOG
CALFEE / GREEN

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED |
| 0700HRS | PICKING UP BREAKFAST TRAYS AND GIVING HAWKINS MEDS ALSO PASSING OUT RAZORS / MCKINNEY TO FRONT |
| 0730HRS | CELL DOORS UNLOCKED |
| 0810HRS | PEOPLE HERE FOR CHURCH / SERVICE HELD IN C BLOCK |
| 0824 HRS. | 2254 TO TOWER. |
| 0912 HRS. | MINISTRIES ARE OVER. |
| 0913 HRS. | HAWKINS ESCORTED TO D BLOCK, TO GET HER SHOWER. |
| 0925 HRS. | HAWKINS WAS GIVEN HER BOWL OF FRUIT. |
| 0930 HRS. | CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-4 / B-6 / C-9 / D-2 (HAWKINS IS IN HERE RIGHT NOW) E-1 / TRUSTEES-4 / TOTAL OF 26 INMATES). |
| 1058 HRS. | RANDOM HEAD COUNT COMPLETED. (A-4 / B-6 / C-9 / D-2 (HAWKINS IS IN HERE RIGHT NOW) E-1 / TRUSTEES-4 / TOTAL OF 26 INMATES). |
| 1124 HRS. | HAWKINS WAS GIVEN THE OPTION OF STAYING IN D BLOCK, OR GOING BACK UP FRONT. SHE WANTS TO STAY IN D BLOCK. WE ADVISED THAT WE WOULD BRING HER BELONGINGS TO HER. |
| 1156 HRS. | TRAYS SERVED. MAIL PASSED OUT ALSO. |
| 1236 HRS. | CELL DOORS OPENED. |
| 1238 HRS. | TRAYS PICKED UP. |
| 1302 HRS. | ROBIN MCINTYRE (ATTY.) HERE TO SEE HARRIS IN THE LIBRARY. ALSO TRUEX ESCORTED TO THE FRONT TO BE RELEASED PER JUDGE. |

1315 HRS.     RUSTY TRUEX RELEASED PER JUDGE.

1347 HRS.     HARRIS BACK TO A BLOCK, FROM VISIT WITH ATTY. TOMMY
              SHERUM TO LIBRARY TO VISIT WITH ATTY.

1402 HRS.     RANDOM HEAD COUNT COMPLETED.

1411 HRS.     SHERUM BACK TO C BLOCK, THE ATTY. HAS LEFT THE
              BUILDING.

1425 HRS.     CARL BAKER ASSIGNED TO B201. (NOT YET ESCORTED BACK).

1430 HRS.      CELL DOORS LOCKED. MANDATORY HEAD COUNT
              COMPLETED.

1458 HRS.     CARL BAKER ESCORTED TO B201.

1501 HRS.     2256 TO TOWER, 2254 TO DISPATCH.

1530HRS       BOWL OF FRUIT BROUGHT BACK TO HAWKINS

1700HRS       SUPPER TRAYS SERVED

1730HRS       TRAYS PICKED UP AND RAZORS PICKED UP // NIXON IN B
              BLOCK SAYS HE DIDN'T RECV 1 BUT 2254 REMEMBERS GIVING
              HIM ONE 2256 WILL DO SHAKE DOWN

1800HRS       KELLY TO TOWER

# NIGHT SHIFT REPORT
# 01/20/04
# HARRIS/KELLY

1800HRS    INMATE COUNT IS 27. BEGINNING BALANCE IS $150.00

1935HRS    BOOKED IN EDWARD JENNINGS FOR DAY SHIFT

2140HRS    OUTSIDE SECURITY CHECK, DEPUTIES DOOR FOUND
           UNSECURED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 27 INMATES ON HAND. NO MONEY
           TAKEN IN FOR A TOTAL OF $150.00. DEPOSIT MADE
           LEAVING AN ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
# 01/20/04
# KELLEY/ HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 26

1830HRS    2254 DID A SHAKE DOWN IN B-BLOCK AND FOUND
NOTHING

1930HRS    CELLS UNLOCKED CLEANING SUPPLIES PASSED OUT
CLEAN UP BEGIN

2030HRS    CLEANING SUPPLIES PICKED UP/ EDWARD JENNINGS
WAS BOOKED AND BROUGHT BACK TO C-104

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR A TOTAL OF 27

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT/
OUTSIDE SECURITY CHECK COMPLETED DEPUTY
DOOR FOUND UNLOCKED

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH CONDUCTED

0400HRS    WALK THROUGH CONDUCTED

0500HRS    ICE TO ALL BLOCKS

01-21-2004
DAY SHIFT REPORT
LIPSCOMB/GREEN/PEOPLES

NO MONIES ON HAND AT THE BEGINNING OF THE SHIFT, 27
INMATES ACCOUNTED FOR.

0700HRS    MEDS TO BAKER AND HAWKINS

0711HRS    OUT-GOING MAIL LOGGED

0830HRS    MCKINNEY BROUGHT TO BOOKING TO GET READY
FOR WORK/SCHOOL

0837HRS    ADAIR, CANON AND HAWKINS TAKEN OVER FOR
.COURT

1145HRS    SEVERAL INDIVIDUALS BROUGHT IN FROM COURT

1200HRS    LUNCH TRAYS SERVED MEDS GIVEN TO JOYCE
BUTLER IN HOLDING CELL

1225HRS    TRAYS PICKED UP AND MAIL PASSED OUT

1655HRS    JESSIE SEARCY, ALISHA BUTLER RICKS, STACEY
EARL DAVIS, APRIL DAWN SALTER, TERRELL ALPHONSO
MCELRATH AND JOYCE BUTLER WERE SENT OVER FROM
COURT AND PROCESSED.  ALISHA BUTLER RICKS AND JOYCE
BUTLER WERE RELEASED ON APPEAL BONDS AND STACEY
EARL DAVIS WAS RELEASED ON FINES PAID.

