# EXHIBIT GG

# January Shift Logs, Part III

DAY SHIFT REPORT
HAY/LIPSCOMB
01/22/2004

BALANCE AT START OF SHIFT IS $14.28, INMATE COUNT IS 29.
DEPOSIT READY FOR $150.00.

| | |
|---|---|
| 0630HRS | BREAKFAST SERVED TO ALL INMATES, MEDS GIVEN TO MCELRATH, BAKER AND HAWKINS. |
| 0703HRS | TRAYS PICKED UP AND KILPATRICK BROUGHT TO THE FRONT TO GET READY FOR SCHOOL/WORK. |
| 0719HRS | KILPATRICK SIGNED HIS PAYROLL CHECK FOR JOAN. |
| 0746HRS | COURT HOUSE CALLED AND REQUESTED A DEPUTY TO BE IN COURT AT 0900HRS FOR DIVORCE COURT. ADVISED THAT IT WAS INVOLVING THE KELLEY FAMILY. |
| 0915HRS | JIMMY GUTHRIE HERE TO DO WORK IN D-BLOCK. FEMALES MOVED TO E-BLOCK. |
| 1200HRS | LUNCH TRAYS SERVED |
| 1400HRS | RICK THORNELL HERE TO HARASS THE SGT. SHE SURVIVED. |
| 1430HRS | 2214 TO LOGAN FUNERAL |
| 1500HRS | FRUIT TAKEN TO MISSIE HAWKINS |
| 1635HRS | RONALD DAYS RELEASED PER THE JUDGES ORDER. |
| 1738HRS | KILPATRICK MCKINNEY BACK FROM WORK/SCHOOL |

NO MONIES RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF
$14.28.

01-22-2004
DAY SHIFT TOWER LOG
LIPSCOMB/HAY

| | |
|---|---|
| 0600HRS | CELLS OPENED, WAKE UP AND HEAD COUNT COMPLETE AND CORRECT |
| 0632HRS | TRAYS SERVED, MEDS TO HAWKINS, BAKER AND MCELRATH |
| 0703HRS | TRAYS PICKED UP, MCKINNEY TAKEN TO BOOKING TO GET READY FOR SCHOOL/WORK |
| 0730HRS | CELLS OPENED |
| 0900HRS | FEMALES MOVED TO E-BLOCK FOR MAINTENANCE IN D-BLOCK |
| 0913HRS | COOSA 2 IN D-BLOCK FOR MAINTENANCE |
| 0934HRS | SMOKE ALARM IN D-BLOCK SET OFF BY GRINDING |
| 0935HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1048HRS | MAIL DISTRIBUTED |
| 1106HRS | JENNINGS TO THE LIBRARY TO TALK WITH SGT VINSON |
| 1152HRS | JENNINGS BACK TO C-BLOCK |
| 1210HRS | TRAYS SERVED |
| 1236HRS | TRAYS PICKED UP, TYLENOL TO EAST |
| 1359HRS | JENNINGS TO THE LIBRARY TO TALK WITH SGT VINSON |
| 1430HRS | 2212 TO THE TOWER, 2214 TO DISPATCH |
| 1433HRS | CELL DOORS LOCKED. HEAD COUNT CONDUCTED ALL INMATES ACCOUNTED FOR. |
| 1615HRS | JENNINGS TAKEN UP FRONT FOR A BOND HEARING. |
| 1628HRS | MISSIE HAWKINS COMPLAINING THAT SCENT FROM D-BLOCK IS MAKING HER SICK. |
| 1636HRS | 2204 BROUGHT JENNINGS BACK TO C-BLOCK AFTER BOND HEARING. |
| 1637HRS | RONALD DAYS RELEASED PER JUDGE TEELS ORDER |
| 1702HRS | DINNER SERVED TO ALL INMATES. |
| 1731HRS | TRAYS PICKED UP, MEDS GIVEN TO MCELRATH. |
| 1745HRS | CLEANING SUPPLIES BROUGHT TO D-BLOCK. |

NIGHTSHIFT REPORT
01/22/04
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 28.  MONEY ON HAND IS $14.28.

1824HRS     CLEANING SUPPLIES WERE GIVEN TO D-BLOCK.  THEY ARE
            BUSY TRYING TO CLEAN UP THE DUST.

1829HRS     REQUEST FORMS GIVEN OUT IN D-BLOCK AND B-BLOCK.

1849HRS     PERIMETER CHECK.  10-4

1915HRS     INSIDE SECURITY CHECK.  ALL DOORS SECURE.

2040HRS     UNIFORMS PICKED UP FROM C AND D BLOCKS TO BE
            WASHED.

2200HRS     NO BED MEDS TO GIVE OUT.

0041HRS     OUTGOING MAIL LOGGED.

0400HRS     TAPE CHANGED.

0600HRS     INMATE COUNT IS 28.  MONEY ON HAND IS $14.28.

NIGHTSHIFT TOWER LOG
01-22-04
TAYLOR/ HARRIS

1845HRS        PERIMETER CHECK CONDUCTED.

1923HRS        NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

1930HRS        CELL DOORS OPENED AND CLEANING SUPPLIES PASSED OUT.

2036HRS        CLEANING SUPPLIES PICKED UP ALONG WITH UNIFORMS
FROM C AND D BLOCKS.

2041HRS        KILGORE, WALKER, AND DINGMAN TAKEN TO THE LIBRARY
BY 2252.

2121HRS        CELL INSPECTIONS CONDUCTED.

2130HRS        MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2200HRS        LOCKDOWN

2400HRS        TAPE CHANGED.

0026HRS        WALKTHROUGH CONDUCTED.

0231HRS        WALKTHROUGH CONDUCTED.

0428HRS        WALKTHROUGH CONDUCTED.

0505HRS        COOLERS TO THE FRONT.

0517HRS        COOLERS TO THE BACK.

0523HRS        KIRKPATRICK PAST SC2 TO CLEAN.

# DAYSHIFT REPORT
# CALFEE / PEOPLES
# 01/23/04

0600 HRS.  $14.28 ON HAND. 28 INMATES ACCOUNTED FOR.

0630 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO BAKER, HAWKINS, AND MCELRATH.

0710 HRS.  TRAYS PICKED UP. WHEN PICKING THE TRAYS UP FROM B BLOCK, SMOOT ASKED IF I WAS GOING TO KEEP UP WITH THE RAZORS THIS TIME. (REFERRING TO THE NIXON INCIDENT, ON THE 20TH).

0800 HRS.  RAZORS ADMINISTERED. THE INMATES WERE ASKED TO SIGN THEIR INITIALS BY THEIR NAME, THIS MORNING UPON RECEIVING A RAZOR.

(SMOOT DIDN'T WANT A RAZOR THIS MORNING……)

0821 HRS.  MCKINNEY ESCORTED TO THE FRONT TO GET READY FOR WORK RELEASE / SCHOOL.

0820 HRS.  MCKINNEY IS GONE FOR WORK RELEASE / SCHOOL.

0830 HRS.  MADE APPT. WITH DR. WEAVER'S OFFICE FOR KENNETH HARRIS, AND JOHNNY KIRKPATRICK. (THEIR APPT TIME IS 9:30AM – PER LT.).

0910 HRS.  2254 TO TOWER.

0924 HRS.  KIRKPATRICK, AND HARRIS ESCORTED TO DR. WEAVER'S OFFICE.

1134 HRS.  HARRIS AND KIRKPATRICK BACK FROM DR. WEAVERS OFFICE, HARRIS IS BROUGHT UP FRONT AS THE NEW TRUSTEE PER LT.

1200 HRS.   TRAYS SERVED.

1234 HRS.   TRAYS PICKED UP.

1240 HRS    2254 BACK TO DISPATCH.

1323 HRS.   THE FEMALE INMATES WERE MOVED TO E BLOCK,
TO ALLOW THE TRUSTEES TO FINISH THEIR PAINTING.

1434 HRS.   BROUGHT THE FEMALE INMATES TO THE FRONT,
DUE TO THE STRONG SMELL FROM D BLOCK. (PAINT).

1437 HRS.   RAZORS PICKED UP.

1700 HRS.   TRAYS SERVED.

1804 HRS.   TRAYS PICKED UP. MEDS WERE GIVEN TO
MCELRATH.

1914  HRS.  MONCRIEF PROCESSED, AND ESCORTED BACK TO
B103.

1915 HRS.   2254 AND 2255 10-42.

DAY SHIFT TOWER LOG
CALFEE/PEOPLES
01/23/04

0600HRS      CELL DOORS OPENED, MANDATORY HEAD COUNT IS
             COMPLETE WITH 28 INMATES.

