# EXHIBIT HH

# Coosa County Sheriff's Department Doctor Visit – Prescription Form dated 01/07/04

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE _1/7/04_

INMATE NAME _Kelley, Bryan_

COMPLAINT _Itching RASH All over Body_

_____

DOCTOR'S NAME _DR. JAMES_

NUMBER OF PRESCRIPTIONS _1_

AtARAX 25mg

1 tAb

Q4 Hrs PRN itching    40 tab

1 Refill

# EXHIBIT II

# Coosa County Jail Visitation Logs



## VISITATION LOG

| DATE VISITING | VISITOR | INMATE |
|---|---|---|
| 11/29/03 | | |
| 11/29/03 | Kenneth Harris | Kenneth Harris |
| 11/29/05 | Steven Harris | Kenneth Harris |
| 11/29/03 | Mike Kilpatrick | J.L. Kilpatrick |
| 11-29-03 | Loretta Lamar | Milton Lamar |
| 11-29-03 | James Days | Ronald Days |
| 11-29-03 | James A. Days Jr. | Ronald Days |
| 11-29-03 Ray Kelly | Bobby Thomas | B. Kelly |
| 11-29-03 | Danele Kimberly Burks | Daniel C. Barnett |
| 11-29-03 | Kaarl Travelstead | Travis Pressley |
| 11-29-03 | GAYLE PIERCE | Robt BUSSIE |
| 11-29-03 | MICKEY BUSSIE | " |
| 11-30-03 | Kenisha Russell | Kilpatrick McKinney |
| 11-30-03 | Cathy Baker | Rickey Edwards |
| 12-2-03 | Kent Cooper  CBA | 8:00 am - 9:25 |
| 12-2-03 | Marian Thornton | 8:00 |
| 12-2-03 | Rev. Melvin Irwin | 8:00 A.M. - 9:25 |
| | Johnny Sybil Kilpatrick | Lamar Kilpatrick |
| 12-6-03 | Loretta Lamar | Milton Lamar |
| 12-6-03 | Paula Harris | Kenny Harris |
| 12-6-03 | Ann Howard | Kenny Harris |
| 12-6-03 | Ann Tonte | Nikole Ann |
| 12-6-03 | Chesley Days | Ronald Days |
| 12-6-03 | James Days | Ronald Days |
| 12-6-03 | Ray Kelly | B. Kelly |
| 12-6-03 | B.Mj J Jackson | Beulah M. Jackson |
| 12-6-03 | Billy J Jackson | Mary L. Green |
| 12-6-03 | Olive Horton | Chris Walker |
| 12-6-03 | Janice Grain | BJ Grain |
| 12/6/03 | MOODY CRAIG | TERRI TARLEY |
| 12/6/03 | Harvey Fort Jones | ChrCoss t |
| 12/6/03 | Mark Jones | ChrCoss |



## VISITATION LOG

| DATE VISITING | VISITOR | INMATE |
|---|---|---|
| 12/7/03 | Kenisha Russell | Kilpatrick McKinney |
| 12/7/03 | Jonathan Wilson | Kilpatrick McKinney |
| 12-7-03 | GAYLE PIERCE | ROBERT BUSSIE |
| " | FAYE BUSSIE | " |
| 12-7-03 | Virginia S. Searcy | Brandon Searcy |
| 12-7-03 | PENNA HILL | BRIAN HILL |
| 12-7-03 | Greg Varner | Noble Nixo |
| 12-9-03 | Kent Cooper - CBA | 8:00 a.m - 9:30 a.m |
| 12-9-03 | Angel Cooper - CBA | 8:00 a.m - 9:30 a.m |
| 12-9-03 | Matthew Hilyer McCall | 2:30 p.m. |
| 12-12-03 | Doug Yhee | Charles East 6-6:30 p.m. |
| 12- -03 | JoAnne Kilpatrick | John M. Kilpatrick Jr. |
| 12-13-03 | Wester Buck Kemp | Jr. Kirkpatrick |
| 12-13-03 | Edwina Owen | Dontravis Smoot |
| | | |
| 12-13-03 | Janice Gray | Billy Joe Gray |
| 12-13-03 | Bobby Jo Vincent | William Lee |
| 12-13-03 | David Lee | William Lee |
| | Jimmy Saranda Acklin | Elizabeth McCathern |
| 12/13/03 | Carrie Ingram | Brandon Searcy |
| 12-13-03 | Faye Bussie | Robert Bussie |
| 12-13-03 | Gayle Pierce | " " |
| 12-14-03 | Chesley Days | Ronald Days |
| 12-14-03 | James Days | Ronald |
| 12-14-03 | Kenisha Russell | Kilpatrick McKinney |
| 12-16-03 | Marian Thornton | CBA |
| 12-16-03 | Kay Cooper | CBA 9:00 |
| 12-16-03 | John Mark Padgett | John Holmquist / Thomas Scarborough  2:25, |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



