# EXHIBIT KK

# Deposition of Raymond Kelley

# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3    NORTHERN DIVISION
4
5    CASE NUMBER: 2:05-CV-1150-T
6    DANIEL BRYAN KELLEY,
7        Plaintiff,
8        vs.
9    RICKY OWENS, ET AL.,
10        Defendants.
11
12    S T I P U L A T I O N
13        IT IS STIPULATED AND AGREED by and
14    between the parties through their respective
15    counsel, that the deposition of Raymond
16    Kelley may be taken before Sara Mahler, CSR,
17    at the Coosa County Courthouse, at 100 Main
18    Street, Rockford, Alabama 35136, on the 24th
19    day of September, 2007.
20
21
22    DEPOSITION OF RAYMOND KELLEY
23

Page 2

1        IT IS FURTHER STIPULATED AND
2    AGREED that the signature to and the reading
3    of the deposition by the witness is waived,
4    the deposition to have the same force and
5    effect as if full compliance had been had
6    with all laws and rules of Court relating to
7    the taking of depositions.
8        IT IS FURTHER STIPULATED AND
9    AGREED that it shall not be necessary for
10    any objections to be made by counsel to any
11    questions except as to form or leading
12    questions, and that counsel for the parties
13    may make objections and assign grounds at
14    the time of the trial, or at the time said
15    deposition is offered in evidence, or prior
16    thereto.
17        IT IS FURTHER STIPULATED AND
18    AGREED that the notice of filing of the
19    deposition by the Commissioner is waived.
20
21    * * * * * * * * * * * * *
22
23

Page 3

1    * * * * * * * * * * * *
2    I N D E X
3    EXAMINATION
4                PAGE
5    By Ms. McDonald .................... 6
6    By Mr. Willford ................... 98
7
8    (No exhibits were marked)
9
10    * * * * * * * * * * * *
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3    NORTHERN DIVISION
4
5    CASE NUMBER: 2:05-CV-1150-T
6    DANIEL BRYAN KELLEY,
7        Plaintiff,
8        vs.
9    RICKY OWENS, ET AL.,
10        Defendants.
11
12    BEFORE:
13        SARA MAHLER, Commissioner.
14    APPEARANCES:
15        RICHARD STOCKHAM, ESQUIRE, of
16    STOCKHAM, CARROLL & SMITH, 2204 Lakeshore
17    Drive, Suite 114, Birmingham, Alabama 35209,
18    appearing on behalf of the Plaintiff.
19        KRISTI MCDONALD, ESQUIRE, of
20    MCDONALD & MCDONALD, 1005 Montgomery
21    Highway, Birmingham, Alabama 35216,
22    appearing on behalf of the Defendants, Wendy
23    Roberson, Terry Wilson, Al Bradley.

1 (Pages 1 to 4)

# FREEDOM COURT REPORTING

Page 5

1 APPEARANCES (Continued):
2     GARY L. WILLFORD, JR., ESQUIRE, of
3 WEBB & ELEY, 7475 Halcyon Pointe Road,
4 Montgomery, Alabama 36124, appearing on
5 behalf of the Defendant, Ricky Owens.
6     ALSO PRESENT: MARY WANDA KELLEY
7         TERRY WILSON
8     * * * * * *
9
10     I, SARA MAHLER, CSR, a Court
11 Reporter of Wetumpka, Alabama, acting as
12 Commissioner, certify that on this date, as
13 provided by the Federal Rules of Civil
14 Procedure and the foregoing stipulation of
15 counsel, there came before me at the Coosa
16 County Courthouse, 100 Main Street,
17 Rockford, Alabama 35136, beginning at 10:00
18 a.m., Raymond Kelley, witness in the above
19 cause, for oral examination, whereupon the
20 following proceedings were had:
21     RAYMOND KELLEY,
22 being first duly sworn, was examined and
23 testified as follows:

Page 6

1     COURT REPORTER: Usual
2 stipulations?
3     MS. MCDONALD: That's great.
4     MR. WILLFORD: That's fine.
5     EXAMINATION
6 BY MS. MCDONALD:
7     Q. Mr. Kelley, I've introduced
8 myself to you before, I'm Kristi McDonald.
9 I represent Terry Wilson and Al Bradley and
10 Wendy Roberson in this lawsuit that's been
11 filed by your son against them.
12     Have you ever given a
13 deposition before?
14     A. No, ma'am.
15     Q. You were present when your son
16 testified and when your wife testified;
17 correct?
18     A. Yes, ma'am.
19     Q. So you kind of know how this
20 works a little bit?
21     A. My son, but not my wife.
22     Q. I'm just going to ask you some
23 questions today. If I ask you a question

Page 7

1 that doesn't make sense, and that is a
2 possibility, just feel free to tell me that
3 you didn't understand or it didn't make
4 sense to you. And I'll try to rephrase it
5 or we'll try to figure it out where it can
6 make sense.
7     If you need to take a break at
8 any time, just let me know, and I'll be more
9 than happy to stop and let you get up when
10 you need to, okay?
11     A. Yes, sir.
12     Q. How old are you, Mr. Kelley?
13     A. Fifty-seven.
14     Q. What is your full name?
15     A. Melvin Ray Kelley.
16     Q. And you go by Ray; is that
17 correct?
18     A. Yes, ma'am.
19     Q. What is your date of birth?
20     A. 12/29/49.
21     Q. Where do you currently live,
22 Mr. Kelley?
23     A. 800 Pineview Lane.

Page 8

1     Q. And is that in --
2     A. Sylacauga.
3     Q. -- Sylacauga. How long have
4 you lived at that address?
5     A. Ten years.
6     Q. Who resides at that address
7 with you?
8     A. Me and my wife.
9     Q. Okay. Is Bryan currently
10 living with you?
11     A. No, ma'am.
12     Q. Where is he currently?
13     A. He's currently in Ensley.
14     Q. What is he doing in Ensley?
15     A. It's a halfway home.
16     Q. Do you know the name of the
17 facility where he's currently residing?
18     A. It's something like Christian
19 Academy.
20     Q. How long has he been there?
21     A. For about six months.
22     Q. And before living at the
23 address in Sylacauga, did you live here in

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 9

1    Coosa County?
2        A.    Yes, ma'am.
3        Q.    Okay.  Are you currently
4    employed Mr. Kelley?
5        A.    No, ma'am.
6        Q.    How long has it been since you
7    worked?
8        A.    1997, I believe it was.
9        Q.    And when you were currently
10   employed, who were you employed with?
11       A.    Kelley's Roofing and
12   Construction.
13       Q.    Did you own that construction
14   company, Mr. Kelley?
15       A.    Yes, ma'am.
16       Q.    It's Kelley's Roofing and
17   Construction?
18       A.    Yes, ma'am.
19       Q.    Is that business still in
20   existence?
21       A.    No, ma'am.
22       Q.    Did something happen in 1997
23   where you stopped working?

Page 10

1        A.    I had two massive heart
2    attacks.
3        Q.    Are you currently on social
4    security disability?
5        A.    Yes, ma'am.
6        Q.    Do you have any other health
7    problems, currently, Mr. Kelley?
8        A.    Not at the moment.
9        Q.    Okay.  Are you on any type of
10   medication today?
11       A.    I'm on Plavix and Lexapro.
12       Q.    And now I'm not a doctor, but
13   my understanding of those medicines, they
14   don't have any side effects that would
15   prevent you from testifying today?
16       A.    No.
17       Q.    Okay.  Do you have any memory
18   problems?
19       A.    No, ma'am.
20       Q.    And either one of these
21   medications affect your memory?
22       A.    No, ma'am.
23       Q.    How long did you own Kelley's

Page 11

1    Roofing and Construction Company?
2        A.    Since -- I was in business for
3    thirty-five years.
4        Q.    Sir?
5        A.    I started it in 19- -- going
6    back thirty-five years.
7        Q.    I won't make you do math this
8    morning.
9        A.    That's what I was trying to
10   figure out in my mind.
11       Q.    I won't make you go back and
12   do that.  So, after your heart attacks you
13   haven't done any work; correct?
14       A.    No, ma'am.
15       Q.    Okay.  In April of this year,
16   when we took your son Bryan's deposition, he
17   was living at home with y'all; is that
18   right?
19       A.    Yes, ma'am.
20       Q.    When was the last time he was
21   at home?
22       A.    It's been -- it's been 2005,
23   to the best of my ability.

Page 12

1        Q.    2005 is when he moved back in
2    with y'all?
3        A.    No, ma'am.  He was released
4    from -- he OS'd from prison, and he come to
5    live with us.  And then we put him -- We
6    started putting him in mentally ill homes.
7        Q.    Beginning in 2005?
8        A.    Yes, ma'am.
9        Q.    What homes did you put him in?
10       A.    There was four.
11       Q.    Okay.  Which ones were they,
12   Mr. Kelley?
13       A.    One in Anniston and three in
14   Birmingham.
15       Q.    Do you remember the name of
16   the one in Anniston?
17       A.    City of Hope, I believe it
18   was.
19       Q.    And then what about the ones
20   in Birmingham?
21       A.    All three in the Birmingham
22   was UAB affiliated, and one was Christian
23   Academy and one was Northside, I can't

3 (Pages 9 to 12)

# FREEDOM COURT REPORTING

Page 13

1   remember the exact name of it. And two was
2   on north side -- all three of them was on
3   north side.
4       Q.   Okay. Is the --
5       A.   All of them were Christian
6   Academy.
7       Q.   The one where Bryan is
8   currently residing, is that affiliated with
9   UAB as well?
10      A.   Yes, ma'am.
11           MR. WILLFORD: Mr. Kelley, I
12  hate to interrupt, I'm having some
13  difficulty hearing you down here. We've got
14  traffic going in and out, and it's hard for
15  me to hear you.
16           THE WITNESS: Yes, sir.
17      Q.   You said after he got released
18  in 2005 from prison, he came back home?
19      A.   Yes, ma'am.
20      Q.   Did something happen after he
21  got back home that made y'all realize that
22  he didn't need to live with you?
23      A.   Yes, ma'am.

Page 14

1       Q.   Can you tell me what that was?
2       A.   One evening about four
3   o'clock, he come out of his bedroom, and he
4   had a blank stare in his eyes; he wasn't
5   looking at anything or anybody. He sat down
6   in the floor, he picked up one of the -- We
7   have a little applehead Chihuahua -- a lot
8   of little toys that the puppy played with.
9   And he picked that toy up and started
10  beating it against the floor and beating it
11  and hitting on it and hollering. I'm not a
12  queer, Al Bradley. I'm not a queer, Al
13  Bradley. Leave me alone. Leave me alone Al
14  Bradley. I'm not a queer.
15           And this went on for two
16  hours. I sat down with him and got him by
17  the hands, and I finally talked him out of
18  it to the point to where he realized what he
19  was doing. And he looked at me, and he
20  said, Daddy, what are we doing sitting in
21  the floor. And what are we doing holding
22  each other's hands. I said, can't I hold
23  your hand. And he said, yeah, but what are

Page 15

1   we doing sitting in the floor. I said, you
2   just didn't know what you was doing, Son.
3       Q.   And after that, y'all -- Who
4   did you contact about getting him some help?
5       A.   Cheaha Mental Health.
6       Q.   Is there somebody there at
7   Cheaha?
8       A.   We took him to -- We made an
9   appointment with Dr. Faber, Dr. David Faber.
10  We took him to see Dr. David Faber. And we
11  went in with him. And the first words that
12  Dr. Faber said, and if you'll excuse my
13  language, he said, what son of a bitch has
14  done this to this boy.
15      Q.   Did y'all attend the session
16  that Bryan had with Dr. Faber that day, the
17  first day he met with him?
18      A.   Yes, ma'am.
19      Q.   What do you recall Bryan
20  telling Dr. Faber the very first time you
21  met with him?
22      A.   He went through the details of
23  what happened to him in the Coosa County

Page 16

1   Jail.
2       Q.   Can you tell me specifically
3   what details he provided to the doctor?
4       A.   He told Al Bradley, at night,
5   he would sit and wait on the click, because
6   he knew at night if he ever heard that key
7   click, that Al Bradley was coming -- was
8   going to come in there and beat him, him and
9   another deputy, onlyest thing that he could
10  prescribe about the other deputy was he wore
11  a speed holster and he could see the man did
12  not intentionally want to do it. But Al
13  Bradley made him hold him while he kicked
14  him in the testicles, while he kicked him in
15  the side, kicked two of his teeth out. He
16  kicked him in the testicles to where he was
17  urinating blood.
18      Q.   Anything else that you recall
19  that you told Dr. Faber that day?
20      A.   He said that he had begged for
21  water, and they wouldn't give him any water.
22  He said that they made him sleep on the
23  floor. They wouldn't -- There's a slab at

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 17

1　the back of the hole, what they call the
2　hole, and they would give him a two-inch mat
3　at night to sleep on right next to the hole
4　where he urinated and feced in. And they
5　wouldn't let him sleep on -- put his mat up
6　on that slab because Ricky Owens was scared
7　he would fall off and hurt himself.
8　　　　He said that Al Bradley had
9　tried to stick a broom stick up his rectum.
10　Had hit him several -- beat him several
11　occasions with a hose pipe that had black
12　duct tape on it that was about four to five
13　foot long.
14　　　Q.　All this he related to
15　Dr. Faber when he first saw him?
16　　　A.　Yes, ma'am.
17　　　Q.　What did Dr. Faber recommend
18　that y'all do?
19　　　A.　He put him on several
20　different kinds of medication and had us to
21　preadmit him to Hillcrest Hospital.
22　　　Q.　Is Dr. Faber on staff at
23　Hillcrest?

Page 18

1　　　A.　No, ma'am. He's retired, and
2　he sees just a very few people. But after
3　he heard Bryan's story, he continued to see
4　Bryan.
5　　　Q.　And I'll come back to this,
6　but let me ask you this: In April after we
7　deposed Bryan, did he have any more problems
8　with the law?
9　　　A.　Yes, ma'am.
10　　　Q.　Okay. And is that why he is
11　currently being housed in Ensley?
12　　　A.　He was released to Ensley
13　on -- He had a car wreck, and they brought
14　first degree assault charges against him.
15　And --
16　　　Q.　Is that the car wreck -- Let
17　me make sure that you and I are kind of on
18　the same page so I don't get confused. That
19　is the car wreck he had last November?
20　　　A.　Yes, ma'am.
21　　　Q.　And who brought the charges
22　against him? Which city or which
23　department?

Page 19

1　　　A.　Sylacauga.
2　　　Q.　Okay. And he was charged with
3　first degree assault?
4　　　A.　Yes, ma'am.
5　　　Q.　Did he plead guilty?
6　　　A.　No, ma'am. It hasn't ever
7　come to court.
8　　　Q.　After his deposition in
9　April -- the first of April of this year,
10　did something happen to make Sylacauga come
11　and pick him up?
12　　　A.　Yes, ma'am. The car wreck.
13　　　Q.　They charged him with the car
14　wreck then?
15　　　A.　No, ma'am. It was two
16　weeks -- three weeks later.
17　　　Q.　Okay.
18　　　A.　No. It was -- I'm sorry. It
19　was three months later because he stayed in
20　a coma for -- on life support for three
21　weeks, and then they kept him another three
22　or four weeks there at UAB because he was --
23　he died three times.

Page 20

1　　　Q.　At some point though, charges
2　were brought against him by the City of
3　Sylacauga?
4　　　A.　Yes, ma'am.
5　　　Q.　Okay. And did he get out on
6　bond after he was arrested?
7　　　A.　Yes, ma'am. Yes, ma'am.
8　　　Q.　Who posted bond?
9　　　A.　I did.
10　　　Q.　Do you remember what his bond
11　was, Mr. Kelley?
12　　　A.　Fifty thousand.
13　　　Q.　All right. When did you post
14　the bond for him?
15　　　A.　Same day that he was arrested.
16　　　Q.　Okay. And at some point was
17　the bond revoked?
18　　　A.　Yes, ma'am.
19　　　Q.　Did something happen to cause
20　his bond to be revoked?
21　　　A.　He left the hospital without
22　their knowledge, and Judge Bo Hollingsworth
23　revoked it.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 21

1    Q.    What hospital was he in where
2  he left without permission?
3    A.    UAB.
4    Q.    To your knowledge, has he had
5  any other charges brought against him since
6  April of this year?
7    A.    No, ma'am. Just the car wreck
8  is the only thing that he's had.
9    Q.    And when his bond was revoked,
10  did he go back to Sylacauga jail?
11    A.    Yes, ma'am. And they
12  transferred him to Talladega jail.
13    Q.    They transferred him to
14  Talladega County?
15    A.    Yes, ma'am.
16    Q.    When did he go to this halfway
17  house?
18    A.    About a week later.
19    Q.    And is Judge Hollingsworth the
20  one that made that call for him to be
21  transferred to rehab?
22    A.    Judge Hollingsworth, yes,
23  ma'am.

Page 22

1    Q.    Who is representing Bryan on
2  the assault charges?
3    A.    Mr. Luker.
4    Q.    Out of Birmingham?
5    A.    Yes, ma'am.
6    Q.    Do you know if that case is
7  currently set for trial?
8    A.    No, ma'am, it's not.
9    Q.    Has there been another lawsuit
10  filed against Bryan as a result of that
11  accident?
12    A.    Yes, ma'am. Of damages due to
13  her car.
14    Q.    Okay. Do you know what the
15  status is of that lawsuit?
16    A.    Ma'am?
17    Q.    Do you know what the status of
18  that lawsuit is?
19    A.    No, ma'am.
20    Q.    Other than -- Let's see.
21  Bryan has been in Sylacauga in jail and
22  Talladega County in jail and then is it --
23    A.    It's all related to the car

Page 23

1  wreck.
2    Q.    But since April of this year,
3  since we took his deposition, he's been in
4  Talladega and Sylacauga and then this rehab
5  facility?
6    A.    Yes, ma'am.
7    Q.    Anywhere else that he has been
8  housed that you are aware of?
9    A.    Like I said, there was three
10  in Birmingham, but I can't recall their
11  names.
12    Q.    But just since April of this
13  year.
14    A.    April of this year, he's been
15  at the City of Hope, I believe it is.
16    Q.    Okay. So he has not lived
17  with y'all since April of this year;
18  correct?
19    A.    No, ma'am.
20    Q.    Okay.
21    A.    No, ma'am.
22    Q.    Do you know how long he is
23  scheduled to be in the rehab facility in

Page 24

1  Ensley?
2    A.    Until they bring him back
3  every month and Mr. Hollingsworth does an
4  assessment on him. So, no, ma'am, I don't
5  have any idea.
6    Q.    Okay.
7    A.    Because he's not capable of
8  being under the pressure of a trial.
9    Q.    Is Bryan married?
10    A.    Yes, ma'am.
11    Q.    Okay. When did he get
12  married?
13    A.    Bryan married when he was
14  nineteen years old.
15    Q.    Okay. And how long did he
16  stay married to his first wife?
17    A.    Six years.
18    Q.    When did he marry again?
19    A.    He's never married again.
20    Q.    So he's currently not married,
21  correct?
22    A.    No, ma'am.
23    Q.    The marriage you have with

6  (Pages 21 to 24)

# FREEDOM COURT REPORTING

Page 25

1 Mrs. Kelley, is that the only marriage
2 you've had?
3    A.    Yes, ma'am.
4    Q.    Okay.  And do you have any
5 children other than Bryan and his brother?
6    A.    Yes, ma'am.
7    Q.    You do.  How many other
8 children do you have?
9         Do you have any other children
10 other than Bryan and his brother?
11    A.    No, ma'am.
12    Q.    Just the two boys?
13    A.    Two boys.
14    Q.    And your other son's name?
15    A.    Shannon Ray.
16    Q.    Where does Shannon live?
17    A.    He lives on Coleman Bridge
18 Road, 1129 Coleman Bridge Road.
19    Q.    Mr. Kelley, when was the first
20 time you can remember Bryan using either
21 alcohol or drugs?
22    A.    Alcohol, when he was about
23 eighteen; drugs, when he was thirty-five.

Page 26

1    Q.    Okay.  Eighteen, would he have
2 been a senior in high school?
3    A.    Yes, ma'am.
4    Q.    And to your knowledge, that
5 was the first time when he started drinking?
6    A.    Well, he probably didn't
7 drink -- He had went to a party, and he come
8 home messed up, and that was the only time I
9 ever knew him to drink.
10    Q.    After that, did he start
11 drinking regularly?
12    A.    No, ma'am.
13    Q.    Do you know?
14    A.    No, ma'am.
15    Q.    Was he living with y'all that
16 year?
17    A.    Yes, ma'am.  He lived with us
18 until he went into the military.
19    Q.    How old was he when he went
20 into the military?
21    A.    Nineteen.
22    Q.    Okay.  So he graduated from
23 high school and then lived with y'all for

Page 27

1 about a year?
2    A.    Yes, ma'am.
3    Q.    Okay.  And when was the next
4 time that you knew he was drinking?
5    A.    He didn't.
6    Q.    Didn't drink during that year,
7 eighteen to nineteen?
8    A.    No, ma'am.
9    Q.    Okay.  And did he drink after
10 he got home from the military?
11    A.    Yes, ma'am, on occasion.
12    Q.    Okay.
13    A.    They were going fishing or
14 something like that.
15    Q.    How long was he in the
16 military?
17    A.    He broke his back in the
18 military, he was in basic training.  He had
19 three hundred and sixty-five days of --
20 three hundred sixty-seven days of active
21 duty.
22    Q.    Before he broke his back?
23    A.    No, ma'am.  He broke his back

Page 28

1 military -- I mean in the basic training,
2 and they give him an honor --
3    Q.    Honorable discharge?
4    A.    Honorable discharge.  And then
5 he went into the National Guard and served
6 out two years, I think it was, with the
7 National Guard there in Sylacauga.
8    Q.    Okay.  And during the time he
9 was in the National Guard, was he living
10 with you?
11    A.    No, ma'am.
12    Q.    Who was he living with then?
13    A.    He had his own home.
14    Q.    Was he married?
15    A.    Yes, ma'am.
16    Q.    When was the -- I guess, the
17 first time you realized Bryan started
18 drinking more regularly?
19    A.    When he joined the National
20 Guard, they drank quite frequently.  Top as
21 they called him, would have parties at his
22 house.  Top, that's what you call the man
23 that's in charge of the whole unit.

