# EXHIBIT LL

# Order from Judge Rochester dated 01/16/04

IN THE CIRCUIT COURT OF COOSA COUNTY, ALABAMA

STATE OF ALABAMA

VS.                                    CASE NO.

BRYAN KELLY

## FURLOUGH ORDER

The Sheriff of Coosa County is hereby Directed to **furlough** the above-named Defendant to Russell Medical Center Intensive Care Unit, located in Alexander City, Alabama, on this the 16th day of January, 2004, for medical treatment. Upon Defendant being discharged from said hospital he and his attorney, Thomas Radney, shall appear before the Court for the Court to determine whether Defendant shall continue his incarceration or be released for further medical or drug treatment.

Done and Ordered this 16th day of January, 2004.

JOHN E. ROCHESTER
PRESIDING CIRCUIT JUDGE

# EXHIBIT MM

# The State of Alabama Inspection Report dated 06/05/03

N911
DOC Form 914
Rev. 7/00

# STATE OF ALABAMA




DEPARTMENT OF CORRECTIONS
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(334) 567-1556

## JAIL INSPECTION REPORT

Sheriff/Chief of Police: Ricky Owens          Jail: Coosa County
City: Rockford                                 Date: 6-5-2003
County: Coosa                                  Time: 9:05 AM
Phone No.: 377-2211                            Inspector: Sidney Rodgers

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

— CHECK MARK indicates most accurate description —

**WHAT GOVERNING BODY HAS SUPERVISORY POWER?**
City Council ____ County Commission ✓

**POPULATION:** 48M 7F
- STATE: W/M__ B/M__ W/F__ B/F__ TOTAL 16
- COUNTY: W/M__ B/M__ W/F__ B/F__ TOTAL 36
- CITY: W/M__ B/M__ W/F__ B/F__ TOTAL 3
- FEDERAL: W/M__ B/M__ W/F__ B/F__ TOTAL __
- JUVENILES: W/M__ B/M__ W/F__ B/F__ TOTAL __
- GRAND TOTAL: 55

**JAIL CAPACITY:**
MALE 62  FEMALE 10  JUVENILE 0  TOTAL 72

1. Are Female Prisoners housed separately? YES ✓ NO__ NONE__
2. Are separate quarters available for Juveniles? YES__ NO__ NONE ✓
3. Number of state inmates ON WAIVER __

**JAIL EMPLOYEES:**
1. Number of Jailers: 1
2. Number of Matrons: 1
3. Other Employees: 1
4. Are Jailers POST Certified? Yes__ NO ✓

**BUILDING:**
GENERAL APPEARANCE:
1. Exterior .......... Poor__ Fair__ Good ✓
2. Interior .......... Poor__ Fair__ Good ✓
3. Fence ............. Poor__ Fair__ Good ✓ None__
4. Yard .............. Poor__ Fair__ Good ✓ None__
5. Type of Construction: Brick__ Cement__ Wood__ Other ✓
6. Year Constructed: 2001
7. Types of Locking Devices: Manual ✓ Electric ✓
8. Condition of Locking Devices: Poor__ Fair__ Good ✓ None__
9. Observation
10. Windows: .......... Poor__ Fair__ Good ✓ None__
11. Screens: .......... Poor__ Fair__ Good__ None ✓
12. Grills: ............ Poor__ Fair__ Good ✓ None__
13. Windows: .......... Poor__ Fair__ Good ✓ None__
14. Cells: ............. Poor__ Fair__ Good ✓ None__

**SAFETY FEATURES:**
1. Emergency Exits: Poor__ Fair__ Good ✓ None__
2. Fire Apparatus: Poor__ Fair__ Good ✓ None__
3. Stairways: .......... Poor__ Fair__ Good__ None ✓
4. Elevators: .......... Poor__ Fair__ Good__ None ✓

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? YES ✓ NO__
6. Are Fire and Safety precautions observed? YES ✓ NO__
   If NOT, explain in Comments section.

