# EXHIBIT PP

**Russell Medical Center Medical Records dated 01/16/04**

# EMERGENCY DEPARTMENT
## NURSING ASSESSMENT SHEET

V010558872  H0124352
ER            ER
KELLEY, DANIEL B.
DR. WILLIAMS, K
01/16/2004   MEDICARE
32Y  CA/M   06/17/1971
CODIENE

PERSONAL PHYSICIAN: _____  ER PHYSICIAN: _____
NOTIFIED ( ) BEEPED ( ) TIME ___ INT ___   NOTIFIED ( ) TIME ___ INT ___
RESPONDED ( ) TIME ___   RESPONDED ( ) TIME ___

PHYSICIAN ON CALL FOR UNATTACHED PATIENTS _____

TEMP 98.2  PULSE 101  RESP 18  B/P 124/70  WT ___  CHIEF COMPLAINT: c/o weakness - pt jaundiced - was seen by Dr. James recently & had abnormal liver enzymes 1-7-04? Pt. somewhat slow to respond c̄ slightly slurred speech. Has been falling a lot recently.

NURSE _R___  TIME 1452

FAMILY NOTIFIED: YES ( ) NO ( ) TIME ___ PERSON ___
ALLERGIES: NKDA (Codeine)

POLICE NOTIFIED: YES ( ) NO ( )  In custody of Coosa Co. Sheriff.
TIME ___  PERSON ___

CURRENT MEDICATIONS: See list attached

SOCIAL SERV. NOTIFIED: YES ( ) NO ( ) TIME ___ PERSON ___

CORONER NOTIFIED: YES ( ) NO ( ) TIME ___ PERSON ___

PRIORITY:
EMERGENT ( )
URGENT ( )
NONURGENT ( )

MODE OF ARRIVAL:
AMBULATORY - In custody of Coosa County Sheriff
PERSONAL VEHICLE
WHEELCHAIR
IN ARMS
AMBULANCE

TETANUS HX:
UTD ( )
UNKNOWN ( )

PEDIATRIC IMMUNIZATIONS:
UTD ( )
UNKNOWN ( )

TX PRIOR TO ARRIVAL:
NONE ( )
O2 ( )
BCLS ( )
ACLS ( )
IV ( )
BACKBOARD ( )
C-COLLAR ( )
SPLINT ___
BANDAGE ___

PAST MEDICAL HISTORY:
RENAL DZ ( )
HEART DZ ( )
SEIZURE ( ) back problems
HTN ( )
DIABETES ( )
COPD/ASTHMA ( )
CANCER ( ) B. pylori
OTHER ___

| TIME | IV FLUIDS | AMOUNT | SITE | GAUGE | NURSE | CODES FOR MEDICATION ADMINISTRATION SITES: |
|------|-----------|--------|------|-------|-------|---|
| 1530 | NS | 1000/hr | L | | RSP | A) LEFT HIP  C) LEFT THIGH  E) LEFT ARM  G) LEFT ABD |
|      |   |        |   | |     | B) RIGHT HIP  D) RIGHT THIGH  F) RIGHT ARM  H) RIGHT ABD |

| TIME | T | P | R | B/P | Sa.O2 | MEDICATION/TREATMENTS | DOSE | ROUTE | SITE | NURSE | COMMENTS/PT RESPONSE |
|------|---|---|---|-----|-------|----------------------|------|-------|------|-------|---------------------|
| 1452 | | | | | 99% | | | | | | |

MENTAL STATUS:
- ALERT (circled)
- ORIENTED
- DROWSY
- LETHARGIC
- DISORIENTED
- UNRESPONSIVE
- CONFUSED

STIMULUS RESPONSE:
- N/A
- VERBAL (circled)
- TOUCH
- PAIN
- NONE

HAND GRIPS:
- N/A (circled)
- EQUAL
- STRONG
- WEAK
- RIGHT
- LEFT

MOVEMENT:
- N/A
- VOLUNTARY (circled)
- INVOLUNTARY

PUPIL RESPONSE:
- N/A
- PERRLA - sclera jaundiced
- SLUGGISH
- BRISK
- NONREACTIVE

