# EXHIBIT YY

# Wanda Kelley's Notes/Calendar

1 800 - 295 2280

# academic
# weekly

AUGUST 2003 - JULY 2004

EXT
1 800 - 404 - 5941  3357 India
F - Tue

1 800  9 8 8 5286

86300  Elimidebt

1 800 - 419 - 8940

**DAY RUNNER®**
www.dayrunner.com

EXT
1865



SEPTEMBER 2003

14 SEPTEMBER 2003

MONDAY
ASSIGNMENTS

11 THURSDAY
ASSIGNMENTS

TUESDAY
ASSIGNMENTS

12 FRIDAY
ASSIGNMENTS

WEDNESDAY
ASSIGNMENTS

13 SATURDAY

14 SUNDAY

First Court DAy

Bryan is charged with
1st degree Assualt
put under $130000·00
bond.

www.dayrunner.com

**10 NOVEMBER 2003**

MONDAY
ASSIGNMENTS

0

Some Notes
Are in the back
of the book.
W.K

**11**

TUESDAY
ASSIGNMENTS

**12**

WEDNESDAY
ASSIGNMENTS

---

**16 NOVEMBER 2003**    No Bond

13 (He was Put in Jail)

THURSDAY
ASSIGNMENTS

Bryan went to Coosa County
For Court At 9:00 he was given
A drug test First thing And
According to William Lagthom tested
Positive For cocaine. No Alchol
However Our Attorney Robert Rummery
At that time said he tested positive
For Alcohol but Mr. Lagthom said he
did not. I ask him. He said no
Mr. Lagthom Normally shows Bryan his test
results but this day he did not.

**14** No medication Given

FRIDAY
ASSIGNMENTS

Bryan takes Alot OF medicine
Zyprexa 20 mg. is vital
He was stopped Cold Turkey. My Husband
went to Food World And got 2 or 3 pills
to help until we could convince the
Jail he needed A doctor. He suffered
much withdrawel And started seizuring.
Dr. Strickler said this would happen
He could go in heart Failure. You
could not do this to someone Like
Bryan with his medical Problem.

**15**

SATURDAY

Bryan is in a cell
with other inmates
But he is in a
bad condition.

**16**

SUNDAY

He dad carried
him 2 more Zyprexa
No doctor yet.

## 17 NOVEMBER 2003

**MONDAY**
ASSIGNMENTS

**17** Bryan is still asking
to see his doctor. The Jail
doctors won't know what medicine
he takes no how he is to take
it. That is why he is always in
hospital Rehab to monitor his
condition.

**TUESDAY**
ASSIGNMENTS

**18** It took me six days to get
them to carry Bryan to a doctor
He has suffered much mental &
physical stress. Withdrawels are
severe
He doesn't even seem like Bryan
He says he keeps blacking out
And real weard Feeling. Talks real
crazy.

**WEDNESDAY**
ASSIGNMENTS

**19** Bryans State of mind was
in the wrong place + he needed
this medicine for his mental disorder
being in a surrounding locked
up you could make him 10 times
worst.

## 23 NOVEMBER 2003

**THURSDAY**
ASSIGNMENTS

**20** Bryan was really depressed
+ felt really bad but they wouldn't
let him stay down. He worried
them he didn't feel right, they didn't
care.

**FRIDAY**
ASSIGNMENTS

**21** Bryan fell down some steps
in the Jail and hurt his Foot
the Foot is swollen very bad. I called
The Jail and talked to Sgt. Wendy
Roberson she said he apparently had
seizured all night. Still has not
seen a doctor. Today is Shane's birth
day Bryan is not even aware of it.
Four days Later they carried
him to the Jail Dr. Weaver who
wrapped the Foot with an Ace bandage
The bone is sticking out about 2 inches

**SATURDAY**

**22** Bryan's Foot is
real bad. No one
there seems to
care.
Bryan was put in
the whole because (go)
he fell down.

**SUNDAY**

**23** Ray went to Ricky
Owens house and
ask Ricky to carry
Bryan to the Doctor
He said he would
right then and
carry him to the E,
never did.

**24 NOVEMBER 2003**

**24** MONDAY ASSIGNMENTS

Dr. Howard Strickler
is Bryan's doctor at Brookwood
Hospital. Dr. Strickler called and
Faxed William Lastham a letter
requesting Bryan be brought to
D.D.U Unit in Birmingham For help
Mr. Lastham says the Judge will
not be in until Tuesday And
this would be his decision. Dr.
Strickler said he would admit him to
D.D.U until we could Find A Rehab.

**25** TUESDAY ASSIGNMENTS

(Troy Got Killed)
I called And Found a Rehab
in York Ala. Spoke to Leal
who said he would go to the
Jail and pick Bryan up and
carry him to in patient Medical
Rehab For 8 days then transfer
to another 9 day in patient stay
then to A in house program
For A total of 2 years All
together. Mr. Lastham says the Judge
will not approve this.

**26** WEDNESDAY ASSIGNMENTS

I called my State Rep. Ron
Johnson And talked with him
concerning Bryan's Neglect. Ron
called the Adminstive of the
Courts Randy Helm. concerning
this matter. We requested
A response.

**30 NOVEMBER 2003**

**27** THURSDAY ASSIGNMENTS

Today is Thanksgiving
What A DAy

Bryan's condition is no better

No help From the Jail

Or Sheriff Bryan called, really upset +
going crazy, cause he found out Troy had
been killed. No one at the jail seemed to care

**28** FRIDAY ASSIGNMENTS

One of the Jailers went to Bryan's
cell And told him that he heard
that Old Troy Finally got killed
we had ask the Jail to not let
Bryan Know this until we visited
him on Saturday. Bryan went into
A panick. This is so inhuman
And cruel. This was his double First
Cousin. Just like a brother.
You dont handle matters this way the
Dispatcher said.

