IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL BRYAN KELLY,         )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    2:05cv1150-MHT
                            )
RICKY OWENS, etc., et al.,  )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 103 and 106) are set for submission, without oral argument, on December 21, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 3rd day of December, 2007.

                                              /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**