IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DANIEL BRYAN KELLY,           )
                              )
    Plaintiff,                 )
                              )
                              )   CIVIL ACTION NO.
    v.                        )   2:05cv1150-MHT
                              )
RICKY OWENS, etc., et al.,    )
                              )
    Defendants.               )

### ORDER

It is ORDERED that the State of Alabama Penal Officials, who have custody of plaintiff Daniel Bryan Kelly, shall produce him at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104, on January 28, 2008, at 10:00 a.m., so that he may attend the jury selection and trial of this case.

DONE, this the 20th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE