IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL BRYAN KELLY,      )
                               )
       Plaintiff,        )
                               )
vs.                       )Civil Action No. 2:05-cv-01150-MHT-TFM
                               )
RICKY OWENS, et al.      )
                               )
       Defendants.     )

PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT FILED BY
DEFENDANTS, OWENS, WILSON, ROBERSON AND BRADLEY

COME NOW Plaintiff in the above-styled cause, and submits the following

Evidentiary Materials in support of its Response to Defendants' Motion for Summary

Judgment:

    1.    Exhibit 1 - Deposition of Wendy Roberson pgs. 65 - 133;

    2.    Exhibit 2 - Exhibits to the Deposition of Wendy Roberson;

    3.    Exhibit 3 - Exhibits to the Deposition of Al Bradley;

    4.    Exhibit 4 - Deposition of Dr. Vincent Law; and

    5.    Exhibit 5 - Exhibits to the Deposition of Dr. Vincent Law.

Respectfully submitted,

s/Richard J. Stockham III
State Bar No.STO034
Attorney for the Plaintiff
Stockham, Carroll, & Smith P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:05-cv-01150-MHT-DRB |
| | ) | |
| RICKY OWENS, et al. | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

**Counsel for Ricky Owens:**

Gary L. Willford, Jr.
Email: gwillford@webbeley.com
Kendrick E. Webb
Email: kwebb@webbeley.com

**Counsel for Wendy Roberson,
Terry Wilson, Al Bradley:**

Kristi A. Dowdy
Email: felalaw@bellsouth.net

s/Richard J. Stockham III
State Bar No.STO034
Attorney for the Plaintiff
Stockham, Carroll, & Smith P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com