# EXHIBIT 2
# EXHIBITS TO THE DEPOSITION OF WENDY ROBERSON

COOSA COUNTY SHERIFF'S OFFICE

11/13/2003 17:24:42 MEDICAL SCREENING FORM PAGE 1

Booking No: 030000601 Date: 11/13/2003 Time: 16:50 Type: NORMAL
Agency to Bill: COOSA COUNTY Facility: COUNTY JAIL

Inmate Name: KELLEY DANIEL BRYAN Race: W Sex: M
DOB: 06/17/1971 Age: 32 SSN: 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 Height: 6'01" Weight: 190

N 1. Is inmate unconscious?

N 2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

N 3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

N 4. Any signs of poor skin condition, vermin, rashes or needle marks?

Y 5. Does inmate appear to be under the influence of drugs or alcohol?

N 6. Any visible signs of alcohol or drug withdrawal?

N 7. Does inmate's behavior suggest the risk of suicide or assault?

N 8. Is inmate carrying any medication?

N 9. Does the inmate have any physical deformities?

N 10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | | | | |
|---|---|---|---|---|---|
| N | a. Allergies | N | f. Fainting Spells | Y | k. Seizures |
| 1 | b. Arthritis | N | g. Heart Condition | N | l. Tuberculosis |
| Y | c. Asthma | N | h. Hepatitis | Y | m. Ulcers |
| N | d. Diabetes | N | i. High Blood Pressure | N | n. Venereal Disease |
| 1 | e. Epilepsy | Y | j. Psychiatric Disorder | Y | o. Other (Specify) |

Other: ASTHMA - ALBUTEROL SCHITZOPHRENIC/BI-POLAR
ARTIFICIAL VERTEBRAE IN BACK

12. For females only:

____ a. Are you pregnant?

____ b. Do you take birth control pills?

____ c. Have you recently delivered?



COOSA COUNTY SHERIFF'S OFFICE

11/13/2003 17:24:42 MEDICAL SCREENING FORM PAGE 2

Booking No: 030000601 Date: 11/13/2003 Time: 16:50 Type: NORMAL
Agency to Bill: COOSA COUNTY Facility: COUNTY JAIL

Inmate Name: KELLEY DANIEL BRYAN Race: W Sex: M
DOB: 06/17/1971 Age: 32 SSN: 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 Height: 6'01" Weight: 190

Y 13. Have you recently been hospitalized or treated by a doctor?

Y 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

Y 15. Are you allergic to any medication? CODEINE

Y 16. Do you have any handicaps or conditions that limit activity?

Y 17. Have you ever attempted suicide or are you thinking about it now?
ATTEMPTED SUICIDE 6mos AGO

Y 18. Do you regularly use alcohol or street drugs?

Y 19. Do you have any problems when you stop drinking or using drugs?

N 20. Do you have a special diet prescribed by a physician?

N 21. Do you have any problems or pain with your teeth?

N 22. Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Daniel Bryan Kelley DATE: ______ TIME: ______

BOOK OFFICER: ______ DATE: ______ TIME: ______

Records released 11-02 + 8.08 - Balance Due 19.08 Diane Jones

## AUTHORIZATION FOR RELEASE MEDICAL INFORMATION

STATE OF ALABAMA,

COOSA COUNTY.

COMES NOW the undersigned, DANIEL BRYAN KELLEY, and requests any and all medical authorities, including hospitals, infirmaries, doctors and clinics, to furnish to: WANDA KELLY, 800 Pineview Lane, Sylacauga, Alabama, 35150, any and all records of examination, diagnosis, hospitalization, and charges for same, concerning any injury, sickness or illness for which the undersigned may have been treated, examined or diagnosed at any time.

Further, a copy of this authorization shall serve the same purpose as an original.

The undersigned has voluntarily executed this instrument of authorization this the 10 day of November, 2003.

Daniel Bryan Kelley
DANIEL BRYAN KELLEY

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
SOCIAL SECURITY NUMBER

6-17-71
DATE OF BIRTH

PLAINTIFF'S EXHIBIT 2 Robison

Subscribed and sworn to by me this the 10 day of November, 2003.

