# EXHIBIT 3
# PART 1
# EXHIBITS TO THE DEPOSITION
# OF AL BRADLEY

PLAINTIFF'S EXHIBIT

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Zyprexa 5mg**
1 tab at Bedtime

**Neurontin 300 mg**
1 tab 3 times daily

**Clonazepam 2mg**
1 tab 2 times daily

**Phenobarbital 60 mg**
1 tab 2 times daily

**Seroquel 200 mg**
1 tab 3 times daily

**Methocarbamol 750 mg**
1 tab 2 times daily

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

Physician _____

Alt. Phys. _____

Allergies _____

Diagnosis _____

| Telephone No. | Medical Record No. |
|---|---|
| Alt. Telephone | |
| Rehabilitative Potential | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|

Resident: **Kelley, Damrel Bryan**

Birth Date _____ Resident Code _____ Room No. _____ Bed _____ Facility Code _____

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| Zyprexa 5mg 1 TAB at Bedtime | B.Tine | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 2 |
| Neurontin 300 mg 1 TAB 3 Times a Day | B.Day / Noon / Sitter | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 |
| Clonazepam 2mg 1 TAB 2 Times a Day | B.Day / Sitter | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 |
| Phenobarbital 60 mg 1 TAB 2 Times a Day | B.Day / Sitter | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| Seroquel 200 mg 1 TAB 3 Times a Day | B.Day / Noon / Sitter | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| Methocarbamol 750 mg 1 TAB 2 Times a Day | B.Day / Sitter | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Phys. | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential: | | |
| Diagnosis | | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked By: | | Title: | Date: |

Resident: **KELLEY, DANIEL BRYAN**

| Birth Date | Resident Code | Room No. | Bed | Facility Co |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HydRoxyzine 25mg
1 tab every 4 hRs
as needed for itching

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

Physician _____  Telephone No. _____  Medical Record No. _____
Alt. Phys. _____  Alt. Telephone _____
Allergies _____  Rehabilitative Potential _____
Diagnosis _____  Admission Date _____
Medicaid Number _____  Medicare Number _____  Complete Entries Checked By _____  Title _____  Date _____

Resident  Kelley, Daniel Bryan   Birth Date _____  Resident Code _____  Room No. _____  Bed _____  Facility Co_____

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nortriptylin 1 tab per day | Bedtime | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Vitamin B-Complex 1 per day | B'fast | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | |
| Adderall C/HS | Lunch | | | | | | | ✓ | | | | ✓ | | | | | | ✓ | | | | | | | | | | | | |
| | Bed | | | | | | | | ✓ | ✓ | ✓ | | ✓ | ✓ | | ✓ | | | ✓ | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | DH | DH | AB | AB | JB KH | DH |
| L | | | | | | | | AB JB | JB | AB |
| S | | | | | | | | | | |
| BT | | | | | KSH | KSH BK | KSH BK | KH BK | KSH BK | KSH BK |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | DH | AB | AB | DH | DH | AB | AB | DH | | DH |
| L | DH | | | | | | | | | DH |
| S | | | | | | | | | | |
| BT | KSH | KH BK | DH BK | KH BK | JB | DH BK | KH BK | DH BK | KSH | BK |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | AB | AB | | DH | DH ST | AB | AB | DH | TN | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | DH | DH | KH | KSH BK | KSH BK | DH | DH BK | KH BK | | | |

Charting For _____ Through _____

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Phys. | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | B | | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| Resident | Kelley, Brian | Birth Date | Resident Code | Room No. | Bed | Facility Co |
|---|---|---|---|---|---|---|

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenobarbita 60mg 1 at Breakfast and at Supper | Breakfast | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ |
| | Supper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ |
| SEROQUEL 200 mg | Break | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | |
| | Lunch | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ |
| | Bedtime | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 10U 10MU | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | KSH BB | DAL AB | DAL AB | SH | AB | AB |
| L | | | | | | | | | | | |
| S | | | | | | | | AB | 10HT | AB | 10MV |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Att. Phys. | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |

| Resident | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|
| Kelley Daniel Bryan | 6-11-71 | | | | |

MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cefuroxime Take one tablet twice a day | Brkfst | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | ✓ |
| | Supper | ✓ | | ✓ | ✓ | | ✓ | ✓ | DH | | | | | | | | | | | | | | | | | | | ✓ | | | |
| Phenylephrine Take one tablet twice a day | Brkfst | ✓ | ✓ | ✓ | | ✓ | ✓ | | DH | | | | | | | | | | | | | | | | | | | | ✓ | | ✓ |
| | Supper | ✓ | | ✓ | ✓ | | ✓ | DH | | | | | | | | | | | | | | | | | | | ✓ | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | DH RN | AB BN | AB BN | DH RN | RN TDL | RN TDL | RN | AB RN | | |
| L | TDL RN | AB RN | AB RN | DH RN | TDL BN | CS | RN | CS BN GH RN | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | AB BN | AB BN | |
| L | | | | | | | | | | | |
| S | | | | | | | | DH BN | AB | AB SH | |
| BT | | | | | | | | | | | |

| Charting For | | Through | | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No. |
| Alt. Phys. | | | Alt. Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|---|
| Kelley Daniel Bryan | | | | | | |

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pamelor 50mg Take 1 tab. at Bedtime | Bedtime | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ DH | | | | ✓ | | | | | | | | | | |
| Nortriptlin Take 1 Tab a day | Bedtime | ✓ | ✓ | ✓ | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | |
| Vitamin B- Complex 1 Per day | BFAS | | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | KSH | BK | DH | ✓ IG BK | IG Dox ICT BX | DH | BK | ✓ | BC | ✓ BK | AG | BK | IG TB ✓ | ✓ DH |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | DH | BK IG | TB IG | BK IG | BK IG | BK DH | ✓ ✓ DH | ✓ ICT BK | AG | BK DH | ✓ IG BT |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | DH | BK IG | TB BK | KSH DH | DH ✓ | KSH B ✓ | IG BK | ICT BK | IG BT | DH ✓ | KSH ✓ IG |

| Charting For | | Through | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: | Title: | Date: | |
| Resident Kelly, Brian | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonazepam 2mg
1 tablet at bedtime
Bedtime

c̄ Zyprexa 10mg 5mg
2 tablets every day
ONE
Breakfast

Methocarbamol 750mg,
1 tablet 2 times a day
AS NEEDED

Zyprexa 5mg
1 tab at bedtime
Bedtime

Neurontin 300 mg
1 tab. at
c̄ supper

Clonazepam 2mg
1 at breakfast &
supper
Breakfast
Supper

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

Charting For                    Through

Physician

Alt. Phys

Allergies

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Admission Date

Medicaid Number          Medicare Number

Complete Entries Checked: By:          Title:          Date:

Resident  Kelley, Daniel Bryan          Birth Date 6-17-71          Resident Code          Room No.          Bed          Facility Co



NIGHTSHIFT TOWER LOG
01-02-04
TAYLOR/ HARRIS/ GREEN

1812HRS     *NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT AT A-4, B-8, C-9, D-2, E-1, HOLDING-1, TRUSTEES-4 AND 1 BEING PROCESSED FOR A TOTAL OF 30. BOARD SHOWS 29 INMATES, THE ONE BEING PROCESSED IS NOT ON THE BOARD.*

1856HRS     MEDICAL OBSERVATION: KELLEY IS LYING ON HIS BED.

