# EXHIBIT 3
# PART 2
# EXHIBITS TO THE DEPOSITION
# OF AL BRADLEY

1-15-04
DAY SHIFT TOWER LOG
A. GREEN, D. HARRIS

0600HRS     CELL DOORS OPENED AND HEAD COUNT COMPLETE

0645HRS     TAPLEY RELEASED TO PARENTS TO GO TO REHAB / CELL
            DOORS LOCKED AND BREAKFAST TRAYS SERVED

0650HRS     ~~MEDS GIVEN TO KELLEY AND HAWKINS~~

0700HRS     ~~KELLEY BROUGHT BACK TO E BLOCK TO SHOWER AND
            MCKINNEY TOOK TO FRONT~~

0715HRS     TRAYS PICKED UP

0730HRS     CELL DOORS UNLOCKED

0930HRS     CELL DOORS LOCKED AND HEAD COUNT COMPLETE

1016HRS     FRUIT GIVEN TO HAWKINS

1030HRS     SHERUM UP FRONT FOR A BOND HEARING.

1053HRS     SHERUM RETURNED TO C-BLOCK.

1109HRS     OTTO ADAIR UP FRONT TO SEE JEFF WOODS.

1127HRS     ADAIR RETURNED TO C BLOCK.

1159HRS     LUNCH TRAYS SERVED.

1225HRS     LUNCH TRAYS PICKED UP.

1245HRS     2213 CHECKED ON MISSIE HAWKINS WHO WAS COMPLAINING
            OF BEING WEAK AND DIZZY. SGT. ADVISED STOP NEW MEDS
            FOR 24-HRS TO SEE IF IT WOULD MAKE A DIFFERENCE.

1300HRS     ~~MEDS GIVEN TO KELLEY~~

1430HRS     CELL DOORS LOCKED AND HEAD COUNT COMPLETE

1448HRS     2256 ESCORTING BILLY JOE GRAY UP FRONT TO USE PHONE
            TO CALL LAWYER.



1502HRS     GRAY BACK TO C-BLOCK.

1508HRS     SMOOT AND WALKER ESCORTED TO LIBRARY BY 2256.

1514HRS     SMOOT AND WALKER BACK TO B-BLOCK.

1700HRS     DINNER TRAYS SERVED

1730HRS     TRAYS PICKED AND MEDS GIVEN TO KELLEY

1800HRS     KELLEY TO TOWER

1-15-04
DAY SHIFT TOWER LOG
A. GREEN, D. HARRIS

0600HRS     CELL DOORS OPENED AND HEAD COUNT COMPLETE

0645HRS     TAPLEY RELEASED TO PARENTS TO GO TO REHAB / CELL
            DOORS LOCKED AND BREAKFAST TRAYS SERVED

0650HRS     ~~MEDS GIVEN TO KELLEY AND HAWKINS~~

0700HRS     ~~KELLEY BROUGHT BACK TO E-BLOCK TO SHOWER AND
            MCKINNEY TOOK UP FRONT~~

0715HRS     TRAYS PICKED UP

0730HRS     CELL DOORS UNLOCKED

0930HRS     CELL DOORS LOCKED AND HEAD COUNT COMPLETE

1016HRS     FRUIT GIVEN TO HAWKINS

1030HRS     SHERUM UP FRONT FOR A BOND HEARING.

1053HRS     SHERUM RETURNED TO C-BLOCK.

1109HRS     OTTO ADAIR UP FRONT TO SEE JEFF WOODS.

1127HRS     ADAIR RETURNED TO C BLOCK.

1159HRS     LUNCH TRAYS SERVED.

1225HRS     LUNCH TRAYS PICKED UP.

1245HRS     2213 CHECKED ON MISSIE HAWKINS WHO WAS COMPLAINING
            OF BEING WEAK AND DIZZY. SGT. ADVISED STOP NEW MEDS
            FOR 24-HRS TO SEE IF IT WOULD MAKE A DIFFERENCE.

1300HRS     ~~MEDS GIVEN TO KELLEY~~

1430HRS     CELL DOORS LOCKED AND HEAD COUNT COMPLETE

1448HRS     2256 ESCORTING BILLY JOE GRAY UP FRONT TO USE PHONE
            TO CALL LAWYER.



1502HRS    GRAY BACK TO C-BLOCK.

1508HRS    SMOOT AND WALKER ESCORTED TO LIBRARY BY 2256.

1514HRS    SMOOT AND WALKER BACK TO B-BLOCK.

1700HRS    DINNER TRAYS SERVED

1730HRS    TRAYS PICKED AND MEDS GIVEN TO KELLEY

1800HRS    KELLEY TO TOWER

# NIGHTSHIFT TOWER LOG
## 01/15/04
## KELLEY/HARRIS

1800HRS    HEAD COUNT COMPLETED ALL INMATES
ACCOUNTED FOR A TOTAL OF 29

1930HRS    CLEANING SUPPLIES PASSED OUT CLEAN UP BEGINS
CELL DOORS UNLOCKED

2130HRS    MANDATORY HEAD COUNT COMPLETED ALL
INMATES ACCOUNTED FOR/ CLEANING SUPPLIES
PICKED UP

2200HRS    TOTAL LOCK DOWN/ BEDTIME MEDS GIVEN OUT

2400HRS    CHANGED OUT TAPE

0200HRS    WALK THROUGH

0400HRS    WALK THROUGH

0500HRS    ICE TO ALL BLOCKS



1-16-04
DAY SHIFT TOWER LOG
GREEN / HAY / LIPSCOMB

0600HRS     CELL DOORS OPENED AND HEADCOUNT COMPLETE

0640HRS     TRAYS SERVED, LAUNDRY TO C AND D BLOCKS

0715HRS     ~~TRAYS PICKED UP, MEDS TO KELLEY AND HAWKINS~~

0730HRS     CELLS OPENED

0756HRS     MCKINNEY TO BOOKING TO GET READY FOR WORK

0811HRS     ~~KELLEY TO C BLOCK FOR A SHOWER, RAZORS, SOAP, TOOTH PASTE AND TOOTHBRUSHES OFFERED TO ALL BLOCKS~~

0930HRS     CELLS LOCKED, HEAD COUNT COMPLETE AND CORRECT

0949HRS     FRUIT TO HAWKINS, HAWKINS TAKEN TO DETOX FOR MEDICAL OBSERVATION

1014HRS     SAFETY COM HERE TO SERVICE THE ALARM SYSTEM IN THE KITCHEN

1034HRS     ~~KELLEY BACK TO HOLDING~~

1200HRS     TRAYS SERVED

1240HRS     ~~MEDS GIVEN TO KELLEY~~

1243HRS     TRAYS PICKED UP, CELLS OPENED.  WILLIAM HARRIS TO BOOKING FOR RELEASE.

