# EXHIBIT 5
# EXHIBITS TO THE DEPOSITION OF DR. VINCENT LAW

_ICU

RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:    KELLEY,DANIEL B.
ACCOUNT #:       V010558872
PHYSICIAN:       Law,Vincent
MED REC #:       M0124352
STATUS:          ADM IN

### HISTORY/PHYSICAL EXAMINATION

DATE OF ADMISSION:  01/16/04

CHIEF COMPLAINT:  Fatigue, malaise, rash.

HISTORY OF PRESENT ILLNESS:  Mr. Kelley is a 32 year old white male with a history of alcohol abuse, chronic low back pain, history of migraine headaches who was recently discharged from jail earlier today who presented complaining of fatigue, malaise, increased confusion and increased yellowish discoloration of his skin.  In addition he reported increased abdominal girth.  He reports that his symptoms have been ongoing over the past 4-5 weeks but has been recently.  He has not had any vomiting, diarrhea, constipation.  He has noted that his urine has been darker than usual.  He was incarcerated for approximately 2 1/2 months and apparently there has been some type of confusion in terms of his medications for his back pain and his bipolar disorder.  He apparently had been receiving up to 3-4 times higher dose of Zyprexa, Neurontin, Klonopin, Seroquel and Robaxin, however, the patient is somewhat confused about his medications and his story is somewhat inconsistent at different points during the interview.

PAST MEDICAL HISTORY:  As above.  He has been diagnosed with bipolar disorder by two different psychiatrist.

PAST SURGICAL HISTORY:  Remarkable for artificial L1-L2, and S1 secondary to previous low back fractures.  He has had bilateral knee arthroscopies.

ALLERGIES: Codeine causes a rash and hallucinations.

MEDICATIONS AT HOME INCLUDE:
1.  Zyprexa 20 mg that he was receiving in jail.  He reported that he was only taking 5 mg at bedtime.
2.  Neurontin 300 mg one po t.i.d. which was given to him jail but he also reported that he was just taking it once a day.
3.  Klonopin 2 mg one po q hs, he had been getting the Klonopin one po b.i.d.
4.  Phenobarbital 60 mg b.i.d. which he was receiving in jail but he was not taking Phenobarbital prior to his incarceration.
5.  Seroquel 200 mg one po b.i.d. given 1 po t.i.d. while incarcerated.
6.  Robaxin 750 mg one po b.i.d. which he had been taking prior but again was given two po b.i.d. while incarcerated.

SOCIAL HISTORY:  No recent tobacco use in the past three months.  No recent alcohol use, as mentioned above he has been incarcerated over the past 2 1/2 months.  He has been in drug rehab.  He denies any history of illicit drug use.  He is currently divorced.

FAMILY HISTORY:  Remarkable for alcoholism and cirrhosis secondary to alcohol abuse.  Also history of coronary artery disease.  No known history of diabetes mellitus or cancer.

RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:   KELLEY,DANIEL B.
ACCOUNT #:   V010558872
PHYSICIAN:   Law,Vincent
MED REC #:   M0124352
STATUS:   ADM IN

## HISTORY/PHYSICAL EXAMINATION

**REVIEW OF SYSTEMS:**
He has had some marked weight increase, approximately 20 lbs over the past 1-2 months. He also has had some frequent dyspepsia but no nausea or vomiting or hematemesis. No history of melena or hematochezia. No chest pain or acute shortness of breath. No fever or productive cough. He has noted that his urine has been darker than usual. He also has noticed a mild swelling in both his feet.

**PHYSICAL EXAM:**
**VITAL SIGNS:** Temp. 98.2, heart rate 101, respiratory rate 18, blood pressure 124/70.
**GENERAL:** This is a well-developed, well-nourished white male currently in no apparent distress, awake, alert and oriented X 3. He appears extremely icteric.
**SKIN:** No rash.
**HEENT:** Pupils equally round and reactive. Sclerae icteric. Extraocular movements intact. Nasal oropharynx clear.
**NECK:** Is supple with no JVD, lymphadenopathy, carotid bruits or thyroid nodules.
**LUNGS:** Clear to auscultation with bilateral breath sounds.
**CARDIOVASCULAR:** Regular rate and rhythm without murmurs, gallops or rubs.
**ABDOMEN:** Protuberant with noted positive fluid wave test. No hepatosplenomegaly could be appreciated.
**GU/RECTAL:** Exams deferred.
**EXTREMITIES:** No clubbing, cyanosis, or edema. No calf tenderness or palpable lower extremity cords.
**NEUROLOGIC:** Cranial nerves II-XII grossly normal. No gross focal motor deficits there is noted asterixis of the hands. There is also noted mild clonus of the ankles bilaterally.

**LABS:** Upon admission; PT INR is 1.5, chemistry profile remarkable for BUN 5, Creatinine 1. LFTs elevated with total bilirubin of 7.9. AST of 1443, ALT 3425, alk/phos 241, ammonia level was slightly elevated at 37, TSH was normal. Glucose was normal at 88. CBC revealed a white count of 4.7 with H&H of 14 and 41 respectively. Platelet count of 383,000 with no left shift. Urinalysis was unremarkable except for 3+ bilirubin, no WBCs or bacteria.

**ASSESSMENT AND PLAN:**
1. Hepatic encephalopathy.
2. Hepatitis of unclear etiology, suspect secondary to multiple medications.
3. History of alcohol abuse.
4. Chronic lower back pain.
5. History of migraine headache.
6. Bipolar disorder.

Admit to ICU. Hold all of his medications for now. Continue serial neurochecks. Strict I&Os, GI consultation, check urine drug screen and Acetaminophen levels. Follow his LFTs. Will hold IV fluids for now as he is hemodynamically stable and his mental status is stable. Will consider IV Mannitol with deterioration of his mental status.

RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:    KELLEY,DANIEL B.
ACCOUNT #:       V010558872
PHYSICIAN:       Law,Vincent
MED REC #:       M0124352
STATUS:          ADM IN

HISTORY/PHYSICAL EXAMINATION

Vincent Law, M.D.

VL/pp
D: 01/16/04    1942
T: 01/17/04    0611





RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME: KELLEY,DANIEL B.
ACCOUNT #: V010558872
PHYSICIAN: Holcombe,Derek K.
MED REC #: M0124352
STATUS: DIS IN

CONSULTATION REPORT

DATE OF CONSULTATION: 01/18/04

DIAGNOSIS: Acute hepatitis - etiology unclear, possibly drug induced.

HISTORY OF PRESENT ILLNESS: Mr. Kelley is a 32 year old male with a history of alcohol and drug abuse. He also suffers from bipolar disorder. He presented to Russell Medical Center with lethargy and what was felt to be hepatic encephalopathy. He was also found to have significant liver enzyme abnormalities and new onset jaundice. He does note vague bloating and upper abdominal pain. He has noted dark urine for the last week. He denies Tylenol intake. He is not drinking alcohol at this time, in fact, he has been incarcerated.

PAST MEDICAL HISTORY: Bipolar disorder, as mentioned. He is followed by a gastroenterologist, Dr. Dickenson, in Birmingham.

SURGICAL HISTORY: Is remarkable for surgery on L1, S2, bilateral knee arthroscopies.

ALLERGIES: Codeine.

MEDICATIONS INCLUDED: Zyprexa, Neurontin, Klonopin, Phenobarb, Seroquel, Robaxin.

SOCIAL HISTORY: No alcohol since he has been incarcerated over the last two and one-half months. He has been in drug rehab. He is currently divorced.

FAMILY HISTORY:
Alcoholism, cirrhosis.

REVIEW OF SYSTEMS: See admission history and physical.

PHYSICAL EXAM:
VITAL SIGNS: Blood pressure is 126/72, heart rate is 92, respiratory rate is 18, he is afebrile.
GENERAL: He is a pleasant young male in no distress but obviously jaundiced. He is alert and cooperative. There is no asterixis. Sclera are icteric. Oropharynx is clear.
NECK: Supple.
LUNGS: Clear.
HEART: Regular rate and rhythm, no murmurs are noted.
ABDOMEN: Soft. Bowel sounds are normal. No masses noted. Liver span is 11 cm to percussion in the right midclavicular line.
EXTREMITIES: Without edema.

LABORATORY DATA:
INR 1.4, acetaminophen level less than 10, ALT 3425, AST 1443, total bili. 7.4, alk. phos. 241.



