IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-1150-MHT-TFM |
| | ) |
| RICKY OWENS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT EVIDENTIARY SUBMISSIONS
IN SUPPORT OF THEIR REPLY BRIEF**

COME NOW Defendants in the above-styled cause, and jointly submit the following Evidentiary Materials in support of their contemporaneously filed Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| AAA | July 28, 2003 Admission Records from Coosa Valley Medical Center |

Respectfully submitted this 2nd day of January, 2008.

                                                   **s/Gary L. Willford, Jr.**
                                                   KENDRICK E. WEBB – Bar No. WEB022
                                                   GARY L. WILLFORD, JR. – Bar No. WIL198
                                                   Attorney for Defendants
                                                   WEBB & ELEY, P.C.
                                                   7474 Halcyon Pointe Road (36117)
                                                   Post Office Box 240909
                                                   Montgomery, Alabama  36124
                                                   Telephone:  (334) 262-1850
                                                   Fax:  (334) 262-1889
                                                   E-mail:  gwillford@webbeley.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 2nd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Richard J. Stockham, III** and **Kristi A. McDonald**.

                                        **s/Gary L. Willford, Jr.**
                                        OF COUNSEL