IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DANIEL BRYAN KELLY,** )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 2:05cv1150-MHT |
| )<br>**RICKY OWENS, etc., et al.,** )<br>)<br>    Defendants. ) | |

### ORDER

It is ORDERED that the parties are allowed until January 23, 2008, to file proposed jury voir dire questions, proposed jury instructions, and motions in limine.

DONE, this the 4th day of January, 2008.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE