IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL BRYAN KELLY,           )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )      2:05cv1150-MHT
                              )
RICKY OWENS, etc., et al.,    )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the motion for permission to file a reply brief (doc. no. 113) is granted.

DONE, this the 4th day of January, 2008.

　　　　　　　　　　　　　／s/ Myron H. Thompson　　
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE