IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:05-cv-1150-T |
| RICKY OWENS, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT WITNESS LIST**

COME NOW the Defendants and set forth the witnesses expected to be called at the trial of the above-styled cause of action as follows:

**A.   Will Call**

1. Ricky Owens
2. Terry Wilson
3. Al Bradley
4. Wendy Roberson
5. Kay Taylor
6. Aaron Green
7. Dr. John James, live or by deposition
8. Dr. Vincent Law, live or by deposition
9. Dr. David P. Currie, live or by deposition
10. Brett Oakes
11. Daniel Bryan Kelly

**B.    May Call**

    1.    Dr. Randall Weaver

    2.    Dana M. Harris

    3.    Wanda Kelly

    4.    Tim Lipscomb

    5.    Dwayne Harris

    6.    Jerry Kelly

    7.    William Latham

    8.    Ray Kelly

    9.    Jan Calfee

    10.    Any witness needed to authenticate records.

    11.    Any witness needed to lay a foundation for the admissibility of any records offered by the Defendants.

    12.    Any witness needed for rebuttal or impeachment.

    13.    Any person mentioned in any deposition taken by the parties.

    14.    Any person listed as a witness by the Plaintiff.[1]

Respectfully submitted this 14th day of January, 2008.

        **s/Gary L. Willford, Jr.**
        KENDRICK E. WEBB – Bar No. WEB022
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorney for Defendant Ricky Owens
        WEBB & ELEY, P.C.
        7474 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: gwillford@webbeley.com

---

[1] Defendants reserve the right to object to any witness called by the Plaintiff.

        s/Kristi A. McDonald
Kristi A. McDonald, Esq.
McDonald & McDonald
1005 Montgomery Highway
Birmingham, Alabama 35216-2805
Telephone:  (205) 824-0507
Fax:  (205) 824-0509
E-mail:  felalaw@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Richard J. Stockham, III**.

        s/Gary L. Willford, Jr.
OF COUNSEL

3