IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL BRYAN KELLY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-cv-1150-T |
| | ) |
| **RICKY OWENS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' JOINT TRIAL EXHIBIT LIST

COME NOW the Defendants, and set forth the exhibits expected to be used at the trial of the above-styled cause of action as follows:

1. Plaintiff's Coosa County Jail Inmate File;[1]

2. Coosa County Jail shift logs;

3. Coosa County Inmate Rules and Regulations Sections 8, 9, 10 and 13;

4. Food World Pharmacy Medical Records;

5. Coosa County Sheriff's Department doctor visit prescription form dated 11/26/03;

6. Russell Medical Center Emergency Room dated 11/26/03;

7. Crew Drugs Medical Records;

8. Russell Medical Records dated 12/09/03;

9. Coosa County Sheriff's Department doctor visit – prescription form dated 12/11/03;

10. Dr. John James Medical Records;

11. Dr. David Currie Medical Records;

---

[1] This exhibit is the Plaintiff's entire jail inmate file and has been provided to the Plaintiff at least twice during the course of this case. It is identified in this format in the interests of brevity.

12. Coosa County Sheriff's Department doctor visit – prescription form dated 01/14/04;

13. Coosa County Sheriff's Department doctor visit – prescription form dated 01/07/04;

14. Coosa County Jail Visitation Logs;

15. Timesheets for Al Bradley;

16. Order from Judge Rochester dated 01/16/04;

17. The State of Alabama Inspection Report dated 06/05/03;

18. Matt Hillyer's Notes (including fax cover to Dr. Weaver);

19. Declaration of Randall W. Weaver, M.D.;

20. Russell Medical Center Medical Records dated 01/16/04;

21. Statement of Kay Taylor;

22. Statement of Dana M. Harris dated 12/16/03;

23. Statement of Aaron Green;

24. Statement of Wendy Roberson dated 12/11/03;

25. Statement of Brett Oakes dated 01/23/04;

26. Brookwood Medical Center Medical Records dated July, 2003;

27. Brookwood Medical Center Medical Records dated 09/09/03;

28. Brookwood Medical Center Medical Records dated 01/23/04;

Defendants have previously produced the foregoing exhibits to the Plaintiff. However, if it is determined that Defendants have not produced an exhibit listed herein, Plaintiff should notify Defendants' counsel of the exhibit(s) believed not to have been produced and the parties can arrange for the Plaintiff to inspect, copy, or obtain a copy of such exhibit(s) at a place and time that is mutually convenient for the parties.

Respectfully submitted this 14th day of January, 2008.

        **s/Gary L. Willford, Jr.**
        KENDRICK E. WEBB – Bar No. WEB022
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorney for Defendant Ricky Owens
        WEBB & ELEY, P.C.
        7474 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: gwillford@webbeley.com


        **s/Kristi A. McDonald**
        Kristi A. McDonald, Esq.
        McDonald & McDonald
        1005 Montgomery Highway
        Birmingham, Alabama 35216-2805
        Telephone: (205) 824-0507
        Fax: (205) 824-0509
        E-mail: felalaw@bellsouth.net


## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard J. Stockham, III**.

        **s/Gary L. Willford, Jr.**
        OF COUNSEL