IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-MHT-TFM |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S EXHIBIT LIST

1. Coosa County Jail Inmate booking sheet and intake documents on Daniel Bryan Kelley. (Produced by Defendants).

2. Declaration of Ricky Owens. (Produced by Defendants).

3. Deposition of Wendy Roberson and exhibits thereto.

4. Deposition of Al Bradley and exhibits thereto.

5. Deposition of Terry Wilson and exhibits thereto.

6. Deposition of Plaintiff Daniel Bryan Kelley and exhibits thereto.

7. Deposition of Wanda Kelley and exhibits thereto.

8. Deposition of Ray Kelley and exhibits thereto.

9. Inmate request forms from Daniel Bryan Kelley for November, 2003, (group exhibit), (Produced by Defendants).

10. Inmate request forms from Daniel Bryan Kelley for December, 2003, (group exhibit), (Produced by Defendants).

11. Inmate request forms from Daniel Bryan Kelley for January, 2004, (group exhibit).

12. Coosa County Sheriff's Department, jail doctor visits/prescription forms for Daniel Bryan Kelley, (group exhibit), (Produced by Defendants).

13. Russell Medical Center Records on Daniel Bryan Kelley for November 26, 2003, (group exhibit).

14. Crew drug prescription records for Daniel Bryan Kelley.

15. Food World Pharmacy Prescription records for Daniel Bryan Kelley.

16. Russell Medical Center Records on Daniel Bryan Kelley for December 9, 2003, (group exhibit).

17. Medical Records of Dr. John James on Daniel Bryan Kelley. (group exhibit).

18. Coosa County Jail shift logs for November, 2003, both tower reports and shift reports. (group exhibits), (Produced by Defendants).

19. Coosa County Jail shift logs for December, 2003, both tower reports and shift reports. (group exhibit), (Produced by Defendants).

20. Coosa County Jail shift logs for January, 2004, both tower reports and shift reports. (group exhibit), (Produced by Defendants).

21. Time sheets for Al Bradley. (Produced by Defendants).

22. Coosa County Jail visitation logs for November 29, 2003, through January 25, 2004. (Produced by Defendants).

23. Jail rules and regulations. (Produced by Defendants).

24. Matt Hilyer's note of November 25, 2003, regarding Daniel Bryan Kelley. (Produced by Defendants).

25. Fax cover sheet from Al Bradley to Dr. Weaver concerning Matt Hilyer's recommendation. (Produced by Defendants).

26. Declaration of Dr. Randall Weaver along with Dr. Randall Weaver's medical records attached.

27. Russell Medical Center records for the admission of January 16, 2004. (group exhibit).

28. Statement of Kate Taylor of December 16, 2003. (Produced by Defendants).

29. Statement of Dana Harris of December 16, 2003. (Produced by Defendants).

30. Statement of Aaron Greene entitled "report of incident concerning Kelley Bryan." (Produced by Defendants).

31. Inmate summary of December 11, 2003, by Wendy Roberson. (Produced by Defendants).

32. Statement of Brett Oaks dated January 23, 2004. (Produced by Defendants).

33. Wanda Kelley's calendar notes from November, 2003, through January, 2004.

34. All exhibits identified by the Defendants.

35. All exhibits needed for rebuttal.

36. All exhibits needed for impeachment.

s/Richard J. Stockham III
State Bar No.STO034
Attorney for the Plaintiff
Stockham, Carroll, & Smith P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-MHT-DRB |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

**Counsel for Ricky Owens:**
Gary L. Willford, Jr.
Email: gwillford@webbeley.com
Kendrick E. Webb
Email: kwebb@webbeley.com

**Counsel for Wendy Roberson,**
**Terry Wilson, Al Bradley:**
Kristi A. Dowdy
Email: felalaw@bellsouth.net

              s/Richard J. Stockham III
              State Bar No. STO034
              Attorney for the Plaintiff
              Stockham, Carroll, & Smith P.C.
              2204 Lakeshore Drive, Suite 114
              Birmingham, Alabama 35209
              Telephone (205) 879-9954

             Fax: (205) 879-9990
             E-Mail: rjs@stockhampc.com