IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-MHT-TFM |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S WITNESS LIST

1. Daniel Bryan Kelley (contact through plaintiff's counsel).

2. Wanda Kelley - 800 Pine View Lane, Sylacauga, AL 35150.

3. Ray Kelley - 800 Pine View Lane, Sylacauga, AL 35150.

4. Dr. Vincent Law (by deposition) 1120 Airport Drive, Alexander City, Alabama 35010.

5. Defendant, Ricky Owens - c/o Gary L. Wilford, Jr., Webb & Eley, P.C. 7475 Allison Point Drive, P.O. Box 240909, Montgomery, AL 36124-0909.

6. Defendant, Al Bradley - c/o Kristi McDonald, McDonald & McDonald, 1005 Montgomery Hwy, Birmingham, AL 35216.

7. Defendant, Terry Wilson - c/o Kristi McDonald, McDonald & McDonald, 1005 Montgomery Hwy, Birmingham, AL 35216.

8. Defendant, Wendy Roberson - c/o Kristi McDonald, McDonald & McDonald, 1005 Montgomery Hwy, Birmingham, AL 35216.

9.  All witnesses identified by the Defendants.

10. All witnesses needed for rebuttal.

11. All witnesses needed for impeachment.

                                                      s/Richard J. Stockham III
State Bar No.STO034
Attorney for the Plaintiff
Stockham, Carroll, & Smith P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-MHT-DRB |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

**Counsel for Ricky Owens:**
Gary L. Willford, Jr.
Email: gwillford@webbeley.com
Kendrick E. Webb
Email: kwebb@webbeley.com

**Counsel for Wendy Roberson,
Terry Wilson, Al Bradley:**
Kristi A. Dowdy
Email: felalaw@bellsouth.net

                                                  s/Richard J. Stockham III
                                                  State Bar No.STO034
                                                  Attorney for the Plaintiff
                                                  Stockham, Carroll, & Smith P.C.
                                                  2204 Lakeshore Drive, Suite 114
                                                  Birmingham, Alabama 35209
                                                  Telephone (205) 879-9954

Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com