IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MONTGOMERY CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMMENCING JANUARY 28, 2008 AT 10:00 AM\***
**MONTGOMERY , ALABAMA**

**Judge Myron H. Thompson, Presiding**

---

\*ALL juries will be selected on January 28, 2008, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 1/28/2008

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL: DANIEL BRYAN KELLY v RICKEY OWENS et al, 2:05cv1150-MHT

10:00 a.m.

    2:05-cv-01150-MHT-TFM Kelly v. Owens et al
    (Nature of Suit 555 - Habeas Corpus (Prison Condition)

    Richard J. Stockham, III representing Daniel Bryan Kelly (Plaintiff)

    Gary Lee Willford, Jr and Kendrick E. Webb representing Ricky Owens (Defendant)

    Kristi Allen McDonald representing Al Bradley, Terry Wilson, and Wendy Roberson  (Defendant)

    Stephen Michael Doyle representing Randall Weaver (Defendant)
    Edward J Kennedy, III representing Board of Trustees of University of Alabama (Movant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 1/28/2008

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL: DELOISE PRICE v WAL-MART STORES, INC.,
2:06cv721-MHT

---

10:00 AM

    2:06-cv-00721-MHT-TFM Price v. Wal-Mart Stores, Inc. et al
    (Nature of Suit 365 - Personal Inj. Prod. Liability)

    Brian Paul Strength and Jock Michael Smith and Valerie Dianne rucker Russell representing Deloise Price (Plaintiff)

    Bethany L. Bolger and Dennis R. Bailey representing Wal-Mart Stores, Inc., and Extreme Performance, Inc. (Defendants)