# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DANIEL BRYAN KELLY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05-cv-1150-MHT-TFM |
| | ) |
| **RICKY OWENS, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' JOINT EVIDENTIARY SUPPLEMENT

COME NOW the Defendants, in the above-referenced matter and jointly submit the following supplement to their previously filed evidentiary materials:

**EXHIBIT BBB – Deposition Transcript of Dr. David Currie**

The Defendants represent to this Honorable Court that Dr. Currie's records regarding the Plaintiff have been previously submitted as an exhibit in this matter (Exhibit DD) and that the deposition testimony of Dr. Currie is offered to support and clarify the previously submitted records.

Respectfully submitted this the 15th day of January, 2008.

/s/ Kristi A. McDonald
Kristi A. McDonald (DOW016)
Attorney for Defendants Bradley, Wilson and Roberson
McDonald & McDonald
1005 Montgomery Highway
Birmingham, Alabama  35216
(205) 824-0507 - telephone
(205) 824-0509 – facsimile
felalaw@bellsouth.net – e-mail

/s/ *Gary L. Willford, Jr.*
Gary L. Willford, Jr.
Attorney for Defendant Ricky Owens
Webb & Eley, P.C.
7474 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
(334) 262-1850
(334) 262-1889
gwillford@webbeley.com – e-mail

**Certificate of Service**

I hereby certify that on this the 15th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Kristi A. McDonald*
OF COUNSEL