IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL BRYAN KELLY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-1150-MHT-TFM |
| | ) |
| **RICKY OWENS, et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' JOINT THIRD MOTION IN LIMINE

COME NOW the Defendants and submit this Joint Motion in Limine to exclude any mention or interrogation of the following matters:

1. <u>Newspaper articles from any newspaper regarding the Plaintiff's allegations against the Defendants</u>– Following the Plaintiff's allegations, there was at least one newspaper article printed regarding same. This article or any other newspaper article is irrelevant and would be hearsay.

2. <u>Any complaint that the Plaintiff may have regarding any incarceration at the Coosa County Jail after January 16, 2004.</u> – The Plaintiff's Complaint and First Amended Complaint seeks damages for allegations for incidents that occurred during his incarceration from November 13, 2003, to January 16, 2004. The Plaintiff was later incarcerated at the Coosa County Jail but has not filed any complaint for anything that he may allege happened to him after his release from the jail on January 16, 2004. Any mention of any misconduct by any of these Defendants or any other employee of the Coosa County Jail would be irrelevant and highly prejudicial to the Defendants.

3. <u>That the Plaintiff suffers from Post-Traumatic Stress Disorder</u> – The Plaintiff has alleged that as a result of the things that happened to him during his incarceration that he now suffers from Post-Traumatic Stress Disorder. There has been no medical testimony that the Plaintiff has Post-Traumatic Stress Disorder or that anything that allegedly occurred to him during his incarceration caused or contributed to his developing this disorder. Any mention by the Plaintiff, any witness testifying on behalf of the Plaintiff, or the introduction of any exhibit that mentions that the Plaintiff now suffers from post-traumatic stress disorder would be prejudicial to the Defendants.

WHEREFORE, ABOVE PREMISES CONSIDERED, the Defendants request that this Motion be granted and sustained by appropriate Order of this Honorable Court.

Respectfully submitted this the 23rd day of January, 2008.

**s/Gary L. Willford, Jr.**
KENDRICK E. WEBB – Bar No. WEB022
GARY L. WILLFORD, JR. – Bar No. WIL198
Attorney for Defendant Ricky Owens
WEBB & ELEY, P.C.
7474 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: gwillford@webbeley.com

**s/Kristi A. McDonald**
Kristi A. McDonald, Esq.
McDonald & McDonald
1005 Montgomery Highway
Birmingham, Alabama 35216-2805
Telephone: (205) 824-0507
Fax: (205) 824-0509
E-mail: felalaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 23rd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard J. Stockham, III**.

                                               **s/Gary L. Willford, Jr.**
                                               OF COUNSEL