IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:05cv1150-MHT |
| ) | (WO) |
| RICKY OWENS, ) | |
| AL BRADLEY, ) | |
| TERRY WILSON, and ) | |
| WENDY ROBERSON, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

Plaintiff Daniel Bryan Kelley having orally informed the court that he does not want to file any additional evidence or make any further argument in response to defendant's' new evidence (Doc. No. 124), it is ORDERED that the pending summary-judgment motions (Doc. Nos. 103 & 106) are submitted on the new evidence.

DONE, this the 24th day of January, 2008.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE