IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-MHT-TFM |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S VOIR DIRE QUESTIONS

  Comes now the Plaintiff, Daniel Bryan Kelley, and submits the following questions for the prospected jurors.

  1. Have you or any members of your immediate family ever been employed in law enforcement?

  2. Have you or any members of your immediate family ever worked in a jail? If so, where and when?

  3. Have you or any members of your immediate family ever been the victim of a crime? If yes, please describe the incident.

  4. Have you or any members of your immediate family ever been accused of violating someone's civil rights? If so, please describe the situation.

  5. Have you or any members of your immediate family ever been involved in a civil lawsuit? If so, when was it and where was it.

  6. The Plaintiff in this case was a prisoner in a jail. Do you have any fixed

belief so that you cannot be fair to someone because they were a prisoner in a jail?

7. Have you or any members of your immediate family suffered from seizures?

8. Have you or any members of your immediate family suffered from hepatic encephalopathy?

9. Have you or any members of your immediate family suffered from hepatitis or Jaundice?

10. The Plaintiff in this case had a history of alcohol and drug abuse. Would you, because of your personal experiences or opinions, be unable to be fair because the Plaintiff has a history of alcohol and drug abuse?

11. The Plaintiff has a history of Bipolar Disorder. Would any of you, because of your personal experiences or opinions, be unable to be fair because the Plaintiff suffers from Bipolar Disorder?

    Respectfully submitted,

    s/Richard J. Stockham III
    State Bar No.STO034
    Attorney for the Plaintiff
    Stockham, Carroll, & Smith P.C.
    2204 Lakeshore Drive, Suite 114
    Birmingham, Alabama 35209
    Telephone (205) 879-9954
    Fax: (205) 879-9990
    E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:05-cv-01150-MHT-DRB |
| | ) |
| RICKY OWENS, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

**Counsel for Ricky Owens:**
Gary L. Willford, Jr.
Email: gwillford@webbeley.com
Kendrick E. Webb
Email: kwebb@webbeley.com

**Counsel for Wendy Roberson,
Terry Wilson, Al Bradley:**
Kristi A. Dowdy
Email: felalaw@bellsouth.net


                                        s/Richard J. Stockham III
                                        State Bar No.STO034
                                        Attorney for the Plaintiff
                                        Stockham, Carroll, & Smith P.C.
                                        2204 Lakeshore Drive, Suite 114
                                        Birmingham, Alabama 35209
                                        Telephone (205) 879-9954
                                        Fax: (205) 879-9990
                                        E-Mail: rjs@stockhampc.com

Case 2:05-cv-01150-MHT-TFM    Document 132    Filed 01/24/2008    Page 4 of 4