IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:05cv1150-MHT |
| | ) | (WO) |
| RICKY OWENS, | ) | |
| AL BRADLEY, | ) | |
| TERRY WILSON, and | ) | |
| WENDY ROBERSON, | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

Because the court needs additional time to resolve the pending summary-judgment motions, it is ORDERED that the jury selection and trial are continued to March 31, 2008, at 10:00 a.m., in Courtroom 2E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 24th day of January, 2008.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE