IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL BRYAN KELLEY,        )
                            )
    Plaintiff,              )
                            )
    v.                      )      CIVIL ACTION NO.
                            )      2:05cv1150-MHT
                            )
RICKY OWENS, etc., et al.,  )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motions in limine (Doc. Nos. 126, 127, & 128) are set for submission, without oral argument, on February 15, 2008, with all briefs due by said date.

DONE, this the 25th day of January, 2008.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE