IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BRYAN KELLEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv1150-MHT |
| | ) | |
| RICKY OWENS, etc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the joint motion to continue trial (Doc. No. 131) is denied as moot.

DONE, this the 28th day of January, 2008.

              /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE