IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL BRYAN KELLEY,       )
                           )
    Plaintiff,             )
                           )
                           )   CIVIL ACTION NO.
    v.                     )    2:05cv1150-MHT
                           )         (WO)
RICKY OWENS,               )
AL BRADLEY,                )
TERRY WILSON, and          )
WENDY ROBERSON,            )
                           )
    Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Ricky Owens, Terry Wilson, Wendy Roberson, and Al Bradley's motions for summary judgment (Doc. Nos. 103 & 106) are denied to the extent that plaintiff Daniel Bryan Kelley may pursue his (a) violent-attacks claim against defendants Wilson and Bradley and (b) his unconstitutional-conditions claim against defendants Owens and Roberson.  These claims to the

extent they are against these defendants will go to trial.

(2) Said motions for summary judgment are granted in all other respects.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of February, 2008.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**