# Instructions for Attorneys completing the electronic version of the Transcript Information Form for Appeals

An electronic version of the Transcript Order Information Form is available on the Middle District of Alabama website. The following instructions and guidance are provided.

| | |
|---|---|
| First | Click on the link below to obtain the Transcript Order Information Form from the Middle District of Alabama website:<br><br>http://www.almd.uscourts.gov/forms/transcription-information-form.pdf |
| Second | Complete the form electronically using Adobe Acrobat or other PDF editor. The form should be signed using the *s/ name* convention for electronic signatures. |
| Third | Save the completed form as a PDF document (using the full version of Adobe Acrobat, PDF 995, etc.) or "print" the completed form to a PDF file (using programs which only have PDF print capabilities). |
| Fourth | File the form electronically with the district court using the CM/ECF system. From the main CM/ECF menu select:<br><br>**Civil or Criminal Events; Appeal Documents; Transcript Information Form**. |
| Fifth | After the transcript information form is e-filed use the notice of electronic filing to access the PDF image of the form and print it for the following step. This version of the document contains the case number, filing date, and document number information in a header along the top if you have that feature enabled. |
| Sixth | Mail the printed form to the Eleventh Circuit Court of Appeals; 56 Forsyth St, NW; Atlanta, GA 30303. |
| Seventh | Your transcript information form will be emailed to the court reporter when the form is e-filed with the court. Please follow the prompts during the event.<br><br>If you are requesting a transcript(s), you must also mail a copy of the printed form to the appropriate court reporter(s). |