```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003954
Cashier ID: brobinso
Transaction Date: 02/20/2008
Payer Name:  WEBB AND ELEY PC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For:  WEBB AND ELEY PC
 Case/Party: D-ALM-2-05-CV-001150-001
 Amount:         $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 7282
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

NOTICE OF INTERLOCUTORY APPEAL
FILED ON 2/19/08, DOC 144
```