IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL BRYAN KELLEY,        ) | |
| ) | |
| Plaintiff,            ) | |
| ) | CIVIL ACTION NO. |
| v.                       ) | 2:05cv1150-MHT |
| ) | |
| RICKY OWENS, etc., et al., ) | |
| ) | |
| Defendants.           ) | |

### ORDER

In light of the interlocutory appeal (Doc. No. 139), it is ORDERED that the parties show cause, if any there be, in writing by February 27, 2008, as to why all proceedings in this case should not be stayed pending the interlocutory appeal.

DONE, this the 20th day of February, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**