IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL BRYAN KELLEY,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:05cv1150-MHT |
| | ) | |
| **RICKY OWENS, et al.,** | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

There being no objection, it is ORDERED as follows:

(1) All pending motions are denied with leave to renew after the appeal of this case.

(2) All proceedings in this case are stayed pending the appeal.

(3) The clerk of the court is to close this case administratively pending the appeal.

DONE, this the 28th day of February, 2008.

                            /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**