# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

February 19, 2008

**DEBRA P. HACKETT**
CLERK

**MAILING ADDRESS:**
P. O. Box 711
MONTGOMERY, AL 36101
(334) 954-3610

08-10764-EE

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: District Court No. 2:05-cv-01150-MHT
Kelley v. Owens, et al.
Court of Appeals No. _____

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒ First Notice of Appeal: Yes ☒ No ☐ Other notices (dates): ___

☐ Other:

☒ The Judge or Magistrate Judge appealed from is: **JUDGE MYRON H. THOMPSON**

☒ The Court Reporter (s) is/are: **RISA ENTREKIN**

☐ A hearing was not held in the case. ☐ An **audio tape** is available for transcription of the court hearing

☐ The appellant DOCKET FEE has been paid: Yes ☐ No ☐ Date paid:

☐ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
   **Enclosed:** certified copy of Order & an updated docket sheet

☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
   **Enclosed:** certified copy of Order & an updated docket sheet

☐ Copy of CJA form / order appointing counsel.

☐ Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐ ORIGINAL PAPERS: __Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folder of exhibits

☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐ This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file