```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004332
Cashier ID: khaynes
Transaction Date: 03/17/2008
Payer Name: MCDONALD AND MCDONALD
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MCDONALD AND MCDONALD
 Case/Party: D-ALM-2-05-CV-001150-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 2928
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Kelley v. Owens et al
```

SCANNED