RECEIVED

2008 MAR 31  A 11: 00

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

March 27, 2008

**Appeal Number: 08-10764-EE**
Case Style: Daniel Bryan Kelley v. Ricky Owens
District Court Number: 05-01150 CV-2-MHT-TFM

CC:   Gary L. Willford, Jr.

CC:   Kendrick Emerson Webb

CC:   Kristi Allen Dowdy

CC:   Richard J. Stockham, III

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-10764-EE**
Case Style: Daniel Bryan Kelley v. Ricky Owens
District Court Number: 05-01150 CV-2-MHT-TFM

NOTICE OF APPEAL FILED: February 19, 2008

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. An original plus three copies of any response should be filed. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response may not be entertained.

After fourteen (14) days, this court will consider any response(s) received and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does <u>not</u> stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

c: District Court Clerk

JUR-1 (11-2007)

No. 08-10764-EE

## JURISDICTIONAL QUESTION

Whether the order entered on February 1, 2008, that denied, in part, Terry Wilson, Wendy Roberson, and Al Bradley's motion for summary judgment based on qualified immunity, is immediately appealable? See 28 U.S.C. § 1291; Johnson v. Jones, 515 U.S. 304, 313, 115 S.Ct. 2151, 2156, 132 L.Ed.2d 238 (1995); Robinson v. Arrugueta, 415 F.3d 1252, 1257 (11th Cir. 2005); Koch v. Rugg, 221 F.3d 1283, 1295-98 (11th Cir. 2000); Cottrell v. Caldwell, 85 F.3d 1480, 1485 (11th Cir. 1996); Haney v. City of Cumming, 69 F.3d 1098, 1101 (11th Cir. 1995); McDaniel v. Woodard, 886 F.2d 311, 313 (11th Cir. 1989).