IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL BRYAN KELLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:05cv1150-MHT** |
| | ) | **(WO)** |
| **RICKY OWENS, etc., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 168), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of January, 2009.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**