1725HRS    APRIL DAWN SALTER RELEASED ON APPEAL BOND

$14.28 RECEIVEDE DURING THE SHIFT FOR AN ENDING
BALANCE OF $14.28.

1-21-04
DAY SHIFT TOWER LOG
GREEN / LIPSCOMB

| | |
|---|---|
| 0600HRS | CELL DOORS UNLOCKED AND HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 0640HRS | BREAKFAST TRAYS SERVED AND TISSUE PASSED OUT |
| 0700HRS | TRAYS PICKED UP AND MEDS GIVEN TO BAKER AND HAWKINS |
| 0730HRS | CELL DOORS UNLOCKED |
| 0805HRS | CHARLES CANNON AND OTTO ADAIR TAKEN UP FRONT TO GO TO COURT |
| 0810HRS | MCKINNEY TO FRONT TO GET READY FOR WORK |
| 0812HRS | MISSIE HAWKINS TO FRONT TO GO TO COURT |
| 0930HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1054HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1101HRS | TISSUE ISSUED TO ALL INMATES |
| 1110HRS | ADAIR AND HAWKINS BACK FROM COURT, RETURNED TO THEIR CELL BLOCKS |
| 1151HRS | CANNON RETURNED FROM COURT |
| 1158HRS | TERRELL MCELRATH ASSIGNED TO B-202 |
| 1200HRS | TRAYS SERVED |
| 1222HRS | TRAYS PICKED UP, MAIL DISTRIBUTED, CELLS OPENED |
| 1242HRS | STACEY GOSWICK RELEASED ON FINES PAID |
| 1252HRS | POWERS TO COURT |
| 1349HRS | POWERS RETURNED FROM COURT |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1522HRS | 2255 TO THE TOWER, 2214 TO DISPATCH |
| 1541HRS | BOWL OF FRUIT WAS BROUGHT BACK TO HAWKINS |
| 1633HRS | JESSIE SEARCY BROUGHT BACK TO C BLOCK |
| 1647HRS | ALICIA RICKS AND JOICE BUTLER RELEASED ON A APEAL BOND BY COOSA BONDING |
| 1656HRS | TRAYS SERVED |
| 1715HRS | 2214 TO THE BACK TO GET APRIL SALTER TO BOND OUT |
| 1722HRS | APRIL SALTER RELEASED ON APEAL BOND BY COOSA BONDING |
| 1743HRS | RUSSLE DINGMAN AND KIRBY BARNETT GIVEN ADVIL |
| 1746HRS | 2207 BRINGS IN ANTHONY BORDIN ON A J-4 |

NIGHTSHIFT REPORT
01-21-04
TAYLOR/ HARRIS

SHIFT STARTS WITH $14.28 ON HAND AND 30 INMATES.

ANTHONY BRAXTON BORDEN WAS FULLY PROCESSED AND PLACED IN DETOX.

1824HRS     CREWS DRUGS  HERE WITH MEDS FOR TERRELL MCELRATH.

1910HRS     MCKINNEY BACK FROM WORK.

1938HRS     OUTGOING MAIL LOGGED.

2036HRS     THE COMPUTERS IN BOTH DISPATCH AND THE TOWER LOCKED UP WHILE TRYING TO RUN A 10-27.  THIS HAS HAPPENED SEVERAL TIMES IN THE PAST FEW WEEKS.

2042HRS     BORDEN WAS RELEASED ON A PROPERTY BOND APPROVED BY 2203.  COUNT IS NOW 29.

2055HRS     PERIMETER CHECK CONDUCTED.

2140HRS     TOWER CLEANED BY KIRKPATRICK.

2200HRS     NO BEDTIME MEDS TO DISTRIBUTE.

0400HRS     TAPE CHANGED OUT.

0600HRS     ENDING COUNT IS 29.  MONEY ON HAND IS $14.28.

NIGHTSHIFT TOWER LOG
01/21/04
TAYLOR/ D. HARRIS

1800HRS    INMATE COUNT IS 30.  2256 IS DRESSING OUT BORDEN.

1815HRS    BORDEN ASSIGNED TO DETOX CELL .

1854HRS    MCELRATH WAS GIVEN HIS SUPPERTIME MEDICATION.

1914HRS    MCKINNEY BACK FROM SCHOOL/WORK.

1922HRS    MCKINNEY BACK TO E-BLOCK.

1925HRS    CLEANING SUPPLIES GIVEN TO EACH CELL BLOCK.

2036HRS    CRIMNET IS WORKING VERY SLOWLY.

2042HRS    ANTHONY BORDEN WAS RELEASED ON PROPERTY BOND.

2130HRS    MANDATORY HEADCOUNT CONDUCTED.  CLEANING SUPPLIES
PICKED UP.  KIRKPATRICK TO TOWER TO CLEAN.

2147HRS    KIRKPATRICK BACK TO FRONT FROM CLEANING.  FRUIT
GIVEN TO MISSY BY 2253 (WAS AT COURT AND MISSED FRUIT EARLIER).

2200HRS    LOCKDOWN.

2400HRS    TAPE CHANGED.

0115HRS    WALKTHROUGH CONDUCTED.

0300HRS    WALKTHROUGH CONDUCTED.

0504HRS    COOLERS TO THE FRONT

0515HRS    COOLERS TO THE BACK

0545HRS    KIRKPATRICK TO TOWER TO CLEAN.