0635HRS      CELL DOORS LOCKED, BREAKFAST TRAYS SERVED, MEDS
             GIVEN TO BAKER, HAWKINS AND MCELRATH.

0716HRS      TRAYS PICKED UP

0910 HRS.    2254 TO TOWER. ALSO AT THIS TIME AARON GREEN WAS
             OBSERVED QUESTIONING AN INMATE IN THE LIBRARY.
             (WHEN QUESTIONED, HE ADVISED HE WAS TRYING TO FIND A
             NEW TRUSTEE).

0924 HRS.    JOHNNY KIRKPATRICK, AND KENNETH HARRIS ESCORTED TO
             DR. WEAVER'S OFFICE.

0930 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT
             COMPLETED.

1056 HRS.    HAWKINS WAS GIVEN A BOWL OF FRUIT. ALSO THE MAIL WAS
             PASSED OUT AT THIS TIME.

1134 HRS.    KIRKPATRICK, AND HARRIS BACK FROM DR.'S OFFICE.

1200 HRS.    TRAYS SERVED.

1212 HRS.    THE FEMALE INMATES REFUSED TO EAT. THEY ASKED COULD
             THEY HAVE SOMETHING ELSE. I ADVISED THEY WERE TO GET
             THE SAME AS EVERYONE ELSE.

1234 HRS.    TRAYS PICKED UP.

1240 HRS.    2254 BACK TO DISPATCH.

1430 HRS.    CELL DOORS LOCKED, MANDATORY HEAD COUNT IS
             COMPLETE

1708 HRS.    TRAYS SERVED

1723 HRS.    2213 DESTROYED BRYAN KELLEY'S MEDS AND JAMES
             HOLLENQUEST MEDS

1742 HRS     MCKINNEY RETURNS FROM SCHOOL

**NIGHT SHIFT REPORT**
**01/23/04**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 29. BEGINNING BALANCE IS $72.23

1823HRS    2207 BROUGHT IN JENNIFER KELLEY FOR FTA POSS
           DRUG PARAPHERNALIA.

2409HRS    2207 BROUGHT IN GAUDENCIA GONZALEZ FOR DUI

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 31 INMATES ON HAND. $8.00 TAKEN IN
           FOR AN ENDING BALANCE OF $80.23

# NIGHTSHIFT TOWER LOG
# 01/23/04
# KELLEY /HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
           ACCOUNTED FOR A TOTAL OF 29

1930HRS    CELL UNLOCKED CLEANING SUPPLIES PASSED OUT
           CLEAN UP BEGINS

2030HRS    CELLS INSPECTED/ CLEANING SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
           INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    ICE TO ALL BLOCKS

# DAYSHIFT REPORT
# CALFEE / PEOPLES
# 01/24/04

0600 HRS.    2254 TO DISPATCH. 2255 TO THE TOWER. $80.23 ON HAND. 31 INMATES ACCOUNTED FOR.

0630 HRS.    TRAYS SERVED. MEDS WERE GIVEN TO MCELRATH, BAKER, AND HAWKINS.

0700 HRS.    TRAYS PICKED UP. IBUPROFEN WAS GIVEN TO DINGMAN, AND EAST.

0726 HRS.    KIRBY BARNETT TO VISITATION.

0741 HRS.    BARNETT FINISHED WITH VISITATION. JENNIFER KELLY WAS FINGERPRINTED AND ESCORTED BACK TO D201.

0801 HRS.    CLIPPERS WERE GIVEN TO C BLOCK. (NEW SET. THE SCISSORS AND HAIR CLIPS WERE TAKEN OUT, BEFORE GIVEN TO THE INMATES). ZACHARY SCOTT SIGNED FOR THEM.

0812 HRS.    BILLY JOE GREY WAS RELEASED ON TIME SERVED.

0814 HRS.    MCKINNEY ESCORTED TO THE FRONT TO GET READY FOR WORK RELEASE.

0836 HRS.    MCKINNEY LEFT FOR WORK RELEASE.

0850 HRS.    CHRIS WALKER TO VISITATION. $30.00 WAS PLACED ON THE BOOKS FOR HIM.

0904 HRS.    C BLOCK REPORTED TO THE TOWER THEY WERE FINISHED WITH THE CLIPPERS. THEY WERE PICKED UP, AND PLACED IN THE HALLWAY ON THE DESK. C BLOCK WAS GIVEN A BROOM AT THIS TIME. WALKER BACK TO B BLOCK FROM VISITATION. NIXON, AND BAKER WERE GIVEN TYLENOL.

**NOTE  OTTO ADAIR ASKED ME (WHEN I TOOK A BROOM TO C BLOCK AND PICKED UP THE CLIPPERS) IF I HAD A SHEET OF PAPER AND A PEN. I ASKED HIM WHY, HE RESPONDED BY ASKING IF I COULD MAKE A PHONE CALL FOR HIM. I IMMEDIATELY (BUT NICELY) INFORMED HIM THAT HE

NEEDED TO READ HIS RULE BOOK. THAT WE WERE NOT ALLOWED TO MAKE PHONE CALLS. I ALSO ADVISED HIM THAT IF HE FELT THAT HE HAD A SPECIAL REQUEST, TO WRITE IT OUT ON A REQUEST FORM. ADAIR STATED HE UNDERSTOOD, AND THAT HE SAW HOW I WAS. ? . ? , ? **

0913 HRS.    DAVID KILGORE TO VISITATION.

0921 HRS.    NOBLE NIXON TO VISITATION.

0939 HRS.    NIXON, AND KILGORE BACK FROM VISITATION.

1100 HRS.    TRAYS SERVED.

1155 HRS.    CHRIS WALKER ESCORTED UP FRONT TO VISIT WITH DHR. (APPROVED BY 2202). HE HAD TO DELIVER SOME PAPERWORK TO MR. WALKER, REGARDING HIS CHILDREN. HE WAS GIVEN A PX NUMBER AND ADVISED HE HAD 14 DAYS TO CALL THE NUMBER AND THAT THEY WOULD ACCEPT COLLECT CALLS. THE PAPERS WILL BE COPIED AND PLACED ONE COPY IN HIS FILE, AND THE SECOND COPY WITH HIM.

1206 HRS.    TONY SHERUM TO VISITATION. TRAYS PICKED UP.

1221 HRS.    SHERUM BACK FROM VISITATION.

1225 HRS.    ZACHARY SCOTT TO VISITATION.

1240 HRS.    RALPH THOMAS, IS PROCESSED. HE WILL REMAIN UP FRONT FOR A LITTLE WHILE TO SEE IF HE WILL BE ABLE TO MAKE BOND. ALSO $60.00 WAS PLACED ON THE BOOKS FOR TOMMY SHERUM.

1242 HRS.    SCOTT BACK FROM VISITATION.

1250 HRS.    JENNINGS TO VISITATION.

1307 HRS.    JENNINGS BACK FROM VISITATION. $ 50.00 PLACED ON HIS ACCOUNT.

1342 HRS.    CHARLES EAST TO VISITATION.

1547 HRS.    CHRIS WALKER IS SUPPOSE TO MAKE A CALL INREFERENCE TO HIS VISIT FROM DHR TODAY, HE SAID HE HAS TRIED TO CALL NUMEROUS TIMES AND CAN NOT GET THROUGH.  HE HAS 14 DAYS TO RESPOND TO THE LETTER HE RECEIVED TODAY, THE COUNT DOWN STARTED ON THE EIGHT OF JANUARY