## VISITATION LOG

| DATE VISITING | VISITOR | INMATE |
|---|---|---|
| 12-20-03 | Mike & Sybil Kirkpatrick | Johnny Kirkpatrick Jr. |
| 12-20-03 | Kayla Egren | Kenney Harris |
| 12-20-03 | Loretta Kumar | Milton Kumar |
| 12-20-03 | Kathy Smoot | Dontravus Smoot |
| | Ray Kelley | |
| | Wanda Kelley | |
| 12-20-03 | Jim Smyth | Noble I. Moore |
| 12-20-03 | Pastor Rick Jones | Johnny Kirkpatrick |
| 12-2003 | Olive Horton | Chris Walker |
| 12-20-03 | Joey Horton | Chris Walker |
| 12-20-03 | Becky Jo Vincent | Greg Dollar |
| 12-20-03 | Joan Vincent | Greg Dollar |
| 12-20-03 | Janice Gray | Billy Joe Gray |
| 12-20-03 | Kimberly Burks | Daniel C. Barnett |
| 12-20-03 | Audrey Jones | Charles East |
| 12-20-03 | Edna Parks | Jerry Tapley |
| 12-21-03 | GAYLE PIERCE | Robert Bussie |
| " | FAYE & MICK BUSSIE | " |
| 12-21-03 | James Days | Ronald Days |
| 12-21-03 | Emily Elina | Robert Bussie |
| 12-21-03 | Kenisha Russell | Kilpatrick McKinney |
| 12-21-03 | Carrie Ingram | Brandon Searcy |
| 12-21-03 | Penny Hill | Brian Hill |
| 12-22-03 | Ritchey Sr, Chum McCrary | (Bond) Lebron |
| 12-23-03 | Ray Cooper | Central Bap. Assoc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

  


## VISITATION LOG

| DATE VISITING | VISITOR | INMATE |
|---|---|---|
| Dec 03 | Johnny + Sibil Kirkpatrick ~~Ray Kelley~~ | Johnny Kirkpatrick Jr. |
| 12-26-03 | Rita Vaver | Johnny Kirkpatrick Jr |
| 12-27-03 | Bailey Jo Vincent | Greg Dellago |
| 12-27-03 | Janice Gray | Billy Joe Gray |
| 12-27-03 | Kimberly Burke | Daniel C. Barnett |
| 12- | Sandra Barnett | |
| 12-27-03 | Rodney Jones | Charles East |
| 12-27-03 | Mark Jones | Charles East |
| 12-27-03 | Johnny + Rosie Winters | Missie Hawkins |
| 12-28-03 | Dale + Janis | Robert Russell |
| 12-2-03 | Dorothy McKinney | Kilpatrick McKinney |
| 12-28-03 | Chesley Days | Ronald Days |
| 12-28-03 | James Days | Ronald Days |
| 12-30-03 | Kent Cooper   CBA | 8:00 a.m. - 9:20 a.m. |
| 12-30-03 | Angel Cooper   CBA | 8:00 a.m. - 9:25 a.m. |
| 12-30-03 | Joe Cates   CBA | 8:00 a.m. - 9:20 |
| 12/30/03 | Robin McIntyre  Atty | Kenneth Harris |
| 12/31/03 | Matt Hilyer  Clerk | |
| 1-2-04 | Rich Wydell  Bail Bondy | Carlos Hernandez |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# VISITATION LOG