7  (Pages 25 to 28)

# FREEDOM COURT REPORTING

Page 29

1     **Q.**    So they would start having
2 parties and would drink?
3     A.   Yes, ma'am. They'd have one a
4 month.
5     **Q.**    Up until that time, had you
6 ever thought Bryan had an alcohol problem?
7     A.   No.
8     **Q.**    I know he already graduated
9 from high school, but did you have any
10 problems with him while he was in school?
11     A.   No, ma'am. Bryan was a
12 perfect student. Never once called to
13 school because of any trouble Bryan had got
14 into.
15     **Q.**    Any problems with his grades?
16     A.   No, ma'am.
17     **Q.**    What kind of student was he?
18     A.   He was excellent.
19     **Q.**    Did you have any problems with
20 him fighting?
21     A.   No, ma'am. Bryan would walk
22 away from a fight.
23     **Q.**    When would you say was the

Page 30

1 first time that his drinking caused him any
2 problems?
3     A.   When he was thirty-two, if my
4 memory serves me right. They used to have a
5 pool tournament at Ogle's Paint and Body
6 Shop. He couldn't have -- He played until
7 10 o'clock -- ten minutes until ten, so, no,
8 he wasn't drinking. And he wanted to go
9 down there and shoot in that tournament. He
10 left the house at ten minutes to ten, he got
11 back at the house at fifteen minutes after
12 ten and said -- said we've been in a fight
13 with Rodney, that's my nephew.
14     They said he was drinking, but
15 he was not drinking a drop when he left my
16 house, because we had been sitting there
17 playing Monopoly for about three hours.
18     **Q.**    Bryan's date of birth is 1971?
19     A.   Yes, ma'am.
20     **Q.**    So you said the first time --
21 How old is he now? Let's see?
22     A.   He's thirty-six.
23     **Q.**    Thirty-six. So let me make

Page 31

1 sure I understand. You said to your
2 knowledge he didn't have a problem with
3 alcohol until he was thirty-two; is that
4 right? He was thirty-two years old?
5     A.   Yes, ma'am -- Well, when he
6 joined the National Guard, they would have
7 those parties. But as far as drinking, he
8 worked with me and, no, I didn't allow no
9 drinking.
10     **Q.**    So you never had any problems
11 with him -- You were his boss, huh?
12     A.   No problem drinking.
13     **Q.**    No drinking on the job?
14     A.   You keep your shirts and
15 clothes on. Our business was based on
16 Christian owned, Christian run.
17     **Q.**    Did you advertise that way?
18     A.   Yes, ma'am. He was in church
19 every Sunday and every Wednesday.
20     **Q.**    Where did y'all go to church?
21     A.   Stewartville Church of God.
22     **Q.**    Where is that?
23     A.   In Stewartville, about five

Page 32

1 miles up the road.
2     **Q.**    Okay. And I guess he went to
3 church with y'all up until the point he
4 graduated from high school?
5     A.   Until he went into the
6 military.
7     **Q.**    Until the military. Up until
8 he went into the military, had he ever had
9 any problems with the law?
10     A.   No, ma'am.
11     **Q.**    No DUIs?
12     A.   Huh-uh.
13     **Q.**    No assault or fighting to your
14 knowledge?
15     A.   Huh-uh.
16     **Q.**    You've got to answer out loud.
17     A.   No.
18     **Q.**    How old was Bryan when he went
19 to work for you, Mr. Kelley?
20     A.   When he come back from basic
21 training, he couldn't do anything for a year
22 and a half, and then when he got to the
23 point to where he could maneuver around a

8 (Pages 29 to 32)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 33

1  little bit, he was allowed to make so much
2  over his disability. And when he ran that
3  out, he had to, you know -- to the point to
4  where he couldn't work no more.
5      Q.    So he would just work for you
6  to make enough money to supplement his
7  disability?
8      A.    Yes, ma'am.
9      Q.    Okay. And did he work for
10  you, I guess, kind of part time until you
11  closed your business in 1997?
12      A.    Other than when he was
13  incarcerated.
14      Q.    Had he been incarcerated prior
15  to the time you closed your business?
16      A.    Well, he was incarcerated when
17  I had the heart attack.
18      Q.    Okay. What had happened to
19  cause him to be incarcerated?
20      A.    The night that he left the
21  house that we were playing the game, he went
22  to Ogle's Body Shop. Rodney Smith is a
23  nephew of mine, and Rodney Smith worked for

Page 34

1  me too. And they started out practical
2  joking, and it escalated to the point to
3  where they got mad at each other. And at 10
4  o'clock Rodney Smith showed up at the Ogle's
5  Paint and Body Shop and stood in the door
6  with his arms crossed. And Bryan tried to
7  get out, and the fight started.
8      But on the witness stand, the
9  doctor report plainly stated that it was an
10  abrasion. They found the knife in the
11  parking lot the next day and they said that
12  Bryan had cut him. They brought first
13  degree charges -- first degree assault
14  charges against him on that. He ended up
15  spending five years in the penitentiary.
16      Q.    So Rodney Smith pressed
17  charges against him?
18      A.    Yes, ma'am.
19      Q.    What county?
20      A.    Coosa.
21      Q.    Coosa?
22      A.    That was when --
23      Q.    Okay. Was this in 2003?

Page 35

1      A.    It was about that time.
2      Q.    Okay.
3      A.    2002 or 2003.
4      Q.    I'm a little confused on my
5  dates, so just forgive me here. When
6  Bryan -- When they had this -- he and
7  Mr. Smith had this altercation, up until
8  that point, had Bryan ever been
9  incarcerated?
10      A.    Yes, ma'am.
11      Q.    Okay. When was the first time
12  you recall him being incarcerated?
13      A.    The first time was probably
14  when he was thirty.
15      Q.    And do you know what he was
16  incarcerated for?
17      A.    I believe it was for alluding.
18  I'm not sure about that now.
19      Q.    When was the first time Bryan
20  received any kind of rehab treatment?
21      A.    Rehab treatment? When they
22  would -- Really basic psychiatry treatment
23  was when he was released from, he was

Page 36

1  released -- when he OS'd from Bullock.
2  That's a mental department for the --
3      Q.    Right. But all through high
4  school, him growing up, had he ever been
5  diagnosed as having any kind of mental
6  illness?
7      A.    No, ma'am.
8      Q.    Had y'all ever taken him to a
9  psychiatrist or psychologist?
10      A.    No, ma'am.
11      Q.    Received any counseling?
12      A.    No, ma'am.
13      Q.    Did he take any type of
14  medication regularly growing up?
15      A.    No, ma'am.
16      Q.    Make sure I understand: To
17  your knowledge, he did not see a
18  psychiatrist or psychologist until he was
19  released from prison?
20      A.    From Bullock.
21      Q.    Up until that time y'all
22  didn't have to take him anywhere for any
23  kind of treatment for him?

9 (Pages 33 to 36)

# FREEDOM COURT REPORTING

Page 37

1    A.    No, ma'am.
2    Q.    Okay. And he would have been
3 released in 2005 from Bullock?
4    A.    I believe it was 2005.
5    Q.    All right. He was put in
6 Coosa County Jail in 2003, in November of
7 2003, does that sound right to you?
8    A.    No, ma'am. Because he done
9 the whole five years that the judge ordered
10 him to do, and they kept him here in Coosa
11 County Jail for a certain amount of time.
12 And then he went into liver and kidney
13 failure, transferred to Russell Hospital.
14 And then when he was released from there,
15 they transferred him to Clay County jail;
16 and then from Clay County jail, he stayed
17 over there about six or eight months; and
18 then they sent him -- he asked to be sent on
19 to prison.
20    Q.    All right. I may be a little
21 bit confused, but I'm trying to figure
22 out -- Y'all didn't have any problems with
23 him while he was in high school; right?

Page 38

1    A.    Right.
2    Q.    Y'all didn't have any problems
3 with him when he was in high school.
4    A.    Yeah.
5    Q.    No problems, great kid, easy?
6    A.    Yes.
7    Q.    And then he gets out and he
8 joins the military?
9    A.    Yes, ma'am.
10    Q.    And y'all didn't have any
11 problems with him up until that point;
12 right?
13    A.    Right.
14    Q.    And then when he got home
15 after he had broken his back, and he got in
16 the National Guard is when you first noticed
17 he was drinking regularly?
18    A.    Well, it wasn't regularly. It
19 was when Top would throw a party, he would
20 get intoxicated. And, you know, I'd see him
21 every once in a while with a six-pack of
22 beer, and I'd always get on to him. He'd
23 try to keep it hid from me, because he knew

Page 39

1 I wouldn't approve of it.
2    Q.    Are you a drinker, Mr. Kelley?
3    A.    No.
4    Q.    You don't drink at all?
5    A.    No.
6    Q.    Is there any alcoholism in
7 y'all's family?
8    A.    My brother was an alcoholic.
9    Q.    When did you first think that
10 he had a problem with alcohol? As a dad,
11 when did you think there's a problem here?
12    A.    When he came from one of the
13 parties, and we had to go out to the car and
14 tote him in. He was throwing up. The next
15 morning I sat down and had a heart-to-heart
16 talk with him.
17    Q.    How old would he have been at
18 that time?
19    A.    He would have been about
20 twenty-five, twenty-seven.
21    Q.    Okay. And would he have
22 already been married at this time?
23    A.    Yes, ma'am.

Page 40

1    Q.    Did he have a baby already?
2    A.    Yes, ma'am.
3    Q.    And you just thought maybe he
4 was getting a little out of hand?
5    A.    Yes, ma'am.
6    Q.    Okay. Up until that point,
7 had he ever been arrested for a DUI?
8    A.    I think so.
9    Q.    Okay. Were you aware that he
10 had had a DUI?
11    A.    Yes, ma'am.
12    Q.    To your knowledge, where did
13 he get his first DUI?
14    A.    Coosa County.
15    Q.    Did he spend any time in jail
16 as a result of that DUI?
17    A.    I think it's mandatory that
18 they hold you twenty-four hours. I don't --
19    Q.    Okay. Did he get any type of
20 treatment for alcohol abuse at that time,
21 even if it was court ordered?
22    A.    No, ma'am.
23    Q.    Okay.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 41

1    A.    No, ma'am. We just paid the
2 fine.
3    Q.    And that was the end of it?
4    A.    Uh-huh.
5    Q.    Okay. After the first DUI,
6 how long was it before he got another one?
7    A.    Several months. Matter of
8 fact, it could have been possibly up to a
9 year.
10    Q.    Okay. So he went a while
11 without getting a DUI?
12    A.    Yes, ma'am.
13    Q.    And I know he wasn't living at
14 home with you, Mr. Kelley, so I know that
15 you may not have known what was going on. I
16 just want to know what you know.
17        How far was he and his wife
18 living from y'all?
19    A.    Probably a half mile.
20    Q.    Did you see them pretty
21 regularly?
22    A.    Yes, ma'am.
23    Q.    Did his wife ever come to you

Page 42

1 and tell you that she thought he was having
2 a problem with alcohol?
3    A.    She didn't to me, but she did
4 to my wife.
5    Q.    And did y'all try to get him
6 help at that point?
7    A.    I tried my best to talk to
8 him.
9    Q.    At some point, did you take
10 him or try to get him admitted to get some
11 help?
12    A.    Yes, ma'am.
13    Q.    Where was the first place you
14 remember trying to get him admitted?
15    A.    We took him to -- I believe it
16 was Hillcrest. They have a five-day
17 program.
18    Q.    Was there something that
19 prompted you to take him? Anything that
20 happened?
21    A.    I didn't want to see him ruin
22 his life because of alcohol.
23    Q.    Did he do anything that caused

Page 43

1 you to say, wait a minute, this has got to
2 stop?
3    A.    Well, you can detect things in
4 your children that other people can't.
5    Q.    Yes, sir. That, I understand.
6 So you think Hillcrest would have been the
7 first place that y'all went to?
8    A.    Yes, ma'am.
9    Q.    It was a five-day program?
10    A.    Yes, ma'am.
11    Q.    Would y'all have met with the
12 doctors too?
13    A.    Yes, ma'am.
14    Q.    Do you have any idea,
15 Mr. Kelley, about what time frame this would
16 have been?
17    A.    Not really. Him and Marcy
18 were still living together.
19    Q.    He and Marcy have a daughter
20 together, correct?
21    A.    Yes, ma'am.
22    Q.    Do y'all get to see your
23 granddaughter?

Page 44

1    A.    Yes, ma'am.
2    Q.    Do you have some type of
3 visitation with her or is Marcy pretty good
4 to y'all about letting you see her?
5    A.    Yes, ma'am.
6    Q.    How often do you get to see
7 her?
8    A.    We see her every Sunday at
9 church, and we can go and get her any time
10 we want to. Bryan has custody rights still.
11    Q.    After Bryan got out of
12 Hillcrest, when was the next time you
13 remember him having problems with alcohol?
14    A.    The next time was about two
15 years later. And he had pulled somebody out
16 of the woods because their vehicle -- He had
17 a four-wheel, and their vehicle was a two
18 wheel, and he pulled them out of the woods.
19 And when he got to Weogufka they wanted him
20 to -- didn't have any lights on the
21 vehicle, so they wanted him to be their
22 lights for them. And he told them he had to
23 go, and one of them hit him in the back of

11 (Pages 41 to 44)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 45

1 the head with something and busted the back
2 of his head wide open. And he was trying to
3 stop -- he stopped at Rodney's. And he
4 at my house first -- I meant, his brother's
5 house first, to get him to take him to the
6 emergency room and Shannon wasn't at home,
7 so he went out to Rodney's. And Rodney
8 wasn't -- Rodney wouldn't take him. So he
9 had started to Sylacauga to the hospital,
10 and a state trooper was parked up the road
11 there, and they pulled him over. And
12 instead of taking him to the hospital, they
13 brought him back to Coosa County and put him
14 back in jail. They stopped him and pulled
15 him over five miles across the Coosa County
16 line.
17      Q.   Okay. And what did they
18 arrest him for?
19      A.   DUI.
20      Q.   Do you remember what year this
21 was in, Mr. Kelley?
22      A.   It would have been in the
23 '90s.

Page 46

1      Q.   Before you had your heart
2 attack?
3      A.   Yes, ma'am.
4      Q.   Okay. Had his drinking at
5 this point become any problem with you with
6 him at work?
7      A.   No, ma'am. He was always
8 eager to work.
9      Q.   Was his driver's license ever
10 suspended?
11      A.   Ma'am?
12      Q.   Driver's license suspended?
13      A.   Yes, ma'am.
14      Q.   Did he just ride with you to
15 work?
16      A.   Yes, ma'am. I would go and
17 pick him up.
18      Q.   And you told me earlier about
19 the drug use. When, to your knowledge, did
20 Bryan ever first experiment with drugs?
21      A.   When he was thirty-four.
22      Q.   So two years ago?
23      A.   (Witness nods head

Page 47

1 affirmatively.)
2      Q.   Is that a yes? Sir, is that a
3 yes?
4      A.   No, ma'am. That was before he
5 was incarcerated -- No, it was after he was
6 incarcerated and released. He come to me
7 about two years ago, and I knew something
8 was wrong with him because he was losing a
9 lot of weight. Bryan has always weighed
10 about two hundred and twenty-five, two
11 hundred and thirty pounds. And he had done
12 got down to about one fifty -- one forty,
13 one fifty. And I just asked him, what's
14 going on, Bryan. I mean, you don't lose
15 that much weight unless something is going
16 into your body that's not supposed to be.
17 And he broke down and told me. He was
18 trying to escape reality is what he told me.
19      Q.   What type of drugs did he tell
20 you he was using?
21      A.   Crack.
22      Q.   And this would have been after
23 he'd been released from Bullock?

Page 48

1      A.   Yes, ma'am.
2      Q.   And to your knowledge, he'd
3 never tried any type of drugs before?
4      A.   I preached to my boys every
5 day, don't put anything in your system.
6      Q.   When is the first time you
7 remember Bryan being diagnosed as having
8 schizophrenia or being bipolar?
9      A.   When we took him to Dr. Faber.
10      Q.   And up until that time, had he
11 ever been diagnosed as having any of that?
12      A.   No.
13      MS. MCDONALD: Richard, can we
14 take a break?
15      MR. STOCKHAM: Sure.
16      (Off the Record.)
17      Q.   (BY MS. MCDONALD):
18 Mr. Kelley, we took a little break, and I
19 talked to Mr. Stockham. And it's my
20 understanding you said you had two massive
21 heart attacks?
22      A.   Uh-huh.
23      Q.   Is that a yes?

12 (Pages 45 to 48)

# FREEDOM COURT REPORTING

Page 49

1    A.    Yes, ma'am.
2    Q.    She's going to get you in a
3    minute. I'm trying to help you.
4         Before you had your heart
5    attacks, did you also have a stroke?
6    A.    I had four.
7    Q.    You had four strokes?
8    A.    Yes, ma'am.
9    Q.    As a result of having those
10   strokes did you -- or your heart attacks,
11   have you had a problem remembering dates or
12   times?
13   A.    Yes, ma'am.
14   Q.    Has that affected your memory
15   some?
16   A.    Yes, ma'am.
17   Q.    Okay. Do you remember Bryan
18   being incarcerated in Coosa County?
19   A.    Yes, very well. That's what
20   caused the strokes and the heart attacks.
21   Q.    For you?
22   A.    Yes, ma'am.
23   Q.    And I know you may not

Page 50

1    remember the exact date when he was
2    incarcerated, but can you tell me, do you
3    remember having any conversations with
4    anybody down at the jail once Bryan was
5    incarcerated there?
6    A.    Yes, ma'am.
7    Q.    Who did you talk to?
8    A.    I talked to Ricky Owens, I
9    talked to Deputy Green, I talked to
10   Deputy -- Sergeant Wendy, and if my memory
11   serves me right, I talked to Sheriff Terry.
12   I talked to -- I talked to the county
13   attorney twice.
14   Q.    Who was the county attorney at
15   that time?
16   A.    Kelly Johnson. I talked to
17   Mr. Stroud, Deputy Stroud at that time.
18   Q.    Anybody else that you can
19   remember?
20   A.    His name was Tim, but I don't
21   know his last name.
22   Q.    Was he a jailer or deputy?
23   A.    Jailer.

Page 51

1    Q.    Who was representing Bryan, if
2    you remember, when he was down there?
3    A.    Started off with Robert
4    Rumsey. And then we fired him and hired a
5    corporation out of Alex City. I can't
6    remember the name of the corporation, now.
7    Q.    That's okay.
8    A.    But it was supposed to be one
9    of the best, and then Mr. Brown too.
10   Q.    At any time while Bryan was
11   incarcerated at Coosa County Jail, did you
12   go and talk to any of the attorneys who were
13   representing him about things that Bryan was
14   telling you about what was going on?
15   A.    Yes, ma'am.
16   Q.    You said you talked to Ricky
17   Owens. It's my understanding Ricky was a
18   sheriff back when Bryan was incarcerated?
19   A.    Yes. And I went to Montgomery
20   and talked to Governor Riley's personal
21   lawyer, himself.
22   Q.    Do you remember who that was?
23   A.    I believe his name was

Page 52

1    Wallace.
2    Q.    Do you remember about what you
3    would have talked to Ricky Owens about while
4    Bryan was incarcerated?
5    A.    Yes, ma'am.
6    Q.    Can you tell me about what you
7    talked to Ricky about?
8    A.    I asked him why he was keeping
9    Bryan in the hole, and why he was making him
10   sleep on the floor next to that sewage pipe.
11   His reaction was, for my own protection.
12   Q.    Any other conversation you had
13   with Sheriff Owens?
14   A.    Yes, ma'am. I talked to him
15   here in the county building one day. I
16   asked him why wasn't they giving Bryan water
17   or a bath? He said, I run that jail over
18   there, and I run it as I see fit.
19   Q.    Any other conversations you
20   recall having with him?
21   A.    I had two -- I had one at his
22   home. I went to his home.
23   Q.    The first conversation with

13 (Pages 49 to 52)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 53

1   him that you told me about --
2        A.   Was at his home.  The first
3   time.
4        Q.   The first time was at his
5   house?
6        A.   Yes, ma'am.
7        Q.   Was anybody else present for
8   the conversation?
9        A.   Yes, ma'am.
10       Q.   Who was present?
11       A.   His wife and a boy that hung
12  his Sheetrock in his home, Bobby Thomas.
13  That was how I knew where he lived at, Bobby
14  Thomas had hung the Sheetrock in his new
15  home.
16       Q.   And Mr. Thomas was present and
17  overheard the conversation you had with him?
18       A.   Yes, ma'am.
19       Q.   And the second conversation
20  you had with him you said was here in the
21  county building?
22       A.   The second one was in his
23  office.