**TRAINING:**
IN-SERVICE ................................ YES__ NO ✓
Other: _____

**ARE OPERATING PROCEDURES WRITTEN?** YES ✓ NO__

**IS THERE A PRINTED MANUAL?** YES ✓ NO__

**JAIL RECORDS:**
1. Arrest Record ............... YES ✓ NO__
2. Are personal property and cash receipted? ... YES ✓ NO__
3. Visits ....................... YES ✓ NO__
4. Medical ..................... YES ✓ NO__
5. Commitment and Discharges ... YES ✓ NO__
   Are Jail Records Adequate? ... YES ✓ NO__
   Are Prisoners Fingerprinted? ... YES ✓ NO__
   Are Prisoners Photographed? ... YES ✓ NO__

**SECURITY:**
1. Is the jail reasonably secure? .... YES ✓ NO__
2. Are periodic inspections made of security facilities? .... YES ✓ NO__
3. Are firearms stored safely? .... YES ✓ NO__
   Where are they stored? Lockboxes
4. Are there regulations prohibiting carrying of firearms into the Jail? .... YES ✓ NO__
5. KEY CONTROL:
   Are keys ever in possession of inmates .... YES__ NO ✓
   Are keys properly stored and accounted for? .... YES ✓ NO__
6. How often are prisoners quarters visited? CCTV - visible from console 3x7 ___
7. Is jailer on duty 24 hours daily? .... YES ✓ NO__
8. Are CHECKS conducted at night? .... YES ✓ NO__
   Are CHECKS logged? .... YES ✓ NO__
9. Are complete SHAKEDOWNS accomplished? .... YES ✓ NO__
10. Are periodic COUNTS conducted? .... YES ✓ NO__

PAGE 1 OF 3

11. Are CONTRABAND CONTROL procedures in effect? ...... YES ✓ NO ___

12. **INMATE VISITS:**

    When are visits allowed?
    Daily ___ Semi-Weekly ___ Weekly ___ Other ✓ ___

    Who is allowed to visit inmates?

    Relatives ...................... YES ✓ NO ___
    Friends ......................... YES ✓ NO ___
    Clergy .......................... YES ✓ NO ___

    **Are CONTACT VISITS allowed?** .. YES ___ NO ✓

13. **INMATE MAIL:**

    Are INCOMING MAIL and packages INSPECTED? ......... YES ✓ NO ___

14. Do new prisoners receive instructions about JAIL RULES? .... YES ✓ NO ___

    Are these instructions: VERBAL ___ WRITTEN ✓

15. **TRUSTIES:**

    Are TRUSTIES used? ............. YES ✓ NO ___

    Who selects the TRUSTIES?
    Sheriff/Chief ✓ Jailer ___ Other ___

16. Are inmates in UNIFORM? ......... YES ___ NO ✓

    Coveralls ___ Pants & Shirts ✓

    **Are uniforms MARKED?** ............. YES ✓ NO ___

**DISCIPLINARY PROCEDURES:**

1. Does the jail hold DISCIPLINARY HEARINGS? ......... YES ___ NO ✓

2. Who exercises disciplinary authority?
   Sheriff/Chief ___ Jailer ___ Other ___

**FOOD SERVICES:**

General Condition
Kitchen ........... Poor ___ Fair ___ Good ✓
Tables ............ Poor ___ Fair ___ Good ✓
Shelves ........... Poor ___ Fair ___ Good ✓
Screens ........... Poor ___ Fair ___ Good ___

1. Is the cook paid? ............ YES ___ NO ✓
2. Who supervises the Kitchen _____
3. Who plans the Menu? _____
4. Do inmates assist in food preparation? ....... YES ✓ NO ___
5. What type of eating utensils are used?
   Plastic ✓ Paper ___ Metal ___ Other ___
   Are the utensils washed? ......... YES ✓ NO ___
   How washed? ...... HAND ___ SANITIZER ✓
6. Are the standards of sanitation adequate? ........ YES ✓ NO ___
7. Is copy of menu available on the date of inspection? .... YES ✓ NO ___
8. Do paid employees supervise the serving of meals? ....... YES ___ NO ✓
9. Is the diet adequate? ......... YES ✓ NO ___
10. Number of meals served per day:
    1 ___ 2 ___ 3 ✓
11. Food Preparation ..... Poor ___ Fair ___ Good ✓
    Quality ............ Poor ___ Fair ___ Good ✓
    Quantity ........... Poor ___ Fair ___ Good ✓
12. Storage of Food ..... Poor ___ Fair ___ Good ✓
    Refrigeration ...... Poor ___ Fair ___ Good ✓
13. Are Commissary (or store) purchases available to inmates? ..... YES ✓ NO ___