MUCUS MEMBRANES:
- N/A
- MOIST
- DRY
- SKIN TURGOR:
- N/A
- NORMAL
- DECREASED

SKIN:
- WARM
- HOT
- DRY
- COOL
- MOIST
- COLD
- CLAMY

COLOR:
- NORMAL
- FLUSHED
- PALE
- JAUNDICE (circled)
- CYANOTIC
- MOTTLED
- DUSKY

PULSE:
- REGULAR (circled)
- IRREGULAR
- WEAK
- ABSENT

RESPIRATION:
- ADEQUATE (circled)
- LABORED
- SHORT OF BREATH
- HYPERVENTILATING
- SHALLOW

BREATH SOUNDS:
- N/A
- BBS = CLEAR
- ADVENTITIOUS
- DIMINISHED
- ABSENT
- LEFT ( ) RIGHT ( )

SPEECH:
- CLEAR
- COHERENT (circled)
- INCOHERENT (circled)
- SLURRED (circled)
- ABUSIVE

11127024

RUSSELL MEDICAL CENTER
EMERGENCY PHYSICIAN RECORD
PAGE 2

GENERAL
ADULT ILLNESS

? mild ascites

| | |
|---|---|
| **RECTAL** | ☐ heme positive rebound ? |
| ☐ heme neg | |
| **BACK** | ☐ CVA tenderness |
| ☐ normal | |
| **SKIN** | ☐ rash spider angiomas |
| ☐ normal | |
| **EXTREMITIES** | ☐ tenderness |
| ☐ normal | ☐ Homan's sign |
| ☐ no pedal edema | ☐ pedal edema |
| | ☐ 1+ LE shins |
| **NEUROLOGICAL** | |
| ☐ gait normal | ☐ ataxia |
| ☐ CN II-XII intact | ☐ focal weakness/sensory loss |
| ☑ no focal weakness | ? demoxification alc |
| ☐ no sensory loss | in A&B SAL |
| **PSYCHIATRIC** | |
| ☐ oriented x 3 | ☐ disoriented: person / place / time |
| ☐ mood/affect nl | ☐ depressed |

Cardiac monitor strip: ☐ NSR    ☐ no ectopy

EKG    Rate: _____
Rhythm  ☐ NSR   ☐ tachycardia   ☐ bradycardia   ☐ paced
        ☐ atrial fib / flutter   ☐ ectopy: atrial / ventricular
        ☐ heart block: 1st / 2nd / 3rd degree
Axis:   ☐ normal  ☐ Axis deviation: Left / Right
QRS:    ☐ normal  ☐ IVCD   ☐ RBBB   ☐ LBBB
ST/T :  ☐ normal  ☐ nonspecific changes
        ☐ ST segments elevated / depressed _____
        ☐ T waves flat / inverted _____
Impression: ☐ normal EKG   ☐ abnormal EKG: _____
☐ Comparison to previous EKG   ☐ unchanged _____

CXR:    ☐ normal
        ☐ abnormal
Other radiological studies: _____

CBC:    ☐ normal     BMP:  ☐ normal
        segs: ___%
        bands: ___%
        lymphs: ___%

Cardiac Profile:  ☐ normal except: _____
LFTs:             ☐ normal except: _____
U/A :             ☐ normal except: _____
PT / PTT:         ☐ normal
Amylase:          ☐ normal

**ED COURSE**
Treatment                              Response

☐ old records reviewed    ☐ Admission orders written
☐ discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

**CLINICAL IMPRESSION** _____
hepatic encephalopathy
? indirect of bleed II

**DISPOSITION**   (time: _____)
☐ home   ☐ admit   ☐ transferred   ☐ AMA   ☐ observation   ☐ expired
Condition: ☐ stable ☐ fair   ☐ good   ☐ poor   ☐ critical   ☐ improved
Follow-up: ☐ ED   ☐ PMD   ☐ on-call _____ in _____ days
Instructions: _____

Rx: _____

**ATTENDING NOTE**
☐ Resident/NP/PA note reviewed   ☐ pt interviewed   ☐ pt examined
Pertinent HPI: _____
My exam reveals: _____
☐ Labs reviewed            ☐ X-rays reviewed
☐ I agree with above diagnosis   ☐ I have reviewed the treatment plan / concur

_____ Resident / NP / PA
_____ MD / DO

☐ See Addendum Sheet

EDCare Templates only for use by EDCare of Alabama, Inc.