**29** SATURDAY

We visited Bryan
Today only 15 minutes
he is real upset
About Troy's death
And wants to go to
the Funeral but they
Won't let him

So Sad

**30** SUNDAY

7:30 am
Bryan called still
upset about Troy
he has the shakes
real bad. Nerves
Are shot.

1 DECEMBER 2003

**MONDAY** ASSIGNMENTS

1 Troy's mother ask that
Bryan sing at the grave side.
Ricky Owens allowed me & Bryans dad
Ray to bring a recorder down to
the Jail and he sung the song
and we recorded it. Bryan is real
Confused he kept trying to punch
the buttons on the recorder and
his speech sounds like he is drunk.
But he did sing the song. It
was very hard on him!
Sad! Sad! Sad!

**TUESDAY** ASSIGNMENTS

2 Troy is being buried
today at 2:00 pm grave side
service only. Bryan is real depressed because
he can't go with us but Ricky
Owens said it was against their
rules. He said he wouldn't want
to go anyway in orange and
hand cuffed.

**WEDNESDAY** ASSIGNMENTS

3 Bryan is real sick and sad
because of Troy's death. He
is real confused can't understand
what he is talking about.

**THURSDAY** ASSIGNMENTS

4 Bryan is real sick
having seizures he calls home
then calls right back and doesn't
know he has called. He is so
weak and can't hardly set up.

**FRIDAY** ASSIGNMENTS

Put in Lock down NO bathroom NO water

5 6:15 P.M.
We recieved a call from
an inmate said Bryan was being carried
to the hospital. He had fell. We
went to Russell Hospital but could not
get any infurmation. Mike Rudd came
out of E.R. and said the doctor was
checking him out. Mike is a deputy for
Coosa County. Bryan said the guy who came with
them told Mike he was going out to smoke
Mike reped go ahead I will shoot him if he trys
to run. Then Mike shoved him around as they
left the hospital + hurt his back again.

**SATURDAY**

6 Bryan was put
in Lock down a
little room no water
or bathroom the
Sheriff says for
his protection. They
make him sleep on
the floor and he
has severe back
surgery 4 years ago
Ricky Owens said he had
to protect himself

**SUNDAY**

7 Still in the hole
today begging for
water sometimes 2
hr. at a time.

Needs to see a
doctor. Medicine is
all messed up God
only knows how
they are giving
it and what it is.

**8 DECEMBER 2003**

**8** Still in the hole          MONDAY
                                 ASSIGNMENTS

He begs For water At Bradley
tells him he is tired of this
shit when he asks For even
water

He is still sleeping on the Floor
on a mat but it is so close to
the drain where he uses the
bathroom no water in this place.

**9** Still in the hole          TUESDAY
                                 ASSIGNMENTS

Would ask & beg someone to
come & give thing some water,
would tell them he did not
Feel good.

Called & said he felt sick & weak.

He ask to see a doctor
no response

**10** Still in the hole         WEDNESDAY
                                 ASSIGNMENTS

Continued to ask someone to come
and flush his tolit. They may
come 4to6 hours later.

**11 DECEMBER 2003**

**11** Still in the hole         THURSDAY
                                 ASSIGNMENTS

Bryan's voice sounded really weak
& tired. Said he was tired of begging
them to come & give them water
& to Flush the tolit.

**12** In the hole               FRIDAY
                                 ASSIGNMENTS

Bryan called and, nothing he said
made any sense. He wasn on way to many
medicines.

We got some letter from Bryan
today. They don't make Any sense.
He can't even write on line.
Bryan Finished high school and two
quarters of College. Whats going own?

**13**          SATURDAY        **14**          SUNDAY

Ray & myself went          Real conFused
to the Jail to             today seeing A
see Bryan she              his bug crawling
Appears to be real         on the wall.
ConFused. He can't
talk For crying.           Urine is real
                           dArk. No tolet
                           paper

**15 DECEMBER 2003**

**MONDAY** ASSIGNMENTS

**15** 6 or 7 oclock Bryan called
said he didn't feel good. I called
the jail they say he has had
a seizure. No doctor was called

Wendy want do nothing to help him
she and Al Bradley are so mean.
But she assures me she is taking
real good care of him. (Right)

**TUESDAY** ASSIGNMENTS

**16** Matt, Hiler from Cheaha Mental
Health went to the jail and visited
Bryan for an evaluation. Matt left
An evaluation + a letter of
recommendation that Bryan needed
to be in a Rehab. I requested
A copy from Ricky Owns. He couldn't
seem to find one. Ricky called my
home and back and said all he
could find was a letter where he
had visited Bryan but no recommendation

**WEDNESDAY** ASSIGNMENTS

**17** Bryan called said he didn't
feel right, really thinks something
was wrong. But does no good to
tell them.

**THURSDAY** ASSIGNMENTS

**18** No bath today
Real weak and confused begging
for help. The sheriff Ricky Owns
has to make these decision
His medicines are costing about
$300.00 a month. He is taking
too much don't need all that
junk.

**FRIDAY** ASSIGNMENTS

**19** Bryan is real confused
can't remember much his mind
is being messed up with all
that medi cine but nobody will
listen to me. We have our own
rules they say. Our own doctor
who knows nothing about Bryan.