Jean Ashworth
NOTARY PUBLIC
My commission expires 7/31/07

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: 103-B

DATE: 10-13-03 TIME: 2:30

Please check one of the following:

[✓] Medical ___ Commissary ___ Grievance ___ Other

Briefly state your request or list your commissary items below"

Need to see a Real doctor For RT Arm Rotor Cup is torn in pain 24-7

Inmate's signature ____________

Do not write below—for reply only

Has already been treated by Dr. James and received a cortizone injection in each arm which should provide relief for a period of 3 months.

**Signature of Jail Officer receiving original request:**




J. Roberson
12/15/03




# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE 12/11/03

INMATE NAME Kelley, Bryan

COMPLAINT Shoulders, Knee (Rt), and Back pains.

DOCTOR'S NAME Dr. James.

NUMBER OF PRESCRIPTIONS Ø No change in current meds.

gave two cortizone shots to the shoulder.

AC




# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelly CELL: 203-B

DATE: Nov 30-03 TIME: 935

Please check one of the following:

✓ Medical ____ Commissary ____ Grievance ____ Other

Briefly state your request or list your commissary items below"

Need To See Dr. James my Foot Still Hurts & my Back The Doctor at Benjamin Russell Hospital said ~~that~~ For me to See The Doctor as Soon as possible.

Inmate's signature____________________

Do not write below—for reply only

Dr. Michelle Goldhagen did not advise Inmate Bryan Kelley that he needed to go to see Dr. James. She advised him that his foot was sprained and that he needed to elevate it at night, and they did put a wrap on it. She also advised him to take tylenol for any pain.

**Signature of Jail Officer receiving original request:** KSH 12/1/03




# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: 203-B

DATE: Dec 1 - 2003 TIME: 5:00 am

Please check one of the following:

____ Medical ____ Commissary ✓ Grievance ____ Other

Briefly state your request or list your commissary items below"

I Would Like To See Dr. Jones Cause my Foot is Going To have To have Surgery To Fix Those Ligaments & it hurt's All night Long. I want To speak To Ricki Owens As soon as possible & I am hurting in The Lower Back where it was Broke. Please

Inmate's signature [signature]

Do not write below—for reply only

Dr. Goldhagen at RMC told Inmate Kelley that his foot was fine it was just sprained. She wrapped it and told him to keep it elevated, and take tylenol.

Signature of Jail Officer receiving original request: KSH 12/1/03

The Dr. X-Ray Inmate Kelley's foot and found No damage to his foot.

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: 203-B

DATE: Dec 2 TIME: 6:35

Please check one of the following:

✓ Medical ____ Commissary ____ Grievance ____ Other

Briefly state your request or list your commissary items below"

Need To See Dr. James Light The ER Order I Need To Speak To Rick Owens.

Inmate's signature [signature]

Do not write below—for reply only

**Signature of Jail Officer receiving original request:**

PLAINTIFF'S EXHIBIT 7 Robinson

# COOSA COUNTY JAIL
# INMATE REQUEST FORM




NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: 203-B

DATE: Dec 3-03 TIME: 3:12

Please check one of the following:

_____Medical _____Commissary __✓__Grievance _____Other

Briefly state your request or list your commissary items below"

Got to see the Doctor
one Foot still has something
sticking out the side of it 03

Inmate's signature______________________

Do not write below—for reply only

Will check with Inmate Kelley on his foot and see if the WRAP that the ER put on it Needs changing
XRAYS were taken at Russell ER. everything was O.K.

**Signature of Jail Officer receiving original request:** KSH 12/8/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM




NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelley CELL: 203-B

DATE: 12-7-03 TIME: 11:07

Please check one of the following:

✓ Medical ____ Commissary ____ Grievance ____ Other

Briefly state your request or list your commissary items below"

I want to know why when I feel I hurt my back they put me in the holding pen but sent Lisa the black boy to the hospital.

Inmate's signature David Bryan Kelley

Do not write below—for reply only

Inmate Kelly WAS seen by EMS personel. All of his vital signs were IN perfect condition. Since the fall he took Inmate Kelly has not complained of his back hurting anymore until NOW. KSH 12/8/03

Signature of Jail Officer receiving original request:

Appt. Made for Inmate Kelley 12/11/03 1020HRS. Dr. James.