1921HRS     *B-BLOCK: SMOOT CALLED UP AND STATED THAT HIS LIGHT NEEDED TO BE FIXED. HE STATES THAT HE HAS A CLUB GOING ON UP THERE.*

1929HRS     MOP BUCKETS BACK TO ALL BLOCKS. TRUSTEES ESCORTED BY 2256.  CELL DOORS OPENED. LOCK ON B-203 IS NOT WORKING PROPERLY.

1932HRS     2256 IN B-BLOCK.

1937HRS     2256 IN A-BLOCK.

1938HRS     2256 OUT OF A-BLOCK.

**1954HRS     C-BLOCK CALLED UP AND REQUESTED THAT THE AIR BE TURNED ON. FANS WERE ON IN B AND C BLOCK, WERE THEN TURNED OFF. HAD 2252 COME BACK AND CHECK TO SEE IF THEY NEEDED THE AIR ON. 2252 ADVISED TOWER THAT IT WAS NOT HOT ENOUGH FOR THE AIR ON BUT IT WAS STUFFY.  THE INMATES ASKED FOR FANS TO BE TURNED ON, AND THEY WERE TOLD THAT WE CAN NOT TURN ON THE FANS PER THE LT'S NOTICE IN THE TOWER STATING THAT FANS MUST BE LEFT IN THE AUTO POSITION.  THE INMATES (MAINLY BARNETT AND LEE) STATED THAT WE DIDN'T HAVE TO LISTEN TO THAT, WE COULD DO WHATEVER WE WANTED AND THE LT WOULD NEVER KNOW.**

**1956HRS     LEE IN C-BLOCK CAME OVER TO THE INTERCOM AND REPEATEDLY PRESSED THE BUTTON.**

**LEE HAS REPEATEDLY PUSHED THE INTERCOM BUTTON. WHEN 2253 ANSWERED THE FIRST TIME, LEE STATED THAT THEY NEEDED GRIEVANCE FORMS. HE WENT ON TO SAY THAT THEY ONLY SIT UP THERE AND COLLECT DUST AND DO NOT GET ANSWERED. HE ALSO INFORMED TOWER THAT THEY ARE SUPPOSED TO HAVE A PINK AND A YELLOW COPY SO THEY CAN MAINTAIN THEIR OWN PERSONAL FILE (IN THEIR OWN POSSESSION).  2252 CALLED THE TOWER AND ASKED**



WHY SHE HEARD THE BUZZER SO MUCH WHILE THE TOWER WAS TRANSMITTING OVER THAT RADIO THAT IS WHEN THE TOWER ADVISED WHAT WAS GOING ON.

2005HRS        AIR TURNED ON FOR A-BLOCK.

2007HRS        **2256 TO TOWER TO VERIFY THAT THE AIR WAS TURNED ON IN C-BLOCK.  2256 INFORMED 2253 THAT LEE STATES THAT SHE IS BEING TO HARD ON HIM.  HE HAS YET TO BE LOCKED DOWN WHEN HE SHOULD HAVE BEEN.**

2018HRS        PERIMETER CHECK CONDUCTED BY 2252.

2029HRS        RICKY WYCKOFF AND TRANSLATOR HERE TO BOND OUT SUBJECT IN DETOX.

2034HRS        TOWER NOTICES THAT LEE HAS LOCKED HIMSELF IN HIS ROOM.

2103HRS        2252 AND TRUSTEES BACK TO PICK UP CLEANING SUPPLIES.

2105HRS        HERNANDEZ (SUBJECT THAT WAS IN DETOX) RELEASED ON BONDS APPROVED BY 2205.

2108HRS        ~~MEDICAL OBSERVATION: SAME AS PREVIOUS ENTRY~~

2112HRS        CELL INSPECTIONS CONDUCTED.  A-BLOCK.

2114HRS        D-BLOCK.

2115HRS        C-BLOCK.

2120HRS        B-BLOCK.

2123HRS        2252 TAKING SMOOT TO THE LIBRARY.

2126HRS        SMOOT BACK TO B-BLOCK. WALKER TO LIBRARY BY 2252.

2130HRS        2252 TAKING TAPLEY TO THE LIBRARY.

2132HRS        2252 TAKING POWELL TO THE LIBRARY.

**2139HRS        MANDATORY HEADCOUNT.  WHEN TOWER CALLED FOR HEADCOUNT, LEE'S DOOR WAS UNLOCKED SO HE COULD COME OUT**

**FOR THE COUNT. LEE WOULD NOT COME OUT OF HIS ROOM, AND WHEN EAST WENT OVER AND TOLD HIM TO COME OUT LEE SLAMMED HIS DOOR SHUT. LEE HAS CONTINUALLY GIVEN PROBLEMS AND HAS NOT BEEN LOCKED DOWN BY THIS SHIFT PRIOR TO TONIGHT.**

2200HRS        LOCKDOWN. BED MEDS GIVEN TO HARRIS, PRESLEY AND KELLEY.

**LOCKDOWN FOR LEE ON RULES/REGULATIONS VIOLATION:**
**14.3 MAJOR RULES VIOLATION – DISOBEYING STAFF. (HE WAS TOLD HE NEEDED TO COME OUT OF HIS ROOM FOR HEADCOUNT, HE DID NOT COMPLY)**

**14.3 MAJOR RULES VIOLATION – INTERFERING WITH COUNTS OR LOCKDOWN. AGAIN HE DID NOT COMPLY.**

2200HRS        LOCKDOWN.

2215HRS        BED MEDS ADMINISTERED.

2259HRS        2252 TO TOWER AND 2253 TO DISPATCH.

2357HRS        WALKTHROUGH DONE.

2400HRS        TAPE CHANGED.

0140HRS        WALKTHROUGH DONE.

0149HRS        2253 TO TOWER AND 2252 TO DISPATCH.

0156HRS        AIR TURNED OFF TO C-BLOCK BY 2253.

0205HRS        ~~MEDICAL OBSERVATION. KELLEY IS UP.~~

0220HRS        2252 TO TOWER AND 2253 TO DISPATCH.

0319HRS        WALKTHROUGH DONE.

0430HRS        BUSSIE UP.

433HRS         2253 TO TOWER AND 2252 TO DISPATCH.

**0436HRS    \*\*\*NOTE\*\*\* DID NOT TURN ON HEAT THIS MORNING BECAUSE IT DIDN'T FEEL LIKE IT WAS NECESSARY.**

0507HRS    2252 AND TRUSTEES: COOLERS TO THE FRONT.

0512HRS    2252 AND TRUSTEES: COOLERS TO ALL BLOCKS.