1304HRS     HARRIS RELEASED ON TIME SERVED

1307HRS     2256 TO THE TOWER, 2214 TO DISPATCH

1311HRS     GREEN TO TOWER AND LIPSCOMB TO FRONT

1320HRS     RODERICK EDWARDS RELEASED TO TALLAPOOSA COUNTY ON FINES PAID

1325HRS     KIRKPATRICK BROUGHT BACK TO A BLOCK FOR HAIR CUT

1430HRS     ~~KELLEY BEING TAKEN TO RUSSELL ER~~

1506HRS     ROSA LEE RUSSELL RELEASED ON FINES PAID

1520HRS     CELL DOORS LOCKED AND HEAD COUNT COMPLETE AT 26

1536HRS     MACINTYRE "LAWYER" TO SEE HARRIS AND SHERUM

1700HRS     DINNER TRAYS SERVED

1730HRS     PICKING UP TRAYS, RAZORS AND PASS OUT MAIL ALSO
            SHERUM TO FRONT TO EAT AND HIS LAWYER IS GONE

1750HRS     D.HARRIS TO TOWER SHERUM RETURNED TO C BLOCK AND
            MCKINNEY TO E BLOCK FROM WORK RELEASE

NIGHTSHIFT TOWER LOG
01-16-04
HARRIS/HARRIS

1800HRS        NON MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

1823HRS        ~~KEEEBY CELL CLEANED OUT AND UP PER 2213~~

1925HRS        CELL DOORS OPENED IN PREPARATION FOR CLEAN UP.

1944HRS        CLEANING SUPPLIES OUT TO ALL BLOCKS.

2031HRS        2204 HERE WITH MATTHEW CARDEN. FULLY PROCESSED AND PLACED IN B203.  INMATE COUNT IS NOW 27.

2044HRS        CLEANING SUPPLIES PICKED UP ALONG WITH UNIFORMS FROM A AND B BLOCKS. CELL INSPECTIONS CONDUCTED.

2130HRS        MANDATORY HEADCOUNT CONDUCTED AND CORRECT.

2200HRS        LOCKDOWN.

2258HRS        2207 AND 2204 HERE WITH HAZEL HERRON FOR DUI. SUBJECT BLEW .21. SHE WAS PROCESSED BUT WAS NOT FINGERPRINTED. INMATE COUNT IS NOW 27.

2400HRS        TAPE CHANGED.

0106HRS        WALKTHROUGH CONDUCTED.

0253HRS        WALKTHROUGH CONDUCTED.

0530HRS        COOLERS TO THE FRONT.

0545HRS        COOLERS TO THE BACK.

# 2004 Attendance Controller

Please Print

Name: __BRADLEY, AL__
           Last        First      Middle

Department: __JATL__    Hire Date: _06 / 08 / 98_

Employee/Payroll # __439__

Vacation Time: _____  Sick Time: _____

### Codes

| | |
|---|---|
| A - Additional Hours | J - Jury Duty |
| B - Bereavement | K - Termination |
| C - Partial Hours Worked | L - Leave of Absence |
| D - Doctor's Appointment | M - Military Leave |
| E - Excused | N - No Call/No Show |
| F - FMLA | P - Personal |
| H - Holiday | S - Suspension |
| I - Illness - Self | T - Tardy |
| U - Unexcused | |
| V - Vacation | |
| X - Illness in the Family | |
| Y - Floating Holiday | |
| Z - Last Day Worked | |

☐ = Legal Public Holidays



Monthly attendance calendars for January through December (hand-marked with codes such as X, 12, V-12).

Notes (January) _____
Notes (February) _____
Notes (March) _____
Notes (April) _____
Notes (May) _____
Notes (June) _____
Notes (July) _____
Notes (August) _____
Notes (September) _____
Notes (October) _____
Notes (November) _____
Notes (December) _____

COOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| 02/04/03 | 06:42:43 | 2215 | 41 | 0600 HRS. | 2215 |
| 02/04/03 | 18:02:49 | 2215 | 42 | 12 HRS | 2215 |
| 02/07/03 | 05:57:07 | 2215 | 41 | 0600 HRS | 2215 |
| 02/07/03 | 18:02:14 | 2215 | 42 | 12 HRS | 2215 |
| 02/08/03 | 06:14:54 | 2215 | 41 | 0600 HRS | 2215 |
| 02/08/03 | 18:00:06 | 2215 | 42 | 12 HRS | 2215 |
| 02/09/03 | 06:14:30 | 2215 | 41 | 0600 HRS | 2215 |
| 02/09/03 | 18:05:27 | 2215 | 42 | 12 HRS | 2215 |
| 02/12/03 | 06:11:20 | 2215 | 41 | 1800HRS | 2256 |
| 02/12/03 | 18:01:37 | 2215 | 42 | 12 HRS | 2215 |
| 02/13/03 | 06:02:21 | 2215 | 41 | 0600 HRS | 2215 |
| 02/13/03 | 18:34:36 | 2215 | 42 | 12 HRS | 2255 |
| 02/17/03 | 06:05:54 | 2215 | 41 | 0600HRS | 2256 |
| 02/17/03 | 17:59:46 | 2215 | 42 | 12 HRS | 2215 |
| 02/18/03 | 06:00:58 | 2215 | 41 | 0600 HRS | 2215 |
| 02/19/03 | 02:08:32 | 2215 | 42 | | 2215 |
| 02/21/03 | 06:01:40 | 2215 | 41 | 0600 HRS. | 2215 |
| 02/21/03 | 18:03:53 | 2215 | 42 | 12 HRS | 2215 |
| 02/22/03 | 06:19:38 | 2215 | 41 | 0600 HRS. | 2215 |
| 02/22/03 | 18:05:20 | 2215 | 42 | 12 HRS | 2215 |
| 02/23/03 | 06:06:51 | 2215 | 41 | 0600 HRS | 2215 |
| ?23/03 | 18:00:30 | 2215 | 42 | 12 HRS | 2215 |
| 2/26/03 | 06:13:49 | 2215 | 41 | 0600 HRS. | 2215 |
| 02/26/03 | 17:54:08 | 2215 | 42 | 0600 HDRS | 2215 |
| 02/27/03 | 06:14:20 | 2215 | 41 | 0600 HRS | 2215 |
| 02/27/03 | 18:01:59 | 2215 | 42 | 12 HRS | 2215 |
| 03/03/03 | 06:08:52 | 2215 | 41 | 0600 HRS | 2215 |
| 03/03/03 | 18:00:56 | 2215 | 42 | 12 HRS | 2215 |
| 03/04/03 | 06:11:29 | 2215 | 41 | | 2215 |
| 03/04/03 | 18:17:28 | 2215 | 42 | 12 HRS | 2215 |
| 03/07/03 | 06:02:20 | 2215 | 41 | 0600 HRS. | 2252 |
| 03/07/03 | 18:12:18 | 2215 | 42 | 12 HOURS | 2252 |
| 03/08/03 | 06:02:44 | 2215 | 41 | 0600 HRS | 2215 |
| 03/08/03 | 18:03:08 | 2215 | 42 | 12 HRS | 2215 |
| 03/09/03 | 06:24:15 | 2215 | 41 | 0600 HRS. | 2215 |
| 03/09/03 | 17:56:54 | 2215 | 42 | 12 HRS | 2215 |
| 03/12/03 | 05:59:27 | 2215 | 41 | 0600 HRS | 2215 |
| 03/12/03 | 17:59:45 | 2215 | 42 | 12 HRS | 2215 |
| 03/13/03 | 06:14:00 | 2215 | 41 | 0600 HRS | 2215 |
| 03/13/03 | 18:19:41 | 2215 | 42 | 12HRS | 2215 |
| 03/17/03 | 06:04:15 | 2215 | 41 | 0600 HRS | 2215 |
| 03/17/03 | 20:25:45 | 2215 | 42 | | 2255 |
| 03/18/03 | 06:02:25 | 2215 | 41 | 0600 HRS | 2215 |
| 03/18/03 | 17:59:29 | 2215 | 42 | 1200 HRS | 2215 |
| 03/21/03 | 06:04:13 | 2215 | 41 | 0600 HRS | 2215 |

COOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| 03/21/03 | 17:58:48 | 2215 | 42 | 1200 HRS | 2215 |
| 03/22/03 | 06:02:05 | 2215 | 41 | 0600 HRS | 2215 |
| 03/22/03 | 18:00:47 | 2215 | 42 | 1200 HRS | 2215 |
| 03/23/03 | 06:29:37 | 2215 | 41 | 0600 HRS | 2215 |
| 03/23/03 | 18:08:40 | 2215 | 42 | 12 HRS | 2215 |
| 03/26/03 | 06:04:53 | 2215 | 41 | 0600 HRS | 2215 |
| 03/26/03 | 18:06:04 | 2215 | 42 | 12 HRS | 2215 |
| 03/27/03 | 06:12:15 | 2215 | 41 | 0600 HRS. | 2215 |
| 03/27/03 | 18:35:39 | 2215 | 42 | 12 HRS | 2215 |
| 03/31/03 | 06:07:22 | 2215 | 41 | 0600 HRS | 2215 |
| 03/31/03 | 18:00:52 | 2215 | 42 | 1200 HRS | 2215 |
| 04/01/03 | 06:14:28 | 2215 | 41 | | 2215 |
| 04/01/03 | 18:04:30 | 2215 | 42 | 12 HRS | 2215 |
| 04/04/03 | 06:39:01 | 2215 | 41 | 0600 HRS | 2215 |
| 04/04/03 | 18:05:57 | 2215 | 42 | 12 HRS | 2253 |
| 04/05/03 | 06:01:12 | 2215 | 41 | AT 0600 HRS | 2253 |
| 04/05/03 | 18:01:41 | 2215 | 42 | 12 | 2215 |
| 04/06/03 | 06:10:10 | 2215 | 41 | 0600 HRS | 2215 |
| 04/06/03 | 18:00:25 | 2215 | 42 | 12 HRS. | 2215 |
| 04/09/03 | 06:12:42 | 2215 | 41 | 0600 HRS. | 2215 |
| 04/09/03 | 18:05:45 | 2215 | 42 | 12 HRS | 2215 |
| 04/10/03 | 06:01:23 | 2215 | 41 | 0600 HRS | 2215 |
| 04/10/03 | 17:58:35 | 2215 | 42 | 12 HRS | 2215 |
| 04/14/03 | 06:14:53 | 2215 | 41 | 0600 HRS | 2215 |
| 04/14/03 | 17:57:52 | 2215 | 42 | 12 HRS. | 2215 |
| 04/15/03 | 06:02:13 | 2215 | 41 | 0600 HRS | 2257 |
| 04/15/03 | 18:04:39 | 2215 | 42 | 12 HRS | 2215 |
| 04/18/03 | 06:40:11 | 2215 | 41 | 0600 HRS | 2215 |
| 04/18/03 | 18:01:35 | 2215 | 42 | 12 HRS. | 2256 |
| 04/19/03 | 06:23:03 | 2215 | 41 | | 2254 |
| 04/19/03 | 17:57:30 | 2215 | 42 | 12 HRS. | 2253 |
| 04/20/03 | 06:12:55 | 2215 | 41 | 0600 HRS | 2215 |
| 04/20/03 | 18:05:26 | 2215 | 42 | 12 HRS | 2215 |
| 04/23/03 | 06:07:02 | 2215 | 41 | | 2252 |
| 04/23/03 | 18:06:41 | 2215 | 42 | 12 HRS | 2256 |
| 04/24/03 | 06:06:33 | 2215 | 41 | | 2254 |
| 04/24/03 | 18:25:32 | 2215 | 42 | 12 HRS | 2215 |
| 04/28/03 | 05:59:11 | 2215 | 41 | 0600 HRS. | 2215 |
| 04/28/03 | 17:57:41 | 2215 | 42 | 12 HRS | 2215 |
| 04/29/03 | 06:06:24 | 2215 | 41 | | 2254 |
| 04/29/03 | 17:58:30 | 2215 | 42 | 12 HRS. | 2215 |
| 05/02/03 | 06:01:55 | 2215 | 41 | 0600 HRS | 2214 |
| 05/02/03 | 18:00:36 | 2215 | 42 | 12 HRS | 2215 |
| 05/04/03 | 06:04:01 | 2215 | 41 | 0600 HRS | 2215 |
| 05/04/03 | 18:17:18 | 2215 | 42 | 12 HRS | 2215 |

COOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| 05/07/03 | 06:27:56 | 2215 | 41 | 0600 HRS. | 2215 |
| 05/07/03 | 18:10:20 | 2215 | 42 | 12HRS | 2215 |
| 05/08/03 | 06:06:36 | 2215 | 41 | 0600 HRS | 2215 |
| 05/08/03 | 17:58:36 | 2215 | 42 | 12 HRS | 2215 |
| 05/12/03 | 06:20:42 | 2215 | 41 | 0600 HRS | 2215 |
| 05/12/03 | 18:17:31 | 2215 | 42 | 12 HRS | 2253 |
| 05/13/03 | 06:10:16 | 2215 | 41 | 0600 HRS | 2215 |
| 05/13/03 | 17:58:19 | 2215 | 42 | 12 HRS. | 2215 |
| 05/16/03 | 06:18:04 | 2215 | 41 | 0600 HRS | 2215 |
| 05/16/03 | 18:09:35 | 2215 | 42 | 12 HRS | 2215 |
| 05/17/03 | 06:01:46 | 2215 | 41 | | 2254 |
| 05/17/03 | 17:58:23 | 2215 | 42 | 12 HRS | 2215 |
| 05/18/03 | 06:50:18 | 2215 | 41 | 0600 HRS. | 2215 |
| 05/18/03 | 18:02:43 | 2215 | 42 | 12 HRS | 2215 |
| 05/21/03 | 07:21:37 | 2215 | 41 | 0600 HRS | 2215 |
| 05/21/03 | 18:14:05 | 2215 | 42 | 12 HRS | 2256 |
| 05/22/03 | 06:44:01 | 2215 | 41 | 0600 HRS | 2215 |
| 05/22/03 | 18:08:21 | 2215 | 42 | 12 HRS. | 2215 |
| 05/26/03 | 06:06:24 | 2215 | 41 | | 2254 |
| 05/26/03 | 17:57:44 | 2215 | 42 | 12 HRS. | 2215 |
| 05/27/03 | 06:01:39 | 2215 | 41 | | 2254 |
| 5/27/03 | 18:01:25 | 2215 | 42 | 12 HRS. | 2215 |
| 5/30/03 | 06:04:20 | 2215 | 41 | 0600 HRS. | 2215 |
| 05/30/03 | 18:12:18 | 2215 | 42 | 12 HRS | 2215 |
| 05/31/03 | 06:00:02 | 2215 | 41 | | 2254 |
| 05/31/03 | 18:06:30 | 2215 | 42 | 12 HRS | 2215 |
| 06/01/03 | 06:55:32 | 2215 | 41 | 0600 HRS | 2215 |
| 06/01/03 | 18:06:34 | 2215 | 42 | 12 HRS | 2215 |
| 06/04/03 | 06:03:23 | 2215 | 41 | 0600 HRS | 2215 |
| 06/04/03 | 18:02:48 | 2215 | 42 | 12 | 2215 |
| 06/05/03 | 06:02:46 | 2215 | 41 | | 2254 |
| 06/05/03 | 19:05:42 | 2215 | 42 | 12 HRS | 2215 |
| 06/09/03 | 06:08:17 | 2215 | 41 | | 2252 |
| 06/09/03 | 18:46:02 | 2215 | 42 | 12 HRS | 2215 |
| 06/10/03 | 05:59:23 | 2215 | 41 | 0600 HRS | 2215 |
| 06/10/03 | 18:00:29 | 2215 | 42 | 12 HRS | 2254 |
| 06/13/03 | 06:14:04 | 2215 | 41 | 0600 HRS | 2215 |
| 06/13/03 | 18:30:44 | 2215 | 42 | 12HRS | 2215 |
| 06/14/03 | 06:00:17 | 2215 | 41 | | 2254 |
| 06/14/03 | 18:05:53 | 2215 | 42 | 12 HRS | 2215 |
| 06/15/03 | 06:10:17 | 2215 | 41 | | 2254 |
| 06/15/03 | 17:58:28 | 2215 | 42 | 12 HRS | 2215 |
| 06/18/03 | 06:44:24 | 2215 | 41 | 0600 HRS | 2215 |
| 06/18/03 | 18:00:41 | 2215 | 42 | | 2215 |
| 06/19/03 | 06:45:19 | 2215 | 41 | 0600 HRS. | 2215 |

COOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| 06/19/03 | 18:07:57 | 2215 | 42 | 12 HRS | 2215 |
| 06/23/03 | 06:04:15 | 2215 | 41 | 0600 HRS | 2215 |
| 06/23/03 | 18:09:13 | 2215 | 42 | 12 HRS | 2215 |
| 06/24/03 | 06:10:40 | 2215 | 41 |  | 2215 |
| 06/24/03 | 18:04:58 | 2215 | 42 | 12 HRS | 2256 |
| 06/27/03 | 06:00:08 | 2215 | 41 | 0600 HRS | 2215 |
| 06/27/03 | 18:30:54 | 2215 | 42 | 12HRS | 2215 |
| 06/28/03 | 06:11:05 | 2215 | 41 | 0600 HRS | 2215 |
| 06/28/03 | 18:13:52 | 2215 | 42 | 12 HRS | 2254 |
| 06/29/03 | 06:19:22 | 2215 | 41 | 0600HRS | 2256 |
| 06/29/03 | 18:03:56 | 2215 | 42 | 12 HRS | 2215 |
| 07/02/03 | 06:06:26 | 2215 | 41 | 0600 | 2252 |
| 07/02/03 | 17:59:33 | 2215 | 42 | 12 HRS | 2215 |
| 07/03/03 | 05:59:26 | 2215 | 41 |  | 2256 |
| 07/03/03 | 17:58:49 | 2215 | 42 | 12 HRS | 2215 |
| 07/07/03 | 06:01:39 | 2215 | 41 |  | 2215 |
| 07/07/03 | 18:00:42 | 2215 | 42 | 12 HRS | 2215 |
| 07/08/03 | 06:04:34 | 2215 | 41 | 0600 HRS | 2215 |
| 07/08/03 | 17:58:24 | 2215 | 42 |  | 2256 |
| 07/11/03 | 06:02:43 | 2215 | 41 |  | 2215 |
| 07/11/03 | 18:00:56 | 2215 | 42 | 12 HRS | 2215 |
| 7/11/03 | 23:19:27 | 2215 | 41 | 2300 | 2254 |
| 7/11/03 | 23:19:44 | 2215 | 42 | 2330 | 2254 |
| 07/12/03 | 06:03:07 | 2215 | 41 |  | 2254 |
| 07/12/03 | 18:16:16 | 2215 | 42 | 12 HRS | 2215 |
| 07/13/03 | 06:08:34 | 2215 | 41 | 0600 HRS | 2215 |
| 07/13/03 | 18:00:52 | 2215 | 42 | 12 HRS | 2215 |
| 07/16/03 | 06:11:41 | 2215 | 41 |  | 2252 |
| 07/16/03 | 19:21:41 | 2215 | 42 |  | 2254 |
| 07/17/03 | 06:05:11 | 2215 | 41 |  | 2256 |
| 07/17/03 | 18:36:04 | 2215 | 42 | 12HRS | 2256 |
| 07/25/03 | 06:15:06 | 2215 | 41 |  | 2256 |
| 07/25/03 | 18:08:56 | 2215 | 42 |  | 2253 |
| 07/26/03 | 06:08:25 | 2215 | 41 | 0600 HRS | 2215 |
| 07/26/03 | 18:08:35 | 2215 | 42 |  | 2254 |
| 07/27/03 | 06:41:56 | 2215 | 41 | 0600 HRS | 2215 |
| 07/27/03 | 17:41:12 | 2215 | 42 |  | 2254 |
| 07/30/03 | 06:03:31 | 2215 | 41 |  | 2215 |
| 07/30/03 | 17:58:36 | 2215 | 42 | 12 HRS | 2215 |
| 07/31/03 | 05:59:25 | 2215 | 41 | 0600 HRS | 2215 |
| 07/31/03 | 18:11:08 | 2215 | 42 | 12 HRS | 2256 |
| 08/04/03 | 06:10:21 | 2215 | 41 | 0600 HRS | 2215 |
| 08/04/03 | 18:00:37 | 2215 | 42 | 12 HRS | 2215 |
| 08/05/03 | 06:13:06 | 2215 | 41 | 0600 HRS | 2215 |
| 08/05/03 | 17:56:02 | 2215 | 42 | 12 HRS. | 2254 |

COOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| 08/08/03 | 05:59:46 | 2215 | 41 | 0600 HRS | 2215 |
| 08/08/03 | 17:59:52 | 2215 | 42 | 12 HRS | 2254 |
| 08/09/03 | 06:01:03 | 2215 | 41 | 0600 HRS | 2215 |
| 08/09/03 | 19:31:29 | 2215 | 42 | 12 HRS | 2251 |
| 08/10/03 | 06:17:31 | 2215 | 41 | | 2254 |
| 08/10/03 | 17:57:56 | 2215 | 42 | 12 HRS | 2215 |
| 08/13/03 | 06:00:16 | 2215 | 41 | 0600 HRS | 2215 |
| 08/13/03 | 19:54:03 | 2215 | 42 | | 2250 |
| 08/14/03 | 05:59:08 | 2215 | 41 | 0600 HRS | 2215 |
| 08/14/03 | 18:10:33 | 2215 | 42 | 12 HRS | 2251 |
| 08/18/03 | 06:07:49 | 2215 | 41 | | 2254 |
| 08/18/03 | 18:02:41 | 2215 | 42 | 12 HRS | 2254 |
| 08/19/03 | 05:56:32 | 2215 | 41 | | 2251 |
| 08/19/03 | 17:53:06 | 2215 | 42 | | 2254 |
| 08/22/03 | 06:08:09 | 2215 | 41 | | 2254 |
| 08/22/03 | 18:15:30 | 2215 | 42 | | 2251 |
| 08/23/03 | 06:03:25 | 2215 | 41 | 0600 HRS. | 2215 |
| 08/23/03 | 18:01:22 | 2215 | 42 | 12 HRS | 2215 |
| 08/24/03 | 06:00:34 | 2215 | 41 | 0600 HRS | 2215 |
| 08/24/03 | 18:01:57 | 2215 | 42 | 12 HRS | 2254 |
| 08/27/03 | 06:03:00 | 2215 | 41 | 0600 HRS | 2215 |
| 3/27/03 | 18:02:48 | 2215 | 42 | | 2215 |
| 08/28/03 | 06:02:31 | 2215 | 41 | 0600 HRS | 2215 |
| 08/28/03 | 17:58:26 | 2215 | 42 | 12 HRS | 2215 |
| 08/28/03 | 17:58:26 | 2215 | 42 | | 2215 |
| 09/01/03 | 06:02:35 | 2215 | 41 | 0600 HRS | 2215 |
| 09/01/03 | 18:48:17 | 2215 | 42 | | 2215 |
| 09/02/03 | 06:00:31 | 2215 | 41 | 0600 HRS | 2251 |
| 09/02/03 | 17:57:00 | 2215 | 42 | 12 HRS | 2215 |
| 09/05/03 | 06:01:55 | 2215 | 41 | 0600 HRS. | 2254 |
| 09/05/03 | 18:02:37 | 2215 | 42 | 12 HRS | 2215 |
| 09/06/03 | 12:59:02 | 2215 | 41 | AT 0600 HRS | 2254 |
| 09/06/03 | 18:01:16 | 2215 | 42 | 0600 HRS | 2251 |
| 09/07/03 | 06:21:44 | 2215 | 41 | 0600 HRS | 2251 |
| 09/07/03 | 18:05:38 | 2215 | 42 | 12 HRS | 2215 |
| 09/10/03 | 05:59:18 | 2215 | 41 | 0600 HRS. | 2215 |
| 09/10/03 | 18:02:01 | 2215 | 42 | 12 HRS | 2215 |
| 09/11/03 | 06:03:31 | 2215 | 41 | 0600 HRS. | 2251 |
| 09/11/03 | 18:00:13 | 2215 | 42 | 12 | 2215 |
| 09/15/03 | 06:04:36 | 2215 | 41 | 0600 HRS | 2215 |
| 09/15/03 | 17:57:02 | 2215 | 42 | 12 HRS | 2215 |
| 09/16/03 | 05:58:18 | 2215 | 41 | 0600 HRS | 2215 |
| 09/16/03 | 18:01:17 | 2215 | 42 | 12 HRS | 2215 |
| 09/19/03 | 06:06:20 | 2215 | 41 | 0600 HRS | 2215 |
| 09/19/03 | 18:09:51 | 2215 | 42 | 12 HRS | 2251 |

COOSA COUNTY SHERIFFS OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| 09/20/03 | 06:00:18 | 2215 | 41 | | 2254 |
| 09/20/03 | 18:06:14 | 2215 | 42 | 12 HRS. | 2215 |
| 09/21/03 | 05:59:26 | 2215 | 41 | 0600 HRS. | 2215 |
| 09/21/03 | 18:03:41 | 2215 | 42 | 12 HRS | 2215 |
| 09/24/03 | 05:59:41 | 2215 | 41 | 0600 HRS | 2215 |
| 09/24/03 | 17:57:34 | 2215 | 42 | 12 HRS | 2215 |
| 09/25/03 | 06:01:03 | 2215 | 41 | 0600 HRS | 2215 |
| 09/25/03 | 17:49:42 | 2215 | 42 | 12 HRS | 2215 |
| 09/29/03 | 06:02:43 | 2215 | 41 | | 2254 |
| 09/29/03 | 18:05:49 | 2215 | 42 | 12 HRS. | 2215 |
| 09/30/03 | 06:07:42 | 2215 | 41 | 0600 HRS | 2215 |
| 09/30/03 | 18:07:40 | 2215 | 42 | 12 HRS | 2215 |
| 10/03/03 | 06:04:33 | 2215 | 41 | 0600 HRS | 2215 |
| 10/03/03 | 18:09:54 | 2215 | 42 | | 2215 |
| 10/04/03 | 06:02:08 | 2215 | 41 | 0600 HRS | 2215 |
| 10/04/03 | 18:01:56 | 2215 | 42 | 12 HRS | 2215 |
| 10/05/03 | 06:03:14 | 2215 | 41 | 0600 HRS | 2215 |
| 10/05/03 | 18:08:51 | 2215 | 42 | 12 HRS | 2254 |
| 10/08/03 | 05:59:39 | 2215 | 41 | 0600 HRS | 2215 |
| 10/08/03 | 18:17:18 | 2215 | 42 | 12 HRS | 2215 |
| 10/09/03 | 05:58:49 | 2215 | 41 | 0600 HRS | 2215 |
| 10/09/03 | 18:03:24 | 2215 | 42 | 12 HRS | 2215 |
| 10/14/03 | 06:00:40 | 2215 | 41 | 0600 HRS | 2251 |
| 10/14/03 | 17:56:09 | 2215 | 42 | 1200 HRS | 2215 |
| 10/17/03 | 06:14:00 | 2215 | 41 | 0600 HRS | 2215 |
| 10/17/03 | 17:58:03 | 2215 | 42 | 12 HRS | 2215 |
| 10/18/03 | 05:59:47 | 2215 | 41 | 0600 HRS | 2251 |
| 10/18/03 | 17:58:03 | 2215 | 42 | 12 HRS | 2215 |
| 10/19/03 | 06:00:06 | 2215 | 41 | 0600 HRS | 2251 |
| 10/19/03 | 17:58:17 | 2215 | 42 | 12 HRS | 2215 |
| 10/22/03 | 06:01:15 | 2215 | 41 | 0600 HRS | 2215 |
| 10/22/03 | 18:04:22 | 2215 | 42 | 12 HRS | 2251 |
| 10/23/03 | 06:04:15 | 2215 | 41 | | 2254 |
| 10/23/03 | 18:02:30 | 2215 | 42 | 12 HRS | 2215 |
| 10/27/03 | 06:01:14 | 2215 | 41 | 0600 HRS | 2215 |
| 10/27/03 | 18:02:35 | 2215 | 42 | 12 HRS | 2251 |
| 10/28/03 | 06:04:36 | 2215 | 41 | 0600 HRS | 2215 |
| 10/28/03 | 06:05:05 | 2215 | 42 | | 2215 |
| 10/28/03 | 06:18:04 | 2215 | 41 | 0600 HRS | 2215 |
| 10/28/03 | 18:00:30 | 2215 | 42 | 12 HRS | 2215 |
| 10/31/03 | 06:10:50 | 2215 | 41 | 0600 HRS. | 2215 |
| 10/31/03 | 17:59:46 | 2215 | 42 | 12 HRS | 2251 |
| 11/01/03 | 06:01:38 | 2215 | 41 | 0600 HRS | 2215 |
| 11/01/03 | 18:08:16 | 2215 | 42 | 12 HRS | 2215 |
| 11/02/03 | 06:09:49 | 2215 | 41 | 0600 HRS | 2215 |

GOOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|

2215

| 11/02/03 | 18:01:00 | 2215 | 42 | 12 HRS | 2215 |
| 11/05/03 | 06:14:47 | 2215 | 41 | 0600 HRS | 2215 |
| 11/05/03 | 17:59:22 | 2215 | 42 | 12 HRS | 2215 |
| 11/06/03 | 05:58:05 | 2215 | 41 | 0600 HRS | 2215 |
| 11/06/03 | 18:09:26 | 2215 | 42 | 12 HRS | 2251 |
| 11/10/03 | 06:01:11 | 2215 | 41 | | 2215 |
| 11/10/03 | 18:36:43 | 2215 | 42 | 12 HRS | 2251 |
| 11/11/03 | 05:59:10 | 2215 | 41 | | 2254 |
| 11/11/03 | 18:00:34 | 2215 | 42 | 12 HRS | 2215 |
| 11/14/03 | 06:01:59 | 2215 | 41 | 0600 HRS. | 2215 |
| 11/14/03 | 17:55:35 | 2215 | 42 | 12 HRS | 2215 |
| 11/15/03 | 06:00:54 | 2215 | 41 | 0600 HRS | 2215 |
| 11/15/03 | 17:56:37 | 2215 | 42 | 12 HRS | 2215 |
| 11/16/03 | 06:03:31 | 2215 | 41 | | 2254 |
| 11/16/03 | 18:00:40 | 2215 | 42 | 12 HRS | 2215 |
| 11/19/03 | 05:59:33 | 2215 | 41 | 0600 HRS | 2215 |
| 11/19/03 | 18:18:23 | 2215 | 42 | 12 HRS | 2251 |
| 11/20/03 | 05:56:47 | 2215 | 41 | | 2254 |
| 11/20/03 | 17:59:58 | 2215 | 42 | 12 HRS | 2215 |
| 11/24/03 | 05:59:53 | 2215 | 41 | 0600 HRS | 2215 |
| 11/24/03 | 17:59:41 | 2215 | 42 | 12 HRS | 2215 |
| 1/25/03 | 05:59:49 | 2215 | 41 | | 2215 |
| 11/25/03 | 17:59:19 | 2215 | 42 | 12 HRS | 2215 |
| 11/28/03 | 05:59:04 | 2215 | 41 | 0600 HRS. | 2215 |
| 11/28/03 | 17:55:49 | 2215 | 42 | 12 HRS | 2254 |
| 11/29/03 | 05:57:16 | 2215 | 41 | | 2254 |
| 11/29/03 | 17:55:47 | 2215 | 42 | 12 HRS | 2215 |
| 11/30/03 | 06:02:42 | 2215 | 41 | 0600 HRS | 2215 |
| 11/30/03 | 17:59:04 | 2215 | 42 | 12 HRS | 2215 |
| 12/03/03 | 06:01:45 | 2215 | 41 | 0600HRS | 2253 |
| 12/03/03 | 17:56:52 | 2215 | 42 | 12 HRS | 2215 |
| 12/04/03 | 05:59:51 | 2215 | 41 | 0600 HRS | 2215 |
| 12/04/03 | 17:58:08 | 2215 | 42 | 12 HRS | 2215 |
| 12/08/03 | 05:58:59 | 2215 | 41 | | 2254 |
| 12/08/03 | 18:02:08 | 2215 | 42 | 12 HRS | 2215 |
| 12/09/03 | 05:55:54 | 2215 | 41 | 0600 HRS | 2215 |
| 12/09/03 | 18:00:17 | 2215 | 42 | 12 HRS | 2215 |
| 12/12/03 | 06:03:22 | 2215 | 41 | 0600 HRS | 2215 |
| 12/12/03 | 17:58:41 | 2215 | 42 | 12 HRS | 2215 |
| 12/13/03 | 05:56:26 | 2215 | 41 | | 2254 |
| 12/13/03 | 17:57:34 | 2215 | 42 | 12 HRS | 2215 |
| 12/14/03 | 06:03:47 | 2215 | 41 | 0600 HRS. | 2215 |
| 12/14/03 | 17:59:09 | 2215 | 42 | 12 HRS | 2215 |
| 12/17/03 | 06:04:38 | 2215 | 41 | | 2254 |
| 12/17/03 | 17:57:38 | 2215 | 42 | 12 HRS | 2215 |

COOSA COUNTY SHERIFF'S OFFICE
TIME SHEET REPORT
FROM 01/31/2003 TO 12/31/2003

PAGE

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| | | | | | |

2215

| DATE | TIME | UNIT# | SIG | TRANSACTION NOTES | USER |
|------|------|-------|-----|-------------------|------|
| 12/18/03 | 05:57:50 | 2215 | 41 | 0600 HRS | 2215 |
| 12/18/03 | 18:17:53 | 2215 | 42 | 12 HOURS | 2251 |
| 12/22/03 | 05:58:58 | 2215 | 41 | 0600 HRS | 2215 |
| 12/22/03 | 17:52:06 | 2215 | 42 | 12 HRS | 2215 |
| 12/23/03 | 06:01:08 | 2215 | 41 | 0600 HRS | 2215 |
| 12/23/03 | 17:59:29 | 2215 | 42 | | 2254 |
| 12/26/03 | 06:00:55 | 2215 | 41 | 0600 HRS | 2215 |
| 12/26/03 | 18:08:08 | 2215 | 42 | 12 HRS | 2215 |
| 12/27/03 | 05:54:35 | 2215 | 41 | | 2254 |
| 12/27/03 | 17:56:15 | 2215 | 42 | 12 HRS | 2215 |
| 12/28/03 | 05:57:09 | 2215 | 41 | | 2254 |
| 12/28/03 | 17:58:15 | 2215 | 42 | | 2254 |
| 12/31/03 | 06:07:44 | 2215 | 41 | | 2215 |
| 12/31/03 | 17:59:37 | 2215 | 42 | 12 HRS | 2215 |