MEDICAL RECORDS/CONSULT REPORT

Page 1 of 2

## EMERGENCY DEPARTMENT
## NURSING ASSESSMENT SHEET

```
V010558872  H0124352
ER              ER
KELLEY,DANIEL B.
DR. WILLIAMS,K
01/16/2004  MEDICARE
32Y  CA/M  06/17/1971
CODIENE
```

PERSONAL PHYSICIAN: _____    ER PHYSICIAN: _____

NOTIFIED ( ) BEEPED ( ) TIME _____ INT _____    NOTIFIED ( ) TIME _____ INT _____

RESPONDED ( ) TIME _____    RESPONDED ( ) TIME _____

PHYSICIAN ON CALL FOR UNATTACHED PATIENTS _____

TEMP 98.2  PULSE 101  RESP 18  B/P 124/70  WT _____  CHIEF COMPLAINT: c/o weakness - pt jaundiced - was seen by Dr. James recently, + had abnormal liver enzymes 1-7-04? Pt. somewhat slow to respond c̄ slightly slurred speech. Has been falling alot recently.

NURSE R O____  TIME 1452

FAMILY NOTIFIED:
YES ( ) NO ( )
TIME _____
PERSON _____

POLICE NOTIFIED: in custody
YES ( ) NO ( )   of coosa
TIME _____   co. sheriff
PERSON _____

SOCIAL SERV. NOTIFIED:
YES ( ) NO ( )
TIME _____
PERSON _____

CORONER NOTIFIED:
YES ( ) NO ( )
TIME _____
PERSON _____

ALLERGIES: NKDA (Codeine

CURRENT MEDICATIONS: _____
see list attached

PRIORITY:
EMERGENT    ( )
URGENT    ( )
NONURGENT    ( )

MODE OF ARRIVAL:
AMBULATORY    in custody of
PERSONAL VEHICLE    coosa county
WHEELCHAIR    coosa
IN ARMS    sheriff
AMBULANCE

TETANUS HX:
UTD    ( )
UNKNOWN    ( )

PEDIATRIC IMMUNIZATIONS:
UTD    ( )
UNKNOWN    ( )

TX PRIOR TO ARRIVAL:
NONE    ( )
O2    ( )
BCLS    ( )
ACLS    ( )
IV    ( )
BACKBOARD    ( )
C-COLLAR    ( )
SPLINT    ( )
BANDAGE    ( )

PAST MEDICAL HISTORY:
RENAL DZ    back
HEART DZ    prob...
SEIZURE
HTN
DIABETES
COPD / ASTHSMA
CANCER    Bi polar
OTHER

| TIME | IV FLUIDS | AMOUNT | SITE | GAUGE | NURSE | |
|------|-----------|--------|------|-------|-------|--|
| 1530 | NS | 1000cc | AC | 18 | RO... | |

CODES FOR MEDICATION ADMINISTRATION SITES:
A) LEFT HIP    C) LEFT THIGH    E) LEFT ARM    G) LEFT ABD
B) RIGHT HIP    D) RIGHT THIGH    F) RIGHT ARM    H) RIGHT ABD

| TIME | T | P | R | BP | Sa O2 | MEDICATION / TREATMENTS | DOSE | ROUTE | SITE | NURSE | COMMENTS / PT RESPONSE |
|------|---|---|---|-----|-------|-------------------------|------|-------|------|-------|------------------------|
| 1452 | | | | | 99% | | | | | | |
| | | | | | | | | | | | |

MENTAL STATUS:
ALERT ( )
ORIENTED ( )
DROWSY ( )
LETHARGIC ( )
DISORIENTED ( )
UNRESPONSIVE ( )
CONFUSED ( )

STIMULUS RESPONSE:
N/A ( )
VERBAL ( )
TOUCH ( )
PAIN ( )
NONE ( )

HAND GRIPS:
N/A ( )
EQUAL ( )
STRONG ( )
WEAK ( )
RIGHT ( )
LEFT ( )

MOVEMENT:
N/A ( )
VOLUNTARY ( )
INVOLUNTARY ( )

PUPIL RESPONSE:
N/A ( )
PERRLA ( )   sclera
SLUGGISH ( )  jaundiced
BRISK ( )
NONREACTIVE ( )

MUCUS MEMBRANES:
N/A ( )
MOIST ( )
DRY ( )
SKIN TURGOR:
N/A ( )
NORMAL ( )
DECREASED ( )

SKIN:
WARM ( )
HOT ( )
DRY ( )
COOL ( )
MOIST ( )
COLD ( )
CLAMY ( )

COLOR:
NORMAL ( )
FLUSHED ( )
PALE ( )
JAUNDICE ( )
CYANOTIC ( )
MOTTLED ( )
DUSKY ( )

PULSE:
REGULAR ( )
IRREGULAR ( )
WEAK ( )
ABSENT ( )

RESPIRATION:
ADEQUATE ( )
LABORED ( )
SHORT OF BREATH ( )
HYPERVENTILATING ( )
SHALLOW ( )

BREATH SOUNDS:
N/A ( )
BBS = CLEAR ( )
ADVENTITIOUS ( )
DIMINISHED ( )
ABSENT ( )
LEFT ( )  RIGHT ( )

SPEECH:
CLEAR ( )
COHERENT ( )
INCOHERENT ( )
SLURRED ( )
ABUSIVE ( )

11127024

| | Statement Date | Last Patient Payment |
| --- | --- | --- |
| | 8/3/2007 | 12/10/2004   Amt $0.00 |
| | Patient Name | Account Number |
| | KELLEY,BRYAN,CCINMATE | F1D1E186168 |
| | Amount Due | Amount Paid |
| | $0.00 | $ |



PLAINTIFF'S EXHIBIT

Please send this portion with your payment

**TE OF SERVICE    12/11/2003**

| YSICIAN | JOHN JOHN JAMES MD | PROCEDURE | INSURANCE | | PATIENT | |
| --- | --- | --- | --- | --- | --- | --- |
| OCEDURE | PROCEDURE DESCRIPTION | CHARGES | PAYMENTS | ADJUSTMENTS | PAYMENT | BALANCE |
| 99212 | OFFICE OUTPATIENT VISIT EST L2 | $40.00 | | | | |
| | Jan 5 2004  payment from Coosa County Commissioner | | $40.00 | | | |
| | Jan 5 2004  adjustment from Coosa County Commissioner | | | $0.00 | | |
| J0702 | INJ CELESTONE | $12.00 | | | | |
| | Jan 5 2004  payment from Coosa County Commissioner | | $12.00 | | | |
| | Jan 5 2004  adjustment from Coosa County Commissioner | | | $0.00 | | |
| | Total patient payments to date Dec 11 2003 | | | | $0.00 | |
| | Balance for Date of Service 12/11/2003 | | | | | $0.00 |

**TE OF SERVICE    1/7/2004**

| YSICIAN | JOHN JOHN JAMES MD | PROCEDURE | INSURANCE | | PATIENT | |
| --- | --- | --- | --- | --- | --- | --- |
| OCEDURE | PROCEDURE DESCRIPTION | CHARGES | PAYMENTS | ADJUSTMENTS | PAYMENT | BALANCE |
| 80053 | CHEM PANEL 14 COMPREHENSIVE METABOLIC | $15.00 | | | | |
| | Jan 23 2004  payment from Coosa County Commissioner | | $15.00 | | | |
| | Jan 23 2004  adjustment from Coosa County Commissioner | | | $0.00 | | |
| 85025 | CBC W PLATLETS | $15.00 | | | | |
| | Jan 23 2004  payment from Coosa County Commissioner | | $15.00 | | | |
| | Jan 23 2004  adjustment from Coosa County Commissioner | | | $0.00 | | |
| 85651 | ESR | $7.00 | | | | |
| | Jan 23 2004  payment from Coosa County Commissioner | | $7.00 | | | |
| | Jan 23 2004  adjustment from Coosa County Commissioner | | | $0.00 | | |
| 99212 | OFFICE OUTPATIENT VISIT EST L2 | $40.00 | | | | |
| | Jan 23 2004  payment from Coosa County Commissioner | | $40.00 | | | |
| | Jan 23 2004  adjustment from Coosa County Commissioner | | | $0.00 | | |
| | Total patient payments to date Jan 7 2004 | | | | $0.00 | |
| | Balance for Date of Service 1/7/2004 | | | | | $0.00 |

**TE OF SERVICE    12/10/2004**

| YSICIAN | MARTIN MARTIN ROACH D.O. | PROCEDURE | INSURANCE | | PATIENT | |
| --- | --- | --- | --- | --- | --- | --- |
| OCEDURE | PROCEDURE DESCRIPTION | CHARGES | PAYMENTS | ADJUSTMENTS | PAYMENT | BALANCE |
| 81003 | URINALYSIS | $7.00 | | | | |
| | Jan 13 2005  payment from Coosa County Commissioner | | $7.00 | | | |
| | Jan 13 2005  adjustment from Coosa County Commissioner | | | $0.00 | | |
| 82570 | URINE CREATININE DIPSTICK | $10.00 | | | | |
| | Jan 13 2005  payment from Coosa County Commissioner | | $10.00 | | | |
| | Jan 13 2005  adjustment from Coosa County Commissioner | | | $0.00 | | |
| 99213 | OFFICE OUTPATIENT VISIT EST L3 | $50.00 | | | | |
| | Jan 13 2005  payment from Coosa County Commissioner | | $50.00 | | | |
| | Jan 13 2005  adjustment from Coosa County Commissioner | | | $0.00 | | |
| | Total patient payments to date Dec 10 2004 | | | | $0.00 | |
| | Balance for Date of Service 12/10/2004 | | | | | $0.00 |

| | | | | TOTAL INSURANCE PAYMENTS | $196.00 |
| | | | | TOTAL INSURANCE ADJUSTMENTS | $0.00 |
| | | | | TOTAL PATIENT PAYMENTS | $0.00 |
| | | | | OTHER CREDITS | $0.00 |

| 0 To 30 Days | 30 To 60 Days | 60 To 90 Days | 90 or Greater | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | **PAY THIS AMOUNT** | **$0.00** |

Your account is 120 days over due, if we do not receive payment we will turn this account over to a collection agency.