1700 HRS.   DINNER   TRAYS   SERVED,   MEDS   GIVEN   TO   TERRELL MCELRATH

1740 HRS.   TRAYS PICKED UP

DAY SHIFT TOWER LOG
01/24/04
CALFEE/PEOPLES

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE WITH 31 INMATES. |
| 0635HRS | CELL DOORS LOCKED, BREAKFAST TRAYS SERVED, MEDS GIVEN TO MCERLRATH, BAKER, HAWKINS. |
| 0715HRS | TRAYS PICKED UP |
| 0726HRS | KIRBY BARNETT TAKEN TO VISITATION |
| 0741HRS | BARNETT BROUGHT BACK TO A BLOCK, JENNIFER KELLEY BROUGHT BACK TO D 201 |
| 0801HRS | 2254 TOOK THE CLIPPERS TO C BLOCK ZACKERY SCOTT SIGNED FOR THEM |
| 0806HRS | 2254 RELEASES BILLY JOE GREY ON EOS, MCKINNEY BROUGHT TO THE FRONT TO GET READY FOR WORK |
| 0850HRS | CHRIS WALKER TAKEN TO VISITATION |
| 0905HRS | WALKER BACK TO B BLOCK, 2254 TOOK A BROOM BACK TO C BLOCK TO CLEAN UP HAIR ON THE FLOOR, AND TOOK CLIPPERS BACK INTO THE HALL, ADVIL GIVEN TO NIXON AND BAKER. |
| 0917HRS | DAVID KILGORE TAKEN TO VISITATION |
| 0925HRS | NOBLE NIXON TAKEN TO VISITATION |
| 0932HRS | KILGORE TAKEN BACK TO B BLOCK |
| 0930HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN, ALL 30 INMATES ACCOUNTED FOR |
| 0940HRS | NIXON TAKEN BACK TO B BLOCK |
| 1100HRS | LUNCH TRAYS SERVED |
| 1156HRS | 2254 TO THE BACK TO GET CHRIS WALKER AND TAKE HIM UP FRONT TO TALK TO DHR APPROVED BY THE CHIEF |

1200HRS     2254 BRINGS WALKER BACK TO B BLOCK

1212HRS     TOMMY SHERUM TO VISITATION

1227HRS     SHERUM BACK TO C BLOCK

1233HRS     ZACKERY SCOTT TO VISITATION

1248HRS     SCOTT BACK TO C BLOCK

1250HRS     EDWARD JENNINGS TO VISITATION

1305HRS     JENNINGS BACK TO C BLOCK

1410 HRS.     2254 TO TOWER.

1430 HRS.     CELL DOORS LOCKED. MANDATORY HEAD COUNT
              COMPLETED.

1438 HRS.     HAWKINS WAS GIVEN A BOWL OF FRUIT.

1648 HRS.     RANDOM HEAD COUNT COMPLETED.

1710 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO MCELRATH. TYLENOL
              WAS GIVEN TO SEARCY, AND HAWKINS. BENEDRYL WAS
              GIVEN TO DENMAN. HAWKINS WAS GIVEN ANOTHER BOWL
              OF FRUIT.

1743 HRS.     TRAYS PICKED UP.

1800 HRS.     MCKINNEY ESCORTED BACK FROM WORK RELEASE.

**NIGHT SHIFT REPORT**
**01/24/04**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 31. BEGINNING BALANCE IS $270.23

2000HRS    GAUDENCIO GONZALEZ RELEASED ON BOND TO
COOSA BONDING

2400HRS    OUTSIDE SECURITY CHECK CONDUCTED

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 30 INMATES ON HAND. NO MONEY
TAKEN IN FOR A TOTAL OF $270.23. DEPOSIT MADE
FOR AN ENDING BALANCE OF $0.00

# NIGHTSHIFT TOWER LOG
## 01/24/04
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 31

1930HRS    CELLS UNLOCKED/ CLEANING SUPPLIES PASSED
OUT/CLEAN UP BEGINS

1940HRS    A SANDWICH WAS GIVEN TO MISSIE HAWKINS

2000HRS    GONZALEZ RELEASED ON BOND/ CLEANING
SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN

0100HRS    WALK THROUGH

0500HRS    WALK THROUGH/ TRUSTEES WOKEN UP/ ICE TO ALL
BLOCKS

1-25-04
DAY SHIFT TOWER LOG
CALFEE / GREEN

| | |
|---|---|
| 0600HRS | CELL DOORS UNLOCKED AND HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED / BREAKFAST TRAYS SERVED / MEDS GIVEN TO HAWKINS, MCELRATH, BAKER, AND THOMAS |
| 0715HRS | TRAYS PICKED UP |
| 0730HRS | CELL DOORS UNLOCKED ALSO THE LIGHT IN CELL C104 IS IN NEED OF REPAIR |
| 0900 HRS. | 2254 TO TOWER. |
| 0930 HRS. | HAWKINS WAS GIVEN A BOWL OF FRUIT. CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. |
| 1009 HRS. | RANDOM HEAD COUNT COMPLETED. |
| 1203 HRS. | TRAYS SERVED. |
| 1228 HRS. | TRAYS PICKED UP. MEDS WERE GIVEN TO THOMAS. |
| 1230 HRS. | CELL DOORS OPENED. |
| 1238 HRS. | 2254 TO DISPATCH. |
| 1254HRS | PADS TO D BLOCK |
| 1300HRS | VISITATION FOR TRUSTEE |
| 1339HRS | MCKINNEY TO FRONT FOR VISIT |
| 1430HRS | CELL DOORS LOCKED AND HEAD COUNT COMPLETE |
| 1547HRS | FRUIT BOWL BROUGHT BACK TO HAWKINS AND MCKINNEY RETURNED TO D BLOCK |
| 1710HRS | SUPPER TRAYS SERVED AND MEDS GIVEN TO MCELRATH |
| 1745HRS | TRAYS PICKED UP |
| 1800HRS | KELLY TO THE TOWER |

**NIGHT SHIFT REPORT**
**01/25/04**
**HARRIS/KELLY**

1800HRS     INMATE COUNT IS 30. BEGINNING BALANCE IS $50.00

2100HRS     OUTSIDE SECURITY CHECK CONDUCTED

2200HRS     RALPH THOMAS STATED HE DID NOT RECEIVE HIS
            SECOND DOSE OF INSULIN. HIS MEDICINE PAGE WAS
            FILLED OUT BY 2256 BUT THOMAS DID NOT SIGN IT.

0400HRS     TAPE CHANGED

0500HRS     MAIL LOGGED

0600HRS     END OF SHIFT, 30 INMATES ON HAND. NO MONEY
            TAKEN IN FOR AN ENDING BALANCE OF $50.00

# NIGHTSHIFT TOWER LOG
# 01/25/04
# KELLEY/ HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 30

1930HRS    CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT
CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP/ POWELL TAKEN TO
LIBRARY

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ OUTSIDE SECURITY CHECK
COMPLETED

2400HRS    CHANGED OUT TAPE

0100HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    ICE TO ALL BLOCKS

01-26-2004
DAY SHIFT REPORT
LIPSCOMB/GREEN

$30.00 ON HAND AT THE BEGINNING OF THE SHIFT, 30 INMATES
ACCOUNTED FOR.

| | |
|---|---|
| 0630HRS | TRAYS SERVED, LINENS PICKED UP FROM ALL INMATES, TISSUE ISSUED TO ALL DAY ROOMS |
| 0700HRS | MEDS TO HAWKINS, BAKER, MCELRATH AND THOMAS.  THOMAS ADVISES HE NEEDS TO CHECK HIS SUGAR AND HE NEEDS TEST STRIPS. |
| 0802HRS | THOMAS CHECKED HIS BLOOD SUGAR, 255 |
| 1200HRS | LUNCH PASSED OUT TO ALL INMATES, MEDS GIVEN TO RALPH THOMAS, INSULIN IS SUPPOSED TO BE GIVEN IN THE MORNING WITH BREAKFAST AND AT SUPPER TIME. |
| 1248HRS | TRAYS PICKED UP. THOMAS GIVEN MEDS |
| 1340HRS | MOORE RELEASED TO CLANTON P.D. |
| 1521HRS | GILLILAND BOOKED AND ASSIGNED C103 |
| 1552HRS | FRUIT TO HAWKINS |
| 1700HRS | TRAYS SERVED, MAIL DISTRIBUTED |
| 1735HRS | TRAYS PICKED UP, MEDS TO KIRKPATRICK, MCELRATH AND THOMAS |
| | $169.65 RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF $219.65. |