| DATE VISITING | VISITOR | INMATE |
|---|---|---|
| 1-3-03 | Mike + Steve Kirkpatrick | Johnny Kirkpatrick |
| 1-3-03 | Paula + Oren Harris | Kenneth Harris |
| | Ray Kelley | |
| | Wanda Kelley | |
| 1-3-04 | Edwina Owens | Dontravis Smoot |
| 1-3-03 | Tommy Burk | John Nix |
| 1-3-03 | Bobbie Vincent | Greg Solley |
| 1-3-03 | Audrey E. Jones | Charles East |
| 1-3-03 | Mark Jones | Charles East |
| 1-3-03 | Janice Gray | Billy Joe Gray |
| 1-3-03 | Jessica & Johnny Winters | Missie Harris |
| 1-4-04 | GAYLE PIERCE | ROBERT BUSSIE |
| " | FAYE BUSSIE | " |
| 1-4-03 | CARRIE INGRAM | Brandon Searcy |
| 1-4-04 | James Days | Ronald Days |
| 1-4-04 | Wendy Whetstone | Brandon Searcy |
| 1-4-04 | Bobby Smith | Kilpatrick McKinney |
| 1-6-04 | Doe Cates | CBA |
| 1-8-04 | G.J. BURQUEZ | N/A - SVC CALL F/A |
| 1-8-04 | John Mark Padgett | James Hollingsworth to Thomas Franklin Scarbrough, Jr. |
| 1-9-04 | Thomas Radney | Brian Kelley |
| | Johnny & Sylvia Kirkpatrick | Johnny Kirkpatrick Jr. |
| | Ray Kelley | |
| | Wanda Kelley | |
| | Shane Kelley | |
| 1-10-04 | Dr. Edwina Owens | Dontravis Smoot |
| 1-10-04 | Bettye Vincent | Greg Solley |
| 1-10-04 | Janice Gray | Billy Joe Gray |
| 1-10-04 | Audrei East Jones | Charles East |
| 1-10-04 | Kimberly Burks | Daniel Barnett |
| 1-10-04 | Maylee Powell | Under Powell |
| 1-10-04 | Rick Jones | Johnny Kirkpatrick |
| 1/10/04 | Carrie Ingram | Brandon Searcy |
| 1-11-04 | GAYLE PIERCE | ROBERT BUSSIE |
| " | MICKEY BUSSIE | " |
| 1-11-04 | KANISHA RUSSELL | Kilpatrick McKinney |

## VISITATION LOG

| DATE VISITING | VISITOR | INMATE |
|---|---|---|
| 1-11-04 | Chesley Days | Ronald Days |
| 1-11-04 | James Days | Ronald Days |
| 1-13-04 | Kent Cooper        CBA | 8:00 a.m - 9:35 a.m |
| 1-13-04 | Joe 4 Cates | 8:00 Am - 9:35 a.m. |
| 1/13/04 | Bob Beal | 8:00am - 9:35a.m. |
| 1-14-04 | A.E. Jackson | David Barnitt 2:48 pm |
| 1-16-04 | Benny Jacob | Kibba |
| 1-16-04 | Robin McIntyre | Tommy Sherum |
| 1-18-04 | Sandra Barnett | Kirby Barnett |
| 1-17-04 | Cynthia Mathews | Kedric Hollenquest |
| 1-17-04 | Tawanda Mathews | Kedric Hollenquest |
| 1-17-04 | Terrence & Patricia Harrison | missie Hawkins |
| 1-1804 | Marie Price | Robert & missie |
| 1-18-04 | Jasmin Gray | Billy Joe Gray |
| 1-18-04 | James Days | Ronald Days |
| 1-18-04 | Kenisha Russell | Kilpatrick McKinney |
| 1-20-04 | Joe Cates | CBA    out 9:46 |
| 1-20-04 | Robin McIntyre | Kenneth Harris |
| 1-20-04 | Robin McIntyre | Tommy Sherum |
| 1-24-04 | Sandra Barnett | Kirby Barnett |
| 1-24-04 | Olive Horton | Chris Walker |
| 1-24-04 | Beverly A. Kilgore | David Kilgore |
| 1-24-04 | Jame Bell | Noble McNac |
| 1-24-04 | Carrie Nelson | Tommy Sherum |
| 1-24-04 | Alma Sherum | Tommy Sherum |
| 1-24-04 | Cynthia Mathews | Kedric Hollenquest |
| 1-24-04 | Tawanda Mathews | Kedric Hollenquest |
| 1-24-04 | Mary Scott | Zachary Scott |
| 1-24-04 | Sylvia Kelley | Edward Jennings |
| 1-24-04 | Mark Jones | Charles East |
| 1-25-04 | Archer East | '' '' |
| 1-25-04 | Janice Kilpatrick | Sybil |
| 1-25 | Gayle Pierce | Robert Russie |
| 1-25 | Faye Russie | '' |