Page 54

1        Q.   In the office in the jail?
2        A.   Yes, ma'am.
3        Q.   Was anybody present to hear
4   that conversation?
5        A.   Wendy, Sergeant Wendy.
6        Q.   Okay.  And the next
7   conversation you had with him would have
8   been, I guess, the third one?
9        A.   Yes, ma'am.
10       Q.   Where was it?
11       A.   It was here in the hallway of
12  the county building.
13       Q.   Was that the one you just told
14  me about?
15       A.   Yes, ma'am.
16       Q.   Okay.  That second
17  conversation you had with him when Sergeant
18  Wendy was present, what were you talking
19  about over in his office?
20       A.   Why Bryan was having to sleep
21  on the floor and his medical condition was
22  deteriorating, and if he would allow me to
23  hire a private physician to come down and

Page 55

1   check him myself.
2        Q.   What was his response?
3        A.   We have our own jail doctor.
4        Q.   And then you said you had
5   another conversation with him, with Sheriff
6   Owens?
7        A.   Yes, ma'am.
8        Q.   Where was it at?
9        A.   It was three times.  His home,
10  then the one over there and then the one in
11  the hallway right out there, near the water
12  fountain.
13       Q.   Was there anybody present
14  during the conversation you had with Sheriff
15  Owens in the hallway?
16       A.   If I'm not mistaken, Terry
17  Wilson was out there with him.
18       Q.   What did you ask him about?
19       A.   I asked him about the mat, the
20  water.  And to my knowledge, you're not
21  supposed to hold an individual in that hole
22  over a certain amount of time, and then you
23  have to let them out in the population.  And

Page 56

1   Bryan had done been in there for
2   thirty-something days prior to that.
3        Q.   Who told you that they
4   couldn't be in there for over a certain
5   period of time?
6        A.   They have a handbook.  In that
7   handbook it states -- They never would give
8   us a handbook; we asked for it.  It has the
9   rules and regulations in it.
10       Q.   How long would you say your
11  conversation with Sheriff Owens lasted when
12  y'all were out in the hallway?
13       A.   About fifteen minutes.  He
14  turned around and walked off.
15       Q.   And then the first time when
16  you went to -- the conversation you had with
17  him at his house, how long would you say you
18  were there?
19       A.   About an hour.
20       Q.   Did you go into his house?
21       A.   Yes, ma'am.
22       Q.   And the conversation you had
23  with him in his office when Sergeant Wendy

14  (Pages 53 to 56)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 57

1  was there, how long would you say that
2  conversation took place?
3      A.    An hour and a half.
4      Q.    Do you know what time of day
5  you were there at his office?
6      A.    Yes, ma'am.
7      Q.    What time was it?
8      A.    It was in the morning time.
9      Q.    Okay. And what about when you
10 went to his house?
11     A.    It was in the morning, too.
12     Q.    Okay. And do you remember
13 what time of day it was when you were out in
14 the hallway?
15     A.    In the morning.
16     Q.    All three conversations were
17 in the morning?
18     A.    That was the only time you
19 could catch him.
20     Q.    Do you remember having any
21 other conversations, other than those three
22 that we just talked about?
23     A.    Not face-to-face.

Page 58

1      Q.    Did you have other
2  conversations with him on the phone?
3      A.    Yes, ma'am.
4      Q.    Approximately how many
5  conversations did you have with him on the
6  telephone?
7      A.    I won't say how many. But I
8  would say several different times that we
9  would call and ask to speak to Sheriff Owens
10 and asked him why Bryan was not being able
11 to bathe? Why wouldn't they give him water?
12 Why was he having to sleep on a two-inch mat
13 on the floor right next to the sewage? Why
14 wasn't it being flushed properly?
15     Q.    When you would call to talk to
16 him, did you get to talk to him each time
17 you called?
18     A.    No, ma'am.
19     Q.    Approximately how many times
20 did you actually get to talk to Sheriff
21 Owens?
22     A.    About four.
23     Q.    Okay.

Page 59

1      A.    The rest of the time he
2  wouldn't be in. They would make me talk to
3  someone else.
4      Q.    Where would you be when you
5  would make the phone calls?
6      A.    At home.
7      Q.    There in Sylacauga?
8      A.    Yes, ma'am.
9      Q.    Who did you have phone service
10 with at the time, Mr. Kelley?
11     A.    BellSouth.
12     Q.    Do you still have the same
13 phone number you had since you've been
14 living there at that house in Sylacauga?
15     A.    I've had the same phone since
16 1969.
17     Q.    It makes it easier to keep up
18 with, doesn't it?
19     A.    Yes.
20     Q.    What is your phone number?
21     A.    256-249-8067.
22     Q.    Did you have to dial long
23 distance over here to the jail?

Page 60

1      A.    Yes, ma'am.
2      Q.    And is that the same phone
3  number that Bryan would call? He would call
4  you collect, I guess, while he was at the
5  jail?
6      A.    Yes, ma'am.
7      Q.    Okay. You said you talked to
8  Ricky Owens and Green. Do you remember
9  Green's first name? Is it Aaron?
10            It's okay if you don't
11 remember, Mr. Kelley.
12     A.    All right.
13     Q.    How many conversations would
14 you say you had with Mr. Green?
15     A.    I had two or three with him,
16 then I went to his home one time.
17     Q.    All right. Two or three on
18 the phone?
19     A.    Aaron Green.
20     Q.    Was he a jailer over at the
21 jail?
22     A.    Yes, ma'am.
23     Q.    The two or three conversations

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 61

1  you had with him, would those have been in
2  person or on the telephone?
3       A.    In person.
4       Q.    In person. And where were you
5  when you had your conversations with him?
6       A.    At the jail.
7       Q.    At the jail?
8       A.    Yes, ma'am.
9       Q.    Okay. And what did you talk
10  to Mr. Green about?
11      A.    Bryan's situation there.
12      Q.    Do you remember anything
13  specifically that you talked to him about?
14      A.    Uh-huh. Bryan having to beg
15  for water and having to sleep on that hard
16  concrete floor with his back already messed
17  up with the artificial disk and he had two
18  cages in his back. His spinal cord runs
19  down through a tube.
20      Q.    Anything else that you can
21  remember about the conversations you had
22  with Mr. Green?
23      A.    No.

Page 62

1       Q.    Would anybody else have been
2  present when you would have been talking to
3  him?
4       A.    Most of the time there was
5  someone coming or going all the time.
6       Q.    Would there have been anyone
7  else standing there with y'all?
8       A.    No, ma'am. Just whoever was
9  in there, that's who I would talk to.
10      Q.    And you said that one time you
11  went to Mr. Green's house?
12      A.    Uh-huh.
13      Q.    Is that a yes?
14      A.    Yes, ma'am. I'm sorry.
15      Q.    Okay. Were you by yourself
16  when you went to Mr. Green's house?
17      A.    No, ma'am.
18      Q.    Who was with you?
19      A.    My wife.
20      Q.    Okay. And was Mr. Green home?
21      A.    Yes, ma'am.
22      Q.    Did you have a conversation
23  with him when you went to his house?

Page 63

1       A.    No, ma'am. He said his lawyer
2  had advised him not to talk to us.
3       Q.    Okay. And did y'all just
4  leave?
5       A.    Yes, ma'am.
6       Q.    Okay. And then you said --
7  You told me you talked to Sergeant Wendy. I
8  know you told me that she was present when
9  you had one conversation with Sheriff Owens,
10  but did you have any other conversations
11  with her?
12      A.    Yes, ma'am.
13      Q.    Just her? Can you tell me
14  about how many conversations you would have
15  had with Wendy?
16      A.    Numerous. Because she was --
17  seemed like she was there most of the time
18  that you went down there.
19      Q.    What did you have a
20  conversation with her about, Mr. Kelley?
21      A.    Bryan's situation: How he was
22  deteriorating, turning yellow; how he got
23  his teeth knocked out.

Page 64

1       Q.    What did she tell you?
2       A.    She dismissed each one of my
3  questions. You will have to talk to the
4  sheriff about that.
5       Q.    What about when you talked to
6  Mr. Green, did he ever respond to you or
7  tell you anything?
8       A.    No, ma'am. None of them did.
9       Q.    Okay. And then you said you
10  talked to Terry Wilson. I know Mr. Wilson
11  is now the sheriff, but was not the
12  sheriff at the time; correct?
13      A.    No, ma'am.
14      Q.    What did you understand his
15  position to be when Bryan was here?
16      A.    Just a regular deputy, I
17  guess.
18      Q.    Okay. How many conversations
19  would you say you had with Mr. Wilson?
20      A.    Just that one right outside
21  there. He was with Mr. Owens.
22      Q.    Did Mr. Wilson say anything to
23  you?

16 (Pages 61 to 64)

# FREEDOM COURT REPORTING

Page 65

1    A.    No.
2    Q.    Okay.
3    A.    Just how you doing, Ray.
4    Q.    He was just present while you
5  were talking to Mr. Owens?
6    A.    Yes.
7    Q.    But did you ever have a
8  conversation with Terry Wilson, either on
9  the phone or in person, where you talked to
10 him about anything that was going on with
11 Bryan?
12   A.    No, ma'am. I went to his home
13 twice and he wouldn't come to the door.
14   Q.    Okay. You said you went to
15 Kelly Johnson, who was the county attorney?
16   A.    Yes, ma'am.
17   Q.    What did you talk to
18 Mr. Johnson about?
19   A.    About Bryan, how he was being
20 treated, and he -- The first time I talked
21 to him by myself; the second time, Wanda, my
22 wife, was with me. His response was, Ray,
23 I've known what was going on from the very

Page 66

1  beginning. I went and talked to Sheriff
2  Owens; Sheriff Owens let me know right quick
3  that I run this sheriff -- I mean, I run
4  this office; and you ain't got a thing do
5  with it.
6    Q.    Did he give you any advice?
7    A.    No, ma'am. He said, there
8  ain't anything I can do, Ray.
9    Q.    You said you talked to a
10 Deputy Stroud?
11   A.    Yes, ma'am.
12   Q.    What did you talk to him
13 about?
14   A.    Exact -- You know, the same
15 thing, why Bryan was being treated so much
16 different than the other inmates were.
17   Q.    What did he tell you?
18   A.    Well, he wouldn't tell me
19 anything while he was working for him. But
20 he told me the whole story after he quit
21 with them.
22   Q.    How many times did you talk to
23 him while he was still employed there?

Page 67

1    A.    Three or four.
2    Q.    And you said you had a
3  conversation with him after he quit working
4  for --
5    A.    Yes, ma'am.
6    Q.    Okay. When did you have this
7  conversation with him?
8    A.    He was working for Radio
9  Shack. Myself, my wife, and my attorney
10 went out and took a deposition from him, and
11 he told the whole story about it.
12   Q.    You say he took a deposition,
13 was there a court reporter present?
14   A.    No, ma'am.
15   Q.    So you just went and talked to
16 him?
17   A.    Yes, ma'am.
18   Q.    What did he tell you?
19   A.    Bryan was being treated worser
20 than a dog; they wouldn't give him any water
21 when he wanted water; they made him sleep in
22 there in that room, in that cold room; they
23 give him that little two-inch mat to sleep

Page 68

1  on, and at night they take it away from him.
2  In the morning, knowing the condition that
3  his back was already in, and he's -- I could
4  tell that he was getting sicker and sicker.
5    Q.    Anything else he told you
6  about Bryan's incarceration?
7    A.    Several different things.
8    Q.    What else did he tell --
9    A.    My memory doesn't -- The
10 conversation lasted from about an hour to an
11 hour and a half. My attorney was asking
12 most of the questions to him.
13   Q.    Did he ever tell you that he
14 had seen anybody abusing Bryan?
15   A.    Yes, ma'am.
16   Q.    Who did he tell you that he
17 had seen abuse Bryan?
18   A.    Al Bradley.
19   Q.    What did he tell you about
20 that specifically, if can you recall?
21   A.    I can't recall.
22   Q.    Do you know where Mr. Stroud's
23 currently working?

17 (Pages 65 to 68)

# FREEDOM COURT REPORTING

Page 69

1    A.    No, ma'am.
2    Q.    And you said that you talked
3 to a jailer by the first name of Tim?
4    A.    Yes, ma'am.
5    Q.    How many times did you talk to
6 him?
7    A.    Once.
8    Q.    Where were you when you talked
9 to him?
10    A.    In the jailhouse.
11    Q.    What did you talk to Tim
12 about?
13    A.    Bryan's situation.
14    Q.    Did he respond to you any
15 differently than the other?
16    A.    No, ma'am. He said that I try
17 to treat him as well as I can, Ray, within
18 my bounds.
19    Q.    Did he tell you that he had
20 seen anybody abuse Bryan or not treat him
21 properly?
22    A.    No, ma'am.
23    Q.    Okay. Other than Deputy

Page 70

1 Stroud, did you talk to anybody that was
2 employed over at the jail while Bryan was
3 there, that told you they thought Bryan was
4 being mistreated or abused?
5    A.    Mr. Bartly.
6    Q.    Mr. Bartly?
7    A.    Yes, ma'am.
8    Q.    Who is Mr. Bartly?
9    A.    He was an inmate.
10    Q.    What did Mr. Bartly tell you?
11    A.    He watched Al slap Bryan
12 upside the head. And then one day on
13 visitation, Bryan come out with a military
14 mustache, and Al Bradley grabbed him right
15 here (indicating), and pulled his lip up like
16 that (indicating), and said, you son of a
17 bitch, if you want to see your daddy out
18 there, you will go back and cut that off.
19    Q.    Did Mr. Bartly say he had seen
20 that?
21    A.    Yes, ma'am.
22    Q.    Okay. Any other inmates or
23 jailers that you've had any conversation

Page 71

1 with about Bryan's incarceration over at the
2 jail?
3    A.    There was an inmate, Scotty
4 was his name, but he got killed in prison.
5    Q.    Okay. What had Scotty told
6 you, Mr. Kelley?
7    A.    He told me that he had seen Al
8 Bradley beat and slap and push on Bryan and
9 single him out personally, and put him in
10 the hole. And on one occasion, I went down
11 there to see if I could talk to someone
12 about Bryan's situation. I walked in the
13 front door, and they were coming out from
14 back yonder way (indicating). Al Bradley
15 had him under one arm, Sergeant Wendy had
16 him under the other arm, and he had a towel
17 or something around him. And they were -- I
18 guess he was so weak he couldn't walk,
19 because they were dragging him. He seen me,
20 he said, Daddy, please don't let them put me
21 back in that hole. Daddy, please. And Al
22 Bradley told me, said, get the hell out of
23 here.

Page 72

1    Q.    Was there anybody else that
2 was working down there that would have
3 overheard that, Mr. Kelley?
4    A.    I got -- I got -- I couldn't
5 stand watching it, so I went out. It was
6 more than I could stand.
7        I also asked Ricky Owens in
8 that conversation that we had, didn't he
9 know that Al Bradley was an alcoholic? He
10 said, I know he's got a drinking problem,
11 but we're working on that. But every time I
12 went down there to put money on Bryan's
13 books, they have a little hole there and
14 alcohol out there would knock you down.
15    Q.    So when you would take money
16 to put on the books, was it Al that would
17 take the money?
18    A.    Uh-huh.
19    Q.    Is that a yes?
20    A.    Yes, ma'am.
21    Q.    Was that every time you put
22 money on his books?
23    A.    Just about every time. We was

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 73

1  sitting in the courtroom in Sylacauga, and
2  the law officers were sitting on one side
3  and Kelly Johnson -- Kelly Johnson's son is
4  a city police officer, and David Law was
5  sitting over there with him, they was
6  carrying on a casual conversation. And
7  David Law said that -- which Wanda heard
8  this, me and Wanda both was listening to
9  him, and he said Al Bradley kept me up all
10 night long last night drunk as a cooter.
11 And I kept telling him I had to go to bed,
12 put my kids to bed; but he just kept on and
13 on. The drunk scoundrel wouldn't hang the
14 phone up. And the whole police department
15 and all of them were laughing like crazy.
16     Q.    Had y'all ever had any
17 dealings with Al Bradley prior to Bryan's
18 incarceration?
19     A.    I didn't even know the man.
20     Q.    Do you know whether Bryan did?
21     A.    No, ma'am.
22     Q.    Anybody else that you would
23 talk to over at the jail that you can

Page 74

1  remember, Mr. Kelley?
2     A.    No, ma'am.
3     Q.    Is there anything else about
4  Bryan's incarceration that you can recall?
5     A.    We went down there the day
6  that he -- it was Saturday -- Well, the
7  first time that I noticed that Bryan was
8  being mistreated, and I told Wanda she
9  needed to start logging it. He had fell and
10 broke his foot, he showed it to me; and the
11 bone was sticking up about this far
12 (indicating). And that was on a Saturday.
13 I left there, and I went to Ricky Owen's
14 house. That was when -- he said, I'll have
15 the paramedics go and pick him up right now.
16 And I come back to Rockford, and I sat and I
17 waited and I waited and I waited and I
18 waited. I waited out there three hours, no
19 paramedics ever showed up.
20        So the next Saturday, when I
21 came back and they let me see him, they had
22 put an Ace bandage on that broke foot.
23     Q.    Do you know whether he had

Page 75

1  been taken to the hospital?
2     A.    No, ma'am.
3     Q.    Okay. He had not been taken
4  anywhere to see a doctor?
5     A.    Not to my knowledge.
6     Q.    Okay. Every time that you saw
7  Bryan while he was there at the jail, was it
8  on a Saturday?
9     A.    Yes, ma'am.
10     Q.    Okay. And would you sign in
11 when you would go, Mr. Kelley?
12     A.    Yes, ma'am.
13     Q.    Was there ever a time when
14 they denied you visitation with Bryan?
15     A.    No, ma'am.
16     Q.    But each time you would have
17 logged in that you were there?
18     A.    Yes, ma'am.
19     Q.    Okay. And you're telling me
20 that this particular Saturday would have
21 been -- was that the first Saturday you had
22 gotten to see him since he'd gotten there,
23 if you can remember?

Page 76

1        It's okay if you can't.
2     A.    Yes. It would have had to
3  have been the first or the second, because
4  he wasn't in there long before they put him
5  in the hole. They put him in the hole right
6  after he broke his foot.
7     Q.    Okay. So it would have been
8  sometime before that; correct?
9     A.    Yes, ma'am.
10     Q.    Anything else that you can
11 recall?
12     A.    Well, each time -- Every
13 Saturday, when I'd get in there to see him,
14 his whole face would break out in big
15 whelps, just like somebody with acne. There
16 would be big old knots that would come on
17 his skin, on his forehead especially.
18     Q.    And that would happen while he
19 was in there with you?
20     A.    Yes, ma'am.
21     Q.    Okay. How long would you get
22 to spend with him each Saturday?
23     A.    Fifteen minutes.

19 (Pages 73 to 76)

# FREEDOM COURT REPORTING

Page 77

1    Q.    Let me make sure I understand
2  correctly.  When he would come into the room
3  with you, he would not have those whelps,
4  but while you were there he would get them?
5    A.    Yes.
6    Q.    Is that right?  Am I
7  understanding correctly?
8    A.    Yes, ma'am.
9    Q.    Okay.  Anything else that you
10 remember, Mr. Kelley?
11   A.    Just what he told us after he
12 got out.  Every time he'd try to tell us
13 something on the phone, they'd cut the phone
14 off, when he got to use the telephone.
15   Q.    How often would you say y'all
16 heard from him while he was there?
17   A.    Sometimes it would be two or
18 three days.
19   Q.    And he would call y'all
20 collect on the number you gave me while ago?
21   A.    Yes, ma'am.
22   Q.    How long would you get to talk
23 to him when he called?

Page 78

1    A.    Seven minutes I believe it is,
2  unless they cut us off.  And most of the
3  time they cut us off, and they tried to tell
4  me something that was going on.
5    Q.    All right.  You've said they
6  tried to cut you off, did somebody come and
7  physically hang up the phone?
8    A.    I guess they unplugged the
9  thing out there, the switchboard.
10   Q.    Do you know?
11   A.    No, ma'am.  I don't know that.
12 But the phone would go dead.
13   Q.    The phone would go dead?
14   A.    And especially when he tried
15 to tell me -- He's always been real
16 particular about his teeth.  He always had
17 beautiful teeth.  And --
18   Q.    Which teeth was it that he got
19 knocked out?
20   A.    Two right here (indicating).
21   Q.    Two at the side of his mouth
22 at the top?
23   A.    Yes.

Page 79

1        MR. WILLFORD:  Just for the
2  Record, you were pointing to the right side
3  of your head, sir?
4        THE WITNESS:  Yes, sir, right
5  side.
6        MR. WILLFORD:  Okay.
7    A.    Then he told us tremendous --
8  it was ungodly stuff that he told us that
9  went on out there, when he got out to where
10 he could talk to us face-to-face.  I thought
11 to myself, how in the world could a human do
12 another human this way.
13       Saddam Hussein was brought
14 over here and checked and seen a doctor, and
15 he was one of the worst enemies that the
16 United States had.  And my son was put into
17 a six-by-eighty hole and held in there for
18 forty-something days, and then cardboard was
19 put over the little hole that you see out
20 of.  What kind of human beings do that to
21 another human being?
22   Q.    Do you know whether Bryan saw
23 a doctor while he was incarcerated?