**SANITATION AND PERSONAL HYGIENE:**

1. Is there a systematic CLEANING PROGRAM in effect? .... YES ✓ NO ___

2. Are adequate TOOLS and CLEANING MATERIALS available? ... YES ✓ NO ___

3. What type of BEDDING is provided? Sheets ___ Blankets ✓
   Mattress Cover ✓ Pillow ✓ Pillow Case ✓

   HOW OFTEN IS BEDDING LAUNDERED?
   Semi-Weekly ___ Weekly ✓ Other ___

4. Are excessive FOOD or unnecessary ITEMS in CELLS ........ YES ___ NO ✓

5. Is DRINKING WATER available at all times? ................ YES ✓ NO ___

6. Are HOT and COLD WATER available for bathing? .......... YES ✓ NO ___

7. Are HEATING and VENTILATION adequate? ............ YES ✓ NO ___

8. Is LIGHTING adequate? .......... YES ✓ NO ___

9. Condition of PAINT?
   Interior ............. Poor ___ Fair ___ Good ✓
   Exterior ............ Poor ___ Fair ___ Good ✓

10. Are BATHING FACILITIES available to all inmates? ......... YES ✓ NO ___

11. Are SOAP and TOWELS available? ............ YES ✓ NO ___

12. HOW OFTEN are inmates REQUIRED TO BATHE?
    Daily ✓ Semi-Weekly ___ Weekly ___ Other ___

13. **CONDITION OF PLUMBING**

    Are there LEAKING PIPES in the Jail? ................. YES ___ NO ✓
    COMMODES ........ Poor ___ Fair ___ Good ✓
    LAVATORIES ...... Poor ___ Fair ___ Good ✓
    SHOWERS ......... Poor ___ Fair ___ Good ✓

14. Does the Jail have a PEST CONTROL program? ......... YES ✓ NO ___
    How often treated? _MONTH_
    By whom? _CONTRACT_

**MEDICAL SERVICE:**

1. Name of PHYSICIAN?
   _____

2. How often do physicians visit the jail/facility?
   Daily ___ Weekly ___ On-Call ___
   Other (specify) _____

3. What HOSPITAL facilities are used for inmates? _____

**INMATE PROGRAMS:**

1. Are Counseling Services available? ................. YES ✓ NO ___
2. Recreation Facilities ......... YES ✓ NO ___
   Types Provided: _____
3. Educational Opportunity ...... YES ___ NO ✓
   Types Offered: _____

**COMPLAINTS:**

1. Are there justifiable complaints? ...... YES ___ NO ✓
2. Is Jail involved in Litigation? ........... YES ___ NO ✓
   If YES, type: _____
3. Is the Jail or Facility Racially Integrated? ............... YES ✓ NO ___
4. Is there a Current Grand Jury Report on the Jail? ...... YES ✓ NO ___

| INSPECTORS COMMENTS: | |
|---|---|

PROBLEMS WITH RUST CORRECTION BY CONTRACTION WILL BE A CONTINUING PROBLEM

JAIL CLEAN AT TIME OF INSPECTION

GOING TO PRE PACKAGE SYSTEM ON MEDICATION

Inspector's Signature

Time of Completion  10:00 AM

Copy Received By:
Terry Wilson
SIGNATURE          6-6-03     Jail Admin
                   Date        Office

Copy LEFT FOR Co Comm
SIGNATURE          Date        Office

Copy:  State Fire Marshal ☐
       County Health Department ☐

PAGE 3 OF 3

# EXHIBIT NN

# Hillyer's Notes

## COOSA COUNTY SHERIFF'S DEPARTMENT
### COOSA COUNTY LAW ENFORCEMENT CENTER
#1 SCHOOL STREET • P. O. BOX 279 • ROCKFORD, AL. 35136-0279
(256)377-4922 • (256-377-2211)
FAX (256) 377-2690

# FAX COVER SHEET

TO: Dr. Weaver

ATTN: 

FROM: CCSO

REMARKS: Need list from Matt Hillyer from Cheaha Mental Health on Daniel Bryan Kelley

DATE 11/25/03      NUMBER OF PAGES 2

Tues. 11/25/03

Mr. Bruni Kelley was evaluated by myself on 11/25/03. Complaints of Seizure d/o w/ episodic memory loss, blackouts? Needs evaluation by MD to r/o Seizure d/o

Hx of Prior Rx: Clonazepam 2mg Bid
Neurontin 300mg Tid
Zyprexa 5mg i po qhs
Phenabarbitol 60mg Bid
Seroquel 200mg Tid

Hx of Bi-polar d/o, Can you assist this young man w/ Rx continuation.
Thank you for your assistance
I am not aware of any allergies or possible side-effects

Matthew B. Flyn M.Ed
Cheshire MHC

# EXHIBIT OO

# Declaration of Randall W. Weaver, M.D.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:05-cv-1150-MHT** |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

### **DECLARATION OF RANDALL W. WEAVER, M.D.**

I, Randall W. Weaver, M.D., being over the age of eighteen and competent to testify declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge:

1. I am a physician with a family practice in Rockford, Alabama.

2. I am the only doctor in Rockford, Alabama.

3. I have maintained a practice in Rockford since August 1995. I have maintained my practice in the same office location since 2000.