| COUGH: | SPUTUM: | PAIN: | CARDIAC MONITOR: | EDEMA: |
|---|---|---|---|---|
| PRESENT ( ) | N/A ( ) | X N/A ( ) | N/A ( ) | N/A ( ) |
| NOT PRESENT ( ) | CLEAR ( ) | NON-RADIATING ( ) | YES ( )  NO ( ) | ABSENT ( ) |
| PRODUCTIVE ( ) | GREEN ( ) | RADIATING TO _____ | RHYTHM _____ | PRESENT ( ) |
| NONPRODUCTIVE ( ) | WHITE ( ) | | | PITTING ( ) |
| | YELLOW ( ) | | | NONPITTING ( ) |
| | FROTHY ( ) | | | LOCATION ( ) |
| | BLOODY ( ) | RATE PAIN 1 - 10 _____ | | |

**ABDOMEN:** abd. hard
- N/A ( )
- SOFT ( ) abd
- NONTENDER (circled)
- DISTENDED ( )
- NONDISTENDED ( )
- RIGID ( )
- GUARDING ( )
- REBOUND ( )
- TENDER ( )
- RLQ ( )  RUQ ( )  LUQ ( )

**GI:**
- N/A ( )
- NAUSEA ( )
- VOMITING ( )
- DIARRHEA ( )
- BOWEL SOUNDS
- YES ___ NO ___
- LOCATION: _____

**GU:** urine orange colored
- N/A ( )
- FLANK PAIN ( )
- LEFT ( ) RIGHT ( )
- DYSURIA ( )
- HEMATURIA ( )
- FREQUENCY ( )
- URGENCY ( )

**GYN:** N/A
- LMP _____
- NORMAL YES ( ) NO ( )
- PREGNANT YES ( ) NO ( )
- EDC _____ FHT _____
- LOCATION: _____
- BIRTH CONTROL: _____

**EMOTIONAL ASSMT:**
- COOPERATIVE ( )
- COMBATIVE ( )
- AGITATED ( )
- HOSTILE ( )
- ANXIOUS ( )
- EYE CONTACT:
- YES ( )  NO ( )

**LACERATION / ABRASION:**
- N/A (circled)
- LOCATION _____
- SUPERFICIAL ( )
- DEEP _____
- BLEEDING ( )
- NOT BLEEDING ( )
- PRESSURE DSG APPLIED ( )

**ORTHOPEDIC ASSMT:**
- N/A ( )
- SWELLING ( )
- DEFORMITY ( )
- LOCATION _____
- MOVEMENT LIMITED
- YES ( )  NO ( )

**PULSE BELOW INJURY**
- YES ( )  NO ( )
- SPLINTED ( )
- ELEVATED ( )
- ICE APPLIED ( )

**VALUABLES RELEASED TO:**
- N/A (circled)
- PATIENT ( )
- PATIENT S/O ( )
- HOSPITAL SAFE ( )

**DISPOSITION OF PATIENT:**
- DISCHARGED ( )
- HOME ( )
- NSG HOME _____
- M.D. OFFICES _____
- MORGUE / CORONER _____
- IN CARE OF: SELF ( )  S/O ( )
- LAW ENFORCEMENT _____
- AMBULANCE SERVICE _____

ADMIT ( )
ROOM ___ ICU ___
TRANSFER 1835
REPORT TIME 1835
GIVEN TO Sturdivant
MEDICAL RECORDS
SENT ( ✓ )  FAXED ( )

**CONDITION OF PATIENT ON DISCHARGE:**
- STABLE (circled)
- UNSTABLE ( )
- CRITICAL ( )

PATIENT TEACHING: _____

**TIME OF DISCHARGE:** 1845

**TB SCREEN** (Please write Yes or No)
Do you have or have you ever had TB? _____
Do you have any of the following:
- Cough (2 weeks) ___ NO
- Night Sweats ___ NO
- Lack of Appetite ___

Anyone in your immediate family have TB? _____
- Bloody Sputum ___ NO
- Weight Loss ___
- Fever ___