**SATURDAY**

**20** Bryan was
real sick for
several days but
scared to say
anything.

**SUNDAY**

**21** He was as yellow
as a banana for
who knows how
many days till
he finally fell
out.



**22 DECEMBER 2003**

**22** MONDAY ASSIGNMENTS

No bath For 4 days

No desent Food

Begging For help

**23** TUESDAY ASSIGNMENTS

Asked him when they would let them out, said they was just scared, + more than likely till Court date.

**24** WEDNESDAY ASSIGNMENTS

Any letters or phone calls Bryan wrote + when he called made no sense cause he was so messed up on all the medicine he was on

**25** THURSDAY ASSIGNMENTS

Talked to Bryan, sounded really/ dazed + confused. Still in the hole. Called Ricky Owens, to see if Bryan could get out of the hole for a little while, since it was christmas, Ricky said he wasn't gonna make any promises. Just wanted to let him get out of the hole to walk around + not be isolated. Ricky said I have him in the hole For my protection.

**26** FRIDAY ASSIGNMENTS

Bryan was in a bad state of mind, saying he wasn't gonna make it through this cause they were keeping him in the hole plus laughing at him when he would just ask them to clean this toilet facility, he said they were pretty cruel to him, but never went in to detail, cause it was sometimes hard to understand him when he talked

**27** SATURDAY ASSIGNMENTS

Bryan would call + call back 2 min later forgetting he even called.

**28** SUNDAY ASSIGNMENTS

Bryan told them something was wrong with him + he was hurting in his right side + they would just oh well + give him another pill to just shut him up.

www.dayrunner.com

**29 DECEMBER 2003**

**29 MONDAY** ASSIGNMENTS

Bryan is on too much medicine. OF some kind but not getting the 20 ml zeprexa on 5ml.

Still in the hole

real confused crying begging us to do something to help him

**30 TUESDAY** ASSIGNMENTS

I talked to Bryan, was really upset, because he was still in the hole, barely got anything to drink. The letters he was writing made no sense at all. He was mentally losing it. He was sick & needed help. The jail didn't care

**31 WEDNESDAY** ASSIGNMENTS

Still in the hole

Bryan's grits this morning had bugs in them he couldn't eat them. He talks real weard

**1 THURSDAY** ASSIGNMENTS

Bryan still in the hole

He Zepexra has been cut down to 5mg. Where he was taking 20. I called Dr. James to up the dose I told him he was getting missed up real bad.

He says he sees dead people

Medication was increased to 20mg. so thes said

**2 FRIDAY** ASSIGNMENTS

Still in the hole

Bryan called says he is real sick. He ask For a doctor but it does no good.

Rodney Smith sent us word that he would drop All charges For $30,000.00 He just wants money.

In the hole

**3 SATURDAY**

Bryan got a shower And shaved all but his mustash. Al Bradley grabbed him by the lip and tell him this was not a clean shave. Bryan told he wore A mustash in military. Al said this is not military you mother Fucker you shave it off or your daddy will not get to visit you today

**4 SUNDAY**

Bryan is sick Weard. Robecson Let him know she runs that Jail. He ask to go to the doctor It does no good to ask.

## 5 JANUARY 2004

**[5]** MONDAY ASSIGNMENTS

Bryan is still in the hole

He has some kind of rash all over his body and itching very badly. He has ask to see a doctor. He also says he has a schocking feeling going all over his body. This is so weard he said. I think their to kill me.

(Bryan called real ill + upset (crying)

**[6]** TUESDAY ASSIGNMENTS

Bryan is still in the hole

He still has a bad rash thats about to drive him crazy. Hes real depressed crying alot. He begs please get somebody to help me I am cracking up. I can't take this any more. He is having shocking feelings all over. His whole is all over. Real sick. He has begged to go to the doctor. No help

**[7]** WEDNESDAY ASSIGNMENTS

In the hole

Steve Han carried Bryan to docker James the rash is worse. Docter James said he didn't know what it was but some kind of reaction. He said it wasn't his medicine he had been on it too long. He gave him something for itching. They gave him the medicine around 6:00 pm. This is not a reaction his liver is failing. I've worked in the medical field too long not to know this.

**[8]** THURSDAY ASSIGNMENTS

Bryan is still in lock down. What a way to start the New Year. He doesn't even know what day it is. He seems real confused & depressed. Sleeps most of the time.

Bryan did not get a shower today at all

**[9]** 6:15 A.M.    39 days    FRIDAY ASSIGNMENTS

Bryan ask Wendy Roberson to let him go to the bathroom. She told him he would have to wait until 8:00am when the Jailer got there. He had to use the small hole in the Floor and clean up with a candy wrapper. At 8:20 she let him go to the bathroom and told him he had a smart mouth. They had some words and he apologized to her. She told him that she RAN this Jail

**[10]** 39 days in lock down SATURDAY

request to see doctor Ray and Shane visited Bryan. He still has a bad rash which seemed to get worse as he talked to them. Seems real nervous. I talked to him at 3:05 pm he has another spell of shocking all over his body.

**[10]** SAT 38

I called Dr. James he said Bryan needed to be brought in For an evulation but it would be up to the Jail. Says Wendy said she would try to make him an appointment Monday unless it was an medical emergency. She cut the phone off so he couldn't ... said hell will call docter James ... talk to me.