# Inmate Summary

**Date: 12/11/03**
**Inmate: Daniel Bryan Kelley**
**Report Written By: Sgt. Wendy Roberson**

On 12/09/03 at approximately 18:10 hrs, inmates in B Block advised that inmate Bryan Kelley had fallen down the stairs. Tower guard C.O. Jerry Kelly advised Cpl. Dewayne Harris that B Block had an injured inmate. Cpl. Harris reported to B Block to assist inmate Kelley. After evaluating inmate Kelley's medical condition and injuries, Cpl. Harris advised C.O. Kelly to dispatch EMS and First Responders to the jail.

EMS and First Responders arrived at the jail. After examining inmate Kelley, the decision was made by EMT's and Cpl. Harris that inmate Kelley needed to be transported to the hospital for a more thorough evaluation.

Inmate Kelley was transported to Russell ER by ambulance. After an examination by a medical doctor, it was determined that inmate Kelley had no injuries. Inmate Kelley was administered ibuprofen at the hospital for pain and discharged with no further instructions for his care.

Inmate Kelley was placed up front in holding for the remainder of the night for medical observation with no further incidence.

It was determined that inmate Kelley's housing would be changed to a ground level cell to avoid any further complications with the stairs in B Block. When returned to B Block, inmate Kelley's housing was changed to B-103.



# Inmate Medical Summary

**INMATE:** Daniel Bryan Kelley

**BOOKING DATE:** 11/13/03

11/23/03 – 08:46 – Brought to front for medical observation following an alleged fall in B-Block. No medical assistance needed.

11/25/03 – 13:30 – Matt Hilyer of Cheaha Mental Health summoned for evaluation for medication refills.

11/26/03 – 08:00 – To see Dr. Weaver for refill of medication prescription, advises Dr. Weaver of an injured foot.

11/26/03 – 15:15 – Taken to Russell E.R. for ex-ray of foot. Ex-ray reveals foot is fine.

11/27/03 – 08:00 – Brought up front for medical observation following an alleged seizure.

12/09/03 – 18:10 – EMS summoned for alleged fall. Transported to Russell E.R. Returned to jail. No injury substantiated by doctor.

12/11/03 – Taken to Pri-Care for medical exam.

12/16/03 – 19:50 – EMS summoned for alleged fall. No transport necessary.

01/07/03 – Taken to Pri-Care for medical exam.

01/14/03 – Taken to Dr. Currie for tooth extraction.




# Current Medications

- Hydroxyzine 25mg.
1 tab every 4-hrs as needed for itching

- Zyprexa 5mg
1 tab at bedtime

- Neurontin 300mg
1 tab 3 times a day

- Clonazepam 2mg
1 tab 2 times a day

- Phenobarbital 60mg
1 tab 2 times a day

- Seroquel 200mg
1 tab 3 times a day

- Methocarbanol 750 mg
2 tab 2 times a day

# Summary of Inmate Care / Incident

**Date: 01/16/2004**
**Inmate: Daniel Bryan Kelley**

While doing rounds on 01/16/2004, I, C.O. Aaron Green, found inmate Daniel Bryan Kelley's complection to be yellow in color. I opened the cell door and asked Kelley how he was feeling. Kelley replied that he felt fine. I asked him about his skin color. He informed me that he had had some problems with his liver in the past.

I then notified my acting Corporal, Cpl. Tim Lipscomb, that Kelley was a dark shade of yellow in appearance. Cpl. Lipscomb was engaged in fingerprinting DHR applicants and advised me to contact Lieutenant Terry Wilson.

I contacted Lt. Wilson and advised him of Kelley's appearance. Lt. Wilson advised that Kelley's doctor should be contacted to make arrangements for medical care.

I then contacted Dr. James' office (Pri-Care) and advised them of Kelley's condition. After reviewing Kelley's medical chart, I was advised that Kelley had a history of liver problems and should be transported to Russell E.R.

Shortly thereafter, Chief Deputy Brett Oakes arrived to transport Kelley to Russell E.R. as directed by Dr. James' office.