DAYSHIFT TOWER LOG
01-03-04
LIPSCOMB/GREEN

| | |
|---|---|
| 0600HRS | SHIFT STARTS WITH 2214, 2256, AND 2252 TRYING TO GET LEE TO THE FRONT FOR RULES VIOLATIONS FROM NIGHTSHIFT. |
| 0606HRS | MANDATORY HEADCOUNT. |
| 0615HRS | WILLIAM LEE MOVED TO HOLDING CELL FOR 23 HOURS |
| 0630HRS | CELL DOORS LOCKED / BREAKFAST TRAYS SERVED |
| 0700HRS | TRAYS PICKED UP AND ~~MEDS GIVEN TO KELLEY~~ AND HAWKINS |
| 0730HRS | CELL DOORS UNLOCKED // 2256 JUST SPOKE TO A MRS. DONNA EVANS FROM COALING RD. PH# 249-9966 MRS. EVANS AND HER DAUGHTER BOTH HAVE RECEIVED HARASSING PHONE CALLS FROM A MR. STACY GOSWICK THE PURPOSE OF MRS. EVANS CALLING WASN'T TO MAKE A FORMAL COMPLAINT BUT TO MAKE THE S.O. AWARE OF THE SITUATION. THEY HAVE A COURT DATE OF 01/21/04 ON A PREVIOUS CHANGE OF ASSAULT. |
| 0819HRS | KIRKPATRICK TO VISITATION |
| 0839HRS | HARRIS TO VISITATION |
| 0933HRS | ~~KELLEY TO VISITATION~~ |
| 1000HRS | RUNNING A LITTLE LATE CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR ~~KELLEY IS SLEEPING AND~~ LEE IS LAYING ON THE BENCH |
| 1030HRS | SMOOT TO VISITATION |
| 1052HRS | NIXON TO VISITATION |
| 1100HRS | LUNCH TRAYS SERVED |
| 1130HRS | TRAYS PICKED UP |
| 1204HRS | EAST AND SOLLEY TO VISITATION |
| 1230HRS | CELL DOORS UNLOCKED |
| 1240HRS | GRAY TO VISITATION |
| 1242HRS | 2214 TO THE TOWER, 2256 TO DISPATCH |
| 1400HRS | HAWKINS TO VISITATION |
| 1430HRS | CELLS LOCKED, HEAD COMPLETE AND CORRECT |
| 1700HRS | TRAYS SERVED |
| 1732HRS | TRAYS PICKED UP, ~~MEDS TO KELLEY~~ |
| 1759HRS | 2252 TO THE TOWER, 2214 TO DISPATCH |

NIGHTSHIFT TOWER LOG
01/03/04
TAYLOR/D.HARRIS

**1800HRS**     INMATE COUNT IS 29.

**1931HRS**     CLEANING SUPPLIES GIVEN OUT.  LAUNDRY TO ALL BLOCKS.

**2033HRS**     CLEANING ITEMS PICKED UP.

**2130HRS**     HEADCOUNT.  ALL ACCOUNTED FOR.

**2200HRS**     LOCKDOWN. BED MEDS ADMINISTERED.

**2245HRS**     2207 HERE WITH JODY COLLINS ON J-4 FOR ASSAULT 2ND. INMATE COUNT IS NOW 30.  SUBJECT WAS PROCESSED AND PLACED IN B-201.

**2400HRS**     TAPE CHANGED.

**0105HRS**     WALKTHROUGH CONDUCTED.  TOILET PAPER IS BEING USED TO PAD THE STAIRS IN C BLOCK TO MAKE IT EASIER ON THE HANDS WHEN DOING PULL UPS.

**0302HRS**     WALKTHROUGH CONDUCTED.

**0500HRS**     COOLERS TO THE FRONT

**0508HRS**     COOLERS TO THE BACK.

**0600HRS**     10-42

DAYSHIFT TOWER LOG
01-04-04
LIPSCOMB/ GREEN

~~2253 COVERING FOR DAYSHIFT UNTIL GREEN COMES IN.~~   ?

0600HRS     MANDATORY HEADCOUNT CONDUCTED.

~~0605HRS    LEE ESCORTED BACK TO D BLOCK BY 2256~~

0630HRS     CELL DOORS LOCKED AND BREAKFAST TRAYS SERVED

0700HRS     ~~WEDS TO HAWKINS AND KELLEY AN~~D PICK UP TRAYS

0730HRS     CELL DOORS UNLOCKED

0930HRS     CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR
            ~~ABSENT IS NO FEEDING~~

1200HRS     LUNCH TRAYS SERVED

1230HRS     TRAYS PICK UP AND ~~MEDS GIVEN TO KELLEY~~ AND CELL
            DOORS OPENED

1249HRS     2214 TO THE TOWER, 2256 TO DISPATCH

1430HRS     CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT

1659HRS     2256 TO THE TOWER, 2214 TO DISPATCH

1710HRS     DINNER TRAYS SERVED

1745HRS     TRAYS PICKUP

1800HRS     NIGHTSHIFT



NIGHTSHIFT TOWER LOG
01-04-04
TAYLOR/ HARRIS

| | |
|---|---|
| **1800HRS** | TAYLOR TO D BLOCK TO CHECK ON HAWKINS COMPLAINING OF PAINS. SHE GAVE HER SOME TYLENOL AND TOLD HER TO LIE DOWN ON HER BED. NOTE: SHE REALLY NEEDS TO SEE A DOCTOR THIS WEEK! |
| **1930HRS** | CLEANING SUPPLIES GIVEN TO ALL CELL BLOCKS. CELL DOORS OPENED. |
| **2030HRS** | CLEANING SUPPLIES PICKED UP. |
| **2130HRS** | MANDATORY HEADCOUNT. CELL INSPECTIONS CONDUCTED. |
| **2200HRS** | LOCKDOWN. BED MEDS ADMINISTERED. |
| **2311HRS** | 2206 HERE WITH INGRAM, JOSEPH SCOTT ON J-4 FTA/FTP USE/POSS DRUG PARA. HE WAS FULLY PROCESSED AND PLACED IN B-202. |
| **0000HRS** | TAPE CHANGED. |
| **0041HRS** | WALKTHROUGH CONDUCTED. |
| **0300HRS** | WALKTHROUGH CONDUCTED. |
| **0508HRS** | ICE TO ALL BLOCKS. |



# DAYSHIFT TOWER LOG
# CALFEE / BRADLEY
# 01/05/04

0600 HRS.     CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).

0630 HRS.     CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).

 0633 HRS.     TRAYS SERVED. ~~MEDS WERE GIVEN TO KELLY~~ HAWKINS, AND HARRIS.

0712 HRS.     TRAYS PICKED UP. RANDOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).

0730 HRS.     CELL DOORS OPENED.

0822 HRS.     MCKINNEY ESCORTED TO THE FRONT, FOR WORK RELEASE. JIMMY TO THE TOWER TO LOOK AT ALARM.

0909 HRS     CHARLES COLLINS ESCORTED TO THE FRONT, TO SEE JEFF WOOD.

0929 HRS.     COLLINS ESCORTED BACK TO B BLOCK. HAWKINS WAS GIVEN A BOWL OF FRUIT.

0930 HRS.     CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).

1110 HRS.     RANSOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).

1158 HRS.     TRAYS SERVED. ~~MEDS WERE GIVEN TO KELLY~~ RANDOM HEAD COUNT COMPLETED. (A-4 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 30 INMATES).