NUMBER OF TRANSACTIONS:   329

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_   CELL: _103-B_

DATE: _10-13-03_   TIME: _2:50_

Please check one of the following:

[✓] Medical  _____ Commissary  _____ Grievance  _____ Other

Briefly state your request or list your commissary items below"

_Need To see a Real doctor_
_For RT Arm Rotor Cup is torn_
_in pain 24-7_

Inmate's signature _____

Do not write below—for reply only

_Has already been treated by Dr. James and_
_received a cortizone injection in each arm which_
_should provide relief for a period of 3 months._

**Signature of Jail Officer receiving original request:**

_D.T. Roberson_
_12/15/03_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_    CELL: _203--B_

DATE: _11-18-03_    TIME: _10:30_

Please check one of the following:

✓ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_Need my persantion's filled_
_Zyprexa - anti; psotic    20 mg_
_Klonapin - seizures - & anxiety - 2 mg_
_Flexaril - mussle relaxer - 200 mg_
_Nuroton - nervous - 300 mg_
_Seroquel - sleep - 200 mg_

Inmate's signature _Daniel Bryan Kelley_

Do not write below—for reply only

_Noted with chart meds.    11/24/2003_
_LSH_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelly_    CELL: _203-B_

DATE: _Nov 29-03_    TIME: _2:50_

Please check one of the following:

_____Medical    _____Commissary    ✓ Grievance    _____Other

Briefly state your request or list your commissary items below"

_Need Too Speak To Ricky Owens_
_before money due To Trays Funeral_
_please_

Inmate's signature _David Bryan Kelly_

Do not write below—for reply only

_The Sheriff Will Not be in until_
_12/1/03 AB_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Bryan Kelly_     CELL: _203-B_

DATE: _Nov 28-03_     TIME: _3:30_

Please check one of the following:

___✓___Medical     _____Commissary     _____Grievance     _____Other

Briefly state your request or list your commissary items below"

_I need to see Dr James & get_
_my sceptual & dampen of or usang cause_
_my foot still hurts pretty Bad._

Inmate's signature _David BryanKelly_

Do not write below—for reply only

_Meds delivered 11/28/03_
_NB_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *Daniel Bryan Kelly*        CELL: *203-B*

DATE: *Nov 30 - 03*        TIME: *235*

Please check one of the following:

___✓ Medical        _____ Commissary        _____ Grievance        _____ Other

Briefly state your request or list your commissary items below"

*Need to see Dr. James my
foot still hurts & my back the
doctor at Benjamin Russell Hospital ask
for me to see the doctor as
soon as possible.*

Inmate's signature _____

Do not write below—for reply only

*Dr. Michelle Goldhagen did not advise Inmate Bryan
Kelley that he needed to go to see Dr. James.
She advised him that his foot was sprained and that
he needed to elevate it at night and they did put
a wrap on it. She also advised him to take tylenol for any pain.*

**Signature of Jail Officer receiving original request:** *KSH  12/1/03*

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_     CELL: _2P3-B_

DATE: _Dec 1 - 2003_     TIME: _5:00 am_

Please check one of the following:

_____ Medical        _____ Commissary      ✓ Grievance        _____ Other

Briefly state your request or list your commissary items below"

_I would like to see Dr. James cause my foot is going to have to have surgery to fix those ligaments & it hurt's all nite long. I want to speak to Rick Chris As soon as possible & I am hurting in the lower Back where it was Broke. Please_

Inmate's signature _Daniel Bryan Kelley_

Do not write below—for reply only

_Dr. Goldhagen At RMC told Inmate Kelley that his foot was fine it was just sprained. She wrapped it and told him to keep it elevated, and take tylenol._

Signature of Jail Officer receiving original request: _KSH 12/1/03_

_The Dr. X-RAYed Inmate Kelleys foot and found No damage to his foot._

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel bryAN Kelley_    CELL: _203-B_

DATE: _Dec 2_    TIME: _6:35_

Please check one of the following:

_✓_ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_Need To See Dr. James Cis/at The ER_
_order + Need To Speak To Rick Owens_

Inmate's signature _Daniel Bryant Kelley_

Do not write below—for reply only

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_ CELL: _203-B_

DATE: _Dec 2-03_ TIME: _____

Please check one of the following:

___✓___Medical    _____Commissary    _____Grievance    _✓_Other

Briefly state your request or list your commissary items below"

I Would Like To Speak To
Ricki Ducey + see Dr Jones
for my foot & Couse Becky

Inmate's signature_____

Do not write below—for reply only

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelly_    CELL: _203-B_

DATE: _Dec 3-2003_    TIME: _____

Please check one of the following:

___✓ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_Need To See doctor James_
_The Emergency Room Said See_
_Dr. James in 2 days its been_
_3 days need To See Rick Owens_

Inmate's signature _Daniel Bryan Kelly_

Do not write below—for reply only

_Appt. made Dr. James. 12/9/03 1300 Hrs._

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Bryan McVey_    CELL: _203-B_

DATE: _Dec 3-03_    TIME: _3:12_

Please check one of the following:

_____Medical    _____Commissary    __✓__Grievance    _____Other

Briefly state your request or list your commissary items below"

_Got to see the Doctor my_
_cause foot still has something_
_sticking out the side of hurts_

Inmate's signature_____

Do not write below—for reply only

_Will check with Inmate Kelly on his foot and see_
_if the wrap that the ER put on it Needs changing_
_& Rays were taken at Russell ER. everything was O.K._

Signature of Jail Officer receiving original request:    _KSH_
_12/8/03_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_          CELL: _203-B_

DATE: _Dec 8-03_          TIME: _3:12_

Please check one of the following:

_____Medical        _____Commissary        __✓__Grievance        _____Other

Briefly state your request or list your commissary items below"

_Got to see the Doctor_
_cause foot still has something_
_sticking out the side of tues._

Inmate's signature_____

Do not write below—for reply only

_Will check with Inmate Kelley on his foot and see_
_if the wrap that the ER put on it needs changing_
_xrays were taken at Russell ER everything was o.k._

Signature of Jail Officer receiving original request: _KSW_
_12/8/07_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_    CELL: _223-B_

DATE: _Dec-3-03_    TIME: _3:23_

Please check one of the following:

_____Medical    _____Commissary    _✓_Grievance    _____Other

Briefly state your request or list your commissary items below?