Care, P.A.                          Page 2 of 2                          *Statement Date*  8/3/2007

P.O. BOX 789

ALEXANDER CITY          AL      35011-0789

Phone: (256)234-4131        Fax: (256)234-9979

## Patient Demographics

| Last: | First: | Middle: | Lineal: | Street: | | | | |
|---|---|---|---|---|---|---|---|---|
| Kelley | Bryan | | CCINMATE | Po Box 10 Attn: Donna | | | | |

| SSN: | DOB: | Sex: | | City: | State: | Zip: | Phone: |
|---|---|---|---|---|---|---|---|
| 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 | 06/17/1971 | Male | | ROCKFORD | AL | 35136 | (256)377-2211 |

## Patient Insurance Information

| <u>Primary Insurer</u> | <u>Secondary Insurer</u> |
|---|---|
| Card Holder  <u>Commision, Coosa County WC</u> | Card Holder  . |
| Insurer:  <u>Coosa County Commissioner</u> | Insurer: |
| Policy No.:  <u>420256528</u> | Policy No.: |
| Group No.: | Group No.: |
| Relationship To Insured:  <u>Child</u> | Relationship To Insured: |
| C0-Pay:  <u>$0.00</u> | C0-Pay: |

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

Phone: (256)234-4131 Fax: (256)234-9979

---

## PROVIDER INFORMATION
Physician:     ROACH,MARTIN,G:D.O.
Service Date:   12/10/2004

## DEMOGRAPHICS
KELLEY,BRYAN,CCINMATE
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 6/17/1971, Sex: Male, Race: Caucasian, SSN: 900056528
Employer: Coosa Co inmate, Phone: ( ) -

## CLINICAL RECORDS

## SUPER BILL
Diagnosis:

| Code | Description |
|------|-------------|
| 789.04 | ABDOMINAL PAIN LEFT LOWER QUADRANT |
| 810.8 | LUMBAR LUMBOSAC FUS |

Procedures:

| Code | Description |
|------|-------------|
| 81003 | URINALYSIS |
| 99213 | OFFICE OUTPATIENT VISIT EST L3 |
| 82570 | CREATININE URINE DIPSTICK |

## CHIEF COMPLAINT
checkup and check kidneys.
Medical Assistant: MARTIN,KATRINA:RN

## VITAL SIGNS

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|------|-------------|--------|-------|-------------|--------------|-------------|--------|-----------|
| 1. | 98.6 | 206 | 88 | 130 | 80 | 20 | N/A | N/A |

## HISTORY OF PRESENT ILLNESS
OTHER routine check up.
GROIN urinary burning painful.

## PERTINENT PAST HISTORY
HISTORY ---
-SURGICAL HISTORY: Extremities Lower Extremity & Back Surgery} Back, left - knee right -.
-PERSONAL MEDICAL HISTORY:
[Psychiatric Dz] Anxiety.
[Neurological Dz] Epilepsy/Seizure Disorder.

## FAMILY AND PERSONAL HISTORY
HISTORY ---
-FAMILY MEDICAL HISTORY: Cancer Lung, Father Endocrine Dz diabetes Mother.
-SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.

## REVIEW OF SYSTEMS
Review of Systems
Gastrointestinal Abdominal Pain dull, aching llq for 4-5 days No nausea, vomiting, diarrhea, constipation denies blood in stool.
Constitutional no chronic fatique, fever, significant weight loss and night sweats..
MUSCULOSKELETAL back pain pt states "artificial l4 and l5 from trauma  on lorcet for pain   requesting more pain meds.

## LAB

Urinalysis

| AID | Value | Units | Assay |
|-----|-------|-------|-------|
| Color | yellow | | Color |
| Clarity | clear | Clarity | |
| Uglu | neg | mg/dl | Glucose |
| Uket | neg | | Ketone |
| SG | <1.005 | | Specific Gra |
| Ubld | large | | Blood |
| pH | 7.0 | pH | |
| Unit | neg | | Nitrite |
| Uleu | trace | | Leukocytes |
| Upro | neg | mg/dl | Protein Urin |
| UCre | 50 | mg/dl | Urine Creati |
| PC | normal | | Pro Creat Ra |

---

Records KELLEY,BRYAN,CCINMATE DOS: 12/10/2004                    Record No: 900056528 Page 1 of 2

| Ordered: | 12/10/2004 1:10:58 PM | By: | ROACH,MARTIN,G:D.O. |
|---|---|---|---|
| Collected: | 12/10/2004 1:14:05 PM | By: | BARBER,SHEILA:J. MT(ASCP) |
| Resulted: | 12/10/2004 1:14:44 PM | By: | BARBER,SHEILA:J. MT(ASCP) |
| Reviewed: | 12/10/2004 1:34:00 PM | By: | ROACH,MARTIN,G:D.O. |

## PHYSICAL

PHYSICAL EXAMINATION --- Genitourinary Male normal exam sans hernia, prostate or genital abnormality Testicles Normal Exam Penis circumcised discharge none Gastrointestinal Abdominal tendemess: Left Lower Quadrant, No Renal Bruits No rebound tenderness No masses + BS: normoactive, Musculoskeletal Back surgical scar LS paraspinous tenderness range of motion good Neurological Reflexes: DTR 2+ bilaterally DTR equal and active at ankle and knees no foot drop ehl fxn intact.

## ASSESSMENT AND PLAN

Assessment / Plan Prescriptions take medications as directed RTC in 2 weeks return SOONER if not getting better.

### MEDICATION ALLERGIES

| MEDICATION | SENSITIVITY | NOTATION |
|---|---|---|
| Codeine | UNKNOWN | |

### MEDICATIONS PRESCRIBED FOR THIS ENCOUNTER

| MEDICATION | DOSE | UNIT | QTY | TYPE | REFLS | DOSES | UNIT | FREQUENCY | INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Lorcet 10 | 0 | | 10 | tab | 0 | 1 | tab | QHS | prn pain |
| Naprosyn | 500 | mg | 30 | tab | 1 | 1 | tab | BID | take with food |

**PriCare, P.A.**
**44 Aliant Parkway**
**ALEXANDER CITY, AL 35010-0789**
**Phone: (256)234-4131 Fax: (256)234-9979**

---

# Medical Record For: KELLEY,BRYAN,WCP  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 16, 2004
Physician: GOLDHAGEN,MICHELE,M:MD (PriCare, P.A.)

Phone Message

Time: 9:17 AM
From: GOLDHAGEN,MICHELE,M:MD
To: MARTIN,KATRINA:

Subject: Dr. Goldhagen can you do thisCrews drug store

Called and wanted to know if pt should still take his Zyprexia.  LOV was 1-7-04 i reviewed office notes and it does not state to stop med..continue and f/u 2 weeks from last visit..MMG
No meds called in officer stated he had enough.dplpn

---

**PriCare, P.A.**

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

# Medical Record For: KELLEY,BRYAN,WCP  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 12, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 10:24 AM
From: JAMES,JOHN,M:MD
To: MARTIN,KATRINA:

Subject: Crews

Pt is needing his Methocarbamol 750 mg BID.  Lov was 1-04 with 0.00 bal------------OK 1 refill if time OK./jj
done dplpn

**PriCare, P.A.**

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

# Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 7, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)


Phone Message

Time: 2:34 PM
From: JAMES,JOHN,M:MD
To: MARTIN,KATRINA:


Subject: Liver tests abnormal---f/u in 2 weeks./jj

done dplpn

---

PriCare, P.A.