1-26-04
DAY SHIFT TOWER LOG
LIPSCOMB / GREEN

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED AND HEAD COUNT COMPLETE |
| 0630HRS | CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED ALSO LINENS PICKED UP FROM ALL CELL BLOCKS AND TISSUE TO EACH CELL BLOCK |
| 0715HRS | BREAKFAST TRAYS PICKED UP AND MEDS GIVEN TO THOMAS, HAWKINS, BAKER, KIRKPATRICK AND MCELRATH |
| 0730HRS | CELL DOORS UNLOCKED |
| 0830HRS | MCKINNEY TO FRONT |
| 0930HRS | CELL COORS LOCKED AND HEAD COUNT COMPLETE |
| 0945HRS | JIMMY AND L.T. WILSON BACK TO CHECK OUT CONDITION OF CELLS IN A, C, AND D BLOCKS |
| 1050HRS | 2214 BRING FRUIT BACK TO HAWKINS |
| 1110HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1115HRS | DINGMAN AND BARNET MOVED TO E-BLOCK FOR MAINTENANCE IN A-BLOCK |
| 1201HRS | TRAYS SERVED |
| 1240HRS | MEDS TO RALPH THOMAS |
| 1247HRS | RALPH THOMAS SHOULD GET HIS INSULIN AT SUPER NOT LUNCH. |
| 1250HRS | TRAYS PICKED UP, CELLS OPENED |
| 1336HRS | JEFF WOODS TO SEE JAMES POWERS |
| 1340HRS | DONNIE MOORE RELEASED, CHARGES DROPPED, RELEASED TO CLANTON P.D. |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT. RALPH THOMAS ALLOWED TO STAY IN HIS CELL. |
| 1446HRS | 2212 PASSED OUT STORE SHEETS |
| 1521HRS | KENNETH GILLILAND ASSIGNED TO C-103 |
| 1552HRS | FRUIT TO HAWKINS |
| 1619HRS | 2256 TO THE TOWER, 2214 TO DISPATCH |
| 1700HRS | DINNER TRAYS SERVED AND MAIL PASSED OUT |
| 1740HRS | PICKING UP DINNER TRAYS AND MEDS GIVEN TO THOMAS |
| 1800HRS | 2252 TO THE TOWER |

NIGHTSHIFT REPORT
01-26-04
TAYLOR/ HARRIS

1800HRS    SHIFT STARTS WITH $219.65 AND 31 INMATES ACCOUNTED FOR.

1807HRS    GILLILAND BEING PRINTED BY 2256.

1833HRS    INMATES WERE GIVEN THEIR ACCOUNT BALANCES BY 2256.

1844HRS    TRACY MONCRIEF WAS GIVEN AN ASPIRIN FOR HIS LEG. ALSO, CLEAN LINENS WERE GIVEN BACK IN ALL CELL BLOCKS.

1921HRS    MCKINNEY BACK FROM SCHOOL/WORK.  SEARCHED AND DRESSED OUT BY 2256.

1956HRS    PERIMETER CHECK DONE.  ALL WAS SECURE.  LOCKED FRONT DOORS AT THIS TIME.

2200HRS    BED MEDS GIVEN TO R. THOMAS.

0400HRS    TAPE CHANGED.

0600HRS    COUNT IS 31 INMATES.  MONEY ON HAND IS $219.65.

NIGHTSHIFT TOWER LOG
01/26/04
TAYLOR/ D. HARRIS


1800HRS    INMATE COUNT IS 31.

1808HRS    KENNETH GILLILAND TO FRONT TO BE PRINTED BY 2256.

1816HRS    2253 TO B-BLOCK TO HAVE CARL BAKER SIGN A PAPER.

1833HRS    GILLILAND BACK TO C-BLOCK AFTER BEING PRINTED.

1849HRS    LINENS TO ALL BLOCKS.

1921HRS    MCKINNEY BACK FROM SCHOOL/WORK.  SEARCHED BY 2256
AND RETURNED TO E-BLOCK.  CLEAN LINENS WERE GIVEN BACK TO
INMATES.

1925HRS    CLEANING SUPPLIES BACK TO ALL BLOCKS.

2004HRS    CLEANING SUPPLIES PICKED UP AND CELL INSPECTIONS
CONDUCTED.

2130HRS    MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2142HRS    HAWKINS AND DENMAN TO THE LIBRARY BY 2252.

2150HRS    POWERS TO THE LIBRARY BY 2252.

2200HRS    LOCKDOWN.  MEDS GIVEN TO RALPH THOMAS.  ALSO,
MYLANTA TO D. BARNETT AND ADAIR, TYLENOL TO KILGORE, AND
IBUPROFEN TO EAST, SCARBROUGH, AND NIXON.

NOTE:    THE LIGHT IN D-201 NEEDS TO BE FIXED.  IT IS VERY DARK IN
THAT CELL.

0205HRS    WALKTHROUGH CONDUCTED.

******NOTE******************    T. MCELRATH HAS THREE ROLLS OF
TOILET PAPER IN HIS CELL B-203).

0515HRS    COOLERS TO THE FRONT

0522HRS    COOLERS TO ALL BLOCKS.

0527HRS     KIRKPATRICK TO THE TOWER TO GET TRASH.

0532HRS     HARRIS PAST SC1 TO CLEAN.

01-27-2004
DAY SHIFT REPORT
LIPSCOMB/PEOPLES

$219.65 ON HAND AT THE BEGINNING OF THE SHIFT, 31 INMATES
ACCOUNTED FOR.

| | |
|---|---|
| 0635HRS | TRAYS SERVED |
| 0720HRS | TRAYS PICKED UP, MEDS TO THOMAS, BAKER, MCELRATH, HAWKINS AND KIRKPATRICK.  RAZORS OFFERED TO ALL BLOCKS. |
| 0801HRS | OUTGOING MAIL LOGGED |
| 0820HRS | JAIL MINISTRIES HERE FOR SERVICES |
| 0956HRS | MINISTRIES OVER |
| 1024HRS | MISSIE HAWKINS RELEASED ON FINES PAID, RELEASED TO TALLADEGA CO ON WARRANTS. |
| 1028HRS | BLAINE BENSON ATTN. TO SEE RUSSELL DINGMAN IN THE LIBRARY |
| 1240HRS | MEDS TO RALPH THOMAS |
| 1245HRS | CARL BAKER MOVED TO E-BLOCK FOR WORK RELEASE. |
| 1251HRS | GENE SPENCER ATTN TO SEE JOHNNY KIRKPATRICK |
| 1326HRS | LEIGH DODD RELEASED TO ELMORE CO ON THEIR WARRANT |
| 1707HRS | DARRELL HUTCHINS BROUGHT IN BY 2204, PROCESSED ON CHARGE OF POSS OF CONTROLLED SUB.  NEEDS FINGERPRINTS |
| 1730HRS | MEDS TO KIRKPATRICK, MCELRATH AND THOMAS |

$130.00 WAS RECEIVED DURING THE SHIFT FOR AN ENDING
                    BALANCE OF $349.65.

DAY SHIFT TOWER LOG
LIPSCOMB/PEOPLES
01/27/04


0600HRS     CELL DOORS UNLOCKED, MANDATORY HEAD COUNT IS
            COMPLETE WITH 31 INMATES.

0640HRS     CELL DOORS LOCKED, BREAKFAST TRAYS SERVED, TOILET
            PAPER HANDED OUT IN THE DAY ROOMS.

0730HRS     BREAKFAST TRAYS PICKED UP, MEDS GIVEN TO
            KIRKPATRICK, THOMAS, BAKER AND HAWKINS, RAZORS
            PASSED OUT.

0730HRS     UNLOCKED CELL DOORS

0812HRS     JAIL MINISTRIES HAVE STARTED

0955HRS     CELL DOORS WHERE LOCKED MANDATORY HEAD COUNT
            COMPLETE WITH 31 INMATES.  MISSIE HAWKINS TAKEN UP
            FRONT TO BE RELEASED.

0954HRS     JAIL MINISTRIES ARE OVER

1026HRS     MISSIE HAWKINS RELEASED TO TALLADEGA CO SO

1200HRS     LUNCH TRAYS SERVED

1230HRS     CELL DOORS OPENED / TRAYS PICKED UP AND MEDS GIVEN
            TO THOMAS

1245HRS     CARL BAKER MOVED TO E BLOCK FOR WORK RELEASE

1330HRS     CPL. HAY BEGINS PASSING OUT STORE

1420HRS     CPL. HAY THROUGH WITH STORE

1430HRS     CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR

1700HRS     DINNER TRAYS SERVED

1730HRS     TRAYS PICKED UP, RETURNED WHITES AND MEDS GIVEN TO
            MCELRATH, THOMAS AND KIRKPATRICK

1800HRS     TAYLOR TO TOWER

NIGHTSHIFT REPORT
01-27-04
TAYLOR/ HARRIS

SHIFT STARTS WITH $349.65 ON HAND, DEPOSIT WILL BE MADE LATER ON
IN SHIFT.  31 INMATES INCARCERATED.