# EXHIBIT JJ

# Timesheets for Al Bradley

**CORRECTIONS**
**PAYROLL SUMMARY**
**SHERIFF'S DEPARTMENT**
**COOSA COUNTY, ALABAMA**

PAY PERIOD: 11/1 – 11/14/03

| DAY/DATE | 1 S HRS | 2 S HRS | 3 M HRS | 4 T HRS | 5 W HRS | 6 T HRS | 7 F HRS | WEEKLY HOURS | 8 S HRS | 9 S HRS | 10 M HRS | 11 T HRS | 12 W HRS | 13 T HRS | F HRS | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL BRADLEY | 12 | 12 | X | X | 12 | 12 | X | (OTHER)/(OT')/(D,H&L) | X | X | 12 | 12 | X | X | 12 | 84 (OTHER)/(OT')/(D,H&L) |
| STEVE HAY | X | X | 8 | 9½ | 8 | 8 | 9½ | (OTHER)/(OT')/(D,H&L) | X | X | 8 | X | 8 | 8 | 8 | 84 (OTHER)/(OT')/(D,H&L) |
| ewayne Harris | 12 | 12 | X | X | 12 | 12 | X | (OTHER)/(OT')/(D,H&L) | X | X | 12 | 4-12 | X | X | 12 | 72 (OTHER)/(OT')/(D,H&L) |
| WENDY ROBERSON | X | X | 8 | 8 | 8 | 8 | 8 | (OTHER)/(OT')/(D,H&L) | X | X | 8 | X 4-8 | 8 | 8 | 8 | 84 (OTHER)/(OT')/(D,H&L) |
| ramon Stroud | X | X | 12 | 12 | X | X | 12 | (OTHER)/(OT')/(D,H&L) | 12 | 12 | X | X 4-12 | 12-5-12 | 12 | X | 84 (OTHER)/(OT')/(D,H&L) |
| HILLIPSCOMB | X | X | 12 | 12 | X | X | 12 | (OTHER)/(OT')/(D,H&L) | V 12 | 12 | X | X 4-12 | 12 | 12 | X | 84 (OTHER)/(OT')/(D,H&L) |

Terry Wilson

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _11/1/03_____ TO _11/7/03_____
NAME: _____Al Buckley_____

SAT/ _1_____ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

SUN/ _2_____ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

MON/ _3_____ 10-41 _off_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

TUE/ _4_____ 10-41 _off_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

WED/ _5_____ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

THU/ _6_____ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT _1.5_
RES_____

FRI/ _7_____ 10-41_____ 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

SIGNED/ _Al Buckley_____    DATE _11/7/03_____

CODES
X= OFF DAYS, REGULAR        J=JURY DUTY
V=VACATION                  L=COMPENSATORY LEAVE
S=SICK

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _11/8/03_ TO _11/14/03_
NAME: _AL Brasby_

SAT/ _8_ 10-41 _88_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

SUN/ _9_ 10-41 _88_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

MON/ _10_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

                                                    VeT Day Holiday
TUE/ _11_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT _12_
RES _____

WED/ _12_ 10-41 _88_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

THU/ _13_ 10-41 _88_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

FRI/ _14_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

SIGNED/ _Al Bradley_                    DATE _11/14/03_

X= OFF DAYS, REGULAR                  CODES
V=VACATION                            J=JURY DUTY
S=SICK                                L=COMPENSATORY LEAVE

**CORRECTIONS**
**PAYROLL SUMMARY**
**SHERIFF'S DEPARTMENT**
**COOSA COUNTY, ALABAMA**

PAYPERIOD: 11/15 - 11/28 / 03

| DAY DATE | S 15 | S 16 | M 17 | T 18 | W 19 | T 20 | F 21 | WEEKLY HOURS | S 22 | S 23 | M 24 | T 25 | W 26 | T 27 | F 28 | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAILER | HRS | HRS | HRS | HRS | HRS | HRS | HRS | | HRS | HRS | HRS | HRS | HRS | HRS | HRS | |
| AL BRADLEY | 12 | 12 | X | X | 12 | 12 | 9 | (OT) ___ (D/H&L) ___ (OTHER) ___ | X | X | 12 | 12 | X | H-8/6 | 12 | (OT) ___ (D/H&L) 13⅓ (OTHER) 84 |
| Dewayne Harris | 12 | 12 | X | X | 14 | 12 | X | (OT) ___ (D/H&L) ___ (OTHER) ___ | X | X | 12 | 12 | X | H-8/X | H-8 | (OT) ___ (D/H&L) 15½ (OTHER) 16 |
| STEVE HAY | X | X | 9½ | 9 | 8 | 8 | 9 | (OT) ___ (D/H&L) ___ (OTHER) ___ | X | X | 8 | 8 | 8 | 6 | H-12 | (OT) ___ (D/H&L) 24 (OTHER) 84 |
| HENRY ROBERTSON | X | X | 8 | 9 | 10½ | 6 | 10 | (OT) ___ (D/H&L) ___ (OTHER) ___ | X | X | 9 | 9 | 10 | 6 | H-12 | (OT) ___ (D/H&L) 24 (OTHER) 84 |
| Brandon Stroud | X | X | 12 | 12 | X | X | V-12 | (OT) ___ (D/H&L) ___ (OTHER) ___ | V-12-12 | X | X | X | 12 | 12 | H-12 | (OT) ___ (D/H&L) 86 (OTHER) 24 |
| Tim LIPSCOMB | X | X | 12 | 12 | X | X | 12 | (OT) ___ (D/H&L) ___ (OTHER) ___ | 12 | 12 | X | X | 12 | H-12 | X | (OT) ___ (D/H&L) ___ (OTHER) 24 |