Page 80

1    A.    They said that Dr. Weaver come
2  over there.  To my knowledge, I don't know.
3  They brought medicine from somewhere.
4    Q.    Did you ever talk to
5  Dr. Weaver, Mr. Kelley?
6    A.    No.
7    Q.    Okay.  Do you know whether he
8  was seen by anybody with mental health while
9  he was there?
10   A.    Not to my knowledge.
11   Q.    Okay.  Do you know whether he
12 was ever taken to the hospital during
13 those --
14   A.    He was took on one occasion, I
15 don't know what it was for.  But the second
16 occasion, he was took, Dr. Law said if he'd
17 stayed down there one more night there
18 wouldn't have been no use in bringing him,
19 he'd have been dead.  They tried to put an
20 IV in him, and the IV wouldn't go in.  It
21 spread out into his body.  He said I could
22 give him one Tylenol and it would kill him.
23   Q.    And that was at Russell

20  (Pages 77 to 80)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 81

1 Hospital where they took him?
2    A.   Yes, ma'am.
3    Q.   Okay.
4    A.   He was in a dying situation
5 for -- they put him on a liver transplant
6 list.
7    Q.   When he got to Russell, they
8 did?
9    A.   Yes, ma'am.  Toted him to the
10 car with handcuffs on him.
11    Q.   How long was he in the
12 hospital once they got him to Russell?
13    A.   Two or three weeks.
14    Q.   And then when he was released
15 from the hospital where did he go?
16    A.   Back to jail.
17    Q.   Back to Coosa County?
18    A.   Yes, ma'am.  Dr. Law wrote out
19 a prescription for him not to be returned to
20 Coosa County Jail, that he needed to be put
21 into a place where they had adequate people
22 to take care of him and look out after him.
23 And they transferred him from Coosa County

Page 82

1 to Clay County.  Which they were excellent
2 in Clay County.
3    Q.   You didn't have any problems
4 with the people in Clay County?
5    A.   No, ma'am.  We appreciated
6 those people over there.  They was super
7 nice.
8    Q.   What about at -- When Bryan's
9 been at Sylacauga Police Department, did you
10 have any problem with the people working at
11 the jail other there?
12    A.   No.  They're super nice.
13    Q.   Talladega?
14    A.   No, ma'am.
15    Q.   Alex City?
16    A.   I don't guess -- I don't think
17 he's ever been in Alex City Jail, not to my
18 knowledge.
19    Q.   What about when he was at the
20 Department of Corrections?
21    A.   He never had a black mark
22 against him.
23    Q.   But did you and Ms. Kelley

Page 83

1 have any problems with the people when he
2 was in prison, anybody that was --
3    A.   No.
4    Q.   Okay.
5    A.   The only place that's, in my
6 own words, was in this hell hole down here.
7    Q.   After Bryan got released or
8 got back home, can you tell me what he told
9 you happened to him while he was
10 incarcerated here?
11    A.   He said that at night time, he
12 would wait and listen.  And if he ever heard
13 that click, he knew that Al Bradley was
14 coming in there.
15        And we took pictures of him
16 when he was released.  And Bryan had told us
17 prior to that that he had whipped him
18 several different occasions with a hose
19 pipe.  They had a black -- He had tape
20 wrapped around the end of it where he could
21 hold it and have a grip on it.  We have a
22 picture of him right here where he had a
23 black mark where he hit him with a hose

Page 84

1 pipe.  He kicked him in the groin; he kicked
2 him in the sides.  He said I would go in a
3 fetal position, Daddy, trying to protect
4 myself.  I done got so weak that I couldn't
5 do anything else except stay there.
6        He said he tried to stick a
7 broom handle up his rectum.  The other
8 deputy, like I said before, he could see in
9 his eyes that he didn't want to be
10 participating in it, but Al Bradley would
11 make him hold his legs apart while he kicked
12 him.
13    Q.   Did he tell you how many times
14 this happened to him?
15    A.   He didn't say how many times,
16 but it had to have been numerous occasions.
17 Because Bryan said he would lay awake at
18 night waiting, every night, to see if he
19 heard that click.  If he heard that click,
20 he knew that they were fixing to come in
21 there and beat him, beat the stew out of
22 him.
23    Q.   Did he ever tell you this

# FREEDOM COURT REPORTING

Page 85

1  while he was incarcerated?
2      A.    No, ma'am.
3      Q.    Okay. He didn't tell you any
4  of this until he got out?
5      A.    They wouldn't -- Like I
6  said, every time we talked on the phone, he
7  would try to tell me something, they would
8  cut the phone off right then.
9      Q.    When you would go see him on
10  Saturdays, did he ever tell you things that
11  were going on with Mr. Bradley?
12      A.    He would try to tell me things
13  through the mirror. You know, you have this
14  glass, but there was no way he could get
15  over to me what was going on.
16      Q.    You said you had a picture.
17  Where is the photograph, Mr. Kelley?
18      A.    Mr. Stockham has it.
19          MS. MCDONALD: Have you given
20  us that, Richard?
21          MR. STOCKHAM: Yes, I have. I
22  sent you Xeroxes of them. I have a color
23  copy of it.

Page 86

1          MS. MCDONALD: Okay.
2      Q.    (BY MS. MCDONALD): When was
3  the photograph taken of Bryan?
4      A.    When he was in Russell
5  Hospital. He had an ingrown toenail that
6  they had to surgically remove, his legs up
7  to his knees was completely -- he got frost
8  bite up to his knees. It took his mother
9  six months to ever get the blood circulating
10  back into his legs because of the
11  hypothermia in the legs.
12      Q.    How many photographs are
13  there, Mr. Kelley?
14      A.    We've got several. He looked
15  like a pumpkin when they first admitted him
16  into the hospital. He looked like a big
17  pumpkin.
18      Q.    The photographs, can you tell
19  me what they're of? I know you said there
20  was one of his face.
21      A.    His whole body. They took the
22  urine test down there, and he teeteed about
23  a cup full, and it was blacker than any

Page 87

1  black coffee you ever seen.
2      Q.    Did they tell you what that
3  was a result of, what it was from, what
4  caused that?
5      A.    Overdose of medicine.
6          We pulled it up on the
7  computer, and every medicine that they was
8  giving him was contradicting the other one.
9  It was just like giving him arsenic poison.
10      Q.    Do you know who was
11  prescribing his medication?
12      A.    We don't know who prescribed
13  it. But we have a list of who administered
14  it.
15      Q.    Okay. Do you know whether
16  they were giving his medicines as it was
17  prescribed?
18      A.    No.
19      Q.    They were not?
20      A.    No, ma'am.
21      Q.    Okay.
22      A.    According to Bryan, Al
23  Bradley, if he ever hollered for a glass of

Page 88

1  water or something, Al Bradley would come in
2  there and give him a pill to shut him up,
3  shut him down. They had him on seven or
4  eight antipsychotic medicines, and then on
5  top of that had him on phenobarbital.
6      Q.    Was he on any of that
7  medication prior to being admitted to the
8  jail?
9      A.    He was on -- What was he on?
10  He was on some medicine, but nothing like
11  all of them. And, see, you can't -- you
12  can't take one like Seroquel, you can't take
13  it and phenobarbital together.
14  Phenobarbital is to get you off of
15  something, and Seroquel is to shut your mind
16  down.
17      Q.    Anything else that Bryan told
18  you after he got out that had happened to
19  him while he was at the jail?
20      A.    Just the beatings. And
21  sometimes it would be three to four days
22  before they would flush the commode, and
23  he'd have to sleep next to his own fetus

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## Page 89

1  (sic). He'd have to wipe himself with a
2  Musketeer bar, candy bar wrappers.
3          And on one occasion he was
4  asking for glass of water, and Al Bradley
5  told him if he didn't shut up, he was going
6  to take his stuff away from him. And on
7  that bunk that he was supposed to have been
8  sleeping on, he had a picture of his
9  daughter and his family, and that was -- He
10 said, you done took everything else, what
11 are you going to take from me now? The only
12 thing you can do is take my life. And one
13 more night and they would have took his
14 life.
15     Q.    And that's what Dr. Law told
16 you?
17     A.    Yes, ma'am.
18     Q.    Any other doctor tell y'all
19 that?
20     A.    Personally, he had a liver
21 specialist down there. I can't remember his
22 name, but it was at Russell Hospital, a
23 liver specialist. He's the one that put

## Page 90

1  Bryan on the liver transplant list.
2     Q.    Okay.
3     A.    He said he didn't know if it
4  was going to pick up or not. But his skin
5  from the knees all the way to the feet
6  literally come off.
7     Q.    And you got pictures of his
8  legs?
9     A.    Not where it was peeling. But
10 we got pictures of his whole body. He
11 looked like a pregnant woman, but it was
12 yellow.
13    Q.    Anything else you can
14 remember, Mr. Kelley?
15    A.    Pertaining to Bryan's, no.
16 But pertaining to the way the jail was run,
17 yes.
18    Q.    What else can you remember?
19    A.    Mr. Bartly was a military man.
20 And to keep him buying his medicine, they
21 would dress Mr. Bartly up and take him to
22 the VA Hospital to keep from paying for it
23 yourself, and send him in there to get his

## Page 91

1  own medicine.
2          He told us on one occasion, I
3  don't know whether y'all know it or not,
4  it's costing me nine hundred dollars a month
5  to keep that boy down here.
6     Q.    Who told you that?
7     A.    Sheriff Owens.
8     Q.    Anything else that you can
9  remember, Mr. Kelley?
10    A.    My nephew was put in there for
11 a hunting violation ticket.
12    Q.    Which nephew?
13    A.    David Kelley. And he said it
14 was cold back there in the cell, and he
15 asked them for a blanket. And they told
16 him, they said, we'll give you a blanket all
17 right. And they took him and throwed him in
18 the hole.
19    Q.    How long was he in the jail?
20    A.    Just overnight. His brother
21 come and got him out the next morning. He
22 begged his brother to come and get him out
23 of there.

## Page 92

1     Q.    Did Bryan ever tell you
2  whether Terry Wilson had done anything to
3  him?
4     A.    Ma'am?
5     Q.    Did Bryan tell you that Terry
6  Wilson ever did anything to him while he was
7  in the jail?
8     A.    No, ma'am.
9     Q.    That he did not or he just
10 didn't tell you?
11    A.    No, ma'am. He said he
12 disregarded him when Terry would walk by.
13 Because I knew Terry all my life, and I
14 never dreamed that Terry would be like that.
15 He asked him for water, and he walked by and
16 ignored him, just like he wasn't even a
17 human being, he wasn't even there.
18         I give a dog a water.
19    Q.    So the only thing that Bryan
20 has complained against Terry Wilson is that
21 Terry ignored him?
22    A.    (Witness nods head
23 affirmatively.)

23 (Pages 89 to 92)

# FREEDOM COURT REPORTING

Page 93

1    Q.    Is that yes?
2    A.    Yes, ma'am.
3    Q.    What about Wendy Roberson, did
4  Bryan ever tell you that she did anything to
5  him?
6    A.    No, ma'am. Except he asked
7  her numerous occasions would she flush the
8  commode or would she give him some water.
9  It stunk in there.
10    Q.    Did you ever go in that --
11  where Bryan was being housed?
12    A.    I went in there when they
13  opened it. For the grand opening, you know,
14  when they opened that, built it new.
15    Q.    Yes, sir.
16    A.    I went in there then.
17    Q.    Was that before Bryan had been
18  in there or after?
19    A.    Yes. Way before.
20    Q.    That's the only time you had
21  been in that room though?
22    A.    Yes, ma'am.
23    Q.    You had never been in there

Page 94

1  when Bryan was housed there?
2    A.    No, ma'am.
3          Junior Miller was in there,
4  and he begged them to flush the commode.
5  They wouldn't flush it. So the next day he
6  asked them again to flush the commode, they
7  wouldn't flush it. So he just grabbed him a
8  hand full of it up, and when they come to
9  the door to open it up, he had done smeared
10  it all over the door and all over the handle
11  and everything else.
12    Q.    Who is Mr. Miller?
13    A.    He lives here in Coosa County.
14  He said, if I've got to be in the same room
15  with it, it might as well be all over the
16  doors and the walls too, where they can
17  smell it.
18    Q.    And Mr. Miller told you this?
19    A.    Yes, ma'am.
20    Q.    Was he incarcerated while
21  Bryan was there?
22    A.    Yes, ma'am.
23    Q.    Did he tell you about anything

Page 95

1  that happened to Bryan? That he saw
2  anything?
3    A.    No. They moved Bryan straight
4  into the hole right after he fell and broke
5  his foot. He never come out of that hole.
6    Q.    Any other complaints that you
7  can recall that Bryan's made?
8    A.    No, ma'am. He is still having
9  to go to the psychiatrist, and he'll never,
10  never be the same again. Bryan's lost.
11  They destroyed that child.
12    Q.    And your testimony is that he
13  did not have these problems, mental
14  problems, before he was incarcerated?
15    A.    No, ma'am. He never blacked
16  out. Now he'll black out, and two hours
17  later he'll come to himself and not even
18  know where he's at or whatever. And we've
19  had to run him down numerous occasions when
20  he thought Al Bradley was after him.
21    Q.    Had Bryan ever thought anybody
22  was after him before he had been
23  incarcerated?

Page 96

1    A.    No.
2    Q.    Did he ever had hallucinations
3  before he was incarcerated?
4    A.    No. He went -- was perfect in
5  high school, went onto college, had two
6  semesters in college.
7          MS. MCDONALD: Okay. Let's
8  take a quick break, and hopefully we're
9  getting close to being through, okay?
10          (Off the Record.)
11    Q.    (BY MS. MCDONALD):
12  Mr. Kelley, you were going to tell me
13  something you had forgotten to tell me a few
14  minutes ago?
15    A.    Yes, ma'am.
16    Q.    What is that?
17    A.    About the medicine.
18    Q.    Yes, sir.
19    A.    They administered the
20  medicine. We have photostatic copy of the
21  people that give him the medicine, and then
22  they tried to mark their names out on it, but
23  but you can still see who it was. And it

24 (Pages 93 to 96)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 97

1    was jailers that give him the medicine, it
2    wasn't a medical personnel.
3        Q.    Okay.  The jailers would give
4    him his medicine?
5        A.    Yes, ma'am.
6        Q.    Do you know whether they were
7    giving it according to how it was written by
8    the doctor?
9        A.    No, ma'am.
10       Q.    You don't know or they were
11   not?
12       A.    On that paper it just -- On
13   that sheet of paper that we got from them,
14   it says so-and-so would give so-and-so, and
15   they would initial it, initial it.
16       Q.    They would initial what time
17   he got his meds and what medicine he was
18   given?
19       A.    Yes, ma'am.  But it was not a
20   medical physician or a nurse or LPN.  It was
21   the jailers.
22       Q.    Right.  And do you know
23   whether other jails, the medicine is given

Page 98

1    by a nurse every time somebody needs their
2    medicine?
3        A.    Yes, ma'am.
4        Q.    Okay.
5        A.    Every jail.
6             MS. MCDONALD:  I don't have
7    any other questions.
8             EXAMINATION
9    BY MR. WILLFORD:
10       Q.    Mr. Kelley, my name is Gary
11   Willford, I'm representing Ricky Owens in
12   this case.  And I just have a few questions
13   for you, because I think that Ms. McDonald
14   has covered most of them.
15            Is it fair to say that you and
16   your family have had a lot of conversations
17   about this case since Bryan got out?
18       A.    No, ma'am -- I mean, no, sir.
19       Q.    You haven't talked about this
20   case a lot?
21       A.    We have not -- Especially when
22   Bryan was around, we wouldn't say a word
23   about it.

Page 99

1        Q.    Correct me if I'm wrong, I
2    think you testified that Bryan told you a
3    bunch of things about what had happened to
4    him while he was in the jail?
5        A.    We tried to get him to forget
6    it.
7        Q.    I understand that.  How many
8    conversations would you say you had with
9    your son about his incarceration?
10       A.    Between ten and fifteen.  Each
11   time I would try to cut it short, to get it
12   out of his mind.  Because I knew it would
13   lead up to him blacking -- his mind, just
14   that blank stare.  Even when he give his
15   deposition here, when Wanda got up to give
16   hers, the day that she give her deposition,
17   he was out here at the car, and he had that
18   blank stare in his eyes.  And he was
19   hollering, they can't do that to my mother,
20   they can't do that to my mother.
21            And Mr. Stockham seen what
22   kind of condition he was in.  We was all
23   three trying to talk to him and -- but his

Page 100

1    mind had done -- he sat out there and looked
2    at that jail and his mind had done --
3        Q.    Okay.  But we didn't do
4    anything to his mother that day, did we?
5        A.    No, ma'am -- I mean, no, sir.
6        Q.    I just wanted to make sure we
7    got that on the Record, we didn't do
8    anything to Ms. Kelley?
9        A.    No.  He was thinking that they
10   may do the same thing to my mother that they
11   done to me.
12       Q.    Okay.  What about -- Let me
13   ask you this:  What about you and your wife,
14   how many conversations would you say the two
15   of you have had since Bryan was released
16   from the jail back in January of '04?
17       A.    Numerous.  Me and her are by
18   ourself.
19       Q.    Okay.  After we were here the
20   last time and Bryan was out there and you
21   told us about the blank stare and his
22   mother, did he say either Ms. McDonald or I
23   did anything to him during the deposition?

25  (Pages 97 to 100)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 101

1    A.    No, sir. It was just being
2  back here looking at that jail. It all
3  started coming -- See, we tried to get it
4  not to be in Coosa County. You couldn't
5  give Bryan a million dollars to cross that
6  Coosa County line. He will not come down
7  here. He's scared to death of this place.
8    Q.    All right. Now, you said you
9  have been trying to basically keep the
10 conversations shorter and shorter and
11 shorter about what happened as time had gone
12 by, right? Has that had any effect that
13 you've been able to tell?
14   A.    No, sir.
15   Q.    So he still remembers what
16 happened to him?
17   A.    Yes, sir. That's the reason
18 in those, you can look in his eyes and
19 there's nothing in there.
20   Q.    Right. Have you had to have
21 been reminded about things that might have
22 happened with your son during these
23 conversations that you've had with your

Page 102

1  wife?
2    A.    No, sir.
3    Q.    So your stroke hasn't had any
4  impact on your ability to remember what you
5  were told about what happened with Bryan?
6    A.    No, sir. My stroke -- strokes
7  affected my ability to remember phone
8  numbers and things; like I used to could
9  find my house without thinking about it, and
10 now I have to sit down and think.
11   Q.    Is it your long-term memory
12 that's been affected?
13   A.    Well, it killed this whole
14 fourth of my brain right here (indicating).
15   Q.    And you're pointing to the
16 right side of your head?
17   A.    And those four to the front.
18 All this happened during -- while he was
19 incarcerated.
20   Q.    What I'm asking you is, is it
21 more your short term memory, things that are
22 happening right now that you have problems
23 remembering, or is it things that happened a

Page 103

1  long time ago?
2    A.    No, sir. It's short term.
3    Q.    Short term memory. I think
4  you gave us some testimony on some things
5  that Mr. Stroud had said, and you've said
6  deposition, but I think we clarified that
7  there wasn't a court reporter there or
8  anything like that.
9         Did Mr. Stroud give a written
10 statement?
11   A.    Yes.
12   Q.    He did?
13   A.    Well, I don't know if he gave
14 a written statement. But Mr. Stockham asked
15 him would it be all right to record it, and
16 he agreed to record it.
17   Q.    So there's a recording of that
18 conversation?
19   A.    Yes.
20       MR. STOCKHAM: No, there's
21 not.
22       THE WITNESS: There's not?
23       MR. STOCKHAM: No.

Page 104

1         THE WITNESS: I thought you
2  recorded it.
3    Q.    Same question with Mr. Bartly,
4  is there a written statement of Mr. Bartly
5  that you may have?
6    A.    No.
7    Q.    Do you know if that was
8  recorded?
9    A.    No.
10   Q.    Do you have any recorded
11 statements at all about this case?
12   A.    No.
13   Q.    I think you told us that Bryan
14 is currently in City of Hope in Anniston;
15 right?
16       I'm sorry, Ensley. I don't
17 know why I have Anniston here, it's Ensley.
18 And that's a halfway house; right?
19   A.    Yes.
20   Q.    Is he getting any type of drug
21 or alcohol treatment while he's in there?
22   A.    They have a nurse that
23 monitors his medicine.

26  (Pages 101 to 104)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 105

1    Q.    When I'm talking about drug
2  and alcohol treatment, I'm talking about
3  illegal drug treatment.  Is he getting any
4  treatment?
5    A.    They test him every week.
6    Q.    But is he getting treatment?
7    A.    He goes to Dr. Faber.
8    Q.    For drug addiction?
9    A.    No.  For his mental situation.
10   Q.    What about for alcohol, is he
11 being treated for that?
12   A.    No.
13   Q.    But you said he's receiving
14 mental treatment while he's there in Ensley;
15 is that right?
16   A.    Yes.
17   Q.    And he sees Dr. Faber?
18   A.    Yes, sir.
19   Q.    Is Dr. Faber coming to the
20 facility where he's at or are they taking
21 him to Dr. Faber?
22   A.    We take him.
23   Q.    You take him?

Page 106

1    A.    Yes.
2    Q.    How often does he see
3  Dr. Faber?
4    A.    Every Tuesday.  He works on
5  Tuesdays and Thursdays.
6    Q.    Works where?
7    A.    In Pelham.  He's not only a
8  doctor of psychiatrist, he's a forensic
9  psychiatrist.
10   Q.    Okay.  Did Bryan see him
11 before he was incarcerated here at the Coosa
12 County Jail?
13   A.    Not to my knowledge.
14   Q.    Okay.  So he didn't see him
15 until after he was released?
16   A.    Yes, sir.
17   Q.    And I'm talking about
18 Dr. Faber.
19   A.    Yes, sir.
20   Q.    All right.  Now, you've also
21 told us that there were three other
22 facilities that Bryan has been in in
23 Birmingham; is that right?

Page 107

1    A.    Yes.
2    Q.    And you couldn't remember the
3  names of all of them, and that's okay, I'm
4  not going to ask about you that.  The reason
5  I wanted to make that clear is to ask you
6  this question:  Why has he been in so many
7  different facilities?
8    A.    The lady that you call -- the
9  social worker that you get in contact with
10 when -- like Bryan was being released.  And
11 Wanda got in touch with the social worker,
12 and so she give her a list of homes there in
13 Birmingham right around UAB.  And so we took
14 it for granted that the state and all kept a
15 close check on these.  But come to find out,
16 nobody don't.  She puts herself up as a very
17 nice black lady, but --
18   Q.    Who is she?
19   A.    Ms. -- I can't remember her
20 name.
21   Q.    Where does she work?
22   A.    She has about five or six of
23 these homes.