4. I am board certified by the American Board of Family Practice.

5. From on or about July 2001 through June 2004, I was employed by Health Services, Inc., to provide medical services in Rockford and the surrounding area.

6. On November 26, 2003, the day before Thanksgiving, I examined a patient named Daniel Bryan Kelly in my office. Attached to this declaration are the medical records of my examination of Mr. Kelly. These records accurately reflect my examination

of Mr. Kelly. The patient told me that he had a seizure in jail and suffered a fall. He complained of pain in his right leg, foot, and knee. I never saw Mr. Kelly again after my examination on November 26, 2003.

7. I have never been employed by Coosa County or the Coosa County Commission to provide medical services for inmates at the Coosa County Jail.

8. I have never had any responsibility for conditions of confinement or medical services at the Coosa County Jail.

9. I provided medical services to Mr. Kelly on November 26, 2003, as a Health Services, Inc., patient in my clinic.

Pursuant to 28 U.S.C. § 1746 (2) I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2006.

*Randall W. Weaver, M.D.*
Randall W. Weaver, M.D.
299 Jackson Street
Rockford, Alabama 35136

2

## HSI ADULT MEDICINE PROGRESS NOTE  CONFIDENTIAL

Inmate

ALLERGIES: Codeine - Rash  LH/76

DATE: 11/26/03

PATIENT NAME: Kelley, Daniel Bryant   D.O.B. 6/17/71   HSI# 01102   RACE/SEX/AGE: Cau/M/32

V/S: T 97.6  P 83  R 24  B/P R 142/80  WT 185  HT.   PAIN: NRS (1/low-10/high) "7"

NURSING: O2 SAT - 98%. Gives history of having seizures for 2½ yrs. States recently had one in jail "fell and hurt my leg ® foot + my ® knee"

Nurse's Signature: J Mitchell LPN

Providers use SOAP formate for documentation and note consultation, condition on discharge, patient education.

S: Person in c/o ® leg pain (knee) + foot pain for past 4 to 5 days after falling in jail. No prior problem c his ® leg. Has H/O back pain 2° to injuries. Has had surgery on his back.

Also has H/O mental illness; seizures + blackouts. His reg MDs are Dr James in Alex City + a psychiatrist in B'ham. Has had 3 psychiatric hospitalizations. Mental health evaluating him for transfer to rehab.

No other complaint.

O: general - NAD
mood - tearful at times, WNL at others
lungs - CTA
heart - RRR
Extremities - pulses - WNL
   ® knee - ROM - WNL, ligaments appear to be intact, minimal tenderness to palpation over patellar ligaments
   ® ankle - ROM - WNL, minimal swelling if any, strength - WNL, possible bony abn distal ankle (possibly old)

Education: A/P ankle/knee pain - symptomatic care, elastic ankle brace for comfort per his request, x-ray + f/u ortho appt if cont to hurt. R/C F/U wk.

Mental illness - F/U c MH, cont meds w/ MH

Signature: Randall M_____ 

Health Services, Inc. FORM#25-01-02

Health Services, Inc.  **CONFIDENTIAL**
## INITIAL PAIN ASSESSMENT TOOL (ADULT)

Patient's name: DAniel Kelley    DOB: 6/17/71    HSI #: 01102    Date: 11/26/03
Complaint: Pain: R leg + R Knee + Lower Back    Allergies: Codeine    Nurse: DR Mitchell

1. **Location:** Patient or nurse marks drawing

2. **Intensity:** Patient rates the pain on NRS scale.

   | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
   |---|---|---|---|---|---|---|---|---|---|---|
   | No Pain | | Mild | | Moderate | | Severe | | Very Severe | | Worst Possible Pain |

3. **Pain Patterns:** Indicate which picture best describes the way your pain is throughout the day

   (Constant) — circled    Episodic

4. **Effects of pain:**

| | | | |
|---|---|---|---|
| Working | Not At All | A Little | **(A Lot)** |
| Relationships | Not At All | **(A Little)** | A Lot |
| Mood | Not At All | A Little | **(A Lot)** |
| Sleeping | Not At All | A Little | **(A Lot)** |
| Walking | Not At All | A Little | **(A Lot)** |
| Enjoying life | Not At All | A Little | **(A Lot)** |
| Taking care of yourself | Not At All | **(A Little)** | A Lot |
| Other | Not At All | A Little | A Lot |