**ADDITIONAL OBSERVATIONS:**
1540 - urinal provided and informed of need of specimen
1545 - urine obtained, dark brown and sent to lab — Sturdivant made aware of color
1630 - T/C to Simmons RN supervisor & received to furlough order given to me per Sheriff Oakes
1640 - Simmons RN here to talk to officer
1715 - pt amb to desk requesting to use phone - allowed pt to make calls
1715 - Requesting to get into own gown - given
1835 - Requesting Stadol Nasal Spray - Dr. Williams made aware

| SIGNATURE OF NURSE | INITIAL | TITLE | SIGNATURE OF NURSE | INITIAL | TITLE |
|---|---|---|---|---|---|
| [signature] | JS | RN | [signature] | | |

# RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

**ORDERS:**

LABS: _ammonia level_
_cbc c/diff/CsH_
_wel A3c EBV pt/inr_

X-RAYS: _us_
_IV D5½ (cont)_

MEDICINES / IV / OTHER: _____

```
Y010558872  X0124352
ER              ER
KELLEY, DANIEL B.
DR. WILLIAMS, K
01/16/2004   MEDICARE
                06/17/1971
```

CERTIFIED EMERGENCY
YES      NO

DATE: _1/16/04_   TIME: _____   PHYSICIANS SIGNATURE: _____

---

**RUSSELL MEDICAL CENTER**  P.O. BOX 939   ALEXANDER CITY, AL 35011   (256) 329-7133

| PATIENT'S NAME: | | DATE: | |
|---|---|---|---|
| MEDICATION | DIRECTIONS | DISPENSE | REFILLS |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

_____, M.D.          _____, M.D.
PRODUCT SELECTION PERMITTED            DISPENSE AS WRITTEN
DEA# _____ ACLS# _____           NO REFILL AFTER SIX MONTHS

---

**RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT**

**DISCHARGE INSTRUCTIONS**          PATIENT'S NAME: _____

___ Contact your physician tomorrow for an appointment for follow-up in ___ days.
___ If no improvement in ___ days, contact your physician for follow-up.          DATE: ___/___/___
___ Continue with present medications.
___ Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.
___ Since you have no local physician; you have been referred to Dr. _____, phone number _____
___ Take medications as directed.
___ Additional Instruction: _____

**WORK / SCHOOL NOTE**
___ May return to work / school without restrictions.
___ May return to restricted duties for ___ days.
   Restrictions: _____
___ Will require time off from work / school, estimated time: ___ days.
___ Other: _____

___ No athletics / physical education: ___ days.
_____ was here with relative / child.

*I hereby acknowledge that I have received a copy of and understand the above instructions.*

_____
*Signature of Patient or Responsible Party*

_____
*Signature of Nursing Personnel*

Medical Records - Patient Copy - Physician Copy

1112701 (Rev. 09/01)                                                    19002

**CARDIO-PULMONARY**
- ☒ NL breath sounds
- ☒ RRR
- ☒ No murmur
- ☐ wheezing / rales / rhochi  R / L
- ☐ respiratory distress
- ☐ abnormal rate: slow / fast
- ☐ abnormal rhythm
- ☐ murmur __/6 systolic / diastolic

**ABDOMEN**
- ☒ soft
- ☐ non-tender
- ☐ nondistended
- ☐ NL bowel sounds
- ☐ no organomegaly
- ☐ no mass
- ☐ rigid
- ☒ tenderness (see diagram)
- ☒ distended
- ☒ guarding / rebound
- ☐ bowel sounds: increased/decreased
- ☐ mass/ organomegaly: _____

**RECTAL**
- ☐ heme neg
- ☐ heme positive
  maroon / black / bloody

**BACK**
- ☐ normal
- ☐ CVA tenderness

*Mild* / Moderate / Severe

**MALE GU**
- ☐ normal
- ☐ testicles non-tender

**FEMALE GU**
- ☐ external genitals NL
- ☐ vaginal / cervix NL
- ☐ bimanual exam NL
- ☐ vaginal discharge / bleeding
- ☐ Os open       ☐ CMT
- ☐ Uterine tenderness
- ☐ Adnexal tenderness/mass R / L