**12 JANUARY 2004**

**MONDAY** ASSIGNMENTS

**12** Sunday, Bryan still broke out with the rash it is all in his hair now. He didn't get out of the hole until 11:15 am been in since 6:00pm Sat. night. Real depressed

Bryan called still broke out Monday 8:00pm + itching begins to be got out of the hole today is 39 days in the 24 hr cell I spoke to Rodney. Gave him Patty's phone number. He says he will contact Scruff + D.A today to move Bryan.

**TUESDAY** ASSIGNMENTS

**13** Still in the hole Bryan called at 9:15 he said he is still in bad shape broke out all over. they didn't take him to the doctor. It is 3:30 pm now and I haven't heard from him since 9:15 something is wrong. Ray called the jail @ 5:00pm Tim said he was fine. We just don't know. Today is store day but Bryan didn't get to go. However some of the others did.

**WEDNESDAY** ASSIGNMENTS

**14** Still in the hole They took Bryan to the dentist in Sylacauga and pulled 2 of his teeth and fixed a chip one in the front. We hope to hear from Rodney Latter today. Wed. Night - We didn't hear from Rodney he was in court all day. Bryan called about 5:30 pm sounds real doopey

**15** **THURSDAY** ASSIGNMENTS

Still in the hole Bryan called at 7:30 am still no word from Rodney called the office lady at the desk says he is still in court. They will let us know when he calls in.
Mr. Rodney called a 3:00 pm said he put a call through to Judge Rochester to see if he had any response to his division on Bryan. He was not in his office. Mr. Rodney said not to discuss Bryan's case with anyone other than him.

**16** **FRIDAY** ASSIGNMENTS

Still in the hole Bryan called at 11:11 am He was sick and running a fever writing to hear from his lawyer. At 3:00 pm Bryan called back said that for 2 days his urine is bad discolored. He skin tone and the whites of his eyes are real yellow. Still broke out all over. His liver is very toxin it sounds like. this is very serious. Ray called and spoke to Fran at the desk he says his eyes and face is yellow. We don't know. No one will take him to the doctor

**17** I hospital **SATURDAY**

Bryan is still in I.C.U. serious condition his liver is in bad shape urine dark brown He has fluid around his heart we don't yet what's happened but he has a lot of poison in his system Still having the shocking feelings all over.

**18** **SUNDAY**

Bryan is still in ICU Liver & Kidneys in serious condition he is on a heart monitor & I.V. The doctor there is Dr. Law he says Bryan has toxit medication Hepatitus caused by his medicine not being under medical supervision.

19 JANUARY 2004

**19** MONDAY ASSIGNMENTS

Bryan has been moved to Rm 218 waiting to be transferred to Brookwood to Dr. Doug Dickinson were he will try to figure out whats going on with him. He is still real sick and having chest pain. His stomach is real swelled and fluid has collected around his heart

**20** TUESDAY ASSIGNMENTS

Bryan got hooked up to IV's and they were giving him medicine to flush the toxics out. Of his doody. They did alot of blood work. He is still swellen in his stomach, hurting in his chest, having bad headaches, still real yellow. Didn't sleep good. Kidneys still aren't working good. Looks like pure blood. His feet are staying cold, don't know why.

**21** WEDNESDAY ASSIGNMENTS

Dr. came in told Bryan he had to eat or he would put a feeding tube in him. Did a ultra sound. Bryan ate O.K. Still swelled up & real weak. Did more blood work to check his enzymes. Didn't sleep very good.

**22** THURSDAY ASSIGNMENTS

Docter came in told Bryan, his kidney's were working pretty good, told him his enzyme level had come down, and basically needed to stay away from any medication. Bryan told him he was having real bad headaches. Dr. Dickinson said it was from withdrawls & he didn't need to take nothing but Benadryel. He slept O.K. but he is still weak!

**23** FRIDAY ASSIGNMENTS

Bryan got released!

Bryan got released from Brookwood, Dr. Doug Dickinson, said it may take the months for his liver to really start working better, its still a real touch + top situation. We are gonna find another hospital for him to do further tests. Bryan is still real weak, & stays dazed. Bryan slept from 11pm till 1:00am. then being week out just by walking + sitting up talking.

**24** SATURDAY

Bryan feels O.K. for about 15 min & then he go lay back down.

If its like Monday we can get him in a hospital

**25** SUNDAY

The docter says it will take up to 6 months to tell how much liver damage has been done. his liver is real swollen and hard.



26 JANUARY 2004

**26** MONDAY ASSIGNMENTS

Bryan has black outs doesn't know even who we are for sometime hours at a time

He sees people that are not there and is real afraid he thinks people are after him.

**27** TUESDAY ASSIGNMENTS

Bryan went back to the hospital, they did some blood work liver enzymes still not right

**28** WEDNESDAY ASSIGNMENTS

Took Bryan back to the emergency room

Still real sick and dehydrated

Liver is not doing right

**29** THURSDAY ASSIGNMENTS

Doctor told him he had to be bed rested + on a liver diet for at least 6 months

Doctor Dickinson at Brookwood got the wrong opion about Bryan

Dr. Law knows what happened to him he saw him first and put him in I.C.U. Alex City Ala Russell hospital

**30** FRIDAY ASSIGNMENTS

Bryan stayed in the hospital for 3 or 4 more days because of his liver.

**31** SATURDAY    **1** SUNDAY

Hearly weak barley Eating



2 FEBRUARY 2004

**MONDAY** ASSIGNMENTS

2  Bryan is here At home
real weak can't set up Lots
wonders Around and hard to keep
up with we have to watch him
All the time. He won't eat can't
sleep. Has night mares if he
ever goes to sleep.