Written By: C.O. Aaron Green

[signature]
C.O. Aaron Green



# COOSA COUNTY JAIL
# INMATE REQUEST FORM




NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: 103-B

DATE: Dec 10 03 TIME: 10:15

Please check one of the following:

✓ Medical ____ Commissary ✓ Grievance ____ Other

Briefly state your request or list your commissary items below"

Want To See Ricki Owens I've asked 100 Times and Sgt To see Doctor for my Back & it Has a Sleep Disorder. Ron Johnson said The sheriff would Talk To me

Inmate's signature [signature]

Do not write below—for reply only

If you have a problem that you need to speak with someone about the SGT. OR LT. WILL BE GLAD TO SPEAK WITH YOU. THE SHERIFF WILL ONLY SEE YOU IF IT IS A PROBLEM THAT GOES BEYOND THE AUTHORITY AND ABILITIES OF THE SGT. AND THE LT.

**Signature of Jail Officer receiving original request:**

N. Robertson
12/11/03

AT 1950 HRS ON 12/16/03 2256 AND I WERE ADVISED BY 2253 THAT BRIAN KELLEY WAS LYING ON THE DAYROOM FLOOR IN B-BLOCK. WE HURRIED BACK TO B-BLOCK AND DID FIND KELLEY ON THE FLOOR IN WATER FROM THE MOP BUCKET BEING KNOCKED OVER. HE ADVISED HE HAD HAD A SEIZURE AND FALLEN OVER THE BUCKET AND KNOCKED IT OVER. WHEN ASKED IF HE WAS HURT, HE SAID HE HAD HIT HIS HEAD ON THE FLOOR AND HIS EYE WAS SWOLLEN. THERE WAS NO SWELLING, BRUISING OR REDNESS WHERE HE SAID HE HAD HIT. KELLEY WAS VERY RESPONSIVE, ANSWERING OUR QUESTIONS. HE THEN ADVISED HIS BACK WAS HURT AND HE HAD NUMBNESS IN ONE LEG. AT THAT POINT I DECIDED NOT TO MOVE HIM BUT TO CALL MEDICAL PERSONNEL. I LEFT AND CALLED EMS2 AT 1955. THEY ARRIVED HERE AT 2005 AND EXAMINED HIM. HIS BLOOD PRESSURE WAS NORMAL AND DID NOT INDICATE HE HAD HAD A SEIZURE. AFTER CHECKING HIM OUT FURTHER, EMS FINALLY PUT KELLEY ON A BACKBOARD AND WHEELED HIM TO THE BOOKING AREA. THEY ADVISED US TO PLACE KELLEY UNDER MEDICAL OBSERVATION. KELLEY WAS PUT INTO THE HOLDING CELL WITH A MATTRESS ON THE FLOOR. EMS2 LEFT AT 2054. KELLEY WAS CONTINUALLY OBSERVED BY CAMERA AND CHECKED ON IN PERSON FOR THE REMAINDER OF THE SHIFT. HE GOT UP FROM THE FLOOR NUMEROUS TIMES, WALKED TO THE DOOR AND AROUND THE CELL, STRETCHED HIS ARMS UP AND TRIED TO TOUCH THE CEILING LIGHT, AND AT ONE POINT PICKED UP HIS MATTRESS AND PLACED IT ON THE BENCH. HE DID NOT SHOW ANY DIFFICULTY IN MOVEMENT NOR WAS THERE ANYTHING TO INDICATE THAT HE WAS EXPERIENCING ANY PAIN.

Kay Taylor

Cpl. Kay Taylor




TW

IN REF TO BRIAN KELLEY
12-16-03
NIGHTSHIFT

I WAS IN THE TOWER. AT APPROX. 1949HRS I HEARD A LOUD NOISE COME FROM B-BLOCK. I GOT UP TO SEE WHAT THE NOISE WAS AND I OBSERVED BRIAN KELLEY FLOPPING AROUND ON THE FLOOR. THE MOP BUCKET WAS TURNED OVER AND WATER WAS ALL ON THE FLOOR ALONG THE WALL JOINING A AND B BLOCK. THERE WAS NOT MUCH WATER ON THE FLOOR WHERE KELLEY WAS LAYING. I CALLED OVER THE RADIO TWO OR THREE TIMES FOR SOMEONE TO COME BACK HERE TO CHECK ON HIM. WHEN 2256 AND 2252 CAME BACK TO CHECK ON HIM, HE WAS STILL FLOPPING BUT NOT AS MUCH. 2252 CAME TO THE TOWER AND I WENT DOWNSTAIRS. I ATTEMPTED TO CHECK HIS B/P. HE ASKED WHICH DEPUTY WAS GOING TO TAKE HIM TO THE HOSPITAL. I ADVISED KELLEY THAT I HAD ALREADY MADE THE DEPUTY AWARE THAT HE MAY BE GOING TO THE HOSPITAL. AT THAT TIME KELLEY ASKED WHICH DEPUTY AND I TOLD HIM THAT WE ONLY HAD ONE OUT AND IT WAS DEPUTY RUDD. KELLEY MADE COMMENTS ABOUT HIS HEAD AND BACK HURTING. WHEN KELLEY WAS PLACED IN THE HOLDING CELL, AFTER THE DOOR WAS CLOSED, I WATCHED HIM GET UP AND WALK AROUND. I DID NOT NOTICE ANY LIMPING OR STAGGERING IN HIS MOVEMENT.