1230 HRS.     CELL DOORS OPENED.

1234 HRS.    TRAYS PICKED UP.

1257 HRS.    CLINTON TEASLEY ESCORTED, AND ASSIGNED TO A104. (FOR COURT).

1430 HRS.    CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-5 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 31 INMATES).

1432 HRS.    COLLINS TO LIBRARY TO VISIT WITH 2204.

1452 HRS.    COLLINS ESCORTED BACK TO B BLOCK.

1515 HRS.    HAWKINS WAS GIVEN A BOWL OF FRUIT.

1526 HRS.    RANDOM HEAD COUNT COMPLETED. (A-5 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 31 INMATES).

1528 HRS.    SEARCY TO BACK STORE OFFICE TO MOP. (2213 & 2212 ARE PRESENT).

1537 HRS.    SEARCY IS FINISHED WITH HIS CLEANING, HE IS BACK ON HIS SIDE OF SC2.

1700 HRS.    RANDOM HEAD COUNT COMPLETED. (A-5 / B-10 / C-9 / D-2 / E-1 / TRUSTEES-3 / HOLDING-1 / TOTAL OF 31 INMATES).

1702 HRS.    TRAYS SERVED. ~~MEDS WERE GIVEN TO KELLY.~~

1741 HRS.    MCKINNEY IS BACK FROM WORK RELEASE.

1743 HRS.    MCKINNEY ESCORTED BACK TO E BLOCK. TRAYS PICKED UP. MAIL PASSED OUT.

NIGHTSHIFT TOWER LOG
01-05-04
HARRIS/ HARRIS/ TAYLOR

1800HRS     NON-MANDATORY HEADCOUNT CONDUCTED.

1930HRS     CELL DOORS OPENED AND MOP BUCKETS TO ALL BLOCK.

2030HRS     MOP BUCKETS PICKED UP.

2130HRS     MANDATORY HEADCOUNT CONDUCTED.

2200HRS     LOCKDOWN. BED MED ADMINISTERED TO KELLEY.

2400HRS     TAPE CHANGED.  2253 10-42

0022HRS     WALKTHROUGH CONDUCTED.

0207HRS     WALKTHROUGH DONE.

0339HRS     WALKTHROUGH DONE.

0600HRS     COUNT IS STILL 30.

NIGHT SHIFT TOWER LOG
HARRIS/PEOPLES
01/05/04

| | |
|---|---|
| 1800HRS | SHIFT CHANGE, 2255 IN THE TOWER, 2251 IN DISPATCH, SHIFT STARTS WITH 30 INMATES, ALL ACCOUNTED FOR |
| 1930HRS | CELL DOORS OPENED, CLEANING SUPPLIES DISTRIBUTED, LINENS HANDED OUT |
| 2010HRS | THE AIR NOR THE FAN OR HEAT WILL WORK IN C BLOCK |
| 2030HRS | CLEANING SUPPLIES PICKED UP, CELL INSPECTIONS CONDUCTED, AND STORE SHEETS PASSED OUT |
| 2135HRS | MANDATORY HEAD COUNT COMPLETE, WITH 31 INMATES |
| 2154HRS | TOWER GUARD 2255 NOTICED THAT CAMERA 12 THAT OVER LOOKS THE EXERCISE YARD HAS LOST COLOR AND IS DISTORTED |
| 2400HRS | TAPE CHANGED |
| 0100HRS | WALKTHROUGH CONDUCTED |
| 0230HRS | WALK THROUGH CONDUCTED |
| 0343HRS | WALK THROUGH CONDUCTED |
| 0500HRS | TRUSTEES WOKEN UP |
| 0510HRS | COOLERS BROUGHT TO THE FRONT TO BE FILLED UP |
| 0524HRS | COOLERS BROUGHT TO THE BACK, TRUSTEE TO THE TOWER TO PICK UP, |
| 0530HRS | TRUSTEE LEFT THE TOWER |
| 0600HRS | SHIFT CHANGE, INMATE COUNT IS 31 |

# DAYSHIFT TOWER LOG
# CALFEE / BRADLEY
# 01/06/04

0600 HRS. CELL DOORS OPENED. MANDATORY HEAD COUNT COMPLETED. (A-5 / B-10 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 32 INMATES).

0630 HRS. CELL DOORS LOCKED. RANDOM HEAD COUNT COMPLETED. (A-5 / B-10 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 32 INMATES). TRAYS SERVED. ~~MEDS WERE GIVEN TO KELLY~~, TEASLEY, HARRIS, AND HAWKINS.

0659 HRS. TRAYS PICKED UP. RAZORS ADMINISTERED. ~~KELLY ESCORTED BACK TO B-BLOCK TO GET A SHOWER~~

0730 HRS. CELL DOORS OPENED.

0814 HRS. ~~KELLY ESCORTED BACK TO THE FRONT FROM GETTING HIS SHOWER.~~ MCKINNEY ESCORTED TO THE FRONT FOR WORK RELEASE. INMATES SWITCHED AROUND FOR MINISTRIES.

0816 HRS. MINISTRIES BEGIN. ALSO, JOHN PRESSLEY ESCORTED TO THE FRONT TO BE RELEASED.

0852 HRS. TEASLEY ESCORTED TO THE FRONT, FOR COURT.

0856 HRS. MINISTRIES ARE OVER.

0912 HRS. INMATES SWITCHED BACK FROM MINISTRIES. HAWKINS WAS GIVEN A BOWL OF FRUIT.

0930 HRS. CELL DOORS LOCKED. MANDATORY HEAD COUNT COMPLETED. (A-5 (COUNTING TEASLEY AT COURT) / B-9 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 31 INMATES).

0946 HRS.  TEASLEY ESCORTED BACK TO A BLOCK, FROM COURT.

1022 HRS.  TEASLEY, ESCORTED TO THE FRONT TO BE RELEASED. HE WILL BE TRANSPORTED BACK TO BIBB COUNTY. (HE WAS ONLY HERE FOR COURT).

1117 HRS.  RANDOM HEAD COUNT COMPLETED. (A-4/ / B-9 / C-10 / D-2 / E-1 / HOLDING-1 / TRUSTEES-3 / TOTAL OF 30 INMATES).

1200 HRS.  TRAYS SERVED. MEDS WERE GIVEN TO KELLEY. ALSO. THE MAIL WAS PASSED OUT.

1230 HRS.  CELL DOORS OPENED.

1238 HRS.  TRAYS PICKED UP. RAZORS PICKED UP.

1443 HRS.  KELLEY RECEIVED STORE.

1450 HRS.  HAWKINS WAS GIVEN TYLENOL. ALSO STORE WAS GIVEN TO D BLOCK.

1458 HRS.  STORE WAS GIVEN TO THE REST OF THE BLOCKS.

1651HRS    JEFF WOODS IN B-BLOCK TO SEE NOBLE NIXON.