_Need To Talk To Licki, Cross_
_Dont esk 5 Times_

Inmate's signature_____

Do not write below—for reply only

_Noted, Sheriff was notified   12/8/03 KSH_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Daniel Bryan Kelly        CELL: 203-B

DATE: 12-7-03        TIME: 11:07

Please check one of the following:

✓ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

I want to know why when
I fell + hurt my Back they
put me in the holding pen
But Sent Isaac the Black guy
to the Hospital

Inmate's signature    Daniel Bryan Kelly

Do not write below—for reply only

Inmate Kelly was seen by EMS personel. All of his
Vital signs were in perfect condition. Since the
fall he took Inmate Kelly has not complained of his
back hurting anymore until Now. KSH 12/8/02

Signature of Jail Officer receiving original request:

Appt. Made for Inmate Kelly
12/11/03    1030HRS. Dr. James.

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Bryan Kelly          CELL: 203-05

DATE: 12-7-03                    TIME: 11:02

Please check one of the following:

✓ Medical        _____ Commissary        _____ Grievance        _____ Other

Briefly state your request or list your commissary items below"

I want to Feel + to know why when they put me in the holding pen but Sgt. Isk the Black boy to the Hospital

Inmate's signature _David Bryan Kelly_

Do not write below—for reply only

Inmate Kelly was seen by EMS personel, All of his vital signs were in perfect condition, Since the jail he took Inmate Kelly has not complained of his back hurting anymore until Now. KSH 12/8/03

Signature of Jail Officer receiving original request:

Appt. Made for Inmate Kelley
12/11/03    1030 Hrs. Dr. James.

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelly_   CELL: _103-B_

DATE: _Dec 10 03_   TIME: _10:15_

Please check one of the following:

✓ Medical      _____ Commissary      ✓ Grievance      _____ Other

Briefly state your request or list your commissary items below"

_Want to see Ricki Owens
I'll asked too time and
Sgt to see party for my
Dad & Kit Kat a Elego disorder
ROA Johnson said the sheriff would
talk to me_

Inmate's signature _Daniel Bryan Kelly_

Do not write below—for reply only

_If you have a problem that you need to speak with
Someone about, the Sgt. or Lt. will be glad to speak
with you. The Sheriff will only see you if it is a problem
that goes beyond the authority and abilities of the Sgt.
and the Lt._

**Signature of Jail Officer receiving original request:**

_A.T. Roberson_

_12/11/03_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *DANiel BRyAN Kelley* CELL: *103-B*

DATE: *12-10-03*          TIME: *4:15*

Please check one of the following:

_✓_Medical   _____Commissary   _____Grievance   _____Other

Briefly state your request or list your commissary items below"

*Need to see Doctor to get Right
Knee checked & Zyprexa Refilled and
ambien cause I cont sleep over 2-3 Hours.*

Inmate's signature_____

Do not write below—for reply only

*Dr. James   12-11-03*

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_    CELL: _103-B_

DATE: _12-10-03_    TIME: _4:20_

Please check one of the following:

_____Medical    _____Commissary    _✓_Grievance    _____Other

Briefly state your request or list your commissary items below"

_I got a problem, need to speak to Ricki Owens I've asked a bunch of times so I ask the state senate Hank Johnson to call him & ask him if I could speak to him_

Inmate's signature _____

Do not write below—for reply only

_____

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *DANiel BRyan Kelley* CELL: *103-B*

DATE: *12-10-03*          TIME: *4:15*

Please check one of the following:

*✓* Medical _____Commissary _____Grievance _____Other

Briefly state your request or list your commissary items below"

*Need to see Doctor to get Right*
*knee checked & Zyprexa Refilled and*
*ambien cause I cant sleep over 2-3 hours.*

Inmate's signature_____

Do not write below—for reply only

*Dr. James   10-11-03*

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *Daniel Bryan Kelley*   CELL: *103-15*

DATE: *12-18-03*   TIME: *10:00*

Please check one of the following:

___✓___Medical  _____Commissary  _____Grievance  _____Other

Briefly state your request or list your commissary items below"

*Need to see a real Doctor*
*To find out about falling out*
*so I want be put in holding*
*pen for being sick I don't understand*
*why I try to tell the truth and*
*get in trouble for it ya want let*
*me talk to Ricki Ducis so my*
*father is.*

Inmate's signature _____*Daniel Bryan Kelley*_____

Do not write below—for reply only

*You are placed up front so you can be*
*Monitored on Camera 24 hrs for your safety due*
*to your Medical Problem - This has been Explained to you*

Signature of Jail Officer receiving original request: *several time*
*AD*
*12/18/03*

# COOSA COUNTY JAIL
## INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_  CELL: _103-B_

DATE: _12-18-03_  TIME: _00:05_

Please check one of the following:

_____Medical  _____Commissary  __✓__Grievance  _____Other

Briefly state your request or list your commissary items below"

_cant understand why one person can
fall out and come back for 2 days
in bed but I get in trouble
so I get sent to the hole.
I'm schizonic & bipolar I cant take
that hole_

Inmate's signature _Daniel Bryan Kelley_

Do not write below—for reply only

_You have been told serval times only you all
up ghost_ _12/18/03_
AB

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *Daniel Bryan Kelly* CELL: *Lockdown*

DATE: *unknown 12 - 03* TIME: *6:00*

Please check one of the following:

___✓ Medical ___ Commissary ___✓ Grievance ___ Other

Briefly state your request or list your commissary items below"

*I've been locked down for 6 days I've had a both 2 times open the one one time and all the other the meloccourt rulebook says nothing about lockdown it says you see a doctor on lock down it says that I can only be held for 23 hr without getting out I've been held up to 30 hrs without getting out I want a hearing to get out of hear I'm full of hear as well as back there I'm being treated worse than a animal and a hearing will be set for 24 hours the right one on without side I cant help I have seizures and my leg goes numb*

Inmate's signature *Daniel Bryan Kelly*

Do not write below—for reply only

*Noted: Bryan was allowed to take a shower 12/21/03. BB*

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Bryan Kelly_    CELL: _Ahchole_

DATE: _12 - 27 - 03_    TIME: _1:35_

Please check one of the following:

__✓__ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_Rt. Tooth is hurting and need to see medical doctor to get some pills that metoxachic was keeping my back & tootheache down._

Inmate's signature _____

Do not write below—for reply only

_Will make doctors appointment and get Robaxen refilled 1/2/04_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_    CELL: _The hole_

DATE: _____    TIME: _12:20_

Please check one of the following:

___✓ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_have sore's all over are allergic_
_to something_

Inmate's signature _Daniel Bryan Kelley_

Do not write below—for reply only

_Appt will be made_    _1/6/04_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Daniel Bryan Kelley_          CELL: _B-103_

DATE: _Mar. 18-2003_          TIME: _3:00_

Please check one of the following:

_____Medical      _____Commissary      _✓_Grievance      _____Other

Briefly state your request or list your commissary items below"

_I need to find out what kind of soap my family can bring me if they are not going to run store couse I haven't caught it since I've been here 3weeks_

Inmate's signature _____

Do not write below—for reply only

_Store ran 3/23/04_

Signature of Jail Officer receiving original request:

_T. Roberson_
_3/24/04_