44 Aliant Parkway

ALEXANDER CITY, AL 35010-0789

Phone: (256)234-4131 Fax: (256)234-9979

---

## Provider Information
Physician:    JAMES,JOHN,M:MD
Service Date:   1/7/2004
## Demographics
KELLEY,BRYAN,WCP
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 6/17/1971, Sex: Male, Race: Caucasian, SSN: 900056528
Employer: Coosa Co inmate, Phone: (  )  -
## Super Bill
Diagnosis:

| Code | Description |
|------|-------------|
| 708.9 | URTICARIA UNSPECIFIED |

Procedures:

| Code | Description |
|------|-------------|
| 85025 | CBC W PLATLETS |
| 85651 | ESR |
| 80053 | CHEM PANEL 14 COMPREHENSIVE METABOLIC |
| 99212 | OFFICE OUTPATIENT VISIT EST L2 |

## Chief Complaint
body rash.
Medical Assistant: PARISH,DARLENE:G LPN
## Vital Signs

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|------|-------------|--------|-------|-------------|--------------|-------------|--------|-----------|
| 1. | 98 | 204 | 87 | 130 | 70 | 20 | N/A | N/A |

## Pertinent Past History
HISTORY ---
-SURGICAL HISTORY: Extremities Lower Extremity & Back Surgery} Back, left - knee right -.
-PERSONAL MEDICAL HISTORY:
[Psychiatric Dz] Anxiety.
[Neurological Dz] Epilepsy/Seizure Disorder.
## Family and Personal History
HISTORY ---
-FAMILY MEDICAL HISTORY: Cancer Lung, Father Endocrine Dz diabetes Mother.
-SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.
## History of Present Illness
OTHER body rash.
## Review of Systems
## Lab

---

CBC with Platelet

| AID | Value | Units | Assay |
|-----|-------|-------|-------|
| WBC | 5.8 | K/uL | White Blood |
| Lym | 1.9 | K/uL | Lymphocytes |
| Lymper | 33.0 | % | Lymphocyte p |
| Mid | 0.6 | K/uL | Monos, Eos, |
| Midper | 11.1 | % | Mono, Eo, Ba |
| Gran | 3.2 | K/uL | Granulocytes |
| Granper | 55.9 | % | Granulocyte |
| RBC | 4.51 | M/uL | Red Blood Ce |
| Hgb | 15.7 | g/dl | Hemoglobin |
| Hct | 42.6 | % | Hematocrit |
| MCV | 94.4 | fl | MCV |
| MCH | 34.8 | pg | MCH |
| MCHC | 36.9 | g/dl | MCHC |
| RDW | 14.1 | % | RDW |
| PLT | 286 | K/uL | Platelets |

---

| | | | |
|------|-------------|-----|-------------|
| Ordered: | 1/7/2004 9:30:20 AM | By: | JAMES,JOHN,M:MD |
| Collected: | 1/7/2004 9:31:00 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |

---

| | Resulted: | 1/7/2004 9:34:54 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| | Reviewed: | 1/7/2004 2:33:58 PM | By: | JAMES,JOHN,M:MD |

---

ESR

| AID | Value | Units | Assay |
|-----|-------|-------|-------|
| ESR | 12 | mm/hr | Sed Rate |

| | Ordered: | 1/7/2004 9:30:26 AM | By: | JAMES,JOHN,M:MD |
| | Collected: | 1/7/2004 9:31:01 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| | Resulted: | 1/7/2004 10:36:11 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| | Reviewed: | 1/7/2004 2:34:00 PM | By: | JAMES,JOHN,M:MD |

---

Comprehensive Metabolic Panel

| AID | Value | Units | Assay |
|-----|-------|-------|-------|
| Na | 144 | | mmol/L | Sodium |
| K | 4.2 | mmol/L | Potassium |
| Cl | 102 | | mmol/L | Chloride |
| CO2 | 29 | mEq/L | CO2 |
| Cr | 0.8 | mg/dl | Creatinine |
| BUN | 9 | mg/dl | BUN |
| Gluc | 97 | mg/dl | Serum Glucos |
| Ca | 9.7 | mg/dl | Calcium |
| ALT_SGPT | 763 | U/L | ALT(SGPT) |
| AST_SGOT | 284 | U/L | AST(SGOT) |
| AlkPhos | 219 | U/L | Alkaline Pho |
| TBili | 1.5 | mg/dl | Total Biliru |
| Alb | 4.4 | g/dL | Albumin |
| TP | 7.1 | g/dL | Total Protei |

| | Ordered: | 1/7/2004 9:30:30 AM | By: | JAMES,JOHN,M:MD |
| | Collected: | 1/7/2004 9:31:02 AM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| | Resulted: | 1/7/2004 2:27:12 PM | By: | BARBER,SHEILA:J. MT(ASCP) LAB |
| | Reviewed: | 1/7/2004 2:34:09 PM | By: | JAMES,JOHN,M:MD |

## Physical
PHYSICAL EXAMINATION --- Constitutional Hydration OK. Respiratory clear to P+A Heart RR no murmur Diffuse urticarial rash..

## Assessment and Plan
Assessment / Plan Will call with test results when they are available. Discharge Instructions Take medications as prescribed. Drink plenty of fluids, Get adequate rest..

## Prescriptions
Dispense: Atarax 25 mg, sig: 1 tab, Q 4 Hrs prn itching, 40 tab, 1 Refill(s).

## Drug Allergies
Codeine

---

**PriCare, P.A.**

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

# Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 6, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 2:58 PM
From: JAMES,JOHN,M:MD
To: HARRIS,CINDY:D

Subject: srgt called here about his med

Pt broke out.. said they called pharmacy and the pharmacist told them that he had a side effect to Robaxin.. they seemed to say that we doubled it. But I thought it was just his Zyprexia.. so not sure.. Please advise. Do we need pt to come in..? #256-377-1803 to call Coosa Cnty comm------------------------ OV 1/07 ./jj

---

Records KELLEY,BRYAN,CCINMATE DOS: 1/6/2004                     Record No: 900056528 Page 1 of 1

**PriCare, P.A.**

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

# Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 7 Month(s)

Encounter Date: January 2, 2004
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)

Phone Message

Time: 11:40 AM
From: JAMES,JOHN,M:MD
To: MARTIN,KATRINA:

Subject: Crews

LOV 12/11/03 -- (in jail) -- given Methocarbamol 750mg BID prn #28 request refill -- also needs Zyprexa changed we gave 5mg because mother said this was the dosage-- jail called said pt is acting awful can't do anything with him and they said mother told them she was inncorrect on the Zyprexa it is suppose to be 20mg.-- I called FW to confirm it is 20mg -- they want to know can we change--------OK 1 month on each./jj  Done km

**PriCare, P.A.**

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

Medical Record For: KELLEY,BRYAN  DOB --> Jun 17 1971   Age --> 32 Year(s) 6 Month(s)
Encounter Date: December 12, 2003
Physician: JAMES,JOHN,M:MD (PriCare, P.A.)


Phone Message

Time: 4:29 PM
From: JAMES,JOHN,M:MD
To: BARBER,SHEILA:J. MT(ASCP) LAB


Subject: Crews Drug

Pt is needing his Robaxin 750mg.  Was just here.----------OK 1 refill./jj
Rx called to pharmacy 12/12/03 @ 1635/SJB

---

**PriCare, P.A.**

**44 Aliant Parkway**

**ALEXANDER CITY, AL 35010-0789**

**Phone: (256)234-4131 Fax: (256)234-9979**

---

## Provider Information
Physician:     JAMES,JOHN,M:MD
Service Date:   12/11/2003

## Demographics
KELLEY,BRYAN
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 06/17/1971, Sex: Male, Race: Unknown, SSN: 900056528

## Super Bill
Diagnosis:

| Code | Description |
|------|-------------|
| 719.49 | ARTHRALGIA MULTI SITES |

Procedures:

| Code | Description |
|------|-------------|
| J0702 | INJ CELESTONE |
| 99212 | OFFICE OUTPATIENT VISIT EST L2 |

## Chief Complaint
Need my shoulder knee and lower back hurts.
Medical Assistant: MARTIN,KATRINA:

## Vital Signs

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|------|-------------|--------|-------|-------------|--------------|-------------|--------|-----------|
| 1. | 98.6 | 191 | 78 | 110 | 70 | 20 | N/A | N/A |

## Pertinent Past History
HISTORY ---
    -SURGICAL HISTORY: Extremities Lower Extremity & Back Surgery} Back, left - knee right -.
    -PERSONAL MEDICAL HISTORY:
        [Psychiatric Dz] Anxiety.
        [Neurological Dz] Epilepsy/Seizure Disorder.

## Family and Personal History
HISTORY ---
    -FAMILY MEDICAL HISTORY: Cancer Lung, Father Endocrine Dz diabetes Mother.
    -SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.

## History of Present Illness
LEFT SHOULDER pain.
RIGHT KNEE pain.
BACK pain lower.

## Physical
PHYSICAL EXAMINATION --- Constitutional Hydration OK. Wearing handcuffs. Ear, Nose, Mouth and Throat Normocephalic Neck supple and nontender. Respiratory clear to P+A Heart RR no murmur Gastrointestinal GI soft BSx 4 without tenderness, distention, HSM or masses Shoulders tender anteriorly..