1952HRS      PERIMETER CHECK CONDUCTED.

2128HRS      2207 HERE WITH DARK, TYRONE. INMATE COUNT IS NOW 32.

2200HRS      LOCKDOWN. BED TIME ADMINISTERED TO RALPH THOMAS.
THOMAS ADVISED THAT HE NEEDED TO CHECK HIS BLOOD SUGAR.  HE
WAS ESCORTED UP FRONT BY 2253 TO CHECK HIS BLOOD SUGAR LEVEL.
READING WAS 172.

0051HRS      DEPOSIT MADE FOR $349.65. READY FOR JOAN.

0303HRS      OUTGOING MAIL LOGGED.

0400HRS      TAPE CHANGED OUT.

0600HRS      INMATE COUNT IS 32.  DEPOSIT MADE FOR JOAN.  NO MONEY
ON HAND.

**NIGHTSHIFT TOWER LOG**
**01/27/04**
**TAYLOR/ D. HARRIS**

**1800HRS**      INMATE COUNT IS 31.

**1821HRS**      DARRELL HUTCHINS STILL BEING PROCESSED.  HE IS ASSIGNED TO B-104.

**1831HRS**      HUTCHINS BACK TO B-BLOCK. MCKINNEY RETURNED TO E-BLOCK.

**1901HRS**      K. BARNETT TAKEN TO LIBRARY BY 2253 FOR A BOOK.

**1904HRS**      BARNETT BACK TO E-BLOCK.

**1905HRS**      SMOOT WAS GIVEN TYLENOL FOR A HEADACHE.

**1908HRS**      CLIPPERS TO C-BLOCK.  EAST SIGNED FOR THEM.  ALSO, ICE TO TOWER.

**1930HRS**      CLEANING SUPPLIES GIVEN TO EACH CELL BLOCK.  CELL DOORS OPENED.

**2025HRS**      CLEANING SUPPLIES PICKED UP.

**2113HRS**      CELL INSPECTIONS CONDUCTED.

**2128HRS**      DARK, TYRONE WAS BROUGHT IN BY 2207 AND PLACED IN HOLDING. DARK WAS BOOKED IN BLOODHOUND. HE HAS NOT SIGNED HIS PAPERS, BEEN PHOTOGRAPHED OR FINGERPRINTED. HE BECAME LOUD WHEN HE FOUND OUT HE WAS GOING TO BE LEFT IN THE HOLDING CELL FOR THE NIGHT.

**2130HRS**      MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

**2200HRS**      LOCKDOWN.  BED MED GIVEN TO THOMAS.  THOMAS WAS ALSO TAKEN TO BOOKING BY 2253 TO CHECK HIS SUGAR LEVEL.  IT WAS 172.

**2342HRS**      WALKTHROUGH CONDUCTED BY 2253

**2400HRS**      TAPE CHANGED.

**0114HRS**      WALKTHROUGH CONDUCTED BY 2253.

**0248HRS**      WALKTHROUGH CONDUCTED BY 2253.

**0505HRS**      WHEN TOWER TRIED TO UNLOCK KITCHEN DOOR THE LIGHT NEVER CHANGED AND 2252 ADVISED THAT THE DOOR WAS STILL LOCKED. NEEDS TO BE CHECKED.

**0516HRS**      2252 AND TRUSTEES TO GET COOLERS TO THE FRONT.

**0531HRS**      2252 AND TRUSTEES COOLERS TO THE BLOCKS. KIRKPATRICK IN SC2 HALL CLEANING.

**0541HRS**      KIRKPATRICK PAST CONTROL TO MOP AND GET TRASH.

# DAYSHIFT REPORT
# CALFEE / PEOPLES
# 01/28/04

**0600 HRS.     32 INMATES ACCOUNTED FOR. NO MONEY ON HAND, JUST A DEPOSIT READY FOR $349.65. ALSO AN INMATE WAS LEFT IN THE HOLDING CELL FOR US TO PROCESS. TYRONE DARK.**

**0630 HRS.     TRAYS SERVED. CARL BAKER ESCORTED TO THE FRONT TO GET READY FOR WORK RELEASE.**

**0700 HRS.     BAKER LEFT FOR WORK RELEASE. TRAYS WERE PICKED UP. MEDS WERE GIVEN TO BAKER, MCELRATH, KIRKPATRICK, AND THOMAS.**

**0755 HRS.     TRUSTEES ESCORTED BACK TO A BLOCK, TO FINISH THEIR WORK.**

**0810 HRS.     TRUSTEES ESCORTED BACK TO THE FRONT TO GET MORE SUPPLIES. MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.**

**0832 HRS.     MCKINNEY LEFT FOR WORK RELEASE.**

**0857 HRS.     PULLED KIRKPATRICK FROM HIS DETAIL IN A BLOCK, TO GO WASH 2201, CAR.**

**0901 HRS.     TRUSTEES ADVISED THAT THE WATERHOSE WAS FROZEN, THEY ARE WORKING ON IT.**

**0939 HRS.     KIRKPATRICK ESCORTED BACK TO A BLOCK, TO GET BACK TO HIS WORK.**

**1210HRS     LUNCH TRAYS SERVED.**

**1238HRS     LUNCH TRAYS PICKED UP AND MEDS GIVEN TO RALPH THOMAS.  THOMAS WAS BROUGHT UP FRONT TO CHECK HIS BLOOD SUGAR, IT WAS 93.**

**1508HRS     2203 HERE WITH HERBERT EARL BROWN ON J-4 FOR MENACING.**

**1547 HRS.     MR HERBERT EARL BROWN PROCESSED, AND RELEASED ON $500.00 BOND PER 2203.**

**1603 HRS.     MR TOMMY SHERUM WAS ESCORTED TO THE FRONT TO USE HIS PERSONAL (KEPT IN PROPERTY) TOE CLIPPERS, APPROVED PER2203.**

**1606 HRS.     TOMMY SHERUM ESCORTED BACK TO C BLOCK.**

DAY SHIFT TOWER LOG
CALFEE/PEOPLES
01/28/04


0600HRS      CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE
             WITH 32 INMATES.

0630HRS      CELL DOORS LOCKED, BREAKFAST TRAYS SERVED

0635HRS      CARL BAKER TAKEN UP FRONT TO GET READY FOR WORK
             RELEASE.

0655HRS      CARL BAKER LEAVES ON WORK RELEASE.

0700HRS      TRAYS PICKED UP, MEDS GIVEN TO THOMAS, MCERLATH,
             BAKER AND KIRKPATRICK.

0755HRS      TRUSTEES BROUGHT BACK TO A BLOCK TO START WORK

0817HRS      MCKINNEY TAKEN UP FRONT TO GET READY FOR WORK

0930 HRS     CELL DOORS LOCKED. MANDATORY HEAD COUNT
             COMPLETED.

0959 HRS.    2254 TO TOWER.

1014 HRS.    TYRONE DARK ESCORTED TO B201, AFTER BEING PROCESSED.

1026 HRS.    WAITES RELEASED ON BOND. TRUSTEES ESCORTED BACK UP
             TO THE FRONT FROM A BLOCK.

1041 HRS.    2254 TO DISPATCH TO FINGERPRINT A FEMALE SUBJECT FOR
             THE SCHOOL.

1125 HRS.    MR. ADAIR ESCORTED TO THE FRONT FOR RULE VIOLATION.

1127 HRS.    ADVISED 2212 THAT IT WAS POSSIBLE THAT C BLOCK WAS
             GAMBLING THEIR SNACKS, WHILE PLAYING CARDS.

1202 HRS.    MAIL PASSED OUT.

1210 HRS.    TRAYS SERVED.

1236 HRS.    ADAIR ESCORTED BACK TO C BLOCK. THOMAS WAS
             ESCORTED TO THE FRONT TO TAKE HIS MEDS.

1242 HRS.    TRAYS PICKED UP, THOMAS WAS ESCORTED BACK TO C
             BLOCK AFTER TAKING HIS MEDS.

1259 HRS.    2254 BACK TO DISPATCH.

1434HRS.     CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE
             WITH 32 INMATES.