Terry Wilson

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _11/15/03_ TO _11/31/03_
NAME: _Al Bradley_

SAT/ _15_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

SUN/ _16_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

MON/ _17_ 10-41 _⌀⌀_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

TUE/ _18_ 10-41 _⌀⌀_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

WED/ _19_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

THU/ _20_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

FRI/ _21_ 10-41 _⌀⌀_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

SIGNED/ _Al Bradley_              DATE _11/31/03_

CODES

X= OFF DAYS, REGULAR          J=JURY DUTY
V=VACATION                    L=COMPENSATORY LEAVE
S=SICK

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _11/22/03_ TO _11/28/03_
NAME: _____

SAT/ _22_ 10-41 _X_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

SUN/ _23_ 10-41 _X_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

MON/ _24_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

TUE/ _25_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

WED/ _26_ 10-41 _X_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES _____

THU/ _27_ 10-41 _X_ 10-42_____ CODE_____ R/HRS _12_ OT_____ _Holiday_
RES _____

FRI/ _28_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT _12_ _Holiday_
RES _____

SIGNED/ _Al Bradley_            DATE _11/58/03_

CODES
X= OFF DAYS, REGULAR        J=JURY DUTY
V=VACATION                 L=COMPENSATORY LEAVE
S=SICK

**CORRECTIONS**
**PAYROLL SUMMARY**
**SHERIFF'S DEPARTMENT**
**COOSA COUNTY, ALABAMA**

PAY PERIOD: 11/29 - 12/12/03

| JAILER | S 29 | S 30 | M 1 | T 2 | W 3 | T 4 | F 5 | WEEKLY HOURS | S 6 | S 7 | M 8 | T 9 | W 10 | T 11 | F 12 | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL BRADLEY | 12 | 12 | X | X | 12 | 12 | X | (OTHER)___ (O,H&L)___ | X | X | 12 | 12 | 8 | 8 | 12 | 53 (O,H)___ |
| STEVE HAY | X | X | 9 | 12 | 8 | 9 | 8 | (OTHER)___ (O,H&L)___ | X | X | 10½ | 11 | 8 | 8 | 8 | 84 (O,H)___ |
| Dewayne Harris | 12 | 12 | X | X | 12 | 12 | X | (OTHER)___ (O,H&L)___ | X | X | 12 | 12 | X | X | 12 | 86 (O,H)___ |
| WENDY ROBERSON | X | X | 8 | 14½ | 9 | 9 | 9 | (OTHER)___ (O,H&L)___ | X | X | 8 | 12½ | 11 | 8 | 9 | 84 (O,H)___ |
| Brandon Stroud | X | X | 12 | 12 | X | X | 12 | (OTHER)___ (O,H&L)___ | 12 | 12 | X | X | 12 | 12 | X | 84 (O,H)___ |
| Tim LIPSCOMB | X | X | 12 | 12 | X | X | 12 | (OTHER)___ (O,H&L)___ | 12 | 12 | X | X | 12 | 12 | X | 84 (O,H)___ |

Terry Wilson

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _11/29/03_ TO _12/5/03_
NAME: _____ *Al Buedly* _____

SAT/ _29_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

SUN/ _30_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

MON/ _1_ 10-41 _X_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

TUE/ _2_ 10-41 _X_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

WED/ _3_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

THU/ _4_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

FRI/ _X_ 10-41 _X_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES_____

SIGNED/ _Al Buedly_____ DATE _12/5/03_____

CODES
X= OFF DAYS, REGULAR        J=JURY DUTY
V=VACATION                  L=COMPENSATORY LEAVE
S=SICK

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _12/6/03_ TO _12/12/03_
NAME: _____