Page 108

1    Q.    Okay.  These homes that are in
2  Birmingham that you were talking about?
3    A.    Yes.
4    Q.    She owns them?
5    A.    Yes, sir.
6    Q.    Okay.  So you were telling us
7  that you thought the state kept track of
8  these homes?
9    A.    They have a rating list.
10   Q.    Okay.  And you got that rating
11 list from whom?
12   A.    The social worker.
13   Q.    The social worker owns these
14 facilities?
15   A.    No, sir.  The social worker
16 faxes you the names and what they are out to
17 the side of it.  Like once a month or once
18 every couple of months someone would go out
19 and have an inspection of this home, and
20 they rate them just like they do cafes.
21   Q.    Like a health department
22 rating?
23   A.    Yes, sir.  And she had a very

27  (Pages 105 to 108)

# FREEDOM COURT REPORTING

Page 109

1  high rating, so we wanted to put him in a
2  good place.
3        Well, the first place, the
4  first time we went up there, there was two
5  blacks under the back porch smoking crack.
6        Q.    Okay.
7        A.    We knew that wasn't going to
8  work.
9        Q.    Which facility was that, do
10 you remember?
11       A.    It was the first one that we
12 put him in, but I can't remember the name of
13 it. There was so many -- you know -- so
14 many different facilities to put him in.
15       Q.    Did you report that to
16 anybody?
17       A.    Yes.
18       Q.    Who did you report it to?
19       A.    The lady that's over -- giving
20 these sheets out.
21       Q.    The social worker?
22       A.    Yes.
23       Q.    What is the social worker's

Page 110

1  name?
2        A.    She said that --
3        Q.    No, sir. What is her name?
4        A.    Donna, if I'm not mistake.
5        Q.    Do you know her last name?
6        A.    No, sir.
7        Q.    Do you know --
8        A.    Wanda always talked to her on
9  the telephone, so all I was getting was I'm
10 talking to Donna on the phone.
11       Q.    You said this Donna faxed you
12 this list of facilities?
13       A.    Yes, sir.
14       Q.    Do you still have that list of
15 facilities?
16       A.    Yes, sir.
17       Q.    Have you given that list to
18 your attorney?
19       A.    No, sir.
20       MR. WILLFORD: Can we see
21 about getting a copy of that?
22       MR. STOCKHAM: Sure.
23       MR. WILLFORD: Just so we can

Page 111

1  see about who these facilities are.
2        Q.    (BY MR. WILLFORD): So you
3  reported these two folks smoking crack at
4  the first facility to Donna?
5        A.    Uh-huh.
6        Q.    Did you take Bryan out of that
7  facility right then?
8        A.    Yes. The very day, the same
9  day.
10       Q.    Where did he go after that?
11       A.    To Cornelius'.
12       Q.    To Cornelius'?
13       A.    Yes.
14       Q.    And that's another one of
15 these facilities in Birmingham?
16       A.    Yes.
17       Q.    Is that owned by the same
18 lady, Cornelius'?
19       A.    No.
20       Q.    So this is a different owner?
21       A.    This is a gentleman.
22       Q.    All right. Why did Bryan
23 leave Cornelius'?

Page 112

1        A.    Well, he's still actually at
2  Cornelius'. Cornelius had a building that
3  had four in it.
4        Q.    Four what?
5        A.    It had six people in it. So
6  out back, he had a two-story apartment that
7  had one person living downstairs and one
8  person living upstairs. And so they moved
9  Bryan because Bryan -- he liked Bryan.
10 Bryan had done all his plumbing and handy
11 work and stuff like that.
12       Q.    Do you remember this
13 gentleman's name?
14       A.    His name is Cornelius. I know
15 that guy's card in my pocket. I'm thinking
16 it was Cornelius Burnham.
17       Q.    Burnham?
18       A.    Cornelius Burnham, if I'm not
19 mistaken.
20       You see, it's still actually
21 at the same facility but it was three
22 different moves. He wanted to build an
23 apartment in his basement and let Bryan live

28  (Pages 109 to 112)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

| Page 113 |
|---|

1  in his basement, that was how much he liked
2  him.
3      Q.    Mr. Burnham owns the facility
4  that Bryan is currently in; is that right?
5      A.    Yes, sir.
6      Q.    All right. What about the
7  other two -- We talked about the first one
8  he went, and we're talking now about the
9  Ensley facility. What about the other two
10  in Birmingham that he was moved from?
11      A.    See, there was only three of
12  them.
13      Q.    So the third -- Okay. Okay.
14  All right. What about the second one now?
15      A.    Actually this house was in the
16  front. It housed from four to six people.
17  And like I said, Cornelius liked Bryan and
18  he knew that Bryan knew a lot about
19  carpenter work and stuff like that. So he
20  made a deal with Bryan that he would cut his
21  rent half in two and give him a private
22  room, his own bath, you know, and he didn't
23  have to share anything with anybody. And

| Page 114 |
|---|

1  the guy upstairs, you know, didn't have
2  anything to do with him.
3      Q.    Let me see if I can come at it
4  this way. You told me you had a problem
5  with the first facility that Bryan was in
6  because of the two folks you saw smoking
7  crack.
8      A.    Yes, sir.
9      Q.    Of any of the other places
10  that Bryan has been, and I'm talking about
11  hospitals, halfway houses, treatment
12  facilities, anything at all like that that
13  he has been in, have you had problems with
14  any of the other facilities?
15      A.    No, sir.
16      Q.    So this lady Donna, that one
17  facility is the only one you've had problems
18  with?
19      A.    Yes, sir. And she did go and
20  check it. And . . .
21      Q.    I'm sorry. You told Donna
22  about it. You couldn't remember the name of
23  the lady that rented it?

| Page 115 |
|---|

1      A.    She reported it to the state.
2      Q.    Okay.
3      A.    Because in these facilities,
4  they're supposed to provide them with three
5  meals a day, a nurse on-call to administer
6  the medication, and heating and cooling, a
7  nice place to live, because he was having to
8  pay from five hundred to a thousand dollars
9  a month.
10      Q.    Okay. Other than Mr. Bartly
11  and Junior Miller, are you aware of any
12  other inmate who was treated poorly in the
13  Coosa County Jail during the time that Bryan
14  was there?
15      A.    I don't know of anyone being
16  treated poorly. But I remember there was an
17  inmate named Selman, and he still calls
18  today.
19      Q.    Can you spell that?
20      A.    Selman.
21      Q.    S-E-L-M-A?
22      A.    S-E-L-M-A-N.
23      Q.    Is that his first or last

| Page 116 |
|---|

1  name?
2      A.    That was all we ever known him
3  as is Selman.
4      Q.    And he calls the house that
5  you're at now?
6      A.    He calls about every week now.
7      Q.    Do you know his phone number?
8      A.    I can get it.
9      Q.    Do you know where he lives?
10      A.    He said he seen Al Bradley hit
11  Bryan on numerous occasions.
12      Q.    Do you know where Mr. Selman
13  lives?
14      A.    In Selma, Alabama. That's the
15  reason we call him Selman.
16      Q.    Gotcha. Do you know anybody
17  else that lives in Selma that might call
18  you?
19      A.    No, sir.
20      Q.    What about before Bryan was
21  incarcerated, has anybody at the Coosa
22  County Jail -- has anybody come forward and
23  told you that they were abused or mistreated

29 (Pages 113 to 116)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 117

1  during any time prior to Bryan being in the
2  jail?
3      A.    In the State of Alabama, Coosa
4  County.
5      Q.    Sir, answer my question. Has
6  anybody come to you and said that I was
7  mistreated prior to the time that your son
8  was in the jail?
9      A.    Yes.
10     Q.    Who?
11     A.    Scotty Thomas.
12     Q.    He's the one who's dead;
13 right?
14     A.    No. He's very much alive.
15 David -- Scotty Thomas, Mr. Bartly.
16     Q.    Other than Bartly and Junior
17 Miller, we've already talked about them.
18     A.    They're the only ones that I
19 can.
20     Q.    Okay. Let's talk about Scotty
21 Thomas then. What did he say was done to
22 him while he was in the Coosa County Jail?
23     A.    He said that he didn't -- on

Page 118

1  the grits, it was supposed to be grits that
2  they cooked for breakfast. There would be
3  beetles in the grits, things moving around
4  in it. I guess it's grits. He said he
5  couldn't eat, the way he put it, slop.
6      Q.    Anything else?
7      A.    No.
8      Q.    When was Mr. Thomas in the
9  Coosa County Jail?
10     A.    I have no idea.
11     Q.    But you're sure it was before
12 your son was in?
13     A.    Yes, sir.
14     Q.    All right. Do you know where
15 Mr. Thomas is now?
16     A.    He lives on Houston Road.
17     Q.    Here in Rockford?
18     A.    It's Stewartville, in
19 Stewartville.
20     Q.    Okay. Has Bryan ever had a
21 car stolen?
22     A.    Stolen?
23     Q.    Yes, sir.

Page 119

1      A.    Not that I know of.
2      Q.    You may have answered this
3  question in a different way, but I want to
4  ask it just to be sure. You have testified
5  about a number of conversations that you've
6  had with different -- or that you had with
7  different defendants in this case, Ricky
8  Owens, Wendy, and different folks. Were any
9  of those conversations, whether they were in
10 person or on the telephone, recorded?
11     A.    No, sir.
12     Q.    Do you know of any
13 conversations that your wife might have had
14 with any of the defendants in this case that
15 were recorded?
16     A.    No, sir.
17     Q.    And I think you testified
18 about at least one car accident that Bryan
19 was in. That's the one with the first
20 degree assault charges came out of?
21     A.    Yes, sir.
22     Q.    Has he been in any other car
23 wrecks besides that one?

Page 120

1      A.    He's had several in his
2  lifetime.
3      Q.    About how many, would you say?
4      A.    Like four.
5      Q.    Were any of the others as
6  serious as the one that he had that resulted
7  in the charges?
8      A.    No, sir.
9      Q.    Was he ever hospitalized as a
10 result of any of the other wrecks?
11     A.    No, sir.
12     Q.    In testifying about
13 Mr. Bradley, earlier, I think you said that
14 Bryan said he would wait for -- or he would
15 wait at night to hear a click, and that
16 would let him know that Al was coming; was
17 that right?
18     A.    Yes, sir.
19     Q.    All the incidents that Bryan
20 has told you about, involving Mr. Bradley,
21 did those occur at night?
22     A.    To my knowledge, I do not
23 know.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 121

1    Q.    You don't know. Okay.
2          Why would he lay awake at
3    night waiting for a click if they didn't
4    happen at night?
5    A.    To my knowledge, I don't -- I
6    have no idea.
7    Q.    Okay.
8    A.    Most jailers just go up and
9    stick the key and turn the lock.
10   Q.    What was the click from, do
11   you know?
12   A.    Where he was sliding that key
13   and turning it real soft.
14   Q.    Okay. But he did tell you he
15   would lay awake at night waiting for that
16   click?
17   A.    Yes.
18   Q.    You also testified that my
19   client, Ricky Owens, told you that it was
20   costing him nine hundred dollars a month to
21   keep your son?
22   A.    Yes, sir.
23   Q.    What was that nine hundred

Page 122

1    dollars for?
2    A.    The medicines they was giving
3    him.
4    Q.    Okay. And when did he tell
5    you that? Was it during one of the three
6    meetings that you had with him?
7    A.    Yes, sir. The meeting that me
8    and him and Sergeant Jackson had.
9    Q.    Was that the one here at the
10   office?
11   A.    The one in the office over at
12   the jailhouse.
13   Q.    Okay. Do you know who it was
14   that put David Kelley in the hole, as you
15   called it?
16   A.    No, sir.
17   Q.    He never told you?
18   A.    No, sir.
19   Q.    Do you know who it was that he
20   asked for a blanket?
21   A.    No, sir.
22   Q.    Do you know why Junior Miller
23   was being held in the Coosa County Jail?

Page 123

1    A.    To my knowledge, no.
2    Q.    Okay. That's what I'm asking,
3    if you know?
4    A.    No. Huh-uh.
5    Q.    All right. You testified also
6    about a, as you put it a photostatic copy,
7    that you have of what sounds like to me is a
8    medication log; is that correct?
9    A.    Correct.
10   Q.    Where did you get that copy?
11   A.    From the jailhouse.
12   Q.    Who gave it to you?
13   A.    They gave it to my wife. So I
14   don't know who gave it to her.
15   Q.    Okay. But somebody from the
16   jail gave it to her?
17   A.    Yes.
18   Q.    And she hasn't told you who
19   that was?
20   A.    I never asked her.
21   Q.    When did she get it?
22   A.    Right after Bryan was released
23   from Bullock.

Page 124

1    Q.    That would have been in 2005?
2    A.    I presume -- No, it wasn't.
3    He had to have got it before then. I can't
4    remember when she got it. But she's got it.
5    Q.    Does Bryan have a time he's
6    supposed to be released from the facility in
7    Ensley?
8    A.    No, sir.
9    Q.    Okay. So he's not -- it's not
10   a program time?
11   A.    No.
12   Q.    All right. Is there any kind
13   of goal or benchmark that's been set that
14   he's supposed to meet before he leaves that
15   facility?
16   A.    No, sir.
17   Q.    Have y'all talked about any
18   plans about him leaving it at some time in
19   the future?
20   A.    Yes, sir. We going to try to
21   get it -- get him admitted to Bryce.
22   Q.    You're trying to get him
23   admitted to Bryce?

31 (Pages 121 to 124)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 125

1   A.   Yes, sir.
2   Q.   Have you done anything as we
3   sit here today, to get him admitted to
4   Bryce?
5   A.   Yes, sir.
6   Q.   What have you done?
7   A.   We've had a lawyer draw up a
8   power of attorney where we can get all of
9   his medical reports and if we have power of
10  attorney over him.
11  Q.   And then I guess from that
12  you're intending to submit something to
13  Bryce; is that right?
14  A.   Yes, sir.
15  Q.   And you just haven't done that
16  yet?
17  A.   No, sir.
18  Q.   Is it because you're gathering
19  the documents right now?
20  A.   Yes. My wife's mother is
21  dying of melanoma cancer, and she has until
22  the 17th of this month to live, and that was
23  what the doctor said. And so we've -- we've

Page 126

1   been pretty much worried with it.
2   Q.   You've been busy with your
3   wife's mother?
4   A.   Yes, sir.
5   Q.   Okay. I understand.
6   A.   She is not able to get out of
7   bed, so we have to go and do what we can.
8   Q.   If Bryan wanted to leave the
9   Ensley facility right now, could he?
10  A.   No, sir.
11  Q.   Why not?
12  A.   It's court ordered that he
13  stay.
14  Q.   Okay. Is that court order
15  indefinite?
16  A.   Well, until he goes to court
17  on the car wreck.
18  Q.   I understand. So he's there
19  in lieu of being in a jail; is that right?
20  A.   Yes.
21  Q.   Awaiting trial on the charges?
22  A.   Yes, sir.
23  Q.   And you do not know if there's

Page 127

1   a trial date set right now?
2   A.   No, sir. Mr. Luker, who is
3   our attorney, said he will ride it out as
4   long as he could.
5   Q.   Where did that wreck occur?
6   A.   November the 23rd.
7   Q.   I'm sorry, where?
8   A.   On 280.
9   Q.   In which county?
10  A.   Talladega County.
11  Q.   Was that in the city or just
12  out in the county?
13  A.   Yes, in the city.
14  Q.   Which city, Talladega?
15  A.   Talladega County, City of
16  Sylacauga.
17  Q.   If Bryan were released today,
18  would you allow him to move back into your
19  house?
20  A.   No, sir.
21  Q.   Why not?
22  A.   When he blanks out like he
23  does, he don't know what he's doing, where

Page 128

1   he's at.
2   Q.   Is that threatening to you in
3   some way?
4   A.   Well, it's not threatening to
5   me, because I can sit down and talk to Bryan
6   and talk him out of that. But when he goes
7   into this staring situation, it's always Al
8   Bradley. Al Bradley. And he may look at
9   you and think you're Al Bradley.
10  Q.   Has he talked to you like you
11  were Al Bradley before?
12  A.   No, sir.
13  Q.   Have you seen him talk to
14  anyone else like they were Al Bradley,
15  before?
16  A.   One occasion when he was
17  beating that doll.
18  Q.   You said doll?
19  A.   (Witness nods head
20  affirmatively.)
21  Q.   I guess my question is has he
22  done that to a person?
23  A.   No, sir.

32 (Pages 125 to 128)

# FREEDOM COURT REPORTING

Page 129

1    Q.    Any other reason why you
2  wouldn't let him move back into your house?
3    A.    Well, that scares me when
4  he -- when someone loses control of their
5  mind, and they don't even know who they are,
6  and the only thing that they can think about
7  is Al Bradley.
8    Q.    Have you and your wife
9  discussed whether or not you'd let Bryan
10  come back to the house?
11    A.    Yes, sir.
12    Q.    What is her opinion of that?
13    A.    We want him to get -- See, they can --
14  where he can get -- See, they can --
15    Q.    I'm asking you what your
16  wife's opinion is.
17    A.    She was the same as me.  She
18  wants to be able to put Bryan in a place
19  where he can get help.  And when he was at
20  Hillcrest, they wanted to do shock
21  treatments and burn that part of his brain
22  out.
23    Q.    Who is they that wanted to

Page 130

1  give him shock treatment?
2    A.    The doctors.
3    Q.    Which doctors?
4    A.    There's been so many doctors.
5    Q.    Whoever this doctor or doctors
6  were, did they discuss these shock
7  treatments with you?
8    A.    No, sir.
9    Q.    Who did they discuss them
10  with?
11    A.    With Bryan.
12    Q.    All right.  So is it fair to
13  say that you only know about the shock -- or
14  the proposed shock treatments through Bryan?
15    A.    Yes.
16    Q.    I'm almost done here,
17  Mr. Kelley.
18         MR. WILLFORD:  Mr. Kelley
19  that's all I have.  Thank you very much.
20         MS. MCDONALD:  I don't have
21  anything else.
22    (The deposition was concluded at 12:50 p.m.,
23  September 24th, 2007.)

Page 131

1         REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  ELMORE COUNTY,
4         I, Sara Mahler, Certified Shorthand
5  Reporter and Commissioner for the State of
6  Alabama at Large, do hereby certify that the
7  above and foregoing proceeding was taken
8  down by me by stenographic means, and that
9  the content herein was produced in
10  transcript form by computer aid under my
11  supervision, and that the foregoing
12  represents, to the best of my ability, a
13  true and correct transcript of the
14  proceedings occurring on said date and at
15  said time.
16         I further certify that I am neither
17  of kin nor of counsel to the parties to the
18  action; nor in any manner interested in the
19  result of said case.
20
21

22         _____
           Sara Mahler, CSR,
           for the State of
23         Alabama at Large.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

**A**

**Aaron** 60:9,19
**ability** 11:23
  102:4,7 131:12
**able** 58:10
  101:13 126:6
  129:18
**abrasion** 34:10
**abuse** 40:20
  68:17 69:20
**abused** 70:4
  116:23
**abusing** 68:14
**Academy** 8:19
  12:23 13:6
**accident** 22:11
  119:18
**Ace** 74:22
**acne** 76:15
**acting** 5:11
**action** 131:18
**active** 27:20
**addiction** 105:8
**address** 8:4,6,23
**adequate** 81:21
**administer**
  115:5
**administered**
  87:13 96:19
**admitted** 42:10
  42:14 86:15
  88:7 124:21,23
  125:3
**advertise** 31:17
**advice** 66:6
**advised** 63:2
**affect** 10:21
**affiliated** 12:22
  13:8
**affirmatively**
  47:1 92:23
  128:20
**ago** 46:22 47:7
  77:20 96:14

103:1
**agreed** 1:13 2:2
  2:9,18 103:16
**aid** 131:10
**ain't** 66:4,8
**AI** 1:9 4:9,23 6:9
  14:12,12,13
  16:4,7,12 17:8
  68:18 70:11,14
  71:7,14,21
  72:9,16 73:9
  73:17 83:13
  84:10 87:22
  88:1 89:4
  95:20 116:10
  120:16 128:7,8
  128:9,11,14
  129:7
**Alabama** 1:2,18
  4:2,17,21 5:4
  5:11,17 116:14
  117:3 131:2,6
  131:23
**alcohol** 25:21,22
  29:6 31:3
  39:10 40:20
  42:2,22 44:13
  72:14 104:21
  105:2,10
**alcoholic** 39:8
  72:9
**alcoholism** 39:6
**Alex** 51:5 82:15
  82:17
**alive** 117:14
**allow** 31:8 54:22
  127:18
**allowed** 33:1
**alluding** 35:17
**altercation** 35:7
**amount** 37:11
  55:22
**Anniston** 12:13
  12:16 104:14

104:17
**answer** 32:16
  117:5
**answered** 119:2
**antipsychotic**
  88:4
**anybody** 14:5
  50:4,18 53:7
  54:3 55:13
  62:1 68:14
  69:20 70:1
  72:1 73:22
  80:8 83:2
  95:21 109:16
  113:23 116:16
  116:21,22
  117:6
**apart** 84:11
**apartment**
  112:6,23
**APPEARAN...**
  4:14 5:1
**appearing** 4:18
  4:22 5:4
**applehead** 14:7
**appointment**
  15:9
**appreciated**
  82:5
**approve** 39:1
**Approximately**
  58:4,19
**April** 11:15 18:6
  19:9,9 21:6
  23:2,12,14,17
**arm** 71:15,16
**arms** 34:6
**arrest** 45:18
**arrested** 20:6,15
  40:7
**arsenic** 87:9
**artificial** 61:17
**asked** 37:18
  47:13 52:8,16

55:19 56:8
  58:10 72:7
  91:15 92:15
  93:6 94:6
  103:14 122:20
  123:20
**asking** 68:11
  89:4 102:20
  123:2 129:15
**assault** 18:14
  19:3 22:2
  32:13 34:13
  119:20
**assessment** 24:4
**assign** 2:13
**attack** 33:17
  46:2
**attacks** 10:2
  11:12 48:21
  49:5,10,20
**attend** 15:15
**attorney** 50:13
  50:14 65:15
  67:9 68:11
  110:18 125:8
  125:10 127:3
**attorneys** 51:12
**Awaiting** 126:21
**awake** 84:17
  121:2,15
**aware** 23:8 40:9
  115:11
**a.m** 5:18