**SKIN**
- ☐ normal
- ☐ rash _____

**EXTREMITIES**
- ☒ normal
- ☒ no pedal edema
- ☐ tenderness _____
- ☐ pedal edema

**NEUROLOGICAL**
- ☐ gait normal
- ☐ CN II-XII intact
- ☒ no focal weakness
- ☐ ataxia
- ☐ focal weakness/sensory loss

Cardiac monitor strip: ☐ NSR    ☐ no ectopy

EKG  Rate: _____
Rhythm: ☐ NSR  ☐ tachycardia  ☐ bradycardia  ☐ paced
   ☐ atrial fib / flutter   ☐ ectopy: atrial / ventricular
   ☐ heart block: 1st / 2nd / 3rd degree
Axis:  ☐ normal  ☐ Axis deviation: Left / Right
QRS:   ☐ normal  ☐ IVCD     ☐ RBBB      ☐ LBBBB
ST/T:  ☐ normal  ☐ nonspecific changes
   ☐ ST segments elevated / depressed _____
   ☐ T waves flat / inverted _____
Impression: ☐ normal EKG  ☐ abnormal EKG: _____
Comparison to Old EKG   ☐ unchanged _____

---

CXR: ☐ normal ☐ abnormal
KUB: ☐ normal ☐ abnormal
Upright: ☐ normal ☐ Air/fluid levels ☐ free air ☐ excess stool
IVP: ☐ normal
CT Scan: Abdomen / Pelvis    ☐ normal ☐ abnormal _____
Ultrasound: Gallbladder  Kidneys    ☐ normal
   Pancreas   Pelvis / Vaginal  ☐ abnormal
   Aorta    Testicle

CBC: ☐ normal      BMP: ☐ normal
   segs ___%
   bands ___%
   lymphs ___%    *See chart*

Cardiac Profile: ☐ normal except: _____
PT / PTT: ☐ normal
LFTs/Amylase: ☐ normal
HCG: ☐ negative   ☐ positive
ABG: pH: ___  PaCO₂: ___  PaO₂: ___
U/A: ☐ normal except

**ED COURSE**

840 — Labs back — D/W Holcombe
Refuses to admit
930 — Cntrx — Abd / Hydrate / orders
_____
_____
_____
_____

CRITICAL CARE TIME: _____ (minutes)

☐ old records reviewed       ☐ Admission orders written
☐ discussed with Dr. _____
☐ counseled patient/family:   test results / diagnosis / follow-up

**CLINICAL IMPRESSION**
Acute abdominal pain   Pancreatitis   Peptic Ulcer Disease
Reflux esophagitis    Cholecystitis   Appendicitis
Diverticulitis     Gastroenteritis   Kidney Stones / renal colic
Vomiting / Diarrhea    Aortic aneurysm  Pyelonephritis
Bowel Obstruction    Bowel perforation  Pelvic inflammatory disease
Dehydration       Transaminitis

**DISPOSITION** (time: _____)
☐ home  ☒ admit  ☐ transferred  ☐ AMA  ☐ observation  ☐ expired
Condition: ☐ stable  ☒ fair  ☐ good  ☐ poor  ☐ critical  ☐ improved
Follow-up: ☐ ED    ☐ PMD    ☐ on-call _____ in ___ days
Instructions: _____
Rx: _____

**ATTENDING NOTE**
☐ Resident/NP/PA note reviewed  ☐ pt interviewed  ☐ pt examined
Pertinent HPI: _____
My exam reveals: _____
☐ Labs reviewed       ☐ X-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur

                    Resident / NP / PA _____
                    MD / DO _____

☐ See Addendum Sheet

*EDCare Templates only for use by EDCare of Alabama, Inc.*

RUSSELL MEDICAL CENTER
EMERGENCY PHYSICIAN RECORD — GENERAL ADULT ILLNESS

Time Seen: _____ Room: _____
Historian: patient / EMS / Sheriff
History limited by: AMS ☐ Translator

ER KELLEY, DANIEL E.
DR. WILLIAMS, K
01/16/2004  MEDICARE

| CHIEF COMPLAINT | REVIEW OF SYSTEMS |
|---|---|
| | ☑ ROS NEGATIVE EXCEPT AS INDICATED |
| | ☐ ROS cannot be obtained; patient unable to answer questions |
| | Check box if system is normal |

HISTORY OF PRESENT ILLNESS:
age: ___  race: W / B / H / O  gender: M / F

s/p MD for 3d Hx
rash acute 3d Hx
AMS c/c urine sheriff
related doesn't since
Tues. last week (rehab)
Hx etoh prescription
drugs used cocaine but
has not used in 2 yrs
(incarcerated)