Crys Alot

**TUESDAY** ASSIGNMENTS

3  Bryan walks off from
the house Found him walking
down 280 Hwy. didn't even know
where he was. His Feet was
bleeding From walking cold
And real confused.

He thinks somebody is going
to hurt him So Sad

We love him

**WEDNESDAY** ASSIGNMENTS

4  I have Found several
hospitals that will take him
Self Discuvers in York, New
Direction in Wetumpka, Brookwood
D.DN Judge won't Let him go. He
needs help so bad.

8 FEBRUARY 2004

**THURSDAY** ASSIGNMENTS

5  At Home

His Feet And Legs Are so
bad real blue And cold. The
skin is coming Off real bad.

The Toxins Are Flushing out
of his body he smells gross.

Still swollen real bad can't
eat. I put him on Ensure.

**FRIDAY** ASSIGNMENTS

6

**SATURDAY**

7

**SUNDAY**

8

9 FEBRUARY 2004

15 FEBRUARY 2004

9          MONDAY
           ASSIGNMENTS

12          THURSDAY
            ASSIGNMENTS

10          TUESDAY
            ASSIGNMENTS

13          FRIDAY
            ASSIGNMENTS

11          WEDNESDAY
            ASSIGNMENTS

14          SATURDAY          15          SUNDAY



16 FEBRUARY 2004

**16** MONDAY
ASSIGNMENTS

**17** TUESDAY
ASSIGNMENTS

**18** WEDNESDAY
ASSIGNMENTS

**19** THURSDAY
ASSIGNMENTS

**20** FRIDAY
ASSIGNMENTS

**21** SATURDAY   **22** SUNDAY

23 FEBRUARY 2004

29 FEBRUARY 2004

**23** — MONDAY
ASSIGNMENTS

**26** — THURSDAY
ASSIGNMENTS

**24** — TUESDAY
ASSIGNMENTS

**27** — FRIDAY
ASSIGNMENTS

**25** — WEDNESDAY
ASSIGNMENTS

**28** SATURDAY

Bryan's mind is
Flipping in and
out.

He will say don't
let them hit me
no more.

Flash backs
From Jail

**29** SUNDAY

Bryan was Found
Wandering Around
in Wal Mart in
Silacuga Cops got
him He had on
a pair of boots
they say Came out
of the store. He
doesn't remember
any of this.



1 MARCH 2004

**1** MONDAY ASSIGNMENTS

Wal Mart Inc. said Bryan could Just pay $200.00 For the store incident And they would not press charges because of his state of mind. I am paying this now.

**2** TUESDAY ASSIGNMENTS

Bryan went back to jail Coosa county came And picked him up.

**3** WEDNESDAY ASSIGNMENTS

1 MARCH 2004

**4** THURSDAY ASSIGNMENTS

**5** FRIDAY ASSIGNMENTS

**6** SATURDAY

**7** SUNDAY



8 MARCH 2004

**8** MONDAY ASSIGNMENTS

Begin with his ??? ???
wait ?? underware he washes
them out at night if he hair
has been cut but his scalp is
peel think he is washing his
hair with a sink over ??? ???

**9** TUESDAY ASSIGNMENTS

Drop money off
but they only open
the Store when they
want to

**10** WEDNESDAY ASSIGNMENTS

14 MARCH 2004

**11** THURSDAY ASSIGNMENTS

**12** FRIDAY ASSIGNMENTS

**13** SATURDAY    **14** SUNDAY



15 MARCH 2004

**15**

MONDAY
ASSIGNMENTS

**16**

TUESDAY
ASSIGNMENTS

**17**

WEDNESDAY
ASSIGNMENTS

17 MARCH 2004

**18**

THURSDAY
ASSIGNMENTS

**19**

FRIDAY
ASSIGNMENTS

**20**

SATURDAY

**21**

SUNDAY

**5 APRIL 2004**

**MONDAY** ASSIGNMENTS

**5** Bryan does not feel good. The black inmates still giving trouble he just stays off to himself

**TUESDAY** ASSIGNMENTS

**6** Today is a better day Bryan said the trouble makers had a fight and was carried out of the cell with the others. Nothing much for supper he is waiting to get store items so he will have something to eat.

**WEDNESDAY** ASSIGNMENTS

**7** Shane say Paul Ogle at the store in Stewartville he is the one where the fight was at the pool room. He ask if Bryan was still in jail Shane told him yes it was just a bunch of crap Paul said we where just having a little fun thats all. Shane told him he didn't think it was funny.

Bryan feels better today he said it was best in there today

**11 April 2004**

**THURSDAY** ASSIGNMENTS

**8** The Jail had no cook she was keeped up herself the inmates had got a sandwich lunch & supper and a glass of water.

**FRIDAY** ASSIGNMENTS

**9** Bryan is hungry he had a bologna sandwich and pork sauce to eat. The store has not run in about 3 weeks. We leave him money to buy snacks but the store does not run.

**SATURDAY**

**10** Me and Elsie went to see Bryan he seems in pretty good spirits Just not getting anything to eat.

**SUNDAY**

**11** Danville came for Easter and Bryan called and talked to her. It upset him and he had those sheeking spells and rash.

12 APRIL 2004

**12** MONDAY
ASSIGNMENTS

18 APRIL 2004

**15** THURSDAY
ASSIGNMENTS

**13** TUESDAY
ASSIGNMENTS

**16** FRIDAY
ASSIGNMENTS

Still no cook no Food the
Jailer Fixes them a sandwich
They never get to go out in
the Fence never see daylight
Time means nothing No touch
of Reality.