Dana M Harris
Dana M. Harris




TW HL

2256 C.O. GREEN

REPORT OF INCIDENT CONCERING KELLY BRYAN

AT APROXIMATELY 19:50HRS. I 2256 RECEIVE A CALL ON THE W.T. ABOUT KELLEY TAKING A FALL IN B'BLOCK. WHEN I ENTERED THE BLOCK KELLEY WAS LYING ON HAS SIDE CLOSE TO THE DOOR TWITCHING.I FIRST CHECKED VISUALLY TO SEE IF HIS WAS BREATHING UPON DOING SO HE LICKED HIS LIPS SO I KNEW HE HADN'T SWALLOWED HIS TOUNG.THEN I PRECEEDED TO CHECK HIS EYES WHEN I PULLED HIS EYE OPEN HE LOOKED AT ME AND THEN STARTED TO LOOK UP AS IF TO HIS FORHEAD. KELLY WAS RESPONDED TO ME VIRBALI Y WHEN I ATTEMPTED TO STRAIGHTEN HIS BODY POSITION BY SUPORTING HIS CHEST HAD BACK TO RELEIVE ANY STRAIN HE MY HAVE BEEN IN. HE TOLD ME HE WAS HURTING IN HIS BACK AND RIGHT LEG SO I LEFT HIM AS HE WAS UNTIL THE EMT'S WERE HERE TO STABILIZE HIM. WHILE WE WERE WAITING ON MEDICAL ATTENTION HE ASK WHO WAS COMING AND WHAT DEPUTY WAS ON DUTY. I TOLD HIM I DIDN'T KNOW BUT THE EMT'S WERE ON THE WAY. SHORTLY AFTER THE EMT'S AND A FIRST RESPONDER ARRIVED AFTER THEIR CHECK OF VITALS THEY MOVED HIM FROM THE BLOCK TO THE BOOKING AREA. THE SGT. HAD BEEN CONTACTED AND ADVISED OF THE SITUATION. AT THIS TIME KELLEY WAS PLACED IN THE HOLDING CELL WHERE I PLACED A MAT AND CLEAN LINENS,

AARON GREEN

Aaron Green






# COOSA COUNTY JAIL
# INMATE REQUEST FORM




NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: 103-B

DATE: 12-18-03 TIME: 10:00

Please check one of the following:

✓ Medical ___ Commissary ___ Grievance ___ Other

Briefly state your request or list your commissary items below"

Need to see a Real Doctor to find out about Falling out so I want be put in holding pen For being sick I don't understand why I try to Tell the Truth and get in Truble For it you won't let me Talk to Kiki Owens so any Father is.

Inmate's signature Daniel Bryan Kelley

Do not write below—for reply only

You are placed up front so you can be Monitored on Camera 24 hrs for your safety due to your Medical Problem - this has been Explained to you

**Signature of Jail Officer receiving original request:** several Times AP 12/18/03

# COOSA COUNTY JAIL
# INMATE REQUEST FORM




NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelley CELL: 103-B

DATE: 12-18-03 TIME: 20:05

Please check one of the following:

____ Medical ____ Commissary ✓ Grievance ____ Other

Briefly state your request or list your commissary items below"

Can't understand why one person can Fall out and come back For 2 days in bed but I get in Trouble so I get sent to The hole. I'm schizophrenic & Bipolar I can't Take that hole

Inmate's signature [signature]