1700HRS    JEFF WOODS IN C-BLOCK TO SEE SCOTT AND EAST.

1746HRS    TRAYS PICKED UP AND MED GIVEN TO KELLEY.

TW JK

DAY SHIFT TOWER LOG
LIPSCOMB/PEOPLES
01/07/04

| | | |
|---|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT COMPLETE WITH 30 INMATES |
| 0630HRS | CELL DOORS LOCKED, BREAKFAST TRAYS SERVED |
| 0724HRS | TRAYS PICKED UP, ~~MEDS GIVEN TO KELLEY~~ HAWKINS, HARRIS REFUSED HIS EAR DROPS, TOILET PAPER HANDED OUT |
| 0730HRS | CELL DOORS OPENED |
| 0930HRS | CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE WITH 30 INMATES |
| 1032HRS | 2214 COMES TO THE BACK TO GET WILLIAM LEE AND TAKE HIM UP FRONT TO BE RELEASED |
| 1045HRS | WILLIAM LEE RELEASED PER JUDGE TEEL |
| 1107HRS | 2214 TO THE BACK TO HAND OUT MAIL |
| 1200HRS | TRAYS SERVED |
| 1230HRS | CELL DOORS OPENED, TRAYS PICKED UP, MEDS GIVEN TO KELLEY |
| 1310HRS | 2214 TO THE TOWER, 2256 TO DISPATCH.  JODY COLINS TAKEN TO BOOKING FOR BONDING BY COOSA BONDING. |
| 1458HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT (HEAD COUNT WAS LATE DUE TO BEING ON THE PHONE WITH TRI-CITY ABOUT RADIO PROBLEMS) |
| 1459HRS | FRUIT TO HAWKINS |
| 1650HRS | JODY COLINS RELEASED PER PIKE CO |
| 1655HRS | TRAYS SERVED |
| 1738HRS | TRAYS PICKED UP, BENEDRYL TO TAPLEY |
| 1744HRS | ~~MEDS TO KELLEY~~ 2253 TO THE TOWER, 2214 TO DISPATCH |



NIGHTSHIFT TOWER LOG
01-07-04
TAYLOR/ HARRIS

1914HRS      MCKINNEY BACK FROM WORK.

1930HRS      CELL DOORS UNLOCKED. CLEANING SUPPLIES TO ALL
BLOCKS.

2030HRS      SUPPLIES P/U AND CELL INSPECTIONS CONDUCTED.

2130HRS      MANDATORY HEADCOUNT CONDUCTED.

2154HRS      *C-BLOCK CALLED UP AND ASKED IF THE HEAT WAS STILL
BROKE.*

2200HRS      LOCKDOWN. BED MEDS ADMINISTERED.  LIGHTS IN FRONT OF
THE DEPT. HAVE NOT COME ON TONIGHT.

2400HRS      TAPE CHANGED.

0130HRS      WALKTHROUGH CONDUCTED.

0300HRS      WALKTHROUGH CONDUCTED.

0522HRS      COOLERS TO ALL BLOCKS.

DAYSHIFT TOWER LOG
LIPSCOMB/HAY
01-08-03

| | |
|---|---|
| 0600HRS | CELLS OPENED, HEAD COUNT COMPLETE AND CORRECT WITH 28 INMATES ACCOUNTED FOR. |
| 0602HRS | 2214 WALKED INTO C-BLOCK TO CHECK TEMP, IT SEEMED COMFORTABLE, NO REASON FOR THEM TO HAVE THEIR BLANKETS. |
| 0630HRS | TRAYS SERVED, TISSUE PASSED OUT FOR DAYROOMS |
| 0650HRS | ~~MEDS TO KELLEY~~, HAWKINS AND KENNETH HARRIS REFUSED HIS EAR DROPS. |
| 0703HRS | MCKINNEY TAKEN TO BOOKING TO GET READY FOR SCHOOL |
| 0711HRS | MCKINNEY LEFT FOR SCHOOL |
| 0715HRS | TRAYS PICKED UP |
| 0730HRS | CELL OPENED |
| 0840HRS | ~~KELLEY TO D-BLOCK FOR A SHOWER~~ |
| 0941HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 0951HRS | FRUIT TO HAWKINS |
| 0952HRS | ~~KELLEY RETURNED TO HOLDING~~ |
| 1113HRS | COOSA 2 TO THE TOWER TO CHECK A/C IN C-BLOCK |
| 1155HRS | TRAYS SERVED |
| 1206HRS | ~~MEDS TO KELLEY~~ |
| 1227HRS | TRAYS PICKED UP, MAIL DISTRIBUTED |
| 1310HRS | WORKING ON ALARM PANEL AND CAMERAS |
| 1344HRS | ROSA LEE RUSSELL ASSIGNED TO D-103 |
| 1417HRS | THOMAS SCARBROUGH TO THE LIBRARY TO SEE LAWYER MARK PAGENT |
| 1551HRS | FRUIT TO HAWKINS |
| 1700HRS | TRAYS SERVED |
| 1706HRS | ~~MEDS TO KELLEY~~ |
| 1744HRS | TRAYS PICKED UP, CLIPPERS PUT IN C-BLOCK |



NIGHTSHIFT TOWER LOG
01/08/04
TAYLOR/ D. HARRIS


1800HRS     INMATE COUNT IS 28.

1824HRS     MCKINNEY WAS RETURNED TO E-BLOCK.

1836HRS     HAWKINS SAID SHE WAS HURTING.  SHE WAS GIVEN
PERMISSION TO GO INTO HER CELL AND LIE DOWN.

1841HRS     PILLOW OUT IN C-BLOCK.  Z. SCOTT RETURNED IT TO HIS
CELL WHEN ASKED.

2015HRS     CLEANING SUPPLIES BROUGHT BACK TO CELL BLOCKS (LATE
DUE TO RESERVE MEETING).

2130HRS     MANDATORY HEADCOUNT CONDUCTED.

2136HRS     CLEANING SUPPLIES PICKED UP.

2200HRS     LOCKDOWN. BED MEDS ADMINISTERED.

2400HRS     TAPE CHANGED.

0035HRS     WALKTHROUGH CONDUCTED.

0310HRS     WALKTHROUGH CONDUCTED.

0510HRS     COOLERS TO ALL BLOCKS.

DAYSHIFT TOWER LOG
HAY/CALFEE
01-09-04

0600HRS      CELL DOORS OPENED AND MANDATORY HEADCOUNT
CONDUCTED.

0630HRS      BREAKFAST SERVED TO ALL INMATES, ~~MEDS GIVEN TO~~
~~KELLEY~~ AND HAWKINS. LAUNDRY AND DAYROOM BATHROOM TISSUE
PASSED OUT.

0709HRS      TRAYS PICKED UP.

0730HRS      CELL DOORS OPENED.

0825HRS      KILPATRICK MCKINNEY ESCORTED UP FRONT TO GET READY
FOR WORK.

0845HRS      TRUSTEES CLEANED VISITATION ROOM ON BOTH SIDES.
ESCORTED BY 2254.