## Assessment and Plan
Celestone 6mg. IM..
Continue present meds..

## Injections
Administered INJ CELESTONE 1 cc Intramuscular Left Glutteusmaximus
    Ordered:      12/11/2003 12:01:42 PM     By:     JAMES,JOHN,M:MD
    Collected:    12/11/2003 12:22:37 PM     By:     PARISH,DARLENE:G LPN
    Injected:     12/11/2003 12:22:39 PM     By:     PARISH,DARLENE:G LPN

## Prescriptions
Dispense: Zyprexa 5 , sig : 1 tab, HS , 20 tab, 0 Refill(s).
Dispense: Neurontin 300 , sig : 1 cap, TID , 90 cap, 2 Refill(s).
Dispense: Klonopin 2 mg, sig : 1 tab, BID , 60 tab, 2 Refill(s).
Dispense: Phenobarbital 60 mg, sig : 1 tab, BID , 60 tabs, 5 Refill(s).
Dispense: Seroquel 200 mg, sig : 1 tab, TID , 90 tab, 0 Refill(s).
Dispense: Robaxin 750 mg, sig : 2 tab, BID , 28 tab, 0 Refill(s).

## Drug Allergies
Codeine

---

RUSSELL MEDICAL CENTER
EMERGENCY PHYSICIAN RECORD
PAGE 2

GENERAL
ADULT ILLNESS



CXR:  □ normal
      □ abnormal  _____
                  _____
Other radiological studies:  _____
                             _____

CBC:  □ normal          BMP:  □ normal
                segs: ____%
                bands: ____%
                lymph: ____%

Cardiac Profile: □ normal except: _____
LFTs:            □ normal except: _____
U/A :            □ normal except: _____
PT / PTT :       □ normal  _____
Amylase:         □ normal  _____

**ED COURSE**

Treatment                                    Response
_____
_____
_____
_____
_____
_____
_____

□ old records reviewed        □ Admission orders written
□ discussed with Dr.
□ Counseled patient/family: test results / diagnosis / follow-up

**CLINICAL IMPRESSION**

hepatic encephalopathy
_____
_____

**DISPOSITION**   (time: _____ )
□ home   □ admit  □ transferred     □ AMA  □ observation  □ expired
Condition: □ stable □ fair  □ good  □ poor  □ critical  □ improved
Follow-up: □ ED  □ PMD  □ on-call _____ in _____ days
Instructions: _____

Rx: _____
    _____

**RECTAL**
□ heme neg                □ heme positive   rebus
**BACK**
□ normal                  □ CVA tenderness
**SKIN**
□ normal                  □ rash  spider angioma
**EXTREMITIES**
□ normal                  □ tenderness _____
□ no pedal edema          □ Homan's sign
                          □ pedal edema
**NEUROLOGICAL**
□ gait normal             □ ataxia
□ CN II-XII intact        □ focal weakness/sensory loss
□ no focal weakness
□ no sensory loss
**PSYCHIATRIC**
□ oriented x 3            □ disoriented: person / place / time
□ mood/affect nl          □ depressed

**ATTENDING NOTE**
□ Resident/NP/PA note reviewed   □ pt interviewed   □ pt examined
Pertinent HPI: _____
My exam reveals: _____
□ Labs reviewed           □ X-rays reviewed
□ I agree with above diagnosis  □ I have reviewed the treatment plan / concur

                                    Resident / NP / P
                                    MD / DO

□ See Addendum Sheet

Cardiac monitor strip: □ NSR     □ no ectopy

EKG      Rate: _____
Rhythm   □ NSR    □ tachycardia   □ bradycardia   □ paced
         □ atrial fib / flutter   □ ectopy: atrial / ventricular
         □ heart block: 1st / 2nd / 3rd degree
Axis:    □ normal   □ Axis deviation: Left / Right
QRS:     □ normal   □ IVCD   □ RBBB   □ LBBB
ST/T :   □ normal   □ nonspecific changes
         □ ST segments elevated / depressed _____
         □ T waves  flat / inverted _____
Impression: □ normal EKG   □ abnormal EKG: _____
□ Comparison to previous EKG   □ unchanged _____

*EDCare Templates only for use by EDCare of Alabama, Inc*

RUSSELL ME~   AL CENTER
EMERGENCY PHYSICIAN RECORD                    GENERAL
                                              ADULT ILLNESS

Time Seen: _____   Room: _____
Historian:  patient / EMS / _Sheriff_
History limited by: _AMS_ _____ Translator

ER
KELLEY, DANIEL E.
DR. WILLIAMS, K
01/16/2004    MEDICARE

---

**CHIEF COMPLAINT** _____

**HISTORY OF PRESENT ILLNESS:**
age: _____ race: W / B / H / O  gender: M / F

_S/p MD for 7h_
_with acid 3d Hx_
_AMS of dc urine. Sheriff_
_called down, since_
_David's last week labs_
_D/c'd db prescription,_
_diagnosed cocaine, but_
_has not used in 2yr_
_(incarcerated)_

Onset: _____ hrs / days / weeks  _see above_

Timing:  persists  **worse**  better  resolved  constant  intermittent

Severity of symptoms:  mild  moderate  **severe**
pain scale  (1—10): _____

Exacerbating factors:  ☐ none _____

Alleviating factors:  ☐ none _____

Similar symptoms previously:  YES  **NO**
_____
_____

---

**PAST MEDICAL HISTORY**     ☐ none
☐ HTN                        ☐ CVA
☐ Cardiac disease            ☐ TIA
☐ COPD / Asthma              ☐ Seizures
☐ Pneumonia                  ☐ Diabetes
☐ Renal disease              ☐ peptic ulcer disease
☐ Cancer
☐ Other: _bipolar vs schizoph_
_substance_ (by Hx)
**SURGERIES**  _chronic LBP_

---

**FAMILY HISTORY**          **SOCIAL HISTORY**
                            ☐ Alcohol
                            ☐ Tobacco
                            ☐ Drug Abuse
                            ☐ Lives alone / spouse / family /
                               nursing home

**MEDICATIONS** ☐ _see nurse's notes_   **ALLERGIES**  ☐ NKDA
                                         ☐ see nurse's notes
                                         _"I don't use_
                                         _medicine"_

---

**REVIEW OF SYSTEMS**
☒ ROS NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal

☐ General     ☐ fever            ☐ weight loss
              ☐ chills
☐ ENT:        ☐ sore throat      ☐ nasal congestion
☐ Resp:       ☐ cough            ☐ SOB / DOE
              ☐ wheeze
☐ CV:         ☐ chest pain
☐ GI:         ☐ nausea           ☐ diarrhea
              ☐ vomiting         ☐ constipation
              ☐ abdominal pain
☐ GU:         ☐ flank pain       ☐ urgency
              ☐ dysuria          ☐ frequency
              ☐ hematuria
              LNMP: _____
☐ Skeletal:   ☐ myalgia          ☐ arthralgia
              ☒ back pain        _chronic_
☐ Skin:       ☐ rash             _icterus._
☐ Neuro/Psych ☐ headache         ☐ anxiety
              ☐ confusion        ☐ focal weakness
☐ Endocrine:  ☐ weight change
              ☐ polyuria / polydipsia

**ADDITIONAL HISTORY**
_____
_____
_____
_____
_____

**PHYSICAL EXAM**          ☒ vital signs reviewed  _icterus_
HR _____ Bp _____ RR _____ T _____ SaO₂ %____
**APPEARANCE:**
☐ normal  _icterus_       ☐ distressed: mild / moderate / severe
**HEENT**
☐ Normal                  ☐ icteric
                          ☐ pharyngeal erythema
                          ☐ nasal congestion / drainage
                          ☐ TM erythema
**NECK**
☐ Normal                  ☐ cervical adenopathy
                          ☐ thyromegaly
**RESPIRATORY**
☐ NL breath sounds        ☐ wheezing / rales / rhonchi
                          ☐ respiratory distress
**CARDIAC**
☐ RRR                     ☐ abnormal rate: slow / fast
☐ No murmur               ☐ abnormal rhythm
                          ☐ murmur ___/6  systolic / diastolic
**ABDOMEN**
☐ Non-tender              ☐ tenderness (see diagram)
☐ NL bowel sounds         ☐ guarding / rebound
☐ no organomegaly         ☐ bowel sounds: increased/decreased

**RUSSELL MEDICAL CENTER**
**ALEXANDER CITY, ALABAMA**

PATIENT NAME:    KELLEY,DANIEL B.
ACCOUNT #:       V010558872
PHYSICIAN:       Law,Vincent
MED. REC. #:     M0124352
PATIENT STATUS:  DIS IN

**DISCHARGE SUMMARY**

DATE OF ADMISSION:  1-16-04

DATE OF DISCHARGE:  1-20-04

DISCHARGE DIAGNOSES:
1.   With possible hepatic encephalopathy .
2.   Probably drug induced hepatitis.