1547HRS.     HUBERT BROWN RELEASED ON A $500.00 DOLLAR BOND

1650 HRS.    2254 TO TOWER.

1653 HRS.    CARL BAKER IS BACK FROM WORK RELEASE.

1700 HRS.    TRAYS SERVED.

1732 HRS.    TRAYS PICKED UP. TISSUE WAS ALSO ADMINISTERED AT THIS
             TIME.

1741 HRS.    MEDS WERE GIVEN TO THOMAS.

**NIGHT SHIFT REPORT**
**01/28/04**
**HARRIS/KELLY**

1800HRS     INMATE COUNT IS 33. BEGINNING BALANCE IS $65.00

1900HRS     KILPATRICK RETURNS FROM SCHOOL

2000HRS     OUTSIDE SECURITY CHECK CONDUCTED

0400HRS     TAPE CHANGED

0500HRS     MAIL LOGGED

0600HRS     END OF SHIFT, 33 INMATES ON HAND. NO MONEY
            TAKEN IN FOR AN ENDING BALANCE OF $65.00

# NIGHTSHIFT TOWER LOG
## 01/28/04
## KELLEY/HARRIS

1800HRS     HEADCOUNT CONDUCTED

1930HRS     CELL DOORS OPENED, CLEANING SUPPLIES PASSED OUT

2030HRS     CLEANING SUPPLIES PICKED UP

2130HRS     HEADCOUNT CONDUCTED

2200HRS     LOCKDOWN

2400HRS     CHANGED OUT TAPE

0200HRS     WALK THROUGH

0400HRS     WALK THROUGH

0500HRS     ICE TO ALL BLOCKS

DAY SHIFT REPORT
HAY/CALFEE
01/29/2004

BALANCE AT START OF SHIFT, $65.00. HEAD COUNT IS 33.

0631HRS     BREAKFAST  SERVED TO ALL INMATES, MEDS GIVEN TO BAKER, KIRKPATRICK, AND THOMAS.

0643HRS     CARL BAKER BROUGHT UP FRONT TO GET READY FOR WORK RELEASE.

0650HRS     CARL BAKER PICKED UP BY HIS FATHER FOR WORK RELEASE.

0700HRS     RALPH THOMAS BROUGHT UP FRONT TO CHECK HIS SUGAR LEVEL, AND TO ALSO GET HIS INSULIN SHOT. SUGAR LEVEL WAS 132.

0707HRS     KILPATRICK MCKINNEY BROUGHT UP FRONT  TO GET READY FOR SCHOOL/WORK.

0715HRS     CALLED LEE CO S O AND ASKED FOR AN ETA ON PICKING UP MR RALPH WILLIAMS. THEY ADVISED THAT THEIR TRANSPORT OFFICER WOULD NOT BE IN UNTIL 0800HRS AND WOULD LEAVE SHORTLY AFTER THAT.

0731HRS     KILPATRICK MCKINNEY LEFT FOR SCHOOL/WORK. VANESSA OWENS PICKED HIM UP.

1018HRS     RALPH WILLIAMS RELEASED TO LEE CO ON THEIR CHILD SUPPORT WARRANT.

1032HRS     DARRELL HUTCHINS RELEASED ON BOND PER COOSA BONDING.

1200HRS     LUNCH SERVED TO ALL INMATES, MEDS GIVEN TO THOMAS.

1336HRS     KILPATRICK MCKINNEY WAS BROUGHT BACK IN FROM SCHOOL. MRS  MCKINNEY STATED THAT KILPATRICK WAS SICK AND HAD BEEN TO THE DOCTOR. KILPATRICK WAS TAKEN TO HIS CELL BLOCK AFTER HE WAS SEARCHED AND DRESSED BACK OUT.

1412HRS     LT. WHETSTONE ADVISED US THAT MR ARMOUR FROM ARMOUR FUNERAL ADVISED HIM THAT HE DID NOT HAVE BUT THREE CARS IN THE FUNERAL AND HE WOULD NOT HAVE ANY NEED FOR A COOSA COUNTY DEPUTY TO ESCORT FROM THE COUNTY LINE TO THE CHURCH IN HISSOP.

1453HRS    JEFF WOOD HERE TO HAVE A BOND HEARING FOR TYRONE DARK.

1600HRS    JOESPH MCELRATH BOOKED AND ASSIGNED TO B-104.

1623HRS    GOODWATER PD BROUGHT IN 3 SUBJECTS TO CODE ONE POSHUA EDWARDS, NANCY FEW, AND DELLA BANKS.

1658HRS    CARL BAKER BACK FROM WORK RELEASE, SEARCHED AND PLACED IN E DORM.

1706HRS    TRAYS SERVED TO ALL INMATES, MEDS GIVEN TO MONCRIEF, MCKINNEY, AND KIRKPATRICK.

1743HRS    ADVISED 2201 OF GOODWATER  PD BRINGING OVER 3 INMATES. TWO WERE FELONIES AND ONE MISDEMEANOR.

1800HRS    ENDING BALANCE IS $505.57.

**NIGHT SHIFT REPORT**
**01/29/04**
**HARRIS/KELLY**

1800HRS    INMATE COUNT IS 35. BEGINNING BALANCE IS $505.57

1900HRS    BOOKED IN DELLA BANKS, POSHUA EDWARDS, AND
NANCY FEW FOR DAY SHIFT, THEY WERE INCLUDED
IN THE STARTING COUNT.

2100HRS    OUTSIDE SECURITY CHECK CONDUCTED

2130HRS    RALPH THOMAS GIVEN HIS INSULIN SHOT, IT WAS
NOT GIVEN TO HIM AT SUPPER.

0400HRS    TAPE CHANGED

0500HRS    MAIL LOGGED

0600HRS    END OF SHIFT, 35 INMATES ON HAND. NO MONEY
TAKEN IN FOR A TOTAL OF $505.57, DEPOSIT MADE
LEAVING AN ENDING BALANCE OF $0

# DAYSHIFT TOWER LOG
# CALFEE / HAY
# 01/29/04

0600 HRS.     CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED.

0630 HRS.     CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED.

0638 HRS.     TRAYS SERVED. MEDS WERE GIVEN TO KIRKPATRICK, BAKER, AND MCKINNEY WAS GIVEN SOME PEPTO-BISMOL. CARL BAKER WAS ESCORTED TO THE FRONT, SO HE COULD GET READY FOR WORK RELEASE. TOILET TISSUE WAS ADMINISTERED.

0652 HRS.     BAKER LEFT FOR WORK.

0700 HRS.     TRAYS PICKED UP.

0716 HRS.     THOMAS ESCORTED TO THE FRONT TO GET HIS INSULIN SHOT.

0725 HRS.     THOMAS ESCORTED BACK TO C BLOCK.

**NOTE**   2212 ADVSD THAT CHARLES EAST WAS ADVISED THAT HIS BONE SCAN RESULTED IN ARTHRITIC PAIN ONLY.

0730 HRS.     CELL DOORS OPENED.

0813 HRS.     TRUSTEES ESCORTED TO A BLOCK TO START ON THEIR WORK.

0930 HRS.     CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

1018 HRS.     WILLIAMS RELEASED TO LEE COUNTY.

1020 HRS.     RANDOM HEAD COUNT COMPLETED.

1022 HRS.     DARRELL HUTCHINS ESCORTED TO THE FRONT TO BE RELEASED WITH COOSA BONDING.

1032 HRS.     DARRELL HUTCHINS RELEASED ON $5,000.00 BOND W/COOSA BONDING.

1102 HRS.    ICE BROUGHT TO THE TOWER.

1148 HRS.    2212 TO C BLOCK TO GET TOMMY SHERUM TO SIGN HIS INCOME TAX CHECK FOR HIS WIFE, AND AUTHORIZATION FOR THE CHECK TO BE CASHED.

1212 HRS.    TRAYS SERVED.

1230 HRS.    CELL DOORS OPENED. RANDOM HEAD COUNT COMPLETED.

1240 HRS.    TRAYS PICKED UP.

1340 HRS.    MEDS WERE GIVEN TO THOMAS.

1342 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK. (HE HAS THE FLU).

1407 HRS.    AARON ESCORTED MCELRATH TO THE FRONT TO VISIT WITH JEFF WOOD.

1423 HRS.    AARON ESCORTED MCELRATH BACK TO B BLOCK.

1429 HRS.    AARON ESCORTED TYRONE DARK TO THE FRONT TO SEE 2204, AND JEFF WOOD.

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED.