SAT/ _6_  10-41 _off_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

SUN/ _7_  10-41 _off_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

MON/ _8_  10-41 _0600_ 10-42 _1800_ CODE _____ R/HRS _12_ OT _____
RES _____

TUE/ _9_  10-41 _0600_ 10-42 _1800_ CODE _____ R/HRS _12_ OT _____
RES _____

WED/ _10_  10-41 _off_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

THU/ _11_  10-41 _off_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

FRI/ _12_  10-41 _0600_ 10-42 _1800_ CODE _____ R/HRS _12_ OT _____
RES _____

SIGNED/ _Al Bradley_                    DATE _12/12/03_

X= OFF DAYS, REGULAR            CODES
V=VACATION                     J=JURY DUTY
S=SICK                         L=COMPENSATORY LEAVE

13-12/26/03

CORRECTIONS
PAYROLL SUMMARY
SHERIFF'S DEPARTMENT
COOSA COUNTY, ALABAMA

Tony Wilson

| Name | DAY / DATE | S 13 HRS | S 14 HRS | M 15 HRS | T 16 HRS | W 17 HRS | T 18 HRS | F 19 HRS | WEEKLY HOURS | S 20 HRS | S 21 HRS | M 22 HRS | T 23 HRS | W 24 HRS | T 25 HRS | F 26 HRS | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAILER | | 12 | 12 | X | R03 | R-12 | R-12 R03 | X | (OT) ___ (D,H&L) ___ (OTHER) | X | X | 12 | 12 | X | X 7-12 | 7-12 | 8 (OT) ___ (D,H&L) ___ 24 (OTHER) |
| BRADLEY | | X | X | R03 X-12 | X-12 R-12 | X-12 R-12 R03 | X-12 R03-12 | 8 | (OT) ___ (D,H&L) ___ (OTHER) | X | 8¾ | 8¾ | 11 | 8 | X 7-8 | 7-8 | 16 (OT) 6¾ (D,H&L) ___ (OTHER) |
| TINA HAY | | X | X | X | X | 12 | 12 | X | (OT) ___ (D,H&L) ___ (OTHER) | X | X | 12 | 12 | X | X 7-12 | 12 | 24 (OT) ___ (D,H&L) ___ (OTHER) |
| Wayne Harris | | 12 | 12 | X | X | X | 12 | X | (OT) ___ (D,H&L) ___ (OTHER) | X | X | 12 | 12 | X | X 7-8 | 7-8 | 16 (OT) 04 (D,H&L) ___ (OTHER) |
| ROBINSON | | X | X | 8 | 8 | 8 | 8 | 8 | (OT) ___ (D,H&L) ___ (OTHER) | X | X | 8 | V-8V-8 | V-8V8 | X 7-12 | X 7-12 | 8V (OT) ___ (D,H&L) ___ (OTHER) |
| Aaron Stroud | | X | X | 12 | 12 | X | X | 12 | (OT) ___ (D,H&L) ___ (OTHER) | 12 | 12 | X | X | 12 | 12 7-12 | 7-12 | 8V (OT) ___ (D,H&L) ___ 24 (OTHER) |
| LIPSCOMB | | X | X | 12 | 12 | X | X | 12 | (OT) ___ (D,H&L) ___ (OTHER) | 12 | 12 | X | X | 12 | 12 | X 7-12 | 24 (OT) ___ (D,H&L) ___ (OTHER) |

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _12/13/03_ TO _12/19/03_
NAME: _Al Bradley_

SAT/ _13_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

SUN/ _14_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

MON/ _15_ 10-41 _XX_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES _____

TUE/ _16_ 10-41 _XX_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES _____