**B**

**baby** 40:1
**back** 11:6,11
  12:1 13:18,21
  17:1 18:5
  21:10 24:2
  27:17,22,23
  30:11 32:20
  38:15 44:23
  45:1,13,14

51:18 61:16,18
  68:3 70:18
  71:14,21 74:16
  74:21 81:16,17
  83:8 86:10
  91:14 100:16
  101:2 109:5
  112:6 127:18
  129:2,10
**bandage** 74:22
**bar** 89:2,2
**Bartly** 70:5,6,8
  70:10,19 90:19
  90:21 104:3,4
  115:10 117:15
  117:16
**based** 31:15
**basement**
  112:23 113:1
**basic** 27:18 28:1
  32:20 35:22
**basically** 101:9
**bath** 52:17
  113:22
**bathe** 58:11
**beat** 16:8 17:10
  71:8 84:21,21
**beating** 14:10,10
  128:17
**beatings** 88:20
**beautiful** 78:17
**bed** 73:11,12
  126:7
**bedroom** 14:3
**beer** 38:22
**beetles** 118:3
**beg** 61:14
**begged** 16:20
  91:22 94:4
**beginning** 5:17
  12:7 66:1
**behalf** 4:18,22
  5:5
**beings** 79:20

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

believe 9:8
12:17 23:15
35:17 37:4
42:15 51:23
78:1
**BellSouth** 59:11
**benchmark**
124:13
**best** 11:23 42:7
51:9 131:12
**big** 76:14,16
86:16
**bipolar** 48:8
**Birmingham**
4:17,21 12:14
12:20,21 22:4
23:10 106:23
107:13 108:2
111:15 113:10
**birth** 7:19 30:18
**bit** 6:20 33:1
37:21
**bitch** 15:13
70:17
**bite** 86:8
**black** 17:11
82:21 83:19,23
87:1 95:16
107:17
**blacked** 95:15
**blacker** 86:23
**blacking** 99:13
**blacks** 109:5
**blank** 14:4
99:14,18
100:21
**blanket** 91:15
91:16 122:20
**blanks** 127:22
**blood** 16:17 86:9
**Bo** 20:22
**Bobby** 53:12,13
**body** 30:5 33:22
34:5 47:16

80:21 86:21
90:10
**bond** 20:6,8,10
20:14,17,20
21:9
**bone** 74:11
**books** 72:13,16
72:22
**boss** 31:11
**bounds** 69:18
**boy** 15:14 53:11
91:5
**boys** 25:12,13
48:4
**Bradley** 4:23 6:9
14:12,13,14
16:4,7,13 17:8
68:18 70:14
71:8,14,22
72:9 73:9,17
83:13 84:10
85:11 87:23
88:1 89:4
95:20 116:10
120:13,20
128:8,8,9,11
128:14 129:7
**brain** 102:14
129:21
**break** 7:7 48:14
48:18 76:14
96:8
**breakfast** 118:2
**Bridge** 25:17,18
**bring** 24:2
**bringing** 80:18
**broke** 27:17,22
27:23 47:17
74:10,22 76:6
95:4
**broken** 38:15
**broom** 17:9 84:7
**brother** 25:5,10
39:8 91:20,22

brother's 45:4
**brought** 18:13
18:21 20:2
21:5 34:12
45:13 79:13
80:3
**Brown** 51:9
**Bryan** 1:6 4:6
8:9 13:7 15:16
15:19 18:4,7
22:1,10,21
24:9,13 25:5
25:10,20 28:17
29:6,11,13,21
32:18 34:6,12
35:6,8,19
44:10,11 46:20
47:9,14 48:7
49:17 50:4
51:1,10,13,18
52:4,9,16
54:20 56:1
58:10 60:3
61:14 64:15
65:11,19 66:15
67:19 68:14,17
69:20 70:2,3
70:11,13 71:8
73:20 74:7
75:7,14 79:22
83:7,16 84:17
86:3 87:22
88:17 90:1
92:1,5,19 93:4
93:11,17 94:1
94:21 95:1,3
95:21 98:17,22
99:2 100:15,20
101:5 102:5
104:13 106:10
106:22 107:10
111:6,22 112:9
112:9,9,10,23
113:4,17,18,20

114:5,10
115:13 116:11
116:20 117:1
118:20 119:18
120:14,19
123:22 124:5
126:8 127:17
128:5 129:9,18
130:11,14
**Bryan's** 11:16
18:3 30:18
61:11 63:21
68:6 69:13
71:1,12 72:12
73:17 74:4
82:8 90:15
95:7,10
**Bryce** 124:21,23
125:4,13
**build** 112:22
**building** 52:15
53:21 54:12
112:2
**built** 93:14
**Bullock** 36:1,20
37:3 47:23
123:23
**bunch** 99:3
**bunk** 89:7
**burn** 129:21
**Burnham**
112:16,17,18
113:3
**business** 9:19
11:2 31:15
33:11,15
**busted** 45:1
**busy** 126:2
**buying** 90:20

---
**C**
**cafes** 108:20
**cages** 61:18
**call** 17:1 21:20

28:22 58:9,15
60:3,3 77:19
107:8 116:15
116:17
**called** 28:21
29:12 58:17
77:23 122:15
**calls** 59:5 115:17
116:4,6
**cancer** 125:21
**candy** 89:2
**capable** 24:7
**car** 18:13,16,19
19:12,13 21:7
22:13,23 39:13
81:10 99:17
118:21 119:18
119:22 126:17
**card** 112:15
**cardboard**
79:18
**care** 81:22
**carpenter**
113:19
**CARROLL**
4:16
**carrying** 73:6
**case** 1:5 4:5 22:6
98:12,17,20
104:11 119:7
119:14 131:19
**casual** 73:6
**catch** 57:19
**cause** 5:19 20:19
33:19
**caused** 30:1
42:23 49:20
87:4
**cell** 91:14
**certain** 37:11
55:22 56:4
**CERTIFICA...**
131:1
**Certified** 131:4

## FREEDOM COURT REPORTING

certify 5:12
131:6,16
charge 28:23
charged 19:2,13
charges 18:14
18:21 20:1
21:5 22:2
34:13,14,17
119:20 120:7
126:21
Cheaha 15:5,7
check 55:1
107:15 114:20
checked 79:14
Chihuahua 14:7
child 95:11
children 25:5,8
25:9 43:4
Christian 8:18
12:22 13:5
31:16,16
church 31:18,20
31:21 32:3
44:9
circulating 86:9
city 12:17 18:22
20:2 23:15
51:5 73:4
82:15,17
104:14 127:11
127:13,14,15
Civil 5:13
clarified 103:6
Clay 37:15,16
82:1,2,4
clear 107:5
click 16:5,7
83:13 84:19,19
120:15 121:3
121:10,16
client 121:19
close 96:9
107:15
closed 33:11,15

clothes 31:15
coffee 87:1
cold 67:22 91:14
Coleman 25:17
25:18
collect 60:4
77:20
college 96:5,6
color 85:22
coma 19:20
come 12:4 14:3
16:8 18:5 19:7
19:10 26:7
32:20 41:23
47:6 54:23
65:13 70:13
74:16 76:16
77:2 78:6 80:1
84:20 88:1
90:6 91:21,22
94:8 95:5,17
101:6 107:15
114:3 116:22
117:6 129:10
coming 16:7
62:5 71:13
83:14 101:3
105:19 120:16
Commissioner
2:19 4:13 5:12
131:5
commode 88:22
93:8 94:4,6
company 9:14
11:1
complained
92:20
complaints 95:6
completely 86:7
compliance 2:5
computer 87:7
131:10
concluded
130:22

concrete 61:16
condition 54:21
68:2 99:22
confused 18:18
35:4 37:21
construction
9:12,13,17
11:1
contact 15:4
107:9
content 131:9
continued 5:1
18:3
contradicting
87:8
control 129:4
conversation
52:12,23 53:8
53:17,19 54:4
54:7,17 55:5
55:14 56:11,16
56:22 57:2
62:22 63:9,20
65:8 67:3,7
68:10 70:23
72:8 73:6
103:18
conversations
50:3 52:19
57:16,21 58:2
58:5 60:13,23
61:5,21 63:10
63:14 64:18
98:16 99:8
100:14 101:10
101:23 119:5,9
119:13
cooked 118:2
cooling 115:6
Coosa 1:17 5:15
9:1 15:23
34:20,21 37:6
37:10 40:14
45:13,15 49:18

51:11 81:17,20
81:23 94:13
101:4,6 106:11
115:13 116:21
117:3,22 118:9
122:23
cooter 73:10
copy 85:23
96:20 110:21
123:6,10
cord 61:18
Cornelius
111:11,12,18
111:23 112:2,2
112:14,16,18
113:17
corporation
51:5,6
correct 6:17
7:17 11:13
23:18 24:21
43:20 64:12
76:8 99:1
123:8,9 131:13
Corrections
82:20
correctly 77:2,7
costing 91:4
121:20
counsel 1:15
2:10,12 5:15
131:17
counseling
36:11
county 1:17 5:16
9:1 15:23
21:14 22:22
34:19 37:6,11
37:15,16 40:14
45:13,15 49:18
50:12,14 51:11
52:15 53:21
54:12 65:15
81:17,20,23

82:1,2,4 94:13
101:4,6 106:12
115:13 116:22
117:4,22 118:9
122:23 127:9
127:10,12,15
131:3
couple 108:18
court 1:1 2:6 4:1
5:10 6:1 19:7
40:21 67:13
103:7 126:12
126:14,16
Courthouse
1:17 5:16
courtroom 73:1
covered 98:14
crack 47:21
109:5 111:3
114:7
crazy 73:15
cross 101:5
crossed 34:6
CSR 1:16 5:10
131:22
cup 86:23
currently 7:21
8:9,12,13,17
9:3,9 10:3,7
13:8 18:11
22:7 24:20
68:23 104:14
113:4
custody 44:10
cut 34:12 70:18
77:13 78:2,3,6
85:8 99:11
113:20

_____

**D**

D 3:2
dad 39:10
daddy 14:20
70:17 71:20,21

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

84:3
damages 22:12
DANIEL 1:6 4:6
date 5:12 7:19
30:18 50:1
127:1 131:14
dates 35:5 49:11
daughter 43:19
89:9
David 15:9,10
73:4,7 91:13
117:15 122:14
day 1:19 15:16
15:17 16:19
20:15 34:11
48:5 52:15
57:4,13 70:12
74:5 94:5
99:16 100:4
111:8,9 115:5
days 27:19,20
56:2 77:18
79:18 88:21
dead 78:12,13
80:19 117:12
deal 113:20
dealings 73:17
death 101:7
Defendant 5:5
defendants 1:10
4:10,22 119:7
119:14
degree 18:14
19:3 34:13,13
119:20
denied 75:14
department
18:23 36:2
73:14 82:9,20
108:21
deposed 18:7
deposition 1:15
1:22 2:3,4,15
2:19 6:13

11:16 19:8
23:3 67:10,12
99:15,16
100:23 103:6
130:22
depositions 2:7
deputy 16:9,10
50:9,10,17,22
64:16 66:10
69:23 84:8
destroyed 95:11
details 15:22
16:3
detect 43:3
deteriorating
54:22 63:22
diagnosed 36:5
48:7,11
dial 59:22
died 19:23
different 17:20
58:8 66:16
68:7 83:18
107:7 109:14
111:20 112:22
119:3,6,7,8
differently
69:15
difficulty 13:13
disability 10:4
33:2,7
discharge 28:3,4
discuss 130:6,9
discussed 129:9
disk 61:17
dismissed 64:2
disregarded
92:12
distance 59:23
DISTRICT 1:1
1:2 4:1,2
DIVISION 1:3
4:3
doctor 10:12

16:3 34:9 55:3
75:4 79:14,23
89:18 97:8
106:8 125:23
130:5
doctors 43:12
130:2,3,4,5
documents
125:19
dog 67:20 92:18
doing 8:14 14:19
14:20,21 15:1
15:2 65:3
127:23
doll 128:17,18
dollars 91:4
101:5 115:8
121:20 122:1
Donna 110:4,10
110:11 111:4
114:16,21
door 34:5 65:13
71:13 94:9,10
doors 94:16
downstairs
112:7
Dr 15:9,9,10,12
15:16,20 16:19
17:15,17,22
48:9 80:1,5,16
81:18 89:15
105:7,17,19,21
106:3,18
dragging 71:19
drank 28:20
draw 125:7
dreamed 92:14
dress 90:21
drink 26:7,9
27:6,9 29:2
39:4
drinker 39:2
drinking 26:5
26:11 27:4

28:18 30:1,8
30:14,15 31:7
31:9,12,13
38:17 46:4
72:10
Drive 4:17
driver's 46:9,12
drop 30:15
drug 46:19
104:20 105:1,3
105:8
drugs 25:21,23
46:20 47:19
48:3
drunk 73:10,13
duct 17:12
due 22:12
DUI 40:7,10,13
40:16 41:5,11
45:19
DUIs 32:11
duly 5:22
duty 27:21
dying 81:4
125:21

_____

## E

E 3:2
eager 46:8
earlier 46:18
120:13
easier 59:17
easy 38:5
eat 118:5
effect 2:5 101:12
effects 10:14
eight 37:17 88:4
eighteen 25:23
26:1 27:7
either 10:20
25:20 65:8
100:22
ELEY 5:3
ELMORE 131:3

emergency 45:6
employed 9:4,10
9:10 66:23
70:2
ended 34:14
enemies 79:15
Ensley 8:13,14
18:11,12 24:1
104:16,17
105:14 113:9
124:7 126:9
escalated 34:2
escape 47:18
especially 76:17
78:14 98:21
ESQUIRE 4:15
4:19 5:2
ET 1:9 4:9
evening 14:2
evidence 2:15
exact 13:1 50:1
66:14
examination 3:3
5:19 6:5 98:8
examined 5:22
excellent 29:18
82:1
excuse 15:12
exhibits 3:8
existence 9:20
experiment
46:20
eyes 14:4 84:9
99:18 101:18

_____

## F

Faber 15:9,9,10
15:12,16,20
16:19 17:15,17
17:22 48:9
105:7,17,19,21
106:3,18
face 76:14 86:20
face-to-face

57:23 79:10
**facilities** 106:22
107:7 108:14
109:14 110:12
110:15 111:1
111:15 114:12
114:14 115:3
**facility** 8:17
23:5,23 105:20
109:9 111:4,7
112:21 113:3,9
114:5,17 124:6
124:15 126:9
129:13
**fact** 41:8
**failure** 37:13
**fair** 98:15
130:12
**fall** 17:7
**family** 39:7 89:9
98:16
**far** 31:7 41:17
74:11
**faxed** 110:11
**faxes** 108:16
**feced** 17:4
**Federal** 5:13
**feel** 7:2
**feet** 90:5
**fell** 74:9 95:4
**fetal** 84:3
**fetus** 88:23
**fifteen** 30:11
56:13 76:23
99:10
**fifty** 20:12 47:12
47:13
**Fifty-seven** 7:13
**fight** 29:22
30:12 34:7
**fighting** 29:20
32:13
**figure** 7:5 11:10
37:21

**filed** 6:11 22:10
**filing** 2:18
**finally** 14:17
**find** 102:9
107:15
**fine** 6:4 41:2
**fired** 51:4
**first** 5:22 15:11
15:17,20 17:15
18:14 19:3,9
24:16 25:19
26:5 28:17
30:1,20 34:12
34:13 35:11,13
35:19 38:16
39:9 40:13
41:5 42:13
43:7 45:4,5
46:20 48:6
52:23 53:2,4
56:15 60:9
65:20 69:3
74:7 75:21
76:3 86:15
109:3,4,11
111:4 113:7
114:5 115:23
119:19
**fishing** 27:13
**fit** 52:18
**five** 17:12 31:23
34:15 37:9
45:15 107:22
115:8
**five-day** 42:16
43:9
**fixing** 84:20
**floor** 14:6,10,21
15:1 16:23
52:10 54:21
58:13 61:16
**flush** 88:22 93:7
94:4,5,6,7
**flushed** 58:14

**folks** 111:3
114:6 119:8
**following** 5:20
**follows** 5:23
**foot** 17:13 74:10
74:22 76:6
95:5
**force** 2:4
**foregoing** 5:14
131:7,11
**forehead** 76:17
**forensic** 106:8
**forget** 99:5
**forgive** 35:5
**forgotten** 96:13
**form** 2:11
131:10
**forty** 47:12
**forty-something**
79:18
**forward** 116:22
**found** 34:10
**fountain** 55:12
**four** 12:10 14:2
17:12 19:22
49:6,7 58:22
67:1 88:21
102:17 112:3,4
113:16 120:4
**fourth** 102:14
**four-wheel**
44:17
**frame** 43:15
**free** 7:2
**frequently** 28:20
**front** 71:13
102:17 113:16
**frost** 86:7
**full** 2:5 7:14
86:23 94:8
**further** 2:1,8,17
131:16
**future** 124:19

| G |
|---|
**game** 33:21
**Gary** 5:2 98:10
**gathering**
125:18
**gentleman**
111:21
**gentleman's**
112:13
**getting** 15:4
40:4 41:11
68:4 96:9
104:20 105:3,6
110:9,21
**give** 16:21 17:2
28:2 56:7
58:11 66:6
67:20,23 80:22
88:2 91:16
92:18 93:8
96:21 97:1,3
97:14 99:14,15
99:16 101:5
103:9 107:12
113:21 130:1
**given** 6:12 85:19
97:18,23
110:17
**giving** 52:16
87:8,9,16 97:7
109:19 122:2
**glass** 85:14
87:23 89:4
**go** 7:16 11:11
21:10,16 30:8
31:20 39:13
44:9,23 46:16
51:12 56:20
70:18 73:11
74:15 75:11
78:12,13 80:20
81:15 84:2
85:9 93:10
95:9 108:18

111:10 114:19
121:8 126:7
**goal** 124:13
**God** 31:21
**goes** 105:7
126:16 128:6
**going** 6:22 11:5
13:14 16:8
27:13 41:15
47:14,15 49:2
51:14 62:5
65:10,23 78:4
85:11,15 89:5
89:11 90:4
96:12 107:4
109:7 124:20
**good** 44:3 109:2
**Gotcha** 116:16
**gotten** 75:22,22
**Governor** 51:20
**grabbed** 70:14
94:7
**grades** 29:15
**graduated** 26:22
29:8 32:4
**grand** 93:13
**granddaughter**
43:23
**granted** 107:14
**great** 6:3 38:5
**Green** 50:9 60:8
60:14,19 61:10
61:22 62:20
64:6
**Green's** 60:9
62:11,16
**grip** 83:21
**grits** 118:1,1,3,4
**groin** 84:1
**grounds** 2:13
**growing** 36:4,14
**Guard** 28:5,7,9
28:20 31:6
38:16

# FREEDOM COURT REPORTING

guess 28:16 32:2
33:10 54:8
60:4 64:17
71:18 78:8
82:16 118:4
125:11 128:21
guilty 19:5
guy 114:1
guy's 112:15

## H

Halcyon 5:3
half 32:22 41:19
57:3 68:11
113:21
halfway 8:15
21:16 104:18
114:11
hallucinations
96:2
hallway 54:11
55:11,15 56:12
57:14
hand 14:23 40:4
94:8
handbook 56:6
56:7,8
handcuffs 81:10
handle 84:7
94:10
hands 14:17,22
handy 112:10
hang 73:13 78:7
happen 9:22
13:20 19:10
20:19 76:18
121:4
happened 15:23
33:18 42:20
83:9 84:14
88:18 95:1
99:3 101:11,16
101:22 102:5
102:18,23

happening
102:22
happy 7:9
hard 13:14
61:15
hate 13:12
head 45:1,2
46:23 70:12
79:3 92:22
102:16 128:19
health 10:6 15:5
80:8 108:21
hear 13:15 54:3
120:15
heard 16:6 18:3
73:7 77:16
83:12 84:19,19
hearing 13:13
heart 10:1 11:12
33:17 46:1
48:21 49:4,10
49:20
heart-to-heart
39:15
heating 115:6
held 79:17
122:23
hell 71:22 83:6
help 15:4 42:6
42:11 49:3
129:19
he'll 95:9,16,17
hid 38:23
high 26:2,23
29:9 32:4 36:3
37:23 38:3
96:5 109:1
Highway 4:21
Hillcrest 17:21
17:23 42:16
43:6 44:12
129:20
hire 54:23
hired 51:4

hit 17:10 44:23
83:23 116:10
hitting 14:11
hold 14:22 16:13
40:18 55:21
83:21 84:11
holding 14:21
hole 17:1,2,3
52:9 55:21
71:10,21 72:13
76:5,5 79:17
79:19 83:6
91:18 95:4,5
122:14
hollered 87:23
hollering 14:11
99:19
Hollingsworth
20:22 21:19,22
24:3
holster 16:11
home 8:15 11:17
11:21 13:18,21
26:8 27:10
28:13 38:14
41:14 45:6
52:22,22 53:2
53:12,15 55:9
59:6 60:16
62:20 65:12
83:8 108:19
homes 12:6,9
107:12,23
108:1,8
honor 28:2
Honorable 28:3
28:4
Hope 12:17
23:15 104:14
hopefully 96:8
hose 17:11 83:18
83:23
hospital 17:21
20:21 21:1

37:13 45:9,12
75:1 80:12
81:1,12,15
86:5,16 89:22
90:22
hospitalized
120:9
hospitals 114:11
hour 56:19 57:3
68:10,11
hours 14:16
30:17 40:18
74:18 95:16
house 21:17
28:22 30:10,11
30:16 33:21
45:4,5 53:5
56:17,20 57:10
59:14 62:11,16
62:23 74:14
102:9 104:18
113:15 116:4
127:19 129:2
129:10
housed 18:11
23:8 93:11
94:1 113:16
houses 114:11
Houston 118:16
huh 31:11
Huh-uh 32:12
32:15 123:4
human 79:11,12
79:20,21 92:17
hundred 27:19
27:20 47:10,11
91:4 115:8
121:20,23
hung 53:11,14
hunting 91:11
hurt 17:7
Hussein 79:13
hypothermia
86:11