Onset: ____ hrs / days / weeks  see above

Timing: persists  worse  better  resolved  constant  intermittent
Severity of symptoms: mild  moderate  severe
pain scale (1—10): ____

Exacerbating factors: ☐ none ____
Alleviating factors: ☐ none ____
Similar symptoms previously: YES / NO

| | | | |
|---|---|---|---|
| ☐ General | ☐ fever | ☐ weight loss | |
| | ☐ chills | | |
| ☐ ENT: | ☐ sore throat | ☐ nasal congestion | |
| ☐ Resp: | ☐ cough | ☐ SOB / DOE | |
| | ☐ wheeze | | |
| ☐ CV: | ☐ chest pain | | |
| ☐ GI: | ☐ nausea | ☐ diarrhea | |
| | ☐ vomiting | ☐ constipation | |
| | ☐ abdominal pain | | |
| ☐ GU: | ☐ flank pain | ☐ urgency | |
| | ☐ dysuria | ☐ frequency | |
| | ☐ hematuria | | |
| | LNMP: ____ | | |
| ☐ Skeletal: | ☐ myalgia | ☐ arthralgia | |
| | ☑ back pain chronic | | |
| ☐ Skin: | ☐ rash  icterus | | |
| ☐ Neuro/Psych | ☐ headache | ☐ anxiety | |
| | ☐ confusion | ☐ focal weakness | |
| ☐ Endocrine: | ☐ weight change | | |
| | ☐ polyuria / polydypsia | | |

ADDITIONAL HISTORY

PAST MEDICAL HISTORY
☐ none
☐ HTN           ☐ CVA
☐ Cardiac disease  ☐ TIA
☐ COPD / Asthma    ☐ Seizures
☐ Pneumonia        ☐ Diabetes
☐ Renal disease    ☐ peptic ulcer disease
☐ Cancer
☑ Other: bipolar vs schizoaffective (by Hx)
substance/alcohol ab
chronic LBP

SURGERIES

FAMILY HISTORY

SOCIAL HISTORY
☐ Alcohol
☐ Tobacco
☑ Drug Abuse
☐ Lives alone / spouse / family / nursing home

MEDICATIONS ☐ see nurse's notes
"don't ____
____ "

ALLERGIES  ☐ NKDA
☐ see nurse's notes

PHYSICAL EXAM  ☑ vital signs reviewed  icterus
HR ____  Bp ____  RR ____  T ____  SaO₂ ____%
APPEARANCE:
☐ normal  icterus   ☐ distressed: mild / moderate / severe

HEENT
☐ Normal
   ☑ icteric
   ☐ pharyngeal erythema
   ☐ nasal congestion / drainage
   ☐ TM erythema

NECK
☑ Normal
   ☐ cervical adenopathy
   ☐ thyromegaly

RESPIRATORY
☑ NL breath sounds
   ☐ wheezing / rales / rhonchi
   ☐ respiratory distress

CARDIAC
☑ RRR
☑ No murmur
   ☐ abnormal rate: slow / fast
   ☐ abnormal rhythm
   ☐ murmur __/6 systolic / diastolic

ABDOMEN
☑ Non-tender
☑ NL bowel sounds
☑ no organomegaly
   ☐ tenderness (see diagram)
   ☐ guarding / rebound
   ☐ bowel sounds: increased/decreased

Russell Hospital

KELLEY,DANIEL B.   D/C 01/20/2004 4   Law,Vincent        M0124352
Gender      : Male
Age         : 32
Disposition : Home, Self Care (1)

**Medicare DRG**
   205   DISORDERS OF LIVER EXCEPT MALIGNANCY, CIRRHOSIS, ALCOHOLIC HEPATITIS with CC

   CMS wt  1.2095   A/LOS 6.2    G/LOS 4.6

**Principal Diagnosis**
   *5722   HEPATIC COMA

**Secondary Diagnoses**
   *5733   HEPATITIS
   #5990   URINARY TRACT INFECTION, SITE NOT SPECIFIED
   7242   LUMBAGO (LOW BACK PAIN)
   34690   UNSPECIFIED MIGRAINE WITHOUT INTRACTABLE MIGRAINE
   2967   BIPOLAR AFFECTIVE DISORDER, UNSPECIFIED
   9779   POISONING BY UNSPECIFIED DRUG OR MEDICINAL SUBSTANCE