**14** WEDNESDAY
ASSIGNMENTS

**17** SATURDAY

Me and Bo went
to see Bryan today
Al Bradly was the
only one there he
was just about
drunk his breath
would knock you
down. Bryan Feels
Fair just hungry
no Food.

**18** SUNDAY

The inmate were
given no Food not
a penut butter
sandwich no
stove has any
I ask if I
could bring Bryan
some Coffee in a
Jug he said no.





26 APRIL 2004

26 MONDAY
ASSIGNMENTS

27 TUESDAY
ASSIGNMENTS

28 WEDNESDAY
ASSIGNMENTS

29 THURSDAY
ASSIGNMENTS

Bryan was Allowed
to go to Caradale Lodge
for 28 days
Ordered by John Rodchester.
he completed his program
5-27-04

30 FRIDAY
ASSIGNMENTS

in Caradale
Lodge

real pleased

1 SATURDAY

No
Contact

2 SUNDAY

No
Contact



3 MAY 2004

**3** MONDAY
ASSIGNMENTS

Bryan can't call
for 7 days

**4** TUESDAY
ASSIGNMENTS

**5** WEDNESDAY
ASSIGNMENTS

5 MAY 2004

**6** THURSDAY
ASSIGNMENTS

**7** FRIDAY
ASSIGNMENTS

**8** SATURDAY    **9** SUNDAY



10 MAY 2004

**10**    MONDAY
ASSIGNMENTS

**11**    TUESDAY
ASSIGNMENTS

**12**    WEDNESDAY
ASSIGNMENTS

16 MAY 2004

**13**    THURSDAY
ASSIGNMENTS

Visited Bryan
From 2 til 4 pm.

He is so much better off.

**14**    FRIDAY
ASSIGNMENTS

**15**    SATURDAY    **16**    SUNDAY

**24 MAY 2004**

MONDAY
ASSIGNMENTS

24

TUESDAY
ASSIGNMENTS

25

WEDNESDAY
ASSIGNMENTS

26

30 MAY 2004

THURSDAY
ASSIGNMENTS

27 Completed Caradale
program as orded
Bryan had strap threat and
feal sick from his counselor at
Caradale said carry him to the Dr.

I carried him to Dr. Vincent Law
Alex City Ala. He save him a
shoot and because he was on a
furlow I had to carry him back to
jail. They kept him

FRIDAY
ASSIGNMENTS

28 In Jail
in Rockford

They are some what better
this time they call him out
every day and check his eyes and
skin color.
But its too late

SATURDAY

29 In Jail
I went to see
him today for
15 minutes however
they let me stay
30 minutes.
They Know what they did

SUNDAY

30 In Jail



31 MAY 2004

**31** MONDAY ASSIGNMENTS

In

Jail

Bryan called today
doing better

**1** TUESDAY ASSIGNMENTS

I N

Jail

**2** WEDNESDAY ASSIGNMENTS

in

Jail

6 JUNE 2004

**3** THURSDAY ASSIGNMENTS

in

Jail

**4** FRIDAY ASSIGNMENTS

**5** SATURDAY    **6** SUNDAY



7 JUNE 2004

**7** MONDAY
ASSIGNMENTS

**8** TUESDAY
ASSIGNMENTS

**9** WEDNESDAY
ASSIGNMENTS

13 JUNE 2004

**10** THURSDAY
ASSIGNMENTS

Told me I was Released and Al Bradley
came and got me and said you are
not going anywhere and called everywhere
trying to not let me out then put me
back in the hole and kept me for
about a hour until Sgt. adams got me
7/00 said welcome to our home this here
and laughed

**11** FRIDAY
ASSIGNMENTS

**12** SATURDAY

**13** SUNDAY

www.daytimer.com



14 JUNE 2004

**14**   MONDAY
ASSIGNMENTS

**15**   TUESDAY
ASSIGNMENTS

**16**   WEDNESDAY
ASSIGNMENTS

20 JUNE 2004

**17**   THURSDAY
ASSIGNMENTS

Bryan's    33
Birthday
in   Jail

**18**   FRIDAY
ASSIGNMENTS

**19**   SATURDAY    **20**   SUNDAY

NOTES

Monday Jan 12 2004

A lot of cleaning going on at the Jail
Bryan ask Ricky Owens when he was
going to let him out of the hole
into another cell. His reply was
(Never) Not until your court day.
Bryan told him that he hoped to be
out and in a Rehab soon. He said
"We hope you are too." The rash
is still bad but they are not carrying
him back to the doctor like Dr. James
said he needed to be. He don't get water

(Monday Jan 12 2004)

Bryan didn't get his regular
medicine tonight. He got 2 round
white pills one was suppose to
be Kolipin the other Penabarotol
one was white round with a M on it
they think were stupid this was
probably a Motrin. He's losing all
since of reality fast. They don't
care. He can't get any water

(Tuesday Jan 13 2003)

Bryan got out of the hole to use
the phone. One of the black inmates
wanted him to 3 way a call Fuckin
Bryan refused. They had a fight
don't know what the out come
is. Black guy name is Smoot they
call him Pork Chop. Wendy and
Ale Bradley both put this guy up to
jumping on Bryan.

Friday Jan 16 2004

Bryan got real sick Erene went to
check on him and couldn't wake him
up he shook him and slapped him
in the face to get him awake Bryan
was almost unconsince Brett Oaks
carried him to the hospital in
Alex City he was placed in I.C.U
condition is serious. His urine is
almost black they almost let
him die. He has liver failure
His stomach is swollow real
tight both feet and legs are
too.