Do not write below—for reply only

You have been told several times why you are up front

12/18/03
AS

**Signature of Jail Officer receiving original request:**




# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelley CELL: Lock down

DATE: unknown 12 -03 TIME: 6:00

Please check one of the following:

✓ Medical ____ Commissary ✓ Grievance ____ Other

Briefly state your request or list your commissary items below"

I've been Locked down for 6 days I've had a bath 2 Times ... took me one time and all the other The ... rulebook says nothing about lock down it says you see a doctor on lock down it says that I can only be held for 23 hr. without getting out I've been held up to 70 hrs without getting out I want a hearing to get out ... I've fell in here as well as back there I'm being treated worse than a animal and a hearing will ~~be set or I'll notify the right ones on~~ the out side. I can't help I have seizures and my ... goes dumber

Inmate's signature Daniel Bryan Kelley

Do not write below—for reply only

Noted: Bryan was allowed to take a shower 12/21/03. BS

**Signature of Jail Officer receiving original request:**

Booking No:________________

Yes/No INMATE QUESTIONNAIRE

11. Do you have or have you ever had any of the following:

Y a. allergies Codeine
N b. arthritis
N c. asthma
N d. diabetes
N e. epilepsy
N f. fainting spells
N g. heart condition
N h. hepatitis
N i. high blood pressure
N j. psychiatric disorder
N k. seizures
N l. tuberculosis
Y m. ulcers
N n. venereal disea
Y o. other (specify
Lung Cancer

12. For females only:

__ a. Are you pregnant?
__ b. Do you take birth control pills?
__ c. Have you recently delivered?

PLAINTIFF'S EXHIBIT 20 Roberson

L O C K D O W N - Booking Sheet Medical Cont.

Booking No:________________

Yes/No INMATE QUESTIONNAIRE (continued)

Y 13. Have you recently been hospitalized or treated by a doctor? 6 months ago
N 14. Do you currently take any medication prescribed by a doctor?
Y 15. Are you allergic to any medication? Codeine
N 16. Do you have any handicaps or conditions that limit activity?
Y 17. Have you ever attempted suicide or are you thinking about it now?
N 18. Do you regularly use alcohol or street drugs?
N 19. Do you have any problems when you stop drinking/using drugs?
N 20. Do you have a special diet prescribed by a physician?
N 21. Do you have any problems or pain with your teeth?
N 22. Do you have any other medical problems we should know about?

L O C K D O W N - Booking Sheet

Medical

Booking No:_______________________

| Yes/No | VISUAL ASSESSMENT |
|---|---|
| N | 1. Is inmate unconscious? |
| N | 2. Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate emergency or doctor's care? |
| N | 3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility? |
| N | 4. Any signs of poor skin condition, vermin, rashes or needle marks? |
| Y | 5. Does inmate appear to be under the influence of drugs or alcohol? |
| Y | 6. Any visible signs of alcohol or drug withdrawal? |
| Y | 7. Does inmate's behavior suggest the risk of suicide or assault? |
| N | 8. Is inmate carrying medication? |
| N | 9. Does the inmate have any physical deformities? |
| Y | 10. Does inmate appear to have psychiatric problems? |



# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelley CELL: Thehole

DATE: 12-27-03 TIME: 1:35

Please check one of the following:

✓ Medical ___ Commissary ___ Grievance ___ Other

Briefly state your request or list your commissary items below"

Rt. Tooth is hurting and need to see medical Doctor to get some pills. That Metalcohic was keeping my Back & Toothache Down.

Inmate's signature ________________

Do not write below—for reply only

Will make Doctor appointment and get Robaxin Refilled 1/2/04

Signature of Jail Officer receiving original request:



DAYSHIFT TOWER LOG
CALFEE / BRADLEY / GREEN / PEOPLES
12/23/03




0600 HRS. CELL DOORS OPENED. **MANDATORY HEAD COUNT** COMPLETED. (A-4 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-2 / TRUSTEES-4/ TOTAL OF 28 INMATES).

0630 HRS. CELL DOORS LOCKED. **RANDOM HEAD COUNT** COMPLETED. (A-4 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-2 / TRUSTEES-4/ TOTAL OF 28 INMATES). MEDS WERE GIVEN TO KELLY, NIXON, HAWKINS, MCKINNEY, AND TYLENOL GIVEN TO SCARBROUGH.