0847HRS      ~~BRYAN KELLEY BROUGHT BACK TO BLOCK TO GET A~~
~~SHOWER.~~

0915HRS      MISSIE HAWKINS NOTIFIED THAT SHE WOULD NOT GET A
BEDTIME SNACK, BUT SHE COULD HAVE HER HEMORRHOID MEDICINE.

0930HRS      CELL DOORS LOCKED DOWN. MANDATORY HEAD COUNT,
29 TOTAL INMATES.

0950HRS      FRUIT TO MISSIE HAWKINS, RAZORS PASSED OUT TO TOSE
WHO NEEDED THEM. ~~BRYAN KELLEY FINISHED WITH WASHING THE BODY~~ 

1004 HRS.    CHARLES EAST ESCORTED TO THE FRONT FOR DR. APPT.

1035 HRS.    TAPLEY ESCORTED TO THE FRONT TO SEE 2201.

1115 HRS.    2212 JUST ARRIVED BACK WITH CHARLES EAST. HE WILL
REMAIN UP FRONT FOR MEDICAL OBSERVATION.

1131 HRS.    ~~KELLEY ESCORTED BACK TO THE FRONT.~~

1200 HRS.    LUNCH TRAYS SERVED

1252 HRS.    TRAYS AND RAZORS PICKED UP, MEDS GIVEN TO BRYAN
KELLEY

TW

1350 HRS.    MARGRET REEVES RELEASED ON BOND

1413 HRS.    SCOTT INGRAM RELEASED ON FINES PAID PER THE CLERKS OFFICE

1438 HRS.    CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE

1543 HRS.    MISSIE HAWKINS WAS BROUGHT UP FRONT FOR MEDICAL OBSERVATION.  SHE SAID SHE HAD SHARP PAINS IN HER STOMACH.  SHE WAS ALSO GIVEN SOME MYLANTA AND HER BOWL OF FRUIT.

1700 HRS.    TRAYS SERVED

1730HRS.    TRAYS PICKED UP, MEDS GIVEN TO KELLEY,

1740HRS.    KILPATRICK RETURNS FROM WORK

# NIGHTSHIFT TOWER LOG
## 01/09/04
### KELLEY/K. TAYLOR

| | |
|---|---|
| 1800HRS | HEAD COUNT COMPLETED ALL INMATES. ACCOUNTED FOR A TOTAL OF 28 |
| 1840HRS | EMS2 CALLED OUT TO CODE 1 FOR MISSIE HAWKINS. EMS2 WILL TRANSPORT HER TO RUSSELL ER. |
| 1903HRS | HAWKINS TRANSPORTED BY EMS2 TO RUSSELL ER. |
| 1930HRS | CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/ CLEAN UP BEGINS |
| 1935HRS | OUTSIDE SECURITY CHECK COMPLETED. DEPUTIES' OUTER DOOR WAS FOUND UNLOCKED. |
| 2034HRS | CLEANING SUPPLIES PICKED UP. UNIFORMS PICKED UP FROM A AND B BLOCKS TO BE WASHED. |
| 2130HRS | MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR |
| 2200HRS | TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT |
| 2400HRS | CHANGED OUT TAPES |
| 0110HRS | WALK THROUGH CONDUCTED |
| 0415HRS | WALK THROUGH CONDUCTED |
| 0500HRS | TRUSTEES WOKEN UP/ ICE TO ALL BLOCKS |



DAY SHIFT TOWER LOG
HAY/PEOPLES
01/10/04

 0600HRS    CELL DOORS OPENED MANDATORY HEADCOUNT COMPLETE
WITH 28 INMATES, ~~BRYAN KELLEY IN THE HOLDING CELL,~~
~~MISSIE HAWKINS IN THE D-BLOCK CELL BLOCK AND UNDER~~
~~MEDICAL OBSERVATION,~~ HAWKINS ALSO RECEIVED A BOWL
OF FRUIT WITH BREAKFAST

 0630HRS    CELL DOORS LOCKED, BREAKFAST TRAYS SERVED, ~~MISSIE~~
~~GAVE HER PROPERTY, BRYAN KELLEY, HARRIS, RE~~FUSED HIS EAR DROP
MEDICINE, HANDED OUT TISSUE AND PICKED UP WHITES TO
BE WASHED FROM A & B BLOCK AND GAVE OUT ORANGE
CLOTHES TO A & B BLOCK

 0704HRS    ~~BRYAN KELLEY BROUGHT BACK TO D-BLOCK TO TAKE A~~
~~SHOWER AND GET CLEANED UP~~

0710HRS    KENNETH HARRIS, JOHNNY KIRKPATRICK AND KIRBY
BARNETT TAKEN TO VISITATION

0725HRS    HARRIS, KIRKPATRICK AND BARNETT RETURN FROM
VISITATION

 0846HRS    ~~BRYAN KELLEYS CELL UP FRONT, IS GOING TO BE MOPED~~
~~AND CLEANED REAL GOOD, HE HAS ALSO BEEN GIVEN A~~
~~CHANGE OF LINENS AND A NEW MATTRESS~~

0923HRS    2212 GIVES MRS. HAWKINS HER BOWL OF FRUIT

0930HRS    CELL DOORS LOCKED, MANDATORY HEAD COUNT COMPLETE
WITH 28 INMATES, HAWKINS AND KELLEY ARE UP FRONT

1000HRS    MISSIE HAWKINS BROUGHT TO D-BLOCK TO GET A SHOWER
AND A CHANGE OF CLOTHES.

 1010HRS    ~~BRYAN KELLEY BROUGHT BACK TO VISITATION TO VISIT~~
~~WITH HIS FATHER TOMMIE KELLEY AND HIS BROTHER SHANE~~
~~KELLEY~~

 1025HRS    ~~BRYAN KELLEYS VISITATION TIME IS UP, BRYAN KELLEY~~
~~ESCORTED BACK TO THE FRONT FOR LOCK UP~~

*TW JP*

1031HRS    DONTRAVIS SMOOT ESCORTED TO VISITATION.

1047HRS    DONTRAVIS SMOOT ESCORTED BACK TO HIS CELL BLOCK FROM VISITATION.

1105HRS    LUNCH SERVED TO ALL INMATES, MEDS GIVEN TO KELLEY.

1135HRS    LUNCH TRAYS PICKED UP, MISSIE HAWKINS BROUGHT BACK UP FRONT TO HER HOLDING CELL.

1208HRS    GREG SOLLEY AND BILLY JOE GRAY ESCORTED TO VISITATION.

1225HRS    GREG SOLLEY AND BILLY JOE GRAY ESCORTED BACK TO C-BLOCK AFTER VISITATION.

1230HRS    CELL DOORS OPENED.

1303HRS    CHARLES EAST TO VISITATION

1320HRS    CHARLES EAST BACK TO C BLOCK

1330HRS    DANIEL BARNETT AND UNDRELL POWELL TO VISITATION

1345HRS    DANIEL BARNETT AND UNDRELL POWELL BACK TO C-BLOCK

1358HRS    THOMAS SCARBROUGH TO VISITATION

1415HRS    THOMAS SCARBROUGH BACK TO C BLOCK

1420HRS    REV. RICHARD VARNER HER TO SEE JOHNNY KIRKPATRICK. KIRKPATRICK AND REV. VARNER TO LIBRARY.