SECONDARY DIAGNOSES:
1.   History of alcohol abuse.
2.   Chronic lower back pain.
3.   History of migraine headache.
4.   History of bipolar disorder.

PROCEDURES:  Abdominal US which revealed moderate hepatomegaly with diffuse gallbladder wall
thicken.

CONSULTANTS:
1.   Dr. Holcombe, GI.

REASON FOR ADMISSION AND HOSPITAL COURSE:  Mr. Kelley is a 32 year old white male with the
above mentioned medical problems, who apparently was discharged from jail earlier on the day
of admission and presented to the emergency room complaining of fatigue, malaise, increased
lethargy and noted jaundice. He also reported some increased abdominal girth.  He had
reported gradual ongoing symptoms over the past 4 to 5 weeks.  He had not had any vomiting,
diarrhea or constipation. He apparently has been incarcerated for approximately 2 1/2 months
and there has been some type of confusion in terms of administration of his medications.  He
apparently has been receiving high doses of Zyprexa, Neurontin, Clonopin, Phenobarbitol,
Seroquel and Robaxin.  He has seen Dr. James in the past which I was covering on the day of
admission.  Patient denied any recent alcohol use and he has been incarcerated in jail for
the past  2 1/2 months.  On admission he was afebrile and his vital signs were stable. He
did appear extremely jaundice.  His sclera was icteric. Lungs were clear. Cardiovascular
exam revealed no murmurs, gallops or rubs. The abdominal exam was protuberant with positive
fluid wave test.  No masses could be appreciated.  No calf tenderness. He did have noted
asterixis of the hands, some mild clonus of the ankles bilaterally.  Upon admission his PT
INR is 1.5.  His total bilirubin was 7.9 with AST of 1443, ALT of 3425, elevated alkaline
phos of 241.  His ammonia level was slightly elevated at 37.   H & H was stable. Had no
elevated white count or left shift. Platelet count also was normal. He was subsequently
admitted to ICU for possible hepatic encephalopathy VS sedation secondary to his meds. He
was started on neurochecks.  Acetaminophen levels were obtained which were unremarkable. GI
consultation was obtained with Dr. Holcombe.  Hepatitis profile also was obtained but was
pending on the day of discharge.  He was empirically started on PO Lactulose upon admission.  After long extensive
discussion with he and his family I discussed the case with Dr. Dickerson,
gastroenterologist in Birmingham, whom the family had requested to see.  After discussion it
si felt that the patient was stable enough for discharge with follow up on outpatient basis.
The patient was subsequently discharged in stable condition.  He did complain of some



MED REC/DISCHARGE SUMMARY

**RUSSELL MEDICAL CENTER**
**ALEXANDER CITY, ALABAMA**

PATIENT NAME:      KELLEY,DANIEL B.
ACCOUNT #:          V010558872
PHYSICIAN:          Law,Vincent
MED. REC. #:        M0124352
PATIENT STATUS:    DIS IN

### DISCHARGE SUMMARY

dysuria.  On the day prior to discharge and did have some significant pyuria and was started on Bactrim .

DISCHARGE DIET:  Low sodium.

DISCHARGE MEDICATIONS:
1.    Lactulose 30 cc po tid.
2.    Bactrim DS one po bid for additional 9 days.

DISCHARGE INSTRUCTIONS:
The patient is to follow up with Dr. Dickerson at Brookwood Medical Center later on the day of discharge either later in the am or in the afternoon.  I did discuss with him precautions to take in terms of potential hepatotoxic medications including Alcohol, Tylenol and Herbal products.


Vincent Law, M.D.


VL/jmc
D: 02/01/04     1136
T: 02/01/04     1236

Russell Hospital

KELLEY,DANIEL B.    D/C 01/20/2004 4    Law,Vincent        M0124352
Gender        : Male
Age           : 32
Disposition : Home, Self Care (1)

## Medicare DRG

205      DISORDERS OF LIVER EXCEPT MALIGNANCY, CIRRHOSIS, ALCOHOLIC HEPATITIS with CC

CMS  wt  1.2095  A/LOS 6.2    G/LOS 4.6

## Principal Diagnosis
*5722    HEPATIC COMA

## Secondary Diagnoses
*5733    HEPATITIS
#5990    URINARY TRACT INFECTION, SITE NOT SPECIFIED
7242     LUMBAGO (LOW BACK PAIN)
34690    UNSPECIFIED MIGRAINE WITHOUT INTRACTABLE MIGRAINE
2967     BIPOLAR AFFECTIVE DISORDER, UNSPECIFIED
9779     POISONING BY UNSPECIFIED DRUG OR MEDICINAL SUBSTANCE



RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:   KELLEY,DANIEL B.
ACCOUNT #:     V010585651
PHYSICIAN:     Law,Vincent
MED. REC. #:    M0124352
PATIENT STATUS:  DIS IN

## DISCHARGE SUMMARY

DATE OF ADMISSION:  1-28-04

DATE OF DISCHARGE:  2-1-04

DISCHARGE DIAGNOSES:
1. Dehydration, resolved.
2. Probable drug induced hepatitis, resolving.
3. Chronic lower back pain.
4. History of bipolar disorder.
5. History of migraine headaches.

SECONDARY DIAGNOSES:

PROCEDURES:
1. US of the gallbladder which was normal.
2. MRI of the head with and without contrast which again also was unremarkable except for questionable ethmoiditis.
3. CT of the head with and without contrast which again was normal.
4. CT of the abdomen and pelvis with and without contrast which revealed possible mild dilatation of the atrial hepatic biliary system, however there is no abnormality of the pancrease.

CONSULTANTS:  None.

REASON FOR ADMISSION AND HOSPITAL COURSE:  Mr. Daniel Kelley is a 32 year old white male, who was recently discharged here from Russell Medical Center and also discharged from Brookwood Hospital under Dr. Dickenson's care, who presented to the emergency room complaining of nausea, vomiting and diarrhea with vague abdominal pain. No history of fever or chills. No dysuria, no cough or congestion. He apparently has seen Dr. James in the past and I was covering for him on the day of his initial admission January 16 when he presented with decrease level of consciousness and elevated liver function test along with clinical jaundice. Apparently he had recently been incarcerated and there was some confusion in terms of the dosages of his medications and had been given Zyprexa, Neurontin, Clonopin, Phenobarbitol, Seroquel and Robaxin. At that time as mentioned above his liver function test were markedly elevated and he was hospitalized and after further discussion with Dr. Dickerson, gastroenterologist in Birmingham at the request of his family the patient was discharged and instructed to follow up with Dr. Dickerson the following day in his office. Upon presentation here to the emergency room he was noted to be hypotensive, however his LFT's and total bilirubin had improved. He had no elevated white count or left shift. PT and PTT were normal. Platelet count was normal. He was subsequently admitted and started on IV fluid hydration. His liver function test continued to gradually improve. He continued to have vague headaches and CT and MRI of his head was obtained as mentioned above. Patient's appetite improved and he was feeling somewhat better. After further discussion with Dr. Holcombe it was felt that the patient could be managed on an outpatient basis, however I did recommend that the patient be house confined for at least 2 months. Encourage po fluid intake and for rest and recovery. I also discussed with Dr. Kelley in

MED REC/DISCHARGE SUMMARY

**RUSSELL MEDICAL CENTER**
**ALEXANDER CITY, ALABAMA**

PATIENT NAME:      KELLEY, DANIEL B.
ACCOUNT #:         V010585651
PHYSICIAN:         Law, Vincent
MED. REC. #:       M0124352
PATIENT STATUS:    DIS IN

### DISCHARGE SUMMARY

regards to precautions to help protect his liver and that would include no over the counter Actaminophen, herbal products and Alcohol use.  The patient is scheduled to see Dr. Holcombe on 2-3-04 for follow up and he was subsequently discharged home in stable condition.  I did encourage him to follow up with his psychiatrist in two to three weeks for management of his bipolar disorder.

**DISCHARGE DIET:**  Regular.

**DISCHARGE MEDICATIONS:**
1.   Over the counter Motrin, prn severe headaches.

**DISCHARGE INSTRUCTIONS:**
1.   The patient is to follow up Dr. Holcombe on Feb 3 as scheduled.
2.   Encourage PO fluids.
3.   Follow up with his psychiatrist in two to three weeks.
4.   He is to remain house confined for at least two months until his liver function test improve and/or normalized.

Vincent Law, M.D.