1513 HRS.    TYRONE DARK ESCORTED BACK TO B BLOCK.

1600 HRS.    JOSEPH MCELRATH PROCESSED, AND ASSIGNED TO B104.

1618 HRS.    RANDOM HEAD COUNT COMPLETED.

1623 HRS.    GWPD BROUGHT IN 3 INMATES. TOSHA EDWARDS, NANCY FEW, AND DELLA BANKS.

1658 HRS.    CARL BAKER BACK FROM WORK RELEASE.

1706 HRS.    TRAYS SERVED.

1735 HRS.    MEDS WERE GIVEN TO MCELRATH, AND MCKINNEY. TRAYS PICKED UP. MCELRATH ESCORTED BACK TO B BLOCK. MONCRIEF WAS GIVEN SOME ASPRIN FOR HIS LEG…. HE WAS COMPLAINING ABOUT HIS FOOT SWELLING, STATING THAT IT WAS A BLOOD CLOT.

# NIGHTSHIFT TOWER LOG
## 01/29/04
## KELLEY/HARRIS

1800HRS     HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 33

1930HRS     CLEANING SUPPLIES PASSED OUT

2130HRS     CLEANING SUPPLIES PICKED UP/MANDATORY HEAD
COUNT COMPLETED

2200HRS     TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS     CHANGED OUT TAPE

0100HRS     WALK THROUGH

0400HRS     WALK THROUGH

0500HRS     ICE TO ALL BLOCKS

01-30-2004
DAY SHIFT REPORT
LIPSCOMB/GREEN

NO MONIES ON HAND, 35 INMATES ACCOUNTED FOR.

| | |
|---|---|
| 0630HRS | BAKER TO BOOKING THE CHANGE FOR WORK RELEASE. |
| 0652HRS | BAKER LEFT FOR WORK |
| 0710HRS | MEDS TO MCKINNEY, KIRKPATRICK, THOMAS AND BAKER. RAZORS OFFERED TO ALL BLOCKS. |
| 0900HRS | TRUSTEES ARE WORKING IN A BLOCK |
| 1030HRS | DELIA BANKS BROUGHT TO FRONT TO SPEAK WITH HER DHR WORKER A MS. BURTON |
| 1120HRS | MS. BURTON FROM DHR HAS GONE AND BANKS TAKEN BACK TO D BLOCK |
| 1200HRS | LUNCH TRAYS SERVED |
| 1230HRS | TRAYS PICKED UP AND MEDS GIVEN TO THOMAS ALSO ASPIRIN GIVEN TO MONCRIEF AND IBUPROFEN GIVEN TO EAST |
| 1400HRS | MATT HILYER FROM CHEAHA TO SEE JOSEPH MCELRATH |
| 1430HRS | MR. HILYER GONE |
| 1500HRS | BOOKED IN COGGINS MICHAEL |
| 1540HRS | RELEASED RALPH THOMAS ON 500.00 BOND BY COOSA BONDING |
| 1629HRS | MICHEAL COGGINS RELEASED ON A PROPERTY BOND FORM TALLAPOOSA CO. APPROVED BY 2202. |
| 1654HRS | BAKER IN FROM WORK, SEARCHED AND TAKEN TO E-BLOCK DHR HERE TO SEE DELLA BANKS IN THE LIBRARY |
| 1728HRS | MCKINNEY BACK FROM WORK, SEARCHED AND TAKEN TO E-BLOCK |
| 1740HRS | TRAYS PICKED UP, RAZORS PICKED UP, ALL ACCOUNTED FOR |

NO MONIES RECEIVED DURING THE SHIFT FOR AN ENDING BALANCE OF
$0.00

1-30-04
DAY SHIFT TOWER LOG
GREEN / LIPSCOMB

| | |
|---|---|
| 0600HRS | CELL DOORS UNLOCKED AND ALL INMATES ACCOUNTED FOR |
| 0620HRS | 2214 TO BACK TO GET BAKER FOR WORK RELEASE |
| 0630HRS | CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED |
| 0650HRS | BAKER LEAVING FOR WORK RELEASE ALREADY GIVEN MEDS |
| 0715HRS | PICKING UP TRAYS AND GIVING MEDS TO MCKINNEY, KIRKPATRICK, AND THOMAS |
| 0730HRS | CELL DOORS UNLOCKED |
| 0903HRS | 2214 TO THE TOWER, 22546 TO DISPATCH |
| 1029HRS | DELLA BANKS TO BOOKING TO SPEAK WITH DHR |
| 1123HRS | BANKS BACK TO D-BLOCK |
| 1200HRS | TRAYS SERVED |
| 1224HRS | TRAYS PICKED UP, MEDS TO RALPH THOMAS |
| 1230HRS | CELLS OPENED |
| 1312HRS | MAIL DISTRIBUTED |
| 1405HRS | MATT HILYER TO SEE JOSEPH MCELRATH IN THE LIBRARY |
| 1430HRS | MCELRATH BACK TO B-BLOCK, CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1528HRS | RALPH THOMAS TO BOOKING FOR RELEASE |
| 1543HRS | RALPH THOMAS RELEASED ON BOND BY COOSA BONDING |
| 1549HRS | 2256 TO THE TOWER, 2214 TO DISPATCH |
| 1628HRS | RELEASING COGGINS MICHAEL ROYCE ON TALLAPOOSA BOND |

1655HRS     BAKER BACK FROM WORK RELEASE

1715HRS     DINNER TRAYS SERVED AND ALSO MS. BURTON FROM DHR
            HERE TO SEE DELLA BANKS IN LIBRARY

1740HRS     PICKING UP TRAYS AND RAZORS MEDS GIVEN TO
            KIRKPATRICK

1800HRS     2252 TO THE TOWER

NIGHTSHIFT REPORT
01-30-04
TAYLOR/ HARRIS

SHIFT STARTS WITH NO MONEY ON HAND AND 34 INMATES INCARCERATED.

1900HRS    MRS WILLIAMS WITH COOSA BONDING TO BOND OUT MCELRATH, JOSEPH.

1938HRS    MCELRATH,JOSEPH BONDED OUT BY COOSA BONDING. BOND APPROVED BY 2205.

2000HRS    PERIMETER CHECK CONDUCTED.  10-4

2008HRS    ASPIRIN GIVEN TO MONCRIEF. HE STATED HE DID NOT GET ONE EARLIER.

2030HRS    CLIPPERS TO C-BLOCK. KEDRIC HOLLENQUEST SIGNED FOR THEM.

2225HRS    NO BED MEDS TO GIVE OUT.  EAST AND SCARBROUGH WERE GIVEN IBUPROFEN FOR ARTHRITIS.

2333HRS    OUTGOING MAIL LOGGED.

2344HRS    130 HERE WITH ANDERSON, JARDEANO.  SUBJECT WAS BOOKED THROUGH BLOODHOUND BUT NO FURTHER.  HE REFUSED TO DO ANYTHING OTHER THAN LAY ON THE FLOOR AND REACH FOR THE LIGHT. SUBJECT WAS CHARGED WITH DUI AND RECKLESS DRIVING.

*****NOTE:****** PER 130: J. ANDERSON (IN DETOX) HAS TO SERVE THE FULL 24 HRS. BEFORE BEING ALLOWED TO MAKE BOND.  DO NOT RELEASE BEFORE HIS 24HRS ARE UP!!!!!!!!!!!!!!!!!!!!!!!!!

*****NOTE***** THE LIGHTS IN B-204, C-104 AND D-201 NEED TO BE FIXED. THOSE CELLS ARE VERY DARK AT NIGHT!!!!!

0400HRS    TAPE CHANGED.

0600HRS    INMATE COUNT IS 34.  MONEY TAKEN IN DURING SHIFT WAS $19.76, WHICH IS ALSO THE TOTAL MONEY ON HAND.

NIGHTSHIFT TOWER LOG
01/30/04
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 34.

1837HRS     NON-MANDATORY HEADCOUNT.

1901HRS     J. MCELRATH TAKEN TO FRONT TO BOND OUT.

1930HRS     CELL DOORS UNLOCKED.

1939HRS     MCELRATH WAS RELEASED ON BOND MADE BY COOSA
BONDING AND APPROVED BY 2205.  COUNT IS NOW 33 INMATES.

1941HRS     CLEANING SUPPLIES GIVEN OUT TO CELL BLOCKS.

1945HRS     K. BARNETT TO LIBRARY FOR BOOKS.

1949HRS     KIRBY BACK TO E-BLOCK.