WED/ _17_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

THU/ _18_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES _____

FRI/ _19_ 10-41 _XX_ 10-42 _____ CODE_____ R/HRS_____ OT_____
RES _____

SIGNED/ _Al Bradley_                    DATE _12/19/03_

CODES
X= OFF DAYS, REGULAR          J=JURY DUTY
V=VACATION                    L=COMPENSATORY LEAVE
S=SICK

## COOSA COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS WEEKLY TIME SHEET

WEEK: _12/20/03_ TO _12/26/03_

NAME: _____

SAT/ _20_  10-41 _off_  10-42_____  CODE_____  R/HRS_____  OT_____
RES_____

SUN/ _21_  10-41 _off_  10-42_____  CODE_____  R/HRS_____  OT_____
RES_____

MON/ _22_  10-41 _0600_ 10-42 _1800_  CODE_____  R/HRS _12_  OT_____
RES_____

TUE/ _23_  10-41 _0600_ 10-42 _1800_  CODE_____  R/HRS _12_  OT_____
RES_____

WED/ _24_  10-41 _off_  10-42_____  CODE_____  R/HRS_____  OT_____
RES_____

THU/ _x_  10-41 _off_  10-42_____  CODE_____  R/HRS _12hrs Holiday_  OT_____
RES_____

FRI/ _26_  10-41 _0600_  10-42 _1800_  CODE_____  R/HRS _12_ OT _12 Holiday_
RES_____

SIGNED/ _Al Bradley_                    DATE _12/26/03_

CODES
X= OFF DAYS, REGULAR            J=JURY DUTY
V=VACATION                     L=COMPENSATORY LEAVE
S=SICK

CORRECTIONS
PAYROLL SUMMARY
SHERIFF'S DEPARTMENT
COOSA COUNTY, ALABAMA

PERIOD: 12/27 - 1/9/04

Terry Wilson

| JAILER | DAY DATE | HRS S 27 | HRS S 28 | HRS M 29 | HRS T 30 | HRS W 31 | HRS T 1 | HRS F 2 | WEEKLY HOURS | HRS S 3 | HRS S 4 | HRS M 5 | HRS T 6 | HRS W 7 | HRS T 8 | HRS F 9 | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L DUDLEY | | 12 | X | X | X | 12 | 12 | X | ___ (D,H&L) ___ (OT') ___ (OTHER) | X | X | 12 | 12 | X | X | 9 | 12 (D,H&L) (14) (OT') 86 (OTHER) |
| STEVE HAY | | X | X | 12 | 8 | 8 | 4 | 4 | ___ (D,H&L) ___ (OT') ___ (OTHER) | X | X | 8 | 8½ | 8 | 12 | N 12 | 84 (D,H&L) 12 (OT') (OTHER) |
| ewanne Harris | | 12 | 12 | X | X | X | 12 | X | ___ (D,H&L) ___ (OT') ___ (OTHER) | X | X | 12 | 12 | X | X | 12 | 12 (D,H&L) (OT') (OTHER) |
| WILKERSON | | X | X | N-8 | N-8 | N-8 | X 4-8 | N-8 | ___ (D,H&L) ___ (OT') ___ (OTHER) | X | X | 8 | 8 | 9½ | 6½ | 11 | 24 (D,H&L) 8 (OT') (OTHER) |
| randon Stroud | | X | X | 5-12 | 12 | | 4-12 | 12 | ___ (D,H&L) ___ (OT') ___ (OTHER) | | | | | | | | 84 (OT') (OTHER) |
| T LIPSCOMB | | X | X | 12 | 12 | X | X | 12 | ___ (D,H&L) ___ (OT') ___ (OTHER) | 12 | 12 | X | X | 12 | 12 | X | 12 (OTHER) |

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _12/27/03_ TO _01/2/04_
NAME: _Al Bradley_

SAT/ _27_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

SUN/ _28_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

MON/ _29_ 10-41 _OFF_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

TUE/ _30_ 10-41 _OFF_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

WED/ _31_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT_____
RES_____

THU/ _1_ 10-41 _0600_ 10-42 _1800_ CODE_____ R/HRS _12_ OT _12 holiday_
RES_____

FRI/ _2_ 10-41 _OFF_ 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

SIGNED/ _Al Bradley_ DATE _1/2/04_

X= OFF DAYS, REGULAR          CODES
V=VACATION                        J=JURY DUTY
S=SICK                            L=COMPENSATORY LEAVE

## COOSA COUNTY SHERIFF'S DEPARTMENT
### CORRECTIONS WEEKLY TIME SHEET

WEEK: _1/3/04_ TO _1/09/04_
NAME: _____

SAT/ _3_ 10-41 _X_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

SUN/ _4_ 10-41 _X_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

MON/ _5_ 10-41 _0600_ 10-42 _1800_ CODE _____ R/HRS _12_ OT _____
RES _____

TUE/ _6_ 10-41 _0600_ 10-42 _1800_ CODE _____ R/HRS _12_ OT _____
RES _____

WED/ _7_ 10-41 _X_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

THU/ _8_ 10-41 _X_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

FRI/ _9_ 10-41 _____ 10-42 _____ CODE _V_ R/HRS _____ OT _____
RES _____

SIGNED/ _H Bradley_                    DATE _1/9/04_

X= OFF DAYS, REGULAR          CODES
V=VACATION                    J=JURY DUTY
S=SICK                        L=COMPENSATORY LEAVE