## I

idea 24:5 43:14
118:10 121:6
ignored 92:16
92:21
ill 12:6
illegal 105:3
illness 36:6
impact 102:4
incarcerated
33:13,14,16,19
35:9,12,16
47:5,6 49:18
50:2,5 51:11
51:18 52:4
79:23 83:10
85:1 94:20
95:14,23 96:3
102:19 106:11
116:21
incarceration
68:6 71:1
73:18 74:4
99:9
incidents 120:19
indefinite
126:15
indicating 70:15
70:16 71:14
74:12 78:20
102:14
individual 55:21
ingrown 86:5
initial 97:15,15
97:16
inmate 70:9
71:3 115:12,17
inmates 66:16
70:22
inspection
108:19
intending
125:12
intentionally

# FREEDOM COURT REPORTING

16:12
interested
  131:18
interrupt 13:12
intoxicated
  38:20
introduced 6:7
involving
  120:20
IV 80:20,20
_____

**J**

Jackson 122:8
jail 16:1 21:10
  21:12 22:21,22
  37:6,11,15,16
  40:15 45:14
  50:4 51:11
  52:17 54:1
  55:3 59:23
  60:5,21 61:6,7
  70:2 71:2
  73:23 75:7
  81:16,20 82:11
  82:17 88:8,19
  90:16 91:19
  92:7 98:5 99:4
  100:2,16 101:2
  106:12 115:13
  116:22 117:2,8
  117:22 118:9
  122:23 123:16
  126:19
jailer 50:22,23
  60:20 69:3
jailers 70:23
  97:1,3,21
  121:8
jailhouse 69:10
  122:12 123:11
jails 97:23
January 100:16
job 31:13
Johnson 50:16

65:15,18 73:3
Johnson's 73:3
joined 28:19
  31:6
joins 38:8
joking 34:2
JR 5:2
judge 20:22
  21:19,22 37:9
Junior 94:3
  115:11 117:16
  122:22
_____

**K**

keep 31:14
  38:23 59:17
  90:20,22 91:5
  101:9 121:21
keeping 52:8
Kelley 1:6,16,22
  4:6 5:6,18,21
  6:7 7:12,15,22
  9:4,14 10:7
  12:12 13:11
  20:11 25:1,19
  32:19 39:2
  41:14 43:15
  45:21 48:18
  59:10 60:11
  63:20 71:6
  72:3 74:1
  75:11 77:10
  80:5 82:23
  85:17 86:13
  90:14 91:9,13
  96:12 98:10
  100:8 122:14
  130:17,18
Kelley's 9:11,16
  10:23
Kelly 50:16
  65:15 73:3,3
kept 19:21 37:10
  73:9,11,12

107:14 108:7
key 16:6 121:9
  121:12
kicked 16:13,14
  16:15,16 84:1
  84:1,11
kid 38:5
kidney 37:12
kids 37:12
kill 80:22
killed 71:4
  102:13
kin 131:17
kind 6:19 18:17
  29:17 33:10
  35:20 36:5,23
  79:20 99:22
  124:12
kinds 17:20
knees 86:7,8
  90:5
knew 16:6 26:9
  27:4 38:23
  47:7 53:13
  83:13 84:20
  92:13 99:12
  109:7 113:18
  113:18
knife 34:10
knock 72:14
knocked 63:23
  78:19
knots 76:16
know 6:19 7:8
  8:16 15:2 22:6
  22:14,17 23:22
  26:13 29:8
  33:3 35:15
  38:20 41:13,14
  41:16,16 49:23
  50:21 57:4
  63:8 64:10
  66:2,14 68:22
  72:9,10 73:19

73:20 74:23
  78:10,11 79:22
  80:2,7,11,15
  85:13 86:19
  87:10,12,15
  90:3 91:3,3
  93:13 95:18
  97:6,10,22
  103:13 104:7
  104:17 109:13
  110:5,7 112:14
  113:22 114:1
  115:15 116:7,9
  116:12,16
  118:14 119:1
  119:12 120:16
  120:23 121:1
  121:11 122:13
  122:19,22
  123:3,14
  126:23 127:23
  129:5 130:13
knowing 68:2
knowledge
  20:22 21:4
  26:4 31:2
  32:14 36:17
  40:12 46:19
  48:2 55:20
  75:5 80:2,10
  82:18 106:13
  120:22 121:5
  123:1
known 41:15
  65:23 116:2
Kristi 4:19 6:8
_____

**L**

L 1:12 5:2
lady 107:8,17
  109:19 111:18
  114:16,23
Lakeshore 4:16
Lane 7:23

language 15:13
Large 131:6,23
lasted 56:11
  68:10
laughing 73:15
law 18:8 32:9
  73:2,4,7 80:16
  81:18 89:15
laws 2:6
lawsuit 6:10
  22:9,15,18
lawyer 51:21
  63:1 125:7
lay 84:17 121:2
  121:15
lead 99:13
leading 2:11
leave 14:13,13
  63:4 111:23
  126:8
leaves 124:14
leaving 124:18
left 20:21 21:2
  30:10,15 33:20
  74:13
legs 84:11 86:6
  86:10,11 90:8
letting 44:4
Let's 22:20
  30:21 96:7
  117:20
Lexapro 10:11
license 46:9,12
lieu 126:19
life 19:20 42:22
  89:12,14 92:13
lifetime 120:2
lights 44:20,22
liked 112:9
  113:1,17
line 45:16 101:6
lip 70:15
list 81:6 87:13
  90:1 107:12

# FREEDOM COURT REPORTING

Page 139

110:12,14,17
**listen** 83:12
**listening** 73:8
**literally** 90:6
**little** 6:20 14:7,8
  33:1 35:4
  37:20 40:4
  48:18 67:23
  72:13 79:19
**live** 7:21 8:23
  12:5 13:22
  25:16 112:23
  115:7 125:22
**lived** 8:4 23:16
  26:17,23 53:13
**liver** 37:12 81:5
  89:20,23 90:1
**lives** 25:17 94:13
  116:9,13,17
  118:16
**living** 8:10,22
  11:17 26:15
  28:9,12 41:13
  41:18 43:18
  59:14 112:7,8
**lock** 121:9
**log** 123:8
**logged** 75:17
**logging** 74:9
**long** 8:3,20 9:6
  10:23 17:13
  23:22 24:15
  27:15 41:6
  56:10,17 57:1
  59:22 73:10
  76:4,21 77:22
  81:11 91:19
  103:1 127:4
**long-term**
  102:11
**look** 81:22
  101:18 128:8
**looked** 14:19
  86:14,16 90:11

100:1
**looking** 14:5
  101:2
**lose** 47:14
**loses** 129:4
**losing** 47:8
**lost** 95:10
**lot** 14:7 34:11
  47:9 98:16,20
  113:18
**loud** 32:16
**LPN** 97:20
**Luker** 22:3
  127:2

## M
**mad** 34:3
**Mahler** 1:16
  4:13 5:10
  131:4,22
**Main** 1:17 5:16
**making** 52:9
**man** 16:11 28:22
  73:19 90:19
**mandatory**
  40:17
**maneuver** 32:23
**manner** 131:18
**Marcy** 43:17,19
  44:3
**mark** 82:21
  83:23 96:22
**marked** 3:8
**marriage** 24:23
  25:1
**married** 24:9,12
  24:13,16,19,20
  28:14 39:22
**marry** 24:18
**MARY** 5:6
**massive** 10:1
  48:20
**mat** 17:2,5 55:19
  58:12 67:23

**math** 11:7
**Matter** 41:7
**ma'am** 6:14,18
  7:18 8:11 9:2,5
  9:15,18,21
  10:5,19,22
  11:14,19 12:3
  12:8 13:10,19
  13:23 15:18
  17:16 18:1,9
  18:20 19:4,6
  19:12,15 20:4
  20:7,7,18 21:7
  21:11,15,23
  22:5,8,12,16
  22:19 23:6,19
  23:21 24:4,10
  24:22 25:3,6
  25:11 26:3,12
  26:14,17 27:2
  27:8,11,23
  28:11,15 29:3
  29:11,16,21
  30:19 31:5,18
  32:10 33:8
  34:18 35:10
  36:7,10,12,15
  37:1,8 38:9
  39:23 40:2,5
  40:11,22 41:1
  41:12,22 42:12
  43:8,10,13,21
  44:1,5 46:3,7
  46:11,13,16
  47:4 48:1 49:1
  49:8,13,16,22
  50:6 51:15
  52:5,14 53:6,9
  53:18 54:2,9
  54:15 55:7
  56:21 57:6
  58:3,18 59:8
  60:1,6,22 61:8
  62:8,14,17,21

63:1,5,12 64:8
  64:13 65:12,16
  66:7,11 67:5
  67:14,17 68:15
  69:1,4,16,22
  70:7,21 72:20
  73:21 74:2
  75:2,9,12,15
  75:18 76:9,20
  77:8,21 78:11
  81:2,9,18 82:5
  82:14 85:2
  87:20 89:17
  92:4,8,11 93:2
  93:6,22 94:2
  94:19,22 95:8
  95:15 96:15
  97:5,9,19 98:3
  98:18 100:5
**McDonald** 3:5
  4:19,20,20 6:3
  6:6,8 48:13,17
  85:19 86:1,2
  96:7,11 98:6
  98:13 100:22
  130:20
**meals** 115:5
**mean** 28:1 47:14
  66:3 98:18
  100:5
**means** 131:8
**meant** 45:4
**medical** 54:21
  97:2,20 125:9
**medication**
  10:10 17:20
  36:14 87:11
  88:7 115:6
  123:8
**medications**
  10:21
**medicine** 80:3
  87:5,7 88:10
  90:20 91:1

96:17,20,21
  97:1,4,17,23
  98:2 104:23
**medicines** 10:13
  87:16 88:4
  122:2
**meds** 97:17
**meet** 124:14
**meeting** 122:7
**meetings** 122:6
**melanoma**
  125:21
**Melvin** 7:15
**memory** 10:17
  10:21 30:4
  49:14 50:10
  68:9 102:11,21
  103:3
**mental** 15:5
  36:2,5 80:8
  95:13 105:9,14
**mentally** 12:6
**messed** 26:8
  61:16
**met** 15:17,21
  43:11
**MIDDLE** 1:2
  4:2
**mile** 41:19
**miles** 32:1 45:15
**military** 26:18
  26:20 27:10,16
  27:18 28:1
  32:6,7,8 38:8
  70:13 90:19
**Miller** 94:3,12
  94:18 115:11
  117:17 122:22
**million** 101:5
**mind** 11:10
  88:15 99:12,13
  100:1,2 129:5
**mine** 33:23
**minute** 43:1

49:3
**minutes** 30:7,10
  30:11 56:13
  76:23 78:1
  96:14
**mirror** 85:13
**mistake** 110:4
**mistaken** 55:16
  112:19
**mistreated** 70:4
  74:8 116:23
  117:7
**moment** 10:8
**money** 33:6
  72:12,15,17,22
**monitors** 104:23
**Monopoly** 30:17
**Montgomery**
  4:20 5:4 51:19
**month** 24:3 29:4
  91:4 108:17
  115:9 121:20
  125:22
**months** 8:21
  19:19 37:17
  41:7 86:9
  108:18
**morning** 11:8
  39:15 57:8,11
  57:15,17 68:2
  91:21
**mother** 86:8
  99:19,20 100:4
  100:10,22
  125:20 126:3
**mouth** 78:21
**move** 127:18
  129:2
**moved** 12:1 95:3
  112:8 113:10
**moves** 112:22
**moving** 118:3
**Musketeer** 89:2
**mustache** 70:14

---

**N**

**N** 1:12 3:2
**name** 7:14 8:16
  12:15 13:1
  25:14 50:20,21
  51:6,23 60:9
  69:3 71:4
  89:22 98:10
  107:20 109:12
  110:1,3,5
  112:13,14
  114:22 116:1
**named** 115:17
**names** 23:11
  96:22 107:3
  108:16
**National** 28:5,7
  28:9,19 31:6
  38:16
**near** 55:11
**necessary** 2:9
**need** 7:7,10
  13:22
**needed** 74:9
  81:20
**needs** 98:1
**neither** 131:16
**nephew** 30:13
  33:23 91:10,12
**never** 24:19
  29:12 31:10
  48:3 56:7
  82:21 92:14
  93:23 95:5,9
  95:10,15
  122:17 123:20
**new** 53:14 93:14
**nice** 82:7,12
  107:17 115:7
**night** 16:4,6
  17:3 33:20
  68:1 73:10,10
  80:17 83:11
  84:18,18 89:13

---

120:15,21
  121:3,4,15
**nine** 91:4 121:20
  121:23
**nineteen** 24:14
  26:21 27:7
**nods** 46:23
  92:22 128:19
**north** 13:2,3
**NORTHERN**
  1:3 4:3
**Northside** 12:23
**notice** 2:18
**noticed** 38:16
  74:7
**November** 18:19
  37:6 127:6
**number** 1:5 4:5
  59:13,20 60:3
  77:20 116:7
  119:5
**numbers** 102:8
**numerous** 63:16
  84:16 93:7
  95:19 100:17
  116:11
**nurse** 97:20 98:1
  104:22 115:5

---

**O**

**O** 1:12
**objections** 2:10
  2:13
**occasion** 27:11
  71:10 80:14,16
  89:3 91:2
  128:16
**occasions** 17:11
  83:18 84:16
  93:7 95:19
  116:11
**occur** 120:21
  127:5
**occurring**

---

131:14
**offered** 2:15
**office** 53:23 54:1
  54:19 56:23
  57:5 66:4
  122:10,11
**officer** 73:4
**officers** 73:2
**Ogle's** 30:5
  33:22 34:4
**okay** 7:10 8:9
  9:3 10:9,17
  11:15 12:11
  13:4 18:10
  19:2,17 20:5
  20:16 22:14
  23:16,20 24:6
  24:11,15 25:4
  26:1,22 27:3,9
  27:12 28:8
  32:2 33:9,18
  34:23 35:2,11
  37:2 39:21
  40:6,9,19,23
  41:5,10 45:17
  46:4 49:17
  51:7 54:6,16
  57:9,12 58:23
  60:7,10 61:9
  62:15,20 63:3
  63:6 64:9,18
  65:2,14 67:6
  69:23 70:22
  71:5 75:3,6,10
  75:19 76:1,7
  76:21 77:9
  79:6 80:7,11
  81:3 83:4 85:3
  86:1 87:15,21
  90:2 96:7,9
  97:3 98:4
  100:3,12,19
  106:10,14
  107:3 108:1,6

---

108:10 109:6
  113:13,13
  115:2,10
  117:20 118:20
  121:1,7,14
  122:4,13 123:2
  123:15 124:9
  126:5,14
**old** 7:12 24:14
  26:19 30:21
  31:4 32:18
  39:17 76:16
**once** 29:12
  38:21 50:4
  69:7 81:12
  108:17,17
**ones** 12:11,19
  117:18
**onlyest** 16:9
**on-call** 115:5
**open** 45:2 94:9
**opened** 93:13,14
**opening** 93:13
**opinion** 129:12
  129:16
**oral** 5:19
**order** 126:14
**ordered** 37:9
  40:21 126:12
**OS'd** 12:4 36:1
**other's** 14:22
**ourself** 100:18
**outside** 64:20
**Overdose** 87:5
**overheard** 53:17
  72:3
**overnight** 91:20
**Owens** 1:9 4:9
  5:5 17:6 50:8
  51:17 52:3,13
  55:6,15 56:11
  58:9,21 60:8
  63:9 64:21
  65:5 66:2,2

# FREEDOM COURT REPORTING

72:7 91:7
98:11 119:8
121:19
**Owen's** 74:13
owned 31:16
111:17
owner 111:20
owns 108:4,13
113:3
o'clock 14:3
30:7 34:4

**P**

**P** 1:12
page 3:4 18:18
paid 41:1
Paint 30:5 34:5
paper 97:12,13
paramedics
74:15,19
parked 45:10
parking 34:11
part 33:10
129:21
participating
84:10
particular 75:20
78:16
parties 1:14
2:12 28:21
29:2 31:7
39:13 131:17
party 26:7 38:19
pay 115:8
paying 90:22
peeling 90:9
Pelham 106:7
penitentiary
34:15
people 18:2 43:4
81:21 82:4,6
82:10 83:1
96:21 112:5
113:16

perfect 29:12
96:4
period 56:5
permission 21:2
person 61:2,3,4
65:9 112:7,8
119:10 128:22
personal 51:20
personally 71:9
89:20
personnel 97:2
pertaining 90:15
90:16
phenobarbital
88:5,13,14
phone 58:2 59:5
59:9,13,15,20
60:2,18 65:9
73:14 77:13,13
78:7,12,13
85:6,8 102:7
110:10 116:7
photograph
85:17 86:3
photographs
86:12,18
photostatic
96:20 123:6
physically 78:7
physician 54:23
97:20
pick 19:11 46:17
74:15 90:4
picked 14:6,9
picture 83:22
85:16 89:8
pictures 83:15
90:7,10
pill 88:2
Pineview 7:23
pipe 17:11 52:10
83:19 84:1
place 42:13 43:7
57:2 81:21

83:5 101:7
109:2,3 115:7
129:18
places 114:9
plainly 34:9
**Plaintiff** 1:7 4:7
4:18
plans 124:18
Plavix 10:11
played 14:8 30:6
playing 30:17
33:21
plead 19:5
please 71:20,21
plumbing
112:10
pocket 112:15
point 14:18 20:1
20:16 32:3,23
33:3 34:2 35:8
38:11 40:6
42:6,9 46:5
Pointe 5:3
pointing 79:2
102:15
poison 87:9
police 73:4,14
82:9
pool 30:5
poorly 115:12
115:16
population
55:23
porch 109:5
position 64:15
84:3
possibility 7:2
possibly 41:8
post 20:13
posted 20:8
pounds 47:11
power 125:8,9
practical 34:1
preached 48:4

preadmit 17:21
pregnant 90:11
prescribe 16:10
prescribed
87:12,17
prescribing
87:11
prescription
81:19
present 5:6 6:15
53:7,10,16
54:3,18 55:13
62:2 63:8 65:4
67:13
pressed 34:16
pressure 24:8
presume 124:2
pretty 41:20
44:3 126:1
prevent 10:15
prior 2:15 33:14
56:2 73:17
83:17 88:7
117:1,7
prison 12:4
13:18 36:19
37:19 71:4
83:2
private 54:23
113:21
probably 26:6
35:13 41:19
problem 29:6
31:2,12 39:10
39:11 42:2
46:5 49:11
72:10 82:10
114:4
problems 10:7
10:18 18:7
29:10,15,19
30:2 31:10
32:9 37:22
38:2,5,11

44:13 82:3
83:1 95:13,14
102:22 114:13
114:17
Procedure 5:14
proceeding
131:7
proceedings
5:20 131:14
produced 131:9
program 42:17
43:9 124:10
prompted 42:19
properly 58:14
69:21
proposed 130:14
protect 84:3
protection 52:11
provide 115:4
provided 5:13
16:3
psychiatrist
36:9,18 95:9
106:8,9
psychiatry
35:22
psychologist
36:9,18
pulled 44:15,18
45:11,14 70:15
87:6
pumpkin 86:15
86:17
puppy 14:8
push 71:8
put 12:5,9 17:5
17:19 37:5
45:13 48:5
71:9,20 72:12
72:16,21 73:12
74:22 76:4,5
79:16,19 80:19
81:5,20 89:23
91:10 109:1,12

109:14 118:5
122:14 123:6
129:18
**puts** 107:16
**putting** 12:6
**p.m** 130:22

**Q**

**queer** 14:12,12
14:14
**question** 6:23
104:3 107:6
117:5 119:3
128:21
**questions** 2:11
2:12 6:23 64:3
68:12 98:7,12
**quick** 66:2 96:8
**quit** 66:20 67:3
**quite** 28:20

**R**

**Radio** 67:8
**ran** 33:2
**rate** 108:20
**rating** 108:9,10
108:22 109:1
**Ray** 7:15,16
25:15 65:3,22
66:8 69:17
**Raymond** 1:15
1:22 5:18,21
**reaction** 52:11
**reading** 2:2
**real** 78:15
121:13
**reality** 47:18
**realize** 13:21
**realized** 14:18
28:17
**really** 35:22
43:17
**reason** 101:17
107:4 116:15
129:1

**recall** 15:19
16:18 23:10
35:12 52:20
68:20,21 74:4
76:11 95:7
**received** 35:20
36:11
**receiving** 105:13
**recommend**
17:17
**record** 48:16
79:2 96:10
100:7 103:15
103:16
**recorded** 104:2
104:8,10
119:10,15
**recording**
103:17
**rectum** 17:9
84:7
**regular** 64:16
**regularly** 26:11
28:18 36:14
38:17,18 41:21
**regulations** 56:9
**rehab** 21:21
23:4,23 35:20
35:21
**related** 17:14
22:23
**relating** 2:6
**released** 12:3
13:17 18:12
35:23 36:1,19
37:3,14 47:6
47:23 81:14
83:7,16 100:15
106:15 107:10
123:22 124:6
127:17
**remember** 12:15
13:1 20:10
25:20 42:14

44:13 45:20
48:7 49:17
50:1,3,19 51:2
51:6,22 52:2
57:12,20 60:8
60:11 61:12,21
74:1 75:23
77:10 89:21
90:14,18 91:9
102:4,7 107:2
107:19 109:10
109:12 112:12
114:22 115:16
124:4
**remembering**
49:11 102:23
**remembers**
101:15
**reminded**
101:21
**remove** 86:6
**rent** 113:21
**rented** 114:23
**rephrase** 7:4
**report** 34:9
109:15,18
**reported** 111:3
115:1
**reporter** 5:11
6:1 67:13
103:7 131:5
**REPORTER'S**
131:1
**reports** 125:9
**represent** 6:9
**representing**
22:1 51:1,13
98:11
**represents**
131:12
**resides** 8:6
**residing** 8:17
13:8
**respective** 1:14