RUSSELL MEDICAL CENTER  
ALEXANDER CITY, ALABAMA

PATIENT NAME:    KELLEY, DANIEL B.
ACCOUNT #:       V010558872
PHYSICIAN:       Law, Vincent
MED. REC. #:     M0124352
PATIENT STATUS:  DIS IN

## DISCHARGE SUMMARY

DATE OF ADMISSION: 1-16-04

DATE OF DISCHARGE: 1-20-04

DISCHARGE DIAGNOSES:
1. With possible hepatic encephalopathy.
2. Probably drug induced hepatitis.

SECONDARY DIAGNOSES:
1. History of alcohol abuse.
2. Chronic lower back pain.
3. History of migraine headache.
4. History of bipolar disorder.

PROCEDURES: Abdominal US which revealed moderate hepatomegaly with diffuse gallbladder wall thicken.

CONSULTANTS:
1. Dr. Holcombe, GI.

REASON FOR ADMISSION AND HOSPITAL COURSE: Mr. Kelley is a 32 year old white male with the above mentioned medical problems, who apparently was discharged from jail earlier on the day of admission and presented to the emergency room complaining of fatigue, malaise, increased lethargy and noted jaundice. He also reported some increased abdominal girth. He had reported gradual ongoing symptoms over the past 4 to 5 weeks. He had not had any vomiting, diarrhea or constipation. He apparently has been incarcerated for approximately 2 1/2 months and there has been some type of confusion in terms of administration of his medications. He apparently has been receiving high doses of Zyprexa, Neurontin, Clonopin, Phenobarbitol, Seroquel and Robaxin. He has seen Dr. James in the past which I was covering on the day of admission. Patient denied any recent alcohol use and he has been incarcerated in jail for the past 2 1/2 months. On admission he was afebrile and his vital signs were stable. He did appear extremely jaundice. His sclera was icteric. Lungs were clear. Cardiovascular exam revealed no murmurs, gallops or rubs. The abdominal exam was protuberant with positive fluid wave test. No masses could be appreciated. No calf tenderness. He did have noted asterixis of the hands, some mild clonus of the ankles bilaterally. Upon admission his PT INR is 1.5. His total bilirubin was 7.9 with AST of 1443, ALT of 3425, elevated alkaline phos of 241. His ammonia level was slightly elevated at 37. H & H was stable. Had no elevated white count or left shift. Platelet count also was normal. He was subsequently admitted to ICU for possible hepatic encephalopathy VS sedation secondary to his meds. He was started on neurochecks. Acetaminophen levels were obtained which were unremarkable. GI consultation was obtained with Dr. Holcombe. Hepatitis profile also was obtained but was pending on the day of discharge. His mental status improved markedly with supportive treatment. He was empirically started on PO Lactulose upon admission. After long extensive discussion with he and his family I discussed the case with Dr. Dickerson, gastroenterologist in Birmingham, whom the family had requested to see. After discussion it si felt that the patient was stable enough for discharge with follow up on outpatient basis. The patient was subsequently discharged in stable condition. He did complain of some

Page 1 of 2

MED REC/DISCHARGE SUMMARY

RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:    KELLEY, DANIEL B.
ACCOUNT #:       V010558872
PHYSICIAN:       Law, Vincent
MED. REC. #:     M0124352
PATIENT STATUS:  DIS IN

## DISCHARGE SUMMARY

dysuria. On the day prior to discharge and did have some significant pyuria and was started on Bactrim.

DISCHARGE DIET: Low sodium.

DISCHARGE MEDICATIONS:
1. Lactulose 30 cc po tid.
2. Bactrim DS one po bid for additional 9 days.

DISCHARGE INSTRUCTIONS:
The patient is to follow up with Dr. Dickerson at Brookwood Medical Center later on the day of discharge either later in the am or in the afternoon. I did discuss with him precautions to take in terms of potential hepatotoxic medications including Alcohol, Tylenol and Herbal products.

Vincent Law, M.D.

VL/jmc
D: 02/01/04   1136
T: 02/01/04   1236

Page 2 of 2

MED REC/DISCHARGE SUMMARY