Brett carried him in the hospital
in hand cuffs. The doctor told
him to get those hand cuffs
off of him he was serious. Brett
told Bryan you are one sick
puppy. But he has been treated
like a dog not a puppy.
Sad Sad.

The doctor said he was almost in
a Coma, his mental state is not
good. He is in no mental condition
to make any decisions on his own.
Bryan said they made him sign
something at the Jail before he left
we don't know what. He is too sick
to know.

NOTES

Sat Jan 17 2004
Bryan is in I.C.U in Alex City Hos.
Dr. Law is his doctor. He says it
looks like somebody in that Jail
would have seen how yellow His
body was turning.

~~Prays elle apt. 9 25 Friday 23~~

On several occasions Bryan
would call me and be telling
me about how mean the sus
Jailors or Deputies were to him
and they would cut the phone
off at the desk

~~456 = 0344~~



22 MARCH 2004

**MONDAY** ASSIGNMENTS

22

**THURSDAY** ASSIGNMENTS

25

**TUESDAY** ASSIGNMENTS

23 Bryan is suposed to have
his Liver enzyme Level checked every
2 weeks but they want carry him
to the doctor.

He put in a doctor request.
Did NO good.

**FRIDAY** ASSIGNMENTS

26 Bryan never seen
a docter he is hurting in his
Right side but he want tell
them he is in Hard they will
2007 him back in the hole,
This is a sad condition needing
medical help And ask to see
a docter And they put you in
Lock down No bed no water
No food but a sandwich no
bathroom in this hole.

**WEDNESDAY** ASSIGNMENTS

24

**SATURDAY**

27

**SUNDAY**

28

**29 MARCH 2004**

**MONDAY** ASSIGNMENTS

**29**

One of the officers had Bryan come out and looked at his eyes and skin tone to see if he was turning yellow.

Its a little to late for that! The damage has already been done

**TUESDAY** ASSIGNMENTS

**30**

Bryan doesn't have any soap he says they give them little small bars of soap every once in a while he is washing with his shampoo

Ray called Wendy and told her Bryan needed soap. She said we always furnish them with personal hygiene products. Thats a joke.

**WEDNESDAY** ASSIGNMENTS

**31**

When said they have 2 people out sick the store can't run so all they got is a sandwich and water.

Syracuse city jail inmates get 3 meals a day picked up at Pizza Hut Why can't Coosa get real food.

**4 APRIL 2004**

**THURSDAY** ASSIGNMENTS

**1**

Ray carried Bryan some advil this is all he can take outside of the vitamins because he has so much liver damage

Wendy told Ray Bryan was really doing good and was giving no trouble

**FRIDAY** ASSIGNMENTS

**2**

Bryan seems to be ok except for Smoot trying to cause him trouble. He broke out in the hives and had shaking spells because he got nervous His back being broke can not hold up to a 350 black jumping on him trying to be a smart ass.
(Put him in the hole)

**SATURDAY**

**3**

At Bradley is drinking Me and Ray went to see Bryan today he looks good except for some Tyson Smoot black guy weighs about keeps trying to jump on him Al Bradley told Smoot Bryan was a smart son of a bitch. All the guys in the building Signed a petition to get Smoot put.

**SUNDAY**

**4**

# EXHIBIT ZZ

# Hill Crest Hospital Medical Records
# dated 02/15/07

**HILL CREST HOSPITAL**

NAME: KELLEY, DANIEL                    MEDICAL RECORD NO: 22923

PHYSICIAN: Jorge Castro, M.D.

ADMISSION DATE: 2/10/07                 DISCHARGE DATE: 2/15/07

### DISCHARGE SUMMARY

PROVISIONAL DIAGNOSIS
Axis I      Mood disorder
            Polysubstance abuse
Axis II     Antisocial personality disorder
Axis III    Fracture of right arm, wrist and hand
            Right hip dislocation
Axis IV     Severe
Axis V      Current GAF: 45

FINAL DIAGNOSIS
Axis I      Mood disorder, Not otherwise specified
            Rule out post-traumatic stress disorder
            Rule out malingering
            History of polysubstance abuse
Axis II     Antisocial personality disorder
Axis III    No diagnosis
Axis IV     Moderate
Axis V      Current GAF: 50

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

SUMMARY OF HISTORY
This was the second admission for this 35 year old white male who
had a previous admission on 12/20 to 1/3/07.  He reported night
terrors about the abuse he endured as a child.  He was physically
abused and locked in a room for weeks and beaten daily.  He had
been unable to sleep without sedative.  He had lost weight since
being discharged on 1/3/07.  He was suicidal with a plan to shoot
himself.  He was having visual hallucinations with command
hallucinations instructing him to commit suicide.  He said that
he saw a cousin who died last year who tells him to commit
suicide.  He does have a gun and did have previous attempts.  At
the time of the admission interview, he denied suicidal ideas and
was able to make a no suicide contract.  He denied hearing voices
or altered perceptions.  He had an accident in November 2006
where he sustained a head injury and numerous fractures that had
been repaired.  He was in UAB for 3 weeks.  He reports having a
seizure prior to that.  He described being in chronic pain.  At
the time of his previous admission, he reported PTSD from an
incarceration after being mistreated by the police.  His family
told him that he had tried to stab a knife into a heart three

### DISCHARGE SUMMARY

02/11/07

ADULT

DANIEL KELLEY
MEDICAL RECORD NO.: 22923

Daniel is complaining of having difficulty sleeping but since he
was started back on his pain medication and Klonopin, he is
functioning much better.  We are also still seeing some
manipulative behavior on his part and we are still seeing some
med seeking behavior.  The patient's lab results are still
pending.  His vital signs are stable.