0700 HRS. TRAYS PICKED UP. RAZORS ADMINISTERED.

0730 HRS. CELL DOORS OPENED.

0800 HRS. GREEN TO THE TOWER AND CALFEE TO THE FRONT

0815 HRS. PASTOR TAKEN TO C BLOCK WHERE CHURCH SERVICE HELD WALKER FROM B BLOCK MOVED TO ATTEND

0830 HRS. KELLEY ALLOWED TO USE EXAM ROOM TOILET AND THEN USE PHONE

0840 HRS. KELLEY DONE USING PHONE AND RETURNS TO HIS CELL

0850 HRS. PASTOR LEFT C BLOCK AND WALKER RETURNED TO B BLOCK

0930 HRS. CELL DOORS LOCKED AND MANDATORY HEAD COUNT COMPLETE / OBSERVATION IN 2 HOLDING CELLS NOTED AS KELLEY SLEEPING, NIXON SLEEPING AND OTHER INDIVIDUAL LOOKING OUT CELL DOOR

0945 HRS. KELLEY BROUGHT BACK TO SHOWER IN B BLOCK ALSO WHILE IN BACK CELL WAS CLEANED

1045 HRS. SHAW WILLIAMS RELEASED ON 500.00 BOND APPROVED BY 2204

1135 HRS. KELLEY RETURNED TO FRONT AND NIXON BROUGHT BACK TO B BLOCK TO SHOWER ALSO WHILE IN BACK CELL CLEANED

1200 HRS. LUNCH TRAYS SERVED

TW

1215 HRS. KELLEY IN HOLDING HAS BEEN DOING SOME TYPE OF EXERCISE FOR THE PAST 5 MINUTES. DURING THIS TIME HE HAS JUMPED AND KICKED ALTERNATING LEGS, SPUN AROUND ON THE HEELS OF HIS FEET, SWUNG HIS FIST AND WOULD LEAN SIDE TO SIDE KICKING. HIS BALANCE DIDN'T SEEM TO GOOD BUT HIS PHYSICAL ABILITY TO DO THESE ACTIONS WASN'T HAMPERED BY ANY PHYSICAL PROBLEMS.

1225 HRS. 2256 OBSERVED KELLEY TESTING THE STRENGTH OF THE ACE BANDAGE HE HAS FOR HIS ANKLE AS DOING SO HE WAS LOOKING AT THE CEILING. I THEN WATCHED AS KELLEY TIED A KNOT OF SOME SORT IN THE BANDAGE AND PLACED IT AROUND HIS NECK. AT THIS TIME I CALLED FOR 2254 THAT WAS IN THE FRONT OFFICE TO GO AND STOP HIM FROM ANY ACTION HE WAS PLANNING TO DO. UPON ENTERING THE CELL HE REMOVED THE BANDAGE FROM HIS NECK. I 2256 WATCH AS 2254 TALKED WITH KELLEY HE THEN GAVE HER THE BANDAGE. AS 2254 LOCKED THE DOOR KELLEY TURNED TO THE CAMERA SCRATCHING HIS HEAD AND SHOOTING THE CAMERA AND BIRD.

1240 HRS. CELL DOORS UNLOCKED

1250 HRS. LUNCH TRAYS PICKED UP AND MEDS GIVEN TO NIXON AND KELLEY ALSO NIXON RETURNED TO THE FRONT

1330 HRS. BOTH KELLEY AND NIXON ARE SLEEPING AT THIS TIME

1345 HRS. RAZORS PICKED UP AND LINENS RETURNED BY 2254

1430 HRS. CELL DOORS LOCKED AND MANDATORY HEAD COUNT COMPLETE

1652HRS. TRAYS SERVED, MEDS GIVEN TO KELLEY, NIXON AND HAWKINS

1738HRS. TRAYS PICKED UP

TW




DAYSHIFT TOWER LOG
CALFEE / BRADLEY
12/22/03

0600 HRS. CELL DOORS OPENED. **MANDATORY HEAD COUNT** COMPLETED. (A-6 / B-6 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 30 INMATES).

0630 HRS. CELL DOORS LOCKED. **RANDOM HEAD COUNT** COMPLETED. (A-6 / B-6 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 30 INMATES). TRAYS SERVED. MEDS WERE GIVEN TO KELLY, NIXON, HOLLENQUEST, AND HAWKINS.