1430HRS    INMATES UP, CELLS LOCKED AND MANDATORY HEAD COUNT COMPLETE

1554HRS    REV. VARNER LEAVING. KIRKPATRICK ESCORTED BACK TO A BLOCK

1611HRS    RANDOM HEADCOUNT CONDUCTED AND COMPLETE. ALL INMATES ACCOUNTED FOR

1653HRS    SUPPER TRAYS SERVED

1731HRS    SUPPER TRAYS PICKED UP



# NIGHTSHIFT TOWER LOG
## 01/10/04
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A TOTAL OF 28

1930HRS    CELLS UNLOCKED/ CLEANING SUPPLIES PASSED OUT/CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    TRUSTEES WOKEN / ICE GIVEN TO ALL BLOCKS EXCEPT A BLOCK THEY DID NOT EMPTY COOLER



DAY SHIFT TOWER LOG
CALFEE/PEOPLES
01/11/04

0600HRS        CELL DOORS OPENED, MANDATORY HEAD COUNT TAKEN, 28
               INMATES ACCOUNTED FOR.

0630HRS        TRAYS SERVED, ~~MEDS GIVEN TO KELLEY~~ AND HAWKINS.

0707HRS        BREAKFAST TRAYS PICKED UP, IBUPROFEN GIVEN TO
DINGMAN

0730HRS        CELL DOORS OPENED

0930 HRS       CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN, 28
               INMATES ACCOUNTED FOR.

1018 HRS.      2254 TO TOWER.

1021 HRS.      RANDOM HEAD COUNT COMPLETED. (A-4 / B-7 / C-9 / D-2 / E-1 /
               HOLDING-1 / DETOX-1 / TRUSTEES-3 / TOTAL OF 28 INMATES).

1121 HRS.      ~~HAWKINS AND KELLEY ESCORTED TO THE BACK TO GET THEIR~~
               ~~SHOWERS.~~

1154 HRS.      TRAYS SERVED.

1230 HRS.      ~~TRAYS PICKED UP. CELL DOORS OPENED HAWKINS AND~~
               ~~KELLEY ESCORTED BACK TO THE FRONT FROM THEIR~~
               ~~SHOWERS.~~

1310 HRS.      ~~KELLEY WAS GIVEN HIS MEDS.~~

1317 HRS.      EAST WAS GIVEN TWO IBUPROFEN.

1319 HRS.      MCKINNEY ESCORTED TO THE FRONT FOR VISITATION.

1324 HRS.      2255 TO TOWER.

1430 HRS.      CELL DOORS LOCKED, MANDATORY HEAD COUNT TAKEN
               WITH 28 INMATES ACCOUNTED FOR

1529 HRS.      MCKINNEY BACK FROM VISITATION, SEARCHED BY 2202 AND
               BROUGHT BACK TO E BLOCK

1543 HRS.    BOWL OF FRUIT WAS GIVEN TO HAWKINS

1658 HRS.    2254 TO TOWER. RANDOM HEAD COUNT COMPLETED. (A-4 / B-7 / C-9 / D-2 / E-1 / HOLDING-1 / DETOX-1 / TRUSTEES-3 / TOTAL OF 28 INMATES).

1705 HRS.    TRAYS SERVED ~~MEDS WERE GIVEN TO KELLEY~~

1732 HRS.    TRAYS PICKED UP.

# NIGHTSHIFT TOWER LOG
## 01/11/04
### KELLEY/ HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES ACCOUNTED FOR A
TOTAL OF 28

1920HRS    CLEANING SUPPLIES PASSED OUT

1930HRS    CELLS UNLOCK/ CLEAN UP BEGINS

2030HRS    CLEANING SUPPLIES PICKED UP

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0100HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    TRUSTEES WOKEN/ ICE TO ALL BLOCKS



01-12-2004
DAY SHIFT TOWER LOG
LIPSCOMB/HAY

| | |
|---|---|
| 0600HRS | CELLS OPENED, HEAD COUNT COMPLETE AND CORRECT. |
| 0630HRS | TRAYS SERVED, LINENS PICKED UP |
| 0644HRS | MEDS TO KELLEY AND HAWKINS HARRIS REFUSED EARDROPS |
| 0650HRS | KELLEY TO E-BLOCK TO SHOWER |
| 0715HRS | TRAYS PICKED UP |
| 0825HRS | MCKINNEY TO BOOKING TO GET READY FOR SCHOOL |
| 0927HRS | KELLEY BACK TO HOLDING |
| 0935HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT. |
| 1104HRS | HAWKINS BROUGHT TO D-BLOCK TO SHOWER FOR DR APPOINTMENT THIS AFTERNOON |
| 1205HRS | TRAYS SERVED. CLIPPERS TO B-BLOCK |
| 1216HRS | HAWKINS MOVED BACK TO DE-TOX |
| 1219HRS | MED TO KELLEY |
| 1238HRS | HAWKINS TAKEN TO DR BY 2213 |
| 1240HRS | TRAYS PICKED, LINENS DISTRIBUTED, CELLS OPENED |
| 1354HRS | MAIL DISTRIBUTED |
| 1403HRS | BACK FROM DR. GEORGE'S OFFICE IN ALEX CITY. PLACED BACK IN HER HOLDING CELL FOR OBSERVATION. |
| 1407HRS | 2214 TO DISPATCH AND 2212 TO THE TOWER. |
| 1423HRS | EARL GILBERT RELEASED PER FINES PAID THROUGH COOSA CO AND ELMORE CO. |
| 1430HRS | CELL DOORS CLOSED. MANDATORY HEAD COUNT DONE. HEAD COUNT IS CORRECT AT 28. |
| 1702HRS | DINNER SERVED TO ALL CELL BLOCKS, MEDS GIVEN TO KELLEY. |
| 1726HRS | DAVID KILGORE BROUGHT BACK TO B-202, COUNT IS 29. |
| 1739HRS | DINNER TRAYS PICKED UP, CLIPPERS IN B-BLOCK TORE UP WHEN RODERICK EDWARDS PLUGGED THEM IN THE WALL SOCKET. |