VL/jmc
D: 02/01/04      1109
T: 02/01/04      1200

**PLAINTIFF'S EXHIBIT**

## EMERGENCY DEPARTMENT
## NURSING ASSESSMENT SHEET

V010585651   N0124352

| | |
|---|---|
| PERSONAL PHYSICIAN: _CW Holcombe_ | ER PHYSICIAN: _Goldhagen_ |

NOTIFIED ( ) BEEPED ( ) TIME ____ INT ____    NOTIFIED ( ) TIME ____ INT ____

RESPONDED ( ) TIME ____    RESPONDED ( ) TIME ____

PHYSICIAN ON CALL FOR UNATTACHED PATIENTS ____

```
ER                    ER
KELLEY, DANIEL B.
DR. GOLDHAGEN, M
01/28/2004  MEDICARE
32Y  CA/M  06/17/1971
CODIENE
```

TEMP _99.5_ PULSE _80_ RESP _18_ B/P _119/64_ WT ____ CHIEF COMPLAINT: _presents to ER
c̄ family. pt c/o vomitting x 4 times since noon
today. pt family describes as "foul smelling
yellow". family states "Dr. Holcombe told us
that he possibly could or had small stroke"_  NURSE _K Speaks_ TIME _1737_
_pt c̄ slurred speech_

FAMILY NOTIFIED:
YES ( ) NO ( )
TIME ____
PERSON ____

POLICE NOTIFIED:
YES ( ) NO (✓)
TIME ____
PERSON ____

SOCIAL SERV. NOTIFIED:
YES ( ) NO (✓)
TIME ____
PERSON ____

CORONER NOTIFIED:
YES ( ) NO (✓)
TIME ____
PERSON ____

ALLERGIES: NKA
_codeine_

CURRENT MEDICATIONS:
∅

PRIORITY:
EMERGENT ( )
URGENT ( )
NONURGENT (✓)

MODE OF ARRIVAL:
AMBULATORY (✓)
PERSONAL VEHICLE ( )
WHEELCHAIR ( )
IN ARMS ( )
AMBULANCE ( )

TETANUS HX:
UTD (✓)
UNKNOWN ( )

PEDIATRIC IMMUNIZATIONS:
UTD ( )
UNKNOWN ( )

TX PRIOR TO ARRIVAL:
NONE (✓)
O2 ( )
BCLS ( )
ACLS ( )
IV ( )
BACKBOARD ( )
C-COLLAR ( )
SPLINT ( )
BANDAGE ____

PAST MEDICAL HISTORY:
RENAL DZ ( )
HEART DZ (✓)
SEIZURE (✓)
HTN ( )
DIABETES ( )
COPD / ASTHMA ( )
CANCER ( )
OTHER _kidney
liver failure_

| TIME | IV FLUIDS | AMOUNT | RTE | GAUGE | NURSE |
|---|---|---|---|---|---|
| 1835 | NS | Tinfus ER 20cc c̄ 1500cc/hr | | | K Speaks |

_c̄ congenital liver disease_

CODES FOR MEDICATION ADMINISTRATION SITES:
A) LEFT HIP    C) LEFT THIGH    E) LEFT ARM    G) LEFT ABD
B) RIGHT HIP   D) RIGHT THIGH   F) RIGHT ARM   H) RIGHT ABD

| TIME | T | P | R | B/P | Sa O2 | MEDICATION / TREATMENTS | DOSE | ROUTE | SITE | NURSE | COMMENTS / PT RESPONSE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

MENTAL STATUS:
- (ALERT)
- ORIENTED
- DROWSY
- LETHARGIC
- DISORIENTED
- UNRESPONSIVE
- CONFUSED

STIMULUS RESPONSE:
- ( ) N/A
- (✓) VERBAL
- ( ) TOUCH
- ( ) PAIN
- ( ) NONE

HAND GRIPS:
- ( ) N/A
- (EQUAL)
- ( ) STRONG
- ( ) WEAK
- ( ) RIGHT
- ( ) LEFT

MOVEMENT:
- ( ) N/A
- (VOLUNTARY)
- ( ) INVOLUNTARY

PUPIL RESPONSE:
- ( ) N/A
- (PERRLA)
- ( ) SLUGGISH
- ( ) BRISK
- ( ) NONREACTIVE

MUCUS MEMBRANES:
- ( ) N/A
- (MOIST)
- ( ) DRY
- SKIN TURGOR:
- ( ) N/A
- (NORMAL)
- ( ) DECREASED

SKIN:
- (WARM)
- HOT
- (DRY)
- (COOL)
- MOIST
- COLD
- CLAMY

COLOR:
- ( ) NORMAL
- ( ) FLUSHED
- ( ) PALE
- (JAUNDICE)
- ( ) CYANOTIC
- ( ) MOTTLED
- ( ) DUSKY

PULSE:
- (REGULAR)
- ( ) IRREGULAR
- ( ) WEAK
- ( ) ABSENT

RESPIRATION:
- (ADEQUATE)
- ( ) LABORED
- ( ) SHORT OF BREATH
- ( ) HYPERVENTILATING
- ( ) SHALLOW

BREATH SOUNDS:
- ( ) N/A
- (BBS = CLEAR)
- ( ) ADVENTITIOUS
- ( ) DIMINISHED
- ( ) ABSENT
- LEFT ( )  RIGHT ( )

SPEECH:
- ( ) CLEAR
- ( ) COHERENT
- ( ) INCOHERENT
- (SLURRED)
- ( ) ABUSIVE

1112702.4

# RUSSELL MEDICAL CENTER
## EMERGENCY PHYSICIAN RECORD

**1  ABDOMINAL / FLANK PAIN**

GOLDHAGEN, DANIEL B.
DR. GOLDHAGEN, M
01/28/2004    MEDICARE
32Y  CA/M    06/17/1971
CODIENE

Time Seen: 615P    Room: F
Historian: patient / EMS
History limited by: _____  ☐ Translator

**CHIEF COMPLAINT:**  ☐ abdominal pain  ☐ flank pain
◯nausea◯  ◯vomiting◯  ☐ diarrhea

**HISTORY OF PRESENT ILLNESS:**
age: 32    race: W / B / H / O    gender: M / F

PN/V Feb week / Tried
2 pin c abd — distention

Recent Abut —9CPT (3mos) — Breakout
dk 22 yo

Onset: ___ hrs / days / weeks
Timing: persists / worse / better / resolved
Severity of symptoms: mild / moderate / severe
maximum pain scale:  1  2  3  4  5  6  7  8  9  10
Description of pain: ☐ cramping  ☐ sharp / stabbing
☐ aching  ☐ burning  ☐ dull / pressure

Location of pain
RUQ    epigastric
RLQ    periumbilical
LUQ    perineal
LLQ    flank

**Associated symptoms:**
☐ nausea
☐ vomiting
   bilious / bloody
☐ diarrhea
☐ dysuria/frequency/urgency
**Exacerbating factors:**
☐ sick contacts
☐ recent antibiotic
☐ recent foreign travel
Similar symptoms previously: ◯YES / NO◯

☐ loss of appetite / anorexia
☐ chest discomfort
☐ SOB / DOE
☐ vaginal discharge
☐ none
☐ association to food / bad meal
☐ medication / ASA / NSAID
☐ chronic vomiting/diarrhea

_____
_____
_____

**PAST MEDICAL HISTORY**
☐ PUD
☐ Pancreatitis
☐ Pyelonephritis
☐ Kidney stones
☐ CAD
☐ Cancer   9CFT
☐ Other : _____

☐ Gall Bladder Disease
☐ Hepatitis / Cirrhosis
☐ Recurrent UTIs
☐ Urethritis

☐ None
☐ HTN
☐ Ovarian cyst
☐ Diabetes
☐ Diverticulitis

**SURGERIES**
☐ cholecystectomy
☐ bowel surgery
☐ C-section

☐ appendectomy
☐ gastric surgery
☐ aortic aneurysm

☐ renal surgery
☐ hysterectomy
☐ CABG

**FAMILY HISTORY**
☐ GB disease  ☐ kidney stones

**SOCIAL HISTORY**
☐ ETOH
☐ Tobacco  ?
☐ Drug Abuse
☐ Lives alone / spouse
   family / nursing home

**MEDICATIONS** ☐ see nurse's notes
Ø

**ALLERGIES**  ☐ NKDA
☐ See nurse's notes
Codiene

**REVIEW OF SYSTEMS**
◯ ROS NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal

| System | | | |
|---|---|---|---|
| ☐ General | ☐ fever | ☐ chills | ☐ weight loss |
| ☐ Eyes: | ☐ visual complaints | | |
| ☐ ENT: | ☐ sore throat | ☐ nasal congestion | |
| ☐ Resp: | ☐ cough | ☐ wheeze | ☐ SOB / DOE |
| ☐ CV: | ☐ chest pain | | |
| ☐ GI: | ☐ melena | ☐ hematochezia | ☐ heart burn |
| | ☐ constipation | ☐ esophageal reflux symptoms | |
| ☐ GU: | ☐ flank pain | ☐ urgency | ☐ dysuria |
| | ☐ frequency | ☐ hematuria | |
| | LNMP: _____ | | |
| ☐ Skeletal: | ☐ calf pain / leg pain | | |
| | ☐ back pain | ☐ arthralgia | |
| ☐ Skin: | ☐ rash | | |
| ☐ Neuro/Psych: | ☐ headache | ☐ anxiety | ☐ confusion |
| | ☐ focal weakness | | |
| ☐ Endocrine: | ☐ weight change | ☐ polyuria / polydipsia | |

**ADDITIONAL HISTORY**

**PHYSICAL EXAM**  ◯vital signs reviewed◯
HR ___  Bp ___  RR ___  T ___  SaO₂ % ___
**APPEARANCE:** TND
☐ normal  ☐ distressed: mild / moderate / severe
**HEENT**
☐ normal    MM dry    ☐ icteric  ☐ pharyngeal erythema
☐ nasal congestion / drainage
☐ TM erythema
**NECK**
☐ normal    ☐ cervical adenopathy

RUSSELL MEDICAL CENTER
EMERGENCY PHYSICIAN RECORD
PAGE 2

ABDOMINAL / FLANK PAIN
WITH SYMPTOMS

**CARDIO-PULMONARY**
- NL breath sounds
- RRR
- No murmur

- wheezing / rales / rhochi  R / L
- respiratory distress
- abnormal rate:  slow / fast
- abnormal rhythm
- murmur __/6  systolic / diastolic

**ABDOMEN**
- soft
- non-tender
- nondistended
- NL bowel sounds
- no organomegaly
- no mass

- rigid
- tenderness (see diagram)
- distended
- guarding/rebound
- bowel sounds: increased/decreased
- mass/ organomegaly: _____

**RECTAL**
- heme neg

- heme positive
  maroon / black / bloody

**BACK**
- normal

- CVA tenderness

Mild
Moderate
Severe

**MALE GU**
- normal

- testicles non-tender

**FEMALE GU**
- external genitals NL
- vaginal / cervix NL
- bimanual exam NL

- vaginal discharge / bleeding
- Os open    CMT
- Uterine tenderness
- Adnexal tenderness/mass  R / L

**SKIN**
- normal

- rash _____

**EXTREMITIES**
- normal
- no pedal edema

- tenderness _____
- pedal edema

**NEUROLOGICAL**
- gait normal
- CN II-XII intact
- no focal weakness

- ataxia
- focal weakness/sensory loss

| Cardiac monitor strip: | NSR | no ectopy |
|---|---|---|

| EKG | Rate: _____ | | |
|---|---|---|---|
| Rhythm: | NSR   tachycardia | bradycardia | paced |
| | atrial fib / flutter | ectopy: atrial / ventricular | |
| | heart block: 1st / 2nd / 3rd degree | | |
| Axis: | normal   Axis deviation: Left / Right | | |
| QRS: | normal   IVCD   RBBB | | LBBBB |
| ST/T : | normal   nonspecific changes | | |
| | ST segments  elevated / depressed _____ | | |
| | T waves  flat / inverted _____ | | |
| Impression: | normal EKG   abnormal EKG: _____ | | |
| Comparison to Old EKG | unchanged _____ | | |

CXR:
- normal
- abnormal

KUB:
- normal   abnormal _____
Upright:
- normal   Air/fluid levels   free air   excess stool
IVP:
- normal
CT Scan: Abdomen / Pelvis     normal   abnormal _____
Ultrasound:   Gallbladder   Kidneys   normal
              Pancreas   Pelvis / Vaginal   abnormal
              Aorta   Testicle
_____
_____

CBC:   normal          BMP:   normal
                              segs ____ %
                              bands ____ %
                              lymphs ____ %     See chart
Cardiac Profile :   normal except: _____
PT / PTT :   normal
LFTs/Amylase:   normal
HCG :   negative        positive
ABG:   pH: _____  PaCO₂: _____  PaO₂: _____
U/A:   normal except _____

**ED COURSE**
840 — Labs back — D/w Holcombe
Refuses to admit
930 — Cubie — Admit (Hydate /Ortho
_____
_____
_____

**CRITICAL CARE TIME:** _____ (minutes)

- old records reviewed          Admission orders written
- discussed with Dr.
- counseled patient/family:   test results / diagnosis / follow-up

**CLINICAL IMPRESSION**
| Acute abdominal pain | Pancreatitis | Peptic Ulcer Disease |
|---|---|---|
| Reflux esophagitis | Cholecystitis | Appendicitis |
| Diverticulitis | Gastroenteritis | Kidney Stones / renal colic |
| Vomiting / Diarrhea | Aortic aneurysm | Pyelonephritis |
| Bowel Obstruction | Bowel perforation | Pelvic inflammatory disease |

**DISPOSITION**   (time: _____)
- home   admit   transferred   AMA   observation   expired
- Condition:   stable   fair   good   poor   critical   improved
- Follow-up:   ED   PMD   on-call   in _____ days
- Instructions: _____
- Rx: _____
_____
_____

**ATTENDING NOTE**
- Resident/NP/PA note reviewed   pt interviewed   pt examined
Pertinent HPI:
My exam reveals: _____
- Labs reviewed          X-rays reviewed
- I agree with above diagnosis   I have reviewed the treatment plan / concur

Resident / NP / PA
MD / DO

- See Addendum Sheet

EDCare Templates only for use by EDCare of Alabama, I

## COOSA COUNTY SHERIFF'S DEPARTMENT
### COOSA COUNTY LAW ENFORCEMENT CENTER
#1 SCHOOL STREET • P. O. BOX 279 • ROCKFORD, AL.  35136-0279
(256)377-4922 • (256-377-2211)
FAX (256) 377-2690

## FAX COVER SHEET

TO: *Dr Weaver*

ATTN: _____

FROM: *CCSO*

REMARKS: *Need list from Matt
Hellyer from Cheaha Mental
Health on Daniel Bryce Kelly*

DATE *11/25/03*        NUMBER OF PAGES *2*

Tues  11/25/03

Mr. Brain Kelley was evaluated by myself on 11/25/03. Complaints of Seizure d/o w/ episodic Memory loss, Blackouts? Needs evaluation by MD to r/o Seizure d/o

Hx of Prior RX:  Clonazepam 2mg Bid
                 Neurontin 300mg Tid
                 Zyprexa 5mg ⊤po ghs
                 Phenabarbitol 100mg Bid
                 Serequel 200mg ⊤Tid

Hx of Bi-polar d/o, Can you assist this young Man w/ RX continuation.
         Thank you For your Assistance
I am not aware of any Allergies or possible Side-effects

                        Matthew d. Holyn M.Ed
                        
                        Mheaka MHC



Sylacauga

Walmart - Ø

Apothecary - Disconnected

Police Drug - X

CVS -

Hartwell - Walker   11/2?

000000  Nothing from Walmart Caldwell all overseas

Rite Aid - total 7.5 - 11/10  #56   Dr. James

Klonopin 2mg - 11/10        Dr. James

Lortab 7.5 - 7/16    #6    Dr. Nickum

Viioprofen      5/2004        Dr. Law

Lortab          6/2004        Dr. Fridy

Lortab          3/2004        Dr. Fridy

Cymbalta™
duloxetine HCl

**TEMPLE MEDICAL CLINIC, P.C.**
1120 Airport Dr., Suite 102
Alexander City, AL 35010
(256) 234-4295

NOVEMBER 22, 2004



CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Daniel Kelley
800 Pineview Lane
Sylacauga, AL 35150

Dear Mr. Kelley,

We find it necessary to inform you that as of November 22, 2004 the physicians of
Temple Medical Clinic, P.C. will no longer be available for your medical needs. If you
so desire, we will continue to provide emergency medical care and treatment for ongoing
medical conditions for 30 days from receipt of this letter. At that time, however, our
physician/patient relationship will end.

This should give you ample time to select another physician from the many competent
practitioners in this area. You may contact Russell Medical Center Physician Referral at
329-7149, the County Medical Society, or the Alabama Medical Association for the name
of physicians in your area or referral suggestions.

With your written consent, our office will transfer your medical records to the physician
of your choice.

MAILED

NOV 2 4 2004

James P. Temple, M.D.          Timothy J. Corbin, M.D.          Vincent Law, M.D.

JAMES P. TEMPLE, M.D.
DEA # AT 0477946      LIC. # 1813
TIMOTHY J. CORBIN, M.D.
DEA # BC 3702188      LIC. # 16256
VINCENT LAW, M.D.
DEA # BL 5625287      LIC. # 21966
150 AIRPORT DRIVE, SUITE 102
ALEXANDER CITY, AL 35010
(256) 234-4295

NAME Daniel Brian Kelley          AGE _____

ADDRESS _____          DATE 2-2-04

℞ ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Due to the above named
patients medical conditon,
it is advised that he not
return to reincarcination
at Coosa County Jail. If
he does, Coosa County Jail
is responsible for anything
that may happen to this
patient related to his
condition.

Refill _____ times

☐ Label

_____

PRODUCT SELECTION PERMITTED        DISPENSE AS WRITTEN

NDP25066774