1955HRS     PERIMETER CHECK.  10-4

2008HRS     MONCRIEF IN B-BLOCK WAS GIVEN AN ASPIRIN FOR HIS LEG.

2035HRS     CLEANING SUPPLIES PICKED UP.  UNIFORMS FROM A AND B-
BLOCKS PICKED UP TO BE WASHED TONITE.  CLIPPERS GIVEN TO C-BLOCK.
CELLS INSPECTED.

2130HRS     MANDATORY HEADCOUNT.  ALL ACCOUNTED FOR.

2200HRS     LOCKDOWN.  NO ONE DUE TO GET MEDS.

2220HRS     CHECK WAS DONE ON KILPATRICK PER REQUEST BY HIS
MOTHER. 10-4.  HE WAS SLEEPING.

2345HRS     130 HERE WITH ANDERSON, JARDEANO FOR DUI.  HE WAS
BOOKED ON THROUGH BLOODHOUND BUT NO FURTHER DUE TO THE FACT
THAT HE WANTED TO DO NOTHING BUT LAY ON THE FLOOR AND REACH
FOR THE LIGHT.

**\*\*\*\*NOTE\*\*\*\*\***
**PER 130- ANDERSON IS TO SERVE HIS FULL 24HRS IN JAIL BEFORE
MAKING BOND.**

2400HRS TAPE CHANGED.

0113HRS WALKTHROUGH CONDUCTED BY 2253.
*****NOTE***** B-104 (HOLLEY) HAS 3 ROLLS OF TOILET PAPER !!!!!!

0250HRS WALKTHROUGH CONDUCTED BY 2252.

0502HRS 2252 AND KIRKPATRICK TO GET COOLERS AND TAKE THEM TO THE FRONT.

0512HRS 2252 AND KIRKPATRICK BACK TO SC2 WITH COOLERS.

0526HRS HARRIS PAST SC1 TO CLEAN.

01-31-2004
DAY SHIFT REPORT
LIPSCOMB/PEOPLES

$19.76 ON HAND AT THE BEGINNING OF THE SHIFT. 34 INMATES
ACCOUNTED FOR.

0635HRS     TRAYS SERVED, LAUNDRY TO E & B BLOCKS

0649HRS     BAKER LEFT FOR WORK

0900HRS     FIRST VISITORS

1100HRS     TRAYS SERVED

1130HRS     TRAYS PICKED UP

1500HRS     VISITATION ENDS

1700HRS     TRAYS SERVED

1730HRS     TRAYS PICKED UP, MEDS GIVEN TO JOHNNY
            KIRKPATRICK AND ASPIRIN GIVEN TO TRACY
            MONCRIEF.

1800HRS.    SHIFT CHANGE 2252 AND 2253 COME ON, SHIFT TOOK
            IN $155.00 WITH AN ENDING BALANCE OF $174.76

DAYSHIFT TOWER LOG
01-31-04
LIPSCOMB/PEOPLES


| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE WITH 34 INMATES. |
| 0630HRS | CELL DOORS LOCKED |
| 0632HRS | 2214 TO THE BACK TO GET CARL BAKER FOR WORK. |
| 0639HRS | BREAKFAST TRAYS SERVED |
| 0720HRS | TRAYS PICKED UP, MEDS GIVEN TO KILPATRICK, BAKER, KIRCKPATRICK. |
| 0730HRS | CELL DOORS OPENED |
| 0910HRS | DAVID KILGORE TAKEN TO VISITATION |
| 0925HRS | KILGORE TAKEN BACK TO B BLOCK |
| 0930HRS | TRACY MONCRIEF TAKEN TO VISITATION |
| 0934HRS | CELL DOORS LOCKED MANDATORY HEAD COUNT TAKEN ALL INMATES ACCOUNTED FOR |
| 0945HRS | MONCRIEF TAKEN BACK TO B BLOCK |
| 1004HRS | 2255 OBSERVED FROM THE TOWER WHAT SEEMED LIKE A VERBAL CONFRONTATION BETWEEN OTTO ADAIR AND ZACKERY SCOTT, 2255 ADVISED THE TWO INMATES THAT THEY SHOULD SETTLE THEIR PROBLEMS AND CALM DOWN. THE SITUATION ESCALATED AFTER THEY WHERE ADVISED TO CALM DOWN.  2255 CALLED 2214 IN DISPATCH AND ADVISED 2214 THAT HE NEEDS TO COME TO THE BACK TO HANDLE THE SITUATION.  AFTER 2214 TALKS TO BOTH SUBJECTS HE STATED THE IT ALL STARTED OVER THE T.V. 2214 LEAVES C DORM SITUATION IS HANDLED.  NO DISCIPLINARY ACTION TAKEN ON EITHER OF THE SUBJECTS. |
| 1112HRS | LUNCH TRAYS SERVED |
| 1158HRS | LUNCH TRAYS PICKED UP, MEDS GIVEN KILPATRICK |

1210HRS     2214 TO THE TOWER, 2255 TO DISPATCH.

1217HRS     SHERUM TO VISITATION

1220HRS     SCARBROUGH AND BARNETT TO VISITATION

1311HRS     EDWARD JENNINGS TO VISITATION

1412HRS     JENNIFER KELLEY TO VISITATION

1705HRS     TRAYS SERVED

1735HRS     TRAYS PICKED UP

1801HRS     2252 TO THE TOWER, 2214 TO DISPATCH

NIGHTSHIFT REPORT
01/31/04
TAYLOR/ D. HARRIS


1800HRS      INMATE COUNT IS 34.  MONEY ON HAND IS $174.76.

2006HRS      PERIMETER CHECK.  10-4

2017HRS      ANDERSON, JARDEANO WAS FULLY PROCESSED AND TAKEN
FROM DETOX TO B-201.

2200HRS      BED MED GIVEN TO MCKINNEY.  IBUPROFEN TO EAST, SMOOT,
POWER, AND SCARBROUGH.

0348HRS      E221 ARRESTED JERE DONAHOO FOR FOR DUI.  SHE WAS
PROCESSED EXCEPT FOR THE PRINTING.  SHE BLEW A .17 AND HER TIME
SHOULD BE UP AROUND 1400HRS TODAY.

0400HRS      TAPE CHANGED.

0600HRS      ENDING COUNT IS 35.  MONEY ON HAND IS $174.76.

NIGHTSHIFT TOWER LOG
01/31/04
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 34.

1930HRS     CLEANING SUPPLIES GIVEN TO EACH BLOCK.  CELL DOORS
OPENED.  ICE BROUGHT TO TOWER BY JUNIOR.

2006HRS     PERIMETER CHECK.  10-4

2017HRS     J. ANDERSON OUT OF DETOX TO FINISH BEING PROCESSED
(INTOXICATED AND UNCOOPERATIVE LAST NIGHT).

2045HRS     ANDERSON BROUGHT BACK TO B-201.  LAUNDRY GIVEN BACK
TO INMATES.  CLEANING SUPPLIES PICKED UP.

2126HRS     POWELL WAS SITTING ON THE STAIRS ON HIS PILLOW. HE
WAS ADVISED THAT HE COULD NOT DO THAT.

2129HRS     MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2131HRS     ADAIR WAS ADVISED NOT TO BE HANGING OUT ON THE
BALCONY.

2133HRS     ADAIR WAS ADVISED THAT HE COULD NOT BE HANGING OUT
AT THE TOP OF THE STAIRS.

2200HRS     LOCKDOWN. ADVISED C104 AND 201 TO LOCK THEIR DOORS.

2204HRS     C104 STILL HAS NOT LOCKED THEIR DOOR AFTER BEING TOLD
TO DO SO SEVERAL TIMES.  2252 TO C BLOCK.

2220HRS     BED MEDS ADMINISTERED TO MCKINNEY. TYLENOL GIVEN
TO C102, C103, AND C201. IBUPROFEN GIVEN TO B204.


2309HRS     HOLD PLACED ON JESSIE RANDY SEARCY FOR ACPD FOR POSS
MAR 2ND.

2400HRS     TAPE CHANGED.

0020HRS     WALKTHROUGH CONDUCTED.

0310HRS     WALKTHROUGH CONDUCTED.

0348HRS     TROOPER CLAYBROOK HERE WITH DONAHOO,JERE. SUBJECT
BLEW A .17.

0513HRS     2252 AND TRUSTEES BACK TO GET COOLERS.

0530HRS     COOLERS TO THE BACK.