**CORRECTIONS PAYROLL SUMMARY**
**SHERIFF'S DEPARTMENT**
**COOSA COUNTY, ALABAMA**

PAY PERIOD: 11/10/04 - 11/23/04

| JAILER | DAY DATE | S 10 | S 11 | M 12 | T 13 | W 14 | T 15 | F 16 | S 17 | S 18 | M 19 | T 20 | W 21 | T 22 | F 23 | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | | | | | | | | | | | | | | | |
| AL Bradley | | √-12 | √-12 | X | X | √-12 | √-12 | X | X | X | H-12 √-12 | √-12 | X | X | √-12 | 84 (OT), 12 (OTHER) |
| Janet Calfee | | F-12 | 12 | X | X | 12-3 S-9 S-12 | X | X | X | X | H-12 X | 13 | 12 | X | 3 | 57 (D,H&L), 12 (OTHER) |
| Aaron Green | | X | X | X | X | 13 | 12 | 9 | 12 | 12 | H-12 12 12 | 13 | 12 | X | X | 74 (D,H&L), 80 (OT), 12 (OTHER) |
| Steve Hay | | X | X | 12 | 6 | 10 | X | 5 | X | X | H-12 12 | 8 | 8 | 12 | X | 80 (OT), 12 (OTHER) |
| Dana Harris | | X | X | 12 | 12 | X | 12 X | 12 | 12 | 12 | X | X | 12 | 12 | X | 10 (OT), 12 (OTHER) |
| | | | | | | | | | | | | | | | | 12 (OT), 12 (OTHER) |

**CODES:**
ON DUTY: NO. HRS
OFF DAY: X
HOLIDAY: H
LEAVE: V (VACATION -hrs.)
S- (SICK -hrs.)
F- (FUNERAL -hrs.)
J- (JURY DUTY -hrs.)
C- (COMPENSATORY -hrs.)

**NOTES:**
1- To select compensatory time in lieu of pay, circle the overtime hours (example - ⑧OT)

**REMARKS:**
1.
2.
3.
4.

SHERIFF

## COOSA COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS WEEKLY TIME SHEET

WEEK: 1/10/04 TO 1/16/04

NAME: _____

SAT/ 10 10-41_____ 10-42_____ CODE V R/HRS_____ OT_____
RES_____

SUN/ 11 10-41_____ 10-42_____ CODE V R/HRS_____ OT_____
RES_____

MON/ 12 10-41 8/8 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

TUE/ 13 10-41 8/8 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

WED/ 14 10-41_____ 10-42_____ CODE V R/HRS_____ OT_____
RES_____

THU/ 15 10-41_____ 10-42_____ CODE V R/HRS_____ OT_____
RES_____

FRI/ 16 10-41 8/8 10-42_____ CODE_____ R/HRS_____ OT_____
RES_____

SIGNED/ _Bradley_          DATE 1/16/04

CODES

X= OFF DAYS, REGULAR          J=JURY DUTY
V=VACATION                    L=COMPENSATORY LEAVE
S=SICK

COOSA COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS WEEKLY TIME SHEET

WEEK: _1/17/04_ TO _1/23/04_

NAME: _____

SAT/ _17_ 10-41 _8_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

SUN/ _18_ 10-41 _8_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

MON/ _19_ 10-41 _____ 10-42 _____ CODE _✓_ R/HRS _____ OT _____  _12 hrs M.L.King Day_
RES _____

TUE/ _20_ 10-41 _____ 10-42 _____ CODE _✓_ R/HRS _____ OT _____
RES _____

WED/ _21_ 10-41 _8_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

THU/ _22_ 10-41 _8_ 10-42 _____ CODE _____ R/HRS _____ OT _____
RES _____

FRI/ _23_ 10-41 _____ 10-42 _____ CODE _✓_ R/HRS _____ OT _____
RES _____

SIGNED/ _Al Bradley_                    DATE _1/23/04_

CODES
X= OFF DAYS, REGULAR        J=JURY DUTY
V=VACATION                 L=COMPENSATORY LEAVE
S=SICK