**respond** 64:6
69:14
**response** 55:2
65:22
**rest** 59:1
**result** 22:10
40:16 49:9
87:3 120:10
131:19
**resulted** 120:6
**retired** 18:1
**returned** 81:19
**revoked** 20:17
20:20,23 21:9
**Richard** 4:15
48:13 85:20
**Ricky** 1:9 4:9
5:5 17:6 50:8
51:16,17 52:3
52:7 60:8 72:7
74:13 98:11
119:7 121:19
**ride** 46:14 127:3
**right** 11:18 17:3
20:13 30:4
31:4 36:3 37:5
37:7,20,23
38:1,12,13
50:11 55:11
58:13 60:12,17
64:20 66:2
70:14 74:15
76:5 77:6 78:5
78:20 79:2,4
83:22 85:8
91:17 95:4
97:22 101:8,12
101:20 102:14
102:16,22
103:15 104:15
104:18 105:15
106:20,23
107:13 111:7
111:22 113:4,6

113:14 117:13
118:14 120:17
123:5,22
124:12 125:13
125:19 126:9
126:19 127:1
130:12
**rights** 44:10
**Riley's** 51:20
**road** 5:3 25:18
25:18 32:1
45:10 118:16
**Roberson** 4:23
6:10 93:3
**Robert** 51:3
**Rockford** 1:18
5:17 74:16
118:17
**Rodney** 30:13
33:22,23 34:4
34:16 45:7,8
**Rodney's** 45:3,7
**Roofing** 9:11,16
11:1
**room** 45:6 67:22
67:22 77:2
93:21 94:14
113:22
**ruin** 42:21
**rules** 2:6 5:13
56:9
**Rumsey** 51:4
**run** 31:16 52:17
52:18 66:3,3
90:16 95:19
**runs** 61:18
**Russell** 37:13
80:23 81:7,12
86:4 89:22

**S**

**S** 1:12
**Saddam** 79:13
**Sara** 1:16 4:13

# FREEDOM COURT REPORTING

5:10 131:4,22
sat 14:5,16
  39:15 74:16
  100:1
Saturday 74:6
  74:12,20 75:8
  75:20,21 76:13
  76:22
Saturdays 85:10
saw 17:15 75:6
  79:22 95:1
  114:6
says 97:14
scared 17:6
  101:7
scares 129:3
scheduled 23:23
schizophrenia
  48:8
school 26:2,23
  29:9,10,13
  32:4 36:4
  37:23 38:3
  96:5
Scotty 71:3,5
  117:11,15,20
scoundrel 73:13
second 53:19,22
  54:16 65:21
  76:3 80:15
  113:14
security 10:4
see 15:10 16:11
  18:3 22:20
  30:21 36:17
  38:20 41:20
  42:21 43:22
  44:4,6,8 52:18
  70:17 71:11
  74:21 75:4,22
  76:13 79:19
  84:8,18 85:9
  88:11 96:23
  101:3 106:2,10

106:14 110:20
  111:1 112:20
  113:11 114:3
  129:14
seen 68:14,17
  69:20 70:19
  71:7,19 79:14
  80:8 87:1
  99:21 116:10
  128:13
sees 18:2 105:17
Selma 116:14,17
Selman 115:17
  115:20 116:3
  116:12,15
semesters 96:6
send 90:23
senior 26:2
sense 7:1,4,6
sent 37:18,18
  85:22
September 1:19
  130:23
Sergeant 50:10
  54:5,17 56:23
  63:7 71:15
  122:8
serious 120:6
Seroquel 88:12
  88:15
served 28:5
serves 30:4
  50:11
service 59:9
session 15:15
set 22:7 124:13
  127:1
seven 78:1 88:3
sewage 52:10
  58:13
Shack 67:9
Shannon 25:15
  25:16 45:6
share 113:23

sheet 97:13
Sheetrock 53:12
  53:14
sheets 109:20
sheriff 50:11
  51:18 52:13
  55:5,14 56:11
  58:9,20 63:9
  64:4,11,12
  66:1,2,3 91:7
shirts 31:14
shock 129:20
  130:1,6,13,14
shoot 30:9
Shop 30:6 33:22
  34:5
short 99:11
  102:21 103:2,3
shorter 101:10
  101:10,11
Shorthand
  131:4
showed 34:4
  74:10,19
shut 88:2,3,15
  89:5
sic 89:1
sicker 68:4,4
side 10:14 13:2,3
  16:15 73:2
  78:21 79:2,5
  102:16 108:17
sides 84:2
sign 75:10
signature 2:2
single 71:9
sir 7:11 11:4
  13:16 43:5
  47:2 79:3,4
  93:15 96:18
  98:18 100:5
  101:1,14,17
  102:2,6 103:2
  105:18 106:16

106:19 108:5
  108:15,23
  110:3,6,13,16
  110:19 113:5
  114:8,15,19
  116:19 117:5
  118:13,23
  119:11,16,21
  120:8,11,18
  121:22 122:7
  122:16,18,21
  124:8,16,20
  125:1,5,14,17
  126:4,10,22
  127:2,20
  128:12,23
  129:11 130:8
sit 16:5 102:10
  125:3 128:5
sitting 14:20
  15:1 30:16
  73:1,2,5
situation 61:11
  63:21 69:13
  71:12 81:4
  105:9 128:7
six 8:21 24:17
  37:17 86:9
  107:22 112:5
  113:16
sixty-five 27:19
sixty-seven
  27:20
six-by-eighty
  79:17
six-pack 38:21
skin 76:17 90:4
slab 16:23 17:6
slap 70:11 71:8
sleep 16:22 17:3
  17:5 52:10
  54:20 58:12
  61:15 67:21,23
  88:23

sleeping 89:8
sliding 121:12
slop 118:5
smeared 94:9
smell 94:17
Smith 4:16
  33:22,23 34:4
  34:16 35:7
smoking 109:5
  111:3 114:6
social 10:3 107:9
  107:11 108:12
  108:13,15
  109:21,23
soft 121:13
somebody 15:6
  44:15 76:15
  78:6 98:1
  123:15
son 6:11,15,21
  11:16 15:2,13
  70:16 73:3
  79:16 99:9
  101:22 117:7
  118:12 121:21
son's 25:14
sorry 19:18
  62:14 104:16
  114:21 127:7
sound 37:7
sounds 123:7
so-and-so 97:14
  97:14
speak 58:9
specialist 89:21
  89:23
specifically 16:2
  61:13 68:20
speed 16:11
spell 115:19
spend 40:15
  76:22
spending 34:15
spinal 61:18

spread 80:21
staff 17:22
stand 34:8 72:5
  72:6
standing 62:7
stare 14:4 99:14
  99:18 100:21
staring 128:7
start 26:10 29:1
  74:9
started 11:5
  12:6 14:9 26:5
  28:17 34:1,7
  45:9 51:3
  101:3
state 45:10
  107:14 108:7
  115:1 117:3
  131:2,5,22
stated 34:9
statement
  103:10,14
  104:4
statements
  104:11
states 1:1 4:1
  56:7 79:16
status 22:15,17
stay 24:16 84:5
  126:13
stayed 19:19
  37:16 80:17
stenographic
  131:8
stew 84:21
Stewartville
  31:21,23
  118:18,19
stick 17:9,9 84:6
  121:9
sticking 74:11
STIPULATED
  1:13 2:1,8,17
stipulation 5:14

stipulations 6:2
Stockham 4:15
  4:16 48:15,19
  85:18,21 99:21
  103:14,20,23
  110:22
stolen 118:21,22
stood 34:5
stop 7:9 43:2
  45:3
stopped 9:23
  45:3,3,14
story 18:3 66:20
  67:11
straight 95:3
Street 1:18 5:16
stroke 49:5
  102:3,6
strokes 49:7,10
  49:20 102:6
Stroud 50:17,17
  66:10 70:1
  103:5,9
Stroud's 68:22
student 29:12,17
stuff 79:8 89:6
  112:11 113:19
stunk 93:9
submit 125:12
Suite 4:17
Sunday 31:19
  44:8
super 82:6,12
supervision
  131:11
supplement 33:6
support 19:20
supposed 47:16
  51:8 55:21
  89:7 115:4
  118:1 124:6,14
sure 18:17 31:1
  35:18 36:16
  48:15 77:1

100:6 110:22
  118:11 119:4
surgically 86:6
suspended
  46:10,12
switchboard
  78:9
sworn 5:22
Sylacauga 8:2,3
  8:23 19:1,10
  20:3 21:10
  22:21 23:4
  28:7 45:9 59:7
  59:14 73:1
  82:9 127:16
system 48:5
S-E-L-M-A
  115:21
S-E-L-M-A-N
  115:22

——————
T
T 1:12,12
take 7:7 36:13
  36:22 42:9,19
  45:5,8 48:14
  68:1 72:15,17
  81:22 88:12,12
  89:6,11,12
  90:21 96:8
  105:22,23
  111:6
taken 1:16 36:8
  75:1,3 80:12
  86:3 131:7
talk 39:16 42:7
  50:7 51:12
  58:15,16,20
  59:2 61:9 62:9
  63:2 64:3
  65:17 66:12,22
  69:5,11 70:1
  71:11 73:23
  77:22 79:10

80:4 99:23
  117:20 128:5,6
  128:13
talked 14:17
  48:19 50:8,9,9
  50:11,12,12,16
  51:16,20 52:3
  52:7,14 57:22
  60:7 61:13
  63:7 64:5,10
  65:9,20 66:1,9
  67:15 69:2,8
  85:6 98:19
  110:8 113:7
  117:17 124:17
  128:10
talking 54:18
  62:2 65:5
  105:1,2 106:17
  108:2 110:10
  113:8 114:10
Talladega 21:12
  21:14 22:22
  23:4 82:13
  127:10,14,15
tape 17:12 83:19
teeteed 86:22
teeth 16:15
  63:23 78:16,17
  78:18
telephone 58:6
  61:2 77:14
  110:9 119:10
tell 7:2 14:1 16:2
  42:1 47:19
  50:2 52:6
  63:13 64:1,7
  66:17,18 67:18
  68:4,8,13,16
  68:19 69:19
  70:10 77:12
  78:3,15 83:8
  84:13,23 85:3
  85:7,10,12

86:18 87:2
  89:18 92:1,5
  92:10 93:4
  94:23 96:12,13
  101:13 121:14
  122:4
telling 15:20
  51:14 73:11
  75:19 108:6
ten 8:5 30:7,7,10
  30:10,12 99:10
term 102:21
  103:2,3
Terry 4:23 5:7
  6:9 50:11
  55:16 64:10
  65:8 92:2,5,12
  92:13,14,20,21
test 86:22 105:5
testicles 16:14
  16:16
testified 5:23
  6:16,16 99:2
  119:4,17
  121:18 123:5
testifying 10:15
  120:12
testimony 95:12
  103:4
Thank 130:19
thereto 2:16
they'd 29:3
  77:13
thing 16:9 21:8
  66:4,15 78:9
  89:12 92:19
  100:10 129:6
things 43:3
  51:13 68:7
  85:10,12 99:3
  101:21 102:8
  102:21,23
  103:4 118:3
think 28:6 39:9

39:11 40:8,17
43:6 82:16
98:13 99:2
102:10 103:3,6
104:13 119:17
120:13 128:9
129:6
**thinking** 100:9
102:9 112:15
**third** 54:8
113:13
**thirty** 35:14
47:11
**thirty-five** 11:3
11:6 25:23
**thirty-four**
46:21
**thirty-six** 30:22
30:23
**thirty-somethi...**
56:2
**thirty-two** 30:3
31:3,4
**Thomas** 53:12
53:14,16
117:11,15,21
118:8,15
**thought** 29:6
40:3 42:1 70:3
79:10 95:20,21
104:1 108:7
**thousand** 20:12
115:8
**threatening**
128:2,4
**three** 12:13,21
13:2 19:16,19
19:20,21,23
23:9 27:19,20
30:17 55:9
57:16,21 60:15
60:17,23 67:1
74:18 77:18
81:13 88:21

99:23 106:21
112:21 113:11
115:4 122:5
**throw** 38:19
**throwed** 91:17
**throwing** 39:14
**Thursdays**
106:5
**ticket** 91:11
**Tim** 50:20 69:3
69:11
**time** 2:14,14 7:8
11:20 15:20
25:20 26:5,8
27:4 28:8,17
29:5 30:1,20
33:10,15 35:1
35:11,13,19
36:21 37:11
39:18,22 40:15
40:20 43:15
44:9,12,14
48:6,10 50:15
50:17 51:10
53:3,4 55:22
56:5,15 57:4,7
57:8,13,18
58:16 59:1,10
60:16 62:4,5
62:10 63:17
64:12 65:20,21
72:11,21,23
74:7 75:6,13
75:16 76:12
77:12 78:3
83:11 85:6
93:20 97:16
98:1 99:11
100:20 101:11
103:1 109:4
115:13 117:1,7
124:5,10,18
131:15
**times** 19:23

49:12 55:9
58:8,19 66:22
69:5 84:13,15
**today** 6:23 10:10
10:15 115:18
125:3 127:17
**toenail** 86:5
**told** 16:4,19
44:22 46:18
47:17,18 53:1
54:13 56:3
63:7,8 66:20
67:11 68:5
70:3 71:5,7,22
74:8 77:11
79:7,8 83:8,16
88:17 89:5,15
91:2,6,15
94:18 99:2
100:21 102:5
104:13 106:21
114:4,21
116:23 120:20
121:19 122:17
123:18
**top** 28:20,22
38:19 78:22
88:5
**tote** 39:14
**Toted** 81:9
**touch** 107:11
**tournament**
30:5,9
**towel** 71:16
**toy** 14:9
**toys** 14:8
**track** 108:7
**traffic** 13:14
**training** 27:18
28:1 32:21
**transcript**
131:10,13
**transferred**
21:12,13,21

37:13,15 81:23
**transplant** 81:5
90:1
**treat** 69:17,20
**treated** 65:20
66:15 67:19
105:11 115:12
115:16
**treatment** 35:20
35:21,22 36:23
40:20 104:21
105:2,3,4,6,14
114:11 130:1
**treatments**
129:21 130:7
130:14
**tremendous**
79:7
**trial** 2:14 22:7
24:8 126:21
127:1
**tried** 17:9 34:6
42:7 48:3 78:3
78:6,14 80:19
84:6 96:22
99:5 101:3
**trooper** 45:10
**trouble** 29:13
**true** 131:13
**try** 7:4,5 38:23
42:5,10 69:16
77:12 85:7,12
99:11 124:20
**trying** 11:9
37:21 42:14
45:2 47:18
49:3 84:3
99:23 101:9
124:22
**tube** 61:19
**Tuesday** 106:4
**Tuesdays** 106:5
**turn** 121:9
**turned** 56:14

**turning** 63:22
121:13
**twenty-five**
39:20 47:10
**twenty-four**
40:18
**twenty-seven**
39:20
**twice** 50:13
65:13
**two** 10:1 13:1
14:15 16:15
19:15 25:12,13
28:6 44:14,17
46:22 47:7,10
47:10 48:20
52:21 60:15,17
60:23 61:17
77:17 78:20,21
81:13 95:16
96:5 100:14
109:4 111:3
113:7,9,21
114:6
**two-inch** 17:2
58:12 67:23
**two-story** 112:6
**Tylenol** 80:22
**type** 10:9 36:13
40:19 44:2
47:19 48:3
104:20

———— **U** ————

**U** 1:12
**UAB** 12:22 13:9
19:22 21:3
107:13
**Uh-huh** 41:4
48:22 61:14
62:12 72:18
111:5
**understand** 7:3
31:1 36:16

# FREEDOM COURT REPORTING

Page 146

43:5 64:14 77:1 99:7 126:5,18
**understanding** 10:13 48:20 51:17 77:7
**ungodly** 79:8
**unit** 28:23
**United** 1:1 4:1 79:16
**unplugged** 78:8
**upside** 70:12
**upstairs** 112:8 114:1
**urinated** 17:4
**urinating** 16:17
**urine** 86:22
**use** 46:19 77:14 80:18
**Usual** 6:1

**V**

**VA** 90:22
**vehicle** 44:16,17 44:21
**violation** 91:11
**visitation** 44:3 70:13 75:14
**vs** 1:8 4:8

**W**

**wait** 16:5 43:1 83:12 120:14 120:15
**waited** 74:17,17 74:17,18,18
**waiting** 84:18 121:3,15
**waived** 2:3,19
**walk** 29:21 71:18 92:12
**walked** 56:14 71:12 92:15
**Wallace** 52:1
**walls** 94:16

**Wanda** 5:6 65:21 73:7,8 74:8 99:15 107:11 110:8
**want** 16:12 41:16 42:21 44:10 70:17 84:9 119:3 129:13
**wanted** 30:8 44:19,21 67:21 100:6 107:5 109:1 112:22 126:8 129:20 129:23
**wants** 129:18
**wasn't** 14:4 30:8 38:18 41:13 45:6,8 52:16 58:14 76:4 92:16,17 97:2 103:7 109:7 124:2
**watched** 70:11
**watching** 72:5
**water** 16:21,21 52:16 55:11,20 58:11 61:15 67:20,21 88:1 89:4 92:15,18 93:8
**way** 31:17 71:14 79:12 85:14 90:5,16 93:19 114:4 118:5 119:3 128:3
**weak** 71:18 84:4
**Weaver** 80:1,5
**WEBB** 5:3
**Wednesday** 31:19
**week** 21:18 105:5 116:6
**weeks** 19:16,16

19:21,22 81:13
**weighed** 47:9
**weight** 47:9,15
**Wendy** 4:22 6:10 50:10 54:5,5,18 56:23 63:7,15 71:15 93:3 119:8
**went** 14:15 15:11,22 26:7 26:18,19 28:5 32:2,5,8,18 33:21 37:12 41:10 43:7 45:7 51:19 52:22 56:16 57:10 60:16 62:11,16,23 63:18 65:12,14 66:1 67:10,15 71:10 72:5,12 74:5,13 79:9 93:12,16 96:4 96:5 109:4 113:8
**Weogufka** 44:19
**Wetumpka** 5:11
**we'll** 7:5 91:16
**we're** 72:11 96:8 113:8
**we've** 13:13 30:12 86:14 95:18 117:17 125:7,23,23
**wheel** 44:18
**whelps** 76:15 77:3
**whipped** 83:17
**wide** 45:2
**wife** 6:16,21 8:8 24:16 41:17,23 42:4 53:11 62:19 65:22

67:9 100:13 102:1 119:13 123:13 129:8
**wife's** 125:20 126:3 129:16
**Willford** 3:6 5:2 6:4 13:11 79:1 79:6 98:9,11 110:20,23 111:2 130:18
**Wilson** 4:23 5:7 6:9 55:17 64:10,10,19,22 65:8 92:2,6,20
**wipe** 89:1
**witness** 2:3 5:18 13:16 34:8 46:23 79:4 92:22 103:22 104:1 128:19
**woman** 90:11
**woods** 44:16,18
**word** 98:22
**words** 15:11 83:6
**wore** 16:10
**work** 11:13 32:19 33:4,5,9 46:6,8,15 107:21 109:8 112:11 113:19
**worked** 9:7 31:8 33:23
**worker** 107:9,11 108:12,13,15 109:21
**worker's** 109:23
**working** 9:23 66:19 67:3,8 68:23 72:2,11 82:10
**works** 6:20 106:4,6
**world** 79:11

**worried** 126:1
**worser** 67:19
**worst** 79:15
**wouldn't** 16:21 16:23 17:5 39:1 45:8 58:11 59:2 65:13 66:18 67:20 73:13 80:18,20 85:5 94:5,7 98:22 129:2
**wrapped** 83:20
**wrappers** 89:2
**wreck** 18:13,16 18:19 19:12,14 21:7 23:1 126:17 127:5
**wrecks** 119:23 120:10
**written** 97:7 103:9,14 104:4
**wrong** 47:8 99:1
**wrote** 81:18

**X**

**X** 3:2
**Xeroxes** 85:22

**Y**

**yeah** 14:23 38:4
**year** 11:15 19:9 21:6 23:2,13 23:14,17 26:16 27:1,6 32:21 41:9 45:20
**years** 8:5 11:3,6 24:14,17 28:6 31:4 34:15 37:9 44:15 46:22 47:7
**yellow** 63:22 90:12
**yonder** 71:14
**y'all** 11:17 12:2

# FREEDOM COURT REPORTING

13:21 15:3,15
17:18 23:17
26:15,23 31:20
32:3 36:8,21
37:22 38:2,10
41:18 42:5
43:7,11,22
44:4 56:12
62:7 63:3
73:16 77:15,19
89:18 91:3
124:17
**y'all's** 39:7

---
**0**
---
**04** 100:16

---
**1**
---
**10** 30:7 34:3
**10:00** 5:17
**100** 1:17 5:16
**1005** 4:20
**1129** 25:18
**114** 4:17
**12/29/49** 7:20
**12:50** 130:22
**17th** 125:22
**19** 11:5
**1969** 59:16
**1971** 30:18
**1997** 9:8,22
33:11

---
**2**
---
**2:05-CV-1150...**
1:5 4:5
**2002** 35:3
**2003** 34:23 35:3
37:6,7
**2005** 11:22 12:1
12:7 13:18
37:3,4 124:1
**2007** 1:19
130:23
**2204** 4:16

**23rd** 127:6
**24th** 1:18 130:23
**256-249-8067**
59:21
**280** 127:8

---
**3**
---
**35136** 1:18 5:17
**35209** 4:17
**35216** 4:21
**36124** 5:4

---
**6**
---
**6** 3:5

---
**7**
---
**7475** 5:3

---
**8**
---
**800** 7:23

---
**9**
---
**90s** 45:23
**98** 3:6