SK/td
D: 02/12/07
T: 02/12/07

_____
                Shakil Khan, MD


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

305

HILL CREST HOSPITAL

NAME: KELLEY, DANIEL B.          MEDICAL RECORD NO:  022923

PHYSICIAN: JORGE CASTRO, M.D.

ADMISSION DATE: 10-04-04          DISCHARGE DATE: 10-12-04

### DISCHARGE SUMMARY

PROVISIONAL DIAGNOSIS
Axis I       Mood disorder, NOS
             Rule/out Mood disorder secondary to substance abuse vs.
             Major depression, recurrent vs. Bipolar disorder,
             Type II
             Alcohol abuse
             Cocaine abuse
Axis II      Deferred but suspected that he has strong borderline
             And antisocial personality features
Axis III     Chronic pain
Axis IV      Moderate
Axis V       Current GAF - 50
             Highest GAF in Past Year - Unknown

FINAL DIAGNOSIS
Axis I       Bipolar II disorder
             Alcohol dependence
             Cocaine dependence
             Questionable malingering
Axis II      Antisocial and borderline features
AXIS III     Chronic back pain
Axis IV      Moderate
Axis V       Current GAF - 50
             Highest GAF in Past Year - Unclear

SUMMARY OF HISTORY
Patient is a 33-year-old white male who is unknown to me
presented from Sylacauga Mental Health Clinic after being
arrested for public intoxication. Patient has had two recent
hospitalizations at Brookwood.  He has been off his medication
for the past several days and apparently began drinking the day
of incarceration and had also been on a five-day crack cocaine
binge.  He was admitted for psychiatric evaluation and treatment.

SUMMARY OF MENTAL STATUS
Patient is alert, calm, attentive and cooperative.  His speech is

DISCHARGE SUMMARY



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

HILL CREST HOSPITAL

NAME: KELLEY, DANIEL                     MEDICAL RECORD NO.: 22923

PHYSICIAN: JORGE CASTRO, MD

ADMISSION DATE: 12/20/06                 DISCHARGE DATE: 01/03/07

## DISCHARGE SUMMARY

PROVISIONAL DIAGNOSIS
Axis I      Mood disorder, Not otherwise specified
            Rule out Post-Traumatic Stress Disorder
Axis II     Deferred
Axis III    History of traumatic brain injury
            Multiple fractures
Axis IV     Moderate
Axis V      Current GAF: 40

FINAL DIAGNOSIS
Axis I      Mood disorder, Not otherwise specified
            History of polysubstance abuse
            Rule out malingering
Axis II     Mixed personality disorder features (antisocial,
            borderline)
Axis III    Fractured right arm/wrist/hand
            Right hip/leg dislocation, per history
Axis IV     Moderate
Axis V      Current GAF: 50

SUMMARY OF HISTORY
This was a 35-year-old, white, male admitted from Cheaha because
of depression and post-traumatic stress disorder.  He reported
depression x 10 years.  He had been depressed, discouraged, and
had problems with sleep and appetite.  Energy was low, was in an
MVA in November where he states he had head injuries, numerous
fractures that have been repaired.  He was in UAB for about three
weeks and has been out for one month.  He reports post-traumatic
stress disorder symptoms from an incarceration four years ago,
where he states he was mistreated by the police.  Denied suicidal
ideas, denied any auditory or visual hallucinations.  He has had
periods of auditory hallucinations in the past.  He has attempted
suicide numerous times.  The family told him that he tried to
stab an ice pick into his chest three different times, but he
could not recall this.  He has a history of black outs when he
has panic attacks.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

DISCHARGE SUMMARY

01/01/07

ADULT

DANIEL KELLEY
MEDICAL RECORD NO.: 22923

Daniel slept for 6 to 7 hours and he was able to attend some the
groups. His participation has been fair. Lately he has been
complaining of lower back pain, lower extremity pain, and staff
described him to be med seeking and somewhat malingering. At
this stage I am not seeing any depressive and/or manic symptoms.
He is tolerating the medication fairly well. His appetite
remains quite healthy. His labs are pending and after that
hopefully we will be able to arrange for discharge.

SK/td
D: 01/02/07
T: 01/02/07

_____

Shakil Khan, MD



01/02/07

ADULT

DANIEL KELLEY
MEDICAL RECORD NO.: 22923

Daniel slept for 6 to 7 hours and overall he has been compliant.
At this stage I am not seeing any manic or hypomanic or
depressive symptoms.  He is attending selective groups.   Lately
he has been complaining of pain, and staff noted some med seeking
behavior.  Per patient, previously was on a higher dose of
Percocet that was 2 pills q 6 hrs. but at present he is getting 1
tablet q 6 hrs. and at times he is taking it t.i.d.  During my
session he was in a fairly good mood, quite calm, and
cooperative.  Improved hygiene, improved ADL's.  He is quite
eager to leave the hospital, waiting to be seen by the
orthopedist by the end of this week with plans to remove cast.
At this stage, I will continue the present combination of
medications.  Patient's Tegretol level was in the low normal
range.  I have readjusted the dose.

SK/td
D: 01/02/07
T: 01/03/07

_____
                    Shakil Khan, MD