0632 HRS. KELLY SEEMS TO HAVE A GOOD APPETITE THIS MORNING. HE ATE ALL OF HIS BREAKFAST AND GOT UP TO PLACE HIS PLATE IN FRONT OF THE DOOR FOR THE TRUSTEES TO PICK UP.

0643 HRS. KELLY IS NOW SITTING IN HIS "BED" READING A BOOK.

0704 HRS. TRAYS PICKED UP. KELLY IS STILL READING HIS BOOK.

0721 HRS. JAMAR MILTON ESCORTED TO THE FRONT. (TO BE TRANSPORTED TO PRISON).

0730 HRS. CELL DOORS OPENED.

0812 HRS. MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE.

0837 HRS. OBSERVED KELLY TAKING HIS SHIRT OFF IN THE HOLDING. HE WAS TOO HOT. HE PLACED HIS ORANGE SHIRT BACK ON. (HE HAD SOME LONG SLEEVES UNDER IT).

0847 HRS. KELLY ESCORTED BACK TO B BLOCK TO GET A SHOWER. AFTER GETTING ALL THE WAY BACK TO B BLOCK'S DOOR, KELLY ADVISED HE NEEDED TO GO UP FRONT TO GET HIS SHAMPOO. IT APPEARED FROM THE TOWER THAT KELLY WAS TRYING TO GET AWAY FROM 2215. HE HURRIED AHEAD OF HIM IN THE HALLWAY OF SC2, JUST IN TIME FOR THE DOOR TO SHUT. HE THEN BEGAN TO JOG TOWARDS THE FRONT, WHERE JOAN WAS ABOUT TO GO THROUGH SC1. I ADVISED HER TO WAIT ONE SECOND, TO ALLOW 2215 TO CATCH UP WITH HIM. 2215 ADVISED HIM TO STOP. KELLY STOPPED.

0901 HRS. LERON ESCORTED TO THE FRONT.

0912 HRS. LERON ESCORTED BACK TO C BLOCK TO GATHER HIS BELONGINGS.

TW KSH

0930 HRS. CELL DOORS LOCKED. **MANDATORY HEAD COUNT** COMPLETED. (A-5 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 28 INMATES).

0938 HRS. KELLY ESCORTED BACK UP FRONT, TO THE HOLDING AREA

0947 HRS. LERON RELEASED ON BOND.

1012 HRS. **RANDOM HEAD COUNT** COMPLETED. (A-5 / B-6 / C-8 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-4 / TOTAL OF 28 INMATES).

1136 HRS. KELLY APPEARS TO BE SLEEPING IN HIS "BED".

1145 HRS. STORE SHEETS PASSED OUT.

1153 HRS. TRAYS SERVED.

1202 HRS. KELLY FINISHED EATING. HE ATE WELL.

1230 HRS. CELL DOORS OPENED.

1243 HRS. TRAYS PICKED UP. MEDS WERE GIVEN TO NIXON, AND KELLY. ALSO THE MAIL WAS PASSED OUT. NIXON WAS BROUGHT BACK TO B BLOCK, SO HE COULD GET A SHOWER.

1302 HRS. NIXON ESCORTED BACK TO THE FRONT. (DETOX).

1415 HRS. NIXON AND KELLEY IN HOLDING HAVE BEEN WALKING AROUND OR LYING ON MATS FOR THE PAST HOUR

1430 HRS. CELL DOORS LOCKED AND MANDATORY HEAD COUNT COMPLETE

1500 HRS. NIXON BROUGHT BACK TO HIS CELL TO GET SOME PERSONAL ITEMS BECAUSE HE WILL REMAIN IN HOLDING FOR OBSERVATION

1658 HRS. TRAYS SERVED. MEDS WERE GIVEN TO KELLY, AND NIXON.

1716 HRS. KELLY IS STILL EATING WELL.

1732 HRS. TRAYS PICKED UP.

1748 HRS. MCKINNEY ESCORTED BACK FROM WORK RELEASE. ALSO MCKINNEY WAS GIVEN HIS MEDS. TYLENOL WAS GIVEN TO MISSY HAWKINS.

TW KSH