**NIGHTSHIFT TOWER LOG**
**1-12-04**
**TAYLOR/ HARRIS**

**1835HRS   NON-MANDATORY HEADCOUNT CONDUCTED AND CORRECT.  A-4, B-9, C-9, D-3, E-1, AND TRUSTEES- 3.**

**1906HRS   MCKINNEY BACK FROM SCHOOL.**

**1918HRS   MCKINNEY BACK TO E BLOCK.**

**1930HRS   CELL DOORS OPENED. CLEANING SUPPLIES PASSED OUT.**

**SMOOT CALLED UP AND STATED THAT HIS LIGHT IS OUT COMPLETELY NOW.**

**2032HRS   CLEANING SUPPLIES PICKED UP.**

**2044HRS   HAWKINS TO THE LIBRARY.**

**2059HRS   DAYS WITH ICE TO TOWER.**

**2122HRS   CELL INSPECTIONS CONDUCTED.**

**2132HRS   MANDATORY HEADCOUNT CONDUCTED.**

**2200HRS   LOCKDOWN. MEDS ADMINISTERED.**

**2400HRS   TAPE CHANGED.**

**0114HRS   WALKTHROUGH CONDUCTED.**

**0406HRS   WALKTHROUGH CONDUCTED.**

**0500HRS   ICE TO ALL BLOCKS.**

DAY SHIFT TOWER LOG
LIPSCOMB/ PEOPLES
01/13/04

| | |
|---|---|
| 0600HRS | CELL DOORS OPENED, MANDATORY HEAD COUNT TAKEN AND COMPLETE WITH 29 INMATES. |
| 0630HRS | CELL DOORS LOCKED, BREAKFAST TRAYS SERVED. |
| 0710HRS | TRAYS PICKED UP, RAZORS HANDED OUT, ~~BRYAN KELLEY BROUGHT TO THE BACK TO B BLOCK TO TAKE A SHOWER,~~ MCKINNEY TAKEN TO THE FRONT TO GET READY FOR SCHOOL, MEDS GIVEN TO BRYAN KELLEY. |
| 0730HRS | CELL DOORS OPENED, MCKINNEY LEFT FOR SCHOOL. |
| 0808HRS | JAIL MINISTRIES BROUGHT BACK TO C BLOCK, CHRIS WALKER FROM B BLOCK WAS MOVED TO C BLOCK FOR CHURCH, GREG SOLLY AND THOMAS SCARBROUGH ALSO ATTENDED, BOBBY BUSIE WAS ALSO BROUGHT BACK FOR CHURCH SERVICES. |
| 0957HRS | 2214 CAME BACK TO TALK TO DAVID KILGORE. |
| 1040HRS | 2214 DISTRIBUTED MAIL |
| 1156HRS | 2214 TO THE TOWER, 2255 TO DISPATCH |
| 1203HRS | TRAYS SERVED |
| 1250HRS | TRAYS PICKED UP, CELLS OPENED |
| 1430HRS | CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT |
| 1500HRS | FRUIT TO HAWKINS |
| 1542HRS | KIRKPATRICK TO BOOKING TO TALK WITH 2203 |
| 1628HRS | KIRKPATRICK RETURNED TO A-BLOCK |
| 1656HRS | TRAYS SERVED |
| 1702HRS | KIRKPATRICK MOVING TO TRUSTEE STATUS |
| 1715HRS | TRAYS PICKED UP, KIRKPATRICK TO TRUSTEE CELL |
| 1721HRS | ~~MEDS GIVEN TO SHELLEY~~ |
| 1739HRS | OTTO ADAIR ASSIGNED TO C-203 |
| 1809HRS | ADAIR MOVED TO C-205 |
| 1809HRS | 2252 TO THE TOWER, 2214 TO DISPATCH |



NIGHTSHIFT TOWER LOG
01/13/04
TAYLOR/ D. HARRIS


1800HRS      INMATE COUNT IS 30.

1813HRS      OTTO ADAIR WAS PRINTED, DRESSED OUT, AND ASSIGNED TO
C-205 (WAS BOOKED ON DAYSHIFT).

1816HRS      ~~KELLEY OUT TO USE PHONE~~

1846HRS      ~~KELLEY BACK TO CELL FROM USING PHONE~~

1849HRS      PERIMETER CHECK DONE.

1930HRS      CELL DOORS OPENED AND MOP BUCKETS TO ALL BLOCKS.

2025HRS      MOP BUCKETS PICKED UP.

2130HRS      MANDATORY HEADCOUNT CONDUCTED. CELL INSPECTIONS
CONDUCTED.

2200HRS      LOCKDOWN. BED MEDS ADMINISTERED.

0000HRS      TAPE CHANGED.

0033HRS      WALKTHROUGH CONDUCTED.

0442HRS      WALKTHROUGH CONDUCTED.

0450HRS      COOLERS TO THE FRONT.

0520HRS      COOLERS BACK TO ALL BLOCKS.

0532HRS      TRUSTEES TO TOWER TO CLEAN.

DAYSHIFT TOWER LOG
01-14-04
CALFEE / GREEN

0600HRS    CELL DOORS OPENED AND ALL INMATES ACCOUNTED FOR

0630HRS    CELL DOORS LOCKED / TRAYS SERVED ~~MEDS GIVEN TO KELLEY AND HAWKINS~~

0700HRS    TRAYS PICKED UP

0730HRS    CELL DOORS UNLOCKED / TISSUE GIVEN TO EACH INMATE

0800HRS    ~~ALL IS QUIET IN TOWER KELLEY JUST LYING AND SLEEPING IN OBSERVATION~~

0920HRS    2212 BRINGS HAWKINS BOWL OF FRUIT

0930HRS    CELL DOORS LOCKED AND ALL INMATES ACCOUNTED FOR

0945HRS    ~~KELLEY BROUGHT TO BACK TO SHOWER IN E BLOCK~~

1000HRS    SOLLEY RELEASED ON TIME SERVED BY 2212

1015HRS    ~~KELLEY AND GRAY TAKEN TO FRONT TO GO TO DR CURRIE~~

1200HRS    LUNCH TRAYS SERVED

1230HRS    CELL DOORS OPENED / ~~MEDS GIVEN TO KELLEY~~ / MAIL PASSED OUT AND TRAYS PICKED UP

1420HRS    TYLENOL GIVEN TO GRAY FOR TOOTH PAIN OR LACK OF A TOOTH

1440HRS    CELL DOORS LOCKED AND HEAD COUNT COMPLETE

1607HRS    BRANDON SEARCY RELEASED ON TIME SERVED TO CLAY COUNTY

1630HRS    RODERICK EDWARDS MOVED TO TRUSTEE

1700HRS    DINNER TRAYS SERVED

1745HRS    TRAYS PICKED UP



1750HRS    INMATE COUNT / 3 IN "A" / 7 IN "B" / 10 IN "C" / 4 IN "D" / 1 IN
            "E" / 1 IN HOLDING, 4 TRUSTEES

1800HRS    KELLEY IN TOWER TO RELIEVE GREEN

# NIGHTSHIFT TOWER LOG
## 01/14/04
## KELLEY/ HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 30

1830HRS    OUTSIDE SECURITY CHECK COMPLETED
EVERYTHING WAS 10-4

1930HRS    CLEANING SUPPLIES PASSED OUT CLEAN UP BEGINS
CELL DOORS UNLOCKED

2030HRS    CLEANING SUPPLIES PICKED UP/ CELLS INSPECTION
COMPLETED

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR

2200HRS    TOTAL LOCK DOWN/ ALL CELL DOORS LOCKED/
BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH CONDUCTED

0400HRS    WALK THROUGH CONDUCTED

0500HRS    TRUSTEES WOKEN ICE TO